IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, *et al.*, :

    Plaintiffs,

v. : Case No. 3:13-cv-115

THE DAYTON POWER AND : JUDGE WALTER H. RICE
LIGHT COMPANY, *et al.*,

    Defendants. :

---

DECISION AND ENTRY OVERRULING AS MOOT MOTION TO DISMISS OF DEFENDANTS BRADFORD SOAP INTERNATIONAL, INC., CINTAS CORPORATION, AND HEWITT SOAP WORKS, INC. (DOC. #102)

---

On June 10, 2013, Defendants Bradford Soap International, Inc. ("Bradford Soap"), Cintas Corporation ("Cintas"), and Hewitt Soap Works, Inc. ("Hewitt") filed a Motion to Dismiss. Doc. #102. Subsequently, on July 26, 2013, the Court sustained Plaintiffs' Motion to Drop Bradford Soap and Cintas Without Prejudice. *See* Doc. #133; 7/26/13 Notation Order. Thereafter, on August 26, 2013, Hewitt filed a Motion to Dismiss the Amended Complaint, Doc. #153, re-asserting the same arguments that had previously been raised. Accordingly, the Court OVERRULES AS MOOT the Motion to Dismiss of Defendants Bradford Soap International, Inc., Cintas Corporation, and Hewitt Soap Works, Inc., Doc. #102.

Date: November 12, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE