UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Hobart Corporation, et. al., | : | |
| Plaintiffs | : | Civil Action No. 3:13-cv-115 |
| v. | : | Judge Walter H. Rice |
| The Dayton Power and Light Company, et al., | : | |
| Defendants. | : | |

**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT NEWMARK LLC.**

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice signed by counsel for Defendant Newmark LLC and counsel for Defendant Pharmacia LLC hereby Orders that all claims between Newmark LLC and Pharmacia are dismissed with prejudice, without an award of fees and costs to either party.

DATED this 23rd day of november, 2016.

BY THE COURT:

_____

55313036.1