IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORP., *et al.*, :

    Plaintiffs,

v. : Case No. 3:13-cv-115

THE DAYTON POWER & LIGHT CO., *et al.*, : JUDGE WALTER H. RICE

    Defendants. :

---

## AMENDED OMNIBUS SCHEDULING ORDER

---

For good cause shown, the Omnibus Scheduling Order, Doc. #373, is AMENDED as follows:

| | |
|---|---|
| Contention interrogatories to be served by: | March 31, 2017 |
| All fact discovery to be completed by: | May 15, 2017 |
| Deadline for filing Motions for Summary Judgment (based only on lay witnesses): | June 14, 2017 |
| Plaintiffs' primary expert designations to be made by: | June 30, 2017 |
| Defendants' primary expert designations to be made by: | September 29, 2017 |
| All rebuttal expert designations to be made by: | November 7, 2017 |
| All expert witness discovery to be completed by: | January 30, 2018 |

| | |
|---|---|
| Deadline for filing Motions for Summary Judgment (based on fact witnesses <u>and</u> expert witnesses): | <u>March 2, 2018</u> |
| Cut-off date for all other pretrial motions, *i.e.*, motions in limine, motions for a view, etc. | <u>June 15, 2018</u> |
| Joint Final Pretrial Order by parties to be filed by: | <u>June 22, 2018</u> |
| Trial exhibits to be exchanged by: | <u>June 25, 2018</u> |
| Final Pretrial Conference to be held by telephone conference call or in chambers (depending on the number of parties remaining at the time) on: | <u>June 29, 2018, at 4:00 p.m.</u> |
| Deadline for submitting proposed jury instructions (to include verdict forms and interrogatories) to the Court in both hard copy and diskette form: | <u>At least 10 days prior to trial</u> |
| Deadline for submitting original copies of depositions, with designations that counsel intend to use at trial: | <u>At least 10 days prior to trial</u> |
| Deadline for submitting counter-designations: | <u>At least 5 days prior to trial</u> |
| Trial on the merits, to the Court, beginning: | <u>July 16, 2018</u> |

NO FURTHER EXTENSIONS will be granted, absent exigent circumstances.

Date: March 21, 2017

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE