## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | : | Case No. 3:13-cv-115 |
| | : | |
| Plaintiffs, | : | JUDGE WALTER H. RICE |
| | : | |
| v. | : | |
| | : | |
| THE DAYTON POWER AND LIGHT | : | |
| COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## AMENDED ORDER (To Correct Doc. #)

In accordance with the Court's March 1, 2017 Notation Order sustaining Plaintiffs'

Motion for Leave to File Sixth Amended Complaint [Doc. #642],  it is hereby **ORDERED**

**THAT:**

The Sixth Amended Complaint and the Fifth Amended Complaint are identical with

respect to the defendants named in the Fifth Amended Complaint, and those defendants may not

file a motion to dismiss or Answer with respect to the Sixth Amended Complaint.  Defendants'

Answers to the Fifth Amended Complaint shall be deemed the Answers to the Sixth Amended

Complaint.

Dated:

_____
**JUDGE WALTER HERBERT RICE**
**UNITED STATES DISTRICT JUDGE**