IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | : | Case No. 3:13-cv-115 |
| Plaintiffs, | : | JUDGE WALTER H. RICE |
| v. | : | |
| THE DAYTON POWER AND LIGHT COMPANY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter having come before the Court on Defendant Coca-Cola Refreshments USA, Inc.'s Unopposed Motion for Leave to File Sur-Surreply Brief in Support of Its Amended Motion for Summary Judgment, it is hereby

## ORDERED THAT:

1. Coca-Cola Refreshments USA, Inc.'s Motion is GRANTED.

2. Coca-Cola Refreshments USA, Inc.'s Sur-Surreply Brief In Support of Its Amended Motion for Summary Judgment, which is Exhibit "A" to its Motion, is deemed filed this date.

Dated: 8-24-17

*[signature]*
**JUDGE WALTER HERBERT RICE**
**UNITED STATES DISTRICT JUDGE**