IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, et al.,

    Plaintiffs,

v.

THE DAYTON POWER & LIGHT CO., et al.,

    Defendants.

Case No. 3:13-cv-115

JUDGE WALTER H. RICE

---

ORDER SETTING ORAL ARGUMENT ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AGAINST DEFENDANT THE SHERWIN-WILLIAMS COMPANY (DOC. #740)

---

On **October 3, 2017, at 11:00 a.m.**, the Court will hold a 20-minute telephonic oral argument on Plaintiffs' Motion to Compel Production of Documents Against Defendant The Sherwin-Williams Company, Doc. #740. Counsel should be prepared to address the discoverability of the chemical composition of Sherwin-Williams' paints, and the burdensomeness of Plaintiffs' request.

Date: September 26, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE