IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, et al.,

    Plaintiffs,

v.

THE DAYTON POWER AND LIGHT COMPANY, et al.,

    Defendants.

Case No. 3:13-cv-115

Judge Walter H. Rice

**ORDER**

AND NOW, this 9th day of November, 2017, upon consideration of *Agreed Motion of Defendant The Dayton Power & Light Company, Inc. for 7-Day Extension of Time to Respond to Plaintiffs' Motion to Dismiss Its Amended Counterclaim*, it is hereby **ORDERED** that said Motion is **GRANTED**.

_____
Judge Walter H. Rice