IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, *et al.*,

    Plaintiffs,

v.

THE DAYTON POWER & LIGHT CO., *et al.*,

    Defendants.

Case No. 3:13-cv-115

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFFS' MOTION TO SUPPLEMENT DEFENDANT THE SHERWIN-WILLIAMS COMPANY'S SUMMARY JUDGMENT RECORD (DOC. #802)

---

Plaintiffs filed a Motion to Supplement Defendant The Sherwin-Williams Company's Summary Judgment Record, Doc. #802, by including Sherwin-Williams' Answers and Supplemental Answers to Plaintiffs' Interrogatories No. 5 and No. 6. As Sherwin-Williams notes, however, these Answers were identified and marked as exhibits at Scott Thomas's deposition and were filed with the Court as Doc. #678, PageID##11017-18.

Accordingly, Plaintiffs' Motion to Supplement The Sherwin-Williams Company's Summary Judgment Record, Doc. #802, is OVERRULED AS MOOT.

Date: November 27, 2017

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE