IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, et al.,

    Plaintiffs,

v.

THE DAYTON POWER & LIGHT CO., et al.,

    Defendants.

Case No. 3:13-cv-115

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AGAINST DEFENDANT THE SHERWIN-WILLIAMS COMPANY (DOC. #740)

---

As discussed during the conference call held on December 20, 2017, the parties have reached an agreement concerning the discovery dispute between Plaintiffs and Defendant Sherwin-Williams. Accordingly, the Court OVERRULES AS MOOT Plaintiffs' Motion to Compel Production of Documents Against Defendant The Sherwin-Williams Company, Doc. #740.

Date: December 20, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE