THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HOBART CORPORATION, et al., | ) Civil Action No. 3:13-CV-115 |
| Plaintiffs, | ) JUDGE WALTER H. RICE |
| vs. | ) |
| THE DAYTON POWER AND LIGHT COMPANY, et al. | ) |
| Defendants. | ) |

## ORDER GRANTING NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

This matter, having come before the Court on the Notice of Substitution and Withdrawal of Counsel and the Court having examined the Notice, and being duly advised, now GRANTS said Substitution and Withdrawal.

IT IS THEREFORE ORDERED that Stephen N. Haughey and Thaddeus H. Driscoll are designated as co-counsel for Defendant Pharmacia LLC in the above-referenced lawsuit. Jane E. Fedder will continue to serve as trial counsel for Pharmacia LLC.

ORDERED this 28th day of march, 2018.

Honorable Walter H. Rice,

Judge United States District Court