# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

HOBART CORPORATION, et al.          :

     Plaintiffs,          :          Case No. 3:13cv115

     -vs-          :          District Judge Walter H. Rice

WASTE MANAGEMENT OF OHIO, INC,
et al.          :

     Defendants.          :

---

## ORDER OF REFERENCE

---

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned

action, as it relates to Plaintiffs and Defendants, Pharmacia, LLC and Harris Corporation, is hereby

referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.


Dated: April 30, 2018

                                            Walter H. Rice
                                     United States District Judge