IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HOBART CORPORATION, ET AL., | ) CASE NO. 3:13-cv-00115 |
| Plaintiffs, | ) |
| | ) JUDGE WALTER H. RICE |
| v. | ) |
| | ) |
| THE DAYTON POWER AND LIGHT COMPANY, ET AL., | ) |
| | ) **EXPERT DESIGNATION OF** |
| | ) **DEFENDANT VALLEY ASPHALT** |
| Defendants. | ) **CORPORATION** |

Defendant Valley Asphalt Corporation, through undersigned counsel, and pursuant to this Court's Third Amended Omnibus Scheduling Order, hereby designates the following as its primary experts:

Neil M. Ram, Ph.D., LSP, CHMM
Chase A. Gerbig, Ph.D.
Roux Associates, Inc.
12 Gill Street, Suite 4700
Woburn, Massachusetts 01801

A copy of their report was served upon counsel for all parties via electronic mail on May 18, 2018.

2

Respectfully submitted,

*/s/ Melissa Z. Kelly*
Robert J. Hanna (0037230)
Joseph P. Koncelik (0061692)
Melissa Z. Kelly (0077441)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5009
E-mail:  robert.hanna@tuckerellis.com
            joseph.koncelik@tuckerellis.com
            melissa.kelly@tuckerellis.com

*Attorneys for Defendant Valley Asphalt Corporation*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 18, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Melissa Z. Kelly*
        Robert J. Hanna (0037230)
        Joseph P. Koncelik (0061692)
        Melissa Z. Kelly (0077441)
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone:   216.592.5000
        Facsimile:    216.592.5009
        E-mail:  robert.hanna@tuckerellis.com
                  joseph.koncelik@tuckerellis.com
                  melissa.kelly@tuckerellis.com

        *Attorneys for Defendant Valley Asphalt Corporation*