# EXHIBIT F

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

* * *

HOBART CORPORATION,

et al.,

    Plaintiffs,

    vs.            CASE NO. 3:13-cv-00115-WHR

THE DAYTON POWER

AND LIGHT COMPANY,

et al.,

    Defendants.

* * *

        Deposition of JOHN PAPP, Witness herein, called by the Plaintiffs for cross-examination pursuant to the Rules of Civil Procedure, taken before me, Karen M. Rudd, a Notary Public in and for the State of Ohio, at the offices of Dyer, Garofalo, Mann & Schultz, 131 N. Ludlow Street, Suite 1400, Dayton, Ohio, on Tuesday, May 2, 2017, at 9:02 a.m.

* * *

Case: 3:13-cv-00115-WHR Doc #: 865-6 Filed: 12/04/18 Page: 3 of 10 PAGEID #: 23019

Hobart Corporation, et al. v. The Dayton Power & Light Co., et al.

John Papp

Page 28

1  aware that there was such a company called
2  Blaylock?
3      A.  When we first got in the trash
4  business in 1966.
5      Q.  Because they were a competitor?
6      A.  Yes.
7      Q.  And I think you said when you
8  started working for Danis, you were working in
9  a Danis business called Blaylock Trucking?
10     A.  Yes.
11     Q.  And they had a contract with the
12 City of Moraine?
13     A.  Yes.
14     Q.  And what does that mean?  They
15 picked up the residential trash in Moraine?
16     A.  That's correct.
17     Q.  Okay.  And did you say Vandalia?
18     A.  Yes, they had City of Vandalia.
19     Q.  Okay.  And some contracts in
20 Kettering?
21     A.  Yes.  No, there was no contracts
22 in Kettering.  It was all open competition.
23     Q.  What does that mean?
24     A.  It means you can solicit a
25 customer and quote a price based on what you

Case: 3:13-cv-00115-WHR Doc #: 865-6 Filed: 12/04/18 Page: 4 of 10  PAGEID #: 23020

Hobart Corporation, et al. v. The Dayton Power & Light Co., et al.

John Papp

Page 30

1  A.  Somewhere in that general area.
2  Q.  Somewhere in that general area.
3  Okay.
4  A.  Right.
5  Q.  You don't remember the exact date?
6  A.  I do not.
7  Q.  So they had -- Blaylock had a
8  contract with Vandalia?
9  A.  Yes, they did.
10 Q.  And where did the waste from
11 Vandalia go?
12 A.  Initially it went to landfills,
13 Mr. Blaylock's landfills at Cardington or
14 Dorothy Lane.  But eventually it went to the
15 county incinerators.
16 Q.  Okay.  So you are saying that
17 Mr. Blaylock owned the Cardington Road and
18 Dorothy Lane landfills?
19 A.  He either owned or he leased the
20 land from someone.  I'm not too sure which one.
21 Q.  Okay.
22 A.  He did operate the landfills.
23 Q.  He operated the landfills?
24 A.  Yes.
25 Q.  I got you.  And when you worked

Hobart Corporation, et al. v. The Dayton Power & Light Co., et al.

John Papp

Page 32

1  Q. Any other landfills?
2  A. No.
3  Q. As I understand Dayton geography,
4  Vandalia is north, near the airport?
5  A. That's correct.
6  Q. So the Blaylock waste would
7  come -- drive south from Vandalia to either
8  Cardington Road or Dorothy Lane to dump the
9  trash?
10 A. Yes.
11 Q. And at some point the trash from
12 Vandalia went to an incinerator?
13 A. Yes.
14 Q. And why did it change over from
15 landfill to incinerator?
16 A. The county actually built
17 incinerators with the assumption they could
18 control the trash waste flow.
19 Q. And when did they build the
20 incinerators?
21 A. I don't have the exact date on
22 that. I really don't remember.
23 Q. Okay. Were the incinerators
24 operational at the time that Danis bought King?
25 A. No.

John Papp

Page 38

1    A.    Yes.
2    Q.    Where did Blaylock take its waste
3 when you started at King?
4    A.    To a landfill.
5    Q.    Which landfills?
6    A.    Well, the landfills they were
7 operating, which was Cardington or Dorothy
8 Lane.
9    Q.    And how do you know that?
10   A.    Well, we saw the trucks in the
11 landfill when we dumped our trucks.  We would
12 see their trucks in there.
13   Q.    You would actually see the
14 Blaylock --
15   A.    Right.
16   Q.    -- trucks at the landfill?
17   A.    Probably see half a dozen
18 different haulers dumping in there all at one
19 time.
20   Q.    Do you remember any of the other
21 haulers?
22   A.    Dempsey Trucking.  At that time,
23 since we bought out some of the smaller
24 haulers, there wasn't too much competition.
25   Q.    So were there other haulers at

Case: 3:13-cv-00115-WHR Doc #: 865-6 Filed: 12/04/18 Page: 7 of 10  PAGEID #: 23023

Hobart Corporation, et al. v. The Dayton Power & Light Co., et al.

John Papp

Page 56

1  you reported to when you first started working
2  at Blaylock?
3     A.  No.
4     Q.  It was somebody else?
5     A.  Yes.
6     Q.  Okay.  Do you remember anybody
7  else from Danis other than Charles Danis that
8  made you the offer?
9     A.  No.
10    Q.  And I think you said there was a
11 Mr. Blaylock who had been in charge of Blaylock
12 Trucking, but didn't want to do it anymore?
13    A.  That's correct.
14    Q.  What was his first name?
15    A.  Louie.
16    Q.  It was Louie Blaylock?
17    A.  Yes.
18    Q.  I see.  Did you ever meet Louie
19 Blaylock?
20    A.  Well, yes.
21    Q.  And when did you first meet him?
22    A.  When I first got in the trash
23 business.
24    Q.  Okay.
25    A.  1966.

Case: 3:13-cv-00115-WHR Doc #: 865-6 Filed: 12/04/18 Page: 8 of 10  PAGEID #: 23024

Hobart Corporation, et al. v. The Dayton Power & Light Co., et al.

John Papp

Page 57

```
1         Q.    Okay.  And so he was a competitor?
2         A.    Yes.
3         Q.    Okay.  Were you friends?
4         A.    Yes.
5         Q.    And did you like hang out outside
6   of business?
7         A.    No.
8         Q.    It was -- you knew him because you
9   were competitors and --
10        A.    And he had control of the
11  landfills.
12        Q.    I see.  I see.  Okay.  Fair
13  enough.  So you knew him because he owned -- or
14  he owned or operated the landfills?
15        A.    That's correct.
16        Q.    And you had to -- if you wanted to
17  go to his landfills, you had to deal with
18  Louie?
19        A.    That's correct.
20        Q.    I see.  When you -- when you got
21  hired by -- or yeah, when you got hired into
22  Blaylock, was Louie already gone?
23        A.    No.
24        Q.    He was still operating the
25  landfills?
```

Hobart Corporation, et al. v. The Dayton Power & Light Co., et al.

John Papp

Page 59

1   A.   Yes.

2   Q.   Were you aware of the location of
3   the South Dayton Dump when you were running
4   King?

5   A.   Yes.

6   Q.   Just because you knew where the
7   dumps were?

8   A.   Yes.

9   Q.   Okay. So I think you said that
10  you were on friendly terms with Mr. Blaylock --

11  A.   Yes.

12  Q.   -- when you were running King?

13  A.   Yes.

14  Q.   Did the subject of the South
15  Dayton Dump come up at any time in your
16  conversations with Mr. Blaylock?

17  A.   No.

18  Q.   You never once talked about it?

19  A.   No.

20  Q.   Do you remember talking about the
21  South Dayton Dump with anyone when -- during
22  the time that you were running King?

23  A.   No.

24  Q.   How about during the time when you
25  were working for Blaylock?

John Papp

Page 60

1    A.   No.
2    Q.   So it sounds like you knew that
3 there was the South Dayton Dump there, but you
4 really didn't discuss it with anybody?
5    A.   That's correct.
6    Q.   Okay.  I think you had mentioned
7 that there was -- that the -- I guess the boss
8 of Blaylock Trucking before you got hired in
9 was a guy named Louie Blaylock?
10   A.   Yes.
11   Q.   Was there anybody else in the
12 Blaylock family who was involved in the
13 Blaylock Trucking business?
14   A.   Yes.
15   Q.   Who was that?
16   A.   His wife.
17   Q.   Okay.  Do you remember her name?
18   A.   No.
19   Q.   Is Mr. Blaylock still alive?
20   A.   No.
21   Q.   How about his wife?
22   A.   No.
23   Q.   What did his wife do?
24   A.   Well, she actually ran the
25 complete office and the operation, accounts