IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, et al.,

    Plaintiffs,

v.

THE DAYTON POWER & LIGHT CO., et al.,

    Defendants.

Case No. 3:13-cv-115

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANTS' MOTION FOR EXPEDITED STATUS CONFERENCE (DOC. #978); SUSTAINING JOINT MOTION OF ALL DEFENDANTS TO STAY OR MODIFY THE THIRD OMNIBUS SCHEDULING ORDER (DOC. #971); STAYING ALL REMAINING DEADLINES PENDING RESOLUTION OF MOTIONS FOR SUMMARY JUDGMENT; VACATING MARCH 19, 2019, TRIAL DATE; CONFERENCE CALL TO BE SET FOLLOWING RULING ON SUMMARY JUDGMENT MOTIONS

---

The Court SUSTAINS Defendants' Motion for Expedited Status Conference, Doc. #978. Said status conference was held on February 21, 2019.

As discussed during that conference call, the Court SUSTAINS the Joint Motion of All Defendants to Stay or Modify the Third Omnibus Scheduling Order, Doc. #971. All remaining deadlines set forth in that Scheduling Order, Doc. #817, are STAYED pending the Court's ruling on the numerous pending motions for summary judgment, and the March 19, 2019, trial date is VACATED.

After the Court rules on the pending motions for summary judgment, the Court will convene a conference call with all remaining parties to set new deadlines and a new trial date.

Date: March 12, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE