IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | : | Case No. 3:13-cv-115 |
| | : | |
| Plaintiffs, | : | JUDGE WALTER H. RICE |
| | : | |
| v. | : | |
| | : | |
| THE DAYTON POWER AND LIGHT COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, in consideration of Plaintiffs' Motion to File out of Time Answer to Undismissed Portion of Counterclaim of Valley Asphalt Corporation, and any response thereto,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion is GRANTED.

2. Plaintiffs' Answer to Undismissed Portion of Counterclaim of Valley Asphalt Corporation, in the form attached to its Motion, is deemed filed this date.

Dated: 3-22-19

_____
JUDGE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE