IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | : | Case No. 3:13-cv-115 |
| Plaintiffs, | : | JUDGE WALTER H. RICE |
| v. | : | |
| THE DAYTON POWER AND LIGHT COMPANY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, in consideration of Plaintiffs' Motion to Supplement Summary Judgment Record with respect to Conagra Grocery Products Company, LLC, Cox Media Group Ohio, Inc. and Franklin Iron and Metal Corp. with Testimony from a Previously Unknown Witness, and any response thereto,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion is GRANTED.

2. The Parties shall coordinate with each other to arrange for the deposition of Mr. Richard Hunter by May 1, 2019.

Dated: 4-4-19

**JUDGE WALTER HERBERT RICE**
**UNITED STATES DISTRICT JUDGE**