# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | : | Case No. 3:13-cv-115 |
| | : | |
| Plaintiffs, | : | JUDGE WALTER H. RICE |
| | : | |
| v. | : | |
| | : | |
| THE DAYTON POWER AND LIGHT COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, in consideration of Plaintiffs' Motion to Supplement Summary Judgment Record with respect to Conagra Grocery Products Company, LLC and Cox Media Group Ohio, Inc. with Testimony from a Previously Unknown Witness, and any response thereto,

### IT IS HEREBY ORDERED THAT:

1.   Plaintiffs' Motion is GRANTED.

2.   The Parties shall coordinate with each other to arrange for the deposition of Mr. Cecil R. Hunter by May 24, 2019.

Dated: May 1, 2019

_____
**JUDGE WALTER HERBERT RICE**
**UNITED STATES DISTRICT JUDGE**