IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | : | |
| Plaintiffs, | | |
| v. | : | Case No. 3:13-cv-115 |
| THE DAYTON POWER & LIGHT CO., *et al.*, | : | JUDGE WALTER H. RICE |
| Defendants. | : | |

---

ORDER DIRECTING PLAINTIFFS AND DEFENDANT FRANKLIN IRON AND METAL CORPORATION TO FILE JOINT STATUS REPORT WITHIN 7 CALENDAR DAYS OF THE DATE OF THIS ORDER

---

Counsel for Plaintiffs and Defendant Franklin Iron and Metal Corporation are ORDERED to file a Joint Status Report within seven calendar days of the date of this Order concerning the status of their settlement negotiations.

Date: October 29, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE