IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, *et al.*,

       Plaintiffs,

      v.

THE DAYTON POWER AND
LIGHT COMPANY, *et al.*,

       Defendants.

:

:

:

:

Case No. 3:13-cv-115

JUDGE WALTER H. RICE

---

## SCHEDULING ORDER

---

As discussed during the conference call held on November 18, 2019:

- The Court will hold a conference call on **December 9, 2019, at 4:15 p.m.**, with Plaintiffs and Bridgestone Americas Tire Operations *only*, to discuss the status of settlement negotiations between them.

- No later than **November 26, 2019**, Plaintiffs shall file a memorandum in support of conducting a combined trial resolving all claims arising from the 2013 ASAOC and the 2016 ASAOC. No later than **December 4, 2019**, Defendants shall file their responses. The Court will hold a conference call on **December 12, 2019, at 5:00 p.m.** to discuss the same.

- At the **December 12, 2019**, conference call, counsel for Plaintiffs and Franklin Iron and Metal Corporation shall be prepared to provide an update on the status of settlement negotiations between them.

- As soon as practicable, counsel for Defendants shall send to Plaintiffs' counsel a written global settlement offer concerning all claims arising from the 2013 ASAOC, with a copy emailed to rice_chambers@ohsd.uscourts.gov. Plaintiffs' counsel shall respond in writing as soon as practicable, with a copy emailed to the same address. The Court will review that correspondence and determine whether to set a date for a global mediation.

Date: November 19, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE