UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HOBART CORPORATION, KELSEY-HAYES COMPANY, and NCR CORPORATION, | Case No. 3:13-cv-115-WHR |
| Plaintiffs, | Judge Walter H. Rice |
| -vs- | **ORDER** |
| THE DAYTON POWER AND LIGHT COMPANY, et al., | |
| Defendants. | |

This matter, having come before the Court on Defendant The Sherwin-Williams Company Unopposed Motion for Extension of Time to File Reply Brief, and finding good cause to grant the Motion, it is hereby

**ORDERED THAT:** The Sherwin-Williams Company's Reply to Plaintiff's Response in Opposition to Sherwin-Williams' Motion in Limine is due on December 6, 2019.

Dated: 12-2-19

**JUDGE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE**