IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HOBART CORPORATION, *et al.*,

    Plaintiffs,

v.

THE DAYTON POWER AND
LIGHT COMPANY, *et al.*,

    Defendants.

Case Number: 3:13-cv-00115

Judge Walter Herbert Rice

**ORDER**

This matter having come before the Court on Defendant, Waste Management of Ohio, Inc.'s Unopposed Motion for Extension to file a Reply in Support of its Motion for Summary Judgment on Behalf of Container Services, Inc., it is hereby

**ORDERED THAT:**

1. Defendant, Waste Management of Ohio, Inc.'s Motion is GRANTED.

2. Defendant, Waste Management of Ohio, Inc.'s Reply in Support of its Motion for Summary Judgment on Behalf of Container Services, Inc. is due on or before February 12, 2020.

Date: 1-31-20

                                              JUDGE WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE