IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, *et al.*,

    Plaintiffs,

v.

THE DAYTON POWER & LIGHT COMPANY, *et al.*,

    Defendants.

:
:
:
:
:

Case No. 3:13-cv-115

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING WASTE MANAGEMENT OF OHIO, INC.'S REQUEST FOR IMMEDIATE STAY OF REPLY TO MOTION FOR SUMMARY JUDGMENT; PLAINTIFFS ORDERED TO RESPOND TO RULE 37(c) DISCOVERY MOTION (DOC. #1139)

---

For good cause shown, the Court SUSTAINS Waste Management of Ohio, Inc.'s Request for Immediate Stay of Reply to Motion for Summary Judgment, Doc. #1139.[1] That Reply is currently due on February 12, 2020.

Plaintiffs are directed to respond to Waste Management's Rule 37(c) Discovery Motion, Doc. #1139, within the time allotted by the local rules.

---

[1] Although Waste Management has requested oral argument on this portion of the motion, the Court finds that oral argument is not needed. S.D. Ohio Civ. R. 7.1(b)(2).

Date: February 10, 2020

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE