IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, *et al.*,

    Plaintiffs,

v.

THE DAYTON POWER & LIGHT CO., *et al.*,

    Defendants.

:
:
:
:
:

Case No. 3:13-cv-115

JUDGE WALTER H. RICE

---

## SCHEDULING ORDER

---

As discussed during the conference call held on March 9, 2020, trial in the above-captioned case will be held following EPA approval of the Remedial Investigation/Feasibility Study ("RI/FS") and a short period of time for additional discovery and expert witness reports. It is anticipated that trial will occur in late 2022 or early 2023.

No later than May 4, 2020, the parties shall submit a Joint Amended Rule 26(f) Report, setting forth suggested deadlines, including mediation, based on certain triggering events, such as delivery of the RI and FS Reports to the EPA, and EPA approval of those documents. The Court will hold a follow-up conference call on May 14, 2020, at 4:30 p.m.

In the meantime, the parties may begin perpetuating the testimony of fact witnesses who, because of age or health issues, may not be available to testify at trial.

Date: March 10, 2020

*Walter Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE