IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | : | Case No. 3:13-cv-115 |
| | : | |
| Plaintiffs, | : | JUDGE WALTER H. RICE |
| | : | |
| v. | : | |
| | : | |
| THE DAYTON POWER AND LIGHT COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court having been advised that the settlement proceeds have been paid by Defendant Franklin Iron and Metal Corporation to the Plaintiffs. Accordingly, pursuant to the Court's prior Order (Docket #1155) approving the Plaintiffs and Defendant Franklin Iron and Metal Corporations Joint Motion for Approval of Settlement Agreement, it is hereby:

**ORDERED,** that Defendant Franklin Iron and Metal Corporation is hereby dismissed without court costs and with prejudice.

Dated: 04/14/2020

 Walter H. Rice (tp - per Judge Rice authorization)
**JUDGE WALTER HERBERT RICE**
**UNITED STATES DISTRICT JUDGE**

1