IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | : | Case No. 3:13-cv-115 |
| Plaintiffs, | : | JUDGE WALTER H. RICE |
| v. | : | |
| THE DAYTON POWER AND LIGHT COMPANY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter having come before the Court on the Joint Motion for filing of a Motion for Approval of Settlement Agreement between Plaintiffs and Franklin Iron & Metal Corporation with the amount of the settlement amount redacted ("Motion"), and any response thereto, it is hereby

**ORDERED THAT:**

1) The Motion is GRANTED.

2) The Proposed Settlement Agreement between Plaintiffs and Franklin Iron & Metal Corporation may be filed with the Court with the proposed settlement amount being redacted.

3) The Proposed Settlement Agreement between Plaintiffs and Franklin Iron & Metal Corporation shall be provided in an unredacted version to any party in this Action, and may be provided to the United States EPA or Ohio EPA upon request of United States EPA or Ohio EPA.

4) The redaction of the settlement amount is subject to further Order of this Court,

3319044.2

to further order of a Court of competent jurisdiction and subject to the understanding that certain limited disclosures by the parties in this action in an unredacted form may be necessary for legal purposes.

Dated: 3-18-20

JUDGE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE