IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HOBART CORPORATION, *et al.*, | : |
|     Plaintiffs, | |
|     v. | :   Case No. 3:13-cv-115 |
| THE DAYTON POWER & LIGHT COMPANY, *et al.*, | :   JUDGE WALTER H. RICE |
|     Defendants. | : |

SCHEDULING ORDER

As discussed during the conference call held on May 20, 2020, as soon as the Feasibility Study is released, Plaintiffs shall notify the Court and provide the Court with a copy of that document. The Court will then ask the parties to submit an Amended Rule 26(f) Report and hold a conference call to set relevant deadlines and set a trial date on liability and allocation of response costs among the parties.

In the meantime, counsel may continue to perpetuate testimony of aging and/or health-impaired witnesses. Should discovery disputes arise, counsel may contact the Court as needed.

Date: May 21, 2020

                                                            WALTER H. RICE
                                                            UNITED STATES DISTRICT JUDGE