IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **HOBART CORPORATION, et al.** | : | CASE NO. 3:13cv115 |
| Plaintiffs, | : | |
| | | **JUDGE WALTER H. RICE** |
| v. | : | |
| **DAYTON POWER AND LIGHT COMPANY, et al.** | : | |
| | : | |
| Defendants. | | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

_(signature)_
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Awaiting feasibility study, due approximately early 2023, before any further action or trial setting can take place.