# EXHIBIT 4

# CERTIFIED TRANSCRIPT

```
 1          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
 2            WESTERN DIVISION AT DAYTON
                     - - -
 3     HOBART CORPORATION, et  : CIVIL ACTION
       al                     :
 4              Plaintiff     :
                             :
 5          vs.               :
                             :
 6     DAYTON POWER AND LIGHT :
       COMPANY, et al          :
 7              Defendants  : NO. 3:13-cv-00115
 8                    - - -
            Wednesday, October 3, 2018
 9                    - - -
10              Videotaped Deposition of
11     JURGEN H. EXNER, Ph.D., taken pursuant to
12     notice, at the offices of Langsam, Stevens,
13     Silver & Hollaender, 1818 Market Street,
14     Philadelphia, Pennsylvania, beginning at
15     approximately 8:31 a.m., before Carol McAvey,
16     Registered Professional Reporter and Notary
17     Public, there being present.
18                    * * *
19
20
21
22
23
               VERITEXT LEGAL SOLUTIONS
24                MID-ATLANTIC REGION
           1801 Market Street - Suite 1800
25         Philadelphia, Pennsylvania 19103
```

Page 2

1 APPEARANCES:
2
3  LANGSAM, STEVENS, SILVER
   & HOLLAENDER, LLP
   BY: DAVID ROMINE, ESQUIRE
4  and MARK STEVENS, ESQUIRE
   1818 Market Street
5  Suite 2610
   Philadelphia, Pennsylvania 19103
6  Phone: 215-732-3255
   dromine@lsh-law.com
7  Representing the Plaintiffs
8
   POLSINELLI, P.C.
9  BY: JANE E. FEDDER, ESQUIRE
   100 S. Fourth Street
10 Suite 1000
   St. Louis, Missouri 63102
11 Phone: 314-552-6867
   jfedder@polsinelli
12 Representing the Defendant,
   PHARMACIA, LLC
13
14 NIJMAN FRANZETTI, LLP
   BY: JENNIFER T. NIJMAN, ESQUIRE
15 and KRISTEN GALE, ESQUIRE
   10 South LaSalle Street
16 Suite 3600
   Chicago, Illinois 60603
17 Phone: 312-251-5255
   jn@nijmanfranzetti.com
18 Representing the Defendant,
   WASTE MANAGEMENT OF OHIO, INC.
19
20 BRICKER & ECKLER, LLP
   BY: DREW H. CAMPBELL, ESQUIRE
21 and DANIEL GERKEN, ESQUIRE
   100 South Third Street
22 Columbus, Ohio 43215
   Phone: 614-227-2300
23 dcampbell@bricker.com
   Representing the Defendant,
24 DAYTON POWER AND LIGHT COMPANY
25

Page 3

1 APPEARANCES CONTINUED:
2
3  CREHAN & THUMANN, LLC
   BY: ROBERT J. THUMANN, ESQUIRE
   404 E. 12th Street
4  2nd Floor
   Cincinnati, Ohio 45202
5  Phone: 513-381-5050
   Thumann@ctlawcincinnati.com
6  Representing the Defendant,
   FRANKLIN IRON & METAL CORP.
7
8  TUCKER ELLIS, LLP
   BY: ROBERT J. HANNA, ESQUIRE
9  950 Main Avenue
   Suite 1100
10 Cleveland, Ohio 44113
   Phone: 216-696-3463
11 robert.hanna@tuckerellis.com
   Representing the Defendant,
12 VALLEY ASPHALT COMPANY
13
   McGRATH, NORTH, MULLIN & KRATZ
14 BY: KRISTOPHER J. COVI, ESQUIRE
   First National Tower
15 1601 Dodge Street, Suite 3700
   Omaha, Nebraska 68102
16 Phone: 402-341-3070
   kcovi@mcgrathnorth.com
17 Representing the Defendant,
   CONAGRA GROCERY PRODUCTS
18 COMPANY, LLC
19
   ROETZEL & ANDRESS, LPA
20 BY: SHANE A. FAROLINO, ESQUIRE
   222 South Main Street
21 Akron, Ohio 44308
   Phone: 303-849-6680
22 sfarolino@ralaw.com
   Representing the Defendant,
23 COX MEDIA GROUP OHIO, INC
   (via telephone)
24
25

Page 4

1 APPEARANCES CONTINUED:
2
3  TAFT STETTINIUS & HOLLISTER, LLP
   BY: E. CHASE DRESSMAN, ESQUIRE
   425 Walnut Street
4  Suite 1800
   Cincinnati, Ohio 45202
5  Phone: 513-381-2838
   cdressman@taftlaw.com
6  Representing the Defendant,
   BRIDGESTONE AMERICAS TIRE
7  OPERATIONS, LLC
   (via telephone)
8
9  SHUMAKER, LOOP & KENDRICK, LLP
   BY: MATTHEW T. KEMP, ESQUIRE
10 1000 Jackson Street
   Toledo, Ohio 43604
11 Phone: 419-321-1255
   mkemp@slk-law.com
12 Representing the Defendant,
   THE SHERWIN WILLIAMS COMPANY
13 (via telephone)
14
   ALSO PRESENT:
15
   A. DALLAS WAIT, Ph.D.
16 JOE STRINES, DP&L
   RUSS STRAIN, Videographer
17
18
19
20
21
22
23
24
25

Page 5

1            I N D E X
2            - - -
3  WITNESS                       PAGE
4  JURGEN H. EXNER, Ph.D.
5    BY MS. NIJMAN               13
6    BY MS. FEDDER               87
7    BY MR. CAMPBELL            102
8    BY MR. THUMANN             188
9    BY MR. HANNA               228
10   BY MR. COVI                248
11   BY MR. FAROLINO            274
12   BY MR. DRESSMAN            301
13   BY MR. KEMP                310
14   BY MR. CAMPBELL            318
15
16         E X H I B I T S
17            - - -
18 NUMBER        DESCRIPTION       PAGE
19 Exner 1  Dr. Exner's curriculum   9
20          vitae
21 Exner 2  Exner report on Waste    9
22          Management of Ohio dated
23          7/21/17
24 Exner 3  Exner rebuttal report    9
25          dated 7/24/18

2 (Pages 2 - 5)

Page 6

1  Exner 4  Retention letter          9
2  Exner 5  E-mail string            12
3  Exner 6  University of Georgia     43
4      Bulletin
5  Exner 7  Report of Dr. Walter      51
6      Shields
7  Exner 8  US EPA 1984              58
8  Exner 9  Rebuttal report of Richard  82
9      White
10  Exner 10  Exner report on Monsanto   87
11      dated 7/21/17
12  Exner 11  Document Bates stamped    97
13      MONS 01439 to 1445
14  Exner 12  Exner report on Dayton    103
15      Power & Light dated
16      7/21/17
17  Exner 13  Document entitled        136
18      "Hazardous Substances in
19      Fly Ash" dated 7/24/18
20  Exner 14  Document Bates stamped    144
21      SDD_00012
22  Exner 15  Exner report on Hobart    172
23      Corporation dated 7/21/17
24  Exner 16  Exner report on Franklin   197
25      Iron & Metal Corporation

Page 7

1      dated 7/21/17
2  Exner 16A  Exner report on Franklin   226
3      Iron & Metal Corporation,
4      dated 7/21/17 (different
5      version)
6  Exner 17  Exner report on Valley    230
7      Asphalt dated 7/21/17
8  Exner 18  Document Bates stamped    235
9      SDD3_00024128 to 129
10  Exner 19  Exner report on McCall    250
11      Corporation dated 7/21/17
12  Exner 20  Exner report on Cox Media  274
13      Group dated 7/21/17
14  Exner 21  Exner report on Dayton    301
15      Tire & Rubber dated
16      7/21/17
17  Exner 22  Report entitled "Hazardous  301
18      Substances in Wastes from
19      Rubber Tires" dated
20      7/24/18
21  Exner 23  ConAgra's Notice of      315
22      Deposition of Richard
23      White
24  Exner 24  Waste Management of Ohio's  316
25      Notice of Deposition of

Page 8

1      Jurgen Exner
2  Exner 25  Dayton Power and Light's   317
3      Notice of Deposition of
4      Jurgen Exner
5  Exner 26  Pharmacia's Notice of      317
6      Deposition of Jurgen Exner
7
8
9          MARKED QUESTIONS
10            - - -
11  PAGE 25, LINE 19
12  PAGE 27, LINE 14
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1          (Whereupon, Exhibits Exner 1
2  through 4 were marked for identification.)
3              - - -
4          VIDEOGRAPHER:  Good morning,
5  we're now on the record.  The time is
6  approximately 8:32 a.m., Wednesday October 3,
7  2018.
8          Please note that the
9  microphones are sensitive and may pick up
10  whispers, private conversations and cellular
11  interference.  Audio and video recording will
12  continue to take place unless all parties
13  agree to go off the record.
14          This is Media Unit 1 of the
15  video recorded deposition of Dr. Jurgen Exner,
16  Ph.D., taken by counsel for the defendant in
17  the matter of Hobart Corporation, et al versus
18  Dayton Power and Light, et al, filed in the
19  U.S. District Court For the Southern District
20  of Ohio, Western Division.  Case Number
21  3:13-CV-115.
22          This deposition is being held
23  at Langsam, Stevens, located at 1818 Market
24  Street, Philadelphia, PA.  My name is Russ
25  Strain from Veritext.  I'm the videographer.

3 (Pages 6 - 9)

## Page 10

1 The court reporter is Carol McAvey from
2 Veritext. I'm not related to any party in
3 this action, nor am I financially interested
4 in the outcome.
5        Counsel and all present in the
6 room and everyone attending remotely will
7 state their appearance and affiliation for the
8 record, beginning with the noticing attorney.
9        MS. NIJMAN: Jennifer Nijman
10 on behalf of Waste Management of Ohio.
11       MS. FEDDER: Jane Fedder on
12 behalf of Pharmacia, LLC.
13       MR. WAIT: Dallas Wait with
14 Gradient.
15       MR. THUMANN: Rob Thumann on
16 behalf of Franklin Iron & Metal Corporation.
17       MR. HANNA: Rob Hanna on
18 behalf of Valley Asphalt.
19       MR. COVI: Kris Covi on behalf
20 of ConAgra Grocery Products Company.
21       MR. CAMPBELL: Drew Campbell
22 on behalf of Dayton Power & Light.
23       MR. ROMINE: David Romine on
24 behalf of Plaintiffs.
25       MR. STEVENS: Mark Stevens on

## Page 11

1 behalf of Plaintiff.
2        VIDEOGRAPHER: Counsel on the
3 phone?
4        MR. FAROLINO: Shane Farolino
5 on behalf of Cox Media Group Ohio, Inc.
6        MR. DRESSMAN: Chase Dressman
7 on behalf of defendant Bridgestone.
8        MR. KEMP: Matt Kemp on behalf
9 of The Sherwin Williams Company.
10       MS. GALE: Kristen Gale on
11 behalf of Waste Management of Ohio.
12       MR. GERKEN: Dan Gerken on
13 behalf of the Dayton Power and Light Company.
14       VIDEOGRAPHER: Is that
15 everyone? Thank you.
16       Will the court reporter please
17 swear in the witness:
18       - - -
19       JURGEN EXNER, Ph.D., after
20 having been first duly sworn, was examined and
21 testified as follows:
22       - - -
23       VIDEOGRAPHER: You may
24 proceed.
25       MR. ROMINE: Yeah, before we

## Page 12

1 get started, there has been a dispute
2 regarding the time within which the deposition
3 will take place.
4        Plaintiffs will make Dr. Exner
5 available today for seven hours, maybe a
6 little bit longer, if necessary. But Dr.
7 Exner does have travel plans, so we can't go
8 much beyond the seven hours.
9        The dispute I think has been
10 memorialized in some e-mails between Drew
11 Campbell, counsel for Dayton Power and Light
12 and Larry Silver, who also represents the
13 plaintiff. And there has been an e-mail
14 exchange, and I'd like to mark that e-mail
15 exchange as Exhibit 1, please.
16       THE COURT REPORTER: We
17 already have Exner 1 through 4.
18       MR. ROMINE: That's fine,
19 whatever the next one is, is fine.
20       THE COURT REPORTER: Exner 5,
21 everybody.
22       MR. ROMINE: And I'm going to
23 hand that around to people.
24       - - -
25       (Whereupon, Exhibit Exner 5

## Page 13

1 was marked for identification.)
2        - - -
3        MS. NIJMAN: I'd also like
4 this time not counted from the deposition
5 time, please, for your personal disputes.
6        All right, Russ, are you ready
7 for me?
8        VIDEOGRAPHER: Yes, we are.
9        MS. NIJMAN: Okay. And what
10 is the time now for staring the deposition?
11       VIDEOGRAPHER: The time now is
12 8:36.
13       MS. NIJMAN: Thank you.
14       - - -
15       EXAMINATION
16       - - -
17 BY MS. NIJMAN:
18 Q. Would you please state your name for the
19 record?
20 A. Jurgen Exner.
21 Q. And how do you spell both names, please?
22 A. J-U-R-G-E-N, E-X-N-E-R.
23 Q. What is your current employment?
24 A. I'm principal of a consulting company
25 called JHE Technology Systems, Inc.

4 (Pages 10 - 13)

Page 14

1  Q.    And I saw from your report that you have
2  been deposed in the recent history.
3         You've been deposed recently?
4  A.    Yes.
5  Q.    And aside from the deposition you
6  mentioned in your report, any other
7  depositions?
8  A.    I think in the last 26 years, I've been
9  involved in about 10 depositions, give or take
10 a few.
11 Q.    So, you know the system, you know what
12 you need to do; answer verbally, answer my
13 questions. If you don't understand them, let
14 me know.
15 A.    Yes.
16 Q.    Thank you.
17        Have you participated in any
18 trial testimony?
19 A.    Yes.
20 Q.    Okay. When was the most recent trial
21 testimony?
22 A.    About 2008 or 2009.
23 Q.    And what was your role?
24 A.    I was an expert witness in a case
25 involving a Superfund site here in

Page 15

1  Philadelphia.
2  Q.    What was --
3  A.    It was being tried in -- down Market
4  Street in the Federal Courthouse, I think.
5  Q.    What was the subject of your expertise?
6  A.    Chemistry, environmental restoration,
7  hazardous waste.
8  Q.    Were you being asked in that case to
9  opine on whether materials were hazardous or
10 not under CERCLA?
11 A.    Yes.
12 Q.    What types of materials?
13 A.    There were some various chemical
14 companies involved. There was a cosmetics
15 company involved. That's all I remember
16 really.
17 Q.    What was the case name?
18 A.    The company that I worked for on that
19 was Ballard Spahr. It was the Boarhead Farms
20 Superfund site, I believe.
21 Q.    And you were -- you testified at trial
22 in that case?
23 A.    Yes.
24 Q.    Were any of your opinions rejected by
25 the Court?

Page 16

1  A.    No.
2  Q.    Were you also deposed in that case?
3  A.    Yes.
4  Q.    Do you still have copies of your
5  transcripts?
6  A.    Perhaps. I'm in the process of shutting
7  down my business and I'm starting to weed out
8  files in the garage, so...
9         I may. I'd have to look.
10 Q.    Do you remember the name of the law firm
11 that hired you?
12 A.    Ballard Spahr. The attorney's name was
13 Glenn Harris.
14 Q.    And so, the company name, I'm sorry was
15 again, the company that he was -- that Glenn
16 Harris represented?
17 A.    Ballard Spahr is the law firm.
18 Q.    Right, that's the law firm.
19        Who was the company the law
20 firm was representing?
21 A.    I don't remember. I think it was an
22 industrial company that wanted to have
23 participation in the cleanup.
24 Q.    Prior to that, had you been testifying
25 in -- at trial prior to 2008, 2009?

Page 17

1  A.    I once was a fact witness in Missouri, a
2  dioxin case.
3  Q.    Fact witness as to what?
4  A.    As to work I and my company had done for
5  a company called Syntex at the time.
6  Q.    And what was the chemical -- that was
7  dioxin that was at issue?
8  A.    Yes.
9  Q.    And in the 2008 case, do you recall any
10 of the constituents or chemicals at issue?
11 A.    Some of them were nitrobenzenes. All I
12 remember is the description by one of the --
13 in one of the depositions of where they
14 followed a truck load of waste from the site
15 to the presumed place in New Jersey, and the
16 truck came back within two hours. And so I
17 figured they were doing something else in the
18 meantime.
19 Q.    So, again, it was purely on facts that
20 you were testifying?
21 A.    Correct.
22 Q.    Okay. I have marked -- premarked your
23 curriculum vitae as Exhibit 1.
24        MR. CAMPBELL: Have we called
25 this Exhibit 2?

5 (Pages 14 - 17)

Page 18

1    MS. NIJMAN: No, it's Exhibit
2 1.
3 BY MS. NIJMAN:
4 Q.    Is that a true and correct copy of your
5 CV?
6 A.    Yes.
7 Q.    You've listed a series of matters that
8 you've been involved in starting on Pages 6
9 and 7.
10        Were any of those matters
11 cases where you served as an expert witness?
12 A.    Yes, the last one on Page 6.
13 Q.    That's the Environmental Chemical
14 Corporation?
15 A.    Correct. That was a case in Australia.
16 Q.    And when was that?
17 A.    2009, 2010.
18 Q.    That's different than the case you and I
19 were just talking about where you testified?
20 A.    Yes. But I did not testify. This was
21 just depositions.
22 Q.    That was my next question. Thank you.
23        So you testified in
24 depositions, but not at trial?
25 A.    Yes.

Page 19

1 Q.    And in this case, again, it looks like
2 it was about dioxin?
3 A.    Yes.
4 Q.    And you're not a lawyer, sir; correct?
5 A.    No.
6 Q.    Have you studied case law on when courts
7 find a waste to be a hazardous substance under
8 CERCLA?
9 A.    No.
10 Q.    And you're not opining today on any
11 legal conclusions about hazardous waste or
12 hazardous substances under CERCLA?
13 A.    No.
14 Q.    Did you review any documents in
15 preparation for your deposition today?
16 A.    Yes.
17 Q.    What did you review?
18 A.    I reviewed my reports.
19 Q.    Anything else?
20 A.    I reviewed some of my notes.
21 Q.    What notes do you have, sir?
22 A.    Various handwritten notes from the
23 documents.
24        MS. NIJMAN: We'd like copies
25 of those notes, counsel.

Page 20

1    MR. ROMINE: They reflect --
2 to the extent they reflect communications with
3 counsel and/or work product, we object to the
4 production.
5    MS. NIJMAN: Okay, well, he
6 said they --
7    MR. ROMINE: We'll take it
8 under advisement.
9    MS. NIJMAN: He said they
10 reflected his review of the documents.
11    MR. ROMINE: That's not what
12 he said.
13 BY MS. NIJMAN:
14 Q.    When were you hired in this case, sir?
15 A.    About 2014, I want to say October.
16 Q.    Let me show you what's been marked as
17 Exner Exhibit 4, which we just received this
18 morning.
19        Is this a copy of your
20 retention letter from the Langsam Stevens law
21 firm?
22 A.    Yes.
23 Q.    And when you were contacted by this law
24 firm, by Langsam Stevens, what did they ask
25 you to do?

Page 21

1 A.    They asked me to consult on some issues
2 of waste formation by different industries.
3 Q.    And back in 2014, how did you start your
4 work? What did you do in 2014?
5 A.    I think I reviewed some of the documents
6 that they sent me about the general company
7 information that they had.
8        And so, for instance, I saw
9 that there was a utility involved, that there
10 were some rubber manufacturing facility
11 involved, and so I started to look at
12 processes that would be involved in those
13 industries.
14 Q.    Do you have a file that you keep on this
15 case, a file of materials that have been
16 provided to you or that you researched?
17 A.    Yes and no. I have various documents on
18 the computer. I have various documents in
19 writing and -- but do I have an organized
20 file? I don't think I could claim that.
21 Q.    Do you have a listing of the materials
22 that were provided to you by Langsam Stevens?
23 A.    No.
24 Q.    Were they all provided to you by
25 computer?

6 (Pages 18 - 21)

Page 22

1 A.   Mostly, yes.
2 Q.   And your research, did you retain your
3 research on your computer?
4 A.   Yes.
5        MS. NIJMAN:  We'd request
6 copies of the documents provided and the
7 research.
8        MR. ROMINE:  The documents
9 that Dr. Exner considered in formulating his
10 opinion have been disclosed in his expert
11 reports.  Anything else is protected by Rule
12 26(b); therefore, we will not provide it.
13        MS. NIJMAN:  Well, we'll have
14 to deal with that after the deposition.
15 BY MS. NIJMAN:
16 Q.   You mention in your engagement letter a
17 person named Mary Exner?
18 A.   Yes.
19 Q.   Related to you?
20 A.   My spouse.
21 Q.   And what was her role in this case?
22 A.   She would look for information that I
23 was asking her to obtain for me.  She would
24 scan some of the documents she found to see
25 what they contain and whether I should read

Page 23

1 them.  And she helped me write the reports so
2 that they were intelligible.  English is her
3 native language, it's not mine.
4 Q.   And when you say she helped you write
5 the reports --
6 A.   She reviewed the report I wrote and said
7 I don't understand this, can you clarify this.
8 Q.   She's also a Ph.D.?
9 A.   Correct.
10 Q.   What is her degree in?
11 A.   Chemistry.
12 Q.   So you relied on her for her opinions as
13 well?
14 A.   She reviewed the opinions and would say
15 now where can you back that up, for instance.
16 Q.   Did she write any of the opinions in
17 your reports?
18 A.   No.
19 Q.   They are completely your opinions?
20 A.   Yes.
21 Q.   You mentioned the trial you testified in
22 in 2008 and 9.  Did you write an expert report
23 for that case?
24 A.   Yes.
25 Q.   Do you have a copy of that report?

Page 24

1 A.   I don't know.
2 Q.   We understand from depositions yesterday
3 that you've had discussions with other experts
4 in this case, correct?
5 A.   There were two meetings of experts, one
6 of which I attended; the other one that I
7 listened to on the phone.
8 Q.   The one you attended, who else was
9 there?
10 A.   There was a fellow -- there was -- Rick
11 White was there.  There were several other
12 people there.  I don't remember their names.
13 Q.   Did you speak to Mr. White about his
14 opinions in this case?
15 A.   No.  Well, at these meetings, he said --
16        MR. ROMINE:  Wait, Hold on a
17 second.  Don't testify as to the content of
18 the meetings.
19        THE WITNESS:  Okay.
20        MR. ROMINE:  She asked you a
21 yes or no question --
22        THE WITNESS:  I'm sorry.
23        MR. ROMINE:  -- whether you
24 spoke with Mr. -- that's okay -- with Mr.
25 White about his opinions in this case.

Page 25

1        MS. NIJMAN:  Please don't
2 coach the witness, David.  Thank you.
3        THE WITNESS:  Rick White
4 indicated some of the concerns he had and some
5 of the issues he had.  But I did not discuss
6 his opinions with him.
7 BY MS. NIJMAN:
8 Q.   Well, you're aware that Mr. White relies
9 on your opinions to make his opinions;
10 correct?
11 A.   Well, I found that out yesterday
12 afternoon, yes.
13 Q.   So you weren't aware of that prior to
14 yesterday?
15 A.   Right.
16 Q.   But you've had conversations with him
17 about your opinions in this case?
18 A.   No, I think at the expert -- well, no.
19 Q.   ** What did you speak about then?
20        MR. ROMINE:  No, objection.
21 It's work product.
22        MS. NIJMAN:  Not when two
23 experts speak with each other.  It's
24 specifically excluded in the rule.
25        MR. ROMINE:  That was within

Page 26

1 the context of a meeting with counsel.
2      MS. NIJMAN: It doesn't
3 matter. You waived it by having all your
4 experts there.
5      MR. ROMINE: Well, I'm going
6 to direct the witness not to answer.
7 BY MS. NIJMAN:
8 Q.   Do you follow your attorney's direction
9 not to answer my question?
10 A.   I guess.
11 Q.   I need a yes or no, sir.
12 A.   Yes.
13      MS. NIJMAN: Let's mark that
14 on the record. Thank you.
15 BY MS. NIJMAN:
16 Q.   You then mentioned you had a phone call
17 as well that you listened in?
18 A.   Yes.
19 Q.   Who was at the -- who was on the phone
20 call?
21 A.   Rick White and several other people.
22 Q.   And do you remember any of the other
23 people aside from --
24 A.   One of them had to do with groundwater.
25 Q.   Groundwater?

Page 27

1 A.   (Witness nodded.)
2 Q.   Do you remember any of the other names?
3 A.   No.
4 Q.   Do you remember what was discussed at
5 that conversation?
6      MR. ROMINE: You can -- don't
7 divulge the content. She asked you a yes or
8 no question.
9      THE WITNESS: Yes.
10 BY MS. NIJMAN:
11 Q.   You remember what was discussed during
12 the phone call?
13 A.   Yes.
14 Q.   ** And what was that?
15      MR. ROMINE: Don't divulge the
16 content. I instruct you not to answer.
17 BY MS. NIJMAN:
18 Q.   Are you following your attorney's advice
19 not to answer this question?
20 A.   Yes.
21      MS. NIJMAN: Mark it, please.
22 BY MS. NIJMAN:
23 Q.   So yesterday you said you found out for
24 the first time that Mr. White relied on your
25 opinions to make his opinions.

Page 28

1      How did that come about?
2 A.   Mr. Romine showed me a page of a
3 document.
4 Q.   That would be Mr. White's report?
5 A.   Yes.
6      MS. NIJMAN: Just note on the
7 record looking at counsel for the answer.
8      THE WITNESS: Well, let me
9 elaborate. I presumed it was from his report.
10 I only saw one page.
11 BY MS. NIJMAN:
12 Q.   You were not shown the entire report?
13 A.   Correct.
14 Q.   Thank you.
15      And when you saw that one
16 page --
17      MS. NIJMAN: I'd like a copy
18 of the page he was shown, by the way, counsel.
19      MR. ROMINE: Sure.
20 BY MS. NIJMAN:
21 Q.   When you saw that one page, did it
22 detail a tiering of some kind of parties in
23 this case?
24 A.   Yes.
25 Q.   And you had never seen that before?

Page 29

1 A.   Yes, correct.
2 Q.   And you had not described your report as
3 a tiering report, correct?
4 A.   Correct.
5 Q.   And your opinions in your report were
6 not set up in tiers, were they?
7 A.   Correct.
8 Q.   I'd like to mark as Exner Exhibit 2 the
9 report you've provided to us for Waste
10 Management of Ohio.
11      MR. ROMINE: Thank you.
12 BY MS. NIJMAN:
13 Q.   Do you recognize this document?
14 A.   Yes.
15 Q.   And it is your report dated July 21,
16 2017, Expert Opinion on Wastes Disposed by
17 Waste Management of Ohio, Inc.?
18 A.   Yes.
19 Q.   On Page 1 at the bottom paragraph, the
20 bottom full paragraph, you say three lines up
21 from the bottom: "I have reviewed waste
22 generation in the U.S. from wood treatment
23 plants."
24      Do you see that?
25 A.   Yes.

8 (Pages 26 - 29)

Page 30

1 Q. What did you review?
2 A. I once worked on a case involving a wood
3 treatment plant in Louisiana, the processes
4 they used, the chemicals they used.
5 Q. And did you go back, for the purpose of
6 this opinion, and look at that case?
7 A. No.
8 Q. Did you look at any of your research
9 from that case?
10 A. No.
11 Q. When was that case?
12 A. That was the Bayou Bonfouca case and
13 that was probably around 2000. That's as
14 close as I get. I think I was skiing in Utah
15 when I was supposed to go to the trial the
16 following day or something.
17 Q. And did that case go to trial? Is that
18 the one we spoke about already?
19 A. No, it was settled.
20 Q. Okay. And you said that related to
21 treated woods?
22 A. Yes.
23 Q. Treated with what? What chemical was it
24 treated with?
25 A. Oh, it was treated at various stages

Page 31

1 with creosote and pentachlorophenol and copper
2 chrome arsenates.
3 Q. What kind of wood? I mean were they
4 railroad ties, were they --
5 A. They were railroad ties.
6 Q. And you're aware there's no allegations
7 of railroad ties in this case; correct?
8 A. Correct.
9 Q. In the middle paragraph on Page 1 of
10 your report, you state that you evaluated
11 wastes transported by WMO.
12 And I just want to clarify
13 that what you mean there is the predecessor
14 companies to Waste Management of Ohio?
15 A. Yes, I did not make any distinction.
16 Q. Okay. Because Waste Management of Ohio
17 did not exist at that time, correct?
18 A. Correct.
19 Q. So the companies we're talking about are
20 Blaylock Trucking, Industrial Waste Management
21 and Container Services?
22 A. I filed them all under WMO, so...
23 Q. On Page 2 of your report, on the top of
24 the page you describe a case, Emhart
25 Industries versus New England Container Co.

Page 32

1 Do you see that?
2 A. Yes.
3 Q. What is that case about?
4 A. A case brought by a company against a
5 company that my law firm represented. The
6 company I was representing had done drum
7 restoration and cleanup in the area near a
8 contaminated site that had become a Superfund
9 site.
10 Q. And what was the nature of your -- you
11 were hired as an expert in that case?
12 A. Yes.
13 Q. And what was the nature of your opinion
14 in that case?
15 A. I was asked to assess whether the
16 process that had been used by the plaintiff in
17 manufacture of Hexachlorophene might have
18 produced dioxins.
19 Q. So another dioxin case?
20 A. Correct.
21 Q. Is it fair to say that's your expertise,
22 in dioxins?
23 A. That's one of my areas.
24 Q. In the second part of Page 2, you, under
25 the heading US Waste Disposal Practices Before

Page 33

1 1980, you're giving a general description of
2 what was happening in the field of
3 landfilling? Is that a fair description?
4 A. Yes, it was really -- waste disposal
5 practices were changing throughout that
6 period.
7 Q. Right. And in the middle paragraph, the
8 paragraph that starts with "when possible",
9 you have a sentence there that says: "Local
10 operating units looked for the simplest and
11 least cost manner for disposal, since the cost
12 of waste disposal came out of their budget."
13 Do you see that?
14 A. Yes.
15 Q. And you still agree with that today?
16 A. Yes.
17 Q. And, in fact, that statement, that
18 opinion applies to companies who are
19 transporting waste as well, correct; they
20 would look for the least cost?
21 A. Yes.
22 Q. And if a transporter owns his own
23 landfill, but has to pay to dispose of waste
24 somewhere else, they're going to use their own
25 landfill?

9 (Pages 30 - 33)

Page 34

1  A.    When possible, yes.
2  Q.    Turning to Page 3 of your 2017 report,
3  under the heading WMO operations, again, you
4  say "WMO contracted".
5          That's not accurate, correct?
6  That's the three companies we just mentioned?
7  A.    Yes.
8  Q.    Okay.  And then you go into some detail
9  about each of the three companies.  Where did
10 you get this information?
11 A.    Documents sent to me by LSSH.
12 Q.    And are you making any opinions in this
13 case about a party's nexus or connection to
14 the South Dayton Dump site?
15 A.    No.
16 Q.    And you've not been asked to do that?
17 A.    Correct.
18 Q.    So, the purpose of this paragraph, the
19 WMO operations paragraph, is just a summary
20 for yourself?
21 A.    And for the reader.
22 Q.    So, you're not purporting to state that
23 these statements are accurate or complete?
24 A.    It was clear to me that there was
25 dispute in many cases.  And I wasn't there

Page 36

1  A.    Yes.
2  Q.    Whether or not it went to the site, you
3  wanted to know what waste was connected with a
4  party in some way?
5  A.    Yes.
6  Q.    And I draw your attention to the last
7  line of the first paragraph under WMO
8  operations.  You state that "Younker and
9  Mirade," M-I-R-A-D-E, which should be Miracle,
10 depositions describe waste from Dayton Tire &
11 Rubber being transported to SDD."
12          Do you see that?
13 A.    Yes.
14 Q.    So, in your conclusions that you make
15 about waste transported by WMO operations, are
16 you then assuming that Dayton Tire & Rubber
17 waste was being attributed to Waste Management
18 transporters?
19 A.    All I'm saying is that in that
20 deposition, there were statements that waste
21 was being transported there.
22 Q.    Right.  But then you conclude that Waste
23 Management is responsible for transporting
24 parties -- different parties' wastes later on,
25 which we'll get to.  But I want to know if you

Page 35

1  when the depositions were being taken.  I
2  couldn't look at the people.  It wasn't really
3  my job to figure out who was speaking the
4  truth.  And it was difficult -- it would have
5  been difficult to do for me.  I'm not trained
6  in that area.
7  Q.    So the answer is no, you didn't try to
8  make sure this was correct or complete?
9  A.    Correct.
10 Q.    Okay.  And I'll just jump ahead to your
11 rebuttal report.  I think you say specifically
12 in your later report that you are not opining
13 as to whether waste went to the South Dayton
14 Dump?
15 A.    Correct.
16 Q.    And that's consistent through both
17 reports?
18 A.    Yes.
19 Q.    And it's consistent for all parties to
20 this case?
21 A.    Yes.
22 Q.    Now, it's true, is it not, that you
23 needed to know something about waste related
24 to a party so you could make a conclusion
25 about that waste?

Page 37

1  are concluding that Waste Management entities
2  transported Dayton Tire & Rubber materials?
3  A.    I don't think that's part of my opinion.
4  Q.    Okay.  So, you are not making an opinion
5  as to the accuracy of that sentence in your
6  report?
7  A.    I think that's what I'm trying to say,
8  yes.
9  Q.    Okay.  Just above there, in that first
10 paragraph, you say: "WMO -- which is
11 Container Services in this case -- disposed of
12 wood pallets from Chrysler."  Correct?
13          MR. ROMINE:  Objection to you
14 characterizing WMO as only Container Services,
15 which is inaccurate.
16          MS. NIJMAN:  Okay.  But we're
17 talking about wood pallets from Chrysler and
18 the record is pretty clear on that.
19 BY MS. NIJMAN:
20 Q.    Do you know which Waste Management
21 entities hauled pallets from the Chrysler
22 Corporation?
23 A.    No.
24 Q.    So I will tell you, and you can assume
25 it for the purposes of this deposition, that

10 (Pages 34 - 37)

Page 38

1 it was Container Services Corporation, okay.
2 So as we go forward, I'm going to refer to it
3 as the correct company name instead of the WMO
4 name.
5         MR. ROMINE:  Objection to the
6 characterization as correct, but go ahead.
7 I'll take your -- I'll take your proposition.
8         MS. NIJMAN:  I asked him to
9 make an assumption and that's what he's going
10 to do.
11        MR. ROMINE:  But I'm objecting
12 to your characterization of the assumption as
13 correct.
14 BY MS. NIJMAN:
15 Q.  Do you see the sentence that I'm
16 referring to, "WMO disposed of wood
17 pallets..."?  It's the third line in the first
18 paragraph.
19 A.  Yes, yes.
20 Q.  And then the line after that, you state
21 that Smart, J. Smart deposition describes
22 disposing of two loads of wood skids.
23        Do you see that?
24 A.  Yes.
25 Q.  And then you say Vincell deposition

Page 39

1 citation describes disposing of a load of
2 construction debris.
3         Do you see that?
4 A.  Yes.
5 Q.  And, again, you are not concluding at
6 this stage whether those materials -- whether
7 your statements here are correct or not?
8 A.  Correct.
9 Q.  The same with the next paragraph, "The
10 Grillot brothers describe WMO predecessor
11 companies bringing wood and wood wastes from
12 McCall."
13        You don't know either way
14 whether that is accurate or not; correct?
15 A.  Correct.
16 Q.  So ultimately your opinion as to the WMO
17 predecessor companies, is it fair to say your
18 opinion could be characterized as "if" WMO
19 predecessors brought any of this waste, you
20 would deem it to be hazardous?
21 A.  I would deem it to contain hazardous
22 substances.
23 Q.  Hazardous substances or hazardous
24 materials?
25 A.  Hazardous substances.

Page 40

1 Q.  Hazardous substances as defined under
2 CERCLA?
3 A.  Yes.
4 Q.  And when you say "contain hazardous
5 substances", are you making an opinion as to
6 quantity?
7 A.  No.
8 Q.  So it could be one molecule?
9 A.  Yes.
10 Q.  And were you asked to make any opinions
11 as to quantity?
12 A.  No.
13 Q.  Did Mr. White ask you to try to assess
14 quantity?
15 A.  No.
16 Q.  In your first opinion on the bottom of
17 Page 3, Opinion 1, MCC -- who I presume is
18 McCall's; is that correct?
19 A.  Yes.
20 Q.  You discuss MCC printing operations and
21 the type of waste that might have been
22 generated.
23        Do you see that?
24 A.  Yes.
25 Q.  And then you say:  "MCC waste

Page 41

1 transported by WMO contained hazardous
2 substances."
3         Do you see that?
4 A.  Yes.
5 Q.  But you're telling me right now that you
6 are not making an opinion as to whether that
7 waste was actually transported by WMO to the
8 South Dayton Dump; is that correct?
9 A.  Yes.
10 Q.  And when you say at the end of this
11 opinion it is highly likely MCC waste, quote,
12 transported by WMO also contained PAHs and
13 several other chemicals, again, the same
14 question:  You are not concluding that waste
15 was -- this type of waste was actually
16 transported by WMO to the South Dayton Dump;
17 correct?
18 A.  Correct.
19        MS. NIJMAN:  I'm also going to
20 point out for the record there, that I should
21 have said Container Services instead of WMO,
22 because WMO did not exist at the time, under
23 my own assumption.
24 BY MS. NIJMAN:
25 Q.  If you would turn to Page 4.  Here

11 (Pages 38 - 41)

1 you're talking about waste resulting from
2 burning pallets.
3        In the first paragraph,
4 there's a sentence in the fourth line down:
5 "A. Grillot and L. Brannon built two air
6 curtain burners at the SDD."
7        Do you see that sentence?
8 A.   Yes.
9 Q.   And you are not making any opinions as
10 to the truth or accuracy of that statement;
11 correct?
12 A.   That's correct.
13 Q.   Then in the second paragraph in this
14 page, you talk about the elements of wood.
15        Do you see that?
16 A.   Yes.
17 Q.   And those are naturally occurring
18 elements, correct?
19 A.   Yes.
20 Q.   And you're not opining that wood pallets
21 themselves are a hazardous substance, correct?
22 A.   Correct.
23 Q.   In Table 1, you have concentrations of
24 metals in wood and wood ash. That's correct?
25 A.   Yes.

1 Q.   And that table comes from, on the right
2 hand column, comes from a University of
3 Georgia bulletin you've cited there?
4 A.   Yes.
5        MS. NIJMAN: Let's mark this.
6        - - -
7        (Whereupon, Exhibit Exner 6
8 was marked for identification.)
9        - - -
10 BY MS. NIJMAN:
11 Q.   We've marked as Exhibit 6 for your
12 deposition a copy of that University of
13 Georgia bulletin.
14        So for the purposes of
15 identification, the bulletin is called Best
16 Management Practices For Wood Ash as
17 Agricultural Soil Amendment; correct?
18 A.   Yes.
19 Q.   And that's the article from which you
20 obtained the information that you put in Table
21 1?
22 A.   Yes.
23 Q.   Looking in the second column on the
24 first page, the first full paragraph states:
25 "Ash is composed of many major and minor

1 elements which trees need for growth."
2        Do you see that?
3 A.   Yes.
4 Q.   And you would agree with that statement?
5 A.   Yes.
6 Q.   And that's, in fact, a reference to the
7 table on Page 3, which is where you got your
8 information; correct?
9 A.   Yes.
10 Q.   The second paragraph states: "Calcium
11 is the most abundant element in wood ash and
12 gives ash properties similar to agricultural
13 lime."
14        Do you agree with that
15 statement?
16 A.   Yes.
17 Q.   It goes on to say: "Ash is also a good
18 source of potassium, phosphorus and
19 magnesium."
20        Do you agree with that
21 sentence?
22 A.   Yes.
23 Q.   It then says: "In terms of commercial
24 fertilizer, average wood ash would be about
25 0-1-3 (NPK)."

1        Do you see that sentence?
2 A.   Well, I'm not -- I don't consider myself
3 a fertilizer expert.
4 Q.   Okay. So you don't know either way
5 whether that's accurate?
6 A.   No.
7 Q.   Okay. It then says: "In addition to
8 these macronutrients, wood ash is a good
9 source of many micronutrients needed in trace
10 amounts for adequate plant growth."
11        Do you agree with that
12 statement?
13 A.   Yes.
14 Q.   And then finally the paragraph reads:
15 "Wood ash contains few elements that pose
16 environmental problems. Heavy metal
17 concentrations are typically low."
18        Do you agree with that
19 statement?
20 A.   Within the context of this report from
21 the University of Georgia, I agree with that.
22 Q.   Okay.
23 A.   However, if wood ash is placed into an
24 environment different from -- different from
25 agricultural situations, there may be a

12 (Pages 42 - 45)

Page 46

1 difference of opinion on whether there are any
2 environmental concerns that should come from
3 those chemicals.
4 Q. What kind of non-agricultural
5 applications are you referencing?
6 A. If the waste were placed, for instance,
7 into a storage facility that contained acidic
8 components, the leachability of the metals
9 might be greater than they -- would be greater
10 than in an agricultural application.
11 Q. So the addition of acid concerns you?
12 A. Yes.
13 Q. And do you have any evidence in this
14 case that there was an addition of acid to
15 wood ash disposed in the landfill?
16 A. No.
17 Q. If you would turn to Page 3, and if you
18 would keep your report -- I see your report is
19 open at Page 1, which is your -- excuse me, at
20 Table 1 of your report, if you would keep it
21 there.
22        My first question is: The top
23 of this table in Exhibit 6 appears to be the
24 same constituents that you have carried over
25 to your Table 1 in the right-hand column;

Page 47

1 correct?
2 A. Yes.
3 Q. Now, the top of this table in Exhibit 6
4 says that the concentrations are in
5 percentage. And you've presented
6 concentrations in milligrams per kilogram.
7        How did you make that
8 transfer?
9 A. Multiply by a thousand, I think, or
10 divide by a thousand.
11        MR. ROMINE: Objection to the
12 extent that part of Table 1 is in milligrams
13 per kilogram.
14        MS. NIJMAN: I'll get to that.
15 Thank you for coaching, David.
16        THE WITNESS: Okay, calcium it
17 says 15 percent. And one percent is -- one
18 gram in a hundred thousand milligrams in a
19 hundred, 10,000 in 1,000...
20        So I think I misrepresented
21 the amount of calcium and magnesium.
22 BY MS. NIJMAN:
23 Q. Uh-hum. And, in fact, for all of your
24 entries, it's misrepresented; correct?
25 A. No, not for the ones in arsenic, the

Page 48

1 ones that are presented here in milligrams.
2 Q. Of course. I will get to that in just
3 one second. I'm just dealing with the top
4 part of the table.
5 A. The top part of the table, yes.
6 Q. Okay.
7 A. Sodium, .19 percent. I think that one I
8 got right.
9 Q. Well, for the purposes right now, we can
10 agree that these aren't correctly transferred,
11 the top part of the table --
12 A. Some of them don't appear to be
13 correctly transferred.
14 Q. Okay. So then let's go to the second
15 part of the table, where the concentrations
16 are provided in Exhibit 6 in micrograms per
17 kilogram.
18        And there, you just
19 transferred them over to your Table 1;
20 correct?
21 A. Yes.
22 Q. Okay. Now, back to your report on Page
23 4. The bottom part of the page, you say:
24 "Metal concentrations in ash increase --
25 increases if the wood is contaminated, such as

Page 49

1 from use of recycled or painted woods."
2        Do you see that sentence?
3 A. Yes.
4 Q. And you have not made any opinions in
5 this case as to whether there were
6 contaminated wood or recycled or painted wood
7 in the South Dayton Dump; correct?
8 A. Correct.
9 Q. And you've not made any opinions as to
10 whether Waste Management of Ohio entities,
11 Container Services, hauled wood that is
12 contaminated, such as use of recycled or
13 painted wood; correct?
14 A. Correct.
15 Q. Now, in your CV that we entered into the
16 record earlier, you mentioned that you
17 represent clients in site remediations?
18 A. Yes.
19 Q. And when you remedy a site, you're often
20 comparing the site conditions with an
21 applicable regulatory standard for cleanup; is
22 that a fair statement?
23 A. Yes.
24 Q. So you would look to the state's
25 standard for a constituent to see if your site

13 (Pages 46 - 49)

Page 50

1 is above the standard or below the standard?
2 A. Yes.
3 Q. And if it's below the standard, you
4 would argue you're in compliance and nothing
5 needs to be done there?
6 A. Generally that's correct, yes.
7 Q. And, in fact, you would also consider
8 perhaps background levels in the area to
9 determine if you -- your site constituents are
10 similar, above or below background levels',
11 correct?
12 A. Yes.
13 Q. And if you have constituents at a site
14 that are below background, you would conclude
15 that, again, nothing more needs to be done
16 with that constituent; correct?
17 A. Generally, yes.
18 Q. Did you review the report of Dr. Walter
19 Shields in this case?
20 A. Yes.
21 Q. Do you have any opinions as to Dr.
22 Shields' report?
23 A. I don't remember.
24 Q. Well, I asked the question because none
25 of your reports that you presented in this

Page 51

1 case contain any opinions regarding Dr.
2 Shields' report.
3       Do you plan on giving any
4 opinions as to Dr. Shields' report?
5 A. Only if asked.
6 Q. Okay. And you have not been asked to do
7 so?
8 A. Correct.
9 Q. And, in fact, you had the opportunity to
10 do so before your rebuttal report came out;
11 correct?
12 A. To vapor -- yes, correct.
13 Q. Okay.
14       MS. NIJMAN: I'm going to mark
15 as Exhibit 7 the report of Dr. Walter Shields.
16       - - -
17       (Whereupon, Exhibit Exner 7
18 was marked for identification.)
19       - - -
20 BY MS. NIJMAN:
21 Q. Is this the report you remember seeing?
22 A. Yes.
23 Q. And it is dated May 2018, correct?
24 That's on the second page, if you're looking
25 for a date.

Page 52

1 A. Yes.
2 Q. And this date of May 2018 is prior to
3 when your rebuttal report came out, correct?
4 A. Yes.
5 Q. If you would look to -- just before the
6 appendices, there's a table. So it's near the
7 end of the report, maybe about 10 pages in.
8 And it's Table 2.
9 A. What page number?
10 Q. Unfortunately, the table doesn't have a
11 page number. It's right at the end of the
12 exhibits, the maps and drawings. Right before
13 his CV.
14 A. I'm at the figures.
15 Q. I'm sorry?
16 A. I'm at the figures.
17 Q. Okay, keep going. It's a couple more
18 pages.
19 A. Is this the table?
20 Q. Next one. There it is, Table 2.
21       Do you recall reviewing this
22 table?
23 A. I must have.
24 Q. Okay. And --
25 A. I did read the report.

Page 53

1 Q. Okay. Now, if you look at the fourth
2 column in, it says wood ash, do you see that,
3 in milligrams per kilogram?
4 A. This is Table 1?
5 Q. Table 2.
6 A. Oh, Table 2, sorry.
7       MS. FEDDER: What Page are you
8 on?
9       MS. NIJMAN: It doesn't have a
10 page. It's right before his CV.
11       MS. FEDDER: Okay.
12 BY MS. NIJMAN:
13 Q. I'm sorry, Table 2 is called "Metal
14 concentrations of background soils, wood Ash
15 as provided By Dr. Exner, ash from household
16 and solid wastes, surficial soils from OU-1
17 and EPA's residential and industrial direct
18 contact soil standards."
19 A. Yes, I see the table.
20 Q. And you see that in the third or fourth
21 column, depending upon how you count it, is
22 the column for wood ash.
23 A. Yes.
24 Q. And that's -- those are the numbers from
25 your Table 1, correct?

14 (Pages 50 - 53)

Page 54

1    You can flip back and compare,
2 but for the bottom half of your Table 1, those
3 are the same constituents and the same
4 numbers.
5 A.    Okay.
6 Q.    And if you compare -- you agree, those
7 are all the same numbers that you put in your
8 Table 1 for wood ash?
9 A.    On --
10    MR. ROMINE: I'll object.
11    THE WITNESS: Column 3, okay,
12 Column 3, wood ash, yes, correct.
13 BY MS. NIJMAN:
14 Q.    Okay, great.
15    And if you compare the wood
16 ash levels to the Ohio soil background range,
17 all of the levels in wood ash are within the
18 Ohio soil background ranges; correct?
19 A.    Yes.
20 Q.    And also compared to New Jersey, well
21 within New Jersey's background levels;
22 correct?
23 A.    Yes.
24 Q.    Okay. And if you look at the second
25 column from the right, residential direct

Page 55

1 contact soil standard, wood ash levels of
2 these metals are also within the residential
3 direct contact soil standards; correct?
4 A.    Yes.
5 Q.    So you don't have any disagreement with
6 Dr. Shields as to the conclusions in this
7 table?
8 A.    I wasn't asked to address toxicology and
9 risk assessment issues.
10 Q.    Okay. All right, back to your report.
11 And if you would look at Page 4, going over to
12 Page 5?
13    MR. ROMINE: Jennifer, when
14 you get a chance, I'd like a bathroom break.
15 BY MS. NIJMAN:
16 Q.    Do you see that bottom sentence, "Wood
17 is often preserved by treating with creosote
18 copper arsenates and pentachlorophenol."? Do
19 you see that? I'm sorry, the bottom of Page 4
20 going to Page 5 of your report.
21 A.    Yes, I see that.
22 Q.    Okay. And when you say "wood" there,
23 what type of wood are you talking that about
24 that is often preserved? Railroad ties?
25 A.    Lumber.

Page 56

1 Q.    What about pallets?
2 A.    When I ran the forklift at Dow Chemical,
3 pallets were made out of everything, whatever
4 they had.
5 Q.    Because they're cheap, whatever is
6 cheapest?
7 A.    Whatever, whatever was available and
8 what was cheap.
9 Q.    And that's usually untreated wood,
10 correct?
11 A.    Not if it's -- if it's there and it's
12 scrap, it can be used.
13 Q.    Are you making any opinions in this case
14 that treated pallets were transported to the
15 South Dayton Dump?
16 A.    No.
17 Q.    Did you do any research as to the
18 quantities of treated pallets that are used in
19 industry?
20 A.    No.
21 Q.    The next sentence on the top --
22    MS. NIJMAN: I'm sorry, did
23 you need a break?
24    MR. ROMINE: I'd like one.
25    VIDEOGRAPHER: Off the record

Page 57

1 at 9:33. This will end Disk Number 1.
2    - - -
3    (Whereupon, a short break was
4 taken from 9:33 a.m. to 9:41 a.m.)
5    - - -
6    VIDEOGRAPHER: The time is now
7 9:41. Back on record, beginning of Disk
8 Number 2.
9 BY MS. NIJMAN:
10 Q.    We were talking about your report, which
11 is marked as Exhibit 2 in the Exner
12 deposition. And if you would turn to Page 5,
13 at the top of Page 5, you have a citation to
14 US EPA 84.
15    Do you see that?
16 A.    Yes, I'm sorry.
17 Q.    Okay. And -- that's all right.
18    And the sentence is when
19 wood -- "When treated wood is burned,
20 increased amounts of arsenic, copper and
21 chromate [US EPA 1984] are present in the
22 ash."
23    Do you see that?
24 A.    Yes.
25    - - -

15 (Pages 54 - 57)

Page 58

1         (Whereupon, Exhibit Exner 8
2 was marked for identification.)
3         - - -
4 BY MS. NIJMAN:
5 Q.   So I've marked as Exner Exhibit 8, US
6 EPA 1984, as identified in your report.
7         This is the article you
8 reference, correct?
9 A.   Yes.
10 Q.   And for the record, this is an article
11 called "Characterization of emissions from
12 combustion of wood and alternative fuels in
13 residential wood stoves" and dated
14 November 1984, EPA.
15         Have I said that correctly?
16 A.   Yes.
17 Q.   Now, this article deals with air
18 emissions, correct?
19 A.   Yes.
20 Q.   Air emissions from a residential wood
21 stove, correct?
22 A.   Yes.
23 Q.   It doesn't relate to wood pallets at
24 all, correct?
25 A.   Correct.

Page 59

1 Q.   And, in fact, a residential wood stove
2 would have a much lower burning temperature
3 than an air curtain destructor; correct?
4 A.   I don't know that.
5 Q.   Okay.  What's your experience with air
6 curtain destructors?
7 A.   Only what I've read.
8 Q.   And what have you read?
9 A.   That they're used for burning wood and
10 brush, but not to be used for chemicals.
11 Q.   And you don't have any understanding of
12 the temperature at which it burns?
13 A.   I'm fairly sure one of the references I
14 cite on air curtain incinerators had a
15 temperature profile in it.
16 Q.   Did the temperature -- does your opinion
17 at all relate to the temperature of the
18 burning?
19         Your opinions in this report,
20 are they at all related to the temperature at
21 which wood was burned in the ACD?
22 A.   Yes.
23 Q.   And how do they relate?
24 A.   My recollection is that the air curtain
25 burner operates at lower temperature

Page 60

1 conditions than normal incinerators.
2 Q.   How much lower, do you know?
3 A.   No.
4 Q.   And did you relate that opinion about
5 the temperature to the fate of the
6 constituents that go into the air curtain
7 destructor?
8 A.   I know that composition of metals in ash
9 changes with temperature.  The more you heat
10 it, the less there is in the ash, and that's
11 mostly calcium.
12         I also -- I was mostly
13 interested in air curtain incinerators -- air
14 curtain destructors, sorry, they're not
15 incinerators -- for products of incomplete
16 combustion.  They don't operate with anywhere
17 near the residence times and temperature
18 conditions as most incinerators.
19 Q.   Right.  And are you making an opinion in
20 this case about the temperature of the air
21 curtain destructor?
22 A.   Yes.
23 Q.   And what is your opinion?
24 A.   I think it's lower than normal
25 incinerators.

Page 61

1 Q.   But you don't have a number as to what
2 it is?
3 A.   I could find it.  As I sit here, I don't
4 remember that number.
5 Q.   Well, it's not in your report.  So are
6 you making an opinion in this case as to the
7 temperature of burning in the air curtain
8 destructor?
9         MR. ROMINE:  Asked and
10 answered.
11 BY MS. NIJMAN:
12 Q.   I'm not asking if you know generally.
13 I'm asking you if it is an opinion in this
14 case?
15         MR. ROMINE:  Asked and
16 answered.
17         THE WITNESS:  My opinion is
18 that air curtain destructors do not operate as
19 efficiently as normal incinerators.
20 BY MS. NIJMAN:
21 Q.   Okay.  And that's it, that's all --
22 A.   Yes.
23 Q.   -- you have to say on it?
24 A.   Yes.
25 Q.   Thank you.

16 (Pages 58 - 61)

Page 62

1    Going back to Exhibit 8, if
2 you look at Page 5 of this article, and this
3 is under the Conclusions. And look at
4 Conclusion Number 4: "Treated wood should not
5 be burned under any circumstances because of
6 the presence of arsenic compounds which
7 probably volatilize during combustion."
8    Do you agree with that
9 statement as to residential wood stoves?
10 A. Yes.
11 Q. Other studies have shown that in the
12 combustion of chlorophenol treated wood
13 products -- and then PCCD and PCDF are
14 emitted.
15    Do you agree with that
16 statement?
17 A. Yes.
18 Q. And those would be emitted into the air,
19 correct?
20 A. Yes.
21 Q. So those constituents volatilize,
22 correct?
23 A. They do, but trace amounts remain in the
24 ash.
25 Q. It doesn't say that here, right? That's

Page 63

1 your opinion?
2 A. That's my opinion, based on my
3 experience.
4 Q. Your experience with what?
5 A. With incineration and with dioxins.
6 Q. Well, you said you don't have any
7 personal experience with ACDs. So, what
8 incineration experience do you have?
9 A. I have incineration experience with
10 normal waste incinerators.
11 Q. Hazardous waste incinerators?
12 A. Yes.
13 Q. Looking at your report on Page 5, you
14 have a -- the middle paragraph, the second
15 full paragraph on the page, you have a series
16 of citations to incinerators. And those are
17 all relating to hazardous waste, correct?
18 A. Yes.
19 Q. When you said a moment ago that some
20 constituents could remain in particle or in
21 ash -- is that a fair way to say it?
22 A. Yes.
23 Q. Now, you have no opinion here on the
24 amount or percentage that would remain in ash?
25 A. That's correct.

Page 64

1 Q. Just that a molecule might?
2 A. Yes, or more.
3 Q. Or less?
4 A. No. If no -- if no molecule is there,
5 then no hazardous substance is there.
6 Q. But that's based on the fact that a
7 molecule to you is a hazardous substance;
8 correct?
9 A. No.
10 Q. Okay. Well, you said that to me
11 earlier.
12 A. Is one molecule a hazardous substance?
13 Yes, I guess it is under the definition.
14 Q. And you're talking about the definition
15 under CERCLA?
16 A. Yes. It's not a hazardous waste.
17 Q. How are you making that distinction?
18 A. Hazardous waste is a regulatory
19 criterion for how to dispose of materials.
20 Q. And you're speaking about a definition
21 under RCRA at this point?
22 A. Yes.
23 Q. R-C-R-A.
24    You opine at the bottom of
25 Page 5 that chemicals can adsorb on particles.

Page 65

1    Do you see that?
2 A. Yes.
3 Q. And you have no citations here, correct?
4 A. Yes, correct.
5 Q. Is that based on your experience again?
6 A. It's based on my experience and the
7 citations up above.
8 Q. The citations relating to hazardous
9 waste incineration?
10 A. Yes.
11 Q. Okay. And you didn't conduct a study of
12 the amount of the emissions that might settle
13 from an air curtain destructor?
14 A. No.
15 Q. And specifically an air curtain
16 destructor burning wood pallets?
17 A. I did, however, find that air curtain
18 destructors had a number of products of
19 incomplete combustion in their vapors, as
20 measured by EPA.
21 Q. And what article are you referring to
22 for that?
23 A. I think it was one of the articles on
24 air curtain destructors that I reference
25 somewhere.

17 (Pages 62 - 65)

Page 66

1 Q. Well --
2 A. I think that's the references at the top
3 of Page 5.
4 Q. That reference to US EPA 1996, is that
5 what you're referring to?
6 A. I think the Lutes article, yes, 1996. I
7 did read some articles about air curtain
8 destructors, and I think the EPA had some work
9 where they measured products of incomplete
10 combustion from them.
11 Basically, if I remember, they
12 concluded that the major advantage of air
13 curtain destructors was that they reduced the
14 amount of smoke.
15 Q. And, again, you're not making a
16 conclusion in this case as to quantities of
17 any constituent that might be in the ash from
18 an air curtain destructor?
19 A. Correct.
20 Q. And your entire opinion then on the air
21 curtain destructor is based on these articles
22 you've cited?
23 A. Yes.
24 Q. I'd like to read you a statement and ask
25 if you agree with it. The first sentence is

Page 67

1 this: "Some minor amounts of volatile
2 compounds could possibly be emitted during
3 combustion of wood pallets."
4 MR. ROMINE: Objection to the
5 extent you're reading from a document that you
6 don't have in front of him.
7 BY MS. NIJMAN:
8 Q. Do you agree with that statement? It's
9 basically I think what you just told me.
10 A. Read that again.
11 Q. You can turn to Page 23 of the Shields
12 report.
13 A. Oh, okay.
14 Q. At the top of Page 23, you can read
15 along with me. And I'm going to take them in
16 sections, okay.
17 "Some minor amounts of
18 volatile compounds could possibly be emitted
19 during combustion of wood pallets."
20 Do you agree with that phrase?
21 A. Yes.
22 Q. Okay. It goes on: "But that gas would
23 have diffused in the atmosphere -- and cites
24 to Lutes, the article you mentioned, and
25 Kariher.

Page 68

1 Do you agree with that
2 statement?
3 A. No.
4 Q. What's your basis for disagreeing with
5 that statement?
6 A. I've seen deposition -- I've seen
7 analytical data from hazardous waste
8 incinerators with stacks, and the dispersion
9 from them is highly variable. And the air
10 curtain destructor has no stack. It would
11 disperse much, much less than from normal
12 incinerators with stacks. That's my opinion
13 based on -- that's the basis for it.
14 Q. But I'm asking you whether that gas
15 would have diffused in the atmosphere?
16 A. To some degree, yes.
17 Q. Dr. Shields goes on to say: "Very
18 little, if any, would have been deposited on
19 the surface of OU-1."
20 Do you agree with that
21 statement?
22 A. I think I concluded that some would have
23 deposited on the surface of OU-1.
24 Q. But you don't have any conclusion or
25 opinion as to an amount?

Page 69

1 A. No.
2 Q. And Dr. Shields go on to say: "Even if
3 some very limited portion of the emitted
4 volatile gases deposited on the surface at
5 OU-1, they would have been subject to rapid
6 chemical and biological degradation." And he
7 cites to Minnich.
8 Do you agree with that
9 statement?
10 A. I disagree with that statement.
11 Q. What's your basis for disagreeing?
12 A. I happen to know about biological
13 degradation of chemicals; and recalcitrant
14 chemicals like dioxins, PCBs, chlorinated
15 solvents degrade very slowly at the surface of
16 soils.
17 Q. But you're not making that conclusion as
18 to constituents from wood pallets in this
19 case, correct?
20 You mentioned dioxins.
21 They're not in the wood pallets, correct?
22 A. They could have been formed in the
23 burning -- as products of incomplete
24 combustion in the burning of wood pallets.
25 I thought I looked up the

18 (Pages 66 - 69)

Page 70

1 reference by Minnich, and I don't think the
2 reference supports that kind of a broad
3 statement that he makes here.
4 Q.  But you think it supports your broad
5 statement?
6 A.  No, it doesn't -- no.
7 Q.  Okay.  So what's the basis for your
8 statement, your experience?
9 A.  It's my experience and looking at data
10 from incinerators.
11 Q.  From hazardous waste incinerators?
12 A.  Yes, in the vicinity of hazardous waste
13 incinerators.
14 Q.  Going back to your report, in Opinion 2
15 on Page 4 -- excuse me, Page 6.  So there you
16 state:  "WMO -- which should be Container
17 Services under our assumption -- transported
18 wood pallets to the SDD for burning in the air
19 curtain destructor."
20         We've already stated that you
21 are not concluding whether that is correct or
22 incorrect as a statement, correct?
23 A.  Correct.
24 Q.  Okay.  And then you go on to say:
25 "Hazardous substances were produced in the

Page 71

1 combustion process that yielded wood ash."
2         And those were the -- those
3 are the constituents you noted in Table 1,
4 correct?
5 A.  Yes.
6 Q.  And we've already talked about Table 1.
7         Is there anything else that
8 forms the basis of your Opinion 2 that we
9 haven't discussed yet?
10 A.  Not that I know at this point.
11 Q.  In Opinion 3, you say:  "It is highly
12 likely that emissions from the air curtain
13 burner settled in the immediate vicinity."
14         And that's what you were just
15 telling me a minute ago; is that correct?
16 A.  Yes.
17 Q.  But, again, you have no opinion as to a
18 quantity?
19 A.  Yes, correct.
20 Q.  And is there any other basis for this
21 opinion other than what we've discussed
22 already?
23 A.  No, I think the fact that I mentioned
24 PAH and phenols comes from the fact that the
25 air curtain destructor work by the EPA

Page 72

1 indicated to us were products of incomplete
2 combustion.
3 Q.  That's based on the article you read?
4 A.  Yes.
5 Q.  And lastly, Opinion Number 4 says:
6 "Based on the testimony above, WMO waste
7 disposed at the SDD contained hazardous
8 substances."
9         Now, do you see that opinion?
10 A.  Yes.
11 Q.  Now, again, WMO, you stated earlier, was
12 not the correct entity.  WMO did not dispose
13 of any waste, correct?
14 A.  CSI or whatever, yes.
15 Q.  Container Services.
16         And Container Services is a
17 transporter.  In fact, all three of the WMO
18 predecessors were transporters; correct?
19 A.  Yes.
20 Q.  Okay.  You didn't mean to suggest that
21 Waste Management of Ohio was generating waste
22 at SD --
23 A.  That's correct.
24 Q.  And when you say that it contains
25 hazardous substances here, that the materials

Page 73

1 above contain hazardous substances, does that
2 go back to the fact that there are quantities
3 of the chemicals listed in Table 1 in wood as
4 a matter of nature; they're naturally present?
5 A.  Yes.
6 Q.  I've premarked as Exhibit Exner 3 your
7 rebuttal report in this case.
8         Do you recognize this
9 document?
10 A.  Yes.
11 Q.  As we did with the original report,
12 we're going to make the same assumptions that
13 we're not talking about WMO, but we're talking
14 about its predecessor entities; correct?
15 A.  Okay.
16 Q.  Okay.  Now, on the first page here in
17 the third paragraph, you say you've evaluated
18 these companies chemicals specific VI
19 contributions and can fit them into one of
20 three distinct categories.
21         Do you see that sentence?
22 A.  Yes.
23 Q.  And when you say, again, that you
24 evaluated these companies, you're referring to
25 all the companies you list in the prior

Page 74

1 paragraph?
2 A.   Yes.
3 Q.   And for all of those companies, you have
4 not determined whether, in fact, their waste
5 was sent to the South Dayton Dump; correct?
6 A.   Correct.
7 Q.   So you then say that the categories are
8 generators, likely generators and unlikely
9 generators.
10        Do you see that?
11 A.   Yes.
12 Q.   And would it be fair to say that when
13 you say the first category, generators, then
14 you're concluding that a party actually
15 generated some sort of VI causing waste?
16 A.   Yes.
17 Q.   And in the likely category, you would
18 conclude that those parties may have --
19 A.   Yes.
20 Q.   -- contributed.  Okay.
21        And would you say that they
22 may have contributed in the likely category to
23 a reasonable degree of scientific certainty?
24 A.   I know attorneys like to use that
25 phrase.  I've yet found a really good

Page 75

1 definition of what it means.
2        When I say it's likely, it
3 means it's probably slightly more than
4 50 percent probable.
5 Q.   Okay.  And when you say unlikely, you're
6 saying you have no basis to connect them to
7 VI, vapor intrusion?
8 A.   Correct.
9 Q.   And so you could not say -- in the
10 unlikely category, you could not say there's
11 any degree of reasonable scientific certainty?
12 A.   Correct.
13        And in general, we're dealing
14 with very scarce data and it's very difficult
15 to even make major cuts at the companies.
16 Q.   So are you saying it was difficult --
17 I'm sorry.
18 A.   It was a difficult decision.  At one
19 point, I considered maybe being able to make
20 more fine definitions.  But within the context
21 of the data that exists and the
22 interpretations that I felt comfortable in
23 drawing, that's as far as I wanted to go.
24        And, you know, some of them
25 clearly did not generate volatile chlorinated

Page 76

1 organics.
2 Q.   And you put them in the unlikely
3 category?
4 A.   Yes.
5 Q.   Just a formatting question for you.  On
6 the carryover page from Pages 1 to 2, the top
7 of the page says "methane".  That's not a
8 heading for this page, correct?
9 A.   That's a leftover.  This is -- this must
10 have been a PDF file.
11 Q.   That's what I thought?
12 A.   My Word file had it down at the bottom.
13 Q.   Okay.  Now, under that first paragraph
14 under -- I'm not going to say the heading
15 methane but under the word methane, you say
16 that there were other volatile organic
17 chemicals present at various SDD locations --
18 and you read them -- but these did not factor
19 into mitigation decisions.  You make that
20 clear, and you cite to a GHD report.
21        Do you see that?
22 A.   Yes.
23 Q.   And GHD is the consultant working on the
24 site?
25 A.   Yes.

Page 77

1 Q.   So there were things that drove their
2 mitigation decision, if you will, on vapor
3 intrusion; correct?
4 A.   Yes.
5 Q.   And these constituents did not, is that
6 what you're saying here?
7 A.   That's correct.
8 Q.   And in fact, similarly, methane did not
9 drive the remediation decisions; correct?
10 A.   As I understand, they're still doing
11 investigations on all of this.  But that's why
12 I was given this report for the work plan, for
13 finding more information on it.
14 Q.   But you made a conclusion as to these
15 constituents that based on the information you
16 read --
17 A.   Yes, GHD said they weren't an issue.
18 Q.   And GHD also said methane wasn't an
19 issue, correct?
20 A.   That I don't remember.  I think the work
21 plan indicated the volatile chlorinated
22 organics, the aromatics and methane.
23 Q.   Based -- okay, I think you've answered
24 that you don't remember?  Based on GHD --
25 A.   Correct.

1 Q. -- report, you don't remember? Okay.
2      Turn to Page 8 of this report.
3 A.   Page 8?
4 Q.   Yes, sir.
5      Do you see the section on
6 Waste Management of Ohio?
7 A.   Yes.
8 Q.   And, again, I want to clarify in your
9 report, you say "WMO and its predecessors".
10 That's not correct. Would you agree with me
11 that that's not correct?
12      If you don't know, that's
13 fine.
14 A.   I don't know.
15 Q.   Okay. And, again, these factual
16 statements, you are not saying for either
17 Waste Management of Ohio or any of the
18 defendants, that the waste went to the South
19 Dayton Dump; correct?
20 A.   Correct.
21 Q.   You conclude for Waste Management, on
22 the bottom sentences, "Burning of these
23 materials at SDD is unlikely to have
24 contributed volatile chlorinated organic
25 chemicals that effect vapor intrusion."

1      Do you see that sentence?
2 A.   Yes.
3 Q.   So you would put Waste Management of
4 Ohio entities into your unlikely category?
5 A.   From the burning of the pallets, yes.
6 Q.   Okay. So, then you go on and say: "Any
7 materials hauled by WMO, such as those from
8 McCall's, were representative of the types of
9 waste generated by those companies."
10      So there you're saying that
11 if, if Waste Management of Ohio entities
12 hauled other parties' wastes, your conclusion
13 might be different?
14 A.   If Waste Management and its predecessor
15 companies transported waste from any company
16 that may have generated hazardous substances,
17 that may affect vapor intrusion, yes, that's
18 correct.
19 Q.   But you're not making any conclusions as
20 to whether the Waste Management entities did
21 or did not do so?
22 A.   That's correct.
23 Q.   Now, the burning of wood would not
24 contribute to methane potentially affecting
25 VI, correct?

1 A.   Correct.
2 Q.   So I'm looking at your opinions now on
3 the bottom of Page 8, carrying over to Page 9.
4 You have seven opinions, and Opinion 4 is the
5 only opinion relating to Waste Management of
6 Ohio; correct?
7 A.   Correct.
8 Q.   And there, the only opinion you have as
9 to Waste Management of Ohio entities relates
10 to if they hauled for somebody else?
11 A.   Correct.
12 Q.   And that would exclude pallets, if they
13 hauled pallets for someone else, because
14 you've already concluded those would not cause
15 VI?
16 A.   Correct.
17 Q.   You have no opinion in this rebuttal
18 document or your prior report as to what types
19 of waste IWD, Industrial Waste Disposal,
20 transported to the site; correct?
21 A.   Correct.
22 Q.   And you have no opinion in this report,
23 this rebuttal document or your 2017 report as
24 to what waste Blaylock Trucking may have
25 hauled, if any, to the South Dayton Dump;

1 correct?
2 A.   I'm not sure. I --
3 Q.   Well, you've told me several times
4 today, I think, that you're not making any
5 conclusions about what went to the South
6 Dayton Dump?
7 A.   That's correct.
8 Q.   Okay. So you have no opinion
9 specifically on Blaylock Trucking as having
10 sent waste to the South Dayton Dump?
11 A.   That's correct.
12 Q.   And you have no opinion, similarly,
13 about the type of waste Container Services may
14 have hauled, if any, to the South Dayton Dump;
15 correct?
16 A.   That's correct.
17 Q.   In Opinion 4, other than the McCall's
18 waste that you mentioned earlier in your
19 report under WMO, are there any other -- any
20 other wastes that you're aware that would fall
21 into this category in Opinion Number 4?
22      Because you say "any
23 respective companies' wastes". What
24 respective companies are you referring to?
25 A.   If WMO or any of its predecessor

Page 82

1 companies transported waste from any of these
2 companies referred to in this document, then
3 that would apply to the vapor intrusion issues
4 for that company.
5 Q. Now, you mentioned to me earlier that
6 you did not organize your rebuttal report into
7 tiers and you didn't refer to your opinions as
8 tiers; correct?
9 A. Correct.
10 Q. And you said that you had been shown by
11 your counsel a page from a document.
12      MS. NIJMAN: We'll mark this
13 as Exhibit 9.
14      - - -
15      (Whereupon, Exhibit Exner 9
16 was marked for identification.)
17      - - -
18 BY MS. NIJMAN:
19 Q. Exhibit 9 is the expert rebuttal report
20 of plaintiff's expert, Richard White.
21      Have you seen this document
22 before?
23 A. No.
24 Q. Do you know if you've seen any of the
25 pages from that document in preparation for

Page 83

1 this deposition?
2 A. Well, I was told yesterday that one of
3 the pages came out of here.
4 Q. Okay. Well, as we go through, if you
5 can identify the page you might have seen,
6 that would be helpful, if you recognize it.
7 A. If I recognize it.
8      MS. NIJMAN: And, again, I'm
9 asking counsel for that page, please.
10 BY MS. NIJMAN:
11 Q. Did you discuss with -- we talked about
12 your discussions with Mr. White.
13      Did you discuss with your
14 counsel in this case putting your opinions
15 into tiers?
16      MR. ROMINE: You can answer
17 yes or no.
18      THE WITNESS: Yes.
19 BY MS. NIJMAN:
20 Q. And did they ask you to do that?
21 A. If I could.
22 Q. Were you able to?
23 A. No.
24 Q. So you didn't intend for your opinions
25 to be used in a tiering structure, correct?

Page 84

1 A. I had no idea what they would be used
2 for, other than the hazardous substance issue.
3 Q. But you didn't intend them to be put
4 into tiers?
5 A. No.
6 Q. If you would turn to Page C-015 of the
7 White report. Is that the page you've seen
8 before?
9 A. Yes.
10 Q. Okay. Thank you.
11      Did you discuss this chart
12 specifically with Mr. White?
13 A. No.
14 Q. You reviewed it in preparation for your
15 deposition today?
16 A. No, I was shown it yesterday. Review is
17 perhaps pretty late stage.
18 Q. Do you have any opinions as to the
19 mathematics used or the assignment of tiers in
20 this page?
21 A. No.
22 Q. You don't agree or disagree; you have no
23 opinion?
24 A. I'm not an allocator.
25 Q. Have you been asked to provide any

Page 85

1 opinion relating to this method of assignment
2 of tiers?
3 A. No.
4 Q. And if you were asked, would you have
5 any basis on which to opine on allocation?
6      You just said you're not an
7 allocator, I'm just trying to get at could you
8 give any opinions as to the use of your report
9 in this allocation?
10      MR. ROMINE: Can you repeat
11 that, please?
12      THE WITNESS: I might be
13 able --
14      MR. ROMINE: Hold on.
15      THE WITNESS: Oh, I'm sorry.
16      MR. ROMINE: That's okay, I
17 just want to hear the question back.
18      - - -
19      (Whereupon, the court reporter
20 read back the pending question.)
21      - - -
22      THE WITNESS: Perhaps.
23 BY MS. NIJMAN:
24 Q. Like what?
25 A. I'd have to find out what was done here

22 (Pages 82 - 85)

Page 86

1 and how he did it and how it -- how my work
2 fits in with that, other than being placed
3 into the tiers.
4 Q. As you sit here today, have you been
5 asked to do that?
6 A. No.
7 Q. And the extent then of your opinions
8 would be, as you said, how your seven opinions
9 from your report would fit into this?
10 MR. ROMINE: Objection.
11 That's not what he said. Go ahead.
12 BY MS. NIJMAN:
13 Q. I'm asking if that's a fair summary of
14 what you said.
15 A. That's possible, yes.
16 Q. And that would be the scope of your
17 opinions as to Mr. White's report, how your
18 opinions might have fit in?
19 A. You know, I've done this a number of
20 times where I've prepared information for
21 allocators, and I've never really gotten into
22 the bases for how allocations are done. So --
23 Q. And you don't plan -- I'm sorry, go
24 ahead.
25 A. -- I would have to do some learning

Page 87

1 here. And I'm -- you know, I haven't been
2 asked, and I don't think I intend to.
3 Q. So you haven't done it in other cases
4 where you've presented information in a case
5 and there was also an allocator, correct?
6 A. Yes.
7 Q. And you don't plan to do it here?
8 A. Correct.
9 MS. NIJMAN: I will pass the
10 witness.
11 VIDEOGRAPHER: Off the record
12 at 10:24.
13 - - -
14 (Whereupon, a short break was
15 taken from 10:24 a.m. to 10:36 a.m.)
16 - - -
17 (Whereupon, Exhibit Exner 10
18 was marked for identification.)
19 - - -
20 VIDEOGRAPHER: Back on the
21 record at 10:36.
22 - - -
23 EXAMINATION
24 - - -
25 BY MS. FEDDER:

Page 88

1 Q. Good morning, Dr. Exner. We met off the
2 record. My name is Jane Fedder and I
3 represent Pharmacia, LLC. And Monsanto
4 Company is the attorney in fact for Pharmacia.
5 I just have a few questions
6 for you this morning about your opinions in
7 this case as far as my client is concerned,
8 and I'm going to ask that you -- I'm going to
9 ask that Exhibit Number 10 be admitted, which
10 is, if you would confirm for me, your expert
11 opinion in this case about waste generation at
12 Monsanto's Dayton Laboratory; is that correct?
13 A. Yes.
14 Q. And if you would also keep that in front
15 of you and pull out Exhibit 3, which is your
16 rebuttal report in the case on vapor intrusion
17 of chemicals.
18 MR. ROMINE: Here, let me --
19 you've probably have the official one. Let me
20 see. Use this one for the time being. Let me
21 see if I have it -- oh, here.
22 THE WITNESS: Go ahead.
23 BY MS. FEDDER:
24 Q. Okay. And if you would turn in your
25 rebuttal report, the vapor intrusion report,

Page 89

1 to Page 6; and then also turn, in your
2 original report, to Page 11 of your original
3 report, which is now Exhibit 10. Just put
4 those side by side for me. Let me know when
5 you're ready to --
6 A. Yes.
7 Q. Okay. On Page 6, in the paragraph that
8 is headed by Monsanto/Pharmacia, if you go to
9 the last sentence of that section that starts
10 "Common laboratory chemicals...", do you see
11 that?
12 A. Yes.
13 Q. Okay. And you have use at the site.
14 Can you confirm that's the -- the site being
15 the Dayton research -- or the Dayton
16 Laboratory?
17 A. Yes.
18 Q. And not at the South Dayton Dump,
19 correct?
20 A. Correct.
21 Q. Okay. And the common laboratory
22 chemicals used at the site include chloroform,
23 methylene chloride, vinyl chloride, xylene,
24 benzene and toluene.
25 Do you see that?

23 (Pages 86 - 89)

Page 90

1 A.   Yes.
2 Q.   I'm sorry, I was going -- let me pull
3 out that report.
4            Let me ask you this -- and I
5 apologize, I've got to find the other exhibit
6 I wanted to put in front of you.
7            But the list of chemicals in
8 this last sentence, where do they appear in
9 the -- in your opinion as far as -- I'm sorry,
10 where do they appear in the List 1 of
11 chemicals, if at all, on Page 1 of that
12 report?
13 A.   They appear in List 1, Some Common
14 Organic Chemicals in Use At the Dayton
15 Laboratory Site, Page 8.
16 Q.   Right.  And then you've got -- on Page 1
17 of that same report, you have what's called --
18 I'll wait until you get to there.  Page 1 of
19 the --
20 A.   Page 1 of the original report?
21 Q.   No, I'm sorry of the rebuttal report.
22 A.   Vapor intrusion report.
23 Q.   Uh-hum, vapor intrusion report.
24 A.   Okay.  Yes, I'm here, Page 1.
25 Q.   Okay.  And do the chemicals that you are

Page 91

1 saying were in use at the Dayton Research Lab,
2 how do they -- or where do they appear, if at
3 all, in your List 1?
4 A.   Well, chloroform shows up.  Vinyl
5 chloride shows up.
6            I think the issue with the
7 Dayton Research Lab is that they used a huge
8 variety of chemicals over the period of time
9 from 1948 to 1980 or whenever.
10 Q.   And your opinions on that about the
11 products used and the chemicals used at the
12 research lab are limited to your opinions as
13 to the waste stream from the research lab, not
14 the nexus to any kind of chemicals at SDD?
15 A.   With the exception of chemicals that
16 were burned there.
17 Q.   Okay.  Let me ask you then to look at,
18 in your original report, the chemicals that
19 were in Opinion 2.
20 A.   Yes.  I'm sorry.
21 Q.   That's okay.
22            Are any of the chemicals that
23 are listed in your Opinion 2 associated with
24 the vapor intrusion at SDD?
25 A.   Chemicals from List 1.

Page 92

1 Q.   Can you identify what those chemicals
2 were?
3 A.   Those were in the table on Page 8 of my
4 original report.
5 Q.   And --
6 A.   Let me find it and refer to it
7 specifically.  Yes, some common organic
8 chemicals in use.
9 Q.   But these are examples, are they not, of
10 chemicals --
11 A.   Yes.
12 Q.   -- that were in use.  Not -- sorry, I
13 didn't mean to --
14 A.   No, that's -- there was a report done by
15 a contractor to the Dayton Research Lab at one
16 point in which they listed chemicals that had
17 been in use at the site for a long period of
18 time.
19 Q.   And that's what I'm trying to find.
20 It's in my stack here.  I'm going to find it
21 in a minute, and I might have to go off the
22 record to do that.
23            But as far as a list of
24 chemicals that you refer to in this incident
25 in the 70's as being burned, you're using the

Page 93

1 representative chemicals from List 1 and then
2 making an assumption about these were, in fact,
3 the chemicals that were burned at SDD?
4 A.   They likely included some of -- if not
5 all, but some of the chemicals in List 1.
6 Because if I remember what he did, he had to
7 clean out a laboratory space.
8 Q.   And "he" being?  Do you recall the name?
9 A.   No.
10 Q.   Okay.  Did you see testimony from the
11 person who was cleaning out his lab?
12 A.   I did see either records or testimony
13 from people carrying out the burning.
14 Q.   And what do you recall about that
15 testimony?
16 A.   I recall that there were two -- two
17 times that material was taken from the
18 laboratory that was cleaned out to the dump.
19 Okay, "Wurstner observed Richardson".
20 Q.   And where are you looking?
21 A.   Page 6 of my original report.
22 Q.   The original report, okay.
23            And just as you described
24 earlier when you were being asked questions by
25 Waste Management's counsel, you were not

24 (Pages 90 - 93)

Page 94

1 present at the deposition of Mr. Wurstner;
2 correct?
3 A. Correct.
4 Q. And you are not opining on his
5 credibility and the testimony he provided,
6 correct?
7 A. Correct.
8 Q. And he was not, in fact, the lab chemist
9 whose materials were allegedly taken to the
10 South Dayton Dump and incinerated; correct?
11 A. I think so. That's correct, I think. I
12 seem to remember that somebody wanted to use
13 the lab space; and in order for him to use the
14 lab space, he had to clean out the lab and he
15 took all the stuff and they took it over to
16 the dump and burned it in the air curtain
17 destructor.
18        That's not unusual in a
19 laboratory situation, somebody leaves and
20 they're happy to go. They don't have to clean
21 it out.
22 Q. Well, and I'm -- for the record, the lab
23 technician who was referred to was Dr.
24 Richardson -- not technician, the lab chemist,
25 Dr. Richardson, who we can agree is deceased?

Page 95

1        MS. FEDDER: If counsel can so
2 stipulate Dr. Richardson is no longer with us
3 and there is no testimony from Dr. Richardson
4 about the event in the record?
5        Can we agree on that?
6        MR. ROMINE: I agree we don't
7 have Dr. Richardson's testimony.
8        MS. FEDDER: Okay.
9 BY MS. FEDDER:
10 Q. And I did not bring Mr. Wurstner's
11 deposition transcript with me to make as an
12 exhibit today, Dr. Exner; but I'm going to ask
13 you to assume that testimony in the record
14 reflected that this was an EPA supervised burn
15 of lab waste. So there was EPA personnel on
16 site.
17        Would that change your opinion
18 if you knew that?
19        MR. ROMINE: I'm going to
20 object to that, but it's okay for the hypo.
21        THE WITNESS: I don't remember
22 that there was an EPA supervisor at the site.
23 I remember there was a permit obtained from
24 either the EPA or the State of Ohio to do the
25 burning. That would have no impact on

Page 96

1 anything I say.
2 BY MS. FEDDER:
3 Q. Do you recall reading testimony about
4 how many days were total involved in the
5 burning of materials at SDD?
6 A. I think it was two days. It may have
7 been twice two days at different times. But
8 something like that of that duration.
9 Q. You would defer to the testimony of the
10 witness and the Court's interpretation of that
11 testimony, correct?
12 A. Yes.
13 Q. Does it impact your opinion at all if
14 you assume that a special area was constructed
15 for the purpose of burning the materials at
16 SDD?
17 A. No.
18 Q. So your assumption is that these were
19 burned in the existing ACD at the site?
20 A. Yes.
21 Q. If there had been special -- if there
22 had been construction of a -- if there had
23 been construction of an incinerator within the
24 air curtain destructor for purposes of this
25 burn, would that impact your opinion?

Page 97

1 A. I'm having difficulty with the question.
2 Q. Okay.
3 A. Are you saying if an incinerator, a
4 proper incinerator were built at the location
5 of the air curtain destructor, would that
6 impact my opinion?
7        If there were a proper
8 hazardous waste incinerator constructed there,
9 yes, it would affect my opinion.
10 Q. Okay.
11        MS. FEDDER: I'd like to mark
12 this as Exhibit 11.
13        - - -
14        (Whereupon, Exhibit Exner 11
15 was marked for identification.)
16        - - -
17        MS. FEDDER: I'm sorry, I
18 don't have another copy. It is -- for folks
19 on the phone and around the table, it's Bates
20 stamped with M-O-N-S for Monsanto 01439
21 through 1445.
22 BY MS. FEDDER:
23 Q. And Dr. Exner, let me ask you if this is
24 the document that you refer to in your
25 original opinion?

25 (Pages 94 - 97)

Page 98

1  A.    It's the same list or it appears to be
2  the same list, whether I actually saw this
3  document or another one.  But this is the
4  list, yes.
5  Q.    Okay.
6  A.    Thames and Moore, yeah, okay.
7  Q.    And aside from chloroform, which is on
8  your List 1 in your vapor intrusion report,
9  none of the other chemicals that I -- I mean
10 you can correct me if I'm wrong, but I don't
11 see any of the other chemicals that you show
12 in your List 1 as having been used in the 70's
13 at Monsanto.
14        But I'm going to give you time
15 to look through Exhibit 11 and let me know if
16 I'm reading it incorrectly.
17 A.    Well, I'm sorry, the list -- this is
18 List 1, this Thames and Moore document,
19 Exhibit 11.
20 Q.    Okay.
21 A.    Are any of the chemicals in here the
22 same as the chemicals I have on my Page 1 on
23 the vapor intrusion report?
24 Q.    Yes, uh-hum.  And were they in use in
25 the 1970's at Monsanto?

Page 99

1  A.    Benzene.
2  Q.    And what era --
3  A.    1970's to present.
4  Q.    Okay.  Anything else?
5  A.    Chloroform we've mentioned.
6  Q.    Uh-hum.
7  A.    Xylene, ethyl benzene.
8  Q.    And where did those chemicals show up as
9  having an impact to the VI contributions at
10 SDD?
11 A.    They were listed in the work plan as
12 chemicals of concern that they were checking
13 out for the vapor intrusion.
14 Q.    But in your -- if I'm understanding your
15 opinion in the vapor intrusion report on Page
16 2 -- maybe I shouldn't say opinion.  Maybe I
17 should say narrative.
18        My understanding of the -- at
19 least what we know now for the vapor intrusion
20 remedy, is that the contaminant of concern
21 driving the costs are TCE and then secondarily
22 PCE.
23        Is that your understanding?
24 A.    My understanding was that they were
25 concerned about these volatile chlorinated

Page 100

1  organic hydrocarbons, which was why they were
2  going to be studying them further.
3         What was involved in the
4  original vapor intrusion was presumably, I
5  think, trichloroethene, dichloroethane and
6  tetrachloroethene and perchloroethylene,
7  because perchloroethylene degrades to
8  trichloroethylene in anaerobic situations.
9  Q.    None of those chemicals that you just
10 listed are in your Opinion 2 about the
11 chemicals likely burned at SDD in the 70's by
12 the Dayton Lab; is that correct?
13 A.    That's correct.
14 Q.    And in your Opinion 3, you list sodium
15 carbonate and alumina.  And neither one of
16 those are driving or drove the vapor intrusion
17 remedy; is that correct?
18 A.    That's correct.
19 Q.    And sodium carbonate is not a CERCLA
20 hazardous substance, correct?
21 A.    Correct.
22 Q.    Alumina is not a CERCLA hazardous
23 substance, correct?
24 A.    Correct.  The statement there is
25 intended to show that Monsanto did use the

Page 101

1  site.
2  Q.    Okay.  Dr. Exner, I don't think we asked
3  on the record what your address is.
4         Do you mind giving us your
5  address and your date of birth?
6  A.    My address is 2 Waverly Court,
7  W-A-V-E-R-L-Y, Alamo, California.  My date of
8  birth is 1941.
9  Q.    And have plaintiff's counsel asked you
10 to testify at trial in this matter?
11 A.    There's been talk about it, but since
12 the trial is ill-defined as far as I'm
13 concerned --
14 Q.    We have a trial date, March 19, 2019.
15        Are you available and planning
16 to be there to testify?
17 A.    If they want me there, yes.
18 Q.    Have you read Dr. Wait, who you met
19 earlier today who is it sitting to my left,
20 have you read his rebuttal opinion to your
21 opinions in this matter?
22 A.    I don't think I read anything from
23 Monsanto in the rebuttal.  I don't think I got
24 anything.
25        MS. FEDDER:  I'm going to pass

26 (Pages 98 - 101)

Page 102

1  the witness.  Thank you very much.
2          VIDEOGRAPHER:  Off the record
3  at 11:01.  This will end Disk Number 2.
4          - - -
5          (Whereupon, a short break was
6  taken from 11:01 a.m. to 11:05 a.m.)
7          - - -
8          VIDEOGRAPHER:  The time now is
9  11:06, back on the record.  Beginning of Disk
10  Number 3.
11          - - -
12          EXAMINATION
13          - - -
14  BY MR. CAMPBELL:
15  Q.   Thank you.
16          Good morning, Dr. Exner.  My
17  name is Drew Campbell and I represent Dayton
18  Power and Light.  So I'm going to ask you a
19  few questions now.  The baton has been passed
20  to me.
21          Before I start, is everything
22  okay with you?  You're still fresh and ready
23  to go?
24  A.   I should wake up in another hour or so.
25  Q.   Well --

Page 103

1  A.   I'm still on West Coast time.
2  Q.   -- I'll still be asking questions in an
3  hour, so it'll be good.
4          - - -
5          (Whereupon, Exhibit Exner 12
6  was marked for identification.)
7          - - -
8  BY MR. CAMPBELL:
9  Q.   I'd like to start by handing you what
10  our reporter has marked as Exhibit 18 --
11          THE COURT REPORTER:  12.
12          THE WITNESS:  12.
13  BY MR. CAMPBELL:
14  Q.   I'm sorry, 12.  You think you're asleep.
15          This is a copy of your opinion
16  on waste generation at Dayton Power and Light
17  Company dated July 21, 2017.
18          Do you see that?
19  A.   Yes.
20  Q.   Within this report, Dr. Exner, you've
21  expressed a number of opinions.  It looks like
22  10 in all.  And before we start into the
23  report, are there any changes or updates or
24  clarifications that you'd like to make to any
25  of these opinions?

Page 104

1  A.   I don't believe so.
2          MR. ROMINE:  Do you have an
3  extra copy there, Drew?
4          MR. CAMPBELL:  I'm sorry, you
5  know what --
6          MS. NIJMAN:  Here you go.
7          MR. ROMINE:  Thanks, Jennifer.
8          MS. NIJMAN:  Uh-hum.
9  BY MR. CAMPBELL:
10  Q.   Now, Dr. Exner, can you tell me when you
11  were first engaged to express opinions with
12  respect to Dayton Power and Light Company?
13  A.   I think I was asked to write a report
14  towards the end of 2016.
15  Q.   Late 2016.
16          Were you provided with any
17  information with respect to the Dayton Power
18  and Light Company?
19  A.   Yes.
20  Q.   Can you tell me, other than what's
21  contained within the report, were there -- can
22  you tell me the nature of the information that
23  you were given?
24  A.   I was given a CD.
25          MR. ROMINE:  I object to the

Page 105

1  extent that he's going to testify about
2  attorney expert communications, and to the
3  extent that he considered material in his
4  report that's listed in the report.
5  BY MR. CAMPBELL:
6  Q.   Dr. Exner, can you give me a sense of
7  the kinds of information that you received by
8  subject matter, by category, things of that
9  nature?
10  A.   Oh, interrogatories which were bloody
11  useless.  There were documents, statements by
12  Dayton Power and Light.  There was testimony
13  by a large number of individuals.  There were
14  some actual documents about disposal of fly
15  ash at the site, various communications with
16  agencies.
17  Q.   Agencies meaning, for example, the Ohio
18  EPA or the US EPA, things of that nature?
19  A.   Correct, yes.
20  Q.   You mentioned that you were given
21  information regarding testimony of others.
22          Are you talking about
23  deposition transcripts?
24  A.   Yes.
25  Q.   Do you recall approximately how many

27 (Pages 102 - 105)

1 transcripts you received?
2 A.    Probably 5 to 15, somewhere on that
3 order.
4 Q.    Did you review that -- the 5 to 10
5 depositions transcripts that you received?
6 A.    Yes.
7 Q.    And as to those 5 to 15 transcripts, I
8 take it there were some that you relied upon
9 and some that you did not rely upon?
10 A.    I referenced them in the report, if I
11 relied on them.
12 Q.    So to the extent I find a deposition
13 transcript in the report, that's one you
14 relied on; correct?
15 A.    Yes.
16 Q.    And anything else, you did not rely on?
17 A.    Or was duplicative, yes.
18 Q.    And that goes to my next question. Can
19 you tell me why you chose to rely on some
20 transcripts but not on others?
21         MR. ROMINE: Objection. He's
22 already testified that he didn't rely on some
23 transcripts, but go ahead.
24         THE WITNESS: If it pertained
25 to any particular chemicals, it made sense to

1 rely on it. If it was just general I did this
2 and here's how we did our construction work, I
3 may not have relied on it.
4 BY MR. CAMPBELL:
5 Q.    Did you request any additional
6 deposition transcripts as part of the work you
7 undertook on behalf of your clients?
8 A.    No. I assumed I had been given all the
9 transcripts relating to DPL, DP & L.
10 Q.    So your assumption then was that the
11 universe of information you should consider
12 was information that was provided to you by
13 counsel?
14 A.    In terms of testimony, yes.
15 Q.    Correct. Okay.
16 A.    I did not go searching for testimony.
17 Q.    Dr. Exner, if you look at Page 1 of
18 Exhibit Number 12, the second full paragraph,
19 you say, quote: "In developing my opinions, I
20 have reviewed documents provided by LSSH and
21 evaluated wastes generated by DPL. I have
22 based my views on my experience of over
23 48 years in industrial and waste management,
24 during which I examined sources of wastes and
25 engaged in site restoration actions. I have

1 then tested and validated my personal
2 knowledge by reviewing scientific, technical
3 and general literature about waste formation
4 and historical waste management practices in
5 the US. Based on my experience, the documents
6 of this case and a literature review, I have
7 identified wastes produced by DP & L and
8 evaluated whether these wastes may have
9 contained hazardous substances."
10         Did I read that correctly?
11 A.    Yes.
12 Q.    Now, when Ms. Nijman was asking you
13 questions, I think you testified that it is
14 not part of any opinion you're offering in
15 this case to discuss whether, in fact, any
16 substance was disposed of at the South Dayton
17 Dump site by any party in this case; is that
18 correct?
19 A.    That's correct.
20 Q.    And so you're not expressing any opinion
21 today as to whether Dayton Power and Light in
22 fact disposed of any substance at the South
23 Dayton Dump, correct?
24 A.    I don't think it's in any of my opinions
25 specifically. I think there were some records

1 that indicated that fly ash was taken there.
2 But yeah, if those records are wrong, so be
3 it.
4 Q.    Well, as we go through the report, we'll
5 see if there are references to any such
6 records.
7         Now, you also, in this
8 report -- I'm trying to find the exact
9 quotation. It's in the first paragraph. The
10 penultimate sentence you say: "For the
11 purposes of this report, hazardous substances
12 are defined by CERCLA Section 101 (14). These
13 are chemicals that may cause harmful effects
14 to humans or ecological health."
15         Did I read that correctly?
16 A.    Yes.
17 Q.    So, in your report, you are expressing
18 opinions about what constitutes a hazardous
19 substance under CERCLA; is that correct?
20 A.    I read the list of hazardous substances
21 in CERCLA and I considered those in my
22 evaluation.
23 Q.    Are you expressing any opinion as to
24 whether fly ash is a hazardous substance for
25 purposes of CERCLA?

28 (Pages 106 - 109)

Page 110

1  A.   Fly ash is not listed on the CERCLA
2  specifically.  The components of fly ash are
3  hazardous -- contain hazardous substances.
4  Q.   So just so I'm clear then, it is not
5  your opinion that fly ash itself is a
6  hazardous substance for purposes of CERCLA?
7  A.   That's correct.
8  Q.   You also talked about these chemicals,
9  referring to the hazardous substances under
10 CERCLA, are chemicals that may cause harmful
11 effects to humans or ecological health.
12         Did I read that correctly?
13 A.   Yes.
14 Q.   And I take it that you are not
15 expressing opinions today as a risk assessor,
16 correct?
17 A.   Correct.
18 Q.   You're not expressing any opinions as to
19 whether any substance that we're going to talk
20 about with respect to Dayton Power and Light
21 may cause harmful effects to humans?
22 A.   It's my impression that the reason these
23 chemicals are on the list is that they may do
24 so.
25 Q.   But --

Page 111

1  A.   But I have not reviewed the EPA's reason
2  for putting them on the list, no.
3  Q.   And I think your last comment goes more
4  directly to my question, which is you're not
5  offering any opinion here today that any of
6  the substances that you've identified with
7  respect to Dayton Power and Light caused
8  harmful effects to humans, correct?
9  A.   Correct.
10 Q.   And likewise, you're not expressing any
11 opinion as to whether those substances cause
12 any harm to ecological health; correct?
13 A.   I'm not a risk assessor, nor a
14 toxicologist.
15 Q.   Thank you.
16         Going back to the second
17 paragraph on Page 1, you said, and I quote, in
18 the last sentence:  "Based on my experience,
19 the documents of the case and a literature
20 review, I've identified wastes produced by DPL
21 and evaluated whether these may have contained
22 hazardous substances?"
23         Did I read that correctly?
24 A.   Yes.
25 Q.   What literature are you referring to?

Page 112

1  A.   Scientific and technical literature that
2  I looked at from EPA documents, the scientific
3  literature.
4         The way I work is, I go
5  through the information that's presented and I
6  decide what do I remember about this and then
7  I go and see what the most recent information
8  is or whether there are any documents that
9  would agree or disagree with my concepts about
10 the information that I have read.
11         And so we will not do a
12 complete scientific literature review, as we
13 would in the scientific work, but we do
14 selective looking at the literature, EPA
15 documents for one.  If I can find good peer
16 reviewed journals -- journal articles, I will
17 use those.
18 Q.   Okay.  Have you ever been engaged to
19 review the generation of coal ash or fly ash
20 from a power generating station prior to this
21 case?
22 A.   I did look at fly ash from a power
23 generating plant once.
24 Q.   When was that?
25 A.   A long time ago.  I don't remember.

Page 113

1  Q.   Okay.  Do you recall the scope of your
2  engagement?
3  A.   How did it -- how did it form and what
4  was done with it.  And what was done with it
5  was, it was put into ponds and lagoons.
6  Q.   Were you asked to express any opinions
7  with respect to the content of the fly ash?
8  A.   I don't think so.
9  Q.   So it would be fair to say then that
10 this is the first engagement in your career
11 where you've been asked to express those kinds
12 of opinions with respect to fly ash?
13 A.   Yes, I think so.
14 Q.   You mentioned, I think in reference to
15 one of Ms. Fedder's questions, that there was
16 scarce documentation perhaps with respect to
17 her client.
18         Did I hear that correctly?
19 A.   There was scarce documentation for most
20 of the companies involved in this case for
21 anything before 1975 to 1980, which is
22 consistent with the changes in the regulatory
23 climate.
24 Q.   Dr. Exner, is it possible to render an
25 opinion to a reasonable degree of certainty

29 (Pages 110 - 113)

Page 114

1 regarding the contents of a waste stream in
2 the absence of complete documents or testimony
3 or other direct evidence?
4 A.    If waste streams are produced in
5 specific chemical processes or operations and
6 there is scientific information about what is
7 in those waste streams, then I feel
8 comfortable making that correlation.
9             Of course, actual data is
10 always the best.
11 Q.    So then it's your testimony that an
12 acceptable methodology for determining the
13 contents of the waste stream in the absence of
14 complete information would be to rely on
15 technical information regarding waste
16 formation for those particular industries?
17 A.    Yes.
18 Q.    Is it possible to render an opinion to a
19 reasonable degree of professional certainty
20 regarding the approximate total volume of a
21 waste stream in the absence of complete
22 documentation, testimony or other direct
23 evidence?
24 A.    Yes.
25 Q.    And can you tell me what methodology you

Page 115

1 would employ to estimate the total approximate
2 volume?
3 A.    Well, for example, let's pick fly ash.
4 It's generally understood that the amount of
5 fly ash in a coal burner -- from coal burning
6 is about 8 to 11 percent off the total amount
7 of coal used in a process.
8             We know that if a company used
9 100,000 tons of coal, they probably made 8 to
10 11 percent coal ash, give or take, for
11 instance.
12 Q.    Okay.  How about other kinds of waste
13 streams, can you calculate the total
14 approximate volume of a waste stream for other
15 kinds of waste streams other than fly ash?
16 A.    Yes.
17 Q.    Using the same methodology?
18 A.    Yes.
19 Q.    So you would look at technical
20 information regarding the formation of that
21 waste stream, correct?
22 A.    Yes.
23 Q.    And you would look at perhaps the years
24 of operation of that enterprise?  Would that
25 be relevant to your estimate of the total

Page 116

1 approximate volume of their waste stream?
2 A.    Well, certainly the amount may vary over
3 time.  In general, it was less efficient
4 40 years ago than it is now.  Or processes
5 were less efficient than they are now.
6             The EPA has put out a number
7 of documents illustrating the possibilities
8 for reducing wastes from certain industries in
9 which they show, for example, if one treats so
10 many -- handles so many automobiles a year,
11 that there are so many X oil filters and
12 amounts of oil produced from that, and one can
13 rely on those kinds of documents.
14 Q.    So if I'm -- if I understand what you're
15 saying, it is possible to extrapolate certain
16 kinds of controls in looking at historical
17 activities in order to approximate the total
18 volume of waste that a particular industry
19 might be generating?
20             Is that close to what you were
21 saying?
22 A.    I think EPA has done this in a lot of
23 industries.
24 Q.    So you could rely on EPA publications to
25 assist in this kind of an approximation of a

Page 117

1 company's total volume of waste?
2 A.    Yes.
3 Q.    Is it generally accepted within your
4 discipline for experts like yourself to rely
5 on that kind of information in order to
6 approximate these total approximate waste
7 streams?
8 A.    I think the EPA documents are usually
9 considered valid technical literature.
10 Q.    Okay.
11 A.    Before recently.
12 Q.    Before recently?
13 A.    No, that's -- I won't go there.  We had
14 trouble finding some documents recently.
15 Q.    Okay.
16 A.    They had disappeared from the EPA web
17 pages.
18 Q.    So, Dr. Exner, is it your testimony then
19 that the kind of literature you've described,
20 when it's available, can supply the basis to
21 infer facts in the absence of direct evidence?
22 A.    Yes.
23 Q.    Dr. Exner, if you look at the third
24 paragraph on the first page of Exhibit 12,
25 your report of July 21, 2017, I'm not going to

30 (Pages 114 - 117)

Page 118

1  read it, but I'm going to provide a summary
2  and then ask if I'm accurate.
3         You're describing what I would
4  characterize as kind of a historical narrative
5  of changes in waste disposal practices during
6  your 48-year career, including some of the
7  things you've observed with respect to
8  consulting on PCB transformer failures.
9         You go on to talk about waste
10 generation by the US Air Force globally and
11 things of that nature.
12        Have I accurately begun to
13 summarize the contents of that paragraph?
14 A.    Yes.
15 Q.    Can you tell me, Dr. Exner, why did you
16 include this paragraph in your report?
17 A.    Because Dayton Power and Light had
18 140,000 transformers operating more or less in
19 that period of time. And from my experience
20 and the literature, I knew that transformers
21 often had PCBs in them.
22 Q.    So then are you saying that you included
23 this paragraph solely to provide a basis for
24 testimony you're going to provide with respect
25 to DP & L's transformers?

Page 119

1  A.    To show some experience that I've had
2  with transformers and PCBs in transformers.
3  Q.    I'd like to direct your attention to
4  Page 3 of your report. The last full
5  paragraph before the bullet points reads,
6  quote: "Wastes from these operations were
7  summarized in Exhibit A of the Fields
8  deposition." I'll close that quote.
9         Did I read that correctly?
10 A.    Yes.
11 Q.    Do you recall what Exhibit A of the
12 Fields deposition was?
13 A.    It was a table of waste streams and
14 their source.
15 Q.    Do you know --
16 A.    It had one, two, three -- about four
17 columns and about 10 -- 10 whatever the
18 horizontal ones are.
19        MR. ROMINE: Rows?
20        THE WITNESS: Rows.
21 BY MR. CAMPBELL:
22 Q.    Do you know -- do you recall who Charles
23 Fields is?
24 A.    No.
25 Q.    Did you review his deposition?

Page 120

1  A.    Yes.
2  Q.    So, you reviewed it; but you don't
3  recall, sitting here today, who he is and what
4  his role was at DP & L?
5  A.    That's correct.
6  Q.    You don't recall whether he provided any
7  testimony with respect to this Exhibit A that
8  you've relied upon?
9  A.    I don't recall.
10 Q.    Dr. Exner, if we turn to Page 8, I'd
11 like to read Opinion Number 1. It reads,
12 quote: "Large quantities of ash from
13 combustion of coal were disposed of by DP & L
14 at the SDD. Hazardous substances in the ash
15 wastes were PAH and heavy metals, such as
16 arsenic, barium, chromium, copper, lead,
17 manganese and zinc."
18        Did I read that correctly?
19 A.    Yes.
20 Q.    So the first sentence, you've expressed
21 an opinion that large quantities of ash from
22 combustion of coal were disposed of by DPL at
23 the South Dayton Dump. But you told us today
24 that you're not actually offering that opinion
25 as to DP & L or any other party in this case;

Page 121

1  correct?
2  A.    I think in this particular case where we
3  had the dump tickets, I can reasonably certain
4  that coal cash was disposed at the site.
5  Q.    So then you would like to amend your
6  testimony to say that except for the first
7  sentence of Opinion Number 1 with respect to
8  DP & L, you don't intend to provide opinions
9  about the nexus of DP & L or any other
10 defendant in this case; is that accurate?
11 A.    That's correct.
12 Q.    What methodology or principle did you
13 apply to support your opinion that DP & L
14 disposed of coal ash at the South Dayton Dump
15 site?
16 A.    Well, there was testimony and there were
17 dump tickets and there was recollection by
18 people working at the site.
19        If it hadn't been for the dump
20 tickets, it would fall all into the same
21 category of he said, she said.
22 Q.    So then you're saying that your opinion
23 with respect to the DP & L's disposal is based
24 solely on dump tickets and not at all on
25 testimony or are you saying it's based on

31 (Pages 118 - 121)

Page 122

1 both?
2 A.    The testimony confirms the dump tickets.
3 Q.    Are you saying that there is testimony
4 by a witness who discussed dump tickets
5 specifically?
6 A.    That I don't remember.  I remember dump
7 tickets.
8 Q.    So I guess I'll come back to this
9 question.  It's the dump tickets that provide
10 the basis for your opinion, not the testimony
11 of others that you read; correct?
12 A.    It's not always just one thing.  It's
13 often a consolidation of information.  If I
14 had seen dump tickets and no other testimony,
15 I would have wanted to know where the dump
16 tickets came from.  I think they actually came
17 from a response from DP & L.  So, that's
18 probably a reasonably good source.
19            But I usually try to find more
20 than one factoid to confirm that this is
21 really so.
22 Q.    If we go to the top of Page 8, the first
23 full paragraph, it reads, quote: "A few
24 analyses of DP & L fly ash were carried out
25 with the intent of showing that the ash met

Page 123

1 regulatory criteria for ash disposal and
2 reuse."
3            Did I read that correctly?
4 A.    Yes.
5 Q.    Dr. Exner, can you tell me why it was
6 important to you to include this sentence in
7 your report?
8 A.    DP & L carried out fly ash analyses and
9 they were trying to show that the ash met
10 regulatory criteria.  That's where the
11 analyses came from.
12 Q.    Okay.  So, your statement is meant only
13 to meant only to provide context for the fact
14 that there were ash samples that were taken on
15 behalf of DP & L and analyzed on behalf of DP
16 & L?
17 A.    That's correct.
18 Q.    What samples are you referring to here?
19 A.    Samples from the east pond of Hutchins
20 Station in 1997.
21 Q.    Do you recall reviewing any other
22 samples?
23 A.    There may have been leachates from other
24 samples.
25 Q.    Do you recall how many?

Page 124

1 A.    Maybe two or three that I saw.
2 Q.    So then it's your testimony that you
3 actually saw leachate samples from I think you
4 said the Hutchins Station and you said maybe
5 two or three leachate samples that you saw?
6 A.    No, I'm distinguishing between the
7 contents of ash from leachate samples.  Table
8 2 has only metal concentrations for ash
9 samples, no leachate.
10 Q.    I understand that.  But I want to back
11 up.  I just want to make sure I understood
12 what you said.
13            You only saw two or three
14 leachate samples and then you saw the samples
15 from Hutchins Pond that you reflect in Table
16 2?
17 A.    Yes.
18 Q.    That's your best memory of that?
19 A.    Yes.
20 Q.    Did you ever ask if there were other
21 samples available?
22 A.    Yes.
23 Q.    And what answer were you given?
24 A.    They didn't have any or I didn't see
25 any.  I mean just having one sample for a

Page 125

1 waste that is generally highly variable is not
2 the preferred way to go.
3 Q.    Well --
4 A.    It was used as an indication of the
5 composition of this particular ash at this
6 particular point in time, and then it was
7 somewhat consistent with what was known about
8 fly ash based on EPRI -- E-P-R-I, sorry --
9 Electric Power Research Institute data and the
10 US Geological survey data.
11 Q.    Dr. Exner, would it surprise you to
12 learn that there were seven leachate samples
13 that were produced in this case?
14 A.    No.
15 Q.    But you only saw two or three?
16 A.    I may have seen more or I only talk
17 about two or three more.
18 Q.    So, you're saying that maybe you saw
19 seven, but you're not sure?
20 A.    That's correct.
21 Q.    But you're sure you saw two or three?
22 A.    Yes.
23 Q.    Did you look at the time period over
24 which those leachate samples were taken?
25 A.    They were about -- my recollection is

32 (Pages 122 - 125)

Page 126

1 between 1983 and 1998, based on what I say
2 here in the report.
3 Q. So about 15 years?
4 A. Yes.
5 Q. Did you examine those samples, the
6 leachate samples, to determine what
7 concentrations were reflected in the lab
8 reports?
9 A. Yes.
10 Q. Did you draw any conclusions about those
11 concentrations?
12 A. Yes. They were standard concentrations
13 for leachates from fly ash.
14 Q. Would you characterize those samples as
15 having been reasonably consistent with one
16 another over that 15-year period?
17 A. Well, part of the problem was that some
18 of the data were given as less than, and so
19 it's hard to tell whether they're consistent.
20     Like between 1983 and 1998,
21 arsenic in one case was listed as
22 .003 milligrams per liter. And in another
23 case, it was given as less than 0.8 milligrams
24 per liter. So within an order of 100 to 200,
25 300, they're consistent, yes.

Page 127

1 Q. Now, Dr. Exner, you're not suggesting
2 that there's any question about the integrity
3 of the samples that were provided in this
4 case, are you?
5 A. No.
6 Q. You would agree that these samples are
7 simply the only evidence that we have of DP &
8 L's fly ash leachate testing results; correct?
9 A. Yes. And these are results from '83 to
10 '98 and the disposal was done 10 to 15 years
11 before that time. So it's an indicator;
12 again, it's an inference.
13 Q. So, in Table 2, you use the ash samples
14 from Hutchins Station. You did not include
15 the leachate samples in your analysis.
16     Can you tell me why?
17 A. Because I wanted to show that fly ash
18 samples contain hazardous substances, which
19 they do. And leachate also shows that there
20 are hazardous substances in there. So, it's
21 redundant.
22 Q. Well, if they both show -- if both types
23 of samples show the presence of hazardous
24 substances, according to your testimony, then
25 why wouldn't you include references to

Page 128

1 multiple samples in your table instead of
2 choosing just one?
3 A. Well, it's for readability and I did
4 refer to leachability studies in the
5 paragraph, in the text, so...
6 Q. Yeah, I saw that. And then in the
7 table, you only included the one type of
8 sample.
9 A. Yeah, because there was only one sample
10 that I found of fly ash that had been analyzed
11 without -- instead of doing a leachate test.
12 As I said, most of the analyses were carried
13 out to show that they would qualify as
14 non-hazardous potentially reusable material;
15 and for that, you had to do the T-C-L-P
16 leaching test.
17 Q. T-C-L-P is the TCLP leaching test?
18 A. Yes, toxic constituents liquid partition
19 -- TCLP, yes.
20 Q. So you chose the Hutchins Pond sample
21 which would have generally shown higher
22 concentrations of the elements you're looking
23 for?
24 A. No, I chose that because it's the only
25 sample I saw of where the ash composition had

Page 129

1 been determined before leaching.
2 Q. What's the significance of the leachate
3 test? What is that done for?
4 A. A leachate test is used to determine
5 whether fly ash is a hazardous waste. If the
6 leaching test meets certain regulatory
7 criteria, if it's below certain
8 concentrations, it is not considered a
9 hazardous waste; and, therefore, it is
10 possible to reuse it in other applications.
11     This was in part done because
12 there were huge quantities of fly ash in the
13 1980's. Putting all that into hazardous waste
14 landfills or impoundments would have been
15 impractical. And so this was a regulatory
16 standard that was decided upon. As far as I
17 can see, that's what EPA did. They said okay,
18 this is not a hazardous waste if it passes
19 TCLP, T-C-L-P test. And if it's not a
20 hazardous waste, therefore, you can reuse it
21 in select applications, where leaching of the
22 hazardous substances is not an issue.
23 Q. US EPA still requires TCLP tests to be
24 performed in order to make that determination,
25 correct?

33 (Pages 126 - 129)

Page 130

1  A.   Correct.
2  Q.   How long has US EPA used the TCLP test,
3  do you know?
4  A.   About 30 years.
5  Q.   If you look at the first full paragraph
6  on Page 8, about seven lines from the bottom,
7  it begins at the very last word "metal".
8          It reads, quote: "Metal
9  concentrations in the leachates were generally
10 below safe drinking water levels, but
11 occasionally exceeded safe drinking water
12 concentrations for arsenic."
13         I read that correctly?
14 A.   Yes.
15 Q.   So it was only the arsenic that you
16 found that tested at a level that was higher
17 than safe drinking water standards, correct?
18 A.   In whatever samples I looked at, yes.
19 Q.   And all the other constituents were
20 below those standards, correct?
21 A.   Correct.
22 Q.   You go on to say, quote: "The
23 concentrations of trace constituents in coal
24 combustion ash varied and depend on the
25 impurities of the type of coal, burning

Page 131

1  conditions and ash collection methods."
2          Did I read that correctly?
3  A.   Yes.
4  Q.   Is it your understanding that DP & L has
5  historically had a relatively constant source
6  of supply of coal?
7  A.   I am not aware of that. I asked
8  specifically about that and I saw some
9  references that at one point, they used high
10 sulfur coal and at other points, they didn't
11 use high sulfur coal.
12         So, whether it was consistent,
13 I can't make that judgment.
14 Q.   So you're not offering any opinion or
15 any judgment on the consistency of the source
16 of DP & L's coal supply; correct?
17 A.   Correct.
18 Q.   You go on to say, quote: "Leaching
19 studies on fly ash from coals in the
20 Appalachian Basin by USGS found aqueous
21 arsenic concentrations about 8 to 14 times the
22 EPA maximum contaminant level (MCL) for
23 arsenic in drinking water."
24         Did I read that correctly?
25 A.   Yes.

Page 132

1  Q.   Now, are you referring to the USGS-2015
2  reference in the far right column of Table 2?
3  A.   Yes.
4  Q.   If we look at the arsenic concentration
5  from the Hutchins Pond sample in the first
6  column, it appears to me to be by orders of
7  magnitude less than the concentrations from
8  the USGS study you cite in the far column; is
9  that correct?
10 A.   Yes.
11 Q.   Now, in Opinion Number 1, you focus on
12 arsenic, barium, chromium, copper, lead,
13 manganese and zinc, correct?
14 A.   Yes, that's what it says.
15 Q.   Well, if we take a closer look at Table
16 2, starting with, say, the barium level in
17 that coal sample, you indicate --
18 A.   I'm sorry, the what?
19 Q.   Barium.
20 A.   Oh, barium, sorry. I'm sorry, yes.
21 Q.   So, according to the header on Table 2,
22 we're looking at ash samples that are
23 milligrams per kilogram, correct?
24 A.   Yes.
25 Q.   So you've identified barium as

Page 133

1  200 milligrams per kilogram, correct?
2  A.   Yes, in one sample.
3  Q.   In the only sample that you have, right?
4  A.   Right.
5  Q.   The only evidence of the content of DP &
6  L's fly ash, correct?
7  A.   Right.
8  Q.   If we look at cadmium, you indicate --
9  well, the test indicated that there was less
10 than one milligram per kilogram, correct?
11 A.   Yes.
12 Q.   And that would mean the cadmium appears
13 to be lower than any other sample that you've
14 identified in this table, correct?
15 A.   Yes.
16 Q.   The same thing is true for chromium?
17 A.   Yes.
18 Q.   For copper?
19 A.   Yes.
20 Q.   For manganese?
21 A.   Yes.
22 Q.   For zinc?
23 A.   Yes. It's remarkable.
24 Q.   Why do you say it's remarkable?
25 A.   It's remarkable. I mean EPRI analyzed

34 (Pages 130 - 133)

Page 134

1 ash from all over the country, USGS analyzed a
2 lot of ash samples, and they all show a range.
3 These only gave a single data point.
4 Q.   Are you questioning the integrity of the
5 sample?
6 A.   No. It's just one sample. It's not a
7 range.
8 Q.   But it's the only evidence of the DP & L
9 fly ash that you relied on for purposes of
10 this table, correct?
11 A.   Yes.
12 Q.   Would it be accurate to characterize DP
13 & L's coal ash metal level from the sample as
14 generally lower than the values reported for
15 the other coal ash samples in this table?
16 A.   Yes.
17 Q.   In fact, it would be accurate to say,
18 perhaps more accurate to say, that it was
19 consistently lower than the values, other
20 values identified in this table; correct?
21 A.   Yes.
22 Q.   You talked earlier about arsenic.  Now,
23 Dr. Exner, you're aware that arsenic occurs
24 naturally in soil; correct?
25 A.   Yes.

Page 135

1 Q.   Do you know what the naturally occurring
2 level of arsenic in Montgomery County, Ohio
3 soil is?
4 A.   No.
5 Q.   Do you know what the naturally occurring
6 level of arsenic is in soils across the State
7 of Ohio?
8 A.   No.
9 Q.   But you know there are sources you could
10 look at to determine that, correct?
11 A.   Yes.
12 Q.   Do you think that the naturally
13 occurring arsenic in soil makes soil a
14 hazardous substance?
15 A.   No, because in the environment of a
16 naturally occurring soil, it's usually in a
17 buffered environment that doesn't leach these
18 hazardous substances.
19 Q.   When you refer to hazardous substances,
20 as I understand your testimony, you are not
21 testifying as to the relative concentrations
22 of those substances, but simply to the fact
23 that they may be present; is that accurate?
24 A.   Yes.
25 Q.   So a single molecule of arsenic, under

Page 136

1 your definition, would render any medium
2 containing that arsenic to be a hazardous
3 substance, right?
4 A.   Yes.
5 Q.   So, if we had a ton of coal ash that had
6 one molecule of arsenic, under your
7 definition, that constitutes a hazardous
8 substance; correct?
9 A.   Yes.
10 Q.   Even if it could pose no risk of harm to
11 human health or ecological health, correct?
12 A.   Correct.
13 Q.   So whether it poses any risk of harm has
14 no bearing on your opinion that a single
15 molecule of arsenic in a ton of fly ash would
16 nonetheless render the entire ton a hazardous
17 substance; correct?
18 A.   Correct.
19                     - - -
20             (Whereupon, Exhibit Exner 13
21 was marked for identification.)
22                     - - -
23 BY MR. CAMPBELL:
24 Q.   Dr. Exner, our court reporter has handed
25 you a copy of what has been marked as

Page 137

1 Exhibit 13.  This document is entitled
2 "Hazardous Substances in Fly Ash", J.H. Exner,
3 July 24, 2018; is that correct?
4 A.   Yes.
5 Q.   This is your rebuttal report to Dr.
6 Finley's opinion with respect to DP & L's
7 waste stream?
8 A.   Yes.
9 Q.   Are there any changes or updates or
10 clarifications you'd like to make with respect
11 to this rebuttal report?
12 A.   I have read more of the references
13 within the EPA leaching documents, and I have
14 read a little bit more about EPA's recent
15 changes in coal ash regulations.  But
16 fundamentally, the conclusions in here remain
17 the same.
18 Q.   Your report begins, quote: "I disagree
19 with the report of Brent Finley on fly ash
20 from DP & L.  Fly ash clearly contains many
21 toxic metals and carcinogens, as described in
22 my report of July 21, 2017."  Close quote.
23             Did I read that correctly?
24 A.   Yes.
25 Q.   Did Dr. Finley ever say that fly ash

35 (Pages 134 - 137)

1 doesn't contain the metals you've described
2 earlier?
3 A.   He said it's not a hazardous substance
4 or a hazardous waste, and that whatever toxic
5 metals are in the fly ash are not a concern.
6 I think that's basically what he said.  That's
7 my recollection thereof.
8 Q.   So, then he never said that fly ash
9 doesn't contain the metals you've described.
10 He simply drew the conclusion that they don't
11 create a risk to human health, correct?
12 A.   Yes.
13 Q.   Of course, Dr. Finley is a risk
14 assessor; you knew that, right?
15 A.   Yes.
16 Q.   And you're not a risk assessor, correct?
17 A.   Yes.
18 Q.   So you're not expressing any opinion
19 with respect to whether he's correct in that
20 assessment, correct?
21 A.   Correct.
22 Q.   You go on to say, quote: "Fly ash has a
23 special consideration in the EPA hazardous
24 waste spectrum."
25        Did I read that correctly?

1 A.   Yes.
2 Q.   What special consideration are you
3 referring to?
4 A.   If it passes leaching criteria, it is
5 not considered a hazardous waste.
6 Q.   Next you say, quote: "The regulatory
7 definition of whether fly ash is a hazardous
8 waste is predicated on the TCLP leaching test,
9 which leaches waste materials under only a
10 single set of conditions."
11        Did I read that correctly?
12 A.   Yes.
13 Q.   Can you explain to me what that sentence
14 means?
15 A.   It means that TCLP, T-C-L-P, is done by
16 taking a 20 to 1 liquid solid ratio of
17 material, extracting it for 18 hours at a pH
18 of about 5, 4.9, and then filtering off the
19 solids.
20        It does not necessarily
21 reflect leaching environments existing in
22 landfills and impoundments.  It's a regulatory
23 definition.  If it meets TCLP, it's not a
24 hazardous waste.  It is not necessarily -- the
25 leaching from that test is not necessarily

1 accurate for different disposal scenarios.
2 Q.   And yet it's the test that the EPA
3 continues to rely on, correct?
4 A.   They're beginning to change their minds,
5 though.
6        Yes, for this purpose of
7 whether it's a hazardous waste, yes, they're
8 continuing to rely on that.  For regulating
9 coal ash, they're beginning to look at other
10 leaching tests.
11 Q.   But just to be quite clear, TCLP tests
12 are still required by the US EPA; correct?
13 A.   Yes.
14 Q.   And so you are expressing some concern
15 they might be inaccurate?
16 A.   I'm stating that they don't necessarily
17 reflect the amount of leachate or the
18 concentration of leachate that you get in a
19 variety of disposal scenarios.
20 Q.   Are you saying, then, that it's possible
21 that a TCLP test might understate the
22 concentrations of these constituents?
23 A.   Possible, depending on what the disposal
24 situation is like.
25 Q.   And it might overstate those

1 concentrations, correct?
2 A.   It might.
3 Q.   So, when we look at the leaching test
4 results for DP & L's fly ash, it might well
5 have been overstated, correct, in terms of the
6 concentrations of metals that were discovered?
7 A.   The leachate concentration on the DPL
8 samples are not necessarily the same as the
9 leaching concentrations that would be
10 encountered in a landfill such as the South
11 Dayton Dump.
12        Leaching potential would
13 increase and be more likely to affect
14 groundwater under situations other than the
15 TCLP test.
16 Q.   Well --
17 A.   And that is why -- that is why EPA has
18 now changed the fly ash regulations to require
19 groundwater monitoring.  If they don't leach,
20 why are they requiring groundwater monitoring?
21 Q.   Well, let's back up to the question that
22 I actually asked you, and I'll try to run that
23 one again.
24        For all you know, the sampling
25 of the DP & L leachate may well have

36 (Pages 138 - 141)

Page 142

1 overstated the concentrations of metals;
2 correct?
3 A.   They're consistent with the sample of
4 the solid that was obtained.
5 Q.   My only point is you said that because
6 the TCLP test might overstate or understate,
7 you don't know in this case whether they
8 overstated or understated for DP & L samples
9 either, do you?
10 A.   No.
11 Q.   It would only be speculation to suggest
12 that the samples might have come out
13 differently under a different test, correct?
14 A.   No.  There's evidence that leaching
15 concentrations come out differently under a
16 variety of conditions.
17 Q.   Did you ever undertake any independent
18 analysis of fly ash conditions at the South
19 Dayton Dump and Landfill?
20 A.   No.
21 Q.   Have you ever been to the South Dayton
22 Dump and Landfill?
23 A.   No.
24 Q.   Did your lawyers tell you not to go to
25 the South Dayton Dump and Landfill?

Page 143

1 A.   No.
2 Q.   Why did you not ask to do original
3 sampling there if you had concerns about the
4 veracity of the evidence that you actually had
5 before you?
6        MR. ROMINE:  Objection;
7 misstates his testimony.
8        THE WITNESS:  Sampling and
9 analysis is not usually considered part of my
10 function in evaluating information.  It's
11 really outside the scope.
12 BY MR. CAMPBELL:
13 Q.   Outside the scope of your expertise or
14 outside the scope of your engagement?
15 A.   Scope of the engagement.
16 Q.   Dr. Exner, I'd like to direct your
17 attention to the third paragraph in
18 Exhibit 13.  The second sentence begins,
19 quote: "In 1990, the State of the Ohio
20 prohibited the disposal of fly ash from Delco
21 Moraine at SDD because of concerns about the
22 hydrogeologically sensitive location of the
23 site."
24        Did I read that sentence
25 correctly?

Page 144

1 A.   Yes.
2 Q.   What's the basis for that statement?
3 A.   A document from the State of Ohio
4 referenced in SDD whatever, 2, 2SDD20.
5 Q.   What does the term "hydrogeologically
6 sensitive" mean?
7 A.   That's what they said.  That's what the
8 State of Ohio said.
9 Q.   So, let me ask you this question:  Do
10 you know what the author of that document
11 meant when they made that statement?
12 A.   No.
13 Q.   Did you undertake any effort to
14 determine what the author of that document
15 meant?
16 A.   No.
17 Q.   But it was, as you understood it, a
18 document from the State of Ohio; correct?
19 A.   Yes.  And it was, you know, like almost
20 30 years ago.  It would be hard to track down
21 the person.
22        MR. CAMPBELL:  Mark this.
23        - - -
24        (Whereupon, Exhibit Exner 14
25 was marked for identification.)

Page 145

1        - - -
2 BY MR. CAMPBELL:
3 Q.   Dr. Exner, I've handed you a copy of
4 what's been marked as Exhibit 14.
5        And for those who are on the
6 telephone, this document has a Bates stamp
7 number of SDD_00012.  It's a letter dated
8 April 2, 1990, and the header identifies the
9 Combined Health District, Montgomery County
10 from Dayton Ohio.
11        Dr. Exner, have you had a
12 chance to look at this document?
13 A.   Yes.
14 Q.   Is this the document you were referring
15 to when you made the statement in your report
16 that there were concerns about the
17 hydrogeologically sensitive location of the
18 site?
19 A.   Yes.
20 Q.   And I take it that this is the only
21 source that you relied on to make that
22 statement, correct?
23 A.   I think so.
24 Q.   Dr. Exner, returning to your rebuttal
25 report, Exhibit 13, immediately following the

37 (Pages 142 - 145)

Case: 3:13-cv-00115-WHR Doc #: 1274-4 Filed: 05/24/24 Page: 40 of 143  PAGEID #: 47829

1 sentence we just read, you say, quote: "Yet,
2 examination of the composition of that
3 prohibited fly ash shows that the metal
4 concentrations in the Delco fly ash were
5 generally lower than those of the DP & L fly
6 ash."
7         Did I read that correctly?
8 A.   Yes.
9 Q.   Dr. Exner, what's the point of that
10 comparison?
11 A.   It shows a recognition by one regulatory
12 agency that disposal of fly ash at this site
13 is not desirable because it may affect the
14 groundwater. That's my interpretation
15 thereof.
16 Q.   Well, Dr. Exner, if DP & L has fly ash
17 metal concentrations that are below the
18 naturally occurring background levels of soil,
19 what difference would it make if the Delco
20 samples were even lower?
21 A.   That's the question one asks why the EPA
22 of the State of Ohio prohibited the disposal.
23 Q.   Well, in fact, the EPA permitted the
24 disposal, didn't they?
25 A.   But they sent a letter saying you shall

Page 147

1 not do so anymore.
2 Q.   Well, were you -- are you unaware of
3 Ohio EPA's permitted use for the disposal of
4 fly ash at the South Dayton Dump site prior to
5 this date?
6 A.   I'm aware that it was allowed before
7 that, yes.
8 Q.   Dr. Exner, I'd like to direct your
9 attention to Pages 9 and 10 of your 2017
10 report. The header on Page 9 says "Electric
11 Distribution".
12         Did I read that correctly?
13 A.   Yes.
14 Q.   And if we go to Page 10, we have a
15 header that says DP & L "Transformer Repair
16 Shop".
17         Did I read that correctly?
18 A.   Yes.
19 Q.   And then below that, we have two
20 opinions, or maybe three. Opinion Numbers 2,
21 3 and 4, correct?
22 A.   Yes.
23 Q.   And each of those relate to both the
24 electric distribution of the DP & L
25 Transformer Repair Shop?

Page 148

1 A.   Yes.
2 Q.   So Opinion Number 2 reads, quote: "DPL
3 disposed the wipes and absorbant waste from
4 the transformer shop at SDD. These wastes
5 contain the hazardous substance PCB."
6         Did I read that correctly?
7 A.   Yes.
8 Q.   Dr. Exner, is it your opinion that DP &
9 L actually disposed of wipes or absorbant
10 waste from the transformer shop at SDD or is
11 that one that you are not offering?
12 A.   Disposing of wipes and absorbant waste
13 was a general way of -- they were generally
14 put in the trash at the site -- at a site and
15 were disposed of with the trash. Trash at DPL
16 was generally taken apparently to South Dayton
17 Dump.
18 Q.   Well, I guess -- you had said earlier
19 today that you were not expressing an opinion
20 as to any party with respect to actual
21 disposal at the site. You then recanted that,
22 at least with respect to Opinion Number 1 for
23 DP & L.
24         So, is it your testimony that
25 you're now recanting that for Opinion Number 2

Page 149

1 or are you also taking the position here that
2 DP&L -- that you're not expressing an opinion
3 about whether it actually disposed of waste at
4 the site?
5         MR. ROMINE: Objection to the
6 use of "recant", but go ahead.
7         THE WITNESS: No, I won't
8 argue the case on whether DP & L disposed of
9 wipes and absorbant waste at the site. It is
10 -- these wastes contain hazardous substance,
11 PCB, is the operative thing.
12 BY MR. CAMPBELL:
13 Q.   Right, but I'm still not tracking your
14 answer.
15         So, are you or are you not
16 offering your professional opinion with
17 respect to whether DP & L actually disposed of
18 wipes and rags at the site?
19 A.   It was common practice to do so. I'll
20 offer that as an opinion, yes.
21 Q.   Well, I'm going to have to keep asking
22 the question, because I'm not following the
23 answer. I don't really have any interest in
24 what was common practice.
25         The question is: Are you

38 (Pages 146 - 149)

Page 150

1 expressing an opinion that Dayton Power and
2 Light Company actually disposed of wipes and
3 rags at the site? Yes or no?
4 A. Yes.
5 Q. Okay. So then we can amend your prior
6 testimony that with the exception of Opinions
7 Number 1 and Opinions Number 2 for DP & L,
8 you're not offering an opinion about anybody
9 else's disposal of waste at the site?
10 Accurate for now?
11 A. Okay, all right, let's back up.
12 Within the confines of what
13 I'm supposed to have done, I'm supposed to
14 identify generation of waste containing
15 hazardous substances. Unless I have specific
16 evidence, I shouldn't say so. So I will not
17 say that they disposed of wipes and absorbant
18 waste.
19 Q. Okay. With that explanation in mind, is
20 there anything you want to revisit about
21 Opinion Number 1 for DP & L?
22 A. No.
23 Q. Okay. So we'll eliminate the first
24 sentence of that opinion as a topic of
25 conversation.

Page 151

1 I'd like to back up to Page 9
2 for just a moment. Paragraphs 1 through 4
3 provide a narrative description with respect
4 to transformers and capacitors; is that
5 accurate?
6 A. Yes.
7 Q. And other than the specific references
8 that appear within these paragraphs, are there
9 any other bases you're relying on to make the
10 statements that are contained in those four
11 paragraphs?
12 A. My experience.
13 Q. So then it's your opinion, to a
14 reasonable degree of professional certainty,
15 that the information that you have provided in
16 these four paragraphs is accurate; correct?
17 A. Yes.
18 Q. And you intend for the Court in this
19 case to rely on the accuracy of those four
20 paragraphs?
21 A. Yes.
22 Q. And to draw any inferences that might
23 arise from those four paragraphs, correct?
24 A. Yes.
25 Q. The very last or next to last sentence

Page 152

1 in the last paragraph says, quote: "In 1975
2 DPL had about 120,000 transformers containing
3 from three to several thousand gallons of
4 fluid in its system. DP & L also had 14,915
5 high voltage capacitors containing PCB. In
6 1983, about 500 to 600 transformers and 100 to
7 200 capacitors were scrapped."
8 Did I read that correctly?
9 A. Yes.
10 Q. Now, you relied on deposition testimony
11 to arrive at those numbers, correct?
12 A. Yes.
13 Q. You're not expressing any opinion with
14 respect to the disposal of any of the
15 transformers or capacitors you've identified
16 in this paragraph, are you?
17 A. No.
18 Q. Simply stating the fact that these are
19 the numbers that were in existence during that
20 time period?
21 A. Yes.
22 Q. So, let's turn --
23 MR. ROMINE: Drew, it's 12:23.
24 I'd like to take a lunch break at some point
25 soon, in the next five or ten minutes.

Page 153

1 MR. CAMPBELL: Or we could do
2 it right now if you'd like?
3 MR. ROMINE: It's up to you.
4 MR. CAMPBELL: Let's do it
5 right now.
6 MR. ROMINE: Okay.
7 VIDEOGRAPHER: Off the record
8 at 12:24. This will end Disk Number 3
9 - - -
10 (Whereupon, a lunch break was
11 taken from 12:24 p.m. to 1:05 p.m.)
12 - - -
13 VIDEOGRAPHER: The time is now
14 is 1:05. Back the record, beginning of Disk
15 Number 4.
16 BY MR. CAMPBELL:
17 Q. Dr. Exner, good afternoon. I'd like to
18 pick up where we left off. I was asking
19 questions about your report dated July 21,
20 2017 regarding the Dayton Power and Light
21 Company, and we were discussing I think
22 Opinions 2, 3 and 4 as they relate to electric
23 distribution and the Transformer Repair Shop.
24 I'd like to direct your
25 attention to Page 10. You've identified here

39 (Pages 150 - 153)

Page 154

1 five types of wastes that you opine were
2 generated at the DP & L Transformer Repair
3 Shop.
4        Do you see that?
5 A.   Yes.
6 Q.   And I'd like to ask a couple of
7 questions that apply generally to each of
8 these items in this waste stream.
9        Is it correct that you are not
10 expressing any opinion with respect to the
11 volume of the waste stream for any of these
12 items; is that accurate?
13 A.   Yes.
14 Q.   And you're not expressing any opinion
15 with respect to the percent of the total waste
16 at the South Dayton Dump site that might be
17 comprised by the items that are identified in
18 this waste stream, correct?
19 A.   Correct.
20 Q.   With respect to the oil contaminated
21 rags and wipes, as an example, you would not
22 expect to find any material amount of residue
23 on those; correct?
24 A.   Define "material". There would be some
25 hazardous substances on the rags.

Page 155

1 Q.   There would be a little bit of residue,
2 correct?
3 A.   Yes.
4 Q.   So, for example, if somebody used gun
5 cleaner and then cleaned it with a rag, there
6 would be a de minimis amount remaining on the
7 rag after evaporation, fair enough?
8        MR. ROMINE: Objection to the
9 term "de minimis".
10        THE WITNESS: All contaminated
11 rags and wipes from cleaning the outside
12 surfaces of transformers would usually be
13 mineral oil, contaminated oils and rags that
14 are likely to contain PCBs, trace amounts.
15 BY MR. CAMPBELL:
16 Q.   Trace amount, fair enough.
17        The next item is solvent
18 residues from degreasing transformer innards.
19        What solvent residues are you
20 talking about?
21 A.   Any degreasing liquids.
22 Q.   Again, these would be just trace amounts
23 that are left?
24 A.   Could be sludges and small amounts.
25 Q.   Okay. You have a reference to residuals

Page 156

1 from spill cleanup. You say, quote: "Adding
2 sufficient absorbant materials to spills was
3 common practice."
4        Did I read that correctly?
5 A.   Yes.
6 Q.   And so, again, I take it we're not
7 talking about significant amounts of residuals
8 that are picked up in that absorbant material;
9 fair enough?
10 A.   No. I think if you put a bag of spill
11 absorbant onto a spill of mineral oil, there's
12 a fair amount of mineral oil in that
13 absorbant.
14 Q.   It depends on how much mineral oil was
15 spilled, right?
16 A.   Yes, exactly.
17 Q.   So a small spill, small amount; fair
18 enough?
19 A.   Right.
20 Q.   Number 4, you talk about Fuller's Earth.
21 Do you see that?
22 A.   Yes.
23 Q.   And I think you're saying here that it
24 was estimated, quote: "The saturated Fuller's
25 Earth is estimated to contain about 6 to

Page 157

1 20 percent of oil."
2        Did I read that correctly?
3 A.   Yes.
4 Q.   And that would be about the limit of
5 what you might expect to find in expended
6 Fuller's Earth?
7 A.   Yes.
8 Q.   And you've expressed no opinion here as
9 the amount of Fuller's Earth, correct?
10 A.   Correct.
11 Q.   Or the frequency with which it was
12 changed, correct?
13 A.   Correct.
14 Q.   And then Number 5, you refer to damaged
15 transformers that could not be repaired. You
16 said generally these were taking by a recycler
17 for metal value.
18        Did I read that correctly?
19 A.   Yes.
20 Q.   I take it you're not -- it is a waste
21 that might have been generated at the
22 Transformer Repair Shop, but not one that
23 you're counting towards the hazardous
24 substances that are at the core of your
25 opinion?

40 (Pages 154 - 157)

1 A.  Yes.
2 Q.   Quick questions on Opinions 3 and 4.
3 Similar to the conversation we had about
4 Opinions 1 and 2, there's reference to
5 disposal at the South Dayton Dump site.  I'm
6 going to ask about these two opinions and
7 maybe I'll just ask generally for the rest of
8 DP & L opinions.
9        Are those -- for purposes of
10 your opinions, you are not opining as to
11 whether they were disposed of at the South
12 Dayton Dump and Landfill?
13 A.   Yes.  And I think we can shortcut this
14 on the rest of the opinions.  We can say if
15 they were disposed at the site, then they
16 would have contained these hazardous
17 substances.
18 Q.   And that's true for everything --
19 A.   For everything except the fly ash.
20 Q.   Except the fly ash, fair enough.
21        Dr. Exner, if we look at Page
22 12, Opinion Number 5 -- and here I'll focus on
23 the waste stream you've identified.  Second
24 sentence, quote -- strike that.
25        First sentence: "Electric

1 maintenance crews disposed of cross arms,
2 broken poles, insulators, transformer
3 carcasses, capacitors, wires and soil from the
4 environs of poles at SDD."
5        Did I read that correctly?
6 A.   Yes.
7 Q.   Now, focusing only on the waste stream
8 we've identified here, again, you're not
9 testifying as to the frequency, the amount of
10 these --
11 A.   No, I've already indicated, all of the
12 remaining opinions here are if these were
13 disposed of, they would have contained these
14 hazardous substances.
15 Q.   And just to drill down a bit, again,
16 you're not testifying or providing an opinion
17 with respect to the number of cross arms or
18 broken poles, things of that nature; correct?
19 A.   Correct.
20 Q.   So no opinion with respect to their
21 volume, correct?
22 A.   Correct.
23 Q.   And no opinion with respect to the
24 percentage that they may bear in relation to
25 the total disposal at the South Dayton Dump

1 site, correct?
2 A.   Correct.
3 Q.   Dr. Exner, if we go back to Page 9,
4 Paragraph 2, if we go three lines down at the
5 end, the sentence reads:  "PCB oils were
6 generally a fraction of the total dielectric
7 fluid usage in the US, but were used in areas
8 where safety, reliability and high overload
9 capability was important, such as public and
10 commercial buildings, or in transformers near
11 critical functions such as hospitals, fire
12 stations and schools."
13        Did I read that correctly?
14 A.   Yes, and I reference various documents.
15 Q.   Uh-hum.  And when you say in the first
16 part of the sentence that PCB oils were
17 generally a fraction of the total dielectric
18 fluid usage in the US, do you know what that
19 fraction would have been?
20 A.   About 5 to 10 percent, I think.  It's in
21 these reports and could be dug up.
22 Q.   Okay.  Thank you.
23        I think we established
24 earlier, Dr. Exner that you're providing this
25 information to the Court so that it can accept

1 this as an inference as to the waste streams
2 you're testifying about with respect to DP &
3 L; correct?
4 A.   Yes.
5 Q.   So, it would be fair to say then that
6 whatever fraction of the total dielectric
7 fluid usage would have been true across the
8 country would be true for DP & L as well?
9 A.   Yes.
10 Q.   And with respect to the location of
11 transformers that contained PCB oil, that
12 would also be true with respect to DP & L;
13 correct?
14 A.   Most likely.
15 Q.   So it would be fair to say then that
16 transformers that are not located in areas
17 like that are unlikely to have PCB in their
18 oil; correct?
19 A.   No.
20 Q.   Well, this statement here said that they
21 were used in areas where safety, reliability
22 and high overload capability was important,
23 such as public and commercial buildings or in
24 transformers near credit functions, such as
25 hospitals, fire stations and schools.

41 (Pages 158 - 161)

1 A.   That's -- I'm referring to there as PCB
2 oils, not the PCB contaminated dielectric
3 fluid.
4 Q.   Fair enough.
5         So the same presumption that
6 you've identified in this paragraph also apply
7 to DP & L, right?
8 A.   Yes.  So the pure -- pure PCB
9 transformer fluids would be limited to
10 specific areas.  However, dielectric fluids
11 can be contaminated in general.
12 Q.   You're not aware of a single example in
13 this record where a DP & L transformer that
14 came from one of the areas identified in here
15 was disposed at the South Dayton Dump and
16 landfill; correct?
17 A.   Correct.
18 Q.   Dr. Exner, I'd like to direct your
19 attention now to Page 15 and your Opinions 6,
20 7 and 8.
21         And, again, subject to the
22 clarification you made with respect to
23 disposal, I'll read these opinions.
24         Number 6 says, quote: "DP & L
25 disposed of rags, oil filters, absorbant and

1 sludge from the vehicle repair at SDD.  These
2 materials contained used engine and
3 transmission oils and contained heavy metals
4 such as lead, zinc, copper, chromium, nickel
5 and cadmium and a variety of other hazardous
6 substances such as PAH.  These materials are
7 likely to have included PCB."
8         Did I read that correctly?
9 A.   Yes.
10 Q.   In Opinion Number 7, you make reference
11 to spent cleaning fluids and sludge; correct?
12 A.   Yes.
13 Q.   And in Number 8, you make reference to
14 paint residues and sludge; correct?
15 A.   Yes.
16 Q.   On Page 14, you've identified a list of
17 wastes that you have opined were generated at
18 the garage and transportation building;
19 correct?
20 A.   Yes.
21 Q.   Can you tell me the basis for including
22 these various items in your list?
23         In other words, why did you
24 choose these?  What supports your opinion that
25 these particular items were present in that

1 building?
2 A.   These were common waste streams
3 resulting from automotive repair actives.
4 There was considerable automotive repair
5 activity going on apparently.  A lot of trucks
6 and cars were being serviced.
7 Q.   So, are you relying then on just
8 generally available information that tells you
9 what kinds of waste streams one ought to
10 expect from that kind of activity at a garage?
11 A.   EPA has done analyses of the types of
12 waste generated from these activities.
13 Q.   So you're relying on that EPA authority,
14 correct?
15 A.   Yes.
16 Q.   Anything else you're relying on to
17 support the inclusion of these items in this
18 list?
19 A.   No, I never worked in a garage
20 unfortunately.
21 Q.   You'd be a wealthy man today, if you
22 had, right?
23         Do you have any understanding
24 as to the practices that were in place at the
25 garage at the Dayton Power and Light Company?

1 A.   No.
2 Q.   In other words, so you're not aware of
3 what they actually did with used antifreeze?
4 A.   No.
5 Q.   Used brake fluid?
6 A.   No.
7 Q.   Do you know whether their dump trunks
8 had air conditioning?
9 A.   No.
10 Q.   So you wouldn't know then, for example,
11 whether it would be accurate to include air
12 conditioning fluid wastes within your waste
13 stream; correct?
14 A.   Well, the reference was made to
15 executives' cars and such.  They probably had
16 air conditioning.  But these are common wastes
17 that the EPA determined from automobile repair
18 shops.
19 Q.   Okay.
20 A.   And, you know, there were references
21 that they were -- the waste was hosed down
22 into the drains and into the sumps.  So that's
23 consistent with what EPA said.
24 Q.   Do you know where the drains in the
25 garage exited?

42 (Pages 162 - 165)

Page 166

1  A.    No.
2  Q.    Do you have any understanding as to the
3  kinds of repairs that were being made in the
4  DP & L garage?
5         In other words, sort of the
6  scope of the work they actually performed
7  there?
8  A.    The impression from the testimony was
9  that they did more or less the common
10 automobile repair work that one expects out
11 of -- that EPA describes.
12 Q.    Well, when you say common, were they
13 doing brake jobs?
14 A.    Brake jobs, oil changes, antifreeze.
15 Q.    So you're not aware of any instances
16 where they were repairing engines or drilling
17 cylinders or performing any more substantial
18 kinds of maintenance within the garage,
19 correct?
20 A.    No, I was not aware.
21 Q.    Okay.  And when you refer to paint
22 residues in Number 6, again, we're talking
23 about just trace amounts of residue?
24 A.    Well, sludge from painting cars and
25 trucks collected in the air filters and the

Page 167

1  air scrubbers from the paint booth.
2  Q.    Do you know what kind of painting went
3  on in the garage?  I mean, do you know what
4  volume of painting was taking place there?
5  A.    No.
6  Q.    So you don't know whether they were
7  maybe painting a dent on a fender as opposed
8  to painting an entire vehicle?
9  A.    That's correct.
10 Q.    Number 8, again, we talk about shop
11 cleanup wastes, including rags or towels.  We
12 talked about that I think before.
13        You wouldn't expect to find
14 more than trace amounts of a contaminant on a
15 rag or a towel; correct?
16 A.    No, I wouldn't say just trace amounts.
17 I think some of the rags could have quite a
18 bit of oil on them.
19 Q.    How about gun cleaner, are you familiar
20 with gun cleaner?
21 A.    I've heard of gun cleaner and I've tried
22 to find out what it is.
23 Q.    Well, did you read testimony about gun
24 cleaner?
25 A.    Yes.

Page 168

1  Q.    Did you read testimony about the nature
2  of gun cleaner?
3  A.    Yes.
4  Q.    Okay, it's rapid evaporation, did you
5  recall reading about that?
6  A.    Yes.
7  Q.    And that the rags that people used with
8  gun cleaner were dry within moments after
9  applying it, do you recall that testimony?
10 A.    Yes.
11 Q.    Is that consistent with your
12 understanding of the nature of gun cleaner?
13 A.    I've also heard it said that when you
14 put chlorinated solvents on the ground, that
15 it evaporates immediately and it doesn't.  So
16 that's, you know, an impression that people
17 have or an understanding that people have.
18        Certain kinds of gun cleaners,
19 if it evaporated really fast, could have been
20 chlorofluorocarbons.  Who knows what they are.
21 Those might evaporate rapidly, yes.
22 Q.    So we don't know for sure what kind of
23 gun cleaner was used in this facility, right?
24 A.    Right.
25 Q.    Do you know what the volumetric capacity

Page 169

1  is of rag to retain any kind of residual?
2  A.    No.
3  Q.    How much could it possibly hold?
4  A.    I've not done any tests.
5  Q.    Probably not very much, agreed?
6  A.    Well, oil filters can contain a lot --
7  can retain a lot of oil, so...
8  Q.    Yeah, but I was talking about rags.
9  A.    Yeah, rags could contain stuff.
10 Q.    Yeah.  Not a bucket, right, not a gallon
11 you don't think?
12 A.    Well, if you have a bunch of rags and
13 you extracted them, yes.  We're talking
14 hypotheticals.  I don't know.  I wasn't there.
15 EPA says rags have stuff on them.
16 Q.    If we look at your Opinions Number 9 and
17 10 on Page 15, you've expressed an opinion
18 with respect to the hazardous substance lead;
19 correct?
20 A.    Yes.
21 Q.    And creosote treated poles, correct?
22 A.    Yes.
23 Q.    And, again, you don't have any opinion
24 to offer as to how many creosote treated poles
25 might have gone to the South Dayton Dump?

43 (Pages 166 - 169)

Page 170

1  A.   That's correct.
2  Q.   Or how much lead might have been at the
3  South Dayton Dump?
4  A.   That's correct.
5         MR. CAMPBELL: Mark this.
6         MS. FEDDER: It's the same
7  one.
8         MR. CAMPBELL: Has it been
9  entered before?
10        THE WITNESS: Yes, it has.
11        MR. CAMPBELL: What Exhibit is
12  it, number --
13        MS. FEDDER: 3, I think.
14        MR. CAMPBELL: Okay, that's
15  fine. No need to mark it.
16  BY MR. CAMPBELL:
17  Q.   Dr. Exner, I've asked to you look at
18  what was previously marked as Exhibit Number
19  3, which is your report on vapor intrusion
20  dated July 24, 2018.
21        Do you have that before you?
22  A.   Yes.
23  Q.   If we go to the bottom of the third
24  paragraph, the last two sentences, they read,
25  quote: "In this current report, I've included

Page 171

1  the approximate quantities of VI chemicals
2  generated by the companies when materials that
3  I reviewed contained the data. I do not
4  address whether the companies' wastes were
5  disposed of at SDD."
6         Did I read that correctly?
7  A.   Yes.
8  Q.   So, when you said that you included
9  approximate quantities when materials that I
10  reviewed contained the data, does that mean
11  that if you didn't have a document that had
12  data from which you could draw conclusions,
13  you didn't draw any conclusions?
14  A.   That's correct.
15  Q.   So you looked at what you had and
16  nothing more?
17  A.   That's correct.
18  Q.   You didn't make -- undertake any other
19  kind of an analysis to look at the existence
20  or the volume of vapor intrusion causing
21  materials; correct?
22  A.   Correct.
23  Q.   I'd like to turn your attention to Page
24  5 of this report. And I'd like to direct your
25  attention to the paragraph for Hobart

Page 172

1  Corporation.
2         Do you see that?
3  A.   Yes.
4  Q.   So, can you tell me what methodology or
5  principle did you rely on to arrive at the
6  conclusions you've expressed with respect to
7  Hobart Corporation?
8  A.   There were references to specific
9  amounts of wastes sent for recycling in 1981.
10  And then there was also references about the
11  amount of machine oil that was generated.
12        And in 1973 to 1976, there
13  were references to other liquid wastes, which
14  was mostly apparently water and machine
15  coolant. There are reference given to all
16  these and I hope all the numbers are right.
17        - - -
18        (Whereupon, Exhibit Exner 15
19  was marked for identification.)
20        - - -
21  BY MR. CAMPBELL:
22  Q.   Dr. Exner, I've just handed you a copy
23  of what we have marked as Exhibit Number 14 --
24  15. This is your July 21, 2017 report with
25  respect to waste generation at Hobart

Page 173

1  Corporation.
2         Do you see that?
3  A.   Yes.
4  Q.   I was looking at Pages 4 through 5 that
5  read, quote, at the bottom: "In 1981, the
6  year before the Huffman Avenue facility ceased
7  manufacturing operations, the plant produced
8  32 cubic yards per week of solid trash waste
9  that it sent to the landfill. It also
10  produced 55 gallons per month of oil,
11  30 gallons per month of solvent paint and
12  30 gallons per month of chlorothene VG (TCA),
13  all of which was sent to recycle at this
14  time."
15        Continuing onto Page 5:
16  "Hazardous substances that Hobart listed in
17  1981 as part of its wastes for the Huffman
18  Avenue facility included -- and there's is
19  list.
20        Do you see that?
21  A.   Yes.
22  Q.   The next paragraph you talk about waste
23  in 1981 at the Torrence Street facility, do
24  you see that?
25  A.   Yes.

44 (Pages 170 - 173)

Page 174

1 Q. And down two paragraphs, there's a
2 reference to between June '73 and '76, Hobart
3 produced approximately 15 drums of liquid
4 waste per month, et cetera.
5 Do you see that?
6 A. Yes.
7 Q. So, from approximately 1934 through
8 1987, Hobart's operation included various
9 metal fabrication and manufacturing processes;
10 correct?
11 A. Yes. Well, the dates again?
12 Q. From about '34 through '87.
13 A. '34 to '87?
14 MR. ROMINE: I don't know.
15 THE WITNESS: I don't think I
16 said that.
17 MR. ROMINE: I object to the
18 extent that you're mischaracterizing the
19 report in terms of the start date of 1934.
20 MR. CAMPBELL: Well, let's
21 take a little look here. Because I didn't
22 misrepresent it, David, it's actually in his
23 report. So let's go ahead and find it to
24 satisfy everyone for the record.
25 THE WITNESS: Ah.

Page 175

1 BY MR. CAMPBELL:
2 Q. Did you find it?
3 A. The Huffman Avenue, this facility
4 operated from '34 until 1982, yes.
5 Q. Okay.
6 MR. ROMINE: Where are you
7 reading from?
8 THE WITNESS: The Hobart --
9 Page 4 in the report on Hobart.
10 BY MR. CAMPBELL:
11 Q. So Dr. Exner, did you undertake any
12 effort to determine the approximate volume of
13 vapor intrusion causing waste that would have
14 been generated by Hobart industries during the
15 time period of its operations?
16 A. No. I've only referenced the ones that
17 were stated in the period when regulatory
18 pressures led companies to list the amounts.
19 Q. Right, but you limited your opinion to
20 the limited number of documents that are
21 provided in this lawsuit; right?
22 A. Yes. Since quantities were not a
23 primary concern of my charter, I just hit the
24 ones that I saw.
25 Q. Right. So in the vapor intrusion

Page 176

1 report, you were charged with determining
2 quantities of VI I think you said when the
3 documents -- when there was documents to
4 support it or words to that effect, right?
5 A. No, I wasn't chartered. I said when I
6 saw them, I listed them.
7 Q. So when you say you weren't chartered,
8 are you saying that it was not within the
9 scope of your engagement to determine
10 approximate volumes of vapor intrusion causing
11 wastes?
12 A. That's correct.
13 Q. So your specific engagement was not to
14 do that, correct?
15 MR. ROMINE: Objection,
16 mischaracterizes; but go ahead.
17 THE WITNESS: No. The
18 engagement was to look at whether a company
19 generated waste that contained chemicals that
20 may affect vapor intrusion. And I took it on
21 myself to -- if I -- as I was going through
22 the information, if I saw it, since I haven't
23 done it the first time and since this seemed
24 to be a specific interest to everybody, I
25 decided to list what I saw immediately, you

Page 177

1 know --
2 BY MR. CAMPBELL:
3 Q. Did not -- I'm sorry.
4 A. -- without searching.
5 Q. And I think you testified earlier that
6 within your discipline, it is possible to look
7 at documents and literature that you described
8 to make judgments about not only the nature,
9 but the approximate volume of waste streams
10 that would have been expected in certain
11 industries.
12 Do you recall that testimony?
13 A. Yes.
14 Q. And that could have been done here too,
15 right?
16 A. Yes.
17 Q. But you chose not to do that, correct?
18 A. That's correct.
19 Q. And I think you said you chose not to do
20 it because that wasn't part of your
21 engagement, correct?
22 A. Right.
23 Q. Now, going back to the vapor intrusion
24 report -- strike that.
25 Go back to your original

Page 178

1 Hobart report. On Page 5 you identify
2 27,450 gallons of waste. And underneath that,
3 you've identified oil and water, Stoddard
4 solvent, paint thinner, TCA, Electroless
5 copper and synthetic cooling oils.
6      Did I read that correctly?
7 A. Yes.
8 Q. Dr. Exner, can these wastes also emit
9 soil gas vapors that could create vapor
10 intrusion --
11      THE COURT REPORTER: I'm
12 sorry, can you say that -- you were a little
13 too fast.
14 BY MR. CAMPBELL:
15 Q. Yeah. I said can these wastes emit soil
16 gas vapors that could create vapor intrusion
17 issues?
18 A. Paint thinner and TCA.
19 Q. Were these included in your July 24,
20 2018 report with respect to Hobart?
21 A. Yes.
22 Q. Dr. Exner, based on the limitations of
23 your analysis of the quantities or the
24 approximate volume of Hobart's vapor intrusion
25 causing wastes, it would be fair to say that

Page 179

1 Hobart's actual volume of waste was certainly
2 much greater than that which is reflected in
3 the documents you reviewed; correct?
4 A. The data provide a snapshot of what was
5 done around 1980. And it's used in comparison
6 to what other companies -- if other companies
7 reported data for that time period, it's used
8 in comparison to those.
9      I did not go back and
10 postulate how much activity Hobart would have
11 made in 1934 and what kind of waste they would
12 have generated in 1934, because the site I
13 don't think was open then even.
14 Q. Well, it was open in 1940, wasn't it?
15 A. My impression was it was '47, but I
16 don't know.
17 Q. It was open in 1950, right?
18 A. Yes.
19 Q. 1960, correct?
20 A. Yes.
21 Q. 1970?
22 A. Yes.
23 Q. 1980?
24 A. Don't know.
25 Q. It didn't close until the 1990's, right?

Page 180

1 A. I don't know when it closed.
2 Q. In any event, Hobart's vapor intrusion
3 causing wastes were certainly much greater
4 than the volumes that are reflected in the
5 documents that you reviewed, right, over the
6 course of the Hobart manufacturing activities?
7 A. Yes.
8 Q. And it's fair to say that the documents
9 that you did review don't provide an accurate
10 or a complete picture of the total approximate
11 volume of Hobart's vapor intrusion causing
12 waste stream throughout the period of its
13 operations; correct?
14 A. That's correct. That's the general
15 problem with all these companies' wastes.
16 Q. And Dr. Exner, with respect to NCR and
17 Kelsey-Hayes, your analysis of the volume of
18 their vapor intrusion causing waste stream was
19 also limited to just the information that was
20 available to you through documents in the
21 record in this case; correct?
22 A. Yes.
23 Q. So each of the questions that I asked
24 you about Hobart would apply with equal force
25 to both NCR and Kelsey-Hayes with respect to

Page 181

1 the understatement of their total volume of
2 vapor intrusion causing waste throughout the
3 period of their operations; correct?
4 A. Well, NCR is one of the few companies
5 that had any kind of records dating back into
6 the 60's, and we have data from them that are
7 included. I think it's 7 or 17 drums a year
8 would have been expected of chlorinated
9 solvents, I think.
10      But Kelsey-Hayes had very few
11 records and the only information I have on
12 Kelsey-Hayes were limited for 1984 or 1986.
13 Q. Let's take a look at NCR. It begins, I
14 think, on Page 6 of your 2018 report. The
15 first full paragraph of Page 7, you make
16 reference to, "According to standard
17 procedures, residues from distillation were
18 drained into 55-gallon drums for disposal
19 about every three weeks that represent about
20 17 drums a year."
21      Did I read that correctly?
22 A. Yes.
23 Q. Dr. Exner, I'm not seeing a reference to
24 any other volume of waste coming from NCR,
25 other than the 17 drums you've identified

46 (Pages 178 - 181)

Page 182

1 there.
2         Am I missing something?
3 A.    They either didn't exist or I guess we
4 should look in the -- well, no, there are no
5 records of quantities given here.
6 Q.    But there are other waste streams
7 identified here, right?
8 A.    Yes.
9 Q.    So, it would be fair to say then, with
10 respect to NCR, similar to the Hobart
11 Corporation, that your review was limited just
12 to documents that were available to you for
13 this lawsuit; correct?
14 A.    Yes.
15 Q.    And that NCR's approximate volume of
16 vapor intrusion -- vapor intrusion causing
17 waste over the period of its operations would
18 be substantially greater than the 17 drums per
19 year you've identified here, correct?
20        MR. ROMINE:  Objection to the
21 word "substantially".
22        THE WITNESS:  If they made
23 17 drums a year in the 1960's, they probably
24 made 17 drums a year until they closed up in
25 '72 or whenever.

Page 183

1 BY MR. CAMPBELL:
2 Q.    And yet there were other waste streams
3 identified in this opinion besides those
4 reflected in the 17 drums, right?
5 A.    Yes.
6 Q.    And we would expect to find volumes of
7 those that are not accounted for here either,
8 correct?
9 A.    Could you repeat that?
10 Q.    Yeah.
11        MR. ROMINE:  Objection.
12 Objection to the --
13 BY MR. CAMPBELL:
14 Q.    They used stuff and they created waste
15 and there was a volume of waste that's not
16 accounted for in this report, other than
17 17 drums you've identified in the first full
18 paragraph on Page 7; correct?
19 A.    That's correct.
20 Q.    So, the -- we have to accept that
21 whatever volumetric estimate you've made with
22 respect to NCR must understate its total waste
23 stream for the entire period of its
24 operations; correct?
25 A.    The only reference I make is to data

Page 184

1 that gives a yearly amount of approximate
2 chemicals.  If they carried out the same
3 procedure in 1950, yes, it would have made the
4 same amount of material in 1950.
5 Q.    See, I don't think we're communicating.
6 I'm going to try again.
7        Let's take, for example, the
8 paragraph that's three from the bottom.  It
9 says: "Finishing of metal parts by painting
10 in paint spray booths used methylene chloride,
11 toluene, paint thinners and Stoddard
12 solvents."
13        Did I read that correctly?
14 A.    Yes.
15 Q.    Well, there's a waste stream that would
16 have been generated by those activities;
17 correct?
18 A.    Yes.
19 Q.    That's not part of the 17 drums, is it?
20 A.    That's correct.
21 Q.    Okay.  So that's not accounted for in
22 this opinion, right?
23        MR. ROMINE:  Objection,
24 mischaracterizes the statement.
25        THE WITNESS:  It's listed.

Page 185

1 It's listed.
2 BY MR. CAMPBELL:
3 Q.    The volume of the waste stream --
4 A.    There's no volume that I saw.  I said in
5 the beginning, if I saw volume, I would note
6 it.  If I did not see volume, it's not noted.
7 Q.    I understand.  And I don't want to be
8 pedantic.
9 A.    Then I don't understand why we're
10 arguing about this.
11 Q.    Well, let me tell you why we're arguing
12 about this.  I simply want to establish and I
13 want you to acknowledge that the opinion
14 you've offered with respect to the volume of
15 waste stream for NCR has to be significantly
16 understated in comparison to its actual waste
17 stream throughout the years of its operation;
18 correct?
19        MR. ROMINE:  Objection, asked
20 and answered.  Objection to the word
21 "substantially".
22 BY MR. CAMPBELL:
23 Q.    It seems manifest --
24 A.    There would have been -- there would
25 have been more waste produced by NCR than

47 (Pages 182 - 185)

Page 186

1 chlorinated solvent waste, yes. And I think I
2 point that out in my report.
3 Q. So then it would be accurate to say that
4 this report, because of the limitation of the
5 information you had available to you,
6 understates the total approximate volume of
7 vapor intrusion causing wastes that were
8 generated by NCR, right?
9        MR. ROMINE: Objection; asked
10 and answered.
11        THE WITNESS: Of course.
12 Everybody's -- everybody's waste is
13 understated because the records aren't there
14 and the numbers didn't pop out.
15        MR. ROMINE: And "everybody"
16 includes DP & L?
17        THE WITNESS: Yes.
18        I'm going to need to take a
19 restroom break again.
20        MR. CAMPBELL: Okay, let's
21 take a break.
22        MR. ROMINE: Thank you.
23        VIDEOGRAPHER: Off the record
24 at 1:53.
25        - - -

Page 187

1        (Whereupon, a short break was
2 taken from 1:53 p.m. to 2:03 p.m.)
3        - - -
4        VIDEOGRAPHER: Back on the
5 record at 4:03.
6        DEFENSE COUNSEL: 2:04.
7        MS. FEDDER: Ah, you did that
8 yesterday.
9        MR. HANNA: My heart just
10 stopped.
11        MR. CAMPBELL: He was out of
12 here. This is great.
13        THE WITNESS: Thank you for
14 trying.
15 BY MR. CAMPBELL:
16 Q. Dr. Exner, circling back to the comments
17 you had with respect to Dr. Finley and his
18 report, have you had an opportunity to review
19 or hear any information regarding his
20 deposition in this case?
21 A. Dr. Finley?
22 Q. Brent Finley, who was the --
23 A. Toxicologist or --
24 Q. Risk assessor, correct.
25 A. -- risk assessor for fly ash?

Page 188

1 Q. Uh-hum, among other things, right.
2 A. Yes, I did read his deposition.
3 Q. Right. But I meant his deposition
4 transcript. Have you had any contact with
5 that?
6 A. Deposition? No.
7 Q. Okay. So, other than --
8 A. Oh, I'm sorry, no.
9 Q. So other than what you said in your
10 rebuttal report, you have no further opinions
11 or comments to offer with respect to
12 Mr. Finley, correct?
13 A. Correct.
14        MR. CAMPBELL: We're going to
15 pass the baton to somebody else, but I thank
16 you for your time.
17        - - -
18        EXAMINATION
19        - - -
20 BY MR. THUMANN:
21 Q. Dr. Exner, my name is Rob Thumann. My
22 client is Franklin Iron & Metal Corporation.
23        With regard to Franklin Iron,
24 they're a recycler, so they're a little bit
25 different from some of the other parties in

Page 189

1 this case. And I know you're aware of that
2 because, of course, it's contained in your
3 report.
4        I thought this was cleared up
5 earlier, but in Mr. Campbell's questioning,
6 you made a statement pertaining to frequency
7 and volume of waste. And you stated if you
8 saw it, you put it in your report; if you
9 didn't see it, you didn't put it in your
10 report.
11        So just to be clear, I didn't
12 see anything in the report with regard to
13 Franklin Iron & Metal pertaining to volume and
14 frequency. So, am I correct that you're not
15 going to be forming any opinions with regard
16 to frequency and volume of waste with regard
17 to Franklin Iron & Metal Corporation?
18        MR. ROMINE: Objection to the
19 extent that he doesn't have the report in
20 front of him.
21        THE WITNESS: Well, I have --
22        MR. ROMINE: Oh, you have it?
23        THE WITNESS: I do now.
24        MR. ROMINE: Let me just make
25 sure it's --

48 (Pages 186 - 189)

Page 190

1    THE WITNESS: Oh, I'm sorry,
2 it's Exhibit 3.
3 BY MR. THUMANN:
4 Q.   We're going to go -- you don't have it
5 in front of you. We're going to go through
6 the report, so if it comes up, you can let me
7 know. But I thought you might just know
8 offhand whether or not you were going to form
9 opinions pertaining to frequency and volume
10 with regard to Franklin Iron.
11    MR. ROMINE: That's not
12 Franklin Iron & Metal.
13    THE WITNESS: That's not the
14 report, right?
15    Which report are we talking
16 about, the vapor intrusion report or are
17 we talking --
18    MR. THUMANN: I'll address it
19 when I get to --
20    THE WITNESS: -- the regular
21 report?
22 BY MR. THUMANN:
23 Q.   Okay, all right.
24    Do you have any professional
25 training or experience with regard to scrap

Page 191

1 metal recyclers?
2 A.   No.
3 Q.   You've never written any journals or
4 articles pertaining to scrap metal recyclers?
5 A.   No.
6 Q.   Have you ever had a scrap metal recycler
7 as a client?
8 A.   I don't believe so.
9 Q.   Have you ever worked for a law firm that
10 had a scrap metal recycler as a client for the
11 purposes of working for that scrap metal
12 recycler?
13 A.   No.
14 Q.   Have you ever provided opinions with
15 regard to CERCLA pertaining to scrap metal
16 recyclers, other than in this case?
17 A.   No.
18 Q.   Fair to say then you've never provided
19 reports pertaining to CERCLA with regard to
20 recyclers, is that correct, other than this
21 case?
22 A.   Correct.
23 Q.   And, of course, you've never testified,
24 either deposition or testimony, with regard to
25 CERCLA pertaining to recyclers; correct?

Page 192

1 A.   Correct.
2 Q.   Have you ever been to Franklin Iron &
3 Metal Corporation?
4 A.   No.
5 Q.   Have you ever conducted any research on
6 waste streams or any material that came
7 directly from Franklin Iron & Metal
8 Corporation?
9 A.   No.
10 Q.   Have you ever interviewed any past or
11 current, former -- any past or current
12 employees of Franklin Iron?
13 A.   No.
14 Q.   So fair to say, you have no personal
15 knowledge as to any waste stream or volume of
16 waste stream from Franklin Iron at any time;
17 correct?
18 A.   Correct.
19 Q.   And at least a portion of your opinions
20 contained in your report came from deposition
21 testimony in this case provided to you by
22 counsel, correct?
23 A.   Yes.
24 Q.   And am I correct that some -- you were,
25 I guess, instructed to assume that some of the

Page 193

1 testimony is accurate and then disregard some
2 of the other testimony; is that true?
3 A.   No, I -- I have recognized, as I got
4 into this whole series of reports, that there
5 was always a dispute about what or if anything
6 had been disposed of. And so I tried to stay
7 away from rendering a judgment on that,
8 because that's not really my expertise.
9    And so, whatever I got was
10 either from -- was probably from EPA
11 documents. I don't have the report, so I
12 can't look at it. But that's my recollection.
13 Q.   Well, let's assume that there's -- that
14 you were only provided deposition testimony
15 pertaining to the waste of Franklin Iron &
16 Metal Corporation, okay. And let's assume
17 that there was certain testimony that provided
18 that a certain specific waste was affiliated
19 to Franklin Iron & Metal Corporation and the
20 South Dayton Dump. And then there was other
21 testimony that directly contradicted that
22 testimony pertaining to the waste.
23    I'm led to believe that just
24 for the purposes of your opinion, you assumed
25 that the waste -- that the testimony

49 (Pages 190 - 193)

Page 194

1 pertaining to the waste being affiliated with
2 Franklin Iron & Metal was true and then
3 formulated an opinion on that particular
4 waste; is that correct?
5 A.    It might help if I had the report.
6 Q.    Well, let me give you an example.
7 There's specific testimony pertaining to
8 Franklin Iron & Metal Corporation that they
9 hauled brake components to the site.
10 A.    Yes, I remember that.
11 Q.    Right.
12 A.    Yes.
13 Q.    There's also very specific testimony
14 that they did not do that.
15 A.    Yes.
16 Q.    So for the purposes of your report,
17 you're not -- am I correct that you're not
18 evaluating the credibility of the particular
19 testimony; correct?
20 A.    That's correct.
21 Q.    You're assuming that the testimony
22 pertaining to the brake pads being affiliated
23 with Franklin Iron is true and accurate, and
24 you're discounting the testimony that the
25 brake pads were not affiliated with Franklin

Page 195

1 Iron to be discounted and not true; is that
2 correct?
3 A.    If the brake pads were placed there by
4 Franklin Iron & Metal, then they would have
5 contained hazardous substances, like asbestos
6 and metals.
7 Q.    Right.  So the qualification that you
8 made earlier with the "if", where you said if
9 a company disposed of material at the site,
10 then you're providing -- you're not saying
11 they did dispose of it; but if they did, can
12 the same qualification ring true pertaining to
13 a particular waste that has been attributed in
14 some way to a particular party?
15        If, if a party -- so is your
16 statement if a party generated a particular
17 waste stream, I have this opinion?  Your
18 opinion is not they did they generate this
19 waste stream; is that correct?
20 A.    No.  My opinion would be this kind of
21 process would generate this kind of waste.  If
22 they disposed of it, it would have contained
23 hazardous substances.
24 Q.    I'm trying to take you a step further.
25 You're making -- maybe we can do it when we

Page 196

1 get into the report a little bit, so why don't
2 we do that.  Because I'm trying to get you a
3 step further.
4 A.    I may not want to go a step further.
5 Q.    We may need to, again, get to your
6 report for this; but do you know, as you sit
7 here today, whether or not there was any
8 historical data or records connecting Franklin
9 Iron & Metal Corporation to the South Dayton
10 Dump?
11 A.    I have no recollection as I sit here.
12 Give me the report.
13 Q.    Well, why don't I hand you the report.
14 A.    Sounds like a good idea.  And I
15 apologize for being a little flippant, but --
16 Q.    I'm not very sensitive.
17 A.    -- doing assumptions at this stage of
18 the game is hard for my brain.
19        MR. ROMINE:  Has it been
20 marked yet?
21        MR. THUMANN:  No.
22        MR. ROMINE:  Does it matter
23 which one, Rob?
24        MR. THUMANN:  No.
25        - - -

Page 197

1        (Whereupon, Exhibit Exner 16
2 was marked for identification.)
3        - - -
4 BY MR. THUMANN:
5 Q.    Sir, I'm handing you a report entitled
6 Expert Opinion on Waste Generated by Franklin
7 Iron & Metal Corporation, dated July 21, 2017.
8        Do you recognize this
9 document, sir?
10 A.    Yes.
11 Q.    Is this the report that you generated
12 pertaining to Franklin Iron & Metal
13 Corporation?
14 A.    Yes.
15 Q.    In Paragraph 2, it states:  "In
16 developing my opinions, I've reviewed
17 documents provided by LSSH.
18        Do you have in your -- do you
19 know what particular documents that you're
20 referring to or do we need to get into the
21 report for that?
22 A.    It would be referenced in the report.  I
23 don't think there were all that many.
24 Q.    And then you next say, "and examined
25 metal recycling procedures."

50 (Pages 194 - 197)

Page 198

1        Again, is that -- and we'll
2  get into that in your report; but as you sit
3  here now, do you specifically remember what
4  procedures you're referring to?
5  A.    I think there are EPA reports about the
6  metal recycling industry.
7  Q.    About the industry, correct, not --
8  A.    Yes.
9  Q.    Not specifically Franklin Iron, correct?
10 A.    That's correct.
11 Q.    You next talk about in your 48 years of
12 experience, you examined sources of waste and
13 engaged in site restoration.
14        Can you specifically remember
15 any sources of waste and site restoration that
16 you were involved in that involved recycling
17 companies?
18 A.    No.
19 Q.    And this gets to the question that I was
20 struggling to ask you initially, and I'm going
21 to try to do it again now.
22        At the end of the paragraph,
23 it says: "I have identified waste generated
24 by Franklin Iron & Metal."
25        Do you see that?

Page 199

1  A.    Yes.
2  Q.    So if a particular waste, by some
3  evidence, has been attributed to Franklin Iron
4  & Metal Corporation, and then other evidence
5  refuted that, am I correct that you elected to
6  believe that it would be affiliated with
7  Franklin Iron for the purposes of this report?
8  A.    No, I think I probably used the EPA
9  documents to make my estimations.
10 Q.    Well, if the evidence pertaining to the
11 waste is deposition testimony, is it -- again,
12 you're not evaluating the credibility of the
13 testimony.
14        So, is it fair to say if
15 Franklin Iron & Metal generated a specific
16 waste, you're simply evaluating whether the
17 waste contains glutens or contaminants?
18 A.    Yes.
19 Q.    Going to the third paragraph of your
20 report on the first page, it says: "During my
21 48-year career, I've reviewed sources of waste
22 from over 200 hazardous waste sites --
23        - - -
24        (Whereupon, a discussion was
25 held off the record.)

Page 200

1        - - -
2  BY MR. THUMANN:
3  Q.    Sorry about that distraction.
4        So you state in Paragraph 3:
5  "During my 48-year career, I've reviewed the
6  source of wastes from over 200 hazardous waste
7  sites in the US and internationally and
8  evaluated appropriate treatment, cleanup and
9  disposal options."
10        And the question is: Are any
11 of the sources from recyclers?
12 A.    Not to my recollection.
13 Q.    And then you go on --
14 A.    I take it back. I have done some work
15 on battery recycling operations a long time
16 ago.
17 Q.    Anything that you can identify
18 pertaining to scrap metal recyclers?
19 A.    No.
20 Q.    The next sentence goes on to state:
21 "Over the years 1968 to 1980, I personally
22 witnessed the changes in environmental and
23 waste disposal practices, as I worked on
24 reducing wastes from the chemical,
25 pharmaceutical and specialty chemical

Page 201

1  industry."
2        So, again, you'd agree, sir,
3  that a recycler is very different, when it
4  comes to these types of observations and work,
5  is a very different entity than a
6  pharmaceutical and specialty chemical
7  industry; correct?
8  A.    Yes.
9  Q.    And the work that you're referring and
10 the observations that you've witnessed, does
11 that also apply to recyclers or is that
12 limited to pharmaceutical, chemical and
13 specialty chemical industries?
14 A.    My experience base is in those
15 industries. It's not in the recycling
16 industry, metal recycling industry.
17 Q.    You go on to talk about or to state:
18 "During this time, you also became familiar
19 with paper mills, evaluated waste production
20 in the textile industry and studied landfills
21 and waste disposal sites in Colorado and
22 California."
23        The same thing, that work and
24 experience doesn't have anything to do with
25 scrap metal recyclers, does it?

51 (Pages 198 - 201)

Page 202

1  A.   That's correct.
2  Q.   And then moving on to the generation of
3  the US Air Force, and it refers to specific
4  waste generation from wood treatment plants,
5  coal fired power plants, paint production,
6  metal finishing, printed circuit boards and
7  steel production.
8        That doesn't have anything to
9  do with metal recyclers, does it?
10 A.   That's correct.
11 Q.   Moving on to Page 3, sir, under FIM
12 operations in the first paragraph, the last
13 sentence says: "Specific documentation about
14 FIM operations or waste is sparse."
15       So, I just want to challenge
16 you a little bit on "sparse", because the word
17 sparse seems to indicate that there is some
18 historical documentation pertaining to
19 Franklin Iron's operations with regard to the
20 South Dayton Landfill.
21       Are you aware of any
22 documentation or historical data that connects
23 Franklin Iron & Metal Corporation --
24 A.   No, I was trying to be nice.
25 Q.   And at the beginning of the sentence,

Page 203

1  the beginning of the paragraph starts out:
2  "In the period of about 1961 to present, FIM
3  has been operating a scrap yard at 1939 East
4  First Street, Dayton.  FIM purchases and
5  recycles (repackages and resells) scrap
6  metal."  And then you cite Clouse deposition.
7        "In about 1984, the company
8  operated with about ten trucks, a shear for
9  cutting metal, a baler, and a hydraulically
10 operated compactor capable of compressing
11 whole cars."
12       And you take the time frame
13 back to 1971 -- or I'm sorry, 1961 at the
14 beginning.
15       But this paragraph is
16 referring to Mr. Clouse's testimony, correct?
17 A.   Yes.
18 Q.   And you specifically cite this language
19 later, but -- or you recognize that he only
20 joined Franklin Iron in 1984, correct?
21 A.   It's a common problem on this project is
22 that --
23 Q.   Right, but you --
24 A.   -- is that we got snapshots.
25 Q.   Right.  So you would agree that he only

Page 204

1  joined --
2  A.   Yeah.
3  Q.   Okay.  So my question is --
4  A.   Yes.
5  Q.   So any operations of Franklin Iron &
6  Metal prior to 1984 that you're attributing to
7  Mr. Clouse would just be mere speculation;
8  correct?
9  A.   I don't think I -- well, if he said
10 something about it, it may have been
11 referenced like down here, wastes from FIM
12 operations.
13       But, yes, I have no specific
14 knowledge, other than his deposition and the
15 fact that he didn't join until '84.
16 Q.   The point is, any opinions or any -- or
17 statements that you make pertaining to
18 Franklin Iron & Metal Corporation's operations
19 prior to 1984 are just mere speculation?
20       MR. ROMINE:  Objection.
21       THE WITNESS:  Do I speculate?
22 I think I refer to EPA documents as to what
23 was common in the recycling industry.  That
24 does not specifically refer to Franklin Iron &
25 Metal.

Page 205

1  BY MR. THUMANN:
2  Q.   So you'd agree with me, with respect to
3  Franklin Iron & Metal Corporation, any
4  opinions or statements you make pertaining to
5  its operations prior to 1961 would be
6  speculation?
7        MR. ROMINE:  Asked and
8  answered.
9        THE WITNESS:  No, it would be
10 inference from documentation.
11 BY MR. THUMANN:
12 Q.   Inference, okay.
13       The next paragraph which
14 starts out: "During 1960 to about 1980,
15 common practices for recycling automobiles
16 included removal of fluids such as coolant,
17 gasoline, engine oils, seats, battery and
18 electrical components before shredding."  And
19 that's where you site the EPA documents you're
20 referring to; correct, sir?
21 A.   Yes.
22 Q.   And this is getting more to the Clouse
23 testimony.  "Clouse states that since 1984,
24 when he joined FIM, the whole car was
25 compressed in their baler."  And then you go

52 (Pages 202 - 205)

1  on to say, "Fires at the site in the last
2  decade suggest that some separation of
3  plastics and other materials was occurring."
4          So, what my question is: The
5  coolant, gasoline, engine oil, seats, battery
6  and electrical components, there's no --
7  you're not aware of any other evidence in this
8  case, whether it be testimony or historical
9  documents that link coolant, gasoline, engine
10  oil, seats, battery, electrical components to
11  any waste stream from Franklin Iron & Metal
12  Corporation; is that correct?
13  A.   Correct.
14  Q.   So any opinion that you have pertaining
15  to those materials or those substances
16  affiliation with Franklin Iron & Metal
17  Corporation would be strictly based on common
18  practices for recyclers; correct?
19  A.   Yes, for the industry as evaluated by
20  the EPA.
21  Q.   Yes, sir.
22          And then you go on to talk
23  about these fires at the site. And the fires
24  seem to suggest some separation of plastics
25  and other materials, correct?

1  A.   Yes.
2  Q.   And am I correct that you're trying to
3  make some implication, as you say, that those
4  would be separated from the car and then could
5  become part of a waste stream?
6  A.   Yes.
7  Q.   Is that where you're going with that?
8  A.   Yes, yes.
9  Q.   Okay, that's kind of what I guessed.
10  A.   Yes. I mean --
11  Q.   That's okay. I'm going to ask some
12  questions about that.
13  A.   Yes.
14  Q.   But the fire that you referred to, those
15  occurred after 1984, correct?
16  A.   Correct.
17  Q.   All right. So --
18  A.   Recently, in the last ten years I think.
19  Q.   Yes, sir.
20          So at least in 1984 and for at
21  least some period afterwards and presumably
22  even before 1984, the process was as described
23  by Mr. Clouse, which was that the whole car
24  would be compressed in a baler; correct?
25  A.   As of 1984, it appears that Clouse says

1  it was compressed in one shot, yes.
2  Q.   And that's the only evidence that you're
3  aware of in this case --
4  A.   That's correct.
5  Q.   -- as to how they handled that material,
6  correct?
7  A.   That's correct.
8  Q.   Let's move on down to the section
9  pertaining to wastes from FIM operations at
10  the bottom of Page 3.
11          The first paragraph of that
12  section: "FIM generated waste containing
13  plastic, glass, paper, cardboard and wooden
14  pallets in dumpsters at their site."
15          And, again, your citation is
16  -- you say Crouse, but I think you mean
17  Clouse; correct?
18  A.   Yes.
19  Q.   All right. And with regard to the
20  plastics and the glass, is that based on the
21  assumption, I guess, that those materials
22  would be attached to car vehicles, part of an
23  automobile?
24          It's going back to the
25  testimony I think we just talked about --

1  A.   Well, Clouse gave testimony that
2  apparently some waste containing plastic,
3  glass, was placed in dumpsters at the site.
4  This was after 1984. And that this material
5  was taken to the Montgomery incinerators or to
6  local landfills.
7  Q.   Well, the testimony from Mr. Clouse is
8  that the plastic and the glass from the cars
9  is baled up. And I'm wondering if there's
10  other testimony you're referring to or if
11  that's the specific testimony that you're
12  referring to? Because you don't give a paper
13  number or anything. I'm just curious if
14  there's another section.
15  A.   I don't remember.
16  Q.   All right. So if it was, in fact, the
17  plastic and the glass affiliated with the
18  automobiles, you'd agree with me that Mr.
19  Clouse testified that those materials would be
20  processed in the baler with the rest of the
21  vehicle; correct?
22  A.   Yes.
23  Q.   The next paragraph that I want to refer
24  you to is: "FIM operated machinery that used
25  engine oils and hydraulic fluids."

53 (Pages 206 - 209)

Page 210

1 What's the basis for that
2 statement? Is that based on the common
3 practice of a recycler?
4 A. Well, in 1984, you had ten trucks and
5 cranes and a shear and the baler.
6 Q. Okay. So then --
7 A. But yes, I mean standard practice
8 involves that kind of machinery.
9 Q. You go on to state: "After 1984, FIM
10 contracted with an oil recovery company to
11 retrieve any used oil discarded from FIM
12 equipment."
13 Is there any reason to believe
14 or is there any evidence that you can refer to
15 that would indicate that prior to 1984, they
16 were not similarly using an oil recycler?
17 A. There's no evidence. But also oil
18 recycling was not standard like in the 1960's.
19 Q. So other than custom practices, you have
20 no evidence to conclude that in 1984, they
21 didn't just carry on with prior practices?
22 A. That's correct.
23 Q. Moving on down to the last sentence of
24 the last paragraph on Page 3, you carry on
25 over to Page 4: "Samples of used motor oil

Page 211

1 from 1975 and 1977 within the time frame of
2 SDD operations contained metal in high
3 concentrations." And you have some citations
4 there.
5 Now, you don't know, sir --
6 you did no testing pertaining to the oil
7 contained or the oil from the South Dayton
8 Dump, did you, sir?
9 A. That's correct.
10 Q. So you would just be speculating that
11 that oil would test the same as the site --
12 the references that you cited, correct?
13 A. It was an inference based on EPA
14 investigation of the industry and findings
15 from other people.
16 Q. Right. But you had some criticisms of
17 some of the testing that was done at the South
18 Dayton Dump when Mr. Campbell was questioning
19 you, and I just -- and that's just -- what
20 brought that up is, so you'd just be
21 speculating that it would be the same as the
22 information cited, the results would be the
23 same?
24 A. I don't think I -- I would not call it
25 speculating.

Page 212

1 Q. The three studies that you cited, do you
2 know where the samples were taken, from what
3 area of the country?
4 A. My recollection on the US EPA was that
5 they were taken from all over the country, but
6 I am not sure as I sit here. I'd have to look
7 at it.
8 Q. Do you have any facts or evidence that
9 would demonstrate that those samples used in
10 those studies were somehow equivalent to the
11 oil that was generated at Franklin Iron &
12 Metal Corporation?
13 A. No specific information about Franklin
14 Iron.
15 Q. On Page 4, the third paragraph starting
16 in the 1960's: "In the 1960's, Jordan moved
17 paper bales with a lift truck in the FIM
18 warehouse." And you cite Mr. Jordan's
19 deposition, implying activities other than
20 metal scrapping at the FIM location.
21 What other activities does
22 that imply to you, sir?
23 A. Paper recycling. It did not fit with
24 cutting up cars and compressing cars. That's
25 all.

Page 213

1 Q. Does that lead you to some criticism or
2 opinion pertaining to Franklin Iron's
3 operations at that time?
4 A. No. It's just that information was so
5 sparse that when you find anything, you put it
6 down. I put it down.
7 Q. Okay. And then under disposal of FIM
8 waste at the SDD, it starts out: "In the
9 1960's, FIM transported brake shoes, brake
10 cylinders, brake pads and oily shavings and
11 turnings about daily from Delco to the SDD."
12 And you cited a Wendling deposition, correct?
13 A. Yes.
14 Q. And then you go on to say: "Parts of
15 the brake shoes and oil were burned off in the
16 dump's burning pit. After the material had
17 cooled, FIM collected the metal residue."
18 Does that -- the latter part
19 of that paragraph, does that refer back to
20 that same citation?
21 A. Wendling's? Yes.
22 Q. And based on some of my prior
23 questioning about the "if" qualifications,
24 you're not evaluating the accuracy of
25 Mr. Wendling's deposition testimony versus

54 (Pages 210 - 213)

Page 214

1 others; correct?
2 A.   That's correct.
3 Q.   So if others in this case testified
4 directly contrary to that statement and, in
5 fact, testified that they did not do that
6 dumping, you're discounting and ignoring that
7 testimony and you're assuming that
8 Mr. Wendling's testimony is accurate; correct?
9 A.   I'm not sure I have seen any other
10 specific testimony, but that's essentially
11 correct.  I mean I've seen that information.
12 Again, I'm not making judgments as to who is
13 right when there's a dispute.
14 Q.   So we can use the same qualification of
15 "if", correct?
16 A.   Correct.
17 Q.   If that waste was affiliated with
18 Franklin Iron & Metal Corporation --
19 A.   Yes.
20 Q.   -- you're going to form an opinion,
21 correct?
22 A.   Yes.
23 Q.   I'd like to move down into your opinions
24 now, sir.
25       In Opinion 1:  "FIM generated

Page 215

1 waste containing engine oil, hydraulic fluid,
2 plastic, glass, paper, cardboard and wooden
3 pallets.  These wastes contained hazardous
4 substances; lead, zinc, copper, chromium,
5 nickel and cadmium, as well as PHA [sic].  It
6 is likely that these wastes contained PCB."
7       Now early this morning, we
8 talked about how you defined the
9 term "likely".  And I wrote it down.  And the
10 words that you used to define likely are "may
11 have, slightly more than 50 percent".
12       So does that apply to this
13 opinion pertaining -- contained in Opinion 1?
14 A.   Yes.
15 Q.   -- with regard to Franklin Iron?
16 A.   Yes.
17 Q.   And in this particular paragraph, you
18 specifically identify wood.
19       You're not giving an opinion
20 that the wood was painted or recycled wood or
21 had any treatment affiliated with it, are you,
22 sir?
23 A.   No.
24 Q.   All right.  Now, Opinion Number 2, you
25 state:  "It is highly likely that FIM waste

Page 216

1 also contained hazardous substances such as
2 heavy-metal containing ethylene glycol and
3 lead-containing gasoline."
4       The source -- the question is,
5 the source for this particular contaminant, is
6 that the oil and the hydraulic fluid that you
7 referred to earlier?
8 A.   It refers to the EPA saying that it was
9 common practice to drain the fluids before
10 anything was done.
11 Q.   Right.  So I guess what I'm getting at,
12 sir, is this Opinion Number 2, it's based
13 solely on the custom practices rather than any
14 deposition testimony or historical data
15 affiliated with Franklin Iron in this case;
16 correct?
17 A.   Correct.
18 Q.   So, Opinion 3:  "Based on the testimony
19 above, FIM waste disposed at the SDD contained
20 hazardous substances.  FIM also disposed of
21 brake drums at the SDD."
22       So the only thing I want to
23 put in there is you would just -- you would
24 put a little qualifier in there with the word
25 "if", correct?

Page 217

1 A.   Yes, yes.
2       MR. ROMINE:  Rob, you said
3 something about brake drums in referring to
4 Opinion 3, but my copy doesn't have the brake
5 drums --
6       THE WITNESS:  Neither does
7 mine actually.
8       MR. THUMANN:  Really?
9       MR. ROMINE:  Maybe it just
10 didn't get copied over.
11       MR. THUMANN:  Will you just
12 pass that down to David so he can look at it,
13 what I'm reading from.
14           - - -
15       (Whereupon, a discussion was
16 held off the steno record.)
17           - - -
18       MR. THUMANN:  It must been
19 that secret report you sent me on the side,
20 huh?
21 BY MR. THUMANN:
22 Q.   Let me ask you some further --
23 A.   Well, I wouldn't have put --
24 Q.   Why don't I ask you some questions about
25 it.

55 (Pages 214 - 217)

Page 218

1 A. I wouldn't have put anything on waste
2 drums in Opinion 3. I think that would have
3 been in Opinion 1. I don't understand.
4 Q. So yours does not contain, at the end of
5 Opinion 3, "FIM also disposed of brake drums
6 at the SDD."
7 A. No.
8           MR. THUMANN: Does yours
9 include that?
10          DEFENSE COUNSEL: No.
11          MR. THUMANN: Does yours?
12          MS. NIJMAN: Mine does.
13          MS. FEDDER: Mine does not.
14 That's the one you brought with you?
15          MS. NIJMAN: This is the one I
16 brought with me.
17          MR. ROMINE: I have a
18 recommendation --
19          MR. THUMANN: I just want to
20 ask him if he remembers writing that.
21          MR. ROMINE: Okay.
22 BY MR. THUMANN:
23 Q. Do you see the last sentence of Opinion
24 3, where it states: "FIM also disposed of
25 brake drums at the SDD"?

Page 219

1 A. I see that. That's -- I would not have
2 put that in Opinion 3. I would have put it in
3 Opinion 1, but...
4 Q. You don't have any recollection of
5 putting that in that opinion?
6 A. No. Well, I -- well, I must have.
7 Q. But you don't have an independent
8 recollection as you sit here today, correct?
9 A. No, no.
10 Q. And as you look at that paragraph, if
11 you had it to do over, it would have been
12 contained in paragraph -- or Opinion 1;
13 correct?
14 A. Yes.
15 Q. Is that what I'm getting from you?
16 A. In fact, I do say that in Opinion 1,
17 essentially. I don't say drums, I say brake
18 shoes and pads.
19 Q. Well, I don't see that in my -- in my
20 Opinion 1, it does not say that.
21 A. Ah.
22 Q. My opinion 1 states: "FIM generated
23 waste containing engine oil, hydraulic fluid,
24 plastic, glass, paper, cardboard and wooden
25 pallets. These wastes contain hazardous

Page 220

1 substances; lead, zinc, copper, chromium,
2 nickel and cadmium, as well as PAH. It is
3 likely that these wastes contained PCB."
4 A. Okay. And then mine continues and says:
5 "FIM also disposed of brake shoes, pads and
6 other metal components at the SDD. These
7 materials contain the hazardous substance
8 asbestos.
9           THE WITNESS: Was this an
10 addendum?
11          MR. THUMANN: We can work this
12 out, but I suggest that we mark both
13 documents.
14          MR. ROMINE: That's fine.
15 BY MR. THUMANN:
16 Q. I'd like to ask you some more questions
17 now about Opinion 1.
18          With regard to brake shoes,
19 pads and other metal components of SDD, each
20 of those items contain metal; correct?
21 A. Yes.
22 Q. Okay. And I understand you have limited
23 professional experience pertaining to scrap
24 metal recyclers, but do you have some grasp as
25 to what a scrap metal recycler, the business

Page 221

1 that they're in?
2 A. Yes.
3 Q. And how they generate income?
4 A. Yes.
5 Q. And how is that?
6 A. They pick up metal and bring it back and
7 segregate it and make bundles out of it that
8 smelters can use.
9 Q. So, does it make any logical sense to
10 you that a scrap metal recycler would be
11 disposing of material containing metal,
12 including brake shoes, pads and other metal
13 components?
14 A. I think --
15 Q. My question is: Does that make logical
16 sense?
17 A. I think whoever took them to the dump
18 used the burning function to remove
19 miscellaneous substances from the metal so the
20 metal could be recycled more easily.
21 Q. And you're just basing that on
22 Mr. Wendling's testimony, correct, that you
23 read that?
24 A. Yes.
25 Q. Okay. And, again, you're not evaluating

56 (Pages 218 - 221)

Page 222

1 that testimony as credible or accurate?
2 A. That's correct.
3 MR. THUMANN: Well,
4 fortunately, I'm done with that report, so we
5 won't come across any more discrepancies.
6 MS. FEDDER: Did you get both
7 admitted?
8 MR. THUMANN: I'll need
9 another one to admit.
10 So I could e-mail a clean copy
11 of this to you and then we can print it off
12 and mark it or how do you want to do that?
13 I don't want to waste time.
14 Do you want to go off the record and do it now
15 or do you want to just keep going?
16 MR. ROMINE: Are you done?
17 MR. THUMANN: No, but I'm
18 almost done.
19 MR. ROMINE: All right, well,
20 let's finish up and then we'll take a
21 five-minute break and I'll make a copy.
22 MR. THUMANN: Great.
23 BY MR. THUMANN:
24 Q. Okay. So, let me ask you about some of
25 the material that you identified in your

Page 223

1 opinions. And why don't we just go to brake
2 drums first.
3 Are brake drum hazardous
4 substances under CERCLA, as defined by CERCLA?
5 A. I don't think so.
6 Q. And you've already testified about wood
7 pallets this morning, that they're not defined
8 as hazardous substances under CERCLA; correct?
9 A. Right.
10 Q. And is that also true with regard to
11 plastics, glass and paper? And the question
12 is: Are they defined under CERCLA as
13 hazardous substances?
14 A. No.
15 Q. Now, with regard -- the other items of
16 materials that you identify are engine oil and
17 hydraulic fluid.
18 And, again, this is just
19 included in your items, not based on any
20 evidence in this case, correct? It's included
21 based on your research of customary practices
22 of recyclers; correct?
23 A. Yes.
24 Q. Could you go to your rebuttal report,
25 which I think is Exhibit 3. And turn to Page

Page 224

1 5, please. And there's a section on Page 5,
2 Franklin Iron & Metal Corporation.
3 Do you see that, sir?
4 A. Yes.
5 Q. And I'll spare the group of reading it,
6 could you just skim through that short
7 paragraph?
8 A. Yes.
9 Q. And what I specifically am curious about
10 is, there's no citation in that paragraph;
11 whereas, if I look at several of the other
12 paragraphs, there are citations.
13 And my question is: Is it
14 because the statements that you make here are
15 not supported by any evidence in this case;
16 but, again, rather by your research of
17 customary practices?
18 A. Yes.
19 Q. And if you could flip, sir, to Page 3 --
20 I'm sorry, Page 8.
21 A. Of what?
22 Q. Of the same document, Page 8. And at
23 the bottom, you have Opinion 3. And you'll
24 see that's where FIM is included. And I will
25 read that, because it's short.

Page 225

1 Opinion 3: "It is unlikely
2 that Sherwin Williams and FIM generated waste
3 streams that contained volatile chlorinated
4 organic hydrocarbons."
5 So the word "unlikely", we
6 talked about the word "unlikely" this morning,
7 and I wrote down what you said unlikely meant.
8 So I want to confirm that again.
9 And I believe that when you
10 used the word "unlikely", that meant there was
11 no basis to connect the entity to the
12 generating streams; correct?
13 A. Yes.
14 Q. All right. So in this case, there's no
15 basis to connect Franklin Iron & Metal
16 Corporation to the generating waste streams;
17 correct?
18 A. Yes.
19 Q. All right. And then I think you also
20 said that the companies under the unlikely
21 category -- and you used the word "clearly" --
22 did not generate these waste streams.
23 So, again, with regard to
24 Franklin Iron & Metal Corporation, based on
25 that, it's your opinion that they clearly did

57 (Pages 222 - 225)

Page 226

1 not generate these waste streams; correct?
2 A. Sorry, I've lost you.
3     I think I said it's unlikely,
4 meaning that I don't think FIM generated waste
5 streams containing volatile chlorinated
6 hydrocarbons.
7 Q. Well, this morning you gave a definition
8 for unlikely and you said it meant they
9 clearly did not generate these waste streams.
10     Do you agree with that?
11 A. Yes.
12     MR. THUMANN: That's all I
13 have, sir.
14     VIDEOGRAPHER: Off the record
15 at 2:51. This will end Disk Number 4.
16     - - -
17     (Whereupon, a short break was
18 taken from 2:51 p.m. to 2:59 p.m.)
19     - - -
20     (Whereupon, Exhibit 16A was
21 marked for identification.)
22     - - -
23     VIDEOGRAPHER: The time now is
24 3:00 p.m. Back on the record, beginning of
25 Disk Number 5.

Page 227

1 BY MR. THUMANN:
2 Q. Dr. Exner, Rob Thumann again.
3     As you know, there was some
4 discrepancy in the Exhibit 16 that was
5 circulated in the room. So we now have a
6 second version or I should maybe say the other
7 version of the report, which will be marked as
8 16A. And it's in front of you there, sir.
9     And did you take a look at the
10 document there, 16A?
11 A. Yeah, I think there may have also been
12 an errata sheet on this, but we can check it.
13 Q. All right. And with regard to the
14 document that's been marked as 16A, do you
15 recognize that as another version of your
16 report pertaining to Franklin Iron & Metal
17 Corporation.
18 A. I think there was an earlier copy of the
19 report.
20 Q. All right. And the difference in the
21 two exhibits are contained in Opinion 1 and
22 Opinion 3, correct?
23 A. Correct.
24     MR. THUMANN: All right.
25 That's all I have. I'll pass the witness.

Page 228

1     MR. ROMINE: Which was the
2 earlier version, 16 or 16A?
3     MR. THUMANN: So, the earlier
4 version --
5     THE WITNESS: 16A, I believe.
6     MR. THUMANN: The earlier
7 version, which is Exhibit 16, at the end of
8 Opinion 3, it ends with hazardous substances
9 period -- I think there's two periods. And
10 then Exhibit 16A, at the end of Opinion 3,
11 moves on to a final sentence that says: "FIM
12 also disposed of brake drums at the SDD."
13     THE WITNESS: I think that was
14 an earlier version.
15     MR. THUMANN: Okay.
16     MR. ROMINE: Okay, that's
17 fine.
18     MR. THUMANN: With that, I
19 pass the witness.
20     - - -
21     EXAMINATION
22     - - -
23 BY MR. HANNA:
24 Q. Good afternoon, Dr. Exner. My name is
25 Rob Hanna. I represent Valley Asphalt

Page 229

1 Corporation.
2     Just as the other parties have
3 asked you questions, if anything that I say
4 doesn't make sense at this late hour, let me
5 know and we'll rephrase it and restate it,
6 okay?
7 A. (Witness nodded.)
8 Q. Okay. And you're nodding your head.
9 That's a --
10 A. Yes, okay.
11 Q. Do you have any experience working at an
12 asphalt plant?
13 A. No.
14 Q. Any professional training or experience
15 with asphalt plants?
16 A. No.
17 Q. You ever visit one?
18 A. No.
19 Q. And I know you said you didn't visit the
20 South Dayton Dump site. I take it you haven't
21 ever visited a Valley Asphalt plant?
22 A. That's correct.
23 Q. Either at the site or anywhere else,
24 correct?
25 A. That's correct.

58 (Pages 226 - 229)

Page 230

1 Q. Have you ever had any articles published
2 on -- involving asphalt plants?
3 A. No.
4 Q. Any testimony given relating to asphalt
5 plants?
6 A. No.
7 Q. Any reports where you were hired to
8 address asphalt plants?
9 A. No.
10 Q. Any CERCLA cases involving asphalt
11 plants?
12 A. Not that I remember.
13 Q. I handed a pile of documents to your
14 counsel. I would like to mark -- I believe
15 we're at 17.
16          - - -
17          (Whereupon, Exhibit Exner 17
18 was marked for identification.)
19          - - -
20 BY MR. HANNA:
21 Q. That is your expert opinion on waste
22 generated by Valley Asphalt dated July 21,
23 2017.
24          Do you have that in front of
25 you?

Page 231

1 A. Yes.
2 Q. In the second paragraph, you say that
3 you -- in developing your opinions, you
4 reviewed documents provided by Mr. Romine's
5 law firm and examined the operations of
6 asphalt plants.
7          What did you do to examine the
8 operations?
9 A. Documents, I reviewed documents from
10 EPA, I believe.
11 Q. And the documents regarding asphalt
12 plants from EPA?
13 A. Yes.
14 Q. And have you cited those in this report?
15 A. Yes.
16 Q. And where are those cited?
17 A. Page 3, second paragraph.
18 Q. Okay. Is that it then?
19          MR. ROMINE: You know what --
20          THE WITNESS: Page 3, bottom
21 of the page.
22 BY MR. HANNA:
23 Q. That's it?
24 A. That's it.
25          MR. HANNA: Let's go off the

Page 232

1 record for a minute.
2          VIDEOGRAPHER: Off the record
3 at 3:05.
4          - - -
5          (Whereupon, a discussion was
6 held off the record.)
7          - - -
8          (Whereupon, a short break was
9 taken from 3:05 p.m. to 3:09 p.m.)
10          - - -
11          VIDEOGRAPHER: Back on the
12 record at 3:09.
13 BY MR. HANNA:
14 Q. Okay. We found the missing page,
15 Doctor. I think you now have, and frankly
16 always had --
17 A. I always had it.
18 Q. It's everybody else that didn't. Okay.
19          And you were pointing out the
20 EPA documents that helped you understand the
21 workings of an asphalt plant.
22 A. There are several references on Page 3.
23 Q. Okay. Other than reviewing the EPA
24 reports that you've identified that are cited
25 on here, did you do anything else to

Page 233

1 understand the operations of an asphalt plant?
2 A. The descriptions in the EPA reports were
3 consistent with the deposition testimony that
4 your employee gave.
5 Q. Okay.
6 A. Crago, I think.
7 Q. And did you read Mr. Crago's deposition?
8 A. Yes, yes.
9 Q. I want to turn your attention to Page 4,
10 where it refers to Valley -- it's actually
11 Valley Asphalt Company operation.
12          Do you see that at the top?
13 A. Yes.
14 Q. Okay. And if you go down to the --
15 well, either the second or third paragraph,
16 the one where the sentence begins: "As a
17 general practice in the US...", do you see
18 that sentence? It's like --
19 A. No.
20 Q. If you count --
21 A. It's in the first paragraph you mean?
22 Q. It's the third one, the third paragraph.
23 A. Oh, yes, okay. Third paragraph, yes, I
24 see it.
25 Q. It assumes that the "asphalt aggregate"

59 (Pages 230 - 233)

Page 234

1 sentence is a paragraph.
2 A.   Yes.
3 Q.   Okay. It says: "As a general practice
4 in the US, solvent was recycled infrequently
5 -- and we'll talking about TCE solvents,
6 right?
7 A.   Yes.
8 Q.   -- recycled infrequently before about
9 1970. Rather, solvents from laboratory
10 processes were often poured onto the ground."
11        Do you see that?
12 A.   Yes.
13 Q.   And then you make a cite. You cite to a
14 reference there. Do you see that?
15 A.   Yes.
16 Q.   Okay. What's the basis for saying that
17 solvents were recycled infrequently before
18 1970?
19 A.   That's my experience.
20 Q.   Do you base that on anything else other
21 than your experience?
22 A.   There's probably a document that I
23 once -- that I may have, but it's not listed
24 here.
25 Q.   What document are you referring to?

Page 235

1 A.   Probably an EPA document.
2 Q.   Can you better define that or no?
3 A.   No.
4 Q.   Okay. And then you say: "Solvents from
5 laboratory processes were often poured onto
6 the ground."
7        What is the basis to say that?
8 A.   It's from my experience and I cite this
9 reference. I think it was a Maryland asphalt
10 testing laboratory and they said well, when we
11 were done, that's what we did with it.
12 Q.   Okay. Let me show you what we're going
13 to mark as Exhibit 18, and I'd ask you to take
14 a look at that.
15        - - -
16        (Whereupon, Exhibit Exner 18
17 was marked for identification.)
18        - - -
19        MR. HANNA: And for the people
20 on the phone, Exhibit 18 is SDD3_00024128 to
21 129.
22 BY MR. HANNA:
23 Q.   Have you had a chance to review
24 Exhibit 18, Dr. Exner?
25 A.   No, no.

Page 236

1 Q.   Oh, I'm sorry.
2 A.   Yes, while I'm...
3        Yes, I've skimmed it.
4 Q.   Okay. Well, this isn't the first time
5 you're reading the article, is it?
6 A.   That's correct. No.
7 Q.   And this is what you've cited after
8 where it says "Solvents from laboratory
9 processes were often poured onto the ground."
10        Do you see that?
11 A.   Yes.
12 Q.   And that's the only cite you give, other
13 than your experience?
14 A.   Yes.
15 Q.   Okay. And this article is about a
16 Maryland company, right?
17 A.   It's actually a Maryland regional
18 laboratory of the Department of Environment, I
19 think.
20 Q.   Okay. And it's just one entity,
21 correct?
22 A.   Yes.
23 Q.   And it's a 2009 reference? The article
24 is 2009?
25 A.   I don't see a date. Where is the date?

Page 237

1 Q.   The last page where it says last update,
2 March 2009.
3 A.   Ah, yes, okay.
4 Q.   Okay. And this is what you're using to
5 suggest that solvents were often poured onto
6 the ground?
7 A.   I'm using my experience and I'm giving
8 this as an example. It's not a comprehensive
9 review of solvents being poured on ground.
10 Q.   Dr. Exner, you have in front of you
11 Exhibit 3, which is your vapor intrusion
12 opinion; correct?
13        You can put that Maryland
14 article aside.
15 A.   Yes.
16 Q.   Exhibit 3, on Page 8 at the top of the
17 page, it relates -- is your paragraph relating
18 to Valley Asphalt. It starts on Page 7; but
19 for purposes of my question, I'm going to be
20 talking about Page 8.
21 A.   Okay.
22 Q.   Okay. And there you say: "According to
23 industrial practices, before environmental
24 regulations, residual TCE likely was placed on
25 the soil."

60 (Pages 234 - 237)

Page 238

1    Do you see that?
2 A.   Yes.
3 Q.   And what's your basis for saying that?
4 A.   My experience with common practice in
5 the early years before environmental
6 regulations.
7 Q.   Anything else, other than your
8 experience?
9 A.   That reference. And I can probably find
10 other references.
11 Q.   The one article you're talking about?
12 A.   Yes, yes.
13 Q.   Do you have any evidence at all that
14 Valley Asphalt poured the solvents onto the
15 ground?
16 A.   Well, again, we're inferring from the
17 fact that there's a DNAPL source right under
18 the laboratory or right about there.
19 Q.   Okay. And just as you testified
20 earlier, if there's a spill, you're not
21 quantifying or defining how much of a quantity
22 of that occurred?
23    In other words, you're not
24 making any volume decisions; you're just
25 noting that it occurred?

Page 239

1 A.   Yes.
2 Q.   Okay. Other than in the laboratory, any
3 other evidence that Valley Asphalt poured a
4 solvent on to the ground?
5 A.   No.
6 Q.   Any evidence that Valley Asphalt placed
7 it on the soil, these solvents?
8 A.   No.
9 Q.   The next sentence on Exhibit 3: "The
10 company also generated oil and grease, methane
11 precursors."
12    Do you see that?
13 A.   Yes.
14 Q.   What do you mean by a methane precursor?
15 A.   Compounds that may generate methane.
16 Q.   And is oil and grease the compounds that
17 may generate the methane?
18 A.   Yes.
19 Q.   Okay, I want to go back to your first
20 report, which is Exhibit 17.
21 A.   Yes.
22 Q.   And the area where you start with all
23 your opinions, I just want to walk through
24 some of these with you, okay, Dr. Exner?
25 A.   Okay.

Page 240

1 Q.   You make reference or you were asked
2 multiple times about facts associated with an
3 entity disposing of certain materials.
4    Do you remember all those
5 questions today?
6 A.   Yes.
7 Q.   And for some you said -- well, for one,
8 you said that you had examples of that
9 occurring. And then for most of the others,
10 you have said "if" it occurred, then you can
11 go on and say this is what substance was put
12 into the ground.
13    My question to you is: Do you
14 have evidence that Valley Asphalt actually
15 disposed of the items in your opinions?
16    MR. ROMINE: Objection to the
17 use of the word "evidence", but go ahead.
18    THE WITNESS: Well, I think
19 aside from testimony, which we're putting
20 aside in these discussions right now, I think
21 there's been a picture of growth in the
22 asphalt pile over the years. So that that
23 would be some evidence.
24 BY MR. HANNA:
25 Q.   Any other evidence that Valley Asphalt

Page 241

1 disposed of -- and let's use Opinion 1 --
2 asphalt aggregate on the SDD?
3    MR. ROMINE: Same objection as
4 to the word "evidence", but go ahead.
5 BY MR. HANNA:
6 Q.   I'll just -- I'll withdraw the question
7 and just say any basis to say, factual basis
8 to say?
9 A.   I think there was some pictorial
10 evidence or some diagrams of growing size of
11 the asphalt site plant -- asphalt pile, sorry.
12 Q.   Simply because the asphalt pile has
13 grown, does that suggest that any hazardous
14 substances have been added to it?
15 A.   No. It just means asphalt aggregate has
16 been put on it.
17 Q.   The reference to materials that -- in
18 Opinion 1, this material contains hazardous
19 substances, the PHA [sic], do you see that?
20 A.   Yes.
21 Q.   PAH. And heavy metals. Do you see
22 that?
23 A.   Yes.
24 Q.   Those material don't cause vapor
25 intrusion, do they?

61 (Pages 238 - 241)

1 A. No.
2 Q. They don't require response actions
3 associated with vapor intrusions, do they?
4 A. No.
5 Q. Other than the asphalt pile, any other
6 substances, materials put into the ground by
7 Valley Asphalt? Do you have any others?
8          Any -- you look confused.
9 A. I feel confused.
10          I think there was an EPA -- a
11 series of EPA or Ohio EPA documents saying you
12 should put in a scrubber in the 1970's.
13 Q. You should put what?
14 A. A scrubber in to remove emissions from
15 the asphalt plant, and that that scrubber
16 liquid was placed in a pond on the site.
17 Q. Is that your Opinion Number 2?
18 A. Yes.
19 Q. Okay. And in reference to the -- and
20 that's a reference to the settling pond; is
21 that right?
22 A. Yes.
23 Q. Is there any -- are you rendering any
24 opinion on whether or not the settling pond is
25 or was a source of TCE in the soil?

1 A. I am not.
2 Q. Any opinions on whether, as a result of
3 the settling pond, there is TCE in the
4 groundwater?
5 A. I don't have an opinion listed here.
6 It's unlikely. I'll give you a gratis
7 opinion.
8 Q. I'm sorry?
9 A. It's a gratis opinion.
10 Q. Thank you. I'll take as many of those
11 as you can give me then.
12          Okay. Let's look at Exhibit
13 Number 3. You say that Valley Asphalt
14 disposed of laboratory wastes containing TCE.
15          And what is the basis to say
16 that?
17 A. I think it probably should say likely
18 disposed of laboratory wastes.
19 Q. All right. So you --
20 A. It's based on the inferences of the
21 DNAPL source and the fact that TCE was being
22 used at the laboratory and that common
23 practice in those days was to be loose about
24 the disposal of chlorinated solvents.
25 Q. And as Franklin Metal's counsel

1 discussed with you, you're meaning of the word
2 "likely" applies equally as it did for
3 Franklin Metal's to Valley Asphalt?
4 A. Yes.
5 Q. And you're not rendering any opinions on
6 the amount of such "disposal" -- and that word
7 is in quotes -- if it, in fact, occurred;
8 correct?
9 A. Correct.
10 Q. And if it occurred, are you saying --
11 well, strike that.
12          Are you limiting the area to
13 where it occurred, if it did, in fact, occur,
14 to Valley Asphalt's property and nowhere else?
15 A. I don't know about the groundwater
16 situation, so I'm not testifying about
17 movement through groundwater.
18 Q. Okay, that was going to be my follow up
19 question. So you have no opinion on
20 groundwater migration?
21 A. Correct.
22 Q. If you look at Opinion 4, again, the
23 basis to say that Valley Asphalt spilled
24 asphalt fuel oil and diesel fuel during
25 operations, what is that?

1 A. It should probably say likely spilled.
2 Q. Okay. You -- well, strike that.
3          Is oil and gas, do they fall
4 under the definition of hazardous substances
5 under CERCLA?
6 A. I think they're excluded, but I don't
7 think the metals incorporated in them are.
8 Q. Okay. And when you say likely spilled
9 these substances, you're not going to offer
10 any opinions on amounts or volume associated
11 with that?
12 A. That's correct. It's just whenever you
13 have operations, you have spills.
14 Q. And, again, this and all of the
15 references to "disposing" -- and I, again, put
16 that word in quotes -- is all as it relates to
17 Valley Asphalt's property and not the landfill
18 part of it; correct?
19 A. Yes.
20 Q. Have you read any articles associated
21 with asphalt piles and whether or not VOCs
22 leach from them?
23 A. I have read articles about reclaimed
24 asphalt piles and about the reclaimed asphalt.
25 I don't believe VOCs leach from them. I think

62 (Pages 242 - 245)

Page 246

1 what leaches is metals and PAHs. And
2 reclaimed asphalt generally has more hazardous
3 substances in it than regular asphalt because
4 it's been used and has seen automobile traffic
5 and chemicals have accumulated on it.
6 Q. And are you aware that the Ohio EPA
7 allows waste asphalt to be used as clean fill?
8 A. No.
9 Q. You weren't aware of that?
10 A. No.
11 Q. You're not going to render any opinions
12 on the leaching of the asphalt pile at Valley
13 Asphalt or at South Dayton Dump, are you?
14 A. No.
15 Q. I just want to make sure that we were on
16 the same page. You understand that Valley
17 Asphalt's property is separate and distinct
18 from where the landfill property is; correct?
19 A. Yeah, but isn't it all one site?
20 Q. It is all one site, but Valley Asphalt
21 has a discreet part of that --
22 A. Yes.
23 Q. -- would you agree?
24 A. Yes.
25 Q. Okay. And so when you were talking

Page 247

1 about any disposal of substances, are you
2 talking about just the Valley Asphalt part of
3 it in reference to Valley Asphalt?
4 A. I think so, yes.
5 Q. Have you ever heard of Neil Ram or Roux,
6 his company, R-O-U-X?
7 MS. NIJMAN: Roux.
8 THE WITNESS: No.
9 BY MR. HANNA:
10 Q. Roux.
11 A. No.
12 Q. Have you read the Roux reports, either
13 the May 2018 or the July 2018?
14 A. Were those rebuttal reports?
15 Q. Well, one was the primarily report and
16 one was a rebuttal report.
17 A. I don't believe so.
18 Q. Well, that would explain, then, the
19 answer to my next question is that you don't
20 have an opinion on his reports; correct?
21 A. Right.
22 MR. HANNA: That's all the
23 questions I have, Dr. Exner. Thank you very
24 much.
25 - - -

Page 248

1 EXAMINATION
2 - - -
3 BY MR. COVI:
4 Q. All right, good afternoon, Dr. Exner.
5 My name is Kris Covi. I represent ConAgra
6 Grocery Products Company. But for the
7 purposes of this lawsuit, you probably know us
8 more as McCall's.
9 Have you ever been retained to
10 render an opinion on the waste streams from a
11 printing operation?
12 A. No.
13 Q. Other than in this case, have you ever
14 rendered any expert opinions regarding any
15 printing operations?
16 A. No.
17 Q. In your professional experience, have
18 you ever done any work involving printing ink?
19 A. No.
20 Q. Prior to this case, then I guess you've
21 never been retained to opine about whether
22 printing ink contains any hazardous
23 substances; is that correct?
24 A. Correct.
25 Q. Have you ever visited the McCall

Page 249

1 facility at issue in this case?
2 A. No.
3 Q. I should call it a former McCall
4 facility.
5 And other than what you may
6 have seen in depositions, you do not have any
7 independent knowledge or information regarding
8 operations at the McCall's facility; correct?
9 A. Correct.
10 Q. And your opinions in this case with
11 respect to McCall's are based on your research
12 into industry practices during the time period
13 of 1963 to 1972; is that correct?
14 A. Yes.
15 Q. Now, when I refer to relevant time
16 period throughout my questioning, can we agree
17 that that's 1963 to 1972, unless otherwise
18 stated?
19 A. Yeah, I've got -- if that's what we're
20 dealing with -- oh, this is --
21 Q. I mean, I can --
22 A. I don't know the time periods. I get
23 lost in time periods, okay.
24 Q. Then I will just specify each time.
25 And none of your facts -- none

63 (Pages 246 - 249)

Page 250

1 of your opinions about the McCall's
2 involvement at the site have anything to do
3 with McCall's waste streams; correct?
4              MR. ROMINE: Can you restate
5 the question, please?
6 BY MR. COVI:
7 Q.   Sure, let me ask it differently.
8              You don't have any opinions on
9 McCall's processes or its waste stream during
10 the period of 1963 to 1972, correct?
11 A.   Where is my report?
12              - - -
13              (Whereupon, Exhibit Exner 19
14 was marked for identification.)
15              - - -
16              THE WITNESS: I'm sorry,
17 remembering this many --
18              MR. COVI: It's 19 and I did
19 not bring copies. So, for those of you that
20 are still paying attention, I hope you brought
21 your own.
22              THE WITNESS: Okay, other than
23 from depositions and from general technical
24 references, I have no information.
25 BY MR. COVI:

Page 251

1 Q.   Okay. So we can carve out what you read
2 in depositions and what you learned about the
3 industry practices.
4              Outside of that, you don't
5 know what McCall's did with its waste or how
6 it generated that waste during that time
7 period, do you?
8 A.   That's correct.
9 Q.   You were not provided any load tickets
10 that refer to McCall, correct?
11 A.   Correct.
12 Q.   And you were not provided any logs or
13 disposal tickets that refer to McCall?
14 A.   Correct.
15 Q.   And you didn't get any written documents
16 that show any volume of waste shipped from
17 McCall to the site, correct?
18 A.   Correct.
19 Q.   And you don't rely on any written
20 evidence that describes the type of waste that
21 McCall sent to the site for your reports,
22 correct?
23 A.   Correct.
24 Q.   And you were not provided any written
25 evidence that McCall's ever sent any hazardous

Page 252

1 materials to the site, correct?
2 A.   Other than deposition testimony, right.
3 Q.   Now, in your Opinion 1, if you want to
4 go to Page 8 of Exhibit 19.
5              Are you there?
6 A.   Yes.
7 Q.   Okay. You list waste that you claim was
8 -- that the McCall's printing operation
9 generated.
10              Now, you would agree that
11 magazines, paper, office trash, cardboard and
12 wood skids are not hazardous; correct?
13 A.   Correct.
14 Q.   So the only substance that you've
15 identified there that may contain hazardous
16 materials is the printing ink; is that
17 correct?
18 A.   Yes.
19 Q.   And you don't have any opinion about how
20 that ink was -- how the ink was delivered to
21 the McCall's facility, do you?
22 A.   No.
23 Q.   With respect to Opinion 2, you list 12
24 hazardous substances there.
25              Would you agree that each of

Page 253

1 those is a hazardous substance?
2              Let me ask that question
3 better. Is it your opinion that each of those
4 substances is hazardous under CERCLA?
5 A.   Yes.
6 Q.   All right. Let's jump to Opinion 3.
7 You state that the waste was disposed of at
8 the site based on witness testimony, correct?
9 A.   Yes.
10 Q.   And that was the witness testimony of
11 Wendling and Ed Grillot, correct?
12 A.   And David Grillot.
13 Q.   And David Grillot. So Edward Grillot,
14 David Grillot and Michael Wendling; correct?
15 A.   Correct.
16 Q.   And now you've previously testified that
17 because of inconsistencies in the various
18 testimonies, you were altering your opinion
19 somewhat so that you're not stating that
20 McCall's definitely sent the waste to the
21 site, but is it more accurate to revise that
22 to say that based on the testimony above, if
23 McCall's disposed of waste at the SDD, it
24 contained hazardous substances?
25 A.   Yes.

64 (Pages 250 - 253)

Page 254

1  Q.   And now we've talked about the hazardous
2  substances and we've limited those down a
3  little. So could that opinion be further
4  refined to say based on the testimony above,
5  if McCall disposed of printing ink at the SDD,
6  it contained hazardous substances?
7  A.   Yes.
8  Q.   And based on the evidence you were
9  provided, would you agree with the argument
10 that there is a lack of credible evidence to
11 conclude with any certainty that McCall sent
12 any hazardous waste to the site?
13 A.   Well, we've been -- can you say that
14 again?
15 Q.   Sure. And I'll slow down.
16       Would you agree with the
17 statement that there is a lack of credible
18 evidence to conclude with any certainty that
19 McCall's sent any hazardous waste to the site?
20       MR. ROMINE: Objection to the
21 term "evidence". Objection to the definition
22 of "certainty".
23       THE WITNESS: There is a
24 dispute between people working at the site
25 and, I believe, McCall as to whether waste was

Page 255

1  sent there. I'm not knowledgeable enough to
2  make the distinction between the two.
3  BY MR. COVI:
4  Q.   So you can't conclude, based on what
5  you've been provided, with any certainty that
6  McCall sent hazardous waste to the site; is
7  that accurate?
8  A.   That's correct.
9  Q.   Do you have Exhibit 3? You can set that
10 aside. Can we jump to Exhibit 3?
11       Do you agree that the printing
12 inks that may have been sent by McCall's to
13 the site do not contain TCE or PCE?
14 A.   Yes.
15 Q.   And do you agree that none of the waste
16 that may have been sent by McCall's to the
17 facility during the relevant time frame of
18 1963 to 1972 contained TCE or PCE?
19 A.   Well, there was one reference about FOO1
20 waste being sent in 1980 for disposal.
21 Q.   Yeah, and we'll get to that. I guess I
22 wanted to do that in two parts.
23       My first part was: During
24 1963 to 1972, do you agree that none of the
25 waste that allegedly was sent by McCall's to

Page 256

1  the site contained TCE or PCE?
2  A.   I don't know that.
3  Q.   Okay. So is it safe to say you won't be
4  issuing -- you won't be rendering an opinion
5  at trial that any of the McCall's waste during
6  '63 to '72 contained TCE or PCE?
7  A.   I don't have any evidence in hand at
8  this point.
9  Q.   Okay, fair enough.
10       Would you agree that the
11 location of waste disposal is important when
12 determining the causes of vapor intrusion?
13 A.   Yes, up to a point.
14 Q.   What do you mean by that?
15 A.   It can -- vapor intruding chemicals may
16 migrate on the subsurface.
17 Q.   For the purposes of this case, you're
18 not rendering any opinion about the location
19 of any waste that McCall's allegedly sent to
20 the site, are you?
21 A.   No.
22 Q.   Now, if you look at Page 3, I think
23 you're probably sitting on it, you make a
24 reference there at the second sentence of
25 Paragraph 1 that says: "Other cleaning fluids

Page 257

1  included benzene, toluene and kerosene."
2        Do you see that?
3  A.   Yes.
4  Q.   And for support, you reference
5  SDD3_20312 to 20509.
6        Do you recall seeing those
7  documents related to Dayton Press?
8  A.   Dayton Press being a successor to?
9  Q.   No, but those documents are all
10 documents from the 1980's that involve Dayton
11 Press.
12        Let me answer your question
13 better. When you say "successor", the lawyers
14 spin that word differently.
15 A.   Okay. It's the same location.
16 Q.   Yes, they operated the facility after
17 1972.
18 A.   Yes, okay.
19 Q.   So now do you remember that batch of
20 documents?
21 A.   Yes.
22 Q.   And you'll agree that other than the
23 street address, McCall's is not mentioned
24 anywhere in those documents; correct?
25 A.   If you say so. I don't remember.

65 (Pages 254 - 257)

1  Q.   And would you agree with me that the
2  South Dayton Dump is not referenced in any of
3  those documents?
4  A.   I believe so.  I believe they're not.
5  Q.   And do you remember seeing uniform
6  hazardous waste manifests in that batch of
7  documents?
8  A.   Yes.
9  Q.   And those demonstrated that waste was
10  being sent from that facility to other
11  disposal facilities that are not part of this
12  litigation, correct?
13  A.   They were being sent out.  I don't know
14  where they were sent.
15  Q.   They say what they say?
16  A.   I mean the RCRA documents don't
17  necessarily say where they're going.
18  Q.   Right, but that batch is not one
19  document.  It's got some RCRA documents we'll
20  talk about in a second.  And then there are
21  some waste manifests that say we're sending
22  this much stuff on this date to this facility,
23  and all of those facilities are not in this
24  litigation; correct?
25  A.   Right, right.

1  Q.   So it's not your opinion that any of the
2  cleaning fluids you reference here were sent
3  by McCall's to the site from 1963 to 1972,
4  right?
5  A.   They may have been.
6  Q.   But you don't have any information to
7  suggest that they were?
8  A.   I don't have any information.
9  Q.   And it's not your opinion with any
10  certainty that McCall sent any of these
11  cleaning fluids to the site from 1963 to 1972;
12  correct?
13       MR. ROMINE:  Objection to the
14  word -- definition of "certainty", but go
15  ahead.
16       THE WITNESS:  My point is if
17  these wastes were generated in 1980, it is
18  likely that they may have been generated
19  earlier.  Where they went, I do not know.
20  BY MR. COVI:
21  Q.   Did you mean to put this reference in
22  here or did you mean to put that into Dayton
23  Press's section, which I think you'll find
24  under Cox Media?
25  A.   I don't remember.

1       MR. ROMINE:  Take a look at
2  the Cox Media Group.
3       MR. COVI:  Sure, take your
4  time.
5       THE WITNESS:  Well, there's no
6  reference to these documents in that one, but
7  I -- yeah, I don't know.
8  BY MR. COVI:
9  Q.   So it's possible that you meant to put
10  that reference, that first paragraph under the
11  next section?
12  A.   No, I'd want to -- I'd have to check my
13  original reports on McCall and Cox Media to
14  verify whether that happened.  I have no
15  recollection about where that was and -- you
16  know.
17  Q.   Okay.  Well, similarly, the first line
18  says -- I'm sorry, the second line says that
19  4000 pounds F001 waste, chlorinated solvents,
20  were reported.  And I think that's the
21  reference you made to the RCRA report?
22  A.   Yes.
23  Q.   And that was a 1980's RCRA form,
24  correct?
25  A.   Yes.

1  Q.   So you're saying in this sentence that
2  Dayton Press indicated in a RCRA form that it
3  anticipated that it would generate 4000 pounds
4  of chlorinated solvent waste in 1980; correct?
5  A.   Yes.
6  Q.   And you're not suggesting that this
7  is -- that your opinion with any certainty is
8  that at any point from 1963 to 1972, McCall's
9  sent any chlorinated solvents to the site;
10  correct?
11       MR. ROMINE:  Objection to the
12  word "certainty", but go ahead.
13       THE WITNESS:  I have no
14  evidence.
15  BY MR. COVI:
16  Q.   The next -- the final sentence there
17  states that:  "Waste printing ink contains
18  mineral and linseed oil, aliphatic
19  hydrocarbons and phenolic resin oil.  These
20  materials are all likely to form methane."
21       You don't cite anything there.
22  What are you basing that on?
23  A.   I think the reference up above on Page 3
24  that methane is formed over time in landfills,
25  the ATSDR Landfill Gas Primer.  Third

66 (Pages 258 - 261)

Page 262

1 paragraph on Page 3.
2 Q. Okay. Turn to Page 8 of that same
3 report. Now, considering kind of how we've
4 qualified some of your opinions today, is
5 there a way you'd rather restate Opinion 1?
6 You state that, kind of
7 cutting out all the parties, "McCall generated
8 wastes containing volatile chlorinated organic
9 hydrocarbons that may affect VI at the SDD."
10 But you just got done saying
11 that you've got no evidence that any of these
12 materials that you've cited went to the South
13 Dayton Dump from 1963 to '72. So would you
14 like to modify that?
15 MR. ROMINE: Objection. That
16 mischaracterizes what he said. And also you
17 referred to Opinion 1.
18 THE WITNESS: I specifically
19 said in the beginning of the report that I do
20 not address whether the companies' waste were
21 disposed of at SDD.
22 MR. COVI: Let me back up.
23 What do you mean I referenced Opinion 1?
24 MR. ROMINE: I meant that when
25 you referred to an opinion that Mr. Exner --

Page 263

1 Dr. Exner made with regard to -- oh, okay,
2 sorry. I couldn't -- I wasn't sure whether
3 you referred to Opinion 1 or Opinion 2, and
4 that was the basis of my objection.
5 MR. COVI: Got it, okay. I
6 was talking about Opinion 1.
7 MR. ROMINE: Okay.
8 BY MR. COVI:
9 Q. So let me try to synthesize your
10 disclaimer at the front of your report with
11 what you're saying here.
12 If you're saying that you're
13 not opining as to whether any of this actually
14 went to the site, is another way of saying
15 this if McCall's generated volatile
16 chlorinated organic hydrocarbons and if they
17 went to the site, that may affect VI?
18 A. I thought there was evidence that in
19 1980 at least, volatile chlorinated organic
20 hydrocarbons were generated. So if that is
21 correct, then they may affect VI at the SDD if
22 they were sent there.
23 Q. Okay. And that's as of 1980?
24 A. Yes.
25 Q. So if McCall wasn't operating that

Page 264

1 facility in 1980, then your Opinion 1 would
2 not be valid?
3 A. If McCall's printing operations were
4 similar in the earlier years, then they may
5 have generated chlorinated solvents. Yes,
6 it's a snapshot in time and it's as little
7 information about any of these sites, so...
8 Q. Well, I guess my question is considering
9 what we just walked through and showing you
10 the timeline here and showing you that that
11 was actually Dayton Press documents you were
12 relying on, would you move McCall down into
13 any of those other less likely categories?
14 MR. ROMINE: Objection, based
15 on your description of what he testified to;
16 but go ahead.
17 THE WITNESS: Can somebody
18 refresh me on whether Dayton Press is the
19 newspapers or McCall's successor or operation?
20 BY MR. COVI:
21 Q. The McCall's facility located on McCall
22 Street became a Dayton Press operation. The
23 documents you're referring to for your support
24 were all generated -- they say Dayton Press at
25 the top, but it's the same physical location

Page 265

1 making magazines. And maybe other
2 publications, I don't want to limit what they
3 were doing in 1980.
4 A. So the operation was making magazines.
5 Earlier McCall's was making magazines. So
6 they may well have made the same waste.
7 THE WITNESS: I need to use
8 the restroom.
9 MR. ROMINE: Okay, can we take
10 a restroom break?
11 MR. COVI: Yeah, let me finish
12 this thought though.
13 BY MR. COVI:
14 Q. I guess when you say -- your opinion is
15 very flat. It says that McCall generated
16 wastes containing volatile chlorinated organic
17 hydrocarbons that may affect VI at the site.
18 And I guess what I'm asking
19 is, is your opinion really "if" they generated
20 that waste and "if" it went to the site, it
21 may affect it?
22 MR. ROMINE: Asked and
23 answered, go ahead.
24 THE WITNESS: I'd say it's
25 likely that they generated volatile

Page 266

1 chlorinated organic hydrocarbons; and if it
2 went to the site, they would have affected
3 vapor intrusion.
4 BY MR. COVI:
5 Q. Okay. And with that qualification,
6 would it have affected the vapor intrusion
7 that's currently being remediated or would it
8 depend on where it went on the site?
9         MR. ROMINE: Objection. Goes
10 beyond the scope of his opinion, but you
11 can go ahead and answer.
12         THE WITNESS: I don't know,
13 and it would probably depend on where it went
14 on the site.
15         MR. ROMINE: Okay. Can we
16 take a bathroom break?
17         MR. COVI: We can. I'm really
18 close, but now is as good a time as any.
19         VIDEOGRAPHER: Off the record
20 at 3:54. This will end Disk Number 5.
21             - - -
22         (Whereupon, a short break was
23 taken from 3:55 p.m. to 4:02 p.m.)
24             - - -
25         VIDEOGRAPHER: Back on the

Page 267

1 record at 4:03, beginning of Disk Number 6.
2 BY MR. COVI:
3 Q. Dr. Exner, were you provided any of the
4 reports by Tod Delaney at First Environment?
5 A. I believe so. Not the reports, that was
6 a rebuttal I think.
7 Q. There was an opening report and a
8 rebuttal report. Do you know if you were
9 provided either of those to look at?
10 A. I don't think -- in general, I do not
11 remember a report.
12 Q. I guess this next question is easy
13 enough then. You weren't asked to offer any
14 opinions to rebut Dr. Delaney's reports, did
15 you -- were you?
16 A. Not that I remember.
17 Q. Did you have -- did you have any direct
18 communications with Rick White regarding
19 McCall's?
20 A. No. Well, what do you mean by "direct"?
21         MR. ROMINE: Well, I -- to the
22 extent it may ask for work product, you can
23 answer, but it's a yes or no question.
24         MS. FEDDER: And, Counsel, may
25 I ask you to scooch a little bit?

Page 268

1         MR. ROMINE: The reason I'm
2 un-scooched is because there's only one copy
3 of this.
4         MS. FEDDER: Oh, okay.
5         MR. COVI: And I'm done with
6 that report.
7         MS. FEDDER: Okay. You're
8 both going to be on video, I think.
9         THE WITNESS: Did Rick White
10 and I talk together about what I was doing?
11 No.
12         I did describe at the one the
13 -- one of the ex -- or shouldn't I say?
14         MR. ROMINE: You can tell him
15 what the meeting -- you attended a meeting.
16         THE WITNESS: Well, there was
17 a meeting and I described what I was doing and
18 what I was finding.
19 BY MR. COVI:
20 Q. Did you ever tell Mr. White that McCall
21 sent any chlorinated solvents to the site?
22         MR. ROMINE: I object. I'm
23 going to instruct the witness not to answer
24 what happened at the meeting.
25 BY MR. COVI:

Page 269

1 Q. Are you going to follow -- well, it's
2 not your attorney -- your client's attorney's
3 advice?
4         MR. ROMINE: It is. I'm
5 representing him for purposes of this
6 deposition.
7 BY MR. COVI:
8 Q. Are you going to follow his advice and
9 not answer my question about communications
10 you had directly with Mr. White?
11 A. Yes.
12 Q. Did anybody make you aware of the fact
13 that Mr. White is relying on some of your
14 opinions to form his opinions?
15 A. Yesterday, yes.
16 Q. Were you surprised to learn that?
17 A. What people do with my reports is their
18 business.
19 Q. So, I want to find out how many times
20 you may have had communications with
21 Mr. White. We've got a meeting -- about when
22 was that meeting?
23 A. There was a meeting about eight days
24 before July 24th, 2018, at which I listened on
25 the phone. And then there was a meeting

68 (Pages 266 - 269)

Page 270

1  before, before the first set of reports, I
2  think. So a year before.
3  Q.  Who was present during the first meeting
4  before the initial reports were issued, either
5  in person or by telephone, to the best of your
6  recollection?
7  A.  Rick White, a groundwater person,
8  somebody who was assessing orphan shares and
9  various other things that I didn't really
10  understand fully.
11  Q.  Okay. Was there any counsel present at
12  that meeting?
13  A.  Oh, yes.
14  Q.  Which counsel?
15  A.  Larry Silver. I think, David was there.
16  There were others. The meeting was here,
17  so...
18  Q.  Did you discuss McCall's at all at that
19  meeting?
20          MR. ROMINE: Objection. I'm
21  going to instruct him not to answer what was
22  discussed at the meeting.
23  BY MR. COVI:
24  Q.  Let me ask more specifically. Did you
25  discuss McCall's with any of the other experts

Page 271

1  directly?
2  A.  No --
3          MR. ROMINE: Well, hold on.
4  Directly, do you mean other than at the
5  meeting?
6          MR. COVI: No, I just mean
7  conversations between Dr. Exner and counsel
8  are one thing. I'm asking about conversations
9  he had with other experts either in the room
10  or directly with other experts.
11          MR. ROMINE: If we're talking
12  about the meeting, the two meetings where you
13  were here or on the phone with counsel, don't
14  answer.
15          If you're talking about times
16  when you may have spoken with Mr. White, I
17  don't know if you did; but if there were times
18  when you've spoken with Mr. White, then you
19  can answer.
20          THE WITNESS: Did I pick up
21  the phone and call any of them at any time or
22  did they call me at any time? The answer to
23  that would be no.
24  BY MR. COVI:
25  Q.  So the only communications you had with

Page 272

1  any of the other plaintiff's experts in this
2  case were in the present of counsel; is that
3  correct?
4  A.  That's correct.
5  Q.  And you're not going to answer any of
6  those questions that I have for you about
7  those conversations with other experts, on
8  advice of counsel; is that correct?
9  A.  That's correct.
10          MS. NIJMAN: And we would move
11  to compel answers to those questions.
12          MS. FEDDER: Join.
13          MR. THUMANN: Join.
14          MR. HANNA: And when you say
15  we, that includes Valley Asphalt.
16          MR. CAMPBELL: And Dayton
17  Power & Light.
18          MR. THUMANN: I suspect all
19  the defendants.
20          MS. NIJMAN: We'll put on the
21  record that all of the defendants would move
22  to compel answers to those questions, and
23  we'll leave this deposition open until such
24  time as those questions are responded to.
25          MR. COVI: And with that, I

Page 273

1  have no further questions. Thank you, Dr.
2  Exner.
3          MS. NIJMAN: Who on the phone
4  wants to go?
5          MR. FAROLINO: David, do you
6  have the July 2017 Cox Media report that Dr.
7  Exner prepared?
8          MR. ROMINE: I think so. Give
9  me a minute.
10          THE COURT REPORTER: Who is
11  speaking?
12          MR. FAROLINO: This is Shane
13  Farolino on behalf of Cox Media Group Ohio,
14  Inc.
15          MR. ROMINE: So I have --
16  Shane, I have a document that's entitled
17  Expert Opinion on Waste Generation at the
18  Dayton Newspaper Printing Facility of Cox
19  Media Group. The author of this document is
20  Jurgen H. Exner and the date is July 21, 2017.
21          Is that what you're talking
22  about?
23          MR. FAROLINO: That is the
24  one, yes.
25          MR. ROMINE: All right. Do

69 (Pages 270 - 273)

Page 274

1 you want me to ask the court reporter to put
2 an exhibit sticker on it?
3          MR. FAROLINO: Correct.
4          - - -
5          (Whereupon, Exhibit Exner 20
6 was marked for identification.)
7          - - -
8          MR. FAROLINO: And what would
9 that be? Would it be 20 --
10          THE COURT REPORTER: Yes.
11          MR. FAROLINO: -- or am I out
12 of order?
13          THE COURT REPORTER:
14 Exhibit 20.
15          - - -
16          (Whereupon, a discussion was
17 held off the record.)
18          - - -
19          EXAMINATION
20          - - -
21 BY MR. FAROLINO:
22 Q. Dr. Exner, my name is Shane Farolino. I
23 represent Cox Media Group Ohio, Inc. in this
24 matter. I'm going to ask you some questions
25 as quickly as I can so I can turn it over to

Page 275

1 remaining parties so we can wrap this
2 deposition up today.
3          One of the things I want to
4 clarify, in your prior questioning by
5 Mr. Covi, there was discussion about McCall's
6 operating its facility and then later on
7 Dayton Press operating that facility. And
8 when you were asking Mr. Covi about
9 clarification of that interaction and
10 successorship of that facility, you had
11 mentioned in one of your responses newspapers.
12          I just want to make sure we're
13 clear here that Dayton Press is something
14 different than Dayton Daily News and Dayton
15 Journal Herald.
16          Do you understand that to be
17 the case?
18 A. Yes.
19 Q. Okay. So Dayton Press may have been a
20 successor operator of a previous former McCall
21 facility, but that is not -- Dayton Press is
22 not Dayton Daily News, Dayton Journal Herald;
23 correct?
24 A. Okay.
25 Q. Okay. So what I'm going to do -- and

Page 276

1 again, I mentioned I'm representing Cox Media
2 Group Ohio, Inc. in this matter. When I say
3 -- I'll just reference Cox Media from this
4 point forward in the questioning. But what I
5 want you to understand, if that's okay, is
6 that when I say Cox Media, I'm meaning Dayton
7 Daily News and Dayton Journal Herald, the
8 newspapers.
9 A. Yes.
10 Q. Okay? Okay, very good.
11          In response to your questions
12 that were posed to you by Mr. Covi, you
13 indicated that until this case, you had not
14 had previous experience with the printing
15 industry; correct?
16 A. Yes.
17 Q. Okay. And does that apply equally to
18 printing of magazines versus printing of
19 newspapers?
20 A. Yes.
21 Q. Okay. And you have no first-hand
22 knowledge of -- first-hand knowledge, personal
23 knowledge of the Cox Media operations back in
24 1960's and 70's; is that correct?
25 A. That's correct.

Page 277

1 Q. Okay. And your knowledge is from and
2 has been gained simply from reviewing
3 documents that you were given by counsel; is
4 that correct?
5 A. Counsel and technical reports and
6 information in the literature.
7 Q. Okay, very good.
8          If you can look at what's been
9 marked as Exner Exhibit 20, do you have that
10 document?
11 A. Yes.
12 Q. Okay. That's your July 21, 2017 report
13 regarding waste generation for the Cox Media
14 entities; correct?
15 A. Yes.
16 Q. Okay. Let's jump ahead to Page 3 of
17 that report. And generally speaking, we can
18 just look -- I'm going to have you look just
19 generally at Pages 3, 4, 5 and 6.
20          Now, you provide -- and on
21 those pages, you provide essentially a summary
22 of printing operations, printing inks, waste
23 from printing operations; correct?
24 A. Correct.
25 Q. So is that all information that you

70 (Pages 274 - 277)

Page 278

1 obtained by researching in preparation -- for
2 the preparation of this expert report?
3 A.   Yes.
4 Q.   Okay.  Let's take a look at the bottom
5 of Page 4 and the top of Page 5 of that
6 report, where it discusses printing inks.
7          Do you see that?
8 A.   Yes.
9 Q.   And it talks about various materials
10 that are often contained in printing inks;
11 correct?
12 A.   Yes.
13 Q.   And none of those includes chlorinated
14 solvents, correct?
15 A.   Correct.
16 Q.   Okay.  Now looking at the top of Page 5,
17 there's a paragraph that starts out:
18 "Vehicles or dispersants for inks."  Do you
19 see that paragraph?
20 A.   Yes.
21 Q.   Okay.  And it references mineral oil,
22 hydrocarbon solvents and setting agents,
23 correct?
24 A.   Yes.
25 Q.   Okay.  And those do not contain

Page 279

1 chlorinated solvents, do they?
2 A.   Correct.
3 Q.   Okay.  Further down that page below the
4 tables, there is a reference -- there's a
5 paragraph right after the tables that talks
6 about how finished inks were packaged.
7          Do you see that?
8 A.   Yes.
9 Q.   And it talks about various size packages
10 and metal or plastic cans or drums, and then
11 it talks about ink in tubes.
12          Do you see that?
13 A.   Yes.
14 Q.   Okay.  And you cite a couple of
15 references in support of manufacturers
16 providing ink in tubes.
17          Do you see those references?
18 A.   Yes.
19 Q.   Do you recall reading those references?
20 A.   Yes.
21 Q.   Okay.  Is it fair to say that when they
22 were talking about the printing industry using
23 ink in tubes, it was generally for small
24 printing operations.
25          Would that be fair?

Page 280

1 A.   What it was used for was for economy for
2 when they needed to do something that didn't
3 require a lot of ink, such as perhaps for
4 color printing.
5 Q.   Okay.  Do you recall references in those
6 documents that it was generally small printing
7 operations that used the ink in tubes?
8 A.   I do not recall that specifically.
9 Q.   Okay.  Well, let's look at -- have you
10 seen any information in this case in anything
11 you've reviewed that indicates that the Cox
12 Media entities ever utilized ink in tubes?
13 A.   No.
14 Q.   Okay.  And I believe you testified that
15 ink do not contain chlorinated solvents,
16 correct?
17 A.   Correct.
18 Q.   Let's go down to the bottom of Page 6,
19 where it starts that section of Wastes
20 Generated By CMG's Operations.
21          Do you see that?
22 A.   Yes.
23 Q.   Okay.  And there is a citation in that
24 first paragraph, a citation to the types of
25 wastes that CMG's operations generated.

Page 281

1          Do you see that?
2 A.   Yes.
3 Q.   And they include general rubbish, waste
4 paper, cardboard, skids, used newspaper
5 plates, waste ink, metal bands and waste motor
6 oil.
7          Do you see that?
8 A.   Yes.
9 Q.   Okay.  None of those would contain
10 chlorinated solvents; is that correct?
11 A.   Correct.
12 Q.   Okay.  Let's turn to the next page, Page
13 7.  And on the first full paragraph on that
14 page starting off with the Dayton
15 newspapers --
16 A.   Yes.
17 Q.   -- do you see that?  Okay.
18          And there you cite to some
19 deposition testimony from some Cox Media
20 employees.
21          Do you see that?
22 A.   Yes.
23 Q.   And there's a reference there to the
24 printers using kerosene to clean press
25 filters.

71 (Pages 278 - 281)

Page 282

1        Do you see that?
2  A.    Yes.
3  Q.    Kerosene does not contain chlorinated
4  solvents, does it?
5  A.    No.
6  Q.    Do you see the reference from the
7  deposition testimony in that paragraph about
8  four or five lines down, the fact that black
9  ink was purchased in bulk and arrived in tank
10 trucks.
11       Do you see that?
12 A.    Yes.
13 Q.    Okay.  And you see later at the very
14 bottom of that paragraph, where it talks
15 about -- it starts -- there's a sentence that
16 starts out:  "Morris described that inks..."
17       Do you see that --
18 A.    Yes.
19 Q.    -- about four lines up?  Okay.
20       Where Morris references the
21 fact that he saw no ink in tubes, correct?
22 A.    Correct.
23 Q.    Okay.  And that waste ink was placed in
24 drums for disposal?
25 A.    Yes.

Page 283

1  Q.    Is that correct?  Okay.
2        And there's a reference to a
3  hauler that may have hauled the trash and ink
4  from the Cox Media facilities, that being Izzy
5  and Capitol Waste.
6        Do you see that?
7  A.    Yes.
8  Q.    Okay.  Have you seen anything in this
9  case that would lead you to believe that any
10 of these materials were hauled by these
11 haulers to the South Dayton Dump?
12 A.    No.
13 Q.    Okay.  Now, let's go down to the next
14 section on Page 7, disposal of CMG waste at
15 the dump.
16       The references in this section
17 of the report cite to testimony from Edward
18 Grillot.
19       Do you see that?
20 A.    Yes.
21 Q.    Okay.  And there's a reference that he
22 remembers newspapers, cardboard, pallets and
23 ink tubes being disposed of at the SDD.
24       Do you see that?
25 A.    Yes.

Page 284

1  Q.    And, again, none of those materials
2  would contain chlorinated solvents; correct?
3  A.    Correct.
4  Q.    Let's jump to your opinions as a result
5  of all of this on Page 8 of that report.
6  A.    Yes.
7  Q.    Okay.  Opinion Number 1, is it fair to
8  say that that's essentially a restatement of
9  one of Cox Media's discovery responses in this
10 matter admitting to what they generated,
11 correct?
12 A.    Yes.
13 Q.    Okay.  There's no quantification of
14 volume for any of those materials; correct?
15 A.    Correct.
16 Q.    And you don't have any opinion on --
17 let's look at it for purposes of any of the
18 materials that Cox Media generated that you
19 cite to in this report, you have no opinion on
20 volume that would have been generated by Cox
21 Media's operations; correct?
22 A.    Correct.
23 Q.    Okay.  And you have no opinion as to
24 where any of the Cox Media waste would have
25 been disposed of, correct?

Page 285

1  A.    Correct.
2  Q.    Okay.  Now, let's go down -- I have a
3  question about Opinion Number 2.  You cite
4  that CMG's waste contained a list of hazardous
5  substances.
6        I would like to try and figure
7  out, looking at what was referenced as Cox
8  Media's waste in Opinion 1, where -- you know,
9  which one of these constituents comes from
10 which waste?
11 A.    Most of it would come from printing
12 inks.
13 Q.    Okay.  So essentially what you're saying
14 is because the newspapers would have generated
15 waste ink, that that would be the hazardous
16 substance that they generated?
17 A.    Yes.
18 Q.    Okay.  None of the other things listed
19 in Opinion 1 would be hazardous substances,
20 correct?
21 A.    Correct.
22 Q.    Okay.  Looking at Opinion Number 3,
23 again, there's a citation to waste oil being
24 generated by Cox Media.
25       Do you see that?

72 (Pages 282 - 285)

Page 286

1 A. Yes.
2 Q. And that came from a Cox Media discovery
3 response as well, correct?
4 A. Yes.
5 Q. Now, looking back, you make this opinion
6 that waste oil would contain these
7 constituents referenced in Opinion 3; correct?
8 A. Yes.
9 Q. But looking at Opinion 1 and looking at
10 the prior page for the disposal of CMG waste
11 at the SDD, there's never been any statement
12 that waste oil from Cox Media's operations was
13 ever disposed of at the SDD; is that correct?
14 A. That's correct.
15 Q. Okay. And you don't have an opinion
16 regarding that issue, do you?
17 A. That's correct.
18 Q. Okay. And, again, looking at Opinion 4,
19 now, you've mentioned -- you reference "based
20 on the testimony above". Does that pertain to
21 the testimony of Ed Grillot?
22 A. Yes.
23 Q. Okay. So, again, is it fair to say,
24 just like you said for many of the other
25 parties that have asked you questions today,

Page 287

1 that really what this means is "if", in fact,
2 Cox Media's waste was disposed of at the SDD,
3 then it contained hazardous substances?
4 A. Yes.
5 Q. And that's based on an assumption that
6 it would have been disposed of at the SDD,
7 correct?
8 A. Yes.
9 MR. ROMINE: Objection to the
10 term "assumption".
11 BY MR. FAROLINO:
12 Q. Now, you were provided various
13 depositions to review in preparing your
14 opinions; is that correct, Doctor?
15 A. Yes.
16 Q. Okay. And obviously, based on the
17 citations in your reports, you're aware
18 there's been depositions given by numerous Cox
19 Media employees in this case; correct?
20 A. I presume so, I don't remember.
21 Q. Okay. Well, you cited them -- some of
22 them earlier in your report on Page 7, where
23 you cite to the Morris deposition --
24 A. Yes.
25 Q. -- the Baker deposition, those were Cox

Page 288

1 Media employees; correct?
2 A. Yes.
3 Q. Okay. And you've reviewed transcripts
4 of the deposition testimony of numerous people
5 that worked at the SDD, correct?
6 A. Yes.
7 Q. Okay. And that would include Edward
8 Grillot, David Grillot, Michael Wendling,
9 Horace Boesch; is that correct?
10 A. Yes.
11 Q. Are you aware of the fact that Edward
12 Grillot is the only person that has ever
13 testified that Cox Media waste ended up being
14 disposed of at the SDD?
15 MR. ROMINE: Objection to the
16 extent it mischaracterizes the record, but go
17 ahead.
18 THE WITNESS: It's the only
19 reference I have in my report, correct.
20 BY MR. FAROLINO:
21 Q. Okay. And do you realize, from reading
22 all of those other transcripts, that when
23 asked whether Cox Media was a customer of the
24 dump, no other party identified Cox Media as a
25 customer of the dump?

Page 289

1 Are you aware of that?
2 MR. ROMINE: Same objection,
3 but go ahead.
4 THE WITNESS: I don't
5 remember.
6 BY MR. FAROLINO:
7 Q. But, again, this Opinion Number 4, is
8 premised upon "if" waste, Cox Media waste
9 ended up at the dump; correct?
10 A. Yes.
11 Q. And you have no opinion as to whether it
12 actually did; is that correct?
13 MR. ROMINE: Objection; asked
14 and answered, but go ahead.
15 THE WITNESS: Yes.
16 BY MR. FAROLINO:
17 Q. Okay. Let's move on to -- if you could
18 take a look at, Dr. Exner, Exner Exhibit
19 Number 3, your 2018 vapor intrusion rebuttal
20 report.
21 A. Yes.
22 Q. Is it fair to say that it's your
23 understanding that the primary vapor intrusion
24 drivers at the SDD are chlorinated solvents?
25 A. Yes.

73 (Pages 286 - 289)

Page 290

1 Q. Okay. Let's turn to Page 4 of
2 Exhibit 3.
3 A. Yes.
4 Q. And at the top, you'll see the reference
5 to the Cox Media Group and Dayton Newspapers.
6     Do you see that?
7 A. Yes.
8 Q. Okay. And maybe what I can have you do
9 is, when you're looking at this report, look
10 at Exhibit 20 as well, your 2017 report, and
11 just have it open to the last page with your
12 opinions.
13     But I want to ask you about
14 the 2018 report, the paragraph on Cox Media.
15 The second sentence of that paragraph, where
16 it says "Organic chemical wastes..."
17     Do you see that?
18 A. Yes.
19 Q. And that you cite to -- this list of
20 materials is different, a little bit different
21 a little more expansive than your list of what
22 Cox Media's entities generated that is
23 referenced in Opinion 1 of your 2017 report.
24     Do you see that?
25 A. Yes.

Page 291

1 Q. Okay. Is that because the 2017 report,
2 Opinion 1, that pertains more specifically to
3 Cox Media's operations; and in the 2018
4 report, it's more of a general statement
5 stemming from the sector notebook from US EPA?
6 A. Possibly. And also, in the second
7 report, I was asked to focus primarily on
8 potential vapor intrusion chemicals. So I
9 would have paid more attention to those than
10 the general range of wastes that I did in the
11 original report.
12 Q. Okay, fair enough.
13     But we've -- you've testified
14 just moments ago that inks and kerosene do not
15 contained chlorinated solvents; correct?
16 A. Correct.
17 Q. Okay. Looking at the bottom of that
18 paragraph, where it says: "Typical garage
19 operations generated degreasing solvents and
20 aromatic hydrocarbons from painting and gas."
21     Do you see that?
22 A. Yes.
23 Q. Have you seen any evidence in this case
24 that Cox Media generated any such compounds?
25     MR. ROMINE: Objection to the

Page 292

1 word "evidence", but go ahead.
2     THE WITNESS: Cox Media had a
3 garage operation. Garage operations generate
4 degreasing solvents, as shown by DPL and
5 others, and EPA's reports; and therefore, it
6 is likely that there may have been degreasing
7 solvents.
8 BY MR. FAROLINO:
9 Q. Okay. And you're basing that on the
10 sector notebook for such an industry, correct?
11 A. And on the fact that other garage
12 operations generate degreasing solvents.
13 Q. Okay. Do you have an opinion as to
14 whether or not -- do you have any documentary
15 evidence as to whether or not Cox Media's
16 operations ever generated degreasing solvents?
17 A. I don't have any specific evidence on
18 that.
19 Q. Okay. In your last sentence of that
20 paragraph, you talk about a large amount of
21 oils, cooling, lubricating and brake fluids
22 are potential methane precursors.
23     Do you see that?
24 A. Yes.
25 Q. Are you in any way implying or giving an

Page 293

1 opinion that any such materials were generated
2 by Cox Media and disposed of at the SDD?
3 A. It is likely that some or all of these
4 materials were generated at Cox Media. I do
5 not know whether they were disposed at the
6 site.
7 Q. Okay. So you have no opinion as to
8 whether any such materials were disposed of at
9 the SDD?
10 A. Correct.
11 Q. Is that correct?
12 A. Correct.
13 Q. Okay. Thank you.
14     Let's turn now to Page 8 of
15 your rebuttal report, Exhibit 3. I'd like you
16 to take a look at Opinion Number 2 on Page 8.
17 A. Yes.
18 Q. Okay. Now, looking back, we already --
19 you know, and look back again to Page 8 of
20 your 2017 report and Opinion Number 1 and the
21 materials that you concluded were generated by
22 Cox Media.
23     We've already gone through the
24 list of materials in Opinion Number 1 from
25 your 2017 report and you've indicated that

74 (Pages 290 - 293)

Page 294

1 none of those contain chlorinated solvents;
2 correct?
3 A.   Yes.
4 Q.   Okay.  So, I'm trying to find out what
5 the basis is for your Opinion Number 2, in
6 your 2018 report that we likely generated
7 chlorinated solvents that would have affected
8 VI at the SDD?
9          MR. ROMINE:  Opinion 2, Page
10 8.
11          THE WITNESS:  It's likely that
12 garage operations generated degreasing fluids.
13 BY MR. FAROLINO:
14 Q.   Okay, but you just testified that you
15 have no direct evidence that Cox Media's
16 garage operations generated degreasing fluids;
17 correct?
18 A.   Correct.
19 Q.   And you have no direct evidence that Cox
20 Media disposed of garage waste at the SDD,
21 correct?
22 A.   Correct.
23 Q.   Okay.  So is it true, and I mean is it
24 accurate to say that it is likely that Cox
25 Media generated materials that affected VI at

Page 295

1 the SDD or would you want to rephrase the
2 "likely" part of that?
3 A.   No, it is likely that Cox Media
4 generated waste containing volatile
5 chlorinated organics that may affect VI at
6 this SDD, if they are disposed there.
7 Q.   Okay.  So that is two "if's", right?  If
8 Cox Media generated chlorinated solvents,
9 right, that's an "if"?
10          Because you've indicated you
11 don't have any evidence that they did,
12 correct?
13          MR. ROMINE:  Objection,
14 mischaracterizes his testimony; but go ahead.
15          THE WITNESS:  I said it's
16 likely that they generated waste containing
17 volatile chlorinated organic hydrocarbons.
18 Other garage operations generated chlorinated
19 organic hydrocarbons.
20 BY MR. FAROLINO:
21 Q.   Right.  And I asked you whether you had
22 any direct evidence that Cox Media's garage
23 operations generated chlorinated organic
24 hydrocarbons and you said no; correct?
25 A.   Correct.

Page 296

1          MR. ROMINE:  Objection; asked
2 and answered.
3 BY MR. FAROLINO:
4 Q.   Is that correct, Dr. Exner?
5 A.   Correct.
6 Q.   Okay.  And, again, for purposes of all
7 your opinions in your 2018 rebuttal report as
8 to what Cox Media's entities may or may not
9 have sent to the SDD, you have no information
10 regarding volume; correct?
11          MR. ROMINE:  Asked and
12 answered.
13 BY MR. FAROLINO:
14 Q.   You may answer.
15 A.   No.
16 Q.   Is that correct?
17          No what?  That you have no
18 information?
19 A.   I have no information.
20 Q.   Okay.  Thank you.
21          Okay, for purposes of Opinions
22 6 and 7, again, is it fair to say that, as you
23 have said for purposes of the other parties in
24 this case, that these opinions are premised
25 upon the fact that it's quote unquote "if"

Page 297

1 such materials would have been disposed at the
2 SDD by Cox Media --
3          MR. ROMINE:  Asked and
4 answered.
5 BY MR. FAROLINO:
6 Q.   -- is that correct?
7          MR. ROMINE:  Asked and
8 answered, go ahead.
9          THE WITNESS:  Yes.
10 BY MR. FAROLINO:
11 Q.   Okay.  Now going just back briefly --
12 I've just got one or two more questions and
13 then I'm going to pass the witness to the next
14 party.
15          Earlier in the day you were
16 asked about the fact that you did not place
17 any parties in any tiering after your
18 analyses; is that correct?
19 A.   Yes.
20          MR. ROMINE:  Asked and
21 answered.
22 BY MR. FAROLINO:
23 Q.   Okay.  And when -- but you're aware of
24 the fact that Richard White used your
25 information and created tiers for parties;

75 (Pages 294 - 297)

Page 298

1 correct?
2        MR. ROMINE: Objection; asked
3 and answered.
4        THE WITNESS: Yes.
5 BY MR. FAROLINO:
6 Q.   Okay.  My question to you, Dr. Exner
7 would be:  When you're -- for purposes of
8 allocation purposes, and I know you're not an
9 allocation expert, but you've been involved in
10 -- I'm assuming you've been involved in lots
11 of Superfund sites over the years; correct?
12 A.   Yes.
13 Q.   Okay.  For purposes of allocation, if
14 someone is going to try and rank parties for
15 liability purposes at a site, would the volume
16 of waste that they would have sent to the site
17 be relevant to allocation?
18        MR. ROMINE: Objection to the
19 extent it goes beyond the scope of what is in
20 his reports, but go ahead.
21        THE WITNESS: If the
22 information were available, yes.
23 BY MR. FAROLINO:
24 Q.   Okay.  Let me just take a quick look at
25 my notes.  I may be done.

Page 299

1        A final question, Dr. Exner:
2 Would it be fair to say that methane is an
3 insignificant constituent in terms of a driver
4 of VI at the SDD?
5        MR. ROMINE: Objection to the
6 definition of the term "insignificant", but go
7 ahead.
8        THE WITNESS: It appears to be
9 of lower importance than the chlorinated
10 solvents and the aromatic hydrocarbons, yes.
11        MR. FAROLINO: Okay, I have
12 nothing further.  I pass the witness.
13        MR. ROMINE: Can I ask the --
14 Chase, hold on just a second.  Can I ask the
15 videographer what --
16        VIDEOGRAPHER: 6:47.
17        MR. ROMINE: 6:47, so we have
18 13 minutes.
19        MR. DRESSMAN: I'll move fast.
20        Hey, Dave, could you do me a
21 favor?  Do you have printed copies of Dr.
22 Exner's 2017 report regarding DTR and his 2018
23 report regarding hazardous substances and
24 wastes from rubber tires?
25        MR. ROMINE: I think so.  I

Page 300

1 have a document that says Expert Opinion on
2 the Waste Generated by Dayton Tire & Rubber
3 Company, Jurgen H. Exner, July 21, 2017.  I
4 also have a shorter report:  Hazardous
5 substances in waste from rubber tires, J.H.
6 Exner that's dated July 24, 2018.
7        And should I ask the court
8 reporter --
9        MR. DRESSMAN: That's both of
10 them.
11        MR. ROMINE: Both of them at
12 the same time?  Should I ask the court
13 reporter to --
14        MR. DRESSMAN: If you could
15 enter both of those in.
16        MR. ROMINE: All right.  Yeah,
17 I got you.
18        MR. DRESSMAN: I'm sorry,
19 Dave.
20        MR. ROMINE: That's okay.
21        MR. DRESSMAN: If you could
22 put both of those as exhibits with the court
23 reporter, I'd appreciate it.  The 2017 one
24 first.
25        MR. ROMINE: Okay, yep.

Page 301

1        MR. DRESSMAN: Thanks.
2        - - -
3        (Whereupon, Exhibits 21 and 22
4 were marked for identification.)
5        - - -
6        EXAMINATION
7        - - -
8 BY MR. DRESSMAN:
9 Q.   Dr. Exner, I'll try and move through
10 this as quickly as possible, I just have a
11 handful of questions for you, and get you out
12 of here quickly.
13        First question for you, Dr.
14 Exner, just to get a clear record on it, you
15 are not offering an opinion in this case as to
16 the type or constituents of waste, if any,
17 that DTR send to the South Dayton Landfill;
18 correct?
19 A.   Correct.
20 Q.   And Dr. Exner, if you could look at your
21 2017 report first and specifically Page 7 of
22 it.
23 A.   Yes.
24 Q.   And let me know when you get there.
25 A.   I'm there.

76 (Pages 298 - 301)

Page 302

1 Q. Okay. On Page 7, do you see the section
2 that says "Disposal of DTR waste at the SDD"?
3 A. Yes.
4 Q. I just wanted to confirm with you that
5 that section contains the only sources that
6 you have seen that allege that DTR sent waste
7 to the South Dayton Landfill; is that correct?
8 MR. ROMINE: Objection to
9 "allege", but go ahead.
10 THE WITNESS: Yes.
11 BY MR. DRESSMAN:
12 Q. And with regard to Opinions 1 through 8
13 of your report, which are at the bottom of
14 Page 7 and go to Page 8, do you see those?
15 A. Yes.
16 Q. And you are not offering, in those
17 opinions, an opinion as to whether or not any
18 of the indicated wastes were sent to the South
19 Dayton Landfill by DTR?
20 A. That's correct.
21 Q. Okay. Dr. Exner, if you could look at
22 Opinion Number 7, which is on Page 8 of your
23 report. And it says: "DTR generated large
24 amounts of office trash. It is likely that
25 this waste contained the hazardous substances

Page 303

1 listed in Opinions 1 through 6."
2 Do you see that?
3 A. Yes.
4 Q. Are you offering an opinion as to what
5 types of wastes are included in the term,
6 quote, "office trash", end quote?
7 A. I think it refers to one of the
8 depositions indicated that they had dumpsters
9 for office trash and that other waste like
10 grease and such was sometimes put into them.
11 Office trash, I don't make --
12 yeah, I don't make a specific distinction what
13 office trash is.
14 Q. Okay. Are there specific types of waste
15 that you think or are included within the term
16 "office trash" for purposes of your Opinion
17 Number 7?
18 A. I think paper comes to mind, lunches,
19 various pieces of equipment.
20 Q. And would you agree with me, paper --
21 I'm sorry, you said pieces of equipment?
22 A. Yes.
23 Q. What type of equipment?
24 A. Broken this or broken that.
25 Q. And what's your basis for that in

Page 304

1 your -- with regard to your Opinion Number 7?
2 A. I think it was referred to in some of
3 the depositions as office trash. I don't
4 claim to be an expert on office trash.
5 Q. Okay. So you're not offering an opinion
6 as to whether or not office trash, as a
7 general category of waste, typically contains
8 hazardous substances?
9 A. No.
10 Q. Dr. Exner, if you could next turn to
11 your 2018 report. And in this report, you
12 opine that hazardous substances are present in
13 tires and in waste rubber from tires; is that
14 correct?
15 MR. ROMINE: Chase, could you
16 direct him to where you're reading from,
17 please?
18 THE WITNESS: Oh, this is
19 Exhibit 22?
20 MR. DRESSMAN: Yes, it should
21 be Hazardous Substances in Wastes From Rubber
22 Tires, July 24, 2017.
23 THE WITNESS: Yes. Got it,
24 yes.
25 BY MR. DRESSMAN:

Page 305

1 Q. And I'll just repeat the question. In
2 this report, are you opining that hazardous
3 substances are present in tires and in waste
4 rubber from tires?
5 A. Yes.
6 Q. Is it your position, Dr. Exner, to a
7 reasonable degree of professional certainty,
8 that all waste rubber and waste tires contain
9 hazardous substances?
10 A. Yes.
11 Q. And what is the basis or bases for that
12 opinion?
13 A. Leaching studies by the Rubber
14 Manufacturing Association and universities and
15 other technical literature.
16 Q. Okay. And would your July 24, 2018
17 report contain all such bases that you rely
18 upon for that opinion?
19 A. Yes.
20 Q. Is it your position or opinion that any
21 entity who sent a tire to any Superfund site
22 would be -- would have sent -- strike that.
23 With regard to this July 24,
24 2018 report, Dr. Exner, why wasn't this
25 analysis included in your initial report in

1  2017?

2  A.   Don't know.

3  Q.   You were aware at the time of your

4  July 21, 2017 report that Mr. Grillot

5  recollected tires and other waste rubber being

6  disposed of at the South Dayton Landfill; is

7  that correct?

8  A.   Yes.

9  Q.   So you would grant me that at the time

10  you authored your 2017 report, you were in a

11  position to provide the same opinions that you

12  provided in your July 24, 2018 report?

13  A.   Yes.

14  Q.   Is there a specific reason that you did

15  not include your analysis regarding tires and

16  waste rubber from tires in your 2017 report?

17  A.   We did not have this information.

18  Q.   Which information are you referring to,

19  Dr. Exner?

20  A.   The information I refer to on Page 2 of

21  this Exhibit 22.

22  Q.   Your 2018?

23  A.   2018, yes.

24  Q.   What information was not available as of

25  2017 that's on Page 2?

1  A.   It's information I did not have.  It was

2  available.  I did not have it.

3  Q.   Well, who gave it to you?

4  A.   I found it, or my wife found it because

5  one of the rebuttals --

6  Q.   But my question is --

7  A.   One of the comments was that there were

8  no hazardous substances in rubber.  And so,

9  after looking at the report that was given to

10  me, the deposition that was -- no, the sworn

11  testimony that was given to me by -- from

12  Reed, we looked further into what was present

13  in rubber.

14  Q.   But you were aware that rubber was at

15  issue at the time you wrote your 2017 report?

16  A.   Yes.

17  Q.   But you didn't look into the issue of

18  whether or not rubber contained hazardous

19  substances at that point in time, correct?

20  A.   That's correct.

21  Q.   And it wasn't until your July 24, 2018

22  report that you first expressed an opinion as

23  to whether or not tires and other waste rubber

24  contained hazardous substances; correct?

25       MR. ROMINE:  Objection to the

1  extent it mischaracterizes his first opinion,

2  but go ahead.

3       THE WITNESS:  As I said to you

4  now, at the end of a long day, I don't

5  remember whether I mentioned it in my original

6  report.  But it is -- I'm certain now that

7  rubber contains certainly zinc and other

8  hazardous substances.

9  BY MR. DRESSMAN:

10  Q.   Okay, so just to put a bow on it and

11  wrap it up, at the time of your 2017 report,

12  when that was issued, you did not evaluate or

13  provide an opinion as to whether or not tires

14  or waste rubber contained hazardous

15  substances?

16  A.   I think I did not, yes.

17       MR. DRESSMAN:  Okay.  That's

18  all I've got, Dr. Exner.  And thanks.

19       MR. ROMINE:  Is there somebody

20  else on the phone?

21       MR. KEMP:  Yes, this is Matt.

22  Probably five minutes here.  We good to keep

23  going?

24       MR. ROMINE:  What's the time,

25  Videographer?

1       VIDEOGRAPHER:  9, 9 minutes.

2       MR. HANNA:  Time to spare.

3       MR. COVI:  I'll take

4  whatever's left.

5       THE WITNESS:  I may have to go

6  and use the restroom.

7       MR. ROMINE:  Okay, do you want

8  to take five minutes and use the restroom?

9       THE WITNESS:  Well, let's not

10  make it five.  Let's just --

11       MR. ROMINE:  Make it three --

12       THE WITNESS:  -- as soon as I

13  get back.  Don't anybody go away.

14       MS. NIJMAN:  All right, we'll

15  wait for you.

16       VIDEOGRAPHER:  Off the record

17  at 4:58.

18            - - -

19       (Whereupon, a short break was

20  taken from 4:58 p.m. to 5:00 p.m.)

21            - - -

22       VIDEOGRAPHER:  Back on the

23  record at 5:01.

24       Okay, sir?

25       MR. KEMP:  Are we good to go?

78 (Pages 306 - 309)

Page 310

1     VIDEOGRAPHER: Yes, sir.
2             - - -
3             EXAMINATION
4             - - -
5   BY MR. KEMP:
6   Q.   Dr. Exner, my name is Matt Kemp. I
7   represent the Sherwin Williams Company.
8             Can you hear me okay over the
9   phone?
10  A.   Yes.
11  Q.   All right. Thanks for sticking around
12  today for all of us. Just a few questions for
13  you.
14            First of all, do you have any
15  experience working in the paint manufacturing
16  industry?
17  A.   No.
18  Q.   And apart from this case, do you have
19  any experience analyzing waste streams from
20  the paint manufacturing industry?
21  A.   Yes, I reviewed one about 15 years ago,
22  I think.
23  Q.   And was that in a capacity as an expert
24  witness?
25  A.   Yes.

Page 311

1   Q.   And do you recall what company it was
2   that you reviewed? Was it a particular
3   company?
4   A.   Yes. It was a company -- it wasn't
5   Sherwin Williams. I forget. And it never
6   went anywhere. I think I didn't even issue --
7   well, maybe I issued an expert report, and
8   maybe I didn't, but I did do a review.
9   Q.   Do you recall if you gave any testimony
10  in that case --
11  A.   No testimony.
12  Q.   -- with your position or in -- no?
13  Okay.
14            I have a few questions about
15  your 2018 vapor intrusion report, which I
16  think is Exhibit 3.
17            Do you have that?
18  A.   Yes.
19  Q.   All right. So the first page, you say
20  at the top you were asked by the Langsam firm
21  to examine waste generated by the various
22  parties and then evaluate whether those wastes
23  contained chemicals implicated in the vapor
24  intrusion mitigation efforts.
25            And then in the third

Page 312

1   paragraph you state that you were -- you've
2   evaluated the chemical specific vapor
3   intrusion contributions and can fit them, each
4   of the parties into one of three distinct
5   categories.
6             And my question is: Did
7   counsel direct you to fit the companies into
8   particular categories?
9   A.   No.
10  Q.   So that was an idea that you came up
11  with on your own?
12  A.   No. We talked about whether there was a
13  ranking potential right in the beginning, and
14  I decided I didn't want to go there because of
15  the lack of information.
16  Q.   So the categories that you eventually
17  chose, generators, likely generators and
18  unlikely generators, at what point in your
19  analysis did you develop those three
20  categories?
21  A.   Probably in the last day.
22  Q.   Okay. And can you describe your
23  methodology or thought process in choosing
24  those three categories?
25  A.   Generally whether chlorinated solvents

Page 313

1   were generated in the typical processes of the
2   company. If there was information about
3   quantity, if the quantity was reasonably
4   similar, knowing that we only looked at --
5   were able to see a snapshot in time basically.
6   And those were the two major ones.
7   Q.   I know you've been asked about some
8   definitions of what likely or unlikely means.
9             Can you define for me the
10  difference between what you call a generator
11  and what you call a likely generator. How do
12  you distinguish between those two categories?
13            MR. ROMINE: Objection; asked
14  and answered, but go ahead.
15            THE WITNESS: Likely is
16  greater than 50 percent. Generator is higher.
17  BY MR. KEMP:
18  Q.   What is it? Where is the line?
19  A.   In my mind, somewhere around 80 to
20  90 percent.
21  Q.   Okay. And how do you quantify what that
22  percentage is based on the -- what you've
23  described as the kind of sketchy data that you
24  have for these -- for most of the parties?
25            MR. ROMINE: Objection; asked

79 (Pages 310 - 313)

Page 314

1 and answered. Go ahead.
2      THE WITNESS: It's very
3 difficult, it involves iterations. And
4 basically I rely on my experience and whatever
5 information that I have, and it's -- it's
6 squishy.
7 BY MR. KEMP:
8 Q. Do you acknowledge that it's a
9 subjective process?
10 A. Yes.
11 Q. If you turn to the last page -- just a
12 couple more questions -- the last page of that
13 exhibit. I'm looking at Opinions 5 and 6.
14      And in Opinion 5, you say:
15 "Sherwin Williams generated waste containing
16 volatile aromatic hydrocarbons that may affect
17 VI at SDD."
18      And then in Opinion 6, you say
19 that various parties likely -- "it is likely
20 that various parties generated waste
21 containing volatile aromatic hydrocarbons."
22      So what did you rely on to put
23 Sherwin Williams in the generator category
24 rather than the likely generator category?
25 A. Sherwin Williams, in their paint

Page 315

1 compounding and in their waste paints almost
2 certainly had -- well, Sherwin Williams paints
3 have a lot of aromatic hydrocarbons in them
4 and they used in compounding of paint
5 formulations and so that one was very specific
6 and...
7 Q. Okay. Anything else?
8 A. No.
9      MR. KEMP: All right. I don't
10 think I have anymore questions. Thank you.
11      MR. ROMINE: How much time do
12 we have? Four minutes, three minutes?
13      VIDEOGRAPHER: Three minutes.
14      MS. NIJMAN: Does anyone else
15 have any questions, any other defendant?
16      MR. COVI: I don't really have
17 any questions. I do want to mark one last
18 exhibit.
19      This my notice of deposition
20 of Richard White in the event I need it for my
21 motion. Mark that -- what's that going to be
22 23?
23      THE COURT REPORTER: 23.
24          - - -
25      (Whereupon, Exhibit Exner 23

Page 316

1 was marked for identification.)
2          - - -
3      MR. COVI: But I have no
4 questions.
5      MS. NIJMAN: I'll do the same.
6      MR. COVI: For the record, I
7 have no questions about this.
8      MS. FEDDER: What are you
9 marking?
10      MS. NIJMAN: The notice of
11 dep.
12      MR. FEDDER: Oh, yeah, let me
13 do that too.
14      MS. NIJMAN: So Waste
15 Management of Ohio's Notice of Deposition of
16 Jurgen Exner will be Exhibit 24.
17          - - -
18      (Whereupon, Exhibit Exner 24
19 was marked for identification.)
20          - - -
21      VIDEOGRAPHER: Does this
22 conclude?
23      MS. FEDDER: I'm getting one
24 also.
25      MR. ROMINE: Not yet.

Page 317

1      MS. FEDDER: Do you have
2 questions, David?
3      MR. ROMINE: No, I'm waiting
4 for you and maybe someone else that said they
5 wanted to mark the Notice.
6      MR. CAMPBELL: I'll mark my
7 notice too.
8          - - -
9      (Whereupon, Exhibit Exner 25
10 was marked for identification.)
11          - - -
12      MR. HANNA: Anybody have my
13 Notice?
14          - - -
15      (Whereupon, Exhibit Exner 26
16 was marked for identification.)
17          - - -
18      MS. FEDDER: Thank you.
19      MR. ROMINE: Does anybody have
20 any further questions?
21      MR. CAMPBELL: Actually, I
22 will ask one last question.
23          - - -
24      EXAMINATION
25          - - -

80 (Pages 314 - 317)

Page 318

1 BY MR. CAMPBELL:
2 Q.   Just to make the record, Dr. Exner,
3 would you please describe for me in detail
4 every conversation you had with every expert
5 in this case, including those circumstances
6 where counsel was present and where counsel
7 wasn't present?
8           MR. ROMINE:  Objection. It's
9 impossible to answer.  I instruct the witness
10 you can -- you can answer to the extent that
11 you had a conversation with an expert witness
12 outside the presence of counsel.
13           To the extent you had
14 conversations with witnesses within the
15 presence of counsel at the two meetings you
16 described, I instruct you not to answer.
17           THE WITNESS:  Other than at
18 the two meetings, I had no discussions with
19 any experts.
20           MR. CAMPBELL:  Thank you.
21           MS. NIJMAN:  And I would renew
22 my motion to compel on behalf of all
23 defendants as to that answer and the improper
24 motion -- excuse me, the improper objection of
25 counsel for privilege and an improper

Page 319

1 direction not to answer.
2           MR. CAMPBELL:  DP & L joins.
3           MR. THUMANN:  Franklin Iron
4 joins.
5           MR. HANNA:  Valley Asphalt
6 joins.
7           MS. FEDDER:  Pharmacia joins.
8           MS. NIJMAN:  Thank you very
9 much for your time.
10           MR. ROMINE:  The deposition is
11 concluded.
12           VIDEOGRAPHER:  The time now is
13 5:11.  This concludes the deposition.  End of
14 Disk 6 of 6.
15           - - -
16           (Whereupon, the deposition was
17 concluded at 5:11 p.m.)
18           - - -
19
20
21
22
23
24
25

Page 320

1           C E R T I F I C A T E
2           - - -
3
4           I do hereby certify that I
am a Notary Public in good standing, that the
5 aforesaid testimony was taken before me,
pursuant to notice, at the time and place
6 indicated; that said deponent was by me duly
sworn to tell the truth, the whole truth, and
7 nothing but the truth, that the testimony of
said deponent was correctly recorded in
8 machine shorthand by me and thereafter
transcribed under my supervision with
9 computer-aided transcription; that the
deposition is a true record of the testimony
10 given by the witness; and that I am neither of
counsel nor kin to any party in said action,
11 nor interested in the outcome thereof.
12           WITNESS my hand and official
seal this 13th day of October, 2018
13
14
15           _Carol Mcravey_
16
           Notary Public
17
18
19
20
21
22
23
24
25

Page 321

1           Veritext Legal Solutions
           1100 Superior Ave
2           Suite 1820
           Cleveland, Ohio 44114
3           Phone: 216-523-1313
4
October 15, 2018
5
To: David Romine, Esq.
6
Case Name: Hobart Corp., et al. v. Dayton Power and Light
7
Veritext Reference Number: 3025551
8
Witness: Jurgen H. Exner, Ph.d.        Deposition Date: 10/3/2018
9
10 Dear Sir/Madam:
11
Enclosed please find a deposition transcript.  Please have the witness
12 review the transcript and note any changes or corrections on the
13 included errata sheet, indicating the page, line number, change, and
14 the reason for the change.  Have the witness' signature notarized and
15 forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com.
18
If the errata is not returned within thirty days of your receipt of
19 this letter, the reading and signing will be deemed waived.
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

81 (Pages 318 - 321)

Page 322

```
1           DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3025551
3  CASE NAME: Hobart Corp., et al. v. Dayton Power and Light
   DATE OF DEPOSITION: 10/3/2018
4  WITNESS' NAME: Jurgen H. Exner, Ph.d.
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____
9  Date          Jurgen H. Exner, Ph.d.
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
        Statement, and
14      Their execution of this Statement is of
        their free act and deed.
15
        I have affixed my name and official seal
16
17 this _____ day of _____, 20____.

18 _____
   Notary Public
19
   _____
20 Commission Expiration Date
21
22
23
24
25
```

Page 323

```
1           DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3025551
3  CASE NAME: Hobart Corp., et al. v. Dayton Power and Light
   DATE OF DEPOSITION: 10/3/2018
4  WITNESS' NAME: Jurgen H. Exner, Ph.d.
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9       I request that these changes be entered
   as part of the record of my testimony.
10
        I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13
   _____
   Date          Jurgen H. Exner, Ph.d.
14
        Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18      in the appended Errata Sheet;
        They signed the foregoing Sworn
19      Statement; and
        Their execution of this Statement is of
20      their free act and deed.
21      I have affixed my name and official seal
22 this _____ day of _____, 20____.
23
   _____
   Notary Public
24
   _____
25 Commission Expiration Date
```

Page 324

```
1             ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
2          ASSIGNMENT NO: 10/3/2018
3  PAGE/LINE(S) /    CHANGE    /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____

20 Date          Jurgen H. Exner, Ph.d.
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____.
23
   _____
   Notary Public
24
   _____
25 Commission Expiration Date
```

82 (Pages 322 - 324)

[& - 1950]                                                                 Page 1

## &

**&** 1:13 2:3,20 3:2
3:6,13,19 4:2,9
6:15,25 7:3,15
10:16,22 36:10,16
37:2 107:9 108:7
118:25 120:4,13
120:25 121:8,9,13
121:23 122:17,24
123:8,15,16 127:7
131:4,16 133:5
134:8,13 137:6,20
141:4,25 142:8
146:5,16 147:15
147:24 148:8,23
149:8,17 150:7,21
152:4 154:2 158:8
161:2,8,12 162:7
162:13,24 166:4
186:16 188:22
189:13,17 190:12
192:2,7 193:15,19
194:2,8 195:4
196:9 197:7,12
198:24 199:4,15
202:23 204:5,18
204:24 205:3
206:11,16 212:11
214:18 224:2
225:15,24 227:16
272:17 300:2
319:2

## 0

**0-1-3** 44:25
**0.8** 126:23
**00012** 6:21 145:7
**00024128** 7:9
235:20
**00115** 1:7

**003** 126:22
**01439** 6:13 97:20
**015** 84:6

## 1

**1** 5:19 9:1,14
12:15,17 17:23
18:2 29:19 31:9
40:17 42:23 43:21
46:19,20,25 47:12
48:19 53:4,16,25
54:2,8 57:1 68:19
68:23 69:5 71:3,6
73:3 76:6 90:10
90:11,13,16,18,20
90:24 91:3,25
93:1,5 98:8,12,18
98:22 107:17
111:17 120:11
121:7 132:11
139:16 148:22
150:7,21 151:2
158:4 214:25
215:13 218:3
219:3,12,16,20,22
220:17 227:21
241:1,18 252:3
256:25 262:5,17
262:23 263:3,6
264:1 284:7 285:8
285:19 286:9
290:23 291:2
293:20,24 302:12
303:1
**1,000** 47:19
**10** 2:15 6:10 14:9
52:7 87:17 88:9
89:3 103:22 106:4
119:17,17 127:10
147:9,14 153:25
160:20 169:17

**10,000** 47:19
**10/3/2018** 321:8
322:3 323:3 324:2
**100** 2:9,21 126:24
152:6
**100,000** 115:9
**1000** 2:10 4:10
**101** 109:12
**102** 5:7
**1029** 320:14
**103** 6:14
**10:24** 87:12,15
**10:36** 87:15,21
**11** 6:12 89:2 97:12
97:14 98:15,19
115:6,10
**1100** 3:9 321:1
**115** 9:21
**11:01** 102:3,6
**11:05** 102:6
**11:06** 102:9
**12** 6:2,14 103:5,11
103:12,14 107:18
117:24 158:22
252:23
**120,000** 152:2
**129** 7:9 235:21
**12:23** 152:23
**12:24** 153:8,11
**12th** 3:3
**13** 5:5 6:17 136:20
137:1 143:18
145:25 299:18
**136** 6:17
**13th** 320:12
**14** 6:20 8:12
109:12 131:21
144:24 145:4
163:16 172:23
**14,915** 152:4

**140,000** 118:18
**144** 6:20
**1445** 6:13 97:21
**15** 6:22 47:17
106:2,7 126:3,16
127:10 162:19
169:17 172:18,24
174:3 310:21
321:4
**16** 6:24 197:1
227:4 228:2,7
**1601** 3:15
**16a** 7:2 226:20
227:8,10,14 228:2
228:5,10
**17** 7:6 181:7,20,25
182:18,23,24
183:4,17 184:19
230:15,17 239:20
**172** 6:22
**18** 7:8 103:10
139:17 235:13,16
235:20,24
**1800** 1:24 4:4
**1801** 1:24
**1818** 1:13 2:4 9:23
**1820** 321:2
**188** 5:8
**19** 7:10 8:11 48:7
101:14 250:13,18
252:4
**19103** 1:25 2:5
**1934** 174:7,19
179:11,12
**1939** 203:3
**1940** 179:14
**1941** 101:8
**1948** 91:9
**1950** 179:17 184:3
184:4

**[1960 – 2sdd20]**

**1960** 179:19 205:14

**1960's** 182:23 210:18 212:16,16 213:9 276:24

**1961** 203:2,13 205:5

**1963** 249:13,17 250:10 255:18,24 259:3,11 261:8 262:13

**1968** 200:21

**197** 6:24

**1970** 179:21 234:9 234:18

**1970's** 98:25 99:3 242:12

**1971** 203:13

**1972** 249:13,17 250:10 255:18,24 257:17 259:3,11 261:8

**1973** 172:12

**1975** 113:21 152:1 211:1

**1976** 172:12

**1977** 211:1

**1980** 33:1 91:9 113:21 179:5,23 200:21 205:14 255:20 259:17 261:4 263:19,23 264:1 265:3

**1980's** 129:13 257:10 260:23

**1981** 172:9 173:5 173:17,23

**1982** 175:4

**1983** 126:1,20 152:6

**1984** 6:7 57:21 58:6,14 181:12 203:7,20 204:6,19 205:23 207:15,20 207:22,25 209:4 210:4,9,15,20

**1986** 181:12

**1987** 174:8

**1990** 143:19 145:8

**1990's** 179:25

**1996** 66:4,6

**1997** 123:20

**1998** 126:1,20

**1:05** 153:11,14

**1:53** 186:24 187:2

**2**

**2** 5:21 17:25 29:8 31:23 32:24 52:8 52:20 53:5,6,13 57:8,11 70:14 71:8 76:6 91:19 91:23 99:16 100:10 101:6 102:3 124:8,16 127:13 132:2,16 132:21 144:4 145:8 147:20 148:2,25 150:7 153:22 158:4 160:4 197:15 215:24 216:12 242:17 252:23 263:3 285:3 293:16 294:5,9 306:20,25

**20** 7:12 139:16 157:1 274:5,9,14 277:9 290:10 322:16 323:22 324:22

**200** 126:24 133:1 152:7 199:22 200:6

**2000** 30:13

**2008** 14:22 16:25 17:9 23:22

**2009** 14:22 16:25 18:17 236:23,24 237:2

**2010** 18:17

**2014** 20:15 21:3,4

**2015** 132:1

**2016** 104:14,15

**2017** 29:16 34:2 80:23 103:17 117:25 137:22 147:9 153:20 172:24 197:7 230:23 273:6,20 277:12 290:10,23 291:1 293:20,25 299:22 300:3,23 301:21 304:22 306:1,4,10,16,25 307:15 308:11

**2018** 1:8 9:7 51:23 52:2 137:3 170:20 178:20 181:14 247:13,13 269:24 289:19 290:14 291:3 294:6 296:7 299:22 300:6 304:11 305:16,24 306:12,22,23 307:21 311:15 320:12 321:4

**2019** 101:14

**20312** 257:5

**20509** 257:5

**21** 7:14 29:15 103:17 117:25

**137:22** 153:19 172:24 197:7 230:22 273:20 277:12 300:3 301:3 306:4

**215-732-3255** 2:6

**216-523-1313** 321:3

**216-696-3463** 3:10

**22** 7:17 301:3 304:19 306:21

**222** 3:20

**226** 7:2

**228** 5:9

**23** 7:21 67:11,14 315:22,23,25

**230** 7:6

**235** 7:8

**24** 7:24 137:3 170:20 178:19 300:6 304:22 305:16,23 306:12 307:21 316:16,18

**248** 5:10

**24th** 269:24

**25** 8:2,11 317:9

**250** 7:10

**26** 8:5 14:8 22:12 317:15

**2610** 2:5

**27** 8:12

**27,450** 178:2

**274** 5:11 7:12

**2:03** 187:2

**2:04** 187:6

**2:51** 226:15,18

**2:59** 226:18

**2nd** 3:4

**2sdd20** 144:4

**[3 - 8]**                                                                 Page 3

**3**

**3**   1:8 5:24 9:6 34:2
40:17 44:7 46:17
54:11,12 71:11
73:6 88:15 100:14
102:10 119:4
147:21 153:8,22
158:2 170:13,19
190:2 200:4
202:11 208:10
210:24 216:18
217:4 218:2,5,24
219:2 223:25
224:19,23 225:1
227:22 228:8,10
231:17,20 232:22
237:11,16 239:9
243:13 253:6
255:9,10 256:22
261:23 262:1
277:16,19 285:22
286:7 289:19
290:2 293:15
311:16
**30**   130:4 144:20
173:11,12
**300**   126:25
**301**   5:12 7:14,17
**3025551**   321:7
322:2 323:2
**303-849-6680**   3:21
**310**   5:13
**312-251-5255**   2:17
**314-552-6867**   2:11
**315**   7:21
**316**   7:24
**317**   8:2,5
**318**   5:14
**32**   173:8
**34**   174:12,13 175:4

**3600**   2:16
**3700**   3:15
**3:00**   226:24
**3:05**   232:3,9
**3:09**   232:9,12
**3:13**   1:7 9:21
**3:54**   266:20
**3:55**   266:23

**4**

**4**   6:1 9:2 12:17
20:17 41:25 48:23
55:11,19 62:4
70:15 72:5 80:4
81:17,21 147:21
151:2 153:15,22
156:20 158:2
173:4 175:9
210:25 212:15
226:15 233:9
244:22 277:19
278:5 286:18
289:7 290:1
**4.9**   139:18
**40**   116:4
**4000**   260:19 261:3
**402-341-3070**   3:16
**404**   3:3
**419-321-1255**   4:11
**425**   4:3
**43**   6:3
**43215**   2:22
**43604**   4:10
**44113**   3:10
**44114**   321:2
**44308**   3:21
**45202**   3:4 4:4
**47**   179:15
**48**   107:23 118:6
198:11 199:21
200:5

**4:02**   266:23
**4:03**   187:5 267:1
**4:58**   309:17,20

**5**

**5**   6:2 12:20,25
55:12,20 57:12,13
62:2 63:13 64:25
66:3 106:2,4,7
139:18 157:14
158:22 160:20
171:24 173:4,15
178:1 224:1,1
226:25 266:20
277:19 278:5,16
314:13,14
**50**   75:4 215:11
313:16
**500**   152:6
**51**   6:5
**513-381-2838**   4:5
**513-381-5050**   3:5
**55**   173:10 181:18
**58**   6:7
**5:00**   309:20
**5:01**   309:23
**5:11**   319:13,17

**6**

**6**   6:3 18:8,12 43:7
43:11 46:23 47:3
48:16 70:15 89:1
89:7 93:21 156:25
162:19,24 166:22
181:14 267:1
277:19 280:18
296:22 303:1
314:13,18 319:14
319:14
**60's**   181:6
**600**   152:6

**60603**   2:16
**614-227-2300**   2:22
**63**   256:6
**63102**   2:10
**68102**   3:15
**6:47**   299:16,17

**7**

**7**   6:5 18:9 51:15
51:17 162:20
163:10 181:7,15
183:18 237:18
281:13 283:14
287:22 296:22
301:21 302:1,14
302:22 303:17
304:1
**7/21/17**   5:23 6:11
6:16,23 7:1,4,7,11
7:13,16
**7/24/18**   5:25 6:19
7:20
**70's**   92:25 98:12
100:11 276:24
**72**   182:25 256:6
262:13
**73**   174:2
**76**   174:2

**8**

**8**   6:7 58:1,5 62:1
78:2,3 80:3 90:15
92:3 115:6,9
120:10 122:22
130:6 131:21
162:20 163:13
167:10 224:20,22
237:16,20 252:4
262:2 284:5
293:14,16,19
294:10 302:12,14
302:22

**[80 - ahead]**                                                                 Page 4

**80**  313:19
**82**  6:8
**83**  127:9
**84**  57:14 204:15
**87**  5:6 6:10 174:12
  174:13
**8:31**  1:15
**8:32**  9:6
**8:36**  13:12

**9**

**9**  5:19,21,24 6:1,8
  23:22 80:3 82:13
  82:15,19 147:9,10
  151:1 160:3
  169:16 309:1,1
**90**  313:20
**950**  3:9
**97**  6:12
**98**  127:10
**9:33**  57:1,4
**9:41**  57:4,7

**a**

**a.m.**  1:15 9:6 57:4
  57:4 87:15,15
  102:6,6
**able**  75:19 83:22
  85:13 313:5
**absence**  114:2,13
  114:21 117:21
**absorbant**  148:3,9
  148:12 149:9
  150:17 156:2,8,11
  156:13 162:25
**abundant**  44:11
**accept**  160:25
  183:20
**acceptable**  114:12
**accepted**  117:3
**accounted**  183:7
  183:16 184:21

**accumulated**
  246:5
**accuracy**  37:5
  42:10 151:19
  213:24
**accurate**  34:5,23
  39:14 45:5 118:2
  121:10 134:12,17
  134:18 135:23
  140:1 150:10
  151:5,16 154:12
  165:11 180:9
  186:3 193:1
  194:23 214:8
  222:1 253:21
  255:7 294:24
**accurately**  118:12
**acd**  59:21 96:19
**acds**  63:7
**acid**  46:11,14
**acidic**  46:7
**acknowledge**
  185:13 314:8
  322:11 323:16
**act**  322:14 323:20
**action**  1:3 10:3
  320:10
**actions**  107:25
  242:2
**actives**  164:3
**activities**  116:17
  164:12 180:6
  184:16 212:19,21
**activity**  164:5,10
  179:10
**actual**  105:14
  114:9 148:20
  179:1 185:16
**added**  241:14
**addendum**  220:10

**adding**  156:1
**addition**  45:7
  46:11,14
**additional**  107:5
**address**  55:8
  101:3,5,6 171:4
  190:18 230:8
  257:23 262:20
  321:15
**adequate**  45:10
**admit**  222:9
**admitted**  88:9
  222:7
**admitting**  284:10
**adsorb**  64:25
**advantage**  66:12
**advice**  27:18 269:3
  269:8 272:8
**advisement**  20:8
**affect**  79:17 97:9
  141:13 146:13
  176:20 262:9
  263:17,21 265:17
  265:21 295:5
  314:16
**affiliated**  193:18
  194:1,22,25 199:6
  209:17 214:17
  215:21 216:15
**affiliation**  10:7
  206:16
**affixed**  322:15
  323:21
**aforesaid**  320:5
**afternoon**  25:12
  153:17 228:24
  248:4
**agencies**  105:16
  105:17
**agency**  146:12

**agents**  278:22
**aggregate**  233:25
  241:2,15
**ago**  63:19 71:15
  112:25 116:4
  144:20 200:16
  291:14 310:21
**agree**  9:13 33:15
  44:4,14,20 45:11
  45:18,21 48:10
  54:6 62:8,15
  66:25 67:8,20
  68:1,20 69:8
  78:10 84:22 94:25
  95:5,6 112:9
  127:6 201:2
  203:25 205:2
  209:18 226:10
  246:23 249:16
  252:10,25 254:9
  254:16 255:11,15
  255:24 256:10
  257:22 258:1
  303:20
**agreed**  169:5
**agricultural**  43:17
  44:12 45:25 46:4
  46:10
**ah**  174:25 187:7
  219:21 237:3
**ahead**  35:10 38:6
  86:11,24 88:22
  106:23 149:6
  174:23 176:16
  240:17 241:4
  259:15 261:12
  264:16 265:23
  266:11 277:16
  288:17 289:3,14
  292:1 295:14
  297:8 298:20

299:7 302:9 308:2
313:14 314:1
**aided** 320:9
**air** 42:5 58:17,20
59:3,5,14,24 60:6
60:13,13,20 61:7
61:18 62:18 65:13
65:15,17,24 66:7
66:12,18,20 68:9
70:18 71:12,25
94:16 96:24 97:5
118:10 165:8,11
165:16 166:25
167:1 202:3
**akron** 3:21
**al** 1:3,6 9:17,18
321:6 322:3 323:3
**alamo** 101:7
**aliphatic** 261:18
**allegations** 31:6
**allege** 302:6,9
**allegedly** 94:9
255:25 256:19
**allocation** 85:5,9
298:8,9,13,17
**allocations** 86:22
**allocator** 84:24
85:7 87:5
**allocators** 86:21
**allowed** 147:6
**allows** 246:7
**altering** 253:18
**alternative** 58:12
**alumina** 100:15,22
**amend** 121:5
150:5
**amendment** 43:17
**americas** 4:6
**amount** 47:21
63:24 65:12 66:14
68:25 115:4,6

116:2 140:17
154:22 155:6,16
156:12,17 157:9
159:9 172:11
184:1,4 244:6
292:20
**amounts** 45:10
57:20 62:23 67:1
67:17 116:12
155:14,22,24
156:7 166:23
167:14,16 172:9
175:18 245:10
302:24
**anaerobic** 100:8
**analyses** 122:24
123:8,11 128:12
164:11 297:18
**analysis** 127:15
142:18 143:9
171:19 178:23
180:17 305:25
306:15 312:19
**analytical** 68:7
**analyzed** 123:15
128:10 133:25
134:1
**analyzing** 310:19
**andress** 3:19
**answer** 14:12,12
26:6,9 27:16,19
28:7 35:7 83:16
124:23 149:14,23
247:19 257:12
266:11 267:23
268:23 269:9
270:21 271:14,19
271:22 272:5
296:14 318:9,10
318:16,23 319:1

**answered** 61:10
61:16 77:23
185:20 186:10
205:8 265:23
289:14 296:2,12
297:4,8,21 298:3
313:14 314:1
**answers** 272:11,22
**anticipated** 261:3
**antifreeze** 165:3
166:14
**anybody** 150:8
269:12 309:13
317:12,19
**anymore** 147:1
315:10
**apart** 310:18
**apologize** 90:5
196:15
**appalachian**
131:20
**apparently** 148:16
164:5 172:14
209:2
**appear** 48:12 90:8
90:10,13 91:2
151:8 322:11
323:15
**appearance** 10:7
**appearances** 2:1
3:1 4:1
**appears** 46:23
98:1 132:6 133:12
207:25 299:8
**appended** 323:11
323:18
**appendices** 52:6
**applicable** 49:21
**application** 46:10
**applications** 46:5
129:10,21

**applies** 33:18
244:2
**apply** 82:3 121:13
154:7 162:6
180:24 201:11
215:12 276:17
**applying** 168:9
**appreciate** 300:23
**appropriate** 200:8
**approximate**
114:20 115:1,14
116:1,17 117:6,6
171:1,9 175:12
176:10 177:9
178:24 180:10
182:15 184:1
186:6
**approximately**
1:15 9:6 105:25
174:3,7
**approximation**
116:25
**april** 145:8
**aqueous** 131:20
**area** 32:7 35:6
50:8 96:14 212:3
239:22 244:12
**areas** 32:23 160:7
161:16,21 162:10
162:14
**argue** 50:4 149:8
**arguing** 185:10,11
**arms** 159:1,17
**aromatic** 291:20
299:10 314:16,21
315:3
**aromatics** 77:22
**arrive** 152:11
172:5
**arrived** 282:9

**arsenates** 31:2
55:18
**arsenic** 47:25
57:20 62:6 120:16
126:21 130:12,15
131:21,23 132:4
132:12 134:22,23
135:2,6,13,25
136:2,6,15
**article** 43:19 58:7
58:10,17 62:2
65:21 66:6 67:24
72:3 236:5,15,23
237:14 238:11
**articles** 65:23 66:7
66:21 112:16
191:4 230:1
245:20,23
**asbestos** 195:5
220:8
**ash** 6:19 42:24
43:16,25 44:11,12
44:17,24 45:8,15
45:23 46:15 48:24
53:2,14,15,22 54:8
54:12,16,17 55:1
57:22 60:8,10
62:24 63:21,24
66:17 71:1 105:15
109:1,24 110:1,2,5
112:19,19,22
113:7,12 115:3,5
115:10,15 120:12
120:14,21 121:14
122:24,25 123:1,8
123:9,14 124:7,8
125:5,8 126:13
127:8,13,17
128:10,25 129:5
129:12 130:24
131:1,19 132:22

133:6 134:1,2,9,13
134:15 136:5,15
137:2,15,19,20,25
138:5,8,22 139:7
140:9 141:4,18
142:18 143:20
146:3,4,6,12,16
147:4 158:19,20
187:25
**aside** 14:5 26:23
98:7 237:14
240:19,20 255:10
**asked** 15:8 21:1
24:20 27:7 32:15
34:16 38:8 40:10
50:24 51:5,6 55:8
61:9,15 84:25
85:4 86:5 87:2
93:24 101:2,9
104:13 113:6,11
131:7 141:22
170:17 180:23
185:19 186:9
205:7 229:3 240:1
265:22 267:13
286:25 288:23
289:13 291:7
295:21 296:1,11
297:3,7,16,20
298:2 311:20
313:7,13,25
**asking** 22:23
61:12,13 68:14
83:9 86:13 103:2
108:12 149:21
153:18 265:18
271:8 275:8
**asks** 146:21
**asleep** 103:14
**asphalt** 3:12 7:7
10:18 228:25

229:12,15,21
230:2,4,8,10,22
231:6,11 232:21
233:1,11,25 235:9
237:18 238:14
239:3,6 240:14,22
240:25 241:2,11
241:11,12,15
242:5,7,15 243:13
244:3,23,24
245:21,24,24
246:2,3,7,12,13,20
247:2,3 272:15
319:5
**asphalt's** 244:14
245:17 246:17
**assess** 32:15 40:13
**assessing** 270:8
**assessment** 55:9
138:20
**assessor** 110:15
111:13 138:14,16
187:24,25
**assignment** 84:19
85:1 322:2 323:2
324:2
**assist** 116:25
**associated** 91:23
240:2 242:3
245:10,20
**association** 305:14
**assume** 37:24
95:13 96:14
192:25 193:13,16
**assumed** 107:8
193:24
**assumes** 233:25
**assuming** 36:16
194:21 214:7
298:10

**assumption** 38:9
38:12 41:23 70:17
93:2 96:18 107:10
208:21 287:5,10
**assumptions** 73:12
196:17
**atlantic** 1:24
**atmosphere** 67:23
68:15
**atsdr** 261:25
**attached** 208:22
323:7
**attended** 24:6,8
268:15
**attending** 10:6
**attention** 36:6
119:3 143:17
147:9 153:25
162:19 171:23,25
233:9 250:20
291:9
**attorney** 10:8 88:4
105:2 269:2
**attorney's** 16:12
26:8 27:18 269:2
**attorneys** 74:24
**attributed** 36:17
195:13 199:3
**attributing** 204:6
**audio** 9:11
**australia** 18:15
**author** 144:10,14
273:19
**authored** 306:10
**authority** 164:13
**authorize** 323:11
**automobile** 165:17
166:10 208:23
246:4
**automobiles**
116:10 205:15

[automobiles - boesch]                                                            Page 7

209:18
automotive 164:3
 164:4
available 12:5
 56:7 101:15
 117:20 124:21
 164:8 180:20
 182:12 186:5
 298:22 306:24
 307:2
ave 321:1
avenue 3:9 173:6
 173:18 175:3
average 44:24
aware 25:8,13
 31:6 81:20 131:7
 134:23 147:6
 162:12 165:2
 166:15,20 189:1
 202:21 206:7
 208:3 246:6,9
 269:12 287:17
 288:11 289:1
 297:23 306:3
 307:14

            b

b 5:16 22:12
back 17:16 21:3
 23:15 30:5 48:22
 54:1 55:10 57:7
 62:1 70:14 73:2
 85:17,20 87:20
 102:9 111:16
 122:8 124:10
 141:21 150:11
 151:1 153:14
 160:3 177:23,25
 179:9 181:5 187:4
 187:16 200:14
 203:13 208:24
 213:19 221:6

226:24 232:11
239:19 262:22
266:25 276:23
286:5 293:18,19
297:11 309:13,22
321:15
background 50:8
 50:10,14 53:14
 54:16,18,21
 146:18
bag 156:10
baker 287:25
baled 209:9
baler 203:9 205:25
 207:24 209:20
 210:5
bales 212:17
ballard 15:19
 16:12,17
bands 281:5
barium 120:16
 132:12,16,19,20
 132:25
base 201:14
 234:20
based 63:2 64:6
 65:5,6 66:21
 68:13 72:3,6
 77:15,23,24
 107:22 108:5
 111:18 121:23,25
 125:8 126:1
 178:22 206:17
 208:20 210:2
 211:13 213:22
 216:12,18 223:19
 223:21 225:24
 243:20 249:11
 253:8,22 254:4,8
 255:4 264:14
 286:19 287:5,16

313:22
bases 86:22 151:9
 305:11,17
basically 66:11
 67:9 138:6 313:5
 314:4
basin 131:20
basing 221:21
 261:22 292:9
basis 68:4,13
 69:11 70:7 71:8
 71:20 75:6 85:5
 117:20 118:23
 122:10 144:2
 163:21 210:1
 225:11,15 234:16
 235:7 238:3 241:7
 241:7 243:15
 244:23 263:4
 294:5 303:25
 305:11
batch 257:19
 258:6,18
bates 6:12,20 7:8
 97:19 145:6
bathroom 55:14
 266:16
baton 102:19
 188:15
battery 200:15
 205:17 206:5,10
bayou 30:12
bear 159:24
bearing 136:14
beginning 1:14
 10:8 57:7 102:9
 140:4,9 153:14
 185:5 202:25
 203:1,14 226:24
 262:19 267:1
 312:13

begins 130:7
 137:18 143:18
 181:13 233:16
begun 118:12
behalf 10:10,12,16
 10:18,19,22,24
 11:1,5,7,8,11,13
 107:7 123:15,15
 273:13 318:22
believe 15:20
 104:1 191:8
 193:23 199:6
 210:13 225:9
 228:5 230:14
 231:10 245:25
 247:17 254:25
 258:4,4 267:5
 280:14 283:9
benzene 89:24
 99:1,7 257:1
best 43:15 114:10
 124:18 270:5
better 235:2 253:3
 257:13
beyond 12:8
 266:10 298:19
biological 69:6,12
birth 101:5,8
bit 12:6 137:14
 155:1 159:15
 167:18 188:24
 196:1 202:16
 267:25 290:20
black 282:8
blaylock 31:20
 80:24 81:9
bloody 105:10
boards 202:6
boarhead 15:19
boesch 288:9

[bonfouca - case]                                                                Page 8

bonfouca 30:12
booth 167:1
booths 184:10
bottom 29:19,20
    29:21 40:16 48:23
    54:2 55:16,19
    64:24 76:12 78:22
    80:3 130:6 170:23
    173:5 184:8
    208:10 224:23
    231:20 278:4
    280:18 282:14
    291:17 302:13
bow 308:10
brain 196:18
brake 165:5
    166:13,14 194:9
    194:22,25 195:3
    213:9,9,10,15
    216:21 217:3,4
    218:5,25 219:17
    220:5,18 221:12
    223:1,3 228:12
    292:21
brannon 42:5
break 55:14 56:23
    57:3 87:14 102:5
    152:24 153:10
    186:19,21 187:1
    222:21 226:17
    232:8 265:10
    266:16,22 309:19
brent 137:19
    187:22
bricker 2:20
bricker.com 2:23
bridgestone 4:6
    11:7
briefly 297:11
bring 95:10 221:6
    250:19

bringing 39:11
broad 70:2,4
broken 159:2,18
    303:24,24
brothers 39:10
brought 32:4
    39:19 211:20
    218:14,16 250:20
brush 59:10
bucket 169:10
budget 33:12
buffered 135:17
building 163:18
    164:1
buildings 160:10
    161:23
built 42:5 97:4
bulk 282:9
bullet 119:5
bulletin 6:4 43:3
    43:13,15
bunch 169:12
bundles 221:7
burn 95:14 96:25
burned 57:19
    59:21 62:5 91:16
    92:25 93:3 94:16
    96:19 100:11
    213:15
burner 59:25
    71:13 115:5
burners 42:6
burning 42:2 59:2
    59:9,18 61:7
    65:16 69:23,24
    70:18 78:22 79:5
    79:23 93:13 95:25
    96:5,15 115:5
    130:25 213:16
    221:18

burns 59:12
business 16:7
    220:25 269:18

c

c 64:23 84:6
    128:15,17 129:19
    139:15 320:1,1
ca 321:25
cadmium 133:8,12
    163:5 215:5 220:2
calcium 44:10
    47:16,21 60:11
calculate 115:13
california 101:7
    201:22
call 26:16,20 27:12
    211:24 249:3
    271:21,22 313:10
    313:11
called 13:25 17:5
    17:24 43:15 53:13
    58:11 90:17
campbell 2:20 5:7
    5:14 10:21,21
    12:11 17:24
    102:14,17 103:8
    103:13 104:4,9
    105:5 107:4
    119:21 136:23
    143:12 144:22
    145:2 149:12
    153:1,4,16 155:15
    170:5,8,11,14,16
    172:21 174:20
    175:1,10 177:2
    178:14 183:1,13
    185:2,22 186:20
    187:11,15 188:14
    211:18 272:16
    317:6,21 318:1,20
    319:2

campbell's 189:5
cans 279:10
capability 160:9
    161:22
capable 203:10
capacitors 151:4
    152:5,7,15 159:3
capacity 168:25
    310:23
capitol 283:5
car 205:24 207:4
    207:23 208:22
carbonate 100:15
    100:19
carcasses 159:3
carcinogens
    137:21
cardboard 208:13
    215:2 219:24
    252:11 281:4
    283:22
career 113:10
    118:6 199:21
    200:5
carol 1:15 10:1
carried 46:24
    122:24 123:8
    128:12 184:2
carry 210:21,24
carrying 80:3
    93:13
carryover 76:6
cars 164:6 165:15
    166:24 203:11
    209:8 212:24,24
carve 251:1
case 9:20 14:24
    15:8,17,22 16:2
    17:2,9 18:15,18
    19:1,6 20:14
    21:15 22:21 23:23

24:4,14,25 25:17
28:23 30:2,6,9,11
30:12,17 31:7,24
32:3,4,11,14,19
34:13 35:20 37:11
46:14 49:5 50:19
51:1 56:13 60:20
61:6,14 66:16
69:19 73:7 83:14
87:4 88:7,11,16
108:6,15,17
111:19 112:21
113:20 120:25
121:2,10 125:13
126:21,23 127:4
142:7 149:8
151:19 180:21
187:20 189:1
191:16,21 192:21
206:8 208:3 214:3
216:15 223:20
224:15 225:14
248:13,20 249:1
249:10 256:17
272:2 275:17
276:13 280:10
283:9 287:19
291:23 296:24
301:15 310:18
311:10 318:5
321:6 322:3 323:3
**cases** 18:11 34:25
87:3 230:10
**cash** 121:4
**categories** 73:20
74:7 264:13 312:5
312:8,16,20,24
313:12
**category** 74:13,17
74:22 75:10 76:3
79:4 81:21 105:8

121:21 225:21
304:7 314:23,24
**cause** 80:14
109:13 110:10,21
111:11 241:24
**caused** 111:7
**causes** 256:12
**causing** 74:15
171:20 175:13
176:10 178:25
180:3,11,18 181:2
182:16 186:7
**cd** 104:24
**cdressman** 4:5
**ceased** 173:6
**cellular** 9:10
**cercla** 15:10 19:8
19:12 40:2 64:15
100:19,22 109:12
109:19,21,25
110:1,6,10 191:15
191:19,25 223:4,4
223:8,12 230:10
245:5 253:4
**certain** 116:8,15
121:3 129:6,7
168:18 177:10
193:17,18 240:3
308:6
**certainly** 116:2
179:1 180:3 308:7
315:2
**certainty** 74:23
75:11 113:25
114:19 151:14
254:11,18,22
255:5 259:10,14
261:7,12 305:7
**certificate** 323:11
**certification** 322:1
323:1

**certify** 320:4
**cetera** 174:4
**challenge** 202:15
**chance** 55:14
145:12 235:23
**change** 95:17
140:4 321:13,14
323:8 324:3
**changed** 141:18
157:12
**changes** 60:9
103:23 113:22
118:5 137:9,15
166:14 200:22
321:12 322:7
323:7,9
**changing** 33:5
**characterization**
38:6,12 58:11
**characterize** 118:4
126:14 134:12
**characterized**
39:18
**characterizing**
37:14
**charged** 176:1
**charles** 119:22
**chart** 84:11
**charter** 175:23
**chartered** 176:5,7
**chase** 4:3 11:6
299:14 304:15
**cheap** 56:5,8
**cheapest** 56:6
**check** 227:12
260:12
**checking** 99:12
**chemical** 15:13
17:6 18:13 30:23
56:2 69:6 114:5
200:24,25 201:6

201:12,13 290:16
312:2
**chemicals** 17:10
30:4 41:13 46:3
59:10 64:25 69:13
69:14 73:3,18
76:17 78:25 88:17
89:10,22 90:7,11
90:14,25 91:8,11
91:14,15,18,22,25
92:1,8,10,16,24
93:1,3,5 98:9,11
98:21,22 99:8,12
100:9,11 106:25
109:13 110:8,10
110:23 171:1
176:19 184:2
246:5 256:15
291:8 311:23
**chemist** 94:8,24
**chemistry** 15:6
23:11
**chicago** 2:16
**chloride** 89:23,23
91:5 184:10
**chlorinated** 69:14
75:25 77:21 78:24
99:25 168:14
181:8 186:1 225:3
226:5 243:24
260:19 261:4,9
262:8 263:16,19
264:5 265:16
266:1 268:21
278:13 279:1
280:15 281:10
282:3 284:2
289:24 291:15
294:1,7 295:5,8,17
295:18,23 299:9
312:25

chlorofluorocar...
  168:20
chloroform 89:22
  91:4 98:7 99:5
chlorophenol
  62:12
chlorothene
  173:12
choose 163:24
choosing 128:2
  312:23
chose 106:19
  128:20,24 177:17
  177:19 312:17
chromate 57:21
chrome 31:2
chromium 120:16
  132:12 133:16
  163:4 215:4 220:1
chrysler 37:12,17
  37:21
cincinnati 3:4 4:4
circling 187:16
circuit 202:6
circulated 227:5
circumstances
  62:5 318:5
citation 39:1 57:13
  208:15 213:20
  224:10 280:23,24
  285:23
citations 63:16
  65:3,7,8 211:3
  224:12 287:17
cite 59:14 76:20
  132:8 203:6,18
  212:18 234:13,13
  235:8 236:12
  261:21 279:14
  281:18 283:17
  284:19 285:3

287:23 290:19
cited 43:3 66:22
  211:12,22 212:1
  213:12 231:14,16
  232:24 236:7
  262:12 287:21
cites 67:23 69:7
civil 1:3 322:5
  323:5
claim 21:20 252:7
  304:4
clarification
  162:22 275:9
clarifications
  103:24 137:10
clarify 23:7 31:12
  78:8 275:4
clean 93:7 94:14
  94:20 222:10
  246:7 281:24
cleaned 93:18
  155:5
cleaner 155:5
  167:19,20,21,24
  168:2,8,12,23
cleaners 168:18
cleaning 93:11
  155:11 163:11
  256:25 259:2,11
cleanup 16:23
  32:7 49:21 156:1
  167:11 200:8
clear 34:24 37:18
  76:20 110:4
  140:11 189:11
  275:13 301:14
cleared 189:4
clearly 75:25
  137:20 225:21,25
  226:9

cleveland 3:10
  321:2
client 88:7 113:17
  188:22 191:7,10
client's 269:2
clients 49:17 107:7
climate 113:23
close 30:14 116:20
  119:8 137:22
  179:25 266:18
closed 180:1
  182:24
closer 132:15
clouse 203:6 204:7
  205:22,23 207:23
  207:25 208:17
  209:1,7,19
clouse's 203:16
cmg 283:14
  286:10
cmg's 280:20,25
  285:4
coach 25:2
coaching 47:15
coal 112:19 115:5
  115:5,7,9,10
  120:13,22 121:4
  121:14 130:23,25
  131:6,10,11,16
  132:17 134:13,15
  136:5 137:15
  140:9 202:5
coals 131:19
coast 103:1
collected 166:25
  213:17
collection 131:1
color 280:4
colorado 201:21
columbus 2:22

column 43:2,23
  46:25 53:2,21,22
  54:11,12,25 132:2
  132:6,8
columns 119:17
combined 145:9
combustion 58:12
  60:16 62:7,12
  65:19 66:10 67:3
  67:19 69:24 71:1
  72:2 120:13,22
  130:24
come 28:1 46:2
  122:8 142:12,15
  222:5 285:11
comes 43:1,2
  71:24 190:6 201:4
  285:9 303:18
comfortable 75:22
  114:8
coming 181:24
comment 111:3
comments 187:16
  188:11 307:7
commercial 44:23
  160:10 161:23
commission
  322:19 323:25
  324:25
common 89:10,21
  90:13 92:7 149:19
  149:24 156:3
  164:2 165:16
  166:9,12 203:21
  204:23 205:15
  206:17 210:2
  216:9 238:4
  243:22
communicating
  184:5

**communications**
20:2 105:2,15
267:18 269:9,20
271:25
**compactor** 203:10
**companies** 15:14
31:14,19 33:18
34:6,9 39:11,17
73:18,24,25 74:3
75:15 79:9,15
81:23,24 82:1,2
113:20 171:2,4
175:18 179:6,6
180:15 181:4
198:17 225:20
262:20 312:7
**company** 1:6 2:24
3:12,18 4:12
10:20 11:9,13
13:24 15:15,18
16:14,15,19,22
17:4,5 21:6 32:4,5
32:6 38:3 79:15
82:4 88:4 103:17
104:12,18 115:8
150:2 153:21
164:25 176:18
195:9 203:7
210:10 233:11
236:16 239:10
247:6 248:6 300:3
310:7 311:1,3,4
313:2
**company's** 117:1
**compare** 54:1,6,15
**compared** 54:20
**comparing** 49:20
**comparison**
146:10 179:5,8
185:16

**compel** 272:11,22
318:22
**complete** 34:23
35:8 112:12 114:2
114:14,21 180:10
**completed** 321:15
**completely** 23:19
**compliance** 50:4
**components** 46:8
110:2 194:9
205:18 206:6,10
220:6,19 221:13
**composed** 43:25
**composition** 60:8
125:5 128:25
146:2
**compounding**
315:1,4
**compounds** 62:6
67:2,18 239:15,16
291:24
**comprehensive**
237:8
**compressed**
205:25 207:24
208:1
**compressing**
203:10 212:24
**comprised** 154:17
**computer** 21:18
21:25 22:3 320:9
**conagra** 3:17
10:20 248:5
**conagra's** 7:21
**concentration**
132:4 140:18
141:7
**concentrations**
42:23 45:17 47:4
47:6 48:15,24
53:14 124:8 126:7

126:11,12 128:22
129:8 130:9,12,23
131:21 132:7
135:21 140:22
141:1,6,9 142:1,15
146:4,17 211:3
**concepts** 112:9
**concern** 99:12,20
138:5 140:14
175:23
**concerned** 88:7
99:25 101:13
**concerns** 25:4
46:2,11 143:3,21
145:16
**conclude** 36:22
50:14 74:18 78:21
210:20 254:11,18
255:4 316:22
**concluded** 66:12
68:22 80:14
293:21 319:11,17
**concludes** 319:13
**concluding** 37:1
39:5 41:14 70:21
74:14
**conclusion** 35:24
62:4 66:16 68:24
69:17 77:14 79:12
138:10
**conclusions** 19:11
36:14 55:6 62:3
79:19 81:5 126:10
137:16 171:12,13
172:6
**conditioning**
165:8,12,16
**conditions** 49:20
60:1,18 131:1
139:10 142:16,18

**conduct** 65:11
**conducted** 192:5
**confines** 150:12
**confirm** 88:10
89:14 122:20
225:8 302:4
**confirms** 122:2
**confused** 242:8,9
**connect** 75:6
225:11,15
**connected** 36:3
**connecting** 196:8
**connection** 34:13
**connects** 202:22
**consider** 45:2 50:7
107:11
**considerable**
164:4
**consideration**
138:23 139:2
**considered** 22:9
75:19 105:3
109:21 117:9
129:8 139:5 143:9
**considering** 262:3
264:8
**consistency**
131:15
**consistent** 35:16
35:19 113:22
125:7 126:15,19
126:25 131:12
142:3 165:23
168:11 233:3
**consistently**
134:19
**consolidation**
122:13
**constant** 131:5
**constituent** 49:25
50:16 66:17 299:3

**constituents** 17:10
46:24 50:9,13
54:3 60:6 62:21
63:20 69:18 71:3
77:5,15 128:18
130:19,23 140:22
285:9 286:7
301:16
**constitutes** 109:18
136:7
**constructed** 96:14
97:8
**construction** 39:2
96:22,23 107:2
**consult** 21:1
**consultant** 76:23
**consulting** 13:24
118:8
**contact** 53:18 55:1
55:3 188:4
**contacted** 20:23
**contain** 22:25
39:21 40:4 51:1
73:1 110:3 127:18
138:1,9 148:5
149:10 155:14
156:25 169:6,9
218:4 219:25
220:7,20 252:15
255:13 278:25
280:15 281:9
282:3 284:2 286:6
294:1 305:8,17
**contained** 41:1,12
46:7 72:7 104:21
108:9 111:21
151:10 158:16
159:13 161:11
163:2,3 171:3,10
176:19 189:2
192:20 195:5,22

211:2,7 215:3,6,13
216:1,19 219:12
220:3 225:3
227:21 253:24
254:6 255:18
256:1,6 278:10
285:4 287:3
291:15 302:25
307:18,24 308:14
311:23
**container** 31:21
31:25 37:11,14
38:1 41:21 49:11
70:16 72:15,16
81:13
**containing** 136:2
150:14 152:2,5
208:12 209:2
215:1 216:2,3
219:23 221:11
226:5 243:14
262:8 265:16
295:4,16 314:15
314:21
**contains** 45:15
72:24 137:20
199:17 241:18
248:22 261:17
302:5 304:7 308:7
**contaminant**
99:20 131:22
167:14 216:5
**contaminants**
199:17
**contaminated**
32:8 48:25 49:6
49:12 154:20
155:10,13 162:2
162:11
**content** 24:17 27:7
27:16 113:7 133:5

**contents** 114:1,13
118:13 124:7
**context** 26:1 45:20
75:20 123:13
**continue** 9:12
**continued** 3:1 4:1
**continues** 140:3
220:4
**continuing** 140:8
173:15
**contracted** 34:4
210:10
**contractor** 92:15
**contradicted**
193:21
**contrary** 214:4
**contribute** 79:24
**contributed** 74:20
74:22 78:24
**contributions**
73:19 99:9 312:3
**controls** 116:16
**conversation** 27:5
150:25 158:3
318:4,11
**conversations**
9:10 25:16 271:7
271:8 272:7
318:14
**coolant** 172:15
205:16 206:5,9
**cooled** 213:17
**cooling** 178:5
292:21
**copied** 217:10
**copies** 16:4 19:24
22:6 250:19
299:21
**copper** 31:1 55:18
57:20 120:16
132:12 133:18

163:4 178:5 215:4
220:1
**copy** 18:4 20:19
23:25 28:17 43:12
97:18 103:15
104:3 136:25
145:3 172:22
217:4 222:10,21
227:18 268:2
**core** 157:24
**corp** 3:6 321:6
322:3 323:3
**corporation** 1:3
6:23,25 7:3,11
9:17 10:16 18:14
37:22 38:1 172:1
172:7 173:1
182:11 188:22
189:17 192:3,8
193:16,19 194:8
196:9 197:7,13
199:4 202:23
205:3 206:12,17
212:12 214:18
224:2 225:16,24
227:17 229:1
**corporation's**
204:18
**correct** 17:21 18:4
18:15 19:4 23:9
24:4 25:10 28:13
29:1,3,4,7 31:7,8
31:17,18 32:20
33:19 34:5,17
35:8,9,15 37:12
38:3,6,13 39:7,8
39:14,15 40:18
41:8,17,18 42:11
42:12,18,21,22,24
43:17 44:8 47:1
47:24 48:20 49:7

| | | | |
|---|---|---|---|
| 49:8,13,14 50:6,11 | 140:3,12 141:1,5 | 222:2 223:8,20,22 | 307:24 |
| 50:16 51:8,11,12 | 142:2,13 144:18 | 225:12,17 226:1 | **corrections** 321:12 |
| 51:23 52:3 53:25 | 145:22 147:21 | 227:22,23 229:22 | 323:17 |
| 54:12,18,22 55:3 | 151:16,23 152:11 | 229:24,25 236:6 | **correctly** 48:10,13 |
| 56:10 58:8,18,21 | 154:9,18,19,23 | 236:21 237:12 | 58:15 108:10 |
| 58:24,25 59:3 | 155:2 157:9,10,12 | 244:8,9,21 245:12 | 109:15 110:12 |
| 62:19,22 63:17,25 | 157:13 159:18,19 | 245:18 246:18 | 111:23 113:18 |
| 64:8 65:3,4 66:19 | 159:21,22 160:1,2 | 247:20 248:23,24 | 119:9 120:18 |
| 69:19,21 70:21,22 | 161:3,13,18 | 249:8,9,13 250:3 | 123:3 130:13 |
| 70:23 71:4,15,19 | 162:16,17 163:11 | 250:10 251:8,10 | 131:2,24 137:23 |
| 72:12,13,18,23 | 163:14,19 164:14 | 251:11,14,17,18 | 138:25 139:11 |
| 73:14 74:5,6 75:8 | 165:13 166:19 | 251:22,23 252:1 | 143:25 146:7 |
| 75:12 76:8 77:3,7 | 167:9,15 169:19 | 252:12,13,17 | 147:12,17 148:6 |
| 77:9,19,25 78:10 | 169:21 170:1,4 | 253:8,11,14,15 | 152:8 156:4 157:2 |
| 78:11,19,20 79:18 | 171:14,17,21,22 | 255:8 257:24 | 157:18 159:5 |
| 79:22,25 80:1,6,7 | 174:10 176:12,14 | 258:12,24 259:12 | 160:13 163:8 |
| 80:11,16,20,21 | 177:17,18,21 | 260:24 261:4,10 | 171:6 178:6 |
| 81:1,7,11,15,16 | 179:3,19 180:13 | 263:21 272:3,4,8,9 | 181:21 184:13 |
| 82:8,9 83:25 87:5 | 180:14,21 181:3 | 274:3 275:23 | 320:7 |
| 87:8 88:12 89:19 | 182:13,19 183:8 | 276:15,24,25 | **correlation** 114:8 |
| 89:20 94:2,3,6,7 | 183:18,19,24 | 277:4,14,23,24 | **cosmetics** 15:14 |
| 94:10,11 96:11 | 184:17,20 185:18 | 278:11,14,15,23 | **cost** 33:11,11,20 |
| 98:10 100:12,13 | 187:24 188:12,13 | 279:2 280:16,17 | **costs** 99:21 |
| 100:17,18,20,21 | 189:14 191:20,22 | 281:10,11 282:21 | **counsel** 9:16 10:5 |
| 100:23,24 105:19 | 191:25 192:1,17 | 282:22 283:1 | 11:2 12:11 19:25 |
| 106:14 107:15 | 192:18,22,24 | 284:2,3,11,14,15 | 20:3 26:1 28:7,18 |
| 108:18,19,23 | 194:4,17,19,20 | 284:21,22,25 | 82:11 83:9,14 |
| 109:19 110:7,16 | 195:2,19 198:7,9 | 285:1,20,21 286:3 | 93:25 95:1 101:9 |
| 110:17 111:8,9,12 | 198:10 199:5 | 286:7,13,14,17 | 107:13 187:6 |
| 115:21 120:5 | 201:7 202:1,10 | 287:7,14,19 288:1 | 192:22 218:10 |
| 121:1,11 122:11 | 203:16,20 204:8 | 288:5,9,19 289:9 | 230:14 243:25 |
| 123:17 125:20 | 205:20 206:12,13 | 289:12 291:15,16 | 267:24 270:11,14 |
| 127:8 129:25 | 206:18,25 207:2 | 292:10 293:10,11 | 271:7,13 272:2,8 |
| 130:1,17,20,21 | 207:15,16,24 | 293:12 294:2,17 | 277:3,5 312:7 |
| 131:16,17 132:9 | 208:4,6,7,17 | 294:18,21,22 | 318:6,6,12,15,25 |
| 132:13,23 133:1,6 | 209:21 210:22 | 295:12,24,25 | 320:10 |
| 133:10,14 134:10 | 211:9,12 213:12 | 296:4,5,10,16 | **count** 53:21 |
| 134:20,24 135:10 | 214:1,2,8,11,15,16 | 297:6,18 298:1,11 | 233:20 |
| 136:8,11,12,17,18 | 214:21 216:16,17 | 301:18,19 302:7 | **counted** 13:4 |
| 137:3 138:11,16 | 216:25 219:8,13 | 302:20 304:14 | **counting** 157:23 |
| 138:19,20,21 | 220:20 221:22 | 306:7 307:19,20 | |

country 134:1
161:8 212:3,5
county 135:2
145:9 322:10
323:15
couple 52:17
154:6 279:14
314:12
course 48:2 114:9
138:13 180:6
186:11 189:2
191:23
court 1:1 9:19
10:1 11:16 12:16
12:20 15:25 85:19
101:6 103:11
136:24 151:18
160:25 178:11
273:10 274:1,10
274:13 300:7,12
300:22 315:23
322:7
court's 96:10
courthouse 15:4
courts 19:6
covi 3:14 5:10
10:19,19 248:3,5
250:6,18,25 255:3
259:20 260:3,8
261:15 262:22
263:5,8 264:20
265:11,13 266:4
266:17 267:2
268:5,19,25 269:7
270:23 271:6,24
272:25 275:5,8
276:12 309:3
315:16 316:3,6
cox 3:23 7:12 11:5
259:24 260:2,13
273:6,13,18

274:23 276:1,3,6
276:23 277:13
280:11 281:19
283:4 284:9,18,20
284:24 285:7,24
286:2,12 287:2,18
287:25 288:13,23
288:24 289:8
290:5,14,22 291:3
291:24 292:2,15
293:2,4,22 294:15
294:19,24 295:3,8
295:22 296:8
297:2
crago 233:6
crago's 233:7
cranes 210:5
create 138:11
178:9,16
created 183:14
297:25
credibility 94:5
194:18 199:12
credible 222:1
254:10,17
credit 161:24
crehan 3:2
creosote 31:1
55:17 169:21,24
crews 159:1
criteria 123:1,10
129:7 139:4
criterion 64:19
critical 160:11
criticism 213:1
criticisms 211:16
cross 159:1,17
crouse 208:16
csi 72:14
ctlawcincinnati....
3:5

cubic 173:8
curious 209:13
224:9
current 13:23
170:25 192:11,11
currently 266:7
curriculum 5:19
17:23
curtain 42:6 59:3
59:6,14,24 60:6,13
60:14,21 61:7,18
65:13,15,17,24
66:7,13,18,21
68:10 70:19 71:12
71:25 94:16 96:24
97:5
custom 210:19
216:13
customary 223:21
224:17
customer 288:23
288:25
cuts 75:15
cutting 203:9
212:24 262:7
cv 1:7 9:21 18:5
49:15 52:13 53:10
cylinders 166:17
213:10

### d

d 5:1 36:9
daily 213:11
275:14,22 276:7
dallas 4:15 10:13
damaged 157:14
dan 11:12
daniel 2:21
data 68:7 70:9
75:14,21 114:9
125:9,10 126:18
134:3 171:3,10,12

179:4,7 181:6
183:25 196:8
202:22 216:14
313:23
date 51:25 52:2
101:5,7,14 147:5
174:19 236:25,25
258:22 273:20
321:8 322:3,9,19
323:3,13,25
324:20,25
dated 5:22,25 6:11
6:15,19,23 7:1,4,7
7:11,13,15,19
29:15 51:23 58:13
103:17 145:7
153:19 170:20
197:7 230:22
300:6
dates 174:11
dating 181:5
dave 299:20
300:19
david 2:3 10:23
25:2 47:15 174:22
217:12 253:12,13
253:14 270:15
273:5 288:8 317:2
321:5
day 30:16 297:15
308:4 312:21
320:12 322:16
323:22 324:22
days 96:4,6,7
243:23 269:23
321:18
dayton 1:2,6 2:24
6:14 7:14 8:2 9:18
10:22 11:13 12:11
34:14 35:13 36:10
36:16 37:2 41:8

41:16 49:7 56:15
74:5 78:19 80:25
81:6,10,14 88:12
89:15,15,18 90:14
91:1,7 92:15
94:10 100:12
102:17 103:16
104:12,17 105:12
108:16,21,23
110:20 111:7
118:17 120:23
121:14 141:11
142:19,21,25
145:10 147:4
148:16 150:1
153:20 154:16
158:5,12 159:25
162:15 164:25
169:25 170:3
193:20 196:9
202:20 203:4
211:7,18 229:20
246:13 257:7,8,10
258:2 259:22
261:2 262:13
264:11,18,22,24
272:16 273:18
275:7,13,14,14,19
275:21,22,22
276:6,7 281:14
283:11 290:5
300:2 301:17
302:7,19 306:6
321:6 322:3 323:3
**dcampbell** 2:23
**de** 155:6,9
**deal** 22:14
**dealing** 48:3 75:13
249:20
**deals** 58:17

**dear** 321:10
**debris** 39:2
**decade** 206:2
**deceased** 94:25
**decide** 112:6
**decided** 129:16
176:25 312:14
**decision** 75:18
77:2
**decisions** 76:19
77:9 238:24
**deed** 322:14
323:20
**deem** 39:20,21
**deemed** 321:19
**defendant** 2:12,18
2:23 3:6,11,17,22
4:6,12 9:16 11:7
121:10 315:15
**defendants** 1:7
78:18 272:19,21
318:23
**defense** 187:6
218:10
**defer** 96:9
**define** 154:24
215:10 235:2
313:9
**defined** 40:1
101:12 109:12
215:8 223:4,7,12
**defining** 238:21
**definitely** 253:20
**definition** 64:13
64:14,20 75:1
136:1,7 139:7,23
226:7 245:4
254:21 259:14
299:6
**definitions** 75:20
313:8

**degradation** 69:6
69:13
**degrade** 69:15
**degrades** 100:7
**degreasing** 155:18
155:21 291:19
292:4,6,12,16
294:12,16
**degree** 23:10
68:16 74:23 75:11
113:25 114:19
151:14 305:7
**delaney** 267:4
**delaney's** 267:14
**delco** 143:20 146:4
146:19 213:11
**delivered** 252:20
**demonstrate**
212:9
**demonstrated**
258:9
**dent** 167:7
**dep** 316:11
**department**
236:18 321:22
**depend** 130:24
266:8,13
**depending** 53:21
140:23
**depends** 156:14
**deponent** 320:6,7
**deposed** 14:2,3
16:2
**deposited** 68:18
68:23 69:4
**deposition** 1:10
7:22,25 8:3,6 9:15
9:22 12:2 13:4,10
14:5 19:15 22:14
36:20 37:25 38:21
38:25 43:12 57:12

68:6 83:1 84:15
94:1 95:11 105:23
106:12 107:6
119:8,12,25
152:10 187:20
188:2,3,6 191:24
192:20 193:14
199:11 203:6
204:14 212:19
213:12,25 216:14
233:3,7 252:2
269:6 272:23
275:2 281:19
282:7 287:23,25
288:4 307:10
315:19 316:15
319:10,13,16
320:9 321:8,11
322:1,3 322:1,3,3
**depositions** 14:7,9
17:13 18:21,24
24:2 35:1 36:10
106:5 249:6
250:23 251:2
287:13,18 303:8
304:3
**describe** 31:24
36:10 39:10
268:12 312:22
318:3
**described** 29:2
93:23 117:19
137:21 138:1,9
177:7 207:22
268:17 282:16
313:23 318:16
**describes** 38:21
39:1 166:11
251:20
**describing** 118:3

[description - dispute]                                                    Page 16

**description** 5:18
17:12 33:1,3
151:3 264:15
**descriptions** 233:2
**desirable** 146:13
**destructor** 59:3
60:7,21 61:8
65:13,16 66:18,21
68:10 70:19 71:25
94:17 96:24 97:5
**destructors** 59:6
60:14 61:18 65:18
65:24 66:8,13
**detail** 28:22 34:8
318:3
**determination**
129:24
**determine** 50:9
126:6 129:4
135:10 144:14
175:12 176:9
**determined** 74:4
129:1 165:17
**determining**
114:12 176:1
256:12
**develop** 312:19
**developing** 107:19
197:16 231:3
**diagrams** 241:10
**dichloroethane**
100:5
**dielectric** 160:6,17
161:6 162:2,10
**diesel** 244:24
**difference** 46:1
146:19 227:20
313:10
**different** 7:4 18:18
21:2 36:24 45:24
45:24 79:13 96:7

140:1 142:13
188:25 201:3,5
275:14 290:20,20
**differently** 142:13
142:15 250:7
257:14
**difficult** 35:4,5
75:14,16,18 314:3
**difficulty** 97:1
**diffused** 67:23
68:15
**dioxin** 17:2,7 19:2
32:19
**dioxins** 32:18,22
63:5 69:14,20
**direct** 26:6 53:17
54:25 55:3 114:3
114:22 117:21
119:3 143:16
147:8 153:24
162:18 171:24
267:17,20 294:15
294:19 295:22
304:16 312:7
**direction** 26:8
319:1
**directly** 111:4
192:7 193:21
214:4 269:10
271:1,4,10
**disagree** 69:10
84:22 112:9
137:18
**disagreeing** 68:4
69:11
**disagreement** 55:5
**disappeared**
117:16
**discarded** 210:11
**discipline** 117:4
177:6

**disclaimer** 263:10
**disclosed** 22:10
**discounted** 195:1
**discounting**
194:24 214:6
**discovered** 141:6
**discovery** 284:9
286:2
**discreet** 246:21
**discrepancies**
222:5
**discrepancy** 227:4
**discuss** 25:5 40:20
83:11,13 84:11
108:15 270:18,25
**discussed** 27:4,11
71:9,21 122:4
244:1 270:22
**discusses** 278:6
**discussing** 153:21
**discussion** 199:24
217:15 232:5
274:16 275:5
**discussions** 24:3
83:12 240:20
318:18
**disk** 57:1,7 102:3
102:9 153:8,14
226:15,25 266:20
267:1 319:14
**dispersants**
278:18
**disperse** 68:11
**dispersion** 68:8
**disposal** 32:25
33:4,11,12 80:19
105:14 118:5
121:23 123:1
127:10 140:1,19
140:23 143:20
146:12,22,24

147:3 148:21
150:9 152:14
158:5 159:25
162:23 181:18
200:9,23 201:21
213:7 243:24
244:6 247:1
251:13 255:20
256:11 258:11
282:24 283:14
286:10 302:2
**dispose** 33:23
64:19 72:12
195:11
**disposed** 29:16
37:11 38:16 46:15
72:7 108:16,22
120:13,22 121:4
121:14 148:3,9,15
149:3,8,17 150:2
150:17 158:11,15
159:1,13 162:15
162:25 171:5
193:6 195:9,22
216:19,20 218:5
218:24 220:5
228:12 240:15
241:1 243:14,18
253:7,23 254:5
262:21 283:23
284:25 286:13
287:2,6 288:14
293:2,5,8 294:20
295:6 297:1 306:6
**disposing** 38:22
39:1 148:12
221:11 240:3
245:15
**dispute** 12:1,9
34:25 193:5
214:13 254:24

**disputes** 13:5
**disregard** 193:1
**distillation** 181:17
**distinct** 73:20
 246:17 312:4
**distinction** 31:15
 64:17 255:2
 303:12
**distinguish** 313:12
**distinguishing**
 124:6
**distraction** 200:3
**distribution**
 147:11,24 153:23
**district** 1:1,1 9:19
 9:19 145:9
**divide** 47:10
**division** 1:2 9:20
**divulge** 27:7,15
**dnapl** 238:17
 243:21
**doctor** 232:15
 287:14
**document** 6:12,17
 6:20 7:8 28:3
 29:13 67:5 73:9
 80:18,23 82:2,11
 82:21,25 97:24
 98:3,18 137:1
 144:3,10,14,18
 145:6,12,14
 171:11 197:9
 224:22 227:10,14
 234:22,25 235:1
 258:19 273:16,19
 277:10 300:1
**documentary**
 292:14
**documentation**
 113:16,19 114:22
 202:13,18,22

 205:10
**documents** 19:14
 19:23 20:10 21:5
 21:17,18 22:6,8,24
 34:11 105:11,14
 107:20 108:5
 111:19 112:2,8,15
 114:2 116:7,13
 117:8,14 137:13
 160:14 175:20
 176:3,3 177:7
 179:3 180:5,8,20
 182:12 193:11
 197:17,19 199:9
 204:22 205:19
 206:9 220:13
 230:13 231:4,9,9
 231:11 232:20
 242:11 251:15
 257:7,9,10,20,24
 258:3,7,16,19
 260:6 264:11,23
 277:3 280:6
**dodge** 3:15
**doing** 17:17 77:10
 128:11 166:13
 196:17 265:3
 268:10,17
**dow** 56:2
**dp** 107:9 108:7
 118:25 120:4,13
 120:25 121:8,9,13
 121:23 122:17,24
 123:8,15,15 127:7
 131:4,16 133:5
 134:8,12 137:6,20
 141:4,25 142:8
 146:5,16 147:15
 147:24 148:8,23
 149:8,17 150:7,21
 152:4 154:2 158:8

 161:2,8,12 162:7
 162:13,24 166:4
 186:16 319:2
**dp&l** 4:16 149:2
**dpl** 107:9,21
 111:20 120:22
 141:7 148:2,15
 152:2 292:4
**dr** 5:19 6:5 9:15
 12:4,6 22:9 50:18
 50:21 51:1,4,15
 53:15 55:6 68:17
 69:2 88:1 94:23
 94:25 95:2,3,7,12
 97:23 101:2,18
 102:16 103:20
 104:10 105:6
 107:17 113:24
 117:18,23 118:15
 120:10 123:5
 125:11 127:1
 134:23 136:24
 137:5,25 138:13
 143:16 145:3,11
 145:24 146:9,16
 147:8 148:8
 153:17 158:21
 160:3,24 162:18
 170:17 172:22
 175:11 178:8,22
 180:16 181:23
 187:16,17,21
 188:21 227:2
 228:24 235:24
 237:10 239:24
 247:23 248:4
 263:1 267:3,14
 271:7 273:1,6
 274:22 289:18
 296:4 298:6 299:1
 299:21 301:9,13

 301:20 302:21
 304:10 305:6,24
 306:19 308:18
 310:6 318:2
**drain** 216:9
**drained** 181:18
**drains** 165:22,24
**draw** 36:6 126:10
 151:22 171:12,13
**drawing** 75:23
**drawings** 52:12
**dressman** 4:3 5:12
 11:6,6 299:19
 300:9,14,18,21
 301:1,8 302:11
 304:20,25 308:9
 308:17
**drew** 2:20 10:21
 12:10 102:17
 104:3 138:10
 152:23
**drill** 159:15
**drilling** 166:16
**drinking** 130:10
 130:11,17 131:23
**drive** 77:9
**driver** 299:3
**drivers** 289:24
**driving** 99:21
 100:16
**dromine** 2:6
**drove** 77:1 100:16
**drum** 32:6 223:3
**drums** 174:3
 181:7,18,20,25
 182:18,23,24
 183:4,17 184:19
 216:21 217:3,5
 218:2,5,25 219:17
 223:2 228:12
 279:10 282:24

dry  168:8
dtr  299:22 301:17
　302:2,6,19,23
dug  160:21
duly  11:20 320:6
dump  34:14 35:14
　41:8,16 49:7
　56:15 74:5 78:19
　80:25 81:6,10,14
　89:18 93:18 94:10
　94:16 108:17,23
　120:23 121:3,14
　121:17,19,24
　122:2,4,6,9,14,15
　141:11 142:19,22
　142:25 147:4
　148:17 154:16
　158:5,12 159:25
　162:15 165:7
　169:25 170:3
　193:20 196:10
　211:8,18 221:17
　229:20 246:13
　258:2 262:13
　283:11,15 288:24
　288:25 289:9
dump's  213:16
dumping  214:6
dumpsters  208:14
　209:3 303:8
duplicative  106:17
duration  96:8

**e**

e  2:9 3:3 4:3 5:1,16
　6:2 12:10,13,14
　13:22,22,22 36:9
　101:7 125:8
　222:10 320:1,1
earlier  49:16
　64:11 72:11 81:18
　82:5 93:24 101:19

134:22 138:2
148:18 160:24
177:5 189:5 195:8
216:7 227:18
228:2,3,6,14
238:20 259:19
264:4 265:5
287:22 297:15
early  215:7 238:5
earth  156:20,25
　157:6,9
easily  221:20
east  123:19 203:3
easy  267:12
eckler  2:20
ecological  109:14
　110:11 111:12
　136:11
economy  280:1
ed  253:11 286:21
edward  253:13
　283:17 288:7,11
effect  78:25 176:4
effects  109:13
　110:11,21 111:8
efficient  116:3,5
efficiently  61:19
effort  144:13
　175:12
efforts  311:24
eight  269:23
either  39:13 45:4
　78:16 93:12 95:24
　142:9 182:3 183:7
　191:24 193:10
　229:23 233:15
　247:12 267:9
　270:4 271:9
elaborate  28:9
elected  199:5

electric  125:9
　147:10,24 153:22
　158:25
electrical  205:18
　206:6,10
electroless  178:4
element  44:11
elements  42:14,18
　44:1 45:15 128:22
eliminate  150:23
ellis  3:8
else's  150:9
email  321:17
emhart  31:24
emissions  58:11
　58:18,20 65:12
　71:12 242:14
emit  178:8,15
emitted  62:14,18
　67:2,18 69:3
employ  115:1
employee  233:4
employees  192:12
　281:20 287:19
　288:1
employment  13:23
enclosed  321:11
encountered
　141:10
ended  288:13
　289:9
ends  228:8
engaged  104:11
　107:25 112:18
　198:13
engagement  22:16
　113:2,10 143:14
　143:15 176:9,13
　176:18 177:21
engine  163:2
　205:17 206:5,9

209:25 215:1
219:23 223:16
engines  166:16
england  31:25
english  23:2
enter  300:15
entered  49:15
　170:9 323:9
enterprise  115:24
entire  28:12 66:20
　136:16 167:8
　183:23 322:5
　323:5
entities  37:1,21
　49:10 73:14 79:4
　79:11,20 80:9
　277:14 280:12
　290:22 296:8
entitled  6:17 7:17
　137:1 197:5
　273:16
entity  72:12 201:5
　225:11 236:20
　240:3 305:21
entries  47:24
environment
　45:24 135:15,17
　236:18 267:4
environmental
　15:6 18:13 45:16
　46:2 200:22
　237:23 238:5
environments
　139:21
environs  159:4
epa  6:7 57:14,21
　58:6,14 65:20
　66:4,8 71:25
　95:14,15,22,24
　105:18,18 112:2
　112:14 116:6,22

116:24 117:8,16
129:17,23 130:2
131:22 137:13
138:23 140:2,12
141:17 146:21,23
164:11,13 165:17
165:23 166:11
169:15 193:10
198:5 199:8
204:22 205:19
206:20 211:13
212:4 216:8
231:10,12 232:20
232:23 233:2
235:1 242:10,11
242:11 246:6
291:5
**epa's** 53:17 111:1
137:14 147:3
292:5
**epri** 125:8 133:25
**equal** 180:24
**equally** 244:2
276:17
**equipment** 210:12
303:19,21,23
**equivalent** 212:10
**era** 99:2
**errata** 227:12
321:13,18 323:7
323:10,18 324:1
**esq** 321:5
**esquire** 2:3,4,9,14
2:15,20,21 3:3,8
3:14,20 4:3,9
**essentially** 214:10
219:17 277:21
284:8 285:13
**establish** 185:12
**established** 160:23

**estimate** 115:1,25
183:21
**estimated** 156:24
156:25
**estimations** 199:9
**et** 1:3,6 9:17,18
174:4 321:6 322:3
323:3
**ethyl** 99:7
**ethylene** 216:2
**evaluate** 308:12
311:22
**evaluated** 31:10
73:17,24 107:21
108:8 111:21
200:8 201:19
206:19 312:2
**evaluating** 143:10
194:18 199:12,16
213:24 221:25
**evaluation** 109:22
**evaporate** 168:21
**evaporated** 168:19
**evaporates** 168:15
**evaporation** 155:7
168:4
**event** 95:4 180:2
315:20
**eventually** 312:16
**everybody** 12:21
176:24 186:15
232:18
**everybody's**
186:12,12
**evidence** 46:13
114:3,23 117:21
127:7 133:5 134:8
142:14 143:4
150:16 199:3,4,10
206:7 208:2
210:14,17,20

212:8 223:20
224:15 238:13
239:3,6 240:14,17
240:23,25 241:4
241:10 251:20,25
254:8,10,18,21
256:7 261:14
262:11 263:18
291:23 292:1,15
292:17 294:15,19
295:11,22
**ex** 268:13
**exact** 109:8
**exactly** 156:16
**examination** 13:15
87:23 102:12
146:2 188:18
228:21 248:1
274:19 301:6
310:3 317:24
**examine** 126:5
231:7 311:21
**examined** 11:20
107:24 197:24
198:12 231:5
**example** 105:17
115:3 116:9
154:21 155:4
162:12 165:10
184:7 194:6 237:8
**examples** 92:9
240:8
**exceeded** 130:11
**exception** 91:15
150:6
**exchange** 12:14,15
**exclude** 80:12
**excluded** 25:24
245:6
**excuse** 46:19
70:15 318:24

**executed** 323:10
**execution** 322:14
323:19
**executives** 165:15
**exhibit** 12:15,25
17:23,25 18:1
20:17 29:8 43:7
43:11 46:23 47:3
48:16 51:15,17
57:11 58:1,5 62:1
73:6 82:13,15,19
87:17 88:9,15
89:3 90:5 95:12
97:12,14 98:15,19
103:5,10 107:18
117:24 119:7,11
120:7 136:20
137:1 143:18
144:24 145:4,25
170:11,18 172:18
172:23 190:2
197:1 223:25
226:20 227:4
228:7,10 230:17
235:13,16,20,24
237:11,16 239:9
239:20 243:12
250:13 252:4
255:9,10 274:2,5
274:14 277:9
289:18 290:2,10
293:15 304:19
306:21 311:16
314:13 315:18,25
316:16,18 317:9
317:15
**exhibits** 9:1 52:12
227:21 300:22
301:3
**exist** 31:17 41:22
182:3

existence 152:19
171:19
existing 96:19
139:21
exists 75:21
exited 165:25
exner 1:11 5:4,19
5:21,21,24,24 6:1
6:2,3,5,7,8,10,10
6:12,14,14,17,20
6:22,22,24,24 7:2
7:2,6,6,8,10,10,12
7:12,14,14,17,21
7:24 8:1,2,4,5,6
9:1,15 11:19 12:4
12:7,17,20,25
13:20 20:17 22:9
22:17 29:8 43:7
51:17 53:15 57:11
58:1,5 73:6 82:15
87:17 88:1 95:12
97:14,23 101:2
102:16 103:5,20
104:10 105:6
107:17 113:24
117:18,23 118:15
120:10 123:5
125:11 127:1
134:23 136:20,24
137:2 143:16
144:24 145:3,11
145:24 146:9,16
147:8 148:8
153:17 158:21
160:3,24 162:18
170:17 172:18,22
175:11 178:8,22
180:16 181:23
187:16 188:21
197:1 227:2
228:24 230:17

235:16,24 237:10
239:24 247:23
248:4 250:13
262:25 263:1
267:3 271:7 273:2
273:7,20 274:5,22
277:9 289:18,18
296:4 298:6 299:1
300:3,6 301:9,14
301:20 302:21
304:10 305:6,24
306:19 308:18
310:6 315:25
316:16,18 317:9
317:15 318:2
321:8 322:4,9
323:4,13 324:20
exner's 5:19
299:22
expansive 290:21
expect 154:22
157:5 164:10
167:13 183:6
expected 177:10
181:8
expects 166:10
expended 157:5
experience 59:5
63:3,4,7,8,9 65:5,6
70:8,9 107:22
108:5 111:18
118:19 119:1
151:12 190:25
198:12 201:14,24
220:23 229:11,14
234:19,21 235:8
236:13 237:7
238:4,8 248:17
276:14 310:15,19
314:4

expert 14:24 18:11
22:10 23:22 25:18
29:16 32:11 45:3
82:19,20 88:10
105:2 197:6
230:21 248:14
273:17 278:2
298:9 300:1 304:4
310:23 311:7
318:4,11
expertise 15:5
32:21 143:13
193:8
experts 24:3,5
25:23 26:4 117:4
270:25 271:9,10
272:1,7 318:19
expiration 322:19
323:25 324:25
explain 139:13
247:18
explanation
150:19
express 104:11
113:6,11
expressed 103:21
120:20 157:8
169:17 172:6
307:22
expressing 108:20
109:17,23 110:15
110:18 111:10
138:18 140:14
148:19 149:2
150:1 152:13
154:10,14
extent 20:2 47:12
67:5 86:7 105:1,3
106:12 174:18
189:19 267:22
288:16 298:19

308:1 318:10,13
extra 104:3
extracted 169:13
extracting 139:17
extrapolate
116:15

f

f 320:1
f001 260:19
fabrication 174:9
facilities 258:11
258:23 283:4
facility 21:10 46:7
168:23 173:6,18
173:23 175:3
249:1,4,8 252:21
255:17 257:16
258:10,22 264:1
264:21 273:18
275:6,7,10,21
fact 17:1,3 33:17
44:6 47:23 50:7
51:9 59:1 64:6
71:23,24 72:17
73:2 74:4 77:8
88:4 93:2 94:8
108:15,22 123:13
134:17 135:22
146:23 152:18
204:15 209:16
214:5 219:16
238:17 243:21
244:7,13 269:12
282:8,21 287:1
288:11 292:11
296:25 297:16,24
factoid 122:20
factor 76:18
facts 17:19 117:21
212:8 240:2
249:25

**factual**  78:15
241:7
**failures**  118:8
**fair**  32:21 33:3
39:17 49:22 63:21
74:12 86:13 113:9
155:7,16 156:9,12
156:17 158:20
161:5,15 162:4
178:25 180:8
182:9 191:18
192:14 199:14
256:9 279:21,25
284:7 286:23
289:22 291:12
296:22 299:2
**fairly**  59:13
**fall**  81:20 121:20
245:3
**familiar**  167:19
201:18
**far**  75:23 88:7
90:9 92:23 101:12
129:16 132:2,8
**farms**  15:19
**farolino**  3:20 5:11
11:4,4 273:5,12,13
273:23 274:3,8,11
274:21,22 287:11
288:20 289:6,16
292:8 294:13
295:20 296:3,13
297:5,10,22 298:5
298:23 299:11
**fast**  168:19 178:13
299:19
**fate**  60:5
**favor**  299:21
**fedder**  2:9 5:6
10:11,11 53:7,11
87:25 88:2,23

95:1,8,9 96:2
97:11,17,22
101:25 170:6,13
187:7 218:13
222:6 267:24
268:4,7 272:12
316:8,12,23 317:1
317:18 319:7
**fedder's**  113:15
**federal**  15:4
**feel**  114:7 242:9
**fellow**  24:10
**felt**  75:22
**fender**  167:7
**fertilizer**  44:24
45:3
**field**  33:2
**fields**  119:7,12,23
**figure**  35:3 285:6
**figured**  17:17
**figures**  52:14,16
**file**  21:14,15,20
76:10,12
**filed**  9:18 31:22
**files**  16:8
**fill**  246:7
**filtering**  139:18
**filters**  116:11
162:25 166:25
169:6 281:25
**fim**  202:11,14
203:2,4 204:11
205:24 208:9,12
209:24 210:9,11
212:17,20 213:7,9
213:17 214:25
215:25 216:19,20
218:5,24 219:22
220:5 224:24
225:2 226:4
228:11

**final**  228:11
261:16 299:1
**finally**  45:14
**financially**  10:3
**find**  19:7 61:3
65:17 85:25 90:5
92:6,19,20 106:12
109:8 112:15
122:19 154:22
157:5 167:13,22
174:23 175:2
183:6 213:5 238:9
259:23 269:19
294:4 321:11
**finding**  77:13
117:14 268:18
**findings**  211:14
**fine**  12:18,19
75:20 78:13
170:15 220:14
228:17
**finish**  222:20
265:11
**finished**  279:6
**finishing**  184:9
202:6
**finley**  137:19,25
138:13 187:17,21
187:22 188:12
**finley's**  137:6
**fire**  160:11 161:25
207:14
**fired**  202:5
**fires**  206:1,23,23
**firm**  16:10,17,18
16:20 20:21,24
32:5 191:9 231:5
311:20
**first**  3:14 11:20
27:24 36:7 37:9
38:17 40:16 42:3

43:24,24 46:22
66:25 73:16 74:13
76:13 104:11
109:9 113:10
117:24 120:20
121:6 122:22
130:5 132:5
150:23 158:25
160:15 176:23
181:15 183:17
199:20 202:12
203:4 208:11
223:2 233:21
236:4 239:19
255:23 260:10,17
267:4 270:1,3
276:21,22 280:24
281:13 300:24
301:13,21 307:22
308:1 310:14
311:19
**fit**  73:19 86:9,18
212:23 312:3,7
**fits**  86:2
**five**  152:25 154:1
222:21 282:8
308:22 309:8,10
**flat**  265:15
**flip**  54:1 224:19
**flippant**  196:15
**floor**  3:4
**fluid**  152:4 160:7
160:18 161:7
162:3 165:5,12
215:1 216:6
219:23 223:17
**fluids**  162:9,10
163:11 205:16
209:25 216:9
256:25 259:2,11
292:21 294:12,16

**fly** 6:19 105:14
109:1,24 110:1,2,5
112:19,22 113:7
113:12 115:3,5,15
122:24 123:8
125:8 126:13
127:8,17 128:10
129:5,12 131:19
133:6 134:9
136:15 137:2,19
137:20,25 138:5,8
138:22 139:7
141:4,18 142:18
143:20 146:3,4,5
146:12,16 147:4
158:19,20 187:25
**focus** 132:11
158:22 291:7
**focusing** 159:7
**folks** 97:18
**follow** 26:8 244:18
269:1,8
**followed** 17:14
**following** 27:18
30:16 145:25
149:22
**follows** 11:21
**fool** 255:19
**force** 118:10
180:24 202:3
**foregoing** 322:13
323:18
**forget** 311:5
**forklift** 56:2
**form** 113:3 190:8
214:20 260:23
261:2,20 269:14
**formation** 21:2
108:3 114:16
115:20

**formatting** 76:5
**formed** 69:22
261:24
**former** 192:11
249:3 275:20
**forming** 189:15
**forms** 71:8
**formulated** 194:3
**formulating** 22:9
**formulations**
315:5
**fortunately** 222:4
**forward** 38:2
276:4 321:15
**found** 22:24 25:11
27:23 74:25
128:10 130:16
131:20 232:14
307:4,4
**four** 119:16
151:10,16,19,23
282:8,19 315:12
**fourth** 2:9 42:4
53:1,20
**fraction** 160:6,17
160:19 161:6
**frame** 203:12
211:1 255:17
**franklin** 3:6 6:24
7:2 10:16 188:22
188:23 189:13,17
190:10,12 192:2,7
192:12,16 193:15
193:19 194:2,8,23
194:25 195:4
196:8 197:6,12
198:9,24 199:3,7
199:15 202:19,23
203:20 204:5,18
204:24 205:3
206:11,16 212:11

212:13 213:2
214:18 215:15
216:15 224:2
225:15,24 227:16
243:25 244:3
319:3
**frankly** 232:15
**franzetti** 2:14
**free** 322:14 323:20
**frequency** 157:11
159:9 189:6,14,16
190:9
**fresh** 102:22
**front** 67:6 88:14
90:6 189:20 190:5
227:8 230:24
237:10 263:10
**fuel** 244:24,24
**fuels** 58:12
**full** 29:20 43:24
63:15 107:18
119:4 122:23
130:5 181:15
183:17 281:13
**fuller's** 156:20,24
157:6,9
**fully** 270:10
**function** 143:10
221:18
**functions** 160:11
161:24
**fundamentally**
137:16
**further** 100:2
188:10 195:24
196:3,4 217:22
254:3 273:1 279:3
299:12 307:12
317:20

**g**

**g** 13:22
**gained** 277:2
**gale** 2:15 11:10,10
**gallon** 169:10
181:18
**gallons** 152:3
173:10,11,12
178:2
**game** 196:18
**garage** 16:8
163:18 164:10,19
164:25 165:25
166:4,18 167:3
291:18 292:3,3,11
294:12,16,20
295:18,22
**gas** 67:22 68:14
178:9,16 245:3
261:25 291:20
**gases** 69:4
**gasoline** 205:17
206:5,9 216:3
**general** 21:6 33:1
75:13 107:1 108:3
116:3 148:13
162:11 180:14
233:17 234:3
250:23 267:10
281:3 291:4,10
304:7
**generally** 50:6,17
61:12 115:4 117:3
125:1 128:21
130:9 134:14
146:5 148:13,16
154:7 157:16
158:7 160:6,17
164:8 246:2
277:17,19 279:23
280:6 312:25

**generate** 75:25
195:18,21 221:3
225:22 226:1,9
239:15,17 261:3
292:3,12
**generated** 40:22
74:15 79:9,16
107:21 154:2
157:21 163:17
164:12 171:2
172:11 175:14
176:19 179:12
184:16 186:8
195:16 197:6,11
198:23 199:15
208:12 212:11
214:25 219:22
225:2 226:4
230:22 239:10
251:6 252:9
259:17,18 262:7
263:15,20 264:5
264:24 265:15,19
265:25 280:20,25
284:10,18,20
285:14,16,24
290:22 291:19,24
292:16 293:1,4,21
294:6,12,16,25
295:4,8,16,18,23
300:2 302:23
311:21 313:1
314:15,20
**generating** 72:21
112:20,23 116:19
225:12,16
**generation** 29:22
88:11 103:16
112:19 118:10
150:14 172:25
202:2,4 273:17

277:13
**generator** 313:10
313:11,16 314:23
314:24
**generators** 74:8,8
74:9,13 312:17,17
312:18
**geological** 125:10
**georgia** 6:3 43:3
43:13 45:21
**gerken** 2:21 11:12
11:12
**getting** 205:22
216:11 219:15
316:23
**ghd** 76:20,23
77:17,18,24
**give** 14:9 85:8
98:14 105:6
115:10 194:6
196:12 209:12
236:12 243:6,11
273:8
**given** 77:12
104:23,24 105:20
107:8 124:23
126:18,23 172:15
182:5 230:4 277:3
287:18 307:9,11
320:10
**gives** 44:12 184:1
**giving** 33:1 51:3
101:4 215:19
237:7 292:25
**glass** 208:13,20
209:3,8,17 215:2
219:24 223:11
**glenn** 16:13,15
**globally** 118:10
**glutens** 199:17

**glycol** 216:2
**go** 9:13 12:7 30:5
30:15,17 34:8
38:2,6 48:14 60:6
69:2 70:24 73:2
75:23 79:6 83:4
86:11,23 88:22
89:8 92:21 94:20
102:23 104:6
106:23 107:16
109:4 112:4,7
117:13 118:9
122:22 125:2
130:22 131:18
138:22 142:24
147:14 149:6
160:3,4 170:23
174:23 176:16
177:25 179:9
190:4,5 196:4
200:13 201:17
205:25 206:22
210:9 213:14
222:14 223:1,24
231:25 233:14
239:19 240:11,17
241:4 252:4
259:14 261:12
264:16 265:23
266:11 273:4
280:18 283:13
285:2 288:16
289:3,14 292:1
295:14 297:8
298:20 299:6
302:9,14 308:2
309:5,13,25
312:14 313:14
314:1
**goes** 44:17 67:22
68:17 106:18

111:3 200:20
266:9 298:19
**going** 12:22 26:5
33:24 38:2,9
41:19 51:14 52:17
55:11,20 62:1
67:15 70:14 73:12
76:14 88:8,8 90:2
92:20 95:12,19
98:14 100:2
101:25 102:18
105:1 110:19
111:16 117:25
118:1,24 149:21
158:6 164:5
176:21 177:23
184:6 186:18
188:14 189:15
190:4,5,8 198:20
199:19 207:7,11
208:24 214:20
222:15 235:12
237:19 244:18
245:9 246:11
258:17 268:8,23
269:1,8 270:21
272:5 274:24
275:25 277:18
297:11,13 298:14
308:23 315:21
**good** 9:4 44:17
45:8 74:25 88:1
102:16 103:3
112:15 122:18
153:17 196:14
228:24 248:4
266:18 276:10
277:7 308:22
309:25 320:4
**gotten** 86:21

**gradient** 10:14
**gram** 47:18
**grant** 306:9
**grasp** 220:24
**gratis** 243:6,9
**grease** 239:10,16
  303:10
**great** 54:14 187:12
  222:22
**greater** 46:9,9
  179:2 180:3
  182:18 313:16
**grillot** 39:10 42:5
  253:11,12,13,13
  253:14 283:18
  286:21 288:8,8,12
  306:4
**grocery** 3:17
  10:20 248:6
**ground** 168:14
  234:10 235:6
  236:9 237:6,9
  238:15 239:4
  240:12 242:6
**groundwater**
  26:24,25 141:14
  141:19,20 146:14
  243:4 244:15,17
  244:20 270:7
**group** 3:23 7:13
  11:5 224:5 260:2
  273:13,19 274:23
  276:2 290:5
**growing** 241:10
**grown** 241:13
**growth** 44:1 45:10
  240:21
**guess** 26:10 64:13
  122:8 148:18
  182:3 192:25
  208:21 216:11

  248:20 255:21
  264:8 265:14,18
  267:12
**guessed** 207:9
**gun** 155:4 167:19
  167:20,21,23
  168:2,8,12,18,23

**h**

**h** 1:11 2:20 5:4,16
  273:20 300:3
  321:8 322:4,9
  323:4,13 324:20
**half** 54:2
**hand** 12:23 43:2
  46:25 196:13
  256:7 276:21,22
  320:12
**handed** 136:24
  145:3 172:22
  230:13
**handful** 301:11
**handing** 103:9
  197:5
**handled** 208:5
**handles** 116:10
**handwritten**
  19:22
**hanna** 3:8 5:9
  10:17,17 187:9
  228:23,25 230:20
  231:22,25 232:13
  235:19,22 240:24
  241:5 247:9,22
  272:14 309:2
  317:12 319:5
**happen** 69:12
**happened** 260:14
  268:24
**happening** 33:2
**happy** 94:20

**hard** 126:19
  144:20 196:18
**harm** 111:12
  136:10,13
**harmful** 109:13
  110:10,21 111:8
**harris** 16:13,16
**hauled** 37:21
  49:11 79:7,12
  80:10,13,25 81:14
  194:9 283:3,10
**hauler** 283:3
**haulers** 283:11
**hayes** 180:17,25
  181:10,12
**hazardous** 6:18
  7:17 15:7,9 19:7
  19:11,12 39:20,21
  39:23,23,25 40:1,4
  41:1 42:21 63:11
  63:17 64:5,7,12,16
  64:18 65:8 68:7
  70:11,12,25 72:7
  72:25 73:1 79:16
  84:2 97:8 100:20
  100:22 108:9
  109:11,18,20,24
  110:3,3,6,9 111:22
  120:14 127:18,20
  127:23 128:14
  129:5,9,13,18,20
  129:22 135:14,18
  135:19 136:2,7,16
  137:2 138:3,4,23
  139:5,7,24 140:7
  148:5 149:10
  150:15 154:25
  157:23 158:16
  159:14 163:5
  169:18 173:16
  195:5,23 199:22

  200:6 215:3 216:1
  216:20 219:25
  220:7 223:3,8,13
  228:8 241:13,18
  245:4 246:2
  248:22 251:25
  252:12,15,24
  253:1,4,24 254:1,6
  254:12,19 255:6
  258:6 285:4,15,19
  287:3 299:23
  300:4 302:25
  304:8,12,21 305:2
  305:9 307:8,18,24
  308:8,14
**head** 229:8
**headed** 89:8
**header** 132:21
  145:8 147:10,15
**heading** 32:25
  34:3 76:8,14
**health** 109:14
  110:11 111:12
  136:11,11 138:11
  145:9
**hear** 85:17 113:18
  187:19 310:8
**heard** 167:21
  168:13 247:5
**heart** 187:9
**heat** 60:9
**heavy** 45:16
  120:15 163:3
  216:2 241:21
**held** 9:22 199:25
  217:16 232:6
  274:17
**help** 194:5
**helped** 23:1,4
  232:20

**helpful** 83:6
**herald** 275:15,22
  276:7
**hexachlorophene**
  32:17
**hey** 299:20
**high** 131:9,11
  152:5 160:8
  161:22 211:2
**higher** 128:21
  130:16 313:16
**highly** 41:11 68:9
  71:11 125:1
  215:25
**hired** 16:11 20:14
  32:11 230:7
**historical** 108:4
  116:16 118:4
  196:8 202:18,22
  206:8 216:14
**historically** 131:5
**history** 14:2
**hit** 175:23
**hobart** 1:3 6:22
  9:17 171:25 172:7
  172:25 173:16
  174:2 175:8,9,14
  178:1,20 179:10
  180:6,24 182:10
  321:6 322:3 323:3
**hobart's** 174:8
  178:24 179:1
  180:2,11
**hold** 24:16 85:14
  169:3 271:3
  299:14
**hollaender** 1:13
  2:3
**hollister** 4:2
**hope** 172:16
  250:20

**horace** 288:9
**horizontal** 119:18
**hosed** 165:21
**hospitals** 160:11
  161:25
**hour** 102:24 103:3
  229:4
**hours** 12:5,8 17:16
  139:17
**household** 53:15
**huffman** 173:6,17
  175:3
**huge** 91:7 129:12
**huh** 217:20
**hum** 47:23 90:23
  98:24 99:6 104:8
  160:15 188:1
**human** 136:11
  138:11
**humans** 109:14
  110:11,21 111:8
**hundred** 47:18,19
**hutchins** 123:19
  124:4,15 127:14
  128:20 132:5
**hydraulic** 209:25
  215:1 216:6
  219:23 223:17
**hydraulically**
  203:9
**hydrocarbon**
  278:22
**hydrocarbons**
  100:1 225:4 226:6
  261:19 262:9
  263:16,20 265:17
  266:1 291:20
  295:17,19,24
  299:10 314:16,21
  315:3

**hydrogeologically**
  143:22 144:5
  145:17
**hypo** 95:20
**hypotheticals**
  169:14

**i**

**idea** 84:1 196:14
  312:10
**identification** 9:2
  13:1 43:8,15
  51:18 58:2 82:16
  87:18 97:15 103:6
  136:21 144:25
  172:19 197:2
  226:21 230:18
  235:17 250:14
  274:6 301:4 316:1
  316:19 317:10,16
**identified** 58:6
  108:7 111:6,20
  132:25 133:14
  134:20 152:15
  153:25 154:17
  158:23 159:8
  162:6,14 163:16
  178:3 181:25
  182:7,19 183:3,17
  198:23 222:25
  232:24 252:15
  288:24
**identifies** 145:8
**identify** 83:5 92:1
  150:14 178:1
  200:17 215:18
  223:16
**if's** 295:7
**ignoring** 214:6
**illinois** 2:16
**illustrating** 116:7

**immediate** 71:13
**immediately**
  145:25 168:15
  176:25
**impact** 95:25
  96:13,25 97:6
  99:9
**implicated** 311:23
**implication** 207:3
**imply** 212:22
**implying** 212:19
  292:25
**importance** 299:9
**important** 123:6
  160:9 161:22
  256:11
**impossible** 318:9
**impoundments**
  129:14 139:22
**impractical**
  129:15
**impression** 110:22
  166:8 168:16
  179:15
**improper** 318:23
  318:24,25
**impurities** 130:25
**inaccurate** 37:15
  140:15
**incident** 92:24
**incinerated** 94:10
**incineration** 63:5
  63:8,9 65:9
**incinerator** 96:23
  97:3,4,8
**incinerators** 59:14
  60:1,13,15,18,25
  61:19 63:10,11,16
  68:8,12 70:10,11
  70:13 209:5

include  89:22
  118:16 123:6
  127:14,25 165:11
  218:9 281:3 288:7
  306:15
included  93:4
  118:22 128:7
  163:7 170:25
  171:8 173:18
  174:8 178:19
  181:7 205:16
  223:19,20 224:24
  257:1 303:5,15
  305:25 321:13
includes  186:16
  272:15 278:13
including  118:6
  163:21 167:11
  221:12 318:5
inclusion  164:17
income  221:3
incomplete  60:15
  65:19 66:9 69:23
  72:1
inconsistencies
  253:17
incorporated
  245:7 323:12
incorrect  70:22
incorrectly  98:16
increase  48:24
  141:13
increased  57:20
increases  48:25
independent
  142:17 219:7
  249:7
indicate  132:17
  133:8 202:17
  210:15

indicated  25:4
  72:1 77:21 109:1
  133:9 159:11
  261:2 276:13
  293:25 295:10
  302:18 303:8
  320:6
indicates  280:11
indicating  321:13
indication  125:4
indicator  127:11
individuals  105:13
industrial  16:22
  31:20 53:17 80:19
  107:23 237:23
industries  21:2,13
  31:25 114:16
  116:8,23 175:14
  177:11 201:13,15
industry  56:19
  116:18 198:6,7
  201:1,7,16,16,20
  204:23 206:19
  211:14 249:12
  251:3 276:15
  279:22 292:10
  310:16,20
infer  117:21
inference  127:12
  161:1 205:10,12
  211:13
inferences  151:22
  243:20
inferring  238:16
information  21:7
  22:22 34:10 43:20
  44:8 77:13,15
  86:20 87:4 104:17
  104:22 105:7,21
  107:11,12 112:5,7
  112:10 114:6,14

114:15 115:20
  117:5 122:13
  143:10 151:15
  160:25 164:8
  176:22 180:19
  181:11 186:5
  187:19 211:22
  212:13 213:4
  214:11 249:7
  250:24 259:6,8
  264:7 277:6,25
  280:10 296:9,18
  296:19 297:25
  298:22 306:17,18
  306:20,24 307:1
  312:15 313:2
  314:5
infrequently
  234:4,8,17
initial  270:4
  305:25
initially  198:20
ink  248:18,22
  252:16,20,20
  254:5 261:17
  279:11,16,23
  280:3,7,12,15
  281:5 282:9,21,23
  283:3,23 285:15
inks  255:12
  277:22 278:6,10
  278:18 279:6
  282:16 285:12
  291:14
innards  155:18
insignificant  299:3
  299:6
instance  21:8
  23:15 46:6 115:11
instances  166:15

institute  125:9
instruct  27:16
  268:23 270:21
  318:9,16
instructed  192:25
insulators  159:2
integrity  127:2
  134:4
intelligible  23:2
intend  83:24 84:3
  87:2 121:8 151:18
intended  100:25
intent  122:25
interaction  275:9
interest  149:23
  176:24
interested  10:3
  60:13 320:11
interference  9:11
internationally
  200:7
interpretation
  96:10 146:16
interpretations
  75:22
interrogatories
  105:10
interviewed
  192:10
intruding  256:15
intrusion  75:7
  77:3 78:25 79:17
  82:3 88:16,25
  90:22,23 91:24
  98:8,23 99:13,15
  99:19 100:4,16
  170:19 171:20
  175:13,25 176:10
  176:20 177:23
  178:10,16,24
  180:2,11,18 181:2

182:16,16 186:7
190:16 237:11
241:25 256:12
266:3,6 289:19,23
291:8 311:15,24
312:3
**intrusions** 242:3
**investigation**
211:14
**investigations**
77:11
**involve** 257:10
**involved** 14:9
15:14,15 18:8
21:9,11,12 96:4
100:3 113:20
198:16,16 298:9
298:10
**involvement** 250:2
**involves** 210:8
314:3
**involving** 14:25
30:2 230:2,10
248:18
**iron** 3:6 6:25 7:3
10:16 188:22,23
189:13,17 190:10
190:12 192:2,7,12
192:16 193:15,19
194:2,8,23 195:1,4
196:9 197:7,12
198:9,24 199:3,7
199:15 202:23
203:20 204:5,18
204:24 205:3
206:11,16 212:11
212:14 214:18
215:15 216:15
224:2 225:15,24
227:16 319:3

**iron's** 202:19
213:2
**issue** 17:7,10
77:17,19 84:2
91:6 129:22 249:1
286:16 307:15,17
311:6
**issued** 270:4
308:12 311:7
**issues** 21:1 25:5
55:9 82:3 178:17
**issuing** 256:4
**it'll** 103:3
**item** 155:17
**items** 154:8,12,17
163:22,25 164:17
220:20 223:15,19
240:15
**iterations** 314:3
**iwd** 80:19
**izzy** 283:4

**j**

**j** 3:3,8,14 13:22
38:21
**j.h.** 137:2 300:5
**jackson** 4:10
**jane** 2:9 10:11
88:2
**jennifer** 2:14 10:9
55:13 104:7
**jersey** 17:15 54:20
**jersey's** 54:21
**jfedder** 2:11
**jhe** 13:25
**jn** 2:17
**job** 35:3
**jobs** 166:13,14
**joe** 4:16
**join** 204:15 272:12
272:13

**joined** 203:20
204:1 205:24
**joins** 319:2,4,6,7
**jordan** 212:16
**jordan's** 212:18
**journal** 112:16
275:15,22 276:7
**journals** 112:16
191:3
**judgment** 131:13
131:15 193:7
**judgments** 177:8
214:12
**july** 29:15 103:17
117:25 137:3,22
153:19 170:20
172:24 178:19
197:7 230:22
247:13 269:24
273:6,20 277:12
300:3,6 304:22
305:16,23 306:4
306:12 307:21
**jump** 35:10 253:6
255:10 277:16
284:4
**june** 174:2
**jurgen** 1:11 5:4
8:1,4,6 9:15 11:19
13:20 273:20
300:3 316:16
321:8 322:4,9
323:4,13 324:20

**k**

**kariher** 67:25
**kcovi** 3:16
**keep** 21:14 46:18
46:20 52:17 88:14
149:21 222:15
308:22

**kelsey** 180:17,25
181:10,12
**kemp** 4:9 5:13
11:8,8 308:21
309:25 310:5,6
313:17 314:7
315:9
**kendrick** 4:9
**kerosene** 257:1
281:24 282:3
291:14
**kilogram** 47:6,13
48:17 53:3 132:23
133:1,10
**kin** 320:10
**kind** 28:22 31:3
46:4 70:2 91:14
116:25 117:5,19
118:4 164:10
167:2 168:22
169:1 171:19
179:11 181:5
195:20,21 207:9
210:8 262:3,6
313:23
**kinds** 105:7
113:11 115:12,15
116:13,16 164:9
166:3,18 168:18
**knew** 95:18
118:20 138:14
**know** 14:11,11,14
24:1 35:23 36:3
36:25 37:20 39:13
45:4 59:4 60:2,8
61:12 69:12 71:10
74:24 75:24 78:12
78:14 82:24 86:19
87:1 89:4 98:15
99:19 104:5 115:8
119:15,22 122:15

130:3 135:1,5,9
141:24 142:7
144:10,19 160:18
165:7,10,20,24
167:2,3,6 168:16
168:22,25 169:14
174:14 177:1
179:16,24 180:1
189:1 190:7,7
196:6 197:19
211:5 212:2 227:3
229:5,19 231:19
244:15 248:7
249:22 251:5
256:2 258:13
259:19 260:7,16
266:12 267:8
271:17 285:8
293:5,19 298:8
301:24 306:2
313:7
**knowing** 313:4
**knowledge** 108:2
192:15 204:14
249:7 276:22,22
276:23 277:1
**knowledgeable**
255:1
**known** 125:7
**knows** 168:20
**kratz** 3:13
**kris** 10:19 248:5
**kristen** 2:15 11:10
**kristopher** 3:14

**l**

**l** 42:5 101:7 107:9
108:7 120:4,13,25
121:8,9,13 122:17
122:24 123:8,15
123:16 128:15,17
129:19 131:4

134:8 137:20
139:15 141:25
142:8 146:5,16
147:15,24 148:9
148:23 149:8,17
150:7,21 152:4
154:2 158:8 161:3
161:8,12 162:7,13
162:24 166:4
186:16 319:2
**l's** 118:25 121:23
127:8 131:16
133:6 134:13
137:6 141:4
**lab** 91:1,7,12,13
92:15 93:11 94:8
94:13,14,14,22,24
95:15 100:12
126:7
**laboratory** 88:12
89:10,16,21 90:15
93:7,18 94:19
234:9 235:5,10
236:8,18 238:18
239:2 243:14,18
243:22
**lack** 254:10,17
312:15
**lagoons** 113:5
**landfill** 33:23,25
46:15 141:10
142:19,22,25
158:12 162:16
173:9 202:20
245:17 246:18
261:25 301:17
302:7,19 306:6
**landfilling** 33:3
**landfills** 129:14
139:22 201:20
209:6 261:24

**langsam** 1:12 2:2
9:23 20:20,24
21:22 311:20
**language** 23:3
203:18
**large** 105:13
120:12,21 292:20
302:23
**larry** 12:12 270:15
**lasalle** 2:15
**lastly** 72:5
**late** 84:17 104:15
229:4
**law** 16:10,17,18,19
19:6 20:20,23
32:5 191:9 231:5
**law.com** 2:6 4:11
**lawsuit** 175:21
182:13 248:7
**lawyer** 19:4
**lawyers** 142:24
257:13
**leach** 135:17
141:19 245:22,25
**leachability** 46:8
128:4
**leachate** 124:3,5,7
124:9,14 125:12
125:24 126:6
127:8,15,19
128:11 129:2,4
140:17,18 141:7
141:25
**leachates** 123:23
126:13 130:9
**leaches** 139:9
246:1
**leaching** 128:16
128:17 129:1,6,21
131:18 137:13
139:4,8,21,25

140:10 141:3,9,12
142:14 246:12
305:13
**lead** 120:16
132:12 163:4
169:18 170:2
213:1 215:4 216:3
220:1 283:9
**learn** 125:12
269:16
**learned** 251:2
**learning** 86:25
**leave** 272:23
**leaves** 94:19
**led** 175:18 193:23
**left** 101:19 153:18
155:23 309:4
**leftover** 76:9
**legal** 1:23 19:11
321:1 324:1
**letter** 6:1 20:20
22:16 145:7
146:25 321:19
**level** 130:16
131:22 132:16
134:13 135:2,6
**levels** 50:8,10
54:16,17,21 55:1
130:10 146:18
**liability** 298:15
**lift** 212:17
**light** 1:6 2:24 6:15
9:18 10:22 11:13
12:11 102:18
103:16 104:12,18
105:12 108:21
110:20 111:7
118:17 150:2
153:20 164:25
272:17 321:6
322:3 323:3

**light's** 8:2
**likewise** 111:10
**lime** 44:13
**limit** 157:4 265:2
**limitation** 186:4
**limitations** 178:22
**limited** 69:3 91:12
  162:9 175:19,20
  180:19 181:12
  182:11 201:12
  220:22 254:2
**limiting** 244:12
**line** 8:11,12 36:7
  38:17,20 42:4
  260:17,18 313:18
  321:13 323:7
  324:3
**lines** 29:20 130:6
  160:4 282:8,19
**link** 206:9
**linseed** 261:18
**liquid** 128:18
  139:16 172:13
  174:3 242:16
**liquids** 155:21
**list** 73:25 90:7,10
  90:13 91:3,25
  92:23 93:1,5 98:1
  98:2,4,8,12,17,18
  100:14 109:20
  110:23 111:2
  163:16,22 164:18
  173:19 175:18
  176:25 252:7,23
  285:4 290:19,21
  293:24
**listed** 18:7 73:3
  91:23 92:16 99:11
  100:10 105:4
  110:1 126:21
  173:16 176:6

184:25 185:1
  234:23 243:5
  285:18 303:1
  323:7,17
**listened** 24:7
  26:17 269:24
**listing** 21:21 323:7
**liter** 126:22,24
**literature** 108:3,6
  111:19,25 112:1,3
  112:12,14 117:9
  117:19 118:20
  177:7 277:6
  305:15
**litigation** 258:12
  258:24
**little** 12:6 68:18
  137:14 155:1
  174:21 178:12
  188:24 196:1,15
  202:16 216:24
  254:3 264:6
  267:25 290:20,21
**llc** 2:12 3:2,18 4:7
  10:12 88:3
**llp** 2:3,14,20 3:8
  4:2,9
**load** 17:14 39:1
  251:9
**loads** 38:22
**local** 33:9 209:6
**located** 9:23
  161:16 264:21
**location** 97:4
  143:22 145:17
  161:10 212:20
  256:11,18 257:15
  264:25
**locations** 76:17
**logical** 221:9,15

**logs** 251:12
**long** 92:17 112:25
  130:2 200:15
  308:4
**longer** 12:6 95:2
**look** 16:9 21:11
  22:22 30:6,8
  33:20 35:2 49:24
  52:5 53:1 54:24
  55:11 62:2,3
  91:17 98:15
  107:17 112:22
  115:19,23 117:23
  125:23 130:5
  132:4,15 133:8
  135:10 140:9
  141:3 145:12
  158:21 169:16
  170:17 171:19
  174:21 176:18
  177:6 181:13
  182:4 193:12
  212:6 217:12
  219:10 224:11
  227:9 235:14
  242:8 243:12
  244:22 256:22
  260:1 267:9 277:8
  277:18,18 278:4
  280:9 284:17
  289:18 290:9
  293:16,19 298:24
  301:20 302:21
  307:17
**looked** 33:10
  69:25 112:2
  130:18 171:15
  307:12 313:4
**looking** 28:7 43:23
  51:24 63:13 70:9
  80:2 93:20 112:14

116:16 128:22
  132:22 173:4
  278:16 285:7,22
  286:5,9,9,18 290:9
  291:17 293:18
  307:9 314:13
**looks** 19:1 103:21
**loop** 4:9
**loose** 243:23
**lost** 226:2 249:23
**lot** 116:22 134:2
  164:5 169:6,7
  280:3 315:3
**lots** 298:10
**louis** 2:10
**louisiana** 30:3
**low** 45:17
**lower** 59:2,25 60:2
  60:24 133:13
  134:14,19 146:5
  146:20 299:9
**lpa** 3:19
**lssh** 2:6 34:11
  107:20 197:17
**lubricating** 292:21
**lumber** 55:25
**lunch** 152:24
  153:10
**lunches** 303:18
**lutes** 66:6 67:24

**m**

**m** 36:9 97:20
**machine** 172:11
  172:14 320:8
**machinery** 209:24
  210:8
**macronutrients**
  45:8
**madam** 321:10
**magazines** 252:11
  265:1,4,5 276:18

[magnesium - meant]                                                              Page 30

magnesium   44:19
  47:21
magnitude   132:7
mail   6:2 12:13,14
  222:10
mails   12:10
main   3:9,20
maintenance
  159:1 166:18
major   43:25 66:12
  75:15 313:6
making   34:12 37:4
  40:5 41:6 42:9
  56:13 60:19 61:6
  64:17 66:15 69:17
  79:19 81:4 93:2
  114:8 195:25
  214:12 238:24
  265:1,4,5
man   164:21
management   2:18
  5:22 7:24 10:10
  11:11 29:10,17
  31:14,16,20 36:17
  36:23 37:1,20
  43:16 49:10 72:21
  78:6,17,21 79:3,11
  79:14,20 80:5,9
  107:23 108:4
  316:15
management's
  93:25
manganese   120:17
  132:13 133:20
manifest   185:23
manifests   258:6
  258:21
manner   33:11
manufacture
  32:17

manufacturers
  279:15
manufacturing
  21:10 173:7 174:9
  180:6 305:14
  310:15,20
maps   52:12
march   101:14
  237:2
mark   2:4 10:25
  12:14 26:13 27:21
  29:8 43:5 51:14
  82:12 97:11
  144:22 170:5,15
  220:12 222:12
  230:14 235:13
  315:17,21 317:5,6
marked   8:9 9:2
  13:1 17:22 20:16
  43:8,11 51:18
  57:11 58:2,5
  82:16 87:18 97:15
  103:6,10 136:21
  136:25 144:25
  145:4 170:18
  172:19,23 196:20
  197:2 226:21
  227:7,14 230:18
  235:17 250:14
  274:6 277:9 301:4
  316:1,19 317:10
  317:16
market   1:13,24
  2:4 9:23 15:3
marking   316:9
mary   22:17
maryland   235:9
  236:16,17 237:13
material   93:17
  105:3 128:14
  139:17 154:22,24

156:8 184:4 192:6
  195:9 208:5 209:4
  213:16 221:11
  222:25 241:18,24
materials   15:9,12
  21:15,21 37:2
  39:6,24 64:19
  72:25 78:23 79:7
  94:9 96:5,15
  139:9 156:2 163:2
  163:6 171:2,9,21
  206:3,15,25
  208:21 209:19
  220:7 223:16
  240:3 241:17
  242:6 252:1,16
  261:20 262:12
  278:9 283:10
  284:1,14,18
  290:20 293:1,4,8
  293:21,24 294:25
  297:1
mathematics
  84:19
matt   11:8 308:21
  310:6
matter   9:17 26:3
  73:4 101:10,21
  105:8 196:22
  274:24 276:2
  284:10
matters   18:7,10
matthew   4:9
maximum   131:22
mcavey   1:15 10:1
mcc   40:17,20,25
  41:11
mccall   7:10 39:12
  248:25 249:3
  251:10,13,17,21
  254:5,11,25 255:6

259:10 260:13
  262:7 263:25
  264:12,21 265:15
  268:20 275:20
mccall's   40:18
  79:8 81:17 248:8
  249:8,11 250:1,3,9
  251:5,25 252:8,21
  253:20,23 254:19
  255:12,16,25
  256:5,19 257:23
  259:3 261:8
  263:15 264:3,19
  264:21 265:5
  267:19 270:18,25
  275:5
mcgrath   3:13
mcgrathnorth.com
  3:16
mcl   131:22
mean   31:3,13
  72:20 92:13 98:9
  124:25 133:12,25
  144:6 167:3
  171:10 207:10
  208:16 210:7
  214:11 233:21
  239:14 249:21
  256:14 258:16
  259:21,22 262:23
  267:20 271:4,6
  294:23
meaning   105:17
  226:4 244:1 276:6
means   75:1,3
  139:14,15 241:15
  287:1 313:8
meant   123:12,13
  144:11,15 188:3
  225:7,10 226:8
  260:9 262:24

measured 65:20
66:9
media 3:23 7:12
9:14 11:5 259:24
260:2,13 273:6,13
273:19 274:23
276:1,3,6,23
277:13 280:12
281:19 283:4
284:18,24 285:24
286:2 287:19
288:1,13,23,24
289:8 290:5,14
291:24 292:2
293:2,4,22 294:20
294:25 295:3,8
297:2
media's 284:9,21
285:8 286:12
287:2 290:22
291:3 292:15
294:15 295:22
296:8
medium 136:1
meeting 26:1
268:15,15,17,24
269:21,22,23,25
270:3,12,16,19,22
271:5,12
meetings 24:5,15
24:18 271:12
318:15,18
meets 129:6
139:23
memorialized
12:10
memory 124:18
mention 22:16
mentioned 14:6
23:21 26:16 34:6
49:16 67:24 69:20

71:23 81:18 82:5
99:5 105:20
113:14 257:23
275:11 276:1
286:19 308:5
mere 204:7,19
met 88:1 101:18
122:25 123:9
metal 3:6 6:25 7:3
10:16 45:16 48:24
53:13 124:8 130:7
130:8 134:13
146:3,17 157:17
174:9 184:9
188:22 189:13,17
190:12 191:1,4,6
191:10,11,15
192:3,7 193:16,19
194:2,8 195:4
196:9 197:7,12,25
198:6,24 199:4,15
200:18 201:16,25
202:6,9,23 203:6,9
204:6,18,25 205:3
206:11,16 211:2
212:12,20 213:17
214:18 216:2
220:6,19,20,24,25
221:6,10,11,12,19
221:20 224:2
225:15,24 227:16
279:10 281:5
metal's 243:25
244:3
metals 42:24 46:8
55:2 60:8 120:15
137:21 138:1,5,9
141:6 142:1 163:3
195:6 241:21
245:7 246:1

methane 76:7,15
76:15 77:8,18,22
79:24 239:10,14
239:15,17 261:20
261:24 292:22
299:2
method 85:1
methodology
114:12,25 115:17
121:12 172:4
312:23
methods 131:1
methylene 89:23
184:10
michael 253:14
288:8
micrograms 48:16
micronutrients
45:9
microphones 9:9
mid 1:24
middle 31:9 33:7
63:14
midwest 321:17
324:1
migrate 256:16
migration 244:20
milligram 133:10
milligrams 47:6
47:12,18 48:1
53:3 126:22,23
132:23 133:1
mills 201:19
mind 101:4 150:19
303:18 313:19
minds 140:4
mine 23:3 217:7
218:12,13 220:4
mineral 155:13
156:11,12,14
261:18 278:21

minimis 155:6,9
minnich 69:7 70:1
minor 43:25 67:1
67:17
minute 71:15
92:21 222:21
232:1 273:9
minutes 152:25
299:18 308:22
309:1,8 315:12,12
315:13
miracle 36:9
mirade 36:9
miscellaneous
221:19
mischaracterizes
176:16 184:24
262:16 288:16
295:14 308:1
mischaracterizing
174:18
misrepresent
174:22
misrepresented
47:20,24
missing 182:2
232:14
missouri 2:10 17:1
misstates 143:7
mitigation 76:19
77:2 311:24
mkemp 4:11
modify 262:14
molecule 40:8
64:1,4,7,12 135:25
136:6,15
moment 63:19
151:2
moments 168:8
291:14

monitoring  141:19
141:20
mons  6:13
monsanto  6:10
88:3 89:8 97:20
98:13,25 100:25
101:23
monsanto's  88:12
montgomery
135:2 145:9 209:5
month  173:10,11
173:12 174:4
moore  98:6,18
moraine  143:21
morning  9:4 20:18
88:1,6 102:16
215:7 223:7 225:6
226:7
morris  282:16,20
287:23
motion  315:21
318:22,24
motor  210:25
281:5
move  208:8
214:23 264:12
272:10,21 289:17
299:19 301:9
moved  212:16
movement  244:17
moves  228:11
moving  202:2,11
210:23
mullin  3:13
multiple  128:1
240:2
multiply  47:9

**n**

n  5:1 13:22,22
97:20

name  9:24 13:18
15:17 16:10,12,14
38:3,4 88:2 93:8
102:17 188:21
228:24 248:5
274:22 310:6
321:6 322:3,4,15
323:3,4,21
named  22:17
names  13:21 24:12
27:2
narrative  99:17
118:4 151:3
national  3:14
native  23:3
naturally  42:17
73:4 134:24 135:1
135:5,12,16
146:18
nature  32:10,13
73:4 104:22 105:9
105:18 118:11
159:18 168:1,12
177:8
ncr  180:16,25
181:4,13,24
182:10 183:22
185:15,25 186:8
ncr's  182:15
near  32:7 52:6
60:17 160:10
161:24
nebraska  3:15
necessarily  139:20
139:24,25 140:16
141:8 258:17
necessary  12:6
need  14:12 26:11
44:1 56:23 170:15
186:18 196:5
197:20 222:8

265:7 315:20
needed  35:23 45:9
280:2
needs  50:5,15
neil  247:5
neither  100:15
217:6 320:10
never  28:25 86:21
138:8 164:19
191:3,18,23
248:21 286:11
311:5
new  17:15 31:25
54:20,21
news  275:14,22
276:7
newspaper  273:18
281:4
newspapers
264:19 275:11
276:8,19 281:15
283:22 285:14
290:5
nexus  34:13 91:14
121:9
nice  202:24
nickel  163:4 215:5
220:2
nijman  2:14,14
5:5 10:9,9 13:3,9
13:13,17 18:1,3
19:24 20:5,9,13
22:5,13,15 25:1,7
25:22 26:2,7,13,15
27:10,17,21,22
28:6,11,17,20
29:12 37:16,19
38:8,14 41:19,24
43:5,10 47:14,22
51:14,20 53:9,12
54:13 55:15 56:22

57:9 58:4 61:11
61:20 67:7 82:12
82:18 83:8,10,19
85:23 86:12 87:9
104:6,8 108:12
218:12,15 247:7
272:10,20 273:3
309:14 315:14
316:5,10,14
318:21 319:8
nijmanfranzetti....
2:17
nitrobenzenes
17:11
nodded  27:1 229:7
nodding  229:8
non  46:4 128:14
normal  60:1,24
61:19 63:10 68:11
north  3:13
notarized  321:14
notary  1:16 320:4
320:15 321:25
322:10,18 323:15
323:23 324:23
note  9:8 28:6
185:5 321:12
notebook  291:5
292:10
noted  71:3 185:6
notes  19:20,21,22
19:25 298:25
notice  1:12 7:21
7:25 8:3,5 315:19
316:10,15 317:5,7
317:13 320:5
noticing  10:8
noting  238:25
november  58:14
npk  44:25

**number**  5:18 9:20
  52:9,11 57:1,8
  61:1,4 62:4 65:18
  72:5 81:21 86:19
  88:9 102:3,10
  103:21 105:13
  107:18 116:6
  120:11 121:7
  132:11 145:7
  148:2,22,25 150:7
  150:7,21 153:8,15
  156:20 157:14
  158:22 159:17
  162:24 163:10,13
  166:22 167:10
  169:16 170:12,18
  172:23 175:20
  209:13 215:24
  216:12 226:15,25
  242:17 243:13
  266:20 267:1
  284:7 285:3,22
  289:7,19 293:16
  293:20,24 294:5
  302:22 303:17
  304:1 321:7,13
**numbers**  53:24
  54:4,7 147:20
  152:11,19 172:16
  186:14 323:7
**numerous**  287:18
  288:4

**o**

**o**  97:20 247:6
**object**  20:3 54:10
  95:20 104:25
  174:17 268:22
**objecting**  38:11
**objection**  25:20
  37:13 38:5 47:11
  67:4 86:10 106:21

143:6 149:5 155:8
176:15 182:20
183:11,12 184:23
185:19,20 186:9
189:18 204:20
240:16 241:3
254:20,21 259:13
261:11 262:15
263:4 264:14
266:9 270:20
287:9 288:15
289:2,13 291:25
295:13 296:1
298:2,18 299:5
302:8 307:25
313:13,25 318:8
318:24
**observations**
  201:4,10
**observed**  93:19
  118:7
**obtain**  22:23
**obtained**  43:20
  95:23 142:4 278:1
**obviously**  287:16
**occasionally**
  130:11
**occur**  244:13
**occurred**  207:15
  238:22,25 240:10
  244:7,10,13
**occurring**  42:17
  135:1,5,13,16
  146:18 206:3
  240:9
**occurs**  134:23
**october**  1:8 9:6
  20:15 320:12
  321:4
**offer**  149:20
  169:24 188:11

245:9 267:13
**offered**  185:14
**offering**  108:14
  111:5 120:24
  131:14 148:11
  149:16 150:8
  301:15 302:16
  303:4 304:5
**offhand**  190:8
**office**  252:11
  302:24 303:6,9,11
  303:13,16 304:3,4
  304:6
**offices**  1:12
**official**  88:19
  320:12 322:15
  323:21
**oh**  30:25 53:6
  67:13 85:15 88:21
  105:10 132:20
  188:8 189:22
  190:1 233:23
  236:1 249:20
  263:1 268:4
  270:13 304:18
  316:12
**ohio**  1:1 2:18,22
  3:4,10,21,23 4:4
  4:10 5:22 9:20
  10:10 11:5,11
  29:10,17 31:14,16
  49:10 54:16,18
  72:21 78:6,17
  79:4,11 80:6,9
  95:24 105:17
  135:2,7 143:19
  144:3,8,18 145:10
  146:22 147:3
  242:11 246:6
  273:13 274:23
  276:2 321:2

**ohio's**  7:24 316:15
**oil**  116:11,12
  154:20 155:13
  156:11,12,14
  157:1 161:11,18
  162:25 166:14
  167:18 169:6,7
  172:11 173:10
  178:3 206:5,10
  210:10,11,16,17
  210:25 211:6,7,11
  212:11 213:15
  215:1 216:6
  219:23 223:16
  239:10,16 244:24
  245:3 261:18,19
  278:21 281:6
  285:23 286:6,12
**oils**  155:13 160:5
  160:16 162:2
  163:3 178:5
  205:17 209:25
  292:21
**oily**  213:10
**okay**  13:9 14:20
  17:22 20:5 24:19
  24:24 30:20 31:16
  34:8 35:10 37:4,9
  37:16 38:1 45:4,7
  45:22 47:16 48:6
  48:14,22 51:6,13
  52:17,24 53:1,11
  54:5,11,14,24
  55:10,22 57:17
  59:5 61:21 64:10
  65:11 67:13,16,22
  70:7,24 72:20
  73:15,16 74:20
  75:5 76:13 77:23
  78:1,15 79:6 81:8
  83:4 84:10 85:16

**[okay - opinion]**

88:24 89:7,13,21
90:24,25 91:17,21
93:10,19,22 95:8
95:20 97:2,10
98:5,6,20 99:4
101:2 102:22
107:15 112:18
113:1 115:12
117:10,15 123:12
129:17 150:5,11
150:19,23 153:6
155:25 160:22
165:19 166:21
168:4 170:14
175:5 184:21
186:20 188:7
190:23 193:16
204:3 205:12
207:9,11 210:6
213:7 218:21
220:4,22 221:25
222:24 228:15,16
229:6,8,10 231:18
232:14,18,23
233:5,14,23 234:3
234:16 235:4,12
236:4,15,20 237:3
237:4,21,22
238:19 239:2,19
239:24,25 242:19
243:12 244:18
245:2,8 246:25
249:23 250:22
251:1 252:7 256:3
256:9 257:15,18
260:17 262:2
263:1,5,7,23 265:9
266:5,15 268:4,7
270:11 275:19,24
275:25 276:5,10
276:10,17,21

277:1,7,12,16
278:4,16,21,25
279:3,14,21 280:5
280:9,14,23 281:9
281:12,17 282:13
282:19,23 283:1,8
283:13,21 284:7
284:13,23 285:2
285:13,18,22
286:15,18,23
287:16,21 288:3,7
288:21 289:17
290:1,8 291:1,12
291:17 292:9,13
292:19 293:7,13
293:18 294:4,14
294:23 295:7
296:6,20,21
297:11,23 298:6
298:13,24 299:11
300:20,25 302:1
302:21 303:14
304:5 305:16
308:10,17 309:7
309:24 310:8
311:13 312:22
313:21 315:7
**omaha** 3:15
**once** 17:1 30:2
112:23 234:23
**ones** 47:25 48:1
119:18 175:16,24
313:6
**open** 46:19 179:13
179:14,17 272:23
290:11
**opening** 267:7
**operate** 60:16
61:18
**operated** 175:4
203:8,10 209:24

257:16
**operates** 59:25
**operating** 33:10
118:18 203:3
263:25 275:6,7
**operation** 115:24
174:8 185:17
233:11 248:11
252:8 264:19,22
265:4 292:3
**operations** 4:7
34:3,19 36:8,15
40:20 114:5 119:6
173:7 175:15
180:13 181:3
182:17 183:24
200:15 202:12,14
202:19 204:5,12
204:18 205:5
208:9 211:2 213:3
231:5,8 233:1
244:25 245:13
248:15 249:8
264:3 276:23
277:22,23 279:24
280:7,20,25
284:21 286:12
291:3,19 292:3,12
292:16 294:12,16
295:18,23
**operative** 149:11
**operator** 275:20
**opine** 15:9 64:24
85:5 154:1 248:21
304:12
**opined** 163:17
**opining** 19:10
35:12 42:20 94:4
158:10 263:13
305:2

**opinion** 22:10
29:16 30:6 32:13
33:18 37:3,4
39:16,18 40:5,16
40:17 41:6,11
46:1 59:16 60:4
60:19,23 61:6,13
61:17 63:1,2,23
66:20 68:12,25
70:14 71:8,11,17
71:21 72:5,9 80:4
80:5,8,17,22 81:8
81:12,17,21 84:23
85:1 88:11 90:9
91:19,23 95:17
96:13,25 97:6,9,25
99:15,16 100:10
100:14 101:20
103:15 108:14,20
109:23 110:5
111:5,11 113:25
114:18 120:11,21
120:24 121:7,13
121:22 122:10
131:14 132:11
136:14 137:6
138:18 147:20
148:2,8,19,22,25
149:2,16,20 150:1
150:8,21,24
151:13 152:13
154:10,14 157:8
157:25 158:22
159:16,20,23
163:10,24 169:17
169:23 175:19
183:3 184:22
185:13 193:24
194:3 195:17,18
195:20 197:6
206:14 213:2

[opinion - page]                                                                    Page 35

214:20,25 215:13
215:13,19,24
216:12,18 217:4
218:2,3,5,23 219:2
219:3,5,12,16,20
219:22 220:17
224:23 225:1,25
227:21,22 228:8
228:10 230:21
237:12 241:1,18
242:17,24 243:5,7
243:9 244:19,22
247:20 248:10
252:3,19,23 253:3
253:6,18 254:3
256:4,18 259:1,9
261:7 262:5,17,23
262:25 263:3,3,6
264:1 265:14,19
266:10 273:17
284:7,16,19,23
285:3,8,19,22
286:5,7,9,15,18
289:7,11 290:23
291:2 292:13
293:1,7,16,20,24
294:5,9 300:1
301:15 302:17,22
303:4,16 304:1,5
305:12,18,20
307:22 308:1,13
314:14,18
**opinions** 15:24
  23:12,14,16,19
  24:14,25 25:6,9,9
  25:17 27:25,25
  29:5 34:12 40:10
  42:9 49:4,9 50:21
  51:1,4 56:13
  59:19 80:2,4 82:7
  83:14,24 84:18

85:8 86:7,8,17,18
88:6 91:10,12
101:21 103:21,25
104:11 107:19
108:24 109:18
110:15,18 113:6
113:12 121:8
147:20 150:6,7
153:22 158:2,4,6,8
158:10,14 159:12
162:19,23 169:16
188:10 189:15
190:9 191:14
192:19 197:16
204:16 205:4
214:23 223:1
231:3 239:23
240:15 243:2
244:5 245:10
246:11 248:14
249:10 250:1,8
262:4 267:14
269:14,14 284:4
287:14 290:12
296:7,21,24
302:12,17 303:1
306:11 314:13
**opportunity** 51:9
  187:18
**opposed** 167:7
**options** 200:9
**order** 94:13 106:3
  116:17 117:5
  126:24 129:24
  274:12
**orders** 132:6
**organic** 76:16
  78:24 90:14 92:7
  100:1 225:4 262:8
  263:16,19 265:16
  266:1 290:16

295:17,19,23
**organics** 76:1
  77:22 295:5
**organize** 82:6
**organized** 21:19
**original** 73:11
  89:2,2 90:20
  91:18 92:4 93:21
  93:22 97:25 100:4
  143:2 177:25
  260:13 291:11
  308:5
**orphan** 270:8
**ou** 53:16 68:19,23
  69:5
**ought** 164:9
**outcome** 10:4
  320:11
**outside** 143:11,13
  143:14 155:11
  251:4 318:12
**overload** 160:8
  161:22
**overstate** 140:25
  142:6
**overstated** 141:5
  142:1,8
**owns** 33:22

**p**

**p** 125:8 128:15,17
  129:19 139:15
**p.c.** 2:8
**p.m.** 153:11,11
  187:2,2 226:18,18
  226:24 232:9,9
  266:23,23 309:20
  309:20 319:17
**pa** 9:24
**packaged** 279:6
**packages** 279:9

**pads** 194:22,25
  195:3 213:10
  219:18 220:5,19
  221:12
**page** 5:3,18 8:11
  8:12 18:12 28:2
  28:10,16,18,21
  29:19 31:9,23,24
  32:24 34:2 40:17
  41:25 42:14 43:24
  44:7 46:17,19
  48:22,23 51:24
  52:9,11 53:7,10
  55:11,12,19,20
  57:12,13 62:2
  63:13,15 64:25
  66:3 67:11,14
  70:15,15 73:16
  76:6,7,8 78:2,3
  80:3,3 82:11 83:5
  83:9 84:6,7,20
  89:1,2,7 90:11,15
  90:16,18,20,24
  92:3 93:21 98:22
  99:15 107:17
  111:17 117:24
  119:4 120:10
  122:22 130:6
  147:10,14 151:1
  153:25 158:21
  160:3 162:19
  163:16 169:17
  171:23 173:15
  175:9 178:1
  181:14,15 183:18
  199:20 202:11
  208:10 210:24,25
  212:15 223:25
  224:1,19,20,22
  231:17,20,21
  232:14,22 233:9

[page - penultimate]                                                    Page 36

237:1,16,17,18,20
246:16 252:4
256:22 261:23
262:1,2 277:16
278:5,5,16 279:3
280:18 281:12,12
281:14 283:14
284:5 286:10
287:22 290:1,11
293:14,16,19
294:9 301:21
302:1,14,14,22
306:20,25 311:19
314:11,12 321:13
321:15 323:7
324:3
**pages** 18:8 52:7,18
76:6 82:25 83:3
117:17 147:9
173:4 277:19,21
**pah** 71:24 120:15
163:6 220:2
241:21
**pahs** 41:12 246:1
**paid** 291:9
**paint** 163:14
166:21 167:1
173:11 178:4,18
184:10,11 202:5
310:15,20 314:25
315:4
**painted** 49:1,6,13
215:20
**painting** 166:24
167:2,4,7,8 184:9
291:20
**paints** 315:1,2
**pallets** 37:12,17,21
38:17 42:2,20
56:1,3,14,18 58:23
65:16 67:3,19

69:18,21,24 70:18
79:5 80:12,13
208:14 215:3
219:25 223:7
283:22
**paper** 201:19
208:13 209:12
212:17,23 215:2
219:24 223:11
252:11 281:4
303:18,20
**paragraph** 29:19
29:20 31:9 33:7,8
34:18,19 36:7
37:10 38:18 39:9
42:3,13 43:24
44:10 45:14 63:14
63:15 73:17 74:1
76:13 89:7 107:18
109:9 111:17
117:24 118:13,16
118:23 119:5
122:23 128:5
130:5 143:17
152:1,16 160:4
162:6 170:24
171:25 173:22
181:15 183:18
184:8 197:15
198:22 199:19
200:4 202:12
203:1,15 205:13
208:11 209:23
210:24 212:15
213:19 215:17
219:10,12 224:7
224:10 231:2,17
233:15,21,22,23
234:1 237:17
256:25 260:10
262:1 278:17,19

279:5 280:24
281:13 282:7,14
290:14,15 291:18
292:20 312:1
**paragraphs** 151:2
151:8,11,16,20,23
174:1 224:12
**part** 32:24 37:3
47:12 48:4,5,11,15
48:23 107:6
108:14 126:17
129:11 143:9
160:16 173:17
177:20 184:19
207:5 208:22
213:18 245:18
246:21 247:2
255:23 258:11
295:2 323:9
**participated** 14:17
**participation**
16:23
**particle** 63:20
**particles** 64:25
**particular** 106:25
114:16 116:18
121:2 125:5,6
163:25 194:3,18
195:13,14,16
197:19 199:2
215:17 216:5
311:2 312:8
**parties** 9:12 28:22
35:19 36:24,24
74:18 79:12
188:25 229:2
262:7 275:1
286:25 296:23
297:17,25 298:14
311:22 312:4
313:24 314:19,20

**partition** 128:18
**parts** 184:9 213:14
255:22
**party** 10:2 35:24
36:4 74:14 108:17
120:25 148:20
195:14,15,16
288:24 297:14
320:10
**party's** 34:13
**pass** 87:9 101:25
188:15 217:12
227:25 228:19
297:13 299:12
**passed** 102:19
**passes** 129:18
139:4
**pay** 33:23
**paying** 250:20
**pcb** 118:8 148:5
149:11 152:5
160:5,16 161:11
161:17 162:1,2,8
163:7 215:6 220:3
**pcbs** 69:14 118:21
119:2 155:14
**pccd** 62:13
**pcdf** 62:13
**pce** 99:22 255:13
255:18 256:1,6
**pdf** 76:10
**pedantic** 185:8
**peer** 112:15
**pending** 85:20
**pennsylvania** 1:14
1:25 2:5
**pentachlorophenol**
31:1 55:18
**penultimate**
109:10

**people** 12:23
24:12 26:21,23
35:2 93:13 121:18
168:7,16,17
211:15 235:19
254:24 269:17
288:4
**percent** 47:17,17
48:7 75:4 115:6
115:10 154:15
157:1 160:20
215:11 313:16,20
**percentage** 47:5
63:24 159:24
313:22
**perchloroethylene**
100:6,7
**performed** 129:24
166:6
**performing**
166:17
**period** 33:6 91:8
92:17 118:19
125:23 126:16
152:20 175:15,17
179:7 180:12
181:3 182:17
183:23 203:2
207:21 228:9
249:12,16 250:10
251:7
**periods** 228:9
249:22,23
**permit** 95:23
**permitted** 146:23
147:3
**person** 22:17
93:11 144:21
270:5,7 288:12
**personal** 13:5 63:7
108:1 192:14

276:22
**personally** 200:21
322:11 323:15
**personnel** 95:15
**pertain** 286:20
**pertained** 106:24
**pertaining** 189:6
189:13 190:9
191:4,15,19,25
193:15,22 194:1,7
194:22 195:12
197:12 199:10
200:18 202:18
204:17 205:4
206:14 208:9
211:6 213:2
215:13 220:23
227:16
**pertains** 291:2
**ph** 139:17
**ph.d.** 1:11 4:15 5:4
9:16 11:19 23:8
321:8 322:4,9
323:4,13 324:20
**pha** 215:5 241:19
**pharmaceutical**
200:25 201:6,12
**pharmacia** 2:12
10:12 88:3,4 89:8
319:7
**pharmacia's** 8:5
**phenolic** 261:19
**phenols** 71:24
**philadelphia** 1:14
1:25 2:5 9:24 15:1
**phone** 2:6,11,17
2:22 3:5,10,16,21
4:5,11 11:3 24:7
26:16,19 27:12
97:19 235:20
269:25 271:13,21

273:3 308:20
310:9 321:3
**phosphorus** 44:18
**phrase** 67:20
74:25
**physical** 264:25
**pick** 9:9 115:3
153:18 221:6
271:20
**picked** 156:8
**pictorial** 241:9
**picture** 180:10
240:21
**pieces** 303:19,21
**pile** 230:13 240:22
241:11,12 242:5
246:12
**piles** 245:21,24
**pit** 213:16
**place** 9:12 12:3
17:15 164:24
167:4 297:16
320:5
**placed** 45:23 46:6
86:2 195:3 209:3
237:24 239:6
242:16 282:23
**plaintiff** 1:4 11:1
12:13 32:16
**plaintiff's** 82:20
101:9 272:1
**plaintiffs** 2:7
10:24 12:4
**plan** 51:3 77:12,21
86:23 87:7 99:11
**planning** 101:15
**plans** 12:7
**plant** 30:3 45:10
112:23 173:7
229:12,21 232:21
233:1 241:11

242:15
**plants** 29:23 202:4
202:5 229:15
230:2,5,8,11 231:6
231:12
**plastic** 208:13
209:2,8,17 215:2
219:24 279:10
**plastics** 206:3,24
208:20 223:11
**plates** 281:5
**please** 9:8 11:16
12:15 13:5,18,21
25:1 27:21 83:9
85:11 224:1 250:5
304:17 318:3
321:11,11
**point** 41:20 64:21
71:10 75:19 92:16
125:6 131:9 134:3
142:5 146:9
152:24 186:2
204:16 256:8,13
259:16 261:8
276:4 307:19
312:18
**pointing** 232:19
**points** 119:5
131:10
**poles** 159:2,4,18
169:21,24
**polsinelli** 2:8,11
**pond** 123:19
124:15 128:20
132:5 242:16,20
242:24 243:3
**ponds** 113:5
**pop** 186:14
**portion** 69:3
192:19

[pose - process]

pose  45:15 136:10
posed  276:12
poses  136:13
position  149:1
  305:6,20 306:11
  311:12
possibilities  116:7
possible  33:8 34:1
  86:15 113:24
  114:18 116:15
  129:10 140:20,23
  177:6 260:9
  301:10
possibly  67:2,18
  169:3 291:6
postulate  179:10
potassium  44:18
potential  141:12
  291:8 292:22
  312:13
potentially  79:24
  128:14
pounds  260:19
  261:3
poured  234:10
  235:5 236:9 237:5
  237:9 238:14
  239:3
power  1:6 2:24
  6:15 8:2 9:18
  10:22 11:13 12:11
  102:18 103:16
  104:12,17 105:12
  108:21 110:20
  111:7 112:20,22
  118:17 125:9
  150:1 153:20
  164:25 202:5
  272:17 321:6
  322:3 323:3

practice  149:19,24
  156:3 210:3,7
  216:9 233:17
  234:3 238:4
  243:23
practices  32:25
  33:5 43:16 108:4
  118:5 164:24
  200:23 205:15
  206:18 210:19,21
  216:13 223:21
  224:17 237:23
  249:12 251:3
precursor  239:14
precursors  239:11
  292:22
predecessor  31:13
  39:10,17 73:14
  79:14 81:25
predecessors
  39:19 72:18 78:9
predicated  139:8
preferred  125:2
premarked  17:22
  73:6
premised  289:8
  296:24
preparation  19:15
  82:25 84:14 278:1
  278:2
prepared  86:20
  273:7
preparing  287:13
presence  62:6
  127:23 318:12,15
present  1:17 4:14
  10:5 57:21 73:4
  76:17 94:1 99:3
  135:23 163:25
  203:2 270:3,11
  272:2 304:12

305:3 307:12
  318:6,7
presented  47:5
  48:1 50:25 87:4
  112:5
preserved  55:17
  55:24
press  257:7,8,11
  261:2 264:11,18
  264:22,24 275:7
  275:13,19,21
  281:24
press's  259:23
pressures  175:18
presumably  100:4
  207:21
presume  40:17
  287:20
presumed  17:15
  28:9
presumption
  162:5
pretty  37:18 84:17
previous  275:20
  276:14
previously  170:18
  253:16
primarily  247:15
  291:7
primary  175:23
  289:23
primer  261:25
principal  13:24
principle  121:12
  172:5
print  222:11
printed  202:6
  299:21
printers  281:24
printing  40:20
  248:11,15,18,22

252:8,16 254:5
  255:11 261:17
  264:3 273:18
  276:14,18,18
  277:22,22,23
  278:6,10 279:22
  279:24 280:4,6
  285:11
prior  16:24,25
  25:13 52:2 73:25
  80:18 112:20
  147:4 150:5 204:6
  204:19 205:5
  210:15,21 213:22
  248:20 275:4
  286:10
private  9:10
privilege  318:25
probable  75:4
probably  30:13
  62:7 75:3 88:19
  106:2 115:9
  122:18 165:15
  169:5 182:23
  193:10 199:8
  234:22 235:1
  238:9 243:17
  245:1 248:7
  256:23 266:13
  308:22 312:21
problem  126:17
  180:15 203:21
problems  45:16
procedure  184:3
  322:5 323:5
procedures  181:17
  197:25 198:4
proceed  11:24
process  16:6 32:16
  71:1 115:7 195:21
  207:22 312:23

Veritext Legal Solutions

[process - questions]

314:9
**processed** 209:20
**processes** 21:12
  30:3 114:5 116:4
  174:9 234:10
  235:5 236:9 250:9
  313:1
**produced** 32:18
  70:25 108:7
  111:20 114:4
  116:12 125:13
  173:7,10 174:3
  185:25
**product** 20:3
  25:21 267:22
**production** 20:4
  201:19 202:5,7
  321:15,17,22
**products** 3:17
  10:20 60:15 62:13
  65:18 66:9 69:23
  72:1 91:11 248:6
**professional** 1:16
  114:19 149:16
  151:14 190:24
  220:23 229:14
  248:17 305:7
**profile** 59:15
**prohibited** 143:20
  146:3,22
**project** 203:21
**proper** 97:4,7
**properties** 44:12
**property** 244:14
  245:17 246:17,18
**proposition** 38:7
**protected** 22:11
**provide** 22:12
  84:25 118:1,23,24
  121:8 122:9
  123:13 151:3

179:4 180:9
277:20,21 306:11
308:13
**provided** 21:16,22
  21:24 22:6 29:9
  48:16 53:15 94:5
  104:16 107:12,20
  120:6 127:3
  151:15 175:21
  191:14,18 192:21
  193:14,17 197:17
  231:4 251:9,12,24
  254:9 255:5 267:3
  267:9 287:12
  306:12
**providing** 159:16
  160:24 195:10
  279:16
**public** 1:17 160:9
  161:23 320:4,15
  322:10,18 323:15
  323:23 324:23
**publications**
  116:24 265:2
**published** 230:1
**pull** 88:15 90:2
**purchased** 282:9
**purchases** 203:4
**pure** 162:8,8
**purely** 17:19
**purporting** 34:22
**purpose** 30:5
  34:18 96:15 140:6
**purposes** 37:25
  43:14 48:9 96:24
  109:11,25 110:6
  134:9 158:9
  191:11 193:24
  194:16 199:7
  237:19 248:7
  256:17 269:5

284:17 296:6,21
296:23 298:7,8,13
298:15 303:16
**pursuant** 1:11
  320:5
**put** 43:20 54:7
  76:2 79:3 84:3
  89:3 90:6 113:5
  116:6 148:14
  156:10 168:14
  189:8,9 213:5,6
  216:23,24 217:23
  218:1 219:2,2
  237:13 240:11
  241:16 242:6,12
  242:13 245:15
  259:21,22 260:9
  272:20 274:1
  300:22 303:10
  308:10 314:22
**putting** 83:14
  111:2 129:13
  219:5 240:19

**q**

**qualification**
  195:7,12 214:14
  266:5
**qualifications**
  213:23
**qualified** 262:4
**qualifier** 216:24
**qualify** 128:13
**quantification**
  284:13
**quantify** 313:21
**quantifying**
  238:21
**quantities** 56:18
  66:16 73:2 120:12
  120:21 129:12
  171:1,9 175:22

176:2 178:23
182:5
**quantity** 40:6,11
  40:14 71:18
  238:21 313:3,3
**question** 18:22
  24:21 26:9 27:8
  27:19 41:14 46:22
  50:24 76:5 85:17
  85:20 97:1 106:18
  111:4 122:9 127:2
  141:21 144:9
  146:21 149:22,25
  198:19 200:10
  204:3 206:4 216:4
  221:15 223:11
  224:13 237:19
  240:13 241:6
  244:19 247:19
  250:5 253:2
  257:12 264:8
  267:12,23 269:9
  285:3 298:6 299:1
  301:13 305:1
  307:6 312:6
  317:22
**questioning** 134:4
  189:5 211:18
  213:23 249:16
  275:4 276:4
**questions** 8:9
  14:13 88:5 93:24
  102:19 103:2
  108:13 113:15
  153:19 154:7
  158:2 180:23
  207:12 217:24
  220:16 229:3
  240:5 247:23
  272:6,11,22,24
  273:1 274:24

[questions - record]                                                                 Page 40

276:11 286:25
297:12 301:11
310:12 311:14
314:12 315:10,15
315:17 316:4,7
317:2,20
**quick**  158:2
298:24
**quickly**  274:25
301:10,12
**quite**  140:11
167:17
**quotation**  109:9
**quote**  41:11
107:19 111:17
119:6,8 120:12
122:23 130:8,22
131:18 137:18,22
138:22 139:6
143:19 146:1
148:2 152:1 156:1
156:24 158:24
162:24 170:25
173:5 296:25
303:6,6
**quotes**  244:7
245:16

**r**

**r**  13:22,22 36:9
64:23,23 101:7
125:8 247:6 320:1
**rag**  155:5,7 167:15
169:1
**rags**  149:18 150:3
154:21,25 155:11
155:13 162:25
167:11,17 168:7
169:8,9,12,15
**railroad**  31:4,5,7
55:24

**ralaw.com**  3:22
**ram**  247:5
**ran**  56:2
**range**  54:16 134:2
134:7 291:10
**ranges**  54:18
**rank**  298:14
**ranking**  312:13
**rapid**  69:5 168:4
**rapidly**  168:21
**ratio**  139:16
**rcra**  64:21 258:16
258:19 260:21,23
261:2
**read**  22:25 52:25
59:7,8 66:7,24
67:10,14 72:3
76:18 77:16 85:20
101:18,20,22
108:10 109:15,20
110:12 111:23
112:10 118:1
119:9 120:11,18
122:11 123:3
130:13 131:2,24
137:12,14,23
138:25 139:11
143:24 146:1,7
147:12,17 148:6
152:8 156:4 157:2
157:18 159:5
160:13 162:23
163:8 167:23
168:1 170:24
171:6 173:5 178:6
181:21 184:13
188:2 221:23
224:25 233:7
245:20,23 247:12
251:1 322:5,6,12
323:5,6,17

**readability**  128:3
**reader**  34:21
**reading**  67:5 96:3
98:16 168:5 175:7
217:13 224:5
236:5 279:19
288:21 304:16
321:19
**reads**  45:14 119:5
120:11 122:23
130:8 148:2 160:5
**ready**  13:6 89:5
102:22
**realize**  288:21
**really**  15:16 33:4
35:2 74:25 86:21
122:21 143:11
149:23 168:19
193:8 217:8
265:19 266:17
270:9 287:1
315:16
**reason**  110:22
111:1 210:13
268:1 306:14
321:14 323:8
324:3
**reasonable**  74:23
75:11 113:25
114:19 151:14
305:7
**reasonably**  121:3
122:18 126:15
313:3
**rebut**  267:14
**rebuttal**  5:24 6:8
35:11 51:10 52:3
73:7 80:17,23
82:6,19 88:16,25
90:21 101:20,23
137:5,11 145:24

188:10 223:24
247:14,16 267:6,8
289:19 293:15
296:7
**rebuttals**  307:5
**recalcitrant**  69:13
**recall**  17:9 52:21
93:8,14,16 96:3
105:25 113:1
119:11,22 120:3,6
120:9 123:21,25
168:5,9 177:12
257:6 279:19
280:5,8 311:1,9
**recant**  149:6
**recanted**  148:21
**recanting**  148:25
**receipt**  321:18
**received**  20:17
105:7 106:1,5
**reclaimed**  245:23
245:24 246:2
**recognition**
146:11
**recognize**  29:13
73:8 83:6,7 197:8
203:19 227:15
**recognized**  193:3
**recollected**  306:5
**recollection**  59:24
121:17 125:25
138:7 193:12
196:11 200:12
212:4 219:4,8
260:15 270:6
**recommendation**
218:18
**record**  9:5,13 10:8
13:19 26:14 28:7
37:18 41:20 49:16
56:25 57:7 58:10

87:11,21 88:2
92:22 94:22 95:4
95:13 101:3 102:2
102:9 153:7,14
162:13 174:24
180:21 186:23
187:5 199:25
217:16 222:14
226:14,24 232:1,2
232:6,12 266:19
267:1 272:21
274:17 288:16
301:14 309:16,23
316:6 318:2 320:9
323:9
**recorded**  9:15
320:7
**recording**  9:11
**records**  93:12
108:25 109:2,6
181:5,11 182:5
186:13 196:8
**recovery**  210:10
**recycle**  173:13
**recycled**  49:1,6,12
215:20 221:20
234:4,8,17
**recycler**  157:16
188:24 191:6,10
191:12 201:3
210:3,16 220:25
221:10
**recyclers**  191:1,4
191:16,20,25
200:11,18 201:11
201:25 202:9
206:18 220:24
223:22
**recycles**  203:5
**recycling**  172:9
197:25 198:6,16

200:15 201:15,16
204:23 205:15
210:18 212:23
**reduced**  66:13
**reducing**  116:8
200:24
**redundant**  127:21
**reed**  307:12
**refer**  38:2 82:7
92:6,24 97:24
128:4 135:19
157:14 166:21
204:22,24 209:23
210:14 213:19
249:15 251:10,13
306:20
**reference**  44:6
58:8 65:24 66:4
70:1,2 113:14
132:2 155:25
158:4 160:14
163:10,13 165:14
172:15 174:2
181:16,23 183:25
234:14 235:9
236:23 238:9
240:1 241:17
242:19,20 247:3
255:19 256:24
257:4 259:2,21
260:6,10,21
261:23 276:3
279:4 281:23
282:6 283:2,21
286:19 288:19
290:4 321:7 322:2
323:2
**referenced**  106:10
144:4 175:16
197:22 204:11
258:2 262:23

285:7 286:7
290:23 322:11
323:15
**references**  59:13
66:2 109:5 127:25
131:9 137:12
151:7 165:20
172:8,10,13
211:12 232:22
238:10 245:15
250:24 278:21
279:15,17,19
280:5 282:20
283:16
**referencing**  46:5
**referred**  82:2
94:23 207:14
216:7 262:17,25
263:3 304:2
**referring**  38:16
65:21 66:5 73:24
81:24 110:9
111:25 123:18
132:1 139:3
145:14 162:1
197:20 198:4
201:9 203:16
205:20 209:10,12
217:3 234:25
264:23 306:18
**refers**  202:3 216:8
233:10 303:7
**refined**  254:4
**reflect**  20:1,2
124:15 139:21
140:17
**reflected**  20:10
95:14 126:7 179:2
180:4 183:4
**refresh**  264:18

**refuted**  199:5
**regard**  188:23
189:12,15,16
190:10,25 191:15
191:19,24 202:19
208:19 215:15
220:18 223:10,15
225:23 227:13
263:1 302:12
304:1 305:23
**regarding**  12:2
51:1 105:21 114:1
114:15,20 115:20
153:20 187:19
231:11 248:14
249:7 267:18
277:13 286:16
296:19 299:22,23
306:15
**region**  1:24
**regional**  236:17
**registered**  1:16
**regular**  190:20
246:3
**regulating**  140:8
**regulations**  137:15
141:18 237:24
238:6
**regulatory**  49:21
64:18 113:22
123:1,10 129:6,15
139:6,22 146:11
175:17
**rejected**  15:24
**relate**  58:23 59:17
59:23 60:4 147:23
153:22
**related**  10:2 22:19
30:20 35:23 59:20
257:7

**relates** 80:9
237:17 245:16
**relating** 63:17
65:8 80:5 85:1
107:9 230:4
237:17
**relation** 159:24
**relative** 135:21
**relatively** 131:5
**relevant** 115:25
249:15 255:17
298:17
**reliability** 160:8
161:21
**relied** 23:12 27:24
106:8,11,14 107:3
120:8 134:9
145:21 152:10
**relies** 25:8
**rely** 106:9,16,19
106:22 107:1
114:14 116:13,24
117:4 140:3,8
151:19 172:5
251:19 305:17
314:4,22
**relying** 151:9
164:7,13,16
264:12 269:13
**remain** 62:23
63:20,24 137:16
**remaining** 155:6
159:12 275:1
**remarkable**
133:23,24,25
**remediated** 266:7
**remediation** 77:9
**remediations**
49:17
**remedy** 49:19
99:20 100:17

**remember** 15:15
16:10,21 17:12
24:12 26:22 27:2
27:4,11 50:23
51:21 61:4 66:11
77:20,24 78:1
93:6 94:12 95:21
95:23 112:6,25
122:6,6 194:10
198:3,14 209:15
230:12 240:4
257:19,25 258:5
259:25 267:11,16
287:20 289:5
308:5
**remembering**
250:17
**remembers**
218:20 283:22
**remotely** 10:6
**removal** 205:16
**remove** 221:18
242:14
**render** 113:24
114:18 136:1,16
246:11 248:10
**rendered** 248:14
**rendering** 193:7
242:23 244:5
256:4,18
**renew** 318:21
**repackages** 203:5
**repair** 147:15,25
153:23 154:2
157:22 163:1
164:3,4 165:17
166:10
**repaired** 157:15
**repairing** 166:16
**repairs** 166:3

**repeat** 85:10 183:9
305:1
**rephrase** 229:5
295:1
**report** 5:21,24 6:5
6:8,10,14,22,24
7:2,6,10,12,14,17
14:1,6 23:6,22,25
28:4,9,12 29:2,3,5
29:9,15 31:10,23
34:2 35:11,12
37:6 45:20 46:18
46:18,20 48:22
50:18,22 51:2,4,10
51:15,21 52:3,7,25
55:10,20 57:10
58:6 59:19 61:5
63:13 67:12 70:14
73:7,11 76:20
77:12 78:1,2,9
80:18,22,23 81:19
82:6,19 84:7 85:8
86:9,17 88:16,25
88:25 89:2,3 90:3
90:12,17,20,21,22
90:23 91:18 92:4
92:14 93:21,22
98:8,23 99:15
103:20,23 104:13
104:21 105:4,4
106:10,13 109:4,8
109:11,17 117:25
118:16 119:4
123:7 126:2 137:5
137:11,18,19,22
145:15,25 147:10
153:19 170:19,25
171:24 172:24
174:19,23 175:9
176:1 177:24
178:1,20 181:14

183:16 186:2,4
187:18 188:10
189:3,8,10,12,19
190:6,14,15,16,21
192:20 193:11
194:5,16 196:1,6
196:12,13 197:5
197:11,21,22
198:2 199:7,20
217:19 222:4
223:24 227:7,16
227:19 231:14
239:20 247:15,16
250:11 260:21
262:3,19 263:10
267:7,8,11 268:6
273:6 277:12,17
278:2,6 283:17
284:5,19 287:22
288:19 289:20
290:9,10,14,23
291:1,4,7,11
293:15,20,25
294:6 296:7
299:22,23 300:4
301:21 302:13,23
304:11,11 305:2
305:17,24,25
306:4,10,12,16
307:9,15,22 308:6
308:11 311:7,15
**reported** 134:14
179:7 260:20
**reporter** 1:16 10:1
11:16 12:16,20
85:19 103:10,11
136:24 178:11
273:10 274:1,10
274:13 300:8,13
300:23 315:23
322:7

**reports** 19:18
22:11 23:1,5,17
35:17 50:25 126:8
160:21 191:19
193:4 198:5 230:7
232:24 233:2
247:12,14,20
251:21 260:13
267:4,5,14 269:17
270:1,4 277:5
287:17 292:5
298:20
**represent** 49:17
88:3 102:17
181:19 228:25
248:5 274:23
310:7
**representative**
79:8 93:1
**represented** 16:16
32:5
**representing** 2:7
2:12,18,23 3:6,11
3:17,22 4:6,12
16:20 32:6 269:5
276:1
**represents** 12:12
**request** 22:5 107:5
323:9,11
**require** 141:18
242:2 280:3
**required** 140:12
321:25
**requires** 129:23
**requiring** 141:20
**research** 22:2,3,7
30:8 56:17 89:15
91:1,7,12,13 92:15
125:9 192:5
223:21 224:16
249:11

**researched** 21:16
**researching** 278:1
**resells** 203:5
**residence** 60:17
**residential** 53:17
54:25 55:2 58:13
58:20 59:1 62:9
**residual** 169:1
237:24
**residuals** 155:25
156:7
**residue** 154:22
155:1 166:23
213:17
**residues** 155:18,19
163:14 166:22
181:17
**resin** 261:19
**respect** 104:12,17
110:20 111:7
113:7,12,16 118:7
118:24 120:7
121:7,23 137:6,10
138:19 148:20,22
149:17 151:3
152:14 154:10,15
154:20 159:17,20
159:23 161:2,10
161:12 162:22
169:18 172:6,25
178:20 180:16,25
182:10 183:22
185:14 187:17
188:11 205:2
249:11 252:23
**respective** 81:23
81:24
**responded** 272:24
**response** 122:17
242:2 276:11
286:3

**responses** 275:11
284:9
**responsible** 36:23
**rest** 158:7,14
209:20
**restate** 229:5
250:4 262:5
**restatement** 284:8
**restoration** 15:6
32:7 107:25
198:13,15
**restroom** 186:19
265:8,10 309:6,8
**result** 243:2 284:4
**resulting** 42:1
164:3
**results** 127:8,9
141:4 211:22
**retain** 22:2 169:1
169:7
**retained** 248:9,21
**retention** 6:1
20:20
**retrieve** 210:11
**returned** 321:18
**returning** 145:24
**reusable** 128:14
**reuse** 123:2
129:10,20
**review** 19:14,17
20:10 30:1 50:18
84:16 106:4 108:6
111:20 112:12,19
119:25 180:9
182:11 187:18
235:23 237:9
287:13 311:8
321:12 322:1
323:1
**reviewed** 19:18,20
21:5 23:6,14

29:21 84:14
107:20 111:1
112:16 120:2
171:3,10 179:3
180:5 197:16
199:21 200:5
231:4,9 280:11
288:3 310:21
311:2
**reviewing** 52:21
108:2 123:21
232:23 277:2
**revise** 253:21
**revisit** 150:20
**richard** 6:8 7:22
82:20 297:24
315:20
**richardson** 93:19
94:24,25 95:2,3
**richardson's** 95:7
**rick** 24:10 25:3
26:21 267:18
268:9 270:7
**right** 13:6 16:18
25:15 33:7 36:22
41:5 43:1 46:25
48:8,9 52:11,12
53:10 54:25 55:10
57:17 60:19 62:25
90:16 132:2 133:3
133:4,7 136:3
138:14 149:13
150:11 153:2,5
156:15,19 162:7
164:22 168:23,24
169:10 172:16
175:19,21,25
176:4 177:15,22
179:17,25 180:5
182:7 183:4
184:22 186:8

188:1,3 190:14,23
194:11 195:7
203:23,25 207:17
208:19 209:16
211:16 214:13
215:24 216:11
222:19 223:9
225:14,19 227:13
227:20,24 234:6
236:16 238:17,18
240:20 242:21
243:19 247:21
248:4 252:2 253:6
258:18,25,25
259:4 273:25
279:5 295:7,9,21
300:16 309:14
310:11 311:19
312:13 315:9
**ring**   195:12
**risk**   55:9 110:15
111:13 136:10,13
138:11,13,16
187:24,25
**rob**   10:15,17
188:21 196:23
217:2 227:2
228:25
**robert**   3:3,8
**robert.hanna**   3:11
**roetzel**   3:19
**role**   14:23 22:21
120:4
**romine**   2:3 10:23
10:23 11:25 12:18
12:22 20:1,7,11
22:8 24:16,20,23
25:20,25 26:5
27:6,15 28:2,19
29:11 37:13 38:5
38:11 47:11 54:10

55:13 56:24 61:9
61:15 67:4 83:16
85:10,14,16 86:10
88:18 95:6,19
104:2,7,25 106:21
119:19 143:6
149:5 152:23
153:3,6 155:8
174:14,17 175:6
176:15 182:20
183:11 184:23
185:19 186:9,15
186:22 189:18,22
189:24 190:11
196:19,22 204:20
205:7 217:2,9
218:17,21 220:14
222:16,19 228:1
228:16 231:19
240:16 241:3
250:4 254:20
259:13 260:1
261:11 262:15,24
263:7 264:14
265:9,22 266:9,15
267:21 268:1,14
268:22 269:4
270:20 271:3,11
273:8,15,25 287:9
288:15 289:2,13
291:25 294:9
295:13 296:1,11
297:3,7,20 298:2
298:18 299:5,13
299:17,25 300:11
300:16,20,25
302:8 304:15
307:25 308:19,24
309:7,11 313:13
313:25 315:11
316:25 317:3,19

318:8 319:10
321:5
**romine's**   231:4
**room**   10:6 227:5
271:9
**roux**   247:5,7,10,12
**rows**   119:19,20
**rubber**   7:15,19
21:10 36:11,16
37:2 299:24 300:2
300:5 304:13,21
305:4,8,13 306:5
306:16 307:8,13
307:14,18,23
308:7,14
**rubbish**   281:3
**rule**   22:11 25:24
**rules**   322:5 323:5
**run**   141:22
**russ**   4:16 9:24
13:6

**s**

**s**   2:9 5:16 97:20
321:15 323:8,8
324:3
**safe**   130:10,11,17
256:3
**safety**   160:8
161:21
**sample**   124:25
128:8,9,20,25
132:5,17 133:2,3
133:13 134:5,6,13
142:3
**samples**   123:14,18
123:19,22,24
124:3,5,7,9,14,14
124:21 125:12,24
126:5,6,14 127:3,6
127:13,15,18,23
128:1 130:18

132:22 134:2,15
141:8 142:8,12
146:20 210:25
212:2,9
**sampling**   141:24
143:3,8
**satisfy**   174:24
**saturated**   156:24
**saw**   14:1 21:8
28:10,15,21 98:2
124:1,3,5,13,14
125:15,18,21
128:6,25 131:8
175:24 176:6,22
176:25 185:4,5
189:8 282:21
**saying**   36:19 75:6
75:16 77:6 78:16
79:10 91:1 97:3
116:15,21 118:22
121:22,25 122:3
125:18 140:20
146:25 156:23
176:8 195:10
216:8 234:16
238:3 242:11
244:10 261:1
262:10 263:11,12
263:14 285:13
**says**   33:9 44:23
45:7 47:4,17 53:2
72:5 76:7 132:14
147:10,15 152:1
162:24 169:15
184:9 198:23
199:20 202:13
207:25 220:4
228:11 234:3
236:8 237:1
256:25 260:18,18
265:15 290:16

291:18 300:1
302:2,23
**scan**  22:24
**scarce**  75:14
113:16,19
**scenarios**  140:1,19
**schools**  160:12
161:25
**scientific**  74:23
75:11 108:2 112:1
112:2,12,13 114:6
**scooch**  267:25
**scooched**  268:2
**scope**  86:16 113:1
143:11,13,14,15
166:6 176:9
266:10 298:19
**scrap**  56:12
190:25 191:4,6,10
191:11,15 200:18
201:25 203:3,5
220:23,25 221:10
**scrapped**  152:7
**scrapping**  212:20
**scrubber**  242:12
242:14,15
**scrubbers**  167:1
**sd**  72:22
**sdd**  6:21 36:11
42:6 70:18 72:7
76:17 78:23 91:14
91:24 93:3 96:5
96:16 99:10
100:11 120:14
143:21 144:4
145:7 148:4,10
159:4 163:1 171:5
211:2 213:8,11
216:19,21 218:6
218:25 220:6,19
228:12 241:2

253:23 254:5
262:9,21 263:21
283:23 286:11,13
287:2,6 288:5,14
289:24 293:2,9
294:8,20 295:1,6
296:9 297:2 299:4
302:2 314:17
**sdd3**  7:9 235:20
257:5
**seal**  320:12 322:15
323:21
**searching**  107:16
177:4
**seats**  205:17 206:5
206:10
**second**  24:17
32:24 42:13 43:23
44:10 48:3,14
51:24 54:24 63:14
107:18 111:16
143:18 158:23
227:6 231:2,17
233:15 256:24
258:20 260:18
290:15 291:6
299:14
**secondarily**  99:21
**secret**  217:19
**section**  78:5 89:9
109:12 208:8,12
209:14 224:1
259:23 260:11
280:19 283:14,16
302:1,5
**sections**  67:16
**sector**  291:5
292:10
**see**  22:24 29:24
32:1 33:13 36:12
38:15,23 39:3

40:23 41:3 42:7
42:15 44:2 45:1
46:18 49:2,25
53:2,19,20 55:16
55:19,21 57:15,23
65:1 72:9 73:21
74:10 76:21 78:5
79:1 88:20,21
89:10,25 93:10,12
98:11 103:18
109:5 112:7
124:24 129:17
154:4 156:21
172:2 173:2,20,24
174:5 184:5 185:6
189:9,12 198:25
218:23 219:1,19
224:3,24 233:12
233:17,24 234:11
234:14 236:10,25
238:1 239:12
241:19,21 257:2
278:7,19 279:7,12
279:17 280:21
281:1,7,17,21
282:1,6,11,13,17
283:6,19,24
285:25 290:4,6,17
290:24 291:21
292:23 302:1,14
303:2 313:5
**seeing**  51:21
181:23 257:6
258:5
**seen**  28:25 68:6,6
82:21,24 83:5
84:7 122:14
125:16 214:9,11
246:4 249:6
280:10 283:8
291:23 302:6

**segregate**  221:7
**select**  129:21
**selective**  112:14
**send**  301:17
**sending**  258:21
**sense**  105:6 106:25
221:9,16 229:4
**sensitive**  9:9
143:22 144:6
145:17 196:16
**sent**  21:6 34:11
74:5 81:10 146:25
172:9 173:9,13
217:19 251:21,25
253:20 254:11,19
255:1,6,12,16,20
255:25 256:19
258:10,13,14
259:2,10 261:9
263:22 268:21
296:9 298:16
302:6,18 305:21
305:22
**sentence**  33:9 37:5
38:15 42:4,7
44:21 45:1 49:2
55:16 56:21 57:18
66:25 73:21 79:1
89:9 90:8 109:10
111:18 120:20
121:7 123:6
139:13 143:18,24
146:1 150:24
151:25 158:24,25
160:5,16 200:20
202:13,25 210:23
218:23 228:11
233:16,18 234:1
239:9 256:24
261:1,16 282:15
290:15 292:19

sentences 78:22
170:24
separate 246:17
separated 207:4
separation 206:2
206:24
series 18:7 63:15
193:4 242:11
served 18:11
serviced 164:6
services 31:21
37:11,14 38:1
41:21 49:11 70:17
72:15,16 81:13
set 29:6 139:10
255:9 270:1
setting 278:22
settle 65:12
settled 30:19
71:13
settling 242:20,24
243:3
seven 12:5,8 80:4
86:8 125:12,19
130:6
sfarolino 3:22
shane 3:20 11:4
273:12,16 274:22
shares 270:8
shavings 213:10
shear 203:8 210:5
sheet 227:12
321:13 323:7,10
323:18 324:1
sherwin 4:12 11:9
225:2 310:7 311:5
314:15,23,25
315:2
shields 6:6 50:19
50:22 51:2,4,15
55:6 67:11 68:17

69:2
shipped 251:16
shoes 213:9,15
219:18 220:5,18
221:12
shop 147:16,25
148:4,10 153:23
154:3 157:22
167:10
shops 165:18
short 57:3 87:14
102:5 187:1 224:6
224:25 226:17
232:8 266:22
309:19
shortcut 158:13
shorter 300:4
shorthand 320:8
shot 208:1
show 20:16 98:11
99:8 100:25 116:9
119:1 123:9
127:17,22,23
128:13 134:2
235:12 251:16
showed 28:2
showing 122:25
264:9,10
shown 28:12,18
62:11 82:10 84:16
128:21 292:4
321:16
shows 91:4,5
127:19 146:3,11
shredding 205:18
shumaker 4:9
shutting 16:6
sic 215:5 241:19
side 89:4,4 217:19
signature 320:14
321:14

signed 322:13
323:18
significance 129:2
significant 156:7
significantly
185:15
signing 321:19
silver 1:13 2:2
12:12 270:15
similar 44:12
50:10 158:3
182:10 264:4
313:4
similarly 77:8
81:12 210:16
260:17
simplest 33:10
simply 127:7
135:22 138:10
152:18 185:12
199:16 241:12
277:2
sincerely 321:21
single 134:3
135:25 136:14
139:10 162:12
sir 19:4,21 20:14
26:11 78:4 197:5
197:9 201:2
202:11 205:20
206:21 207:19
211:5,8 212:22
214:24 215:22
216:12 224:3,19
226:13 227:8
309:24 310:1
321:10
sit 61:3 86:4 196:6
196:11 198:2
212:6 219:8

site 14:25 15:20
17:14 32:8,9
34:14 36:2 49:17
49:19,20,25 50:9
50:13 76:24 80:20
89:13,14,22 90:15
92:17 95:16,22
96:19 101:1
105:15 107:25
108:17 121:4,15
121:18 143:23
145:18 146:12
147:4 148:14,14
148:21 149:4,9,18
150:3,9 154:16
158:5,15 160:1
179:12 194:9
195:9 198:13,15
205:19 206:1,23
208:14 209:3
211:11 229:20,23
241:11 242:16
246:19,20 250:2
251:17,21 252:1
253:8,21 254:12
254:19,24 255:6
255:13 256:1,20
259:3,11 261:9
263:14,17 265:17
265:20 266:2,8,14
268:21 293:6
298:15,16 305:21
sites 199:22 200:7
201:21 264:7
298:11
sitting 101:19
120:3 256:23
situation 94:19
140:24 244:16
situations 45:25
100:8 141:14

[size - speculation]                                              Page 47

**size** 241:10 279:9
**sketchy** 313:23
**skids** 38:22 252:12
  281:4
**skiing** 30:14
**skim** 224:6
**skimmed** 236:3
**slightly** 75:3
  215:11
**slk** 4:11
**slow** 254:15
**slowly** 69:15
**sludge** 163:1,11,14
  166:24
**sludges** 155:24
**small** 155:24
  156:17,17 279:23
  280:6
**smart** 38:21,21
**smelters** 221:8
**smoke** 66:14
**snapshot** 179:4
  264:6 313:5
**snapshots** 203:24
**sodium** 48:7
  100:14,19
**soil** 43:17 53:18
  54:16,18 55:1,3
  134:24 135:3,13
  135:13,16 146:18
  159:3 178:9,15
  237:25 239:7
  242:25
**soils** 53:14,16
  69:16 135:6
**solely** 118:23
  121:24 216:13
**solid** 53:16 139:16
  142:4 173:8
**solids** 139:19

**solutions** 1:23
  321:1 324:1
**solvent** 155:17,19
  173:11 178:4
  186:1 234:4 239:4
  261:4
**solvents** 69:15
  168:14 181:9
  184:12 234:5,9,17
  235:4 236:8 237:5
  237:9 238:14
  239:7 243:24
  260:19 261:9
  264:5 268:21
  278:14,22 279:1
  280:15 281:10
  282:4 284:2
  289:24 291:15,19
  292:4,7,12,16
  294:1,7 295:8
  299:10 312:25
**somebody** 80:10
  94:12,19 155:4
  188:15 264:17
  270:8 308:19
**somewhat** 125:7
  253:19
**soon** 152:25
  309:12
**sorry** 16:14 24:22
  52:15 53:6,13
  55:19 56:22 57:16
  60:14 75:17 85:15
  86:23 90:2,9,21
  91:20 92:12 97:17
  98:17 103:14
  104:4 125:8
  132:18,20,20
  177:3 178:12
  188:8 190:1 200:3
  203:13 224:20

226:2 236:1
  241:11 243:8
  250:16 260:18
  263:2 300:18
  303:21
**sort** 74:15 166:5
**sounds** 196:14
**source** 44:18 45:9
  119:14 122:18
  131:5,15 145:21
  200:6 216:4,5
  238:17 242:25
  243:21
**sources** 107:24
  135:9 198:12,15
  199:21 200:11
  302:5
**south** 2:15,21 3:20
  34:14 35:13 41:8
  41:16 49:7 56:15
  74:5 78:18 80:25
  81:5,10,14 89:18
  94:10 108:16,22
  120:23 121:14
  141:10 142:18,21
  142:25 147:4
  148:16 154:16
  158:5,11 159:25
  162:15 169:25
  170:3 193:20
  196:9 202:20
  211:7,17 229:20
  246:13 258:2
  262:12 283:11
  301:17 302:7,18
  306:6
**southern** 1:1 9:19
**space** 93:7 94:13
  94:14
**spahr** 15:19 16:12
  16:17

**spare** 224:5 309:2
**sparse** 202:14,16
  202:17 213:5
**speak** 24:13 25:19
  25:23
**speaking** 35:3
  64:20 273:11
  277:17
**special** 96:14,21
  138:23 139:2
**specialty** 200:25
  201:6,13
**specific** 73:18
  114:5 150:15
  151:7 162:10
  172:8 176:13,24
  193:18 194:7,13
  199:15 202:3,13
  204:13 209:11
  212:13 214:10
  292:17 303:12,14
  306:14 312:2
  315:5
**specifically** 25:24
  35:11 65:15 81:9
  84:12 92:7 108:25
  110:2 122:5 131:8
  198:3,9,14 203:18
  204:24 215:18
  224:9 262:18
  270:24 280:8
  291:2 301:21
**specify** 249:24
**spectrum** 138:24
**speculate** 204:21
**speculating**
  211:10,21,25
**speculation**
  142:11 204:7,19
  205:6

spell 13:21
spent 163:11
spill 156:1,10,11
    156:17 238:20
spilled 156:15
    244:23 245:1,8
spills 156:2 245:13
spin 257:14
spoke 24:24 30:18
spoken 271:16,18
spouse 22:20
spray 184:10
squishy 314:6
st 2:10
stack 68:10 92:20
stacks 68:8,12
stage 39:6 84:17
    196:17
stages 30:25
stamp 145:6
stamped 6:12,20
    7:8 97:20
standard 49:21,25
    50:1,1,3 55:1
    126:12 129:16
    181:16 210:7,18
standards 53:18
    55:3 130:17,20
standing 320:4
staring 13:10
start 21:3 102:21
    103:9,22 174:19
    239:22
started 12:1 21:11
starting 16:7 18:8
    132:16 212:15
    281:14
starts 33:8 89:9
    203:1 205:14
    213:8 237:18
    278:17 280:19

282:15,16
state 10:7 13:18
    31:10 34:22 36:8
    38:20 70:16 95:24
    135:6 143:19
    144:3,8,18 146:22
    200:4,20 201:17
    210:9 215:25
    253:7 262:6 312:1
    322:10 323:15
state's 49:24
stated 70:20 72:11
    175:17 189:7
    249:18
statement 33:17
    42:10 44:4,15
    45:12,19 49:22
    62:9,16 66:24
    67:8 68:2,5,21
    69:9,10 70:3,5,8
    70:22 100:24
    123:12 144:2,11
    145:15,22 161:20
    184:24 189:6
    195:16 210:2
    214:4 254:9,17
    286:11 291:4
    322:13,14 323:19
    323:19
statements 34:23
    36:20 39:7 78:16
    105:11 151:10
    204:17 205:4
    224:14
states 1:1 43:24
    44:10 197:15
    205:23 218:24
    219:22 261:17
stating 140:16
    152:18 253:19

station 112:20
    123:20 124:4
    127:14
stations 160:12
    161:25
stay 193:6
steel 202:7
stemming 291:5
steno 217:16
step 195:24 196:3
    196:4
stettinius 4:2
stevens 1:12 2:2,4
    9:23 10:25,25
    20:20,24 21:22
sticker 274:2
sticking 310:11
stipulate 95:2
stoddard 178:3
    184:11
stopped 187:10
storage 46:7
stove 58:21 59:1
stoves 58:13 62:9
strain 4:16 9:25
stream 91:13
    114:1,13,21
    115:14,21 116:1
    137:7 154:8,11,18
    158:23 159:7
    165:13 180:12,18
    183:23 184:15
    185:3,15,17
    192:15,16 195:17
    195:19 206:11
    207:5 250:9
streams 114:4,7
    115:13,15 117:7
    119:13 161:1
    164:2,9 177:9
    182:6 183:2 192:6

225:3,12,16,22
    226:1,5,9 248:10
    250:3 310:19
street 1:13,24 2:4
    2:9,15,21 3:3,15
    3:20 4:3,10 9:24
    15:4 173:23 203:4
    257:23 264:22
strictly 206:17
strike 158:24
    177:24 244:11
    245:2 305:22
strines 4:16
string 6:2
structure 83:25
struggling 198:20
studied 19:6
    201:20
studies 62:11
    128:4 131:19
    212:1,10 305:13
study 65:11 132:8
studying 100:2
stuff 94:15 169:9
    169:15 183:14
    258:22
subject 15:5 69:5
    105:8 162:21
subjective 314:9
subscribed 322:10
    323:14 324:21
substance 19:7
    42:21 64:5,7,12
    84:2 100:20,23
    108:16,22 109:19
    109:24 110:6,19
    135:14 136:3,8,17
    138:3 148:5
    149:10 169:18
    220:7 240:11
    252:14 253:1

285:16
**substances** 6:18
7:18 19:12 39:22
39:23,25 40:1,5
41:2 70:25 72:8
72:25 73:1 79:16
108:9 109:11,20
110:3,9 111:6,11
111:22 120:14
127:18,20,24
129:22 135:18,19
135:22 137:2
150:15 154:25
157:24 158:17
159:14 163:6
173:16 195:5,23
206:15 215:4
216:1,20 220:1
221:19 223:4,8,13
228:8 241:14,19
242:6 245:4,9
246:3 247:1
248:23 252:24
253:4,24 254:2,6
285:5,19 287:3
299:23 300:5
302:25 304:8,12
304:21 305:3,9
307:8,19,24 308:8
308:15
**substantial** 166:17
**substantially**
182:18,21 185:21
**subsurface** 256:16
**successor** 257:8,13
264:19 275:20
**successorship**
275:10
**sufficient** 156:2
**suggest** 72:20
142:11 206:2,24

220:12 237:5
241:13 259:7
**suggesting** 127:1
261:6
**suite** 1:24 2:5,10
2:16 3:9,15 4:4
321:2
**sulfur** 131:10,11
**summarize** 118:13
**summarized** 119:7
**summary** 34:19
86:13 118:1
277:21
**sumps** 165:22
**superfund** 14:25
15:20 32:8 298:11
305:21
**superior** 321:1
**supervised** 95:14
**supervision** 320:8
**supervisor** 95:22
**supply** 117:20
131:6,16
**support** 121:13
164:17 176:4
257:4 264:23
279:15
**supported** 224:15
**supports** 70:2,4
163:24
**supposed** 30:15
150:13,13
**sure** 28:19 35:8
59:13 81:2 124:11
125:19,21 168:22
189:25 212:6
214:9 246:15
250:7 254:15
260:3 263:2
275:12

**surface** 68:19,23
69:4,15
**surfaces** 155:12
**surficial** 53:16
**surprise** 125:11
**surprised** 269:16
**survey** 125:10
**suspect** 272:18
**swear** 11:17
**sworn** 11:20
307:10 320:6
322:10,13 323:14
323:18 324:21
**syntex** 17:5
**synthesize** 263:9
**synthetic** 178:5
**system** 14:11
152:4
**systems** 13:25

**t**

**t** 2:14 4:9 5:16
128:15,17 129:19
139:15 320:1,1
**table** 42:23 43:1
43:20 44:7 46:20
46:23,25 47:3,12
48:4,5,11,15,19
52:6,8,10,19,20,22
53:4,5,6,13,19,25
54:2,8 55:7 71:3,6
73:3 92:3 97:19
119:13 124:7,15
127:13 128:1,7
132:2,15,21
133:14 134:10,15
134:20
**tables** 279:4,5
**taft** 4:2
**taftlaw.com** 4:5
**take** 9:12 12:3
14:9 20:7 38:7,7

67:15 106:8
110:14 115:10
132:15 145:20
152:24 156:6
157:20 174:21
181:13 184:7
186:18,21 195:24
200:14 203:12
222:20 227:9
229:20 235:13
243:10 260:1,3
265:9 266:16
278:4 289:18
293:16 298:24
309:3,8
**taken** 1:11 9:16
35:1 57:4 87:15
93:17 94:9 102:6
109:1 123:14
125:24 148:16
153:11 187:2
209:5 212:2,5
226:18 232:9
266:23 309:20
320:5
**talk** 42:14 101:11
110:19 118:9
125:16 156:20
167:10 173:22
198:11 201:17
206:22 258:20
268:10 292:20
**talked** 71:6 83:11
110:8 134:22
167:12 208:25
215:8 225:6 254:1
312:12
**talking** 18:19
31:19 37:17 42:1
55:23 57:10 64:14
73:13,13 105:22

**[talking – think]**                                                    Page 50

155:20 156:7
166:22 169:8,13
190:15,17 234:5
237:20 238:11
246:25 247:2
263:6 271:11,15
273:21 279:22
**talks** 278:9 279:5
279:9,11 282:14
**tank** 282:9
**tca** 173:12 178:4
178:18
**tce** 99:21 234:5
237:24 242:25
243:3,14,21
255:13,18 256:1,6
**tclp** 128:17,19
129:19,23 130:2
139:8,15,23
140:11,21 141:15
142:6
**technical** 108:2
112:1 114:15
115:19 117:9
250:23 277:5
305:15
**technician** 94:23
94:24
**technology** 13:25
**telephone** 3:23 4:7
4:13 145:6 270:5
**tell** 37:24 104:10
104:20,22 106:19
114:25 118:15
123:5 126:19
127:16 142:24
163:21 172:4
185:11 268:14,20
320:6
**telling** 41:5 71:15

**tells** 164:8
**temperature** 59:2
59:12,15,16,17,20
59:25 60:5,9,17,20
61:7
**ten** 152:25 203:8
207:18 210:4
**term** 144:5 155:9
215:9 254:21
287:10 299:6
303:5,15
**terms** 44:23
107:14 141:5
174:19 299:3
**test** 128:11,16,17
129:3,4,6,19 130:2
133:9 139:8,25
140:2,21 141:3,15
142:6,13 211:11
**tested** 108:1
130:16
**testified** 11:21
15:21 18:19,23
23:21 106:22
108:13 177:5
191:23 209:19
214:3,5 223:6
238:19 253:16
264:15 280:14
288:13 291:13
294:14
**testify** 18:20 24:17
101:10,16 105:1
**testifying** 16:24
17:20 135:21
159:9,16 161:2
244:16
**testimonies** 253:18
**testimony** 14:18
14:21 72:6 93:10
93:12,15 94:5

95:3,7,13 96:3,9
96:11 105:12,21
107:14,16 114:2
114:11,22 117:18
118:24 120:7
121:6,16,25 122:2
122:3,10,14 124:2
127:24 135:20
143:7 148:24
150:6 152:10
166:8 167:23
168:1,9 177:12
191:24 192:21
193:1,2,14,17,21
193:22,25 194:7
194:13,19,21,24
199:11,13 203:16
205:23 206:8
208:25 209:1,7,10
209:11 213:25
214:7,8,10 216:14
216:18 221:22
222:1 230:4 233:3
240:19 252:2
253:8,10,22 254:4
281:19 282:7
283:17 286:20,21
288:4 295:14
307:11 311:9,11
320:5,7,9 322:6,7
323:6,9,12
**testing** 127:8
211:6,17 235:10
**tests** 129:23
140:10,11 169:4
**tetrachloroethene**
100:6
**text** 128:5
**textile** 201:20
**thames** 98:6,18

**thank** 11:15 13:13
14:16 18:22 25:2
26:14 28:14 29:11
47:15 61:25 84:10
102:1,15 111:15
160:22 186:22
187:13 188:15
243:10 247:23
273:1 293:13
296:20 315:10
317:18 318:20
319:8
**thanks** 104:7
301:1 308:18
310:11
**thereof** 138:7
146:15 320:11
**thing** 122:12
133:16 149:11
201:23 216:22
271:8
**things** 77:1 105:8
105:18 118:7,11
159:18 188:1
270:9 275:3
285:18
**think** 12:9 14:8
15:4 16:21 21:5
21:20 25:18 30:14
35:11 37:3,7 47:9
47:20 48:7 60:24
65:23 66:2,6,8
67:9 68:22 70:1,4
71:23 77:20,23
81:4 87:2 91:6
94:11,11 96:6
100:5 101:2,22,23
103:14 104:13
108:13,24,25
111:3 113:8,13,14
116:22 117:8

121:2 122:16
124:3 135:12
138:6 145:23
153:21 156:10,23
158:13 160:20,23
167:12,17 169:11
170:13 174:15
176:2 177:5,19
179:13 181:7,9,14
184:5 186:1
197:23 198:5
199:8 204:9,22
207:18 208:16,25
211:24 218:2
221:14,17 223:5
223:25 225:19
226:3,4 227:11,18
228:9,13 232:15
233:6 235:9
236:19 240:18,20
241:9 242:10
243:17 245:6,7,25
247:4 256:22
259:23 260:20
261:23 267:6,10
268:8 270:2,15
273:8 299:25
303:7,15,18 304:2
308:16 310:22
311:6,16 315:10
**thinner** 178:4,18
**thinners** 184:11
**third** 2:21 38:17
53:20 73:17
117:23 143:17
170:23 199:19
212:15 233:15,22
233:22,23 261:25
311:25
**thirty** 321:18

**thought** 69:25
76:11 189:4 190:7
263:18 265:12
312:23
**thousand** 47:9,10
47:18 152:3
**three** 29:20 34:6,9
72:17 73:20
119:16 124:1,5,13
125:15,17,21
147:20 152:3
160:4 181:19
184:8 212:1
309:11 312:4,19
312:24 315:12,13
**thumann** 3:2,3,5
5:8 10:15,15
188:20,21 190:3
190:18,22 196:21
196:24 197:4
200:2 205:1,11
217:8,11,18,21
218:8,11,19,22
220:11,15 222:3,8
222:17,22,23
226:12 227:1,2,24
228:3,6,15,18
272:13,18 319:3
**tickets** 121:3,17,20
121:24 122:2,4,7,9
122:14,16 251:9
251:13
**tiering** 28:22 29:3
83:25 297:17
**tiers** 29:6 82:7,8
83:15 84:4,19
85:2 86:3 297:25
**ties** 31:4,5,7 55:24
**time** 9:5 12:2 13:4
13:5,10,11 17:5
27:24 31:17 41:22

57:6 88:20 91:8
92:18 98:14 102:8
103:1 112:25
116:3 118:19
125:6,23 127:11
152:20 153:13
173:14 175:15
176:23 179:7
188:16 192:16
200:15 201:18
203:12 211:1
213:3 222:13
226:23 236:4
249:12,15,22,23
249:24 251:6
255:17 260:4
261:24 264:6
266:18 271:21,22
272:24 300:12
306:3,9 307:15,19
308:11,24 309:2
313:5 315:11
319:9,12 320:5
**timeline** 264:10
**times** 60:17 81:3
86:20 93:17 96:7
131:21 240:2
269:19 271:15,17
**tire** 4:6 7:15 36:10
36:16 37:2 300:2
305:21
**tires** 7:19 299:24
300:5 304:13,13
304:22 305:3,4,8
306:5,15,16
307:23 308:13
**tod** 267:4
**today** 12:5 19:10
19:15 33:15 81:4
84:15 86:4 95:12
101:19 108:21

110:15 111:5
120:3,23 148:19
164:21 196:7
219:8 240:5 262:4
275:2 286:25
310:12
**told** 67:9 81:3 83:2
120:23
**toledo** 4:10
**toluene** 89:24
184:11 257:1
**ton** 136:5,15,16
**tons** 115:9
**top** 31:23 46:22
47:3 48:3,5,11
56:21 57:13 66:2
67:14 76:6 122:22
233:12 237:16
264:25 278:5,16
290:4 311:20
**topic** 150:24
**torrence** 173:23
**total** 96:4 114:20
115:1,6,13,25
116:17 117:1,6
154:15 159:25
160:6,17 161:6
180:10 181:1
183:22 186:6
**towel** 167:15
**towels** 167:11
**tower** 3:14
**toxic** 128:18
137:21 138:4
**toxicologist**
111:14 187:23
**toxicology** 55:8
**trace** 45:9 62:23
130:23 155:14,16
155:22 166:23
167:14,16

**track**  144:20
**tracking**  149:13
**traffic**  246:4
**trained**  35:5
**training**  190:25
  229:14
**transcribed**  320:8
  322:7
**transcript**  95:11
  106:13 188:4
  321:11,12 322:5
  322:12 323:5,11
  323:17
**transcription**
  320:9
**transcripts**  16:5
  105:23 106:1,5,7
  106:20,23 107:6,9
  288:3,22
**transfer**  47:8
**transferred**  48:10
  48:13,19
**transformer**  118:8
  147:15,25 148:4
  148:10 153:23
  154:2 155:18
  157:22 159:2
  162:9,13
**transformers**
  118:18,20,25
  119:2,2 151:4
  152:2,6,15 155:12
  157:15 160:10
  161:11,16,24
**transmission**
  163:3
**transportation**
  163:18
**transported**  31:11
  36:11,15,21 37:2
  41:1,7,12,16 56:14

**70**:17 79:15 80:20
  82:1 213:9
**transporter**  33:22
  72:17
**transporters**
  36:18 72:18
**transporting**
  33:19 36:23
**trash**  148:14,15,15
  173:8 252:11
  283:3 302:24
  303:6,9,11,13,16
  304:3,4,6
**travel**  12:7
**treated**  30:21,23
  30:24,25 56:14,18
  57:19 62:4,12
  169:21,24
**treating**  55:17
**treatment**  29:22
  30:3 200:8 202:4
  215:21
**treats**  116:9
**trees**  44:1
**trial**  14:18,20
  15:21 16:25 18:24
  23:21 30:15,17
  101:10,12,14
  256:5
**trichloroethene**
  100:5
**trichloroethylene**
  100:8
**tried**  15:3 167:21
  193:6
**trouble**  117:14
**truck**  17:14,16
  212:17
**trucking**  31:20
  80:24 81:9

**trucks**  164:5
  166:25 203:8
  210:4 282:10
**true**  18:4 35:22
  133:16 158:18
  161:7,8,12 193:2
  194:2,23 195:1,12
  223:10 294:23
  320:9
**trunks**  165:7
**truth**  35:4 42:10
  320:6,6,7
**try**  35:7 40:13
  122:19 141:22
  184:6 198:21
  263:9 285:6
  298:14 301:9
**trying**  37:7 85:7
  92:19 109:8 123:9
  187:14 195:24
  196:2 202:24
  207:2 294:4
**tubes**  279:11,16,23
  280:7,12 282:21
  283:23
**tucker**  3:8
**tuckerellis.com**
  3:11
**turn**  41:25 46:17
  57:12 67:11 78:2
  84:6 88:24 89:1
  120:10 152:22
  171:23 223:25
  233:9 262:2
  274:25 281:12
  290:1 293:14
  304:10 314:11
**turning**  34:2
**turnings**  213:11
**twice**  96:7

**two**  17:16 24:5
  25:22 38:22 42:5
  93:16,16 96:6,7
  119:16 124:1,5,13
  125:15,17,21
  147:19 158:6
  170:24 174:1
  227:21 228:9
  255:2,22 271:12
  295:7 297:12
  313:6,12 318:15
  318:18
**type**  40:21 41:15
  55:23 81:13 128:7
  130:25 251:20
  301:16 303:23
**types**  15:12 79:8
  80:18 127:22
  154:1 164:11
  201:4 280:24
  303:5,14
**typical**  291:18
  313:1
**typically**  45:17
  304:7

          **u**

**u**  13:22 247:6
**u.s.**  9:19 29:22
**uh**  47:23 90:23
  98:24 99:6 104:8
  160:15 188:1
**ultimately**  39:16
**un**  268:2
**unaware**  147:2
**underneath**  178:2
**understand**  14:13
  23:7 24:2 77:10
  116:14 124:10
  135:20 185:7,9
  218:3 220:22
  232:20 233:1

246:16 270:10
275:16 276:5
**understanding**
59:11 99:14,18,23
99:24 131:4
164:23 166:2
168:12,17 289:23
**understate** 140:21
142:6 183:22
**understated** 142:8
185:16 186:13
**understatement**
181:1
**understates** 186:6
**understood** 115:4
124:11 144:17
**undertake** 142:17
144:13 171:18
175:11
**undertook** 107:7
**unfortunately**
52:10 164:20
**uniform** 258:5
**unit** 9:14
**united** 1:1
**units** 33:10
**universe** 107:11
**universities**
305:14
**university** 6:3
43:2,12 45:21
**unquote** 296:25
**untreated** 56:9
**unusual** 94:18
**update** 237:1
**updates** 103:23
137:9
**usage** 160:7,18
161:7
**use** 33:24 49:1,12
74:24 85:8 88:20

89:13 90:14 91:1
92:8,12,17 94:12
94:13 98:24
100:25 112:17
127:13 131:11
147:3 149:6
214:14 221:8
240:17 241:1
265:7 309:6,8
**useless** 105:11
**usgs** 131:20 132:1
132:8 134:1
**usually** 56:9 117:8
122:19 135:16
143:9 155:12
**utah** 30:14
**utility** 21:9
**utilized** 280:12

**v**

**v** 101:7 321:6
322:3 323:3
**valid** 117:9 264:2
**validated** 108:1
**valley** 3:12 7:6
10:18 228:25
229:21 230:22
233:10,11 237:18
238:14 239:3,6
240:14,25 242:7
243:13 244:3,14
244:23 245:17
246:12,16,20
247:2,3 272:15
319:5
**value** 157:17
**values** 134:14,19
134:20
**vapor** 51:12 75:7
77:2 78:25 79:17
82:3 88:16,25
90:22,23 91:24

98:8,23 99:13,15
99:19 100:4,16
170:19 171:20
175:13,25 176:10
176:20 177:23
178:9,16,24 180:2
180:11,18 181:2
182:16,16 186:7
190:16 237:11
241:24 242:3
256:12,15 266:3,6
289:19,23 291:8
311:15,23 312:2
**vapors** 65:19
178:9,16
**variable** 68:9
125:1
**varied** 130:24
**variety** 91:8
140:19 142:16
163:5
**various** 15:13
19:22 21:17,18
30:25 76:17
105:15 160:14
163:22 174:8
253:17 270:9
278:9 279:9
287:12 303:19
311:21 314:19,20
**vary** 116:2
**vehicle** 163:1
167:8 209:21
**vehicles** 208:22
278:18
**veracity** 143:4
**verbally** 14:12
**verify** 260:14
**veritext** 1:23 9:25
10:2 321:1,7
324:1

**veritext.com.**
321:17
**version** 7:5 227:6
227:7,15 228:2,4,7
228:14
**versus** 9:17 31:25
213:25 276:18
**vg** 173:12
**vi** 73:18 74:15
75:7 79:25 80:15
99:9 171:1 176:2
262:9 263:17,21
265:17 294:8,25
295:5 299:4
314:17
**vicinity** 70:12
71:13
**video** 9:11,15
268:8
**videographer** 4:16
9:4,25 11:2,14,23
13:8,11 56:25
57:6 87:11,20
102:2,8 153:7,13
186:23 187:4
226:14,23 232:2
232:11 266:19,25
299:15,16 308:25
309:1,16,22 310:1
315:13 316:21
319:12
**videotaped** 1:10
**views** 107:22
**vincell** 38:25
**vinyl** 89:23 91:4
**visit** 229:17,19
**visited** 229:21
248:25
**vitae** 5:20 17:23
**vocs** 245:21,25

[volatile - wastes]

**volatile** 67:1,18
69:4 75:25 76:16
77:21 78:24 99:25
225:3 226:5 262:8
263:15,19 265:16
265:25 295:4,17
314:16,21
**volatilize** 62:7,21
**voltage** 152:5
**volume** 114:20
115:2,14 116:1,18
117:1 154:11
159:21 167:4
171:20 175:12
177:9 178:24
179:1 180:11,17
181:1,24 182:15
183:15 185:3,4,5,6
185:14 186:6
189:7,13,16 190:9
192:15 238:24
245:10 251:16
284:14,20 296:10
298:15
**volumes** 176:10
180:4 183:6
**volumetric** 168:25
183:21
**vs** 1:5

### w

**w** 101:7
**wait** 4:15 10:13,13
24:16 90:18
101:18 309:15
**waiting** 317:3
**waived** 26:3
321:19
**wake** 102:24
**walk** 239:23
**walked** 264:9

**walnut** 4:3
**walter** 6:5 50:18
51:15
**want** 20:15 31:12
36:25 78:8 85:17
101:17 124:10,11
150:20 185:7,12
185:13 196:4
202:15 209:23
216:22 218:19
222:12,13,14,15
225:8 233:9
239:19,23 246:15
252:3 260:12
265:2 269:19
274:1 275:3,12
276:5 290:13
295:1 309:7
312:14 315:17
**wanted** 16:22 36:3
75:23 90:6 94:12
122:15 127:17
255:22 302:4
317:5
**wants** 273:4
**warehouse** 212:18
**waste** 2:18 5:21
7:24 10:10 11:11
15:7 17:14 19:7
19:11 21:2 29:9
29:17,21 31:14,16
31:20 32:5 33:4
33:12,19,23 35:13
35:23,25 36:3,10
36:15,17,17,20,22
37:1,20 39:19
40:21,25 41:7,11
41:14,15 42:1
46:6 49:10 63:10
63:11,17 64:16,18
65:9 68:7 70:11

70:12 72:6,13,21
72:21 74:4,15
78:6,17,18,21 79:3
79:9,11,14,15,20
80:5,9,19,19,24
81:10,13,18 82:1
88:11 91:13 93:25
95:15 97:8 103:16
107:23 108:3,4
114:1,4,7,13,15,21
115:12,14,15,21
116:1,18 117:1,6
118:5,9 119:13
125:1 129:5,9,13
129:18,20 137:7
138:4,24 139:5,8,9
139:24 140:7
148:3,10,12 149:3
149:9 150:9,14,18
154:8,11,15,18
157:20 158:23
159:7 161:1 164:2
164:9,12 165:12
165:21 172:25
173:8,22 174:4
175:13 176:19
177:9 178:2 179:1
179:11 180:12,18
181:2,24 182:6,17
183:2,14,15,22
184:15 185:3,15
185:16,25 186:1
186:12 189:7,16
192:6,15,16
193:15,18,22,25
194:1,4 195:13,17
195:19,21 197:6
198:12,15,23
199:2,11,16,17,21
199:22 200:6,23
201:19,21 202:4

202:14 206:11
207:5 208:12
209:2 213:8
214:17 215:1,25
216:19 218:1
219:23 222:13
225:2,16,22 226:1
226:4,9 230:21
246:7 248:10
250:3,9 251:5,6,16
251:20 252:7
253:7,20,23
254:12,19,25
255:6,15,20,25
256:5,11,19 258:6
258:9,21 260:19
261:4,17 262:20
265:6,20 273:17
277:13,22 281:3,5
281:5 282:23
283:5,14 284:24
285:4,8,10,15,23
286:6,10,12 287:2
288:13 289:8,8
294:20 295:4,16
298:16 300:2,5
301:16 302:2,6,25
303:9,14 304:7,13
305:3,8,8 306:5,16
307:23 308:14
310:19 311:21
314:15,20 315:1
316:14
**wastes** 7:18 29:16
31:11 36:24 39:11
53:16 79:12 81:20
81:23 107:21,24
108:7,8 111:20
116:8 119:6
120:15 148:4
149:10 154:1

163:17 165:12,16
167:11 171:4
172:9,13 173:17
176:11 178:8,15
178:25 180:3,15
186:7 200:6,24
204:11 208:9
215:3,6 219:25
220:3 243:14,18
259:17 262:8
265:16 280:19,25
290:16 291:10
299:24 302:18
303:5 304:21
311:22
**water**   130:10,11
130:17 131:23
172:14 178:3
**waverly**   101:6
**way**   28:18 36:4
39:13 45:4 63:21
112:4 125:2
148:13 195:14
262:5 263:14
292:25
**we've**   43:11 70:20
71:6,21 99:5
159:8 254:1,2,13
262:3 269:21
291:13 293:23
**wealthy**   164:21
**web**   117:16
**wednesday**   1:8 9:6
**weed**   16:7
**week**   173:8
**weeks**   181:19
**wendling**   213:12
253:11,14 288:8
**wendling's**   213:21
213:25 214:8
221:22

**went**   35:13 36:2
78:18 81:5 167:2
259:19 262:12
263:14,17 265:20
266:2,8,13 311:6
**west**   103:1
**western**   1:2 9:20
**whatever's**   309:4
**whispers**   9:10
**white**   6:9 7:23
24:11,13,25 25:3,8
26:21 27:24 40:13
82:20 83:12 84:7
84:12 267:18
268:9,20 269:10
269:13,21 270:7
271:16,18 297:24
315:20
**white's**   28:4 86:17
**wife**   307:4
**williams**   4:12 11:9
225:2 310:7 311:5
314:15,23,25
315:2
**wipes**   148:3,9,12
149:9,18 150:2,17
154:21 155:11
**wires**   159:3
**withdraw**   241:6
**witness**   5:3 11:17
14:24 17:1,3
18:11 24:19,22
25:2,3 26:6 27:1,9
28:8 47:16 54:11
61:17 83:18 85:12
85:15,22 87:10
88:22 95:21 96:10
102:1 103:12
106:24 119:20
122:4 143:8 149:7
155:10 170:10

174:15,25 175:8
176:17 182:22
184:25 186:11,17
187:13 189:21,23
190:1,13,20
204:21 205:9
217:6 220:9
227:25 228:5,13
228:19 229:7
231:20 240:18
247:8 250:16,22
253:8,10 254:23
259:16 260:5
261:13 262:18
264:17 265:7,24
266:12 268:9,16
268:23 271:20
288:18 289:4,15
292:2 294:11
295:15 297:9,13
298:4,21 299:8,12
302:10 304:18,23
308:3 309:5,9,12
310:24 313:15
314:2 318:9,11,17
320:10,12 321:8
321:11 322:1,4,11
323:1,4,15
**witnessed**   200:22
201:10
**witnesses**   318:14
**witness'**   321:14
**wmo**   31:11,22
34:3,4,19 36:7,15
37:10,14 38:3,16
39:10,16,18 41:1,7
41:12,16,21,22
70:16 72:6,11,12
72:17 73:13 78:9
79:7 81:19,25

**wondering**   209:9
**wood**   29:22 30:2
31:3 37:12,17
38:16,22 39:11,11
42:14,20,24,24
43:16 44:11,24
45:8,15,23 46:15
48:25 49:6,6,11,13
53:2,14,22 54:8,12
54:15,17 55:1,16
55:22,23 56:9
57:19,19 58:12,13
58:20,23 59:1,9,21
62:4,9,12 65:16
67:3,19 69:18,21
69:24 70:18 71:1
73:3 79:23 202:4
215:18,20,20
223:6 252:12
**wooden**   208:13
215:2 219:24
**woods**   30:21 49:1
**word**   76:12,15
130:7 182:21
185:20 202:16
216:24 225:5,6,10
225:21 240:17
241:4 244:1,6
245:16 257:14
259:14 261:12
292:1
**words**   163:23
165:2 166:5 176:4
215:10 238:23
**work**   17:4 20:3
21:4 25:21 66:8
71:25 77:12,20
86:1 99:11 107:2
107:6 112:4,13
166:6,10 200:14
201:4,9,23 220:11

248:18 267:22
**worked** 15:18 30:2
164:19 191:9
200:23 288:5
**working** 76:23
121:18 191:11
229:11 254:24
310:15
**workings** 232:21
**wrap** 275:1 308:11
**write** 23:1,4,16,22
104:13
**writing** 21:19
218:20
**written** 191:3
251:15,19,24
**wrong** 98:10 109:2
**wrote** 23:6 215:9
225:7 307:15
**wurstner** 93:19
94:1
**wurstner's** 95:10

**year** 116:10 118:6
126:16 173:6
181:7,20 182:19
182:23,24 199:21
200:5 270:2
**yearly** 184:1
**years** 14:8 107:23
115:23 116:4
126:3 127:10
130:4 144:20
185:17 198:11
200:21 207:18
238:5 240:22
264:4 298:11
310:21
**yep** 300:25
**yesterday** 24:2
25:11,14 27:23
83:2 84:16 187:8
269:15
**yielded** 71:1
**younker** 36:8

**x**

**x** 5:1,16 13:22
116:11 247:6
**xylene** 89:23 99:7

**z**

**zinc** 120:17 132:13
133:22 163:4
215:4 220:1 308:7

**y**

**y** 101:7
**yard** 203:3
**yards** 173:8
**yeah** 11:25 98:6
109:2 128:6,9
169:8,9,10 178:15
183:10 204:2
227:11 246:19
249:19 255:21
260:7 265:11
300:16 303:12
316:12

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.