IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, et al.,

    Plaintiffs,

v.

DAYTON POWER AND LIGHT COMPANY, et al.,

    Defendants.

Case No. 3:13-cv-115

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING IN PART PLAINTIFFS HOBART CORPORATION ET AL.'S REQUEST FOR IMMEDIATE STAY OF THEIR REBUTTAL REPORT

---

For good cause shown, the Court SUSTAINS IN PART Plaintiff Hobart Corporation, et al.'s ("Plaintiffs") Request for Immediate Stay of their rebuttal report in response to Dr. Rauschenberger's report, Doc. #1359. Accordingly, Plaintiffs' rebuttal report is now due June 18, 2025, subject to further modification should mediation fail on June 10 and 11, 2025.

Date: May 28, 2025

*Walter N. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE