# EXHIBIT E

Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
2                    WESTERN DIVISION

3

      _____
4

HOBART CORPORATION, et al.,
5
      Plaintiffs,
6                              Case No. 3:13-cv-00115
vs.
7                              JUDGE WALTER HERBERT RICE
THE DAYTON POWER AND LIGHT
8 COMPANY, et al.,
9     Defendants.
      _____/
10
11
          VIDEOTAPED DEPOSITION OF LUCY HUNTER
12
13    DATE:              October 18, 2023
14    TIME:              9:32 a.m. to 12:21 p.m.
15    PLACE:             Hampton Inn & Suites
                         11050 US Highway 19 North
16                       Port Richey, FL  34654
17    PURSUANT TO:       Notice by counsel for
                         Defendant Waste Management
18                       of Ohio for purposes of
                         discovery, use at trial, or
19                       such other purposes as are
                         permitted under the Florida
20                       Rules of Civil Procedure
21    BEFORE:            Lisa Mitchell, RPR, FPR
                         Notary Public, State of
22                       Florida
23
24              Pages 1 - 112
25

Page 14

1  Q. And you said you have children. How many
2 children did you have?
3    A. I had five. First one was 1952.
4    Q. Okay.
5    A. The last one, 1966.
6    Q. Okay. And so in the '60s, where did you
7 work as a paying job? I understand you also
8 worked as a mom.
9    A. Well, the -- the one was the bowling alley.
10 Then the United Fireworks on Union Road in Trotwood
11 and -- and then for SCA.
12    Q. Where -- for SCA --
13    A. That was the landfill.
14    Q. Right. What landfill?
15    A. Powell Road.
16    Q. And when did you start working at the Powell
17 Road Landfill?
18    A. 1973.
19    Q. Do you remember where the Powell Road
20 Landfill was located?
21    A. It was in Huber Heights.
22    Q. And Huber Heights, is that -- where is that
23 related to -- in relation to Dayton?
24    A. Well, the -- the two main roads that I
25 traveled on before I got there was, like, 201 and

Page 15

1 202.
2    Q. Okay. And when you worked at Powell Road
3 Landfill, what did you do?
4    A. I wrote receipts for the truck drivers when
5 they would come in and give them a copy. And I
6 kept -- it wasn't a great record, but I kept record
7 of everybody that came in and dumped.
8    Q. And where was this? Where did you do this
9 work at the landfill?
10    A. In a trailer office.
11    Q. And at -- where -- at the -- in a trailer
12 office. Where was it located at the landfill?
13    A. It was located right next to the front gate.
14    Q. Okay. Do you recall the hours of the
15 landfill that you worked?
16    A. Probably between 7:00 -- I would usually get
17 there early. Between 7:00 and 4:00.
18    Q. Okay. And when you worked at the Powell
19 Road Landfill, did you live in Trotwood?
20    A. I lived different places. First, it was
21 Trotwood. And then it was in Huber Heights. And
22 then back to Trotwood.
23    Q. And when -- and how long did you work at
24 Powell Road Landfill?
25    A. Oh, I worked until the late '70s.

Page 16

1    Q. Okay. Ms. Hunter, who was Prince Coleman?
2    A. Who is what?
3    Q. Prince Coleman.
4    A. He was the dozer operator.
5    Q. Where?
6    A. At Powell Road.
7    Q. Powell Road. And what did he look like?
8    A. Real large, heavyset, black guy.
9    Q. And when he was -- what do you -- what does
10 a dozer operator mean? What did he do there?
11    A. He leveled out all of the debris that was
12 brought in and then covered it with six inches of
13 dirt. I don't know all of his duties.
14    Q. That's okay.
15      MS. RAUER: Objection. There was no
16 question.
17      MS. GALE: That's okay.
18      I'm going to hand you what we'll mark as
19 Exhibit 2.
20      (Defendant Waste Management of Ohio's
21 Exhibit No. 2 marked for identification.)
22 BY MS. GALE:
23    Q. Ms. Hunter, whose name is at the top of
24 Exhibit 2?
25    A. Lucy M. Hunter.

Page 17

1    Q. Is that --
2    A. That's me.
3    Q. What does M stand for? What does the M
4 stand for?
5    A. Mae.
6    Q. And what is this -- what is -- what is this
7 a copy of?
8    A. It's a waiver card apparently so I wouldn't
9 take insurance.
10    Q. And whose signature is on the card?
11    A. That's mine. Lucy Hunter.
12    Q. And is that your birth date?
13    A. Yes, it is.
14    Q. What is -- I'm sorry.
15    A. -- 19/1935.
16      THE COURT REPORTER: Say that one more time.
17 Say it one more time, please. Say the date one
18 more time, please.
19      THE DEPONENT: 4/19/1935.
20 BY MS. GALE:
21    Q. And what is the date employed -- of employed
22 on there?
23    A. 6/11/73.
24    Q. And on the card, what is the branch plant or
25 department indicated underneath your signature?

Page 18

1    A.  Powell Road Landfill.
2    Q.  And does this appear to be a copy of your
3  signature waiver card?
4    A.  Yes, it is.
5    Q.  You can put that down.  Thank you.
6        After -- so after you left Powell Road, do
7  you remember being interviewed about the Powell Road
8  Landfill --
9    A.  Yeah.
10    Q.  -- later?  Generally speaking, what did you
11  tell them?
12    MS. RAUER:  Objection.  Who is -- who is --
13  who is them?
14  BY MS. GALE:
15    Q.  Okay.  Do you remember who was interviewing
16  you?
17    A.  I don't remember the gentleman's name
18  because that was, like, in the '90s.
19    Q.  Uh-huh.
20    A.  And I didn't think I had to remember.
21    Q.  That's okay.  Do you remember who they
22  worked for?
23    MS. RAUER:  Objection.  Leading.
24  BY MS. GALE:
25    Q.  Who they worked for?

Page 19

1    A.  I presume they worked for SCA.
2    Q.  Okay.  So, generally speaking, what did you
3  tell them when you were interviewed?
4    A.  I told them I had --
5    MS. RAUER:  Objection.  Hearsay.
6    THE DEPONENT:  I told them I had receipts
7  for each person that come to the landfill.  And
8  they asked me if they could --
9    MS. RAUER:  Objection.  Hearsay.  Sorry.
10    THE DEPONENT:  They asked me if they could
11  take them and copy them.  And they did so and
12  returned the original.
13  BY MS. GALE:
14    Q.  Okay.  So you said you left Powell Road in
15  the late '70s.
16        Where did you work after the Powell Road
17  Landfill?
18    A.  The first job after Powell Road was called
19  the Byrd Center.  It was a center for children.  That
20  was the first one.
21        Then I worked for a bar as barmaid in Huber
22  Heights and in Trotwood one called the Hub.  I worked
23  both places, different shifts.
24        And then I went to work for Western Sizzlin
25  Steakhouse across from the Salem Mall in Trotwood.

Page 20

1        And then I just did odd jobs.  I worked for
2  the Holiday Inn.  Just anything to make money.
3    Q.  Uh-huh.
4    A.  So that was -- I guess that's my work
5  history.
6    Q.  Have you ever worked at another landfill?
7    A.  No.  Just Powell Road.
8    Q.  Have you ever heard of the South Dayton
9  Dump?
10    A.  Yes.
11    Q.  What do you know about it?
12    A.  I know that you called me and said my
13  nephews had said I worked there and that they had
14  visited me, which is not true.  I don't know where
15  they got their information or their memories, but I
16  never worked for the South Dayton.
17    MS. GALE:  Ms. Hunter, I'm going to show you
18  a third exhibit.
19    (Defendant Waste Management of Ohio's
20  Exhibit No. 3 marked for identification.)
21  BY MS. GALE:
22    Q.  Do you recognize this?
23    A.  Yes.  It's the -- it's the letter you had me
24  sign.
25    Q.  The -- the declaration?

Page 21

1    A.  Yeah.
2    Q.  Yeah.  Does it look like a true and accurate
3  copy of the declaration you signed?
4    A.  It looks like it.  Yes, it does.
5    Q.  Is that your signature at the bottom?
6    A.  Yes.
7    Q.  Ms. Hunter, if you don't mind, can you
8  please read the declaration into the record.
9    A.  Okay.  "I have personal knowledge of the
10  facts stated below.
11        "I have never worked at the South Dayton
12  Dump located in Moraine, Ohio.
13        "The only landfill or dump I have ever
14  worked at was the Powell Road Landfill located in
15  Dayton, Ohio.
16        "I have had other jobs throughout my life,
17  but none other jobs were a landfill at -- or a dump.
18        "Anyone who states that I worked at the
19  South Dayton Dump is mistaken.
20        "This is my personal history regarding the
21  record of employment.
22        "I declare under penalty of perjury under
23  the laws of the United States of America that the
24  foregoing is true and correct."
25    Q.  Is that information still accurate?

6 (Pages 18 - 21)

1 Landfill?

2    A.  Yes, I heard of it.

3    Q.  Have you heard of the Broadway Landfill?

4    A.  I probably have.

5    Q.  In Moraine, Ohio?  Do you recognize any of
6 the roads in this picture?

7    A.  I know the roads.  I just don't know what
8 these are.

9    Q.  Okay.  Have you ever had an occasion to go
10 to the Dryden Road when you lived in the Dayton area?

11    A.  I don't remember how many landfills that we
12 picked cardboard and copper and brass.  You -- you
13 did what you had to do to make a dollar.  And we --
14 my husband would take the pickup.  We'd go to the
15 landfill, load the truck with the cardboard.  If
16 there was copper or brass, we'd take that.  But I
17 don't remember every landfill that we went to.

18    Q.  Did you go to the South Dayton Dump to pick
19 for cardboard?

20    A.  I don't know.  I -- I can't say for sure.  I
21 don't want to say yes and it not be true.

22    Q.  So your answer is you don't know?

23    A.  I don't want to say no.

24    Q.  So your answer is you don't know?

25    A.  Right.

1    Q.  But you did go to -- did you go -- other
2 than the Powell Road Landfill where you worked at,
3 did you go to other landfills in the Dayton, Ohio,
4 area to pick?

5    A.  Yes.

6    Q.  Do you remember how many landfills there
7 were in the Dayton, Ohio --

8    A.  No, I don't.

9    Q.  -- area?

10    A.  I don't.

11    Q.  Have you heard of the Grillot Dump?
12 Grillot.  Grillot.

13    A.  No.

14    Q.  Have you heard of a man named --

15    A.  I have heard of Grillot, the man.

16    Q.  Which man have you heard of?

17    A.  It was -- it was a person that was supposed
18 to be -- my sister's husband knew him because he was
19 from the area that he worked.

20    Q.  Your sister's husband.  Who is that?

21    A.  Edgar Hunter.

22    Q.  Edgar Hunter knew the Grillots?

23        MS. GALE:  Objection.  Misstates the
24    testimony.

25        THE DEPONENT:  That's how I know the name.

1 BY MS. RAUER:

2    Q.  That's how you know the name?  Through Edgar
3 Hunter?

4    A.  Yeah.

5    Q.  Do you know if you ever went to the Grillot
6 Dump?

7    A.  Edgar?

8    Q.  Do you know -- okay.  Do you know if Edgar
9 went to the Grillot Dump?

10    A.  He was a mechanic.

11    Q.  Do you know where he was a mechanic at?

12    A.  South -- just like you're saying the dump
13 is.

14    Q.  At the South Dayton Dump?  Is that what
15 you're saying?

16    A.  Doyle Robinson (sic).

17    Q.  Doyle Robertson.  Did you ever see him at
18 his place of business at Doyle Robertson?

19    A.  I can't say I have.

20    Q.  You had stated, I believe, that you had
21 heard of the South Dayton Dump; correct?

22    A.  Yeah.

23    Q.  You -- you stated you don't recall if you
24 ever went picking there.  Is that correct?

25    A.  I don't remember if we went to that

1 particular one.

2    Q.  But it's possible you went to that
3 particular one?

4        MS. GALE:  Objection.  Calls for
5    speculation.

6 BY MS. RAUER:

7    Q.  You can answer.

8    A.  I'm saying I don't remember.

9    Q.  Did you know a man by the name of Ken
10 Grillot?

11    A.  No.  Just the name is all I remember, not
12 the man.

13    Q.  Did you ever work at the entrance of the
14 South Dayton Dump?

15    A.  At the what?

16    Q.  At the entrance of the South Dayton Dump.

17    A.  No.

18    Q.  Did you ever fill in for someone at the
19 entrance of the South Dayton Dump?

20    A.  No.

21    Q.  Did you ever see your nephews while you were
22 picking at various dumps in the Ohio area?

23    A.  Don't remember ever seeing them at the
24 landfill where I worked, Powell Road.

25    Q.  You don't recall seeing Cecil Hunter at