IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, et al.,            )
                                        )   CASE NO. 3:13-cv-00115
        Plaintiffs,                     )
                                        )   JUDGE WALTER HERBERT RICE
vs.                                     )
                                        )
THE DAYTON POWER AND LIGHT              )
COMPANY, et al.,                        )
                                        )
        Defendants.                     )

### ORDER

This matter is before the Court on the Agreed Motion to Modify the Pre-Trial Schedule, it is hereby ordered that the Agreed Motion is GRANTED. The Court modifies the Pre-Trial Schedule as follows.

| | |
|---|---|
| Deadline for filing Motions for Leave to file Motions for Summary Judgment (All Parties other than ConAgra and Pharmacia) | ~~September 22, 2025~~ October 13, 2025 |
| Deadline for Responses to Motions for Leave | ~~October 6, 2025~~ October 27, 2025 |
| Deadline for Replies in Support of Motions for Leave | ~~October 13, 2025~~ November 3, 2025 |

Date: September 17th, 2025.

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE