IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION


HOBART CORPORATION, ET AL.,

       Plaintiffs,

v.                     CASE NO. 3:13-cv-00115

THE DAYTON POWER AND LIGHT

COMPANY, ET AL.,

       Defendants.

_____


DEPOSITION OF

JEFFREY V. DAGDIGIAN, PH.D.


TAKEN ON

TUESDAY, SEPTEMBER 23, 2025

9:04 A.M.


WATERSTONE ENVIRONMENTAL, INC.

2936 E. CORONADO STREET

ANAHEIM, CALIFORNIA 92806

JEFFREY DAGDIGIAN                    September 23, 2025                        2 to 5
88754

Page 2

```
 1                      APPEARANCES
 2
 3   Appearing on behalf of the Plaintiffs:
 4   LARRY SILVER, ESQUIRE
 5   DAVID E. ROMINE, ESQUIRE
 6   LOUIS (LUKE) DODGE, ESQUIRE
 7   WADE M. STEPHENS, ESQUIRE
 8   Langsam Stevens Silver & Hollaender LLP
 9   1818 Market Street, Suite 2430
10   Philadelphia, PA 19103
11   (215) 732-3255
12   lsilver@lssh-law.com
13   dromine@lssh-law.com
14   ldodge@lssh-law.com
15   wstephens@lssh-law.com
16
17   Appearing on behalf of Defendant The Dayton Power
18   and Light Company:
19   DREW H. CAMPBELL, ESQUIRE
20   Bricker Graydon, LLP
21   100 South Third Street
22   Columbus, OH 43215
23   (614) 227-2300
24   dcampbell@brickergraydon.com
25
```

Page 3

```
 1                 APPEARANCES (CONTINUED)
 2
 3   Appearing on behalf of Defendant Waste Management of
 4   Ohio, Inc.:
 5   JENNIFER T. NIJMAN, ESQUIRE
 6   Nijman Franzetti, LLP
 7   10 S. LaSalle Street, Suite 3400
 8   Chicago, IL 60603
 9   (312) 251-5250
10   jn@nijmanfranzetti.com
11
12   Appearing on behalf of Defendant The Sherwin
13   Williams Company:
14   MATTHEW T. KEMP, ESQUIRE
15   Shumaker Loop & Kendrick, LLP
16   1000 Jackson Street
17   Toledo, OH 43604
18   (419) 241-9000
19   mkemp@shumaker.com
20
21
22
23
24
25
```

Page 4

```
 1               APPEARANCES (CONTINUED)
 2
 3   Appearing on behalf of Defendant ConAgra Grocery
 4   Products Co., LLC:
 5   JOSEPH R. DURHAM, ESQUIRE
 6   Eastman & Smith Ltd.
 7   250 Civic Center Drive, Suite 280
 8   Columbus, OH 43215
 9   (614) 564-1445
10   jdurham@eastmansmith.com
11
12   Appearing on behalf of Defendant Valley Asphalt
13   Corporation:
14   TARIQ M. NAEEM, ESQUIRE
15   Tucker Ellis, LLP
16   950 Main Avenue, Suite 1100
17   Cleveland, OH 44113
18   (216) 592-5000
19   tariq.naeem@tuckerellis.com
20
21
22
23
24
25
```

Page 5

```
 1                EXAMINATION INDEX
 2                                            PAGE
 3
 4   EXAMINATION BY MR. CAMPBELL                9
 5   EXAMINATION BY MR. KEMP                  134
 6   EXAMINATION BY MR. DURHAM                190
 7   EXAMINATION BY MS. NIJMAN                233
 8   EXAMINATION BY MR. NAEEM                 270
 9   EXAMINATION BY MR. SILVER                287
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

JEFFREY DAGDIGIAN          September 23, 2025                    6 to 9
88754

Page 6

                    EXHIBIT INDEX

1
2    EXHIBIT                                         PAGE
3
4    1     FIRST AMENDED NOTICE OF              10
5          DEPOSITION DUCES TECUM OF
6          JEFFREY V. DAGDIGIAN, PH.D.
7    2     SECTION 1 - INTRODUCTION             28
8    3     APPENDIX B                          251
9    4     SECTION 7.0 - DAYTON POWER           83
10         AND LIGHT
11   5     SECTION 4 - HOBART CORPORATION      104
12   6     SECTION 5 - NCR CORPORATION         120
13   7     SECTION 6 - DAYTON-WALTHER          123
14         CORPORATION
15   8     10.6 OPINIONS REGARDING DAYTON      144
16         LABORATORY
17   9     ASSESSMENT OF INDUSTRIAL            150
18         HAZARDOUS WASTE PRACTICES
19   10    GUIDES TO POLLUTION PREVENTION      161
20         BY THE EPA
21   11    EXPERT REBUTTAL REPORT OF           184
22         MATTHEW Q. LENTZ
23   12    EXPERT REPORT OF                    192
24         JEFFREY V. DAGDIGIAN, PH.D.
25

Page 7

                EXHIBIT INDEX (CONTINUED)

1
2    EXHIBIT                                         PAGE
3
4    13    EXPERT OPINION ON WATE              194
5          GENERATION AT MCCALL CORPORATION
6          BY JERGEN H. EXNER
7    14    TRANSCRIPT OF THE VIDEO             221
8          DEPOSITION OF JEFFREY A. SMITH
9    15    REBUTTAL EXPERT REPOPT OF           266
10         JEFFREY V. DAGDIGIAN, PH.D.
11   16    HEALTH HAZARD EVALUATION            228
12         DETERMINATION REPORT
13         NO. 73-68-187
14   17    DECISION, AND ENTRY OVERRULING      241
15         CONAGRA'S MOTION FOR PARTIAL
16         SUMMARY JUDGEMENT
17   18    RESUME OF JEFFREY V.                249
18         DAGDIGIAN, PH.D.
19   19    EXPERT REPORT                       274
20
21
22
23
24
25

Page 8

1                    DEPOSITION OF
2              JEFFREY V. DAGDIGIAN, PH.D.
3                       TAKEN ON
4             TUESDAY, SEPTEMBER 23, 2025
5                      9:04 A.M.
6
7         THE REPORTER:  The time is 9:04 a.m., and
8    we are on the record.
9         Dr. Dagdigian, please raise your right
10   hand.
11        Do you affirm under penalty of perjury
12   that the testimony you're about to give will be the
13   truth, the whole truth, and nothing but the truth?
14        THE DEPONENT:  Yes, I do.
15        THE REPORTER:  Will each attorney present
16   please state their name and whom they represent.
17        MR. CAMPBELL:  Drew Campbell on behalf of
18   the Dayton Power and Light Company.
19        MR. KEMP:  Matthew Kemp for the Sherwin-
20   Williams Company.
21        MR. DURHAM:  Joseph Durham on behalf of
22   ConAgra Grocery Products Company, LLC.
23        MS. NIJMAN:  Jennifer Nijman for Waste
24   Management of Ohio Entity Container Services.
25        MR. SILVER:  Larry Silver for the

Page 9

1    plaintiffs.
2         THE REPORTER:  And on Zoom?
3         MR. NAEEM:  Yeah.  Tariq Naeem on behalf
4    of Valley Asphalt Corporation.
5         MR. STEPHENS:  Wade Stephens on behalf of
6    Plaintiffs.
7         THE REPORTER:  Okay.  Counsel, please
8    proceed.
9         MR. CAMPBELL:  Swear the witness?
10        THE REPORTER:  I did already.
11        MR. CAMPBELL:  Oh, did you?  Okay.
12   DR. JEFFREY DAGDIGIAN, having been first duly
13   affirmed to tell the truth, was examined, and
14   testified as follows:
15   EXAMINATION
16   BY MR. CAMPBELL:
17        Q.   Good morning.  Before I say anything, I
18   need to make sure I'm going to pronounce your name
19   properly. So how do you pronounce your last name?
20        A.   It's phonetic.  Dag-dig-ian.  Dagdigian.
21        Q.   Dagdigian.  Okay.  Very good.  Dr.
22   Dagdigian, good morning.  How are you?
23        A.   I'm good.  Thank you.  How about you?
24        Q.   Doing great.  And I appreciate your
25   hosting us here for this deposition.

Page 10

1        So why don't we start by entering our
2  first exhibit.  I'll leave this in front of you.
3        So Dr. Dagdigian -- I'll get this right --
4  you have been deposed before, correct?
5     A.   Yes.
6     Q.   So I won't go through the entire set of
7  instructions, but to echo what our reporter said to
8  us, it's important that you answer verbally as
9  opposed to a nod of the head or uh-huh, or something
10 like that, so that we can make sure that we clearly
11 understood your answer, okay?
12    A.   Yes.
13    Q.   I will promise to try not to interrupt you
14 or talk over you.  In the event that I do, I will
15 stop.  I want to make sure that we speak one at a
16 time so the reporter can take everything down, okay?
17    A.   Okay.
18    Q.   Okay.  And I take it this morning, you're
19 feeling good and ready to go and no impediments to
20 your ability to sit for a potentially lengthy, yet
21 thoroughly enjoyable deposition?
22    A.   Yep.
23         (WHEREUPON, Exhibit 1 was marked for
24 identification.)
25 BY MR. CAMPBELL:

Page 11

1     Q.   Okay.  Great.  I've handed you what the
2  reporter has marked as Exhibit 1.  That is the First
3  Amended Notice of Deposition Duces Tecum.  Have you
4  seen this document before?
5     A.   Yes.  I believe so.
6     Q.   So to start, I'm just curious, what did
7  you do to prepare for your deposition today?
8     A.   I read my expert report and rebuttal
9  report.
10    Q.   Rebuttal report with respect to which
11 party?
12    A.   That was with respect to -- let me check
13 that out and make sure I'm accurate.  This response
14 to the rebuttal report of David Hagen.
15    Q.   Great.  Thank you.  So we're going to talk
16 about the main report that you've drafted for us.
17 And before we get into that document, are there any
18 changes or updates that -- modifications that you
19 would like to make to your main report?
20    A.   No, not that I contemplated at this time.
21    Q.   In connection with your review of that
22 report, did you find anything in that draft as you
23 were going through it in preparation for today that
24 you thought needed clarification or correction?
25    A.   No.

Page 12

1     Q.   Did you have an opportunity to review any
2  of the work papers that you may have relied upon in
3  preparing your report?
4     A.   What's -- you mean, like, notes?
5     Q.   Notes.  It could be notes, it could be
6  photographs, it could be deposition transcripts, it
7  could be documents from other parties in the case,
8  things of that nature.  Anything -- and then,
9  whatever you relied on preparing your report is
10 really what I'm driving at?
11    A.   I did review a couple of the depositions
12 --
13    Q.   And which were --
14    A.   -- in addition.
15    Q.   -- which were those?
16    A.   I'm not really sure.  I'd have to thumb
17 through my expert report.  If you want me to do
18 that, I'd be happy to.
19    Q.   Okay.  Well, we might come back to that.
20 With these -- I take it these were depositions of
21 fact witnesses?
22    A.   Yes.
23    Q.   Okay.  Did you review any reports prepared
24 by any of the experts in this case?
25    A.   Yes.

Page 13

1     Q.   Which reports were those?
2     A.   Pretty much all of them.
3     Q.   Okay.  Obviously, you reviewed the report
4  of Dr. Exner, correct?
5     A.   Yes.
6     Q.   You don't recall the names of the other
7  experts.  Do you recall the parties they might have
8  been connected with?
9     A.   I reviewed -- geez.  All the parties had
10 expert reports and I reviewed those expert reports.
11 Some of the parties had rebuttal reports, maybe two,
12 maybe three, and I reviewed those also.
13    Q.   Okay.  Was there anything that struck --
14 stuck out to you in the review of those reports that
15 are germane for the testimony you're going to be
16 providing today?
17    A.   No.
18    Q.   Okay.  Did you take into consideration any
19 of the expert reports when you prepared the report
20 that we're going to talk about today, that is, your
21 report?
22    A.   The only one that I took into
23 consideration was Dr. Exner's.
24    Q.   Okay.  Were you asked to make any
25 assumptions with respect to the opinions you're

Page 14

1 rendering in this case?
2      A.   No.  No.  Not that I can think of.
3      Q.   **Are there any assumptions that you did**
4 **make that are not otherwise expressly stated in**
5 **these reports?**
6      A.   No.
7      Q.   **Okay.  Have you reviewed the orders of our**
8 **District Court Judge that bear on the scope of your**
9 **engagement?  And I'm referring specifically to an**
10 **order dated September 24th, 2024, the decision and**
11 **entry sustaining in part, and overruling in part,**
12 **Plaintiff's Hobart Corporation, et al., motion for**
13 **leave to serve reports from new and substitute**
14 **experts.**
15          MR. SILVER:  And what was the date of that
16 again, Drew?
17          MR. CAMPBELL:  September 24, 2024.
18          MR. SILVER:  24.  Okay.
19          THE DEPONENT:  Is that the guard rail
20 order?
21 BY MR. CAMPBELL:
22      Q.   **Yeah.  It basically sets out what the,**
23 **sort of the rules of engagement would be for the**
24 **replacement experts?**
25      A.   Yes.

Page 15

1      Q.   **Okay.**
2      A.   I did review that.
3      Q.   **Okay.  And so you've taken that into**
4 **account in the preparation of your opinions?**
5      A.   Yes.
6      Q.   **Can you tell me then, what is your**
7 **understanding of the scope of your engagement today?**
8          MR. SILVER:  Okay.  I just want to sort of
9 a half objection here.  I -- I'm not going to allow
10 the witness to testify as to his understanding of
11 the guard rails decision by Judge Rice.  The witness
12 is an expert in science matters, not in law.
13          But the way you phrased your question,
14 didn't go directly to that, so I'm going to allow
15 him to answer your question.
16          MS. NIJMAN:  I'm -- just for the record,
17 object to the objection, is number one, not an
18 appropriate objection.  And if the witness has an
19 understanding, he can testify to the understanding.
20 Unless you have a privilege objection, it's not
21 appropriate for this deposition.
22          MR. SILVER:  I understand your comment.
23 Just to rephrase what my concern is, is that the
24 witness is here to testify as to his expertise and
25 his expertise is in certain opinions.  He's not an

Page 16

1 expert on the interpretation of law.
2          So to the extent that you're asking him to
3 interpret the Judge's order, I'm not going to allow
4 that to happen.
5          MR. CAMPBELL:  Right.  Well, I'm not
6 asking him to do that.
7          So could you read the question back,
8 please?
9          THE REPORTER:  Yes.  One moment.
10          (WHEREUPON, the record was played back.)
11          THE DEPONENT:  My understanding was to
12 evaluate the potential waste that were generated at
13 the Plaintiffs' and Defendants' facilities and to
14 determine if they contained hazardous materials.
15 BY MR. CAMPBELL:
16      Q.   **Was it your understanding that you were to**
17 **be basing your opinion around the parameters of the**
18 **opinions that Dr. Exner had previously provided in**
19 **this case?**
20      A.   Yes.
21      Q.   **And so you reviewed Dr. Exner's reports?**
22      A.   Yes.
23      Q.   **Did you find anything in those reports**
24 **that -- that you disagreed with?**
25      A.   I think I disagreed with him in one or two

Page 17

1 areas.  The one that comes -- are you going to ask
2 me which one it was?
3      Q.   **Yeah.  Mm-hmm.**
4      A.   Okay.  Yeah.  He had some comments about,
5 I believe it was the Monsanto Research facility and
6 his experiences with -- with his own -- his own
7 experiences working at a research facility, and he
8 had scaled up the amount of waste that was generated
9 by the number of people.
10          So I don't think he said it exactly this
11 way, but if, for example, you had ten people working
12 at a research facility, you're comparing that to
13 some facility that had 1,000, then you would
14 multiply the amount of waste by 100, approximately,
15 to figure out, you know, at this new facility, this
16 1,000-person facility, how much waste was being
17 formed.
18          And I didn't think that was appropriate,
19 and I did agree with that and include that in my
20 report.
21      Q.   **Okay.  You mentioned there were one or two**
22 **places.  Is there another place you disagree?**
23      A.   There might have been, but I just can't
24 recall at this time.
25      Q.   **So fair to say then that, by and large,**

Page 18

1 you concurred with, other than that Monsanto
2 example, with everything that, every opinion that
3 Dr. Exner had rendered, fair?
4     A.    That's fair.
5     Q.    Okay.  Did you also review the sources
6 that he relied on to support his -- his opinions?
7     A.    Yes.
8     Q.    Did you identify any sources that you felt
9 did not directly support the propositions he cited
10 them for?
11     A.    No.
12     Q.    So you agreed then that -- that his -- his
13 citation to sources was properly reflected in his
14 report?  Or I should say, was support of the
15 opinions he rendered in his report -- his report?
16     A.    Yes.
17     Q.    Was there any source you reviewed that you
18 felt might better state a position, or better
19 support a position that was in his report?
20     A.    Nothing comes to mind.  Maybe, but I can't
21 think of anything.
22     Q.    Do you know whether you cited anything in
23 your report with respect to a source that was
24 different from something that Dr. Exner had cited
25 to?

Page 19

1     A.    Well, I never did a one-to-one comparison.
2 It's -- it's likely that we -- that I have
3 additional sources.
4     Q.    Okay.  But you're not -- you're not sure?
5     A.    I'm not sure what they would be.
6     Q.    But -- so is it safe to say then that
7 you're sure that you did, you just don't know what
8 they were?
9     A.    Right, and categorize them.
10     Q.    Okay.  Were there any opinions that Dr.
11 Exner expressed in his reports that you did not
12 express in your report?
13     A.    No.
14     Q.    Okay.  And to be clear, the report that
15 you were -- that you were replacing, if you will,
16 was Dr. Exner's report from July 21, 2017?
17     A.    I'm not sure what the date of it is, but
18 that sounds right.
19     Q.    Okay.
20     MR. SILVER:  And just to note, I think Dr.
21 Exner issued several separate reports rather than in
22 one package.  So it's probably better to refer to
23 them as reports rather than saying --
24     MR. CAMPBELL:  Well --
25     MR. SILVER:  -- the report.

Page 20

1     MR. CAMPBELL:  -- that's -- that's a good
2 point.
3 BY MR. CAMPBELL:
4     Q.    They were -- if memory serves, they were
5 all served on the same day, but there were separate
6 reports for each entity.  And so when I talk about
7 the 2017 report, I'm talking about that collection
8 of reports that he issued in his first round of main
9 opinions.
10     A.    That's how I understood it.
11     Q.    Okay.  And so you were not tasked to
12 review any other report that he might have drafted?
13     A.    No.
14     Q.    Okay.  So the limit -- your testimony then
15 is limited solely to what we're now calling the
16 expert 2017 report, fair?
17     A.    I think that's fair.
18     Q.    Yeah.  And reports for the -- for the
19 grammarians in the room.  The Court issued a second
20 order.  I don't have the date, but it was a decision
21 and entry, sustaining in part and overruling in part
22 Waste Management's Motion In Limine to exclude your
23 testimony and Dr. Stradling, and strike their
24 reports.
25     Did you -- do you recall seeing a second

Page 21

1 opinion that related to the testimony you're
2 providing in this case?
3     A.    No.
4     Q.    Do you have a -- do you know who Dr.
5 Stradling is?
6     A.    No.
7     Q.    Were you aware that he was tasked to
8 present opinions on sort of the -- sort of the
9 industrial waste history of the Dayton area and the
10 various parties in this case?
11     A.    No.
12     Q.    Okay.  Have you ever visited the South
13 Dayton dump site?
14     A.    Yes.
15     Q.    Can you tell me about that?
16     A.    That was approximately six or eight months
17 ago.  It was during wintertime.  There was snow on
18 the ground.  I walked the entire site.  Parked near
19 the southern -- south -- southeastern border, walked
20 up, the Dryden Street up to Valley Asphalt, walked
21 up to the bridge, looked around at the bridge,
22 walked back around to all the places that we could
23 get into, walked through the middle of the landfill.
24     There are places that were gated that we
25 couldn't quite get into, but most of it we could

JEFFREY DAGDIGIAN                September 23, 2025                22 to 25
88754

---

Page 22

1 walk through. Walked through the center of it all
2 the way to the pond. Walked around to the auto
3 salvage yard. And that was pretty much it.
4    Q.   Okay. Was there anybody with you at the
5 time?
6    A.   Yes.
7    Q.   Who was with you?
8    A.   Counsel was with me, Larry Silver and Wade
9 Stephens. My co-worker, Elizabeth Gonzalez, was
10 with me. And there were a number of other experts
11 that joined the tour.
12    Q.   Okay. Other experts in this case?
13    A.   Yes.
14    Q.   Okay. Was Dr. Stradling there?
15    A.   You know, he might have been.
16    Q.   Do you recall anybody else of the experts?
17    A.   I think all the experts were potentially
18 there. I don't recall their names at this time.
19    Q.   Okay.
20       MR. SILVER: We ate at Vinny's.
21       MR. CAMPBELL: Vinny's?
22       MR. SILVER: Vinny's.
23       MR. CAMPBELL: I'm not familiar with
24 Vinny's.
25       MR. SILVER: It's right next to the dump.

Page 23

1       MR. CAMPBELL: Well, drink bottled water
2 then, okay?
3 BY MR. CAMPBELL:
4    Q.   So was there anything about that site
5 visit that helped you in the preparation of your
6 opinions?
7    A.   Oh, yeah. I mean, it's always nice to see
8 and feel the site. You get a real good feeling for
9 it. So when you read something, you know kind of
10 whatever they're talking about. You see pictures,
11 you can put them in perspective.
12       It's really more of a perspective in just
13 making everything more concrete in terms of helping
14 you understand things, but it didn't really change a
15 lot of, you know, what I thought about the site and
16 the waste that potentially came from the mine.
17    Q.   Okay. So in your career, I take it you
18 have had numerous engagements to serve as an expert;
19 is that fair?
20    A.   Yes.
21    Q.   I know I've seen in your resume attached
22 to your report, engagement over the last four years,
23 there were, I think, sort of deposition or trial
24 related engagements, but can you give me a sense of
25 approximately how many times you've been engaged to

Page 24

1 serve as an expert?
2    A.   Probably 15.
3    Q.   Overall, throughout your career?
4    A.   15, maybe 20.
5    Q.   And of those times, how many times were
6 you deposed?
7    A.   Pretty much every time.
8    Q.   Okay. Did any of those cases go to trial?
9    A.   Yes.
10    Q.   About how many of them?
11    A.   I'd say half.
12    Q.   So, what --
13    A.   Let's say --
14    Q.   -- seven to ten?
15    A.   Yeah.
16    Q.   Something like that? Yeah. Okay. I'm
17 trying to do the math.
18    A.   Yeah.
19    Q.   But as you can tell, it's not working.
20 Has there been an occasion where one of your reports
21 or a portion of one of your reports has been either
22 excluded or limited by a Court?
23    A.   Yes.
24    Q.   Can you tell me about those?
25    A.   There was a trial with a cattle rancher in

Page 25

1 Nevada. And it had to do with waste that -- it was
2 an ARCO gold mine, silver mine, and copper mine, and
3 the waste from the tailings of the mine had come
4 down a stream onto the rancher's land. And I wrote
5 a report.
6       And a very, very small portion of the
7 report, it might even have been the -- been the
8 rebuttal portion, a small portion of the rebuttal
9 report was not allowed because the individual that I
10 was basing my testimony on, another person working
11 for the plaintiff, his entire report was taken out.
12       And because of that, a certain portion of
13 mine went to -- the portion that I depended on him
14 for.
15    Q.   Got you. So it was another expert whose
16 report was excluded that therefore caused the
17 exclusion of a portion of your report that had
18 relied on that person's report?
19    A.   Right.
20    Q.   Okay. Any other examples?
21    A.   No.
22    Q.   So that's the only time then that you've
23 had opinions or a report either limited or excluded?
24    A.   That's all I recall.
25    Q.   Okay. Has there been a time when any of

---

JEFFREY DAGDIGIAN                September 23, 2025                    26 to 29
88754

Page 26

1  these cases that you had testified in went up on
2  appeal, that you're aware of?
3       A.  I'm sure there have been.  The only one
4  that I know for certain was a case that I worked on
5  that had to do with -- we worked for a large
6  landowner and they were the plaintiff, the
7  Defendants were oil companies with pipelines moving
8  through that -- his land -- her land.  And we won
9  the case and it went to appeal, and the settlement
10 was reduced.
11      Q.  Okay.  So there was never any opinion
12 issued by the Court of Appeals in that case?
13      A.  I don't know.
14      Q.  Okay.
15      A.  I'm not aware of any.
16      Q.  Okay.  In the preparation of your reports
17 in this case, can you give me a sense as to how much
18 time you and/or your staff have devoted to preparing
19 that document?
20      A.  Of my expert report?
21      Q.  Yes.
22      A.  That's what you mean --
23      Q.  Yeah, yeah.
24      A.  -- by a document.  So we've spent
25 approximately 350,000 so far in this case.  So if

Page 27

1  you assume all that went to preparation of the
2  report, that would come out to be about -- let's see
3  here.  700 hours.  So that would be maybe a third of
4  a man year.
5       Q.  Maybe what?
6       A.  A third of a man year, 700 hours.
7       Q.  Okay.  And that would include also, I take
8  it then, the -- the rebuttal report that you've just
9  recently served in this case.  That's all in for
10 everything?
11      A.  Yeah.  All in.
12      Q.  Okay.  Has anybody from your office
13 assisted you in the preparation of your report?
14      A.  Yes.
15      Q.  Can you tell me who?
16      A.  Elizabeth Gonzalez did.
17      Q.  Okay.  She's the only one?
18      A.  Yes.
19      Q.  Elizabeth Gonzalez.  And what's -- what's
20 her background and area of discipline?
21      A.  She's a licensed professional engineer.
22 Before I hired her, she worked with the Department
23 of Toxic Substances for CalEPA.  She's worked with
24 me for 30 years.
25      Q.  Okay.

Page 28

1       A.  She's a bright engineer.
2           (WHEREUPON, Exhibit 2 was marked for
3  identification.)
4  BY MR. CAMPBELL:
5       Q.  I've just had the reporter hand you a copy
6  of what we have marked as Exhibit 2.  And this is
7  Section 1, Introduction, from your report.  So if
8  you want to take just a moment to scan it and then
9  I'm going to ask you if -- if you recognize the
10 document?
11      A.  I do.  It's from my report.
12      Q.  So I take it then with respect to Section
13 1, there's no changes or revisions that are required
14 for this portion of the report, correct?
15      A.  Correct.
16      Q.  So, first, I'd like to ask, can you tell
17 me what is the -- what expertise are you relying on
18 to serve as an expert for this engagement?
19      A.  You're asking about my personal expertise?
20      Q.  Yes.
21      A.  I have a PhD in chemistry.  I have been
22 working in the environmental industry for over 35
23 years.  I've visited hundreds of sites.  And
24 evaluated the waste that has been produced at these
25 sites.

Page 29

1           I've evaluated the processes that have
2  been employed at the various facilities that I
3  visited to determine where and how waste was
4  performed, what its disposition was, where it left
5  the facility or how it left the facility.  Not only
6  waste but raw materials, that come into the
7  facility, how they're managed.
8           So I've been involved in this basically
9  for a long time and I understand the chemistry and I
10 understand the processes.
11      Q.  Okay.  Anything else?
12      A.  Possibly, but that's all I can think of
13 right now.
14      Q.  Okay.  I think I saw in your resume that
15 you also had taken course work towards an MBA?
16      A.  Yes.
17      Q.  Tell me about that.
18      A.  I was working at UNOCAL Research Center,
19 which is when I first graduated with my PhD.  I went
20 back to get a MBA and -- at Cal State Fullerton.
21          And I ended my stay with the program a
22 year from completing that because I was being sent
23 all over the country by UNOCAL to evaluate
24 facilities for a new wastewater treatment technology
25 that I was involved in patenting.  And I just

Page 30

1 couldn't handle the work at that point.
2       Q.   What was the, sort of the -- the intention
3 in pursuing the MBA?  How was that going to
4 facilitate the things you were doing at the time?
5       A.   I, you know, when I went into that, I went
6 into it with the thought of I had been a scientist
7 all my career, and I understood science pretty well.
8 And when people started talking business concepts, I
9 had no idea what they're talking about.  I felt
10 completely ignorant.
11            And I needed the personal growth.  I
12 wasn't sure what -- where it was going to lead, had
13 no idea, but I just thought it would be a good thing
14 to do.
15            MR. SILVER:  Yeah.  Lawyers feel the same
16 way.
17            MR. CAMPBELL:  Say what?
18            MR. SILVER:  I said lawyers feel the same
19 way.
20 BY MR. CAMPBELL:
21       Q.   So, circling back then to my first
22 question, looking at just your background and your
23 experience. Do you hold yourself out as an expert in
24 risk assessment, human risk assessment?
25       A.   No.

Page 31

1       Q.   Do you hold yourself out as an expert in
2 soil contamination?
3       A.   Yes.
4       Q.   How about hydrology?
5       A.   Basic hydrology, yes.
6       Q.   Okay.  With respect to soil contamination,
7 can you tell me what's your expertise in that
8 discipline?
9       A.   I'm able to look at a potential
10 contaminated site, develop a soil sampling plan,
11 determine which analysis need to be run to
12 determine, you know, the types of contamination at
13 the site.  I'm able to determine where to place the
14 borings.
15            Based on the type of soil, I'm able to
16 determine what kind of equipment is going to be
17 necessary to drill borings and collect the borings,
18 what types of collectors are going to be used.  I'm
19 able to send the samples to the lab, look at the
20 analysis, evaluate them, write the report.
21       Q.   Have you ever been engaged to perform that
22 specific service for someone?
23       A.   Oh, yeah.
24       Q.   About how many times?
25       A.   I don't know, hundreds.

Page 32

1       Q.   Hundreds?  And did you play any role in
2 the analysis of soil samples, things of that nature?
3       A.   In the site?
4       Q.   At the site, yeah.
5            MR. SILVER:  You're talking about SF --
6            MR. CAMPBELL:  No.  No.
7 BY MR. CAMPBELL:
8       Q.   I'm talking about in your -- in your
9 background.
10            MR. SILVER:  Oh, any site?
11 BY MR. CAMPBELL:
12       Q.   Any site in your -- the experience you're
13 just describing her.
14       A.   Did I play a role in the actual analysis?
15       Q.   Mm-hmm.
16       A.   No.
17       Q.   Well, did you play any role in
18 interpreting the analysis that someone else
19 performed?
20       A.   Oh, yeah.  That's the main thing I do.
21       Q.   Yeah.  Okay.  Let's take a look at the
22 bottom paragraph of Section 1, of your introduction.
23       A.   Section 1.1 or the very last --
24       Q.   The very last paragraph of the Exhibit --
25 no. Go back, first page, first page, 1.1.  The very

Page 33

1 last paragraph at the bottom of that first page.
2            MR. SILVER:  The first page --
3            MR. CAMPBELL:  First page of Section 1.1.
4 BY MR. CAMPBELL:
5       Q.   It begins, "I was asked by LSSH to
6 evaluate whether Plaintiffs and Defendants, listed
7 above, generated waste containing hazardous
8 substances during the period of SDD's operation or
9 in any other way contributed to the COPCs at the
10 site and provide opinions based on my evaluation.
11            For the purposes of this report, hazardous
12 substances are the hazardous substances defined by
13 CERCLA Section 101(14).  These are chemicals that
14 may cause harmful effects to humans or ecological
15 health." Did I read that correctly?
16       A.   Yes, you did.
17       Q.   So it would be fair to say then that,
18 excluded from your opinions would be anything that's
19 either classified as a hazardous substance under
20 CERCLA or something which is not harmful to human or
21 ecological health, fair?
22       A.   I'm not sure I understood that question.
23            THE DEPONENT:  Can you please read that
24 back to me?
25            THE REPORTER:  Yes.

Page 34

1     (WHEREUPON, the record was played back.)
2     THE DEPONENT: I think that's generally
3 correct.
4 BY MR. CAMPBELL:
5     Q.  Okay.  Are you expressing opinions in your
6 report as to what constitutes a hazardous substance
7 under CERCLA?
8     A.  I think implicitly the compounds that --
9 I'm doing that because I'm evaluating compounds that
10 I believe are hazardous substances.
11     Q.  So I guess my question -- I think my
12 question is a little bit different.  You are then
13 opining as to what constitutes a hazardous substance
14 under CERCLA, fair?
15     A.  I believe so.
16     Q.  Okay.  Have you ever performed an
17 engagement with respect to a landfill?
18     A.  Yes.
19     Q.  How many times?
20     A.  Well, probably near a dozen.
21     Q.  Okay.  Have you ever been engaged to
22 provide expertise with respect to fly ash, whether
23 it's the composition or the storage or the
24 remediation of fly ash?
25     A.  No.

Page 35

1     Q.  So this is the first time you've been
2 asked to prepare an opinion addressing fly ash,
3 fair?
4     A.  That's correct.
5     Q.  Okay.  You say -- again, in Section 1,
6 your introduction, if we go to Page 2, you see the
7 heading 1.2.  And then we drop down to the middle of
8 that first paragraph, you say, "I have spent the
9 vast majority of my over 35-year professional career
10 involved in environmental matters concerning
11 hazardous chemical contamination, especially soil,
12 soil vapor, air and groundwater contamination, and
13 determining the source of contaminants in all
14 environmental media, as well as the appropriate
15 treatment, cleanup, and disposal options.
16     I have supervised, directed, and reviewed
17 the work of professional chemists, biologists,
18 geologists, hydrologists, toxologists, and
19 engineers." Did I read that correctly?
20     MR. SILVER:  Actually, hydro-geologist, no
21 hydrologists.
22     MR. CAMPBELL:  Thank you.
23 BY MR. CAMPBELL:
24     Q.  With that correction, did I read it
25 correctly?

Page 36

1     A.  Give me a moment here.  I'm still trying
2 to find out where you were reading.
3     Q.  Oh, I'm sorry.
4     A.  Okay.  Okay.  That's correct.
5     Q.  Okay.  So you mentioned here that -- that
6 you supervised, directed, and reviewed the work of
7 other professionals.  Can you tell me what's
8 involved in supervising and directing the work of
9 other professionals?
10     A.  First, you have to have a scope for the
11 project.  And once you understand the goals of the
12 project, what the client needs are, you have to
13 assign portions of the project to different team
14 members, which are widely different professionals.
15     And what I try and do is pick the
16 professionals that I think have the skills that are
17 most closely mated to the work that needs to be
18 done.  And then you have to describe to them what
19 they're supposed to do and what the time and effort
20 needs to be to do it.
21     And then once they have done it, you have
22 to evaluate it.  You're like a teacher at that point
23 in time.  In evaluating it, you want to elevate them
24 and make them learn something about what they're
25 doing.  And you also want to make sure it's correct.

Page 37

1     And so you have to read it.  If there's
2 calculations, you have to review the calculations.
3 You have to understand what they're doing.  If you
4 don't understand it, they have to explain it to you
5 in a way that you do understand it and can evaluate
6 it.
7     And once you've gone through that exercise
8 of review and evaluation, then you need to determine
9 if there's any remedial steps that need to be done
10 to improve what their product is.  Usually, our
11 products are written products.  I mean, sometimes
12 it's something that we do out in the field, but most
13 of the time, it's a written type of a report or
14 something.
15     So -- and then once it's completely done,
16 I'll review the entire document and -- and make sure
17 I'm happy with it and then submit it.
18     Q.  So some of the people you would identify,
19 then, would be people who have the specific
20 expertise for a component of that engagement, fair?
21     A.  Fair.
22     Q.  And you're hiring them because they have
23 an expertise that you don't, also fair?
24     A.  Yeah.  I think that's fair.
25     Q.  So when you're reviewing that work, what

Page 38

1  -- how do you go about confirming in your own mind
2  that what they have produced for you is accurate or
3  needs further work?
4      A.   Well, like I said, I have to understand
5  it.  And after 35 years of being in this business, I
6  understand a lot because I've been able to learn it
7  on the job or read about it off the Internet or be
8  taught it through books that other professionals
9  have, or have them teach me it.  So over the years,
10  I've learned a lot of things that I apply.
11          To the extent I don't know something, then
12  they need to be able to explain it to me.  They need
13  to show me their calculations.  They need to show me
14  the sources and assumptions for their calculations.
15  And so that's what I look at.
16      Q.   So in those circumstances, you're relying
17  on that professional specific discipline to, in
18  effect, educate you as to whatever their particular
19  investigation is about, fair?
20      A.   In that particular instance, yes.
21      Q.   So moving down in Section 1.2 towards the
22  bottom, you identify some of your employers prior to
23  opening your own business.  Let's start with UNOCAL.
24  What was your -- what was your role there?
25      A.   I was hired as a research associate at the

Page 39

1  UNOCAL Research Center in Brea, California.
2      Q.   And what did you do as a research
3  associate?
4      A.   Research.  I was assigned to what they
5  called the Carbon and Nitrogen Group.  And this was
6  the group that took and performed research in the
7  areas of carbon, which was, you know, oil is mainly
8  carbon, but particularly, they were interested in
9  what to do with the heavy ends of the oil, the
10  asphalts, the coke, that sort of material.
11          And so one of the projects that I was
12  involved was taking those materials and turning them
13  into high-grade graphite.  And that graphite was
14  used for electric discharge machining and other
15  uses.
16          And then the Nitrogen Group sold ammonia
17  because that's another -- and sulfur, which are two
18  big products of oil refineries.  But they were
19  always looking for ways to make the sulfur dissolve
20  better or handle better, being able to apply it
21  easier.
22          The same thing with the nitrogen, we used
23  ammonia for neutralization of wastewater.  That was
24  one of the big uses at the time.  This was in the
25  mid 1980s.  And it was a time that the categorical

Page 40

1  pre-treatment standards for the Clean Water Act were
2  being promulgated.
3          And so people were -- individuals are
4  looking for ways to precipitate heavy metals besides
5  just neutralizing their wastewater.  And ammonia was
6  not good for that because it didn't produce
7  insoluble precipitates.
8          So we were looking for -- invented a way
9  to use ammonia to remove heavy metals from
10  wastewater.  And that was one of the reasons why I
11  quit the MBA program was because I was basically
12  traveling the United States looking at facilities
13  all across the country to see if our technology
14  could be applied.
15      Q.   So I think you said your PhD was
16  chemistry?
17      A.   Yes.
18      Q.   So you were using your chemistry
19  discipline, if you will, to work with UNOCAL on
20  developing commercial applications or improving
21  commercial applications for these kinds of
22  byproducts or these heavy oils?
23      A.   Yes.
24      Q.   Okay.  And you left UNOCAL in 1988?
25      A.   That's correct.

Page 41

1      Q.   Okay.  And then you went, according to
2  your document here, you went to McLaren-Hart
3  Environmental Engineering?
4      A.   That's right.
5      Q.   Can you tell me what were you doing at
6  McLaren-Hart?
7      A.   I was hired by actually McLaren
8  Environmental Engineering before it became McLaren-
9  Hart.  And they were a full-service environmental
10  company.  They did everything from Phase Is to RFSs
11  to risk assessments. They did everything.
12          They had an air group, a hygiene group.
13  And I was hired basically because Fred McLaren liked
14  me, thought I had a lot of potential.  And I, for a
15  year, just worked there and learned kind of the
16  business.
17          And then after my first year, I became the
18  -- the assistant manager for our Irvine office,
19  which was the largest office in the country.  And
20  then a year later, I became the manager.
21          Then a year or two later, I became the VP
22  at McLaren-Hart when the -- when Hart joined --
23  became part of our company.  And I did exactly what
24  I do here. Just what we talked about earlier.
25          I directed scientists, made assignments of

JEFFREY DAGDIGIAN               September 23, 2025                    42 to 45
88754

Page 42

1  work.  Made sure it was good.  Made sure our clients
2  were happy.  Visited clients, did marketing to
3  clients.  And of course, I had to manage the
4  profitability of the office.
5      Q.    So you described, I think, generally, you
6  were directing others.  Can you give me examples of
7  the kinds of projects you were involved in where you
8  were performing that role?
9      A.    I was -- pretty much every project that
10 came into the office, I had a role in.  So if it was
11 a Phase I, I would read the Phase I.  I would review
12 what the individual did that wrote the Phase I
13 environmental assessment.  Make sure I agreed with
14 their conclusions.
15         If it was a site characterization, I would
16 make sure that what we said we were going to do, we
17 actually did.  I would look at where the borings
18 were placed.  And, of course, I was involved with
19 the whole thing as it was proceeding, but if it was
20 a report, I'd be looking at the report and making
21 sure that it accurately reflected the work that we
22 did.
23         I made sure that my conclusions, what I
24 got out of the analysis were the same as the
25 geologists and that we were on the same wavelength.

Page 43

1  And then I had made sure that I could understand it.
2  And a lot of scientists are horrible writers, and so
3  there was a lot of rewriting that had to be done.
4         And risk assessments, you brought that up
5  earlier.  You know, we -- we had ChemRisk, is a
6  company in our -- sort a sub-company in our company.
7  I think one of the experts in this case is Brent --
8  Brent Finley.  I used to work with him when he
9  worked at ChemRisk with Dennis Paustenbach, who's
10 the inventor of ChemRisk.
11         And they're very big on risk assessment
12 and teaching us non-toxicologists how to do risk
13 assessments.  Even though I would consider myself an
14 expert in toxicology or risk assessment, I'm certain
15 -- certain I could do one, not that I would do one.
16 I would probably have a toxicologist do it, but I'm
17 capable of reading it over, I understand all the
18 equations, I understand the calculations.
19         A lot of people do.  It's not that hard.
20 But -- so I would review their calculations and, you
21 know, sometimes when you put things in a
22 spreadsheet, there's an error.  And, you know, that
23 -- we had to find those errors and make sure that
24 things were done correctly.
25         You know, eventually, you get to the point

Page 44

1  where your spreadsheets are mastered, and all you
2  have to do is put in the correct numbers, and the
3  answer pops out.  But that's what I did.  I reviewed
4  the spreadsheets.  I reviewed -- made sure they used
5  all the data correctly, that it was representative
6  of the site.
7         And then when they got their analysis, a
8  lot of times, we had to figure out, well, gee, that
9  risk number is too high.  What do we do about it?
10 And so we would figure out what portions of the site
11 were sort of controlling the risk.  Or if we clean
12 this portion up, what would that do to the overall
13 risks that will come up, if/then analysis to do that
14 kind of evaluation.
15         So that when we did the clean up, we could
16 focus it on the most -- not the dirtiest areas, but
17 the areas that mattered the most to the risk
18 numbers.  So that gives you kind of a cross-section
19 of the types of things I had to do.
20     Q.    Yeah.  You mentioned that you worked with
21 Mr. Finley?
22     A.    Yes.
23     Q.    How long did you work with him?
24     A.    I'd say eight years.
25     Q.    Did you guys ever work together on

Page 45

1  projects?
2      A.    Probably.  I -- I can't remember a
3  instance.
4      Q.    Do you stay in touch with him?
5      A.    I see him every now and then, not very
6  often, you know, every couple of years.
7      Q.    It's like, conferences, things like that?
8      A.    Yeah.
9      Q.    Yeah.  Okay.  A little further down on
10 Page 3 of Section 1, you've identified five
11 recycling and waste disposal projects.  Do you see
12 that?
13     A.    Yeah.
14     Q.    Can you walk me through those and tell me
15 just briefly what your role was in these, starting
16 with the BKK Landfill in Los Angeles County?
17     A.    So BKK is a project I'm currently working
18 on.  I'm the project director for it.  I'm working
19 for the County of Los Angeles.  It's a landfill that
20 is closed and currently a golf course.
21         And our job is to basically close the site
22 and get a no further action from the Department of
23 Toxic Substances Control.  So we're negotiating with
24 them to complete the site characterization right now
25 for Operable Unit 2, which is a groundwater unit.

JEFFREY DAGDIGIAN                 September 23, 2025                 46 to 49
88754

Page 46

1    And my job is, about four or five years
2 ago, I instituted a new sampling regime to look at
3 natural attenuation parameters. So look at all the
4 parameters that show whether or not the groundwater
5 is anoxic or contains oxygen.
6    The reductive oxidation pairs like ferrous
7 and ferric iron, sulfate and sulfide, nitrate and
8 nitride, all those kinds of things that tell us
9 where the oxidation potential is inside the
10 landfill. With the idea to show the DTSC that it
11 was anoxic enough that the TCE contamination in the
12 site was being bio-mediated or naturally attenuated.
13    And I think we've shown them that. I
14 think they're satisfied with that. And so we're
15 basically at the point now where we're closing the
16 -- the site characterization portion and entering
17 the remedial phase, which is going to be monitored
18 natural attenuation.
19    GreenWaste and Zanker, these were a series
20 of landfills in Northern California in the Bay area
21 and around Sacramento area, and it was a property
22 transaction. And our job, my job, was to go to each
23 one of the landfills and analyze the sources of
24 contamination, the sources of waste.
25    Let's say that. Sources of waste that

Page 47

1 came to this landfill. And if the sources of waste
2 impacted the soil or the groundwater, and to write
3 that into a report that was being presented to the
4 buyer of the landfills.
5    Q.    Okay.
6    A.    Avalon --
7    Q.    One quick question before we move on. You
8 said you were working to identify the sources of the
9 waste?
10    A.    Yeah.
11    Q.    Tell me just briefly what that was.
12    A.    So they had just regular trash that came
13 to those landfills. They had batteries that came
14 there. They had metals, they had capacitors. There
15 was -- and equipment. They had waste from building
16 deconstruction, demolition.
17    And a lot of that waste, they -- like the
18 wood, they had to take the nails out and chip the
19 wood, and some of that wood was -- had preservatives
20 in it and so they had to deal with the wood with the
21 preservatives.
22    They had a recycle center there for
23 bottles and cartons, and they had paper recycling
24 there. That's all I can remember this moment.
25    Q.    So you were -- you were actually

Page 48

1 identifying what the waste was in the site, not
2 where it came from, fair?
3    A.    Yeah. When the waste came to the site, we
4 were evaluating all the streams that came into the
5 site.
6    Q.    Okay. Then you got Avalon?
7    A.    Avalon is the city, a main city in
8 Catalina Island just off the coast here. And the
9 site that we were evaluating was the Avalon High
10 School site, which has contamination in it,
11 primarily heavy metals. Some -- some solvents, not a
12 lot.
13    And there was an idea that there was a
14 landfill on this school site, and that the City had
15 sold the site to the Long Beach Unified School
16 District, and not identified that -- that landfill
17 site was -- it was a burn site. They called it a
18 burn site.
19    So they had individuals come out and dig
20 holes, trenches at -- at the site, looking for
21 bottles and burn material and stuff like that. And
22 then they mapped all of that.
23    And our job, my job -- I was the lead
24 expert for our company on it -- was to determine if
25 it was a burn site, if there was a landfill there,

Page 49

1 and to present that in court. We determined there
2 wasn't a burn site there. There wasn't a landfill
3 site. We won in court, 100 percent, but that was my
4 role.
5    Q.    So you were representing the prior seller?
6    A.    Yes. The City of Avon.
7    Q.    Okay. Then we have Green River Golf
8 Course?
9    A.    That's a local golf course here in
10 California, and it's kind of like the intersection
11 of Orange County, San -- Riverside County, and
12 Imperial County where they all come together. And
13 it's a very large golf course. And they had what
14 was being called an unpermitted landfill at the
15 site.
16    And so our job was to go to the site and
17 figure out -- this was a DTSC complaint -- to figure
18 out what was going on. And what they were doing was
19 taking all their spent, used chemicals and
20 pretending they were fertilizers or pesticides and
21 applying them to the land.
22    So our job was to characterize, you know,
23 the land to make sure that they didn't permanently
24 hurt it, to go to where these materials were being
25 stored and dumped and to figure out what the new

Page 50

1  procedure should be in the areas where they had
2  dumped a lot of the chemicals to characterize those
3  areas and remove the soil and -- and, you know,
4  clean it up.
5       Q.   What -- you mentioned DTSE complaint.  Can
6  you --
7       A.   Department of Toxic Substances Control.
8  So that's the -- that's the Hazardous Waste Division
9  of the California EPA.
10      Q.   In Marina Pacific?
11      A.   I think this -- gosh, I'm not recalling
12 that one right now.  Sorry.  Permitted landfill.  My
13 memory is failing me.  I can't remember this one.
14      Q.   Okay.  Well, we might circle back to it.
15      A.   Okay.
16      Q.   If we turn the page to Section -- this is
17 Page 4, Section 1.22, first paragraph, you describe
18 your Certified Environmental Manager licensing.  Is
19 that the only license or certification that you
20 have?
21      A.   Yes.
22      Q.   And can you tell me -- second full
23 paragraph, it begins, "Certification by NDEP is
24 designed to ensure an individual is knowledgeable in
25 the management of hazardous substance investigation

Page 51

1  of a site to determine the source of a release or
2  potential release of a hazardous substance; sampling
3  of air, soil, surface water, or groundwater to
4  determine the release of a hazardous substance;
5  response to a release of hazardous substance; clean
6  up of a release of a hazardous substance;
7  remediation of water or soil contaminated by
8  hazardous substance;" -- and I'm going to stop
9  there.
10           Did I read that correctly?
11      A.   Yes.
12      Q.   Last sentence says, "My CEM designation
13 certifies, that I possess the knowledge, training,
14 and experience to act as an environmental consultant
15 for projects concerning the management, release,
16 investigation, sampling, clean up, and remediation
17 of hazardous substances."  Did I read that correctly?
18      A.   Yes.
19      Q.   So as I read the -- the expertise, if you
20 will, that support the certification, it didn't look
21 to me like these were particularly germane to the
22 report that you've written in this case.  And in
23 particular, here you were asked to review
24 information about historical waste streams, and then
25 you've expressed opinions on whether they constitute

Page 52

1  hazardous wastes.
2           Can you tell me, do you agree that this
3  Certified Environmental Manager license is something
4  that really speaks to other kinds of projects that
5  you do, or is this, do you think it's actually
6  germane to what you're doing in this case?
7       A.   No, it's germane.  You're required to take
8  a test that tests you in all this area.  And, you
9  know, one of the things you're trying to figure out
10 is if a material is a hazardous substance,
11 potentially if it's a hazardous waste at a facility
12 and it was released, where did it go?
13           So the "where did it go" part is not
14 germane because that's not my charge here, but to
15 understand where these wastes come from, that
16 portion is.
17      Q.   So just to back up when you say the "where
18 did it go part," when you say where did it go with
19 respect to this CEM license, are you talking about
20 how waste might migrate to different places, how it
21 migrates through groundwater, through soil, things
22 of that nature?
23      A.   Yeah, fate and transport --
24           MR. CAMPBELL:  Okay.
25           THE DEPONENT:  -- of chemicals that are

Page 53

1  released.
2  BY MR. CAMPBELL:
3       Q.   And then I think the second thing you
4  said, I'm going to -- I'm going to butcher this
5  because I don't remember it exactly, so I'll let you
6  correct me, but you were talking about identifying
7  waste.  I'm -- I'm -- I know I'm not saying it the
8  way you did, so I'll kind of put it back to you if
9  you remember, or I can ask the reporter to read it
10 back.
11      A.   Yeah.  So understanding the chemical
12 characteristics of the waste, because the chemical
13 characteristics are what determine how the waste
14 moves through the environment.  It determines the
15 fate and transport.
16           So the density of the substances, the
17 solubility in water, the volatility, the ability in
18 the environment.  All those things we want to try
19 to understand as we evaluate the chemicals migrating
20 through the environment.
21      Q.   Okay.
22      A.   And so we understand them through how
23 they're generated in the products that they come
24 from.
25      Q.   All right.  So, as you said, you're not

Page 54

1 being asked here to determine fate and transport,
2 which I think you just described. That's not part
3 of your engagement here, correct?
4   A. That's correct.
5   Q. Yeah. You're simply being asked whether a
6 particular waste is a hazardous waste for purposes
7 of CERCLA, whether it has a, you know, adverse
8 impact on human health or ecological health, fair?
9   A. Hazardous substance, not waste.
10   Q. Hazard -- hazardous substance. Thanks.
11 Yeah.
12   A. Yeah. And that's -- that's the first part
13 of what -- what I just described, is that you have
14 to understand the chemical components. And once you
15 understand the chemical components of the materials,
16 that's what I'm doing here. That portion.
17   Q. Say that again, if you would.
18   A. Sure.
19   Q. Yeah.
20   A. So as far as the license for Nevada, the
21 first step is to understand what materials are being
22 -- are being used and become waste at a particular
23 facility, and understand their chemical composition
24 for the fate transport. However, understanding
25 their chemical composition is exactly what I'm doing

Page 55

1 here.
2   Q. Well, as I read your report, you're
3 identifying chemicals that are either scheduled
4 under CERCLA as a hazardous substance, right?
5   A. Yes.
6   Q. So it's either scheduled or it's not,
7 right?
8   A. Right.
9   Q. Or, or and/or, you're looking at whether
10 any of these wastes, you know, pose any kind of a
11 risk to humans or ecological risk, right?
12   A. Right.
13   Q. So understanding the nature of the
14 chemistry doesn't really answer either one of those
15 questions, either it's on the list or it's not, or
16 it poses a risk to human health or ecological
17 health, right?
18   A. No, I would disagree with that. Because
19 you're not looking at you're not always looking at
20 something as simple as, well, that's
21 trichloroethylene. A lot of times, you're looking
22 at mixtures of chemicals that are contained within a
23 product or how that product's, the chemistry of it
24 has changed over time, and what the new chemicals
25 are in.

Page 56

1   That's the part where you look at the
2 mixtures and try to understand what particular
3 chemicals could be in something. That's the part
4 that's the same.
5   Q. With respect to the hazardous substances
6 that you've identified in your report, did you
7 independently determine the existence of those
8 hazardous substances?
9   A. No. We -- we determined that through our
10 review of documents in -- in deposition testimony
11 and other things like that. We didn't do any
12 testing ourselves. But we looked at the testing.
13   Q. If we go down to the bottom of Page 4 at
14 1.3, it says, Basis for Expert Opinions. Do you see
15 that?
16   A. Yes, I do.
17   Q. You said, "My review of relevant
18 environmental and regulatory agency documents, the
19 history of the site, general site geology and hydro-
20 geology, previous remedial investigations, documents
21 produced in the litigation, deposition testimony,
22 and other research and documents reviewed in
23 preparing this report are referenced and summarized
24 in the following sections of this report." Did I
25 read that correctly?

Page 57

1   A. Yes.
2   Q. So fair to say if something isn't
3 referenced in this report, you didn't review it?
4   A. Correct.
5   Q. So I take it then that you did not review
6 any of the expert reports in this case?
7   MR. SILVER: Objection. Asked and
8 answered.
9   THE DEPONENT: Yeah. No, I did.
10 BY MR. CAMPBELL:
11   Q. Okay. So I didn't see those expert
12 reports we've referenced in your report. So, hence
13 the question.
14   A. No. I reviewed all of the expert reports.
15 I did not review them. You're right. I did not
16 review them in preparing my report. I reviewed them
17 afterwards.
18   Q. Afterwards?
19   A. Yes.
20   Q. Okay. So has the review of those reports,
21 had any impact on the opinions that you've expressed
22 in your report?
23   A. You asked me that. I said, no. My answer
24 is still no.
25   Q. Okay. So let's talk about the experts

Page 58

1  that you did review.  You mentioned Brent Finley.  I
2  think you mentioned, is it Hagen?  And I'm going to
3  draw a blank on the others because they're, you know
4  --
5       A.   They're not important.
6       Q.   Well, I won't tell them you said that.
7       A.   No.  I -- I looked at all the expert
8  reports that were provided to me by Counsel.  I
9  looked at all of them.  I didn't study all of them,
10 you know, as completely as I did some.  If I felt
11 like they were completely unrelated to what I was
12 opining on, then I'd just skim it so I had some
13 basic understanding of it.
14           Like, the application ones, I just looked
15 at them very quickly just to see what they were
16 saying.  I think, you know, out of the group, you
17 know, if there was one on site characterization, and
18 then there was a geologist that was writing it, I
19 would skim it.  I didn't spend a whole lot of time
20 on it because it wasn't germane.
21           It was -- it was interesting to me, but it
22 wasn't particularly germane unless it was in a
23 rebuttal report in which case -- and I was asked to
24 -- like Hagen's, to -- to look at his rebuttal
25 report and rebut it.  So then I looked at that one a

Page 59

1  lot and looked at all the exhibits and made sure I
2  understood it.
3           Sometimes I had to go back to other
4  documents from potentially other experts or -- that
5  were available to me and make sure I understood the
6  situation.
7       Q.   Did you review the report of Frank
8  Getchel; do you recall?
9       A.   Of Frank who?
10      Q.   Getchel?
11      A.   I believe --
12      Q.   G-E-T --
13      A.   Yes.
14      Q.   -- C-H-E-L.
15      A.   Yeah, I believe I did.  That was -- was he
16 the geologist for -- did he have a geology report?
17      Q.   Hydrology?
18      A.   Yeah.  Hydrology, yeah.  Yeah.
19      Q.   Or hydro-geology?  I don't know.
20      A.   Yeah.
21      Q.   Larry will correct me.
22      A.   One of those two.
23      Q.   Yeah.  Brent Finley?
24      A.   Yes.
25      Q.   And based -- based on your review of Mr.

Page 60

1  Finley's report, you didn't think that that was
2  germane to any of the opinions you were going to be
3  expressing in the report?
4       A.   Mr. -- Dr. Finley's report had some
5  references to the Exner report.  So I looked at
6  those to see if his references or what he was saying
7  was contained within the Exner report was similar to
8  my understanding.  And I would say generally
9  speaking, it was.
10           But then he went on to try and evaluate
11 what he thought the potential risk was from
12 contributions to the landfill site.  And I -- I
13 looked at that.  I didn't really evaluate it.
14      Q.   So you did not evaluate it?
15      A.   No.
16      Q.   Okay.  If we go to Page 5, and we go down
17 to Section 1.4, Reliance on Witness and Deposition
18 Testimony.  Do you see that?
19      A.   Yeah.
20      Q.   So here and on the pages following, you've
21 identified a number of depositions that --
22 transcripts that you reviewed, right?
23      A.   Yep.
24      Q.   What role did the deposition transcripts
25 or deposition testimony play for you in the

Page 61

1  rendering of your opinions?
2       A.   Generally speaking, I believed what was
3  being said, the plain English version of what they
4  were saying.  I didn't try and read anything into
5  it.  And I evaluated it to determine the types of
6  waste that were being generated and how they were
7  handled and whether or not they were potentially
8  sent to SDD.
9       Q.   And you say --
10      A.   How that occurred.
11      Q.   So when you say potentially sent to SDD,
12 you mean just witness testimony about whose -- whose
13 waste was coming into the site?
14      A.   Correct.
15      Q.   Okay.  And I think you said that you
16 basically assumed that these -- these witnesses were
17 truthful, for lack of a better word?
18      A.   Yeah.  I mean, sometimes you can tell that
19 something doesn't sound quite right.  But generally
20 speaking, I believe they were all being truthful.
21 And their stories made sense to me.  I didn't see
22 anything that was crazy.
23      Q.   Did you identify any inaccuracies or
24 inconsistencies within the testimony of individual
25 witnesses?

JEFFREY DAGDIGIAN                September 23, 2025                    62 to 65
88754

Page 62

1    A.   Oh, gosh, there might have been a couple,
2 but they weren't really important to my opinions.
3    Q.   Okay.  So fair to say that, to the extent
4 you identified any inconsistency that was internal
5 to a witness, that wasn't material to your opinions
6 in your view, fair?
7    A.   No.  That's not what I said.  What I said
8 was that if there was an inconsistency, the first
9 thing that I would look at is that it -- was it
10 germane to my opinion?  And in other words, was it
11 important to my opinion that it be accurate?
12        If it wasn't important to be accurate, for
13 my opinion to be accurate, then I didn't really
14 worry about it.
15    Q.   Okay.  And so I take it, then, you did not
16 find any instance where an internal inconsistency
17 with the witness's testimony was germane to your
18 opinion?
19    A.   Correct.
20    Q.   Did you review any of the discovery
21 responses from any of the parties as part of your
22 analysis in support of your report?
23    A.   I think that was provided to us and we
24 looked through it.  But I don't remember it
25 specifically.

Page 63

1    Q.   So fair to say then that the discovery
2 responses didn't play a role in the opinions you're
3 offering in the report?
4    A.   No.  I think they played a role.
5    Q.   Okay.  What -- and so I'll back up.  Do
6 you recall, you know, how those discovery answers,
7 responses were -- are reflected in your report?
8    A.   They were important to the -- these are
9 firsthand pieces of information from the facilities
10 themselves.  They carried a lot of weight.
11    Q.   Okay.  So we're talking about discovery
12 responses, right?
13    A.   Right.
14    Q.   Okay.  So give me an example of some of
15 the things that you thought were -- carried a lot of
16 weight that are now part of your report, or
17 reflected in your report.
18    A.   Documents that summarized the kinds of
19 waste that were being generated, analyses, letters
20 to agencies, memos.
21    Q.   How about requests for admissions?  Did
22 you review any of those?  And do you know what a
23 request for admission is, by the way?
24    A.   That's just the document that once I
25 provide those, they agree that that occurred, that

Page 64

1 that's true.
2    Q.   Yeah, that's accurate.  If it's a -- it's
3 a discovery device where you can ask a party to
4 admit a fact.
5    A.   Right.
6    Q.   Whether it's true or not.
7    A.   Yeah.  We -- I -- I saw those, but I don't
8 remember them, to be honest with you.
9        MR. CAMPBELL:  Okay.  That's you -- you
10 guys. Yeah.  This is for you.
11 BY MR. CAMPBELL:
12    Q.   Dr. Dagdigian, I've handed you a copy of
13 Appendix B, which is a portion of your report.  If
14 you'd like to take just a moment to review that,
15 then I'm going to ask if you can tell me what this
16 is, if you can identify it.
17    A.   Oh, this the last year -- four years of
18 trial and deposition experience.
19    Q.   All right.  So this -- this -- you can
20 confirm this is an accurate copy of Exhibit -- or
21 Appendix B from your report, right?
22    A.   Yes.
23        MR. CAMPBELL:  One housekeeping question.
24 Number 3, I see the word "case" should be case
25 number, but no case number.  Is that something you

Page 65

1 can supply to us?  It looks like it was omitted from
2 the draft.
3        THE DEPONENT:  Sure.  Oops, I'm marking on
4 this.
5        MR. CAMPBELL:  Yeah.  Yeah.  You can mark
6 on Larry's --
7        MR. SILVER:  Why don't you grab this one?
8        MR. CAMPBELL:  Yeah.  Yeah.
9        MR. SILVER:  If you have the number handy.
10        THE DEPONENT:  I don't have a number.
11        MR. CAMPBELL:  No.
12        THE DEPONENT:  Just marking that we need
13 it.
14        MR. CAMPBELL:  Yeah.
15        MR. SILVER:  Okay.
16        MR. CAMPBELL:  I was going to ask him to
17 memorize it.  That would have been impressive.
18 Yeah.
19 BY MR. CAMPBELL:
20    Q.   So this is the -- the appendix to your
21 report that disclosed trial and deposition testimony
22 over the last four years, and just want to walk
23 through this briefly, to the extent we haven't
24 already talked about it.
25        So looking at Number 1, we've talked about

NAEGELI
DEPOSITION & TRIAL  |  (800) 528-3335
NAEGELIUSA.COM

Page 66

1  that one, right?  Long Beach Unified School District
2  versus Santa Catalina Island Company?
3     A.   Yeah.
4     Q.   And that case is now complete, correct?
5     A.   Yes.
6     Q.   And that is a case that went to trial?
7     A.   Yes.
8     Q.   So you testified in that case?
9     A.   Actually, I didn't.  So there were two
10 parties, the Santa Catalina Island Company in the
11 city of Avalon.  I represented the City of Avalon.
12 The Long Beach Unified School District came to the
13 City literally the night before I was to testify.
14 And what I was told was they didn't want me to
15 testify, so they settled the case.
16    Q.   So -- so I'm tracking with you, your
17 client was City of -- City of Avalon?
18    A.   Correct.
19    Q.   And so who was it that did not want you to
20 testify?
21    A.   Long Beach Unified School District.
22    Q.   So it was the opposing party?
23    A.   Yes.
24    Q.   Did anybody ever tell you why they didn't
25 want you to testify?

Page 67

1     A.   It's just because I was so good.
2     Q.   Was that --
3     A.   No.  They didn't tell me.  I think they --
4  I think the Santa Catalina Island Company had some
5  good experts, too, and I think they probably saw it
6  as two good experts against their expert.  And that,
7  this is how I would be thinking about the strategy
8  of it, and the probably decided that that was too
9  much.
10    Q.   So, fair enough.  That's just kind of your
11 speculation, but --
12    A.   Right.
13    Q.   -- bottom line is the case settled, no
14 trial, and that was how it resolved?
15    A.   Yeah.
16    Q.   Yeah?  But you provided a report in that
17 case?
18    A.   Yes.
19    Q.   And you gave a deposition?
20    A.   Yes.
21    Q.   Do you have copies of your report or
22 deposition, and/or deposition?
23    A.   I have copies of my report.  I don't --
24         MR. SILVER:  Don't write on that.
25         THE DEPONENT:  Oh, darn it.  Sorry.

Page 68

1         I have copies of my report.  I may have
2  copies of the deposition.
3  BY MR. CAMPBELL:
4     Q.   Okay.
5     A.   And there was a rebuttal report.  Did you
6  want that also?
7     Q.   Yes.
8         MR. SILVER:  In making your request, I get
9  to say yes or no on that.  We'll make an effort to
10 supply that.
11        MR. CAMPBELL:  It would be unlikely for
12 you to say no.
13        MR. SILVER:  Very unlikely.
14        MR. CAMPBELL:  So, yeah.
15 BY MR. CAMPBELL:
16    Q.   So the second one, deposition testimony on
17 behalf of Occidental Chemical Company, LA Terminals,
18 Inc., versus City of Los Angeles.  So I don't recall
19 that we talked about that one.  But if we did, tell
20 me.
21        But can you give us a brief overview of
22 what that case was about and what your role was?
23    A.   Okay.  So I represented LA Terminals.  LA
24 Terminals went -- well, so Occidental Company owned
25 a terminal in San Pedro.  And they -- this was the

Page 69

1  main terminal that TCE, PCE, TCA came into the port
2  in Southern California from Washington, state of
3  Washington, and that's where Oxy was headquartered
4  where they manufactured all their chlorinateds.
5         And that site was right next to the UNOCAL
6  terminal, which basically had all the oil and
7  gasoline coming in and leaving Southern California.
8  But anyway, as you might expect, there was a lot of
9  contamination there, chlorinated contamination.
10        And it was in the island where the ships
11 docked up to, and it was onto the UNOCAL terminal.
12 Potentially, it went into the harbor.  And my job
13 was to evaluate all of the data that had been
14 generated for the site.
15        I worked with another firm that did the
16 site characterization.  And I also worked with the
17 firm that did site characterization for the UNOCAL
18 terminal.  And we created 3D models of all of the
19 contamination, showing how it had left the tanks and
20 where it had traveled to.
21        And then just, again, before we were going
22 to court, LA Terminals went bankrupt.  And they
23 never went to court.
24    Q.   And that was your client?
25    A.   That was my client.  And so I did prepare

Page 70

1  a report and, I believe, a rebuttal report, too.
2      Q.   Were you deposed in that case?
3      A.   Yes.
4      Q.   Okay.  So your role then was to serve to
5  do site characterization for LA Terminals?
6      A.   My role was to -- based on all of the site
7  characterization data based on when we believed the
8  materials were released and who owed what out there
9  to develop an allocation for the case.
10     Q.   So you -- you did the allocation portion?
11     A.   Right.  I did the allocation portion.  I
12 was the general -- I was the only expert for LA
13 Terminals.  So I did all the site characterization,
14 the fate and transport, 3D modeling, and then use
15 that to develop an allocation.
16     Q.   Okay.  So then you did do site
17 characterization?
18     A.   So I physically did not do the site
19 characterization.  I used the data that I helped to
20 develop with the other firm.  So another firm --
21     Q.   Got you.
22     A.   -- put the holes in the ground and ran the
23 analysis, but in concert with me.
24     Q.   Okay.  Thanks.  And then the next one we
25 have is Barclay Hollander Corporation, in the case

Page 71

1  of Shell Oil Company versus Barclay Hollander.  Do
2  see that?
3      A.   Yes.
4      Q.   Can you tell us what your role was in that
5  case?
6      A.   I was the main technical expert for
7  Barclay Hollander which now is a portion of the Dole
8  company, Dole Foods.  And we represented them at a
9  site that they developed into housing that
10 previously was a Shell -- a set of Shell Oil
11 reservoirs, oil reservoirs.
12          And our job was to figure out where the
13 contamination had been released at the site.
14 Obviously, the reservoirs leaked over time, and
15 these were crude oil reservoirs primarily.  And so
16 where the crude oil went to, underneath this housing
17 development.
18     Q.   And so what was your specific role?
19     A.   I represented Barclay Hollander, and the
20 role was to figure out whether the contamination was
21 more a product of the Shell use of the reservoirs or
22 how Barclay Hollander had developed the properties.
23 And I also did an allocation for that case, too.
24     Q.   So what did you have to do to figure out
25 -- I guess what you're saying is that there is a

Page 72

1  causation issue in that case.  Was this the fault of
2  how the reservoirs were used, or was this the fault
3  of the developer who developed the property?
4      A.   Yes.
5      Q.   And so what kind of analysis did you have
6  to perform to make a judgment about that?
7      A.   So we looked at the history of the site,
8  how that -- how the -- we look -- we looked at the
9  everything.  We looked at how the reservoirs were
10 constructed, how they were maintained, how they --
11 how long they were used for, the types of materials
12 that were stored.  We looked at other sister
13 reservoirs in Southern California, that were owned
14 by not only Shell, but other oil companies.
15          I think I even looked at one in Texas that
16 was a Shell reservoir, and the type of contamination
17 they had with no development on it.  And then we
18 virtually had -- we had a really good data on the
19 topology of the area, had it surveyed, and we were
20 able to take that and compare it to the survey data
21 for the reservoirs.
22          So we were able to kind of model both of
23 the before and after, and then superimpose the
24 contamination onto there so that we could see, you
25 know, how the filling in of the reservoirs had

Page 73

1  impacted where contamination was located.
2          And finally, we looked at the
3  concentration gradients that the modeling showed and
4  with the assumption that contamination always flows
5  from high contamination to low contamination.  And
6  that helped us figure out, you know, how it got to
7  certain places.
8      Q.   Okay.  So you were deposed in that case,
9  right?
10     A.   Right.
11     Q.   No trial?
12     A.   No.  There was a trial.
13     Q.   Oh, was there?  Okay.  Did I miss that?
14     A.   I didn't -- I didn't participate in the
15 trial.
16     Q.   Okay.  Can you tell me why you didn't
17 participate in the trial?
18     A.   At the very last minute, the Judge issued
19 an order striking my testimony, the other expert
20 that was working for Barclay Hollander, and two-
21 thirds of the experts for Shell.  And the reason why
22 he did that, we believe, was he didn't want it to be
23 a trial of technical experts, and he didn't want to
24 have a trial that was going to take a long time.
25 And so he simplified the trial.

Page 74

1      Q.   Did the Court issue an order explaining
2  its decision?
3      A.   If they did, I've never seen it.
4      Q.   Okay.  So do -- did anybody give you some
5  summary of what legal reasoning the Judge used for
6  striking your -- your report or your testimony?
7      A.   There had been --
8           MR. SILVER:  Object.  Calls for hearsay.
9           But go ahead.
10          THE DEPONENT:  There had been another
11  trial regarding this case that I wasn't involved in,
12  but some documents that I had prepared were used in
13  the trial, and the Judge in that trial basically
14  thought that what I was saying was not correct.  And
15  he -- so the Judge in this case said, well, that --
16  you know, Dr. Dagdigian's work's already been
17  evaluated, and we're not going to do it again.
18  BY MR. CAMPBELL:
19      Q.   So the Judge -- the Judge struck your
20  testimony in that case, because your testimony had
21  been disregarded in another case?  Did I hear that
22  right or did I --
23      A.   I didn't testify in any other case.  So I
24  had produced a document, a report --
25      Q.   Got you.

Page 75

1      A.   -- that was used in the trial that somehow
2  he evaluated.  I wasn't involved with the trial, so
3  I don't know.
4      Q.   Okay.  So it was a document you created
5  that this Judge had previously disregarded, and
6  therefore, at least in part, disregarded you, in
7  this case and struck your -- struck you for -- as a
8  trial witness?
9      A.   Right.
10      Q.   Okay.  And let's see.  Gosh, we're making
11  progress.  So we're down to Number 4.  DSA
12  Properties versus Micro Instrument Company.  Can you
13  tell us what you did in that case and what -- just
14  briefly, what your opinions were, or what your --
15  your -- what you were retained to opine on?
16      A.   This was a property in El Segundo near
17  Space X, and it was contaminated with chlorinated
18  solvents, and there is a large regional plume in
19  this area that involved all the aerospace companies,
20  all the major aerospace companies.  And Leidos was
21  our client.  And they built communications equipment
22  at this facility.
23          It was my job to show that they did not
24  use certain chemicals, certain chlorinated
25  chemicals, based on the historical -- the history of

Page 76

1  the site, and what they did there and the size of
2  the site, and all that kind of stuff.  Which I did,
3  and I prepared a expert report, a rebuttal report.
4          I was deposed.  It did not go to trial.
5  They settled this out, because we were convincing
6  enough that we didn't do anything that they didn't
7  want to take us to Court.  That was DSA.
8      Q.   So you were opining on sort of, was it
9  historical manufacturing processes and chemicals
10  involved in that --
11      A.   Yes.
12      Q.   -- process?  And how far back in time was
13  that -- were these processes that you were providing
14  testimony about?
15      A.   Back to the '50s.
16      Q.   And so you said that case settled?
17      A.   It settled for our client.
18      Q.   And when you say settled for your client,
19  you mean --
20      A.   Leidos.
21      Q.   Right.  But I mean, how did it settle for
22  your client?  Did they simply walk away?  Did
23  somebody pay money?  How did that --
24      A.   They might have paid a little bit of
25  money, but they essentially walked away.  It was

Page 77

1  pretty clean.
2      Q.   They found it to be mutually advantageous?
3      A.   Yeah.
4      Q.   Okay.  As they say.  Let's talk about
5  Number 5.  This is on behalf of RadioShack, Orange
6  County Water District versus Sabic Innovative
7  Plastics.
8          So this was a case that we represented
9  RadioShack in and it was part of what's the Orange
10  County Water District case here in Southern
11  California, which is a very large brown water case
12  in Southern Orange County.  And it went to -- I
13  prepared two expert reports.  I think at least one
14  rebuttal report.
15          I was deposed, I want to say twice.  It
16  was during COVID, so it was a Zoom trial.  I
17  testified.  And I think that RadioShack pretty much
18  was dismissed from the case.  I think they paid a
19  little bit of money, maybe 150,000, a de minimis
20  share for the Superfund site.  And that was it.
21      Q.   So was the issue here that a plaintiff's
22  group was trying to make the argument that
23  RadioShack had a waste stream that was contributing
24  to the groundwater problem?
25      A.   Yeah.  It was kind of a weird plaintiff's

JEFFREY DAGDIGIAN                    September 23, 2025                    78 to 81
88754

Page 78

1  group because it was the Orange -- it was the Orange
2  County Water District. They had hired a consultant
3  and law firm to represent them, and they sued
4  everybody in town. So there was one plaintiff and
5  100 defendants.
6          And so anybody that had used chlorinated
7  solvents in this area was brought into this case.
8  And so it was my job to show that -- and there were
9  releases at this site, they just weren't by
10 RadioShack.
11     Q.  Yeah.
12     A.  So it was my job to show that RadioShack
13 wasn't the culprit.
14     Q.  Okay. Done with that one.
15         MR. SILVER: Time for a break?
16         MR. CAMPBELL: Yeah, I was going to say,
17 I'm looking at my watch, not Eastern time, but I'm
18 thinking quarter -- quarter to 11:00?
19         MR. SILVER: I think we've been going just
20 about a couple of hours.
21         MR. CAMPBELL: Yeah, let's take a break.
22         THE REPORTER: All right. The time is
23 10:46 a.m. We're off the record.
24         (WHEREUPON, a recess was taken.)
25         THE REPORTER: All right. 11:03 a.m.

Page 79

1  We're back on the record.
2  BY MR. CAMPBELL:
3      Q.  Doctor, I'm struggling to pronounce your
4  name.
5      A.  Dagdigian.
6      Q.  Dagdigian?
7      A.  Right.
8      Q.  Okay. Dr. Dagdigian?
9      A.  Right.
10     Q.  Okay. I'll never get it again. Couple --
11         MR. SILVER: I'll accept Dr. D.
12         MR. CAMPBELL: Dr. D. Okay. Good.
13 BY MR. CAMPBELL:
14     Q.  Just a couple of follow-ups from your
15 prior testimony. Did you review the deposition
16 transcript for Dr. Exner?
17     A.  No.
18     Q.  So you reviewed his -- I think we
19 established that your report tracks his July 2017
20 reports, correct?
21     A.  Yes.
22     Q.  But you chose not to review his deposition
23 transcript, fair?
24     A.  Yes. That's fair.
25     Q.  Any reason why you didn't --

Page 80

1      A.  No, I just ran out of time.
2      Q.  Okay. You also mentioned that you had
3  done a site visit to Dayton, Ohio. Do you have any
4  -- did you take any notes or take any photographs of
5  the -- your walk out towards the site?
6      A.  I did take photographs. I didn't make any
7  notes.
8      Q.  Okay.
9          MR. CAMPBELL: We'd like to see copies of
10 those photographs. I know that Dr. Stradling had
11 done the same thing, and I think we've got that
12 request. So --
13         MR. SILVER: We'll take it under
14 consideration. I can't see and think of any reason
15 why we wouldn't provide them, but I'll think about
16 it.
17         MR. CAMPBELL: Okay.
18 BY MR. CAMPBELL:
19     Q.  You also mentioned that you had reviewed
20 the expert reports of the defendants in this case,
21 and I think you said that some you looked at and
22 determined they really weren't germane, some maybe
23 more so. Can you tell me when you reviewed those
24 reports?
25     A.  They were not reviewed in one single time

Page 81

1  frame. They were sort of reviewed as I got
2  interested in them. And I'd say more towards --
3  more after I prepared my expert report than before.
4          And I can't tell you which ones I reviewed
5  before, but I did look at a couple of them. But
6  most of them were reviewed after I completed my
7  report.
8      Q.  Okay.
9          MR. SILVER: And just to interject, it'd
10 be useful if among the defendants, someone --
11 someone keeps a list of the requests today and
12 provide it to us. That'll make it easier for me and
13 make it more likely that we get it done.
14 BY MR. CAMPBELL:
15     Q.  When were you first engaged on behalf of
16 the plaintiffs in this case, approximately?
17     A.  It's probably been a year and a half ago.
18     Q.  Okay. So something like February, March
19 of 2024, give or take?
20     A.  Yeah. I don't remember the exact time,
21 but that sounds about right.
22     Q.  Okay. Do you have an engagement letter?
23     A.  We probably do.
24     Q.  Okay. And that would have the date on it?
25     A.  Yes.

JEFFREY DAGDIGIAN                September 23, 2025                    82 to 85
88754

Page 82

1    Q.   Okay.  I was asking you questions about
2  some of the cases, or all the cases on Appendix B.
3  And I think one of them was the Shell Oil versus
4  Barclay Hollander case?  Number 3 in Exhibit B?
5    A.   Mm-hmm.
6         MR. SILVER:  Appendix B.
7  BY MR. CAMPBELL:
8    Q.   I think you said that that your report was
9  stricken in that case on the basis of some ruling or
10 some activity with respect to a document in another
11 case?
12   A.   No.  My report was not stricken in that
13 case. Just my testimony.
14   Q.   Are you -- well, your testimony.  Okay.
15 And so was this the same Judge on both cases who did
16 this?
17   A.   No.
18   Q.   Different Judge?  The --
19   A.   Different Judge.
20   Q.   And so what was -- what exactly did that
21 other Judge do in the prior case that became the
22 basis for your stricken testimony in the Barclay
23 case?  In other words, were -- was -- did some other
24 court reject a report?  Did they reject a document?
25 Did they -- what -- what happened in that other

Page 83

1  case?
2    A.   They rejected my conclusions.
3    Q.   Okay.  And what was the name of that --
4    A.   But I didn't turn in the report to the
5  other case.
6    Q.   Okay.  What was the name of that case?
7    A.   I don't know.  I know that it involved the
8  Regional Water Quality Control Board and Dole.
9         MS. NIJMAN:  I'm sorry.  Where?
10        THE DEPONENT:  The Regional Water Quality
11 Control Board and Dole Foods, D-O-L-E.
12        MS. NIJMAN:  Dole.
13 BY MR. CAMPBELL:
14   Q.   So that was a pending case in the State
15 Court?
16   A.   Yes.
17   Q.   Is that in Los Angeles County?
18   A.   I believe so.
19        MR. CAMPBELL:  Go ahead and mark this.  So
20 this is 4.
21        (WHEREUPON, Exhibit 4 was marked for
22 identification.)
23 BY MR. CAMPBELL:
24   Q.   Dr. Dagdigian, we've handed you a copy
25 that we've marked as Exhibit 4.  On my copy, there's

Page 84

1  a 4.  And for the record, this is Section 7.0 of
2  your report addressing Dayton Power and Light.  Do
3  you see that?
4    A.   Yes.
5    Q.   So sitting here today, there are no
6  changes or modifications you would like to make to
7  this portion of your report, correct?
8    A.   Correct.
9    Q.   Let's go to Page 55.  And I think earlier
10 in your report, you stated that you were not
11 offering opinions on the waste disposal for any of
12 the parties. Do you recall that?
13   A.   Yes.
14   Q.   So when I look at 7.4, the last sentence
15 says, "According to deposition testimonies from
16 former employees of DPL and SDD, DPL was a long-time
17 customer of and frequently dispose of waste at SDD."
18 Did I read that correctly?
19   A.   Yes.
20   Q.   So why would that statement be in this
21 report if you were not opining as to waste disposal?
22 In other words, are you opining that -- that DP&L
23 was disposing of waste in the South Dayton Dump?
24   A.   Let me answer your first question first.
25 So the reason why this is in there is one of the

Page 85

1  things I tried to do was put together a summary of
2  the operations and how things are, you know, what
3  and how things occurred.
4         I'm not offering any opinions on what went
5  to the South Dayton Dump or the amounts that went
6  there.  And you can see that, in my opinions,
7  there's no opinion that says that stuff went there.
8  This is just by way of history.
9    Q.   Okay.  So you -- your -- you did not
10 intend by this sentence to suggest that, in fact,
11 DP&L was disposing of waste at the -- at the South
12 Dayton Dump, fair?
13   A.   Fair.
14   Q.   So if we go down to 7.4.1, the second full
15 paragraph, you state that, "A few analyses of DPL
16 fly ash were carried out with the intent of showing
17 that the ash met regulatory criteria for ash
18 disposal and reuse.  Analysis of the solid and the
19 leachate from DPL fly ash are generally in agreement
20 with a range of constituents on other fly ash in the
21 US."
22        Did I read that correctly?
23   A.   Yes.
24   Q.   So in the first sentence, when you said
25 that the analyses were carried out with the intent

Page 86

1 of showing that the ash met regulatory criteria for
2 ash disposal and reuse, can you tell me what the
3 basis is for that statement?
4      A.   I wasn't trying to determine whether they
5 made -- they -- their ash met regulatory criteria.
6 That wasn't my purpose.  That was someone else's
7 purpose that did the analysis.  And we were looking
8 at the analysis.
9           So the purpose of the analysis was for
10 regulatory purposes.  But for my purpose, I'm just
11 looking at what the analyses were.
12     Q.   Right.  And so I guess, my question, I
13 think, dovetails with your answer, at least in part.
14 I just wanted to know, where did you learn -- or
15 what was the basis for saying, well, they presented
16 this for purposes of seeking some kind of regulatory
17 approval?  Did you just see a document that said that
18 or --
19     A.   Oh, yeah.  So -- where was that sentence?
20     Q.   I'm sorry.  It's -- if you go -- it's
21 7.4.1, it's the second full paragraph.
22          MR. SILVER:  It begins with, "The
23 analyses."
24          THE DEPONENT:  Yeah.  So the document said
25 that that was probably a document that was sent to a

Page 87

1 regulatory agency showing the content.  That's how I
2 got that.
3 BY MR. CAMPBELL:
4      Q.   Now, are you -- do you have any
5 understanding as to whether DP&L ever received any
6 kind of approval for beneficial use of its fly ash?
7      A.   They probably did.
8      Q.   But you -- I mean, but are you sure about
9 that, or are you just -- just surmising that must've
10 been -- must've been the case?
11     A.   I -- I think I read something along that
12 line.  I don't remember it for certain, but I think I
13 did.
14     Q.   Okay.  So in your experience, what's
15 required for a regulator to approve of beneficial
16 uses for fly ash, if you have any of that
17 experience?  Maybe I should ask that question first.
18          Do you have any experience with seeking
19 permission, regulatory permission, to use fly ash
20 for beneficial use?
21     A.   No.
22     Q.   So that's never been part of any
23 engagement you've had as a professional?
24     A.   That's correct.
25     Q.   Do you have any understanding as what's

Page 88

1 required in order for beneficial use to be approved?
2      A.   Well, first of all, that wasn't part of my
3 opinion on this.  My opinion strictly was if the
4 contents had hazardous substances in them.  But are
5 you asking me just as a hypothetical at this point?
6      Q.   Well, not a hypothetical.  Just do you
7 have any understanding?
8      A.   Yes.
9      Q.   Okay.  And what's your understanding?
10     A.   That they would want to make sure that
11 none of the hazardous substances in there leached
12 out under the use that was being proposed.
13     Q.   So when you talk about your engagement,
14 focusing on identifying whether these constituents
15 exist within the medium, like, in this case, fly
16 ash, you're just looking at whether they exist, not
17 what concentrations may have existed, fair?
18     A.   I would say it differently.  I would say,
19 yes, I'm looking to see if the hazardous substances
20 were present, but I wasn't looking at necessarily,
21 how much would leach out under given circumstances.
22     Q.   Is there a correlation between the
23 concentration of these substances and, you know,
24 their -- the likelihood that they may leach into
25 other medium?

Page 89

1      A.   Yes.  From a chemical standpoint, it makes
2 sense that the higher the concentrations, the more
3 likely they're going to leach.
4      Q.   Now, based on your review of the
5 documents, do you recall how many samples of fly ash
6 DP&L provided in discovery in this case?
7      A.   No.
8      Q.   Do you recall the span of years over which
9 those samples were taken?
10     A.   No.
11     Q.   So I think it was about seven samples over
12 the course of 15 years, does that ring a bell or is
13 this just -- just don't recall?
14     A.   Don't recall.
15     Q.   So, in the next paragraph, that shows
16 Table 7-2, you say that, "It shows the metal content
17 of Hutchins Station ash from the East Pond in 1997,
18 and a recent study by the US Geological Survey on
19 fly ash and coal in the Appalachian Basin."  Did I
20 read that correctly?
21     A.   Yes.
22     Q.   So I'll stop there for now.  Why did you
23 select -- well, strike that.
24          Well, why did you select samples of fly
25 ash and coal in the Appalachian Basin as the

Page 90

1  comparator for the sample from the Hutchins Station?
2  Actually, I think it's the Hutchins Pond.
3      A.   Because it was my understanding that a lot
4  of the coal came from the Appalachian Basin that was
5  used.
6      Q.   Okay.  Was it significant to you that Dr.
7  Exner also used the Appalachian Basin sample as the
8  comparator?
9      A.   Is it significant?  To the extent that he
10  used information that I agreed with, I wanted to be
11  consistent and I wanted to use it, yes.
12      Q.   Okay.  So in this particular case, then,
13  you concluded that you agreed with him that the
14  sample from the Appalachian Basin coal was a -- was
15  a valid comparator?
16      A.   Yes.
17      Q.   In the next sentence, you identify from
18  1998, leachates that -- or I guess, the next two
19  sentences -- that came from the Longworth Station.
20  And then again, in 1983.  Do you see that?
21      A.   Mm-hmm.
22      Q.   In fact, it looks like you were comparing
23  the leachate samples from 1983 and 1998 in those two
24  sentences, right?
25      A.   That's right.

Page 91

1      Q.   And what was the purpose of that
2  comparison?
3      A.   Just to provide an understanding, a
4  general understanding of the material, the chemistry
5  of the material.  I don't have an opinion on how
6  much these materials are going to leach and whether
7  the comparison with the Appalachian Basin or someone
8  else is an accurate model for leaching.
9           I'm not saying any of that.  I'm just
10  simply saying that the heavy metals that are present
11  in the fly ash are hazardous substances.
12      Q.   So with respect to your opinion on the
13  Appalachian Basin coal sample, you thought that was
14  a valid comparator.  But you're not expressing any
15  opinion on the, I guess, the leaching
16  characteristics of coal from the Appalachian Basin?
17           MR. SILVER:  Just a quick objection.  He
18  didn't express an opinion on the Appalachian Basin
19  results.  I think you meant his reference to them.
20           MR. CAMPBELL:  Well, his reference, yeah,
21  I mean -- fair -- fair enough.
22  BY MR. CAMPBELL:
23      Q.   I mean, we talked about why would you use
24  that as a comparison.  And you said that you
25  concluded that was a valid comparator for the

Page 92

1  samples from DP&L, correct?
2      A.   Correct.
3      Q.   But you didn't consider the Appalachian
4  Basin coal valid in connection with leaching.  Can
5  you explain that to me?
6      A.   Sure.  The fly ash from coal in the
7  Appalachian Mountain gives us a certain
8  concentration of heavy metals and other
9  contaminants.  And so what I'm looking at is, are
10  these analyses, are they providing similar results?
11      Q.   So are the analyses from DP&L?
12      A.   Right.  In other words, it provides some
13  strength to believe the results, to believe that
14  they're accurate.
15      Q.   Oh, so -- I -- so then what you're saying
16  is that looking at two different samples from
17  different times from DP&L's fly ash, that is one of
18  the ways you can determine whether the DP&L samples
19  are accurate?
20      A.   That's right.
21      Q.   Okay.  And looking at these, it looks to
22  me like the comparison of the milligrams per liter
23  are roughly similar between the 1998 and the 1983
24  samples.  Would you agree with that?
25      A.   Where are you comparing these?

Page 93

1      Q.   Oh, I'm sorry.  So if you go back to the
2  paragraph that has Table 7.2 on Page 55?
3      A.   Yes.
4      Q.   The very end of the third line, the
5  sentence begins, "In 1998." And that's where you
6  have two lines that are comparing --
7      A.   Wait, wait.  I'm sorry.  "In 1998."
8      Q.   Right.  So those -- the two sentences that
9  follow provide comparisons of the, I guess it's
10  milligrams per liter for each of these two different
11  samples.  Of the various, you know, arsenic,
12  cadmium, chromium, and lead, those -- those
13  components?
14      A.   They provide a comparison of the
15  leachates. Is that what you said?
16      Q.   Well, I -- I said that I -- my question
17  was: They -- they're roughly comparable?
18      A.   And this is not the composition of the fly
19  ash.  This is the composition of the leachate.  And
20  they are roughly comparable.
21      Q.   Okay.  You go on to say, "Metal
22  concentrations in the leachates were generally below
23  safe drinking water levels, but occasionally
24  exceeded safe drinking water concentrations for
25  arsenic." Did I read that correctly?

JEFFREY DAGDIGIAN                    September 23, 2025                           94 to 97
88754

Page 94

1    A.   Yes.
2         Q.   So it was your opinion, based on the
3    samples you just identified there, that these
4    samples are generally below safe drinking water
5    levels other than arsenic, right?
6         A.   So under the conditions that leaching
7    occurred, the leachates contained heavy metals that
8    were below the safe drinking water levels, besides
9    -- besides potentially arsenic.  That's true.  Under
10   the conditions of the -- of the leachate.
11        Q.   Next sentence says, "The concentrations of
12   trace constituents in coal combustion ash vary and
13   depend on the impurities in the type of coal,
14   burning conditions, and ash collection methods." Did
15   I read that correctly?
16        A.   Yes.
17        Q.   So if there's a differential between the
18   samples that DP&L has and other samples, that would
19   be accounted for, at least in part, by things like
20   their burning conditions, the ash collection
21   methods, things like that, fair?
22        A.   What do you mean by other samples?  You
23   mean other companies' ash?
24        Q.   If you -- if you compare the DP&L samples
25   to another that has a different results, like --

Page 95

1         A.   Another what?
2         Q.   Other samples.  Let's take the sample that
3    we just talked about.
4         A.   So -- so a ash -- fly ash sample collected
5    from another company --
6         Q.   For another company --
7         A.   -- for another facility --
8         Q.   -- for any -- any --
9         A.   -- for another location?
10        Q.   -- any other source.
11        A.   Okay.
12        Q.   Any other source.  If you find different
13   --
14        A.   I'm with you now.
15        Q.   Yeah.  If you find differentials, then
16   this could be accounted for by the actual burning
17   conditions that that ash, the respective ash samples
18   were subjected to, right?
19        A.   What I say is it could be as a result of
20   the type of coal.  That's probably the most
21   important one, is what kind of coal they're burning.
22   And the consistency of that coal over time.  How the
23   coal vein changes over time.
24             Then the burning conditions, you know, the
25   amount of oxygen.  The temperature that the coal is

Page 96

1    burning at.  And then how the sample is collected,
2    would be the last question.  All those veins, yes,
3    will affect the analysis.
4             MR. SILVER:  Can I just clarify?  Did you
5    use the word "coal," bin?  Did you call them the
6    coal bin?  I didn't -- I missed a word there.  Maybe
7    we can read it back.
8             MR. KEMP:  I heard vein.
9             MR. SILVER:  Vein.
10            MR. CAMPBELL:  Vein.
11            MR. SILVER:  Oh, vein.
12            THE DEPONENT:  Vein, yeah.
13            MR. CAMPBELL:  Coal vein.  The coal is
14   actually mined --
15            MR. SILVER:  You don't need to read it
16   back.  Thank you.
17   BY MR. CAMPBELL:
18        Q.   The next sentence says, "Bleaching studies
19   on fly ash from coals from the Appalachian Basin by
20   USGS found aqueous arsenic concentrations, about
21   eight to 14 times the EPA maximum contaminant level
22   for arsenic in drinking water." Did I read that
23   correctly?
24        A.   Yes.
25        Q.   And what is -- when you say in the

Page 97

1    parenthetical -- can you read that parenthetical for
2    me?  I'm not sure what the UG stands for.
3         A.   Micrograms per liter.
4         Q.   Got you.  So what's the purpose of this
5    sentence, talking about arsenic concentrations eight
6    to 14 times the EPA maximum level for -- taken from
7    Appalachian Basin coal?  Why is that in your -- in
8    your opinion?
9         A.   That is helping describe the chemistry of
10   the fly ash.
11        Q.   Right.  So what was the chemistry of the
12   fly ash that was provided in the DP&L samples for
13   the leachate?  Was it eight to 14 times EPA maximum?
14        A.   No.  It was probably at or -- well, okay.
15   So the leachate was -- was probably, it looks like
16   it's below the MCL.
17        Q.   Yeah.  So for Arsenic, the 1998 sample was
18   0.8 milligrams per liter.  And the '83 sample, it
19   was 0.04.
20        A.   Yeah.  The 0.8 is probably above and the
21   point --
22        Q.   0.04.
23        A.   So that's 0.8 milligrams per liter, which
24   is -- multiplied by 1,000 is 800 micrograms per
25   liter.  So that's way above the MCL.  And then the

NAEGELI                    (800) 528-3335
DEPOSITION & TRIAL    |    NAEGELIUSA.COM

Page 98

1  other one is 0.003. So that would translate to
2  three micrograms per liter, which is close to the
3  MCL, might be a little bit above.
4       Q.   In preparing your report, did you consider
5  examining the other flash samples that DP&L produced
6  in this case?
7       A.   To the extent that I was aware of them, I
8  did, yes.
9       Q.   So you're not sure that you knew that
10 there were other samples that were provided in this
11 case?
12      A.   I'm not sure I know what you're talking
13 about. What samples you're referring to.
14      Q.   Fly ash samples that DPL produced.
15      A.   Which ones specifically are you talking
16 about?
17      Q.   I'm talking about the other five.
18      A.   Oh, the other five samples, I mentioned
19 two here?
20      Q.   Yeah.
21      A.   I think I looked at those. I don't
22 remember them as I'm sitting here, but to the extent
23 that I knew about it, I would have looked at it.
24      Q.   Okay. Have you performed any analysis of
25 soil samples taken from in and around Dayton, Ohio,

Page 99

1  or other areas in Ohio?
2       A.   Have I taken samples? No.
3       Q.   Are you familiar with any other sources
4  that have provided samples that are publicly
5  available?
6       A.   I know that that area is highly
7  contaminated. There's, I think I read some stuff
8  about there being heavy metals throughout the area.
9       Q.   When you say throughout the area, you mean
10 throughout Montgomery County, Ohio, where Dayton is
11 located?
12      A.   Yes.
13      Q.   And you're aware that there are other
14 samples that exist that are taken from areas of the
15 state that are considered to be unaffected or
16 relatively unaffected by the effects of
17 contamination, either groundwater, surface, or
18 otherwise, right?
19           In other words, there are lots of
20 different sampling sources that you can look at that
21 give you different concentrations depending on what
22 part of the state they're from, what the soil
23 composition is like, and what the industrial
24 activity is like. Are you aware of the
25      A.   Yeah. I mean, this sounds like the

Page 100

1  argument that Finley was making in his report, that
2  it looked like -- some of these things look like the
3  background soil samples in the area. Yes, I'm aware
4  of that.
5       Q.   Do you know what background samples he
6  looked at?
7       A.   He mentioned in his report. I can't
8  remember --
9       Q.   Okay.
10      A.   -- to be honest with you, but he looked at
11 local samples, state samples, and he might have even
12 pulled out some samples that are representative of
13 the entire United States.
14      Q.   Do you know what samples he actually
15 relied upon to express his opinions?
16      A.   I can't remember right now as I'm sitting
17 here.
18      Q.   And you're aware that arsenic exists
19 naturally in soil composition, right?
20      A.   Yes.
21      Q.   And arsenic in soil composition means that
22 if you go put your hands in your garden, there's
23 likely to be arsenic there, right?
24      A.   Yes.
25      Q.   And the concentrations of arsenic found in

Page 101

1  the DP&L samples were, do you recall, at or below
2  the normal background readings for arsenic in Ohio
3  soil?
4       A.   Yeah. Of course, that wasn't part of my
5  opinion. I wasn't trying to say that they were
6  above. I'm just mentioning in my opinion that they
7  were hazardous substances in the waste. That's it.
8       Q.   Understood. So if the hazardous substance
9  in the waste is at or below what you would normally
10 find in garden variety soil, it's still your opinion
11 that -- it's still your opinion, there's a -- that's
12 a hazardous substance, right?
13      A.   Yes.
14      Q.   Is it -- do you -- are you expressing an
15 opinion with respect to whether that creates a risk
16 to human health or ecological health?
17      A.   No.
18      Q.   In fact, I think you said you're not an
19 expert in risk assessment, correct?
20      A.   Correct.
21      Q.   So that would be outside the scope of
22 anything you would opine on anyway, right?
23      A.   Not necessarily.
24      Q.   Would you express an opinion on the topic
25 for what you weren't an expert, an expert opinion?

JEFFREY DAGDIGIAN                 September 23, 2025              102 to 105
88754

1    A.   If I felt confident in that area, I would.
2    Q.   Right.  Well, I think you said earlier
3 that you didn't feel that you were confident in
4 human risk assessments.  So that sounds like one of
5 the areas you probably would not be offering expert
6 opinions on.
7    A.   You're conflating whether that was a risk
8 assessment or just general risk knowledge that any
9 environmental scientist should know about?
10    Q.   Well, do you know what Mr. Finley
11 represented his expertise to be in this case?
12    A.   I believe he said he was a board certified
13 toxicologist and an expert in risk assessment.
14    Q.   Right.  So his expertise is in the space
15 we're talking about right now, isn't it?
16    A.   It's in performing risk assessment.
17    Q.   Yeah.  And so you're not -- you're not
18 opining on risk assessment with respect to the
19 concentrations of arsenic or anything else in the
20 DP&L samples, right?
21    A.   I'm not -- I'm not opining on risk
22 assessment.
23    Q.   So let's take a look at Table 7.2, it's
24 the next page.  So here, this table, or a version of
25 this table appeared in Dr. Exner's report.  In your

1 table, you removed two columns of comparators.
2         So the comparison here is only between the
3 Hutchins Pond ash sample from 1997 and the USGS
4 sample from 2015.  Do you see that?
5    A.   Yes.
6    Q.   Can you tell me why you removed the other
7 two columns of comparators?
8    A.   I don't remember.
9    Q.   So if we look at the concentrations that
10 are shown in Table 7.2, again, these are
11 consistently below the USGS standards for each of
12 the identified metals, correct?
13    A.   Yes.  Well, barium doesn't have a
14 comparator.  And lead and manganese and mercury
15 don't have a comparator.  And finally, zinc doesn't
16 either.
17    Q.   Of the comparisons that are there, you
18 would agree that they're consistently lower,
19 correct?
20    A.   Yes.
21    Q.   And I think you said earlier that where
22 there are references in the report with respect to
23 DP&L to use of or disposal at the South Dayton Dump,
24 those are simply meant to be background information,
25 but not an expression of an opinion about whether or

1 not they were disposing there, correct?
2    A.   Correct.
3         MR. CAMPBELL:  I'll give that to you.
4 This is Number --
5         (WHEREUPON, Exhibit 5 was marked for
6 identification.)
7 BY MR. CAMPBELL:
8    Q.   Dr. Dagdigian, I've handed you a copy of
9 what we've marked as Exhibit 5.  This is Section 4,
10 Hobart Corporation, from your expert report.  Do see
11 that?
12    A.   Mm-hmm.  Yes, I do.
13    Q.   First of all, I take it no changes or
14 revisions to this portion of your report?
15    A.   That's correct.
16    Q.   Can you tell me, what were the dates of
17 operation for Hobart Company?  I was looking for the
18 report.  I'm not sure that we had sort of a starting
19 date and ending date?
20    A.   If it's not in here, then in the 4.1, I
21 have the Hobart Torrance -- Terrance facility
22 operated from 1966 to 1987.
23    Q.   I picked up the wrong -- oh, you know
24 what? Take it back.  So Hobart Huffman -- find here.
25         MR. SILVER:  It's addressed in the next

1 paragraph of your report, 4.1.
2         THE DEPONENT:  Right.
3         MR. CAMPBELL:  Under 4.1?  Oh, okay.
4 That's where it was.
5 BY MR. CAMPBELL:
6    Q.   So that operated from 1934 to 1982?
7    A.   Correct.
8    Q.   Okay.  Now, beginning on 4.3, Page 22, you
9 start by saying, "It's reported that the two Hobart
10 facilities were sister plants, and it was common for
11 the two facilities to share various manufacturing
12 processes and resources, including the collection of
13 waste streams for disposal." Did I read that
14 correctly?
15    A.   Yes.  As we go through these various waste
16 streams, I think they all wind up collecting
17 together.
18    Q.   So I kind of want to keep that in mind as
19 -- as I'm asking these questions because I think at
20 some point, I think they all wind up in the same
21 place.  So I just want to make sure that we're
22 communicating as we go through the information you
23 have here.
24         MR. SILVER:  Is that testimony or a
25 question?

Page 106

1        MR. CAMPBELL:  No.
2 BY MR. CAMPBELL:
3        Q.   I'm just trying to -- this -- I'm just
4 sort of giving you some guidance because as I read
5 this, I think that's what happens, and we're to get
6 to it specifically.  But I think in the end, we're
7 talking about aggregated amounts on behalf of both
8 entities.
9        So we start the next sentence, "Hobart
10 records from 1976 through 1981 list the disposal of
11 solvents, paint waste, and about 4,000 gallons of
12 electroless copper waste." Did I read that
13 correctly?
14       A.   Yes.
15       Q.   So my understanding -- tell me if I'm
16 correct -- is that solvents, paint, and waste is
17 sort of one group of wastes, and the 4,000 gallons
18 of electroless copper waste, that's a separate
19 stream of waste; is that accurate?  I mean, I read
20 these as two separate waste streams, but I wasn't
21 entirely sure if that's what you meant to say.
22       A.   I meant it as three.  Solvent's one, paint
23 waste, two, and electroless copper is three.
24       Q.   Okay.  Got you.  And so that's the period,
25 1976 through 1981.  Do you have any -- was there any

Page 107

1 information to suggest that that these waste streams
2 were not also present in the Hobart Companies prior
3 to 1976?
4       A.   No.
5       Q.   And I think 1981 is, at least the terminus
6 date close to the terminus date for Hobart Huffman?
7 Hobart Torrance operated until 1987.  So was there
8 anything to suggest that these waste streams were
9 different after 1981?
10      A.   No.
11      Q.   Would it be -- is it your understanding
12 that these waste streams would have been present in
13 both of the Hobart facilities?
14      A.   Yes.
15      Q.   So it would be a fair inference to say
16 that these are the kinds of wastes that would have
17 been present at both facilities for the duration of
18 their dates of operation?
19      A.   I think on a first order, that's probably
20 correct, but, you know, if they changed some product
21 at a certain time, before or after, or added a
22 product before, then there would be changes.  It's
23 hard to imagine the waste stream would be exactly
24 the same for the duration of the facility's
25 lifetime, but generally speaking, it would be

Page 108

1 similar.
2       Q.   Okay.  Now, when you say that Hobart
3 records from '76 through '81, list the disposal of
4 these solvents, can you tell me --
5       MR. SILVER:  Where are you reading from?
6 BY MR. CAMPBELL:
7       Q.   On the same sentence.  This is the last
8 sentence of the first paragraph under 4.3, "Waste
9 from Hobart operations." So we have a five-year
10 period in 1976 through 1981, and it lists the
11 disposal of these items.
12      Was there anything in the records that
13 provided the frequency of disposal for any one of
14 these three particular waste streams, that -- that
15 you recall?
16      A.   No.  Not that I recall.
17      Q.   The 4,000 gallons of electroless copper
18 waste, would that -- do you -- do you recall whether
19 that was 4,000 gallons over that five-year period in
20 total, or was it 4,000 gallons of some -- some, you
21 know, periodically during that time period?
22      A.   Total.
23      Q.   So that would be the total over five
24 years, correct?
25      A.   Yes.  During those five years.

Page 109

1       Q.   Correct.  If we go to the top of Page 23,
2 first full paragraph, "Hobart also produced paint
3 sludge.  Leachate analysis of paint sludge in 1981,
4 showed concentrations of barium, cadmium, mercury,
5 chromium, and hexavalent chromium." Did I read that
6 correctly?
7       A.   Yes.
8       Q.   So when you say leachate analysis, were
9 you looking at a, just a one specific test of these
10 particular -- of this paint sludge, or was this a
11 record that was showing something more than just a
12 single leachate test, if you recall?
13      A.   Just a single test.
14      Q.   Okay.  If we go down, the next heading
15 says, Hobart Huffman.  It's the reference to one of
16 the Hobart facilities, correct?
17      A.   Yes.
18      Q.   If we go down to the second paragraph, you
19 say, "Other records for the Hobart Huffman facility
20 indicate that the following wastes were generated at
21 the facility." And I'll stop there.
22      So this, again, is for 1981.  And you have
23 identified certain amounts of these various
24 hazardous substances, and some -- and the duration
25 during which these would have been produced.  Do you

Page 110

1  see that?
2     A.   Yes.
3     Q.   So my first question is: Like the
4  questions we were asking a little while ago, did you
5  see any evidence to suggest that these volumes or
6  these particular waste streams stopped after 1981?
7     A.   No.
8     Q.   And likewise, you didn't see anything that
9  suggested that they stopped sometime before 1981, or
10 rather, they began sometime before 1981?
11    A.   No.
12    Q.   When we look at the very first bullet
13 point, 32 cubic yards/week of trash to Kugler
14 Suburban Landfill.  Do you see that?
15    A.   Yes.
16    Q.   So were you opining here that that
17 particular waste stream went to the Kugler Suburban
18 Landfill?
19    A.   Yes.  I'm not -- I'm not opining as part
20 of my general opinion, I'm just stating that in my
21 document.  I'm concluding that.  It's just a repeat
22 of fact -- factual material.
23    Q.   And the source for that factual material
24 was?
25    A.   The Industrial Waste Survey conducted in

Page 111

1  1981, and reported to Ohio EPA.
2     Q.   And that's Footnote 102?
3     A.   Yeah.
4     Q.   The next three refer to off-site reclaim.
5  Do you see that?
6     A.   Yes.
7     Q.   Do you have an understanding of what off-
8  site reclaim means?
9     A.   Yes.
10    Q.   What?
11    A.   It means that it was sent to another
12 facility to be reclaimed and reused.  For potential
13 reuse.
14    Q.   So some portion might be reused, some
15 portion might not be reused?  So, in other words,
16 some portion of these waste streams could be reused
17 for something else, but other portions may have
18 simply been waste?
19    A.   That's a potential.
20    Q.   Is there any others?
21    A.   That it was all reclaimed.
22    Q.   And I guess there must be a third then.
23 That none was reclaimed?
24    A.   No.  I don't think that's likely because
25 then it wouldn't be off-site reclamation, it would

Page 112

1  be off-site disposal.
2     Q.   Okay.  No information as to where the --
3  whether there was unused waste and disposal
4  practices for that?
5     A.   No.
6     Q.   So now we go to Hobart Torrance.  Go to
7  the top of Page 24.  The very top of the page, we
8  have a seven-year period from 1973 to 1980.  Do you
9  see that?
10    A.   Yes.
11    Q.   So our first bullet point gives us 110
12 gallons/year of 1,1,1-trichloroethane.  Do you see
13 that?
14    A.   Yes.
15    Q.   And what does that mean?
16    A.   It means that 110 gallons per year for
17 each year from 1973 to 1980 was generated of 1,1,1-
18 TCA.
19    Q.   Then if we go down to the sixth bullet
20 point, you say, "From June 4, 1973, to July 5, 1976,
21 all waste streams were combined in single drums and
22 an average of 15 drums per month were generated for
23 disposal.  The liquid was largely water in the form
24 of machine coolant." Did I read that correctly?
25    A.   Yes.

Page 113

1     Q.   So here, when you talk about the waste
2  streams are combined into single drums, are we
3  talking about the same waste stream we see up above,
4  the 110 gallons per year, or is it a different waste
5  stream?
6     A.   No.  This is referring to the bullet above
7  the machine tool water-based synthetic coolants.
8     Q.   Okay.
9     A.   Oils and solvents, it's just -- yeah, the
10 next one is referring to that.
11    Q.   Okay.  And then below it, it says, "After
12 1976, each waste was placed in separate drums." Did
13 I read that correctly?
14    A.   Yes.  It was referring to the same.
15    Q.   So the waste streams remain the same.
16 They're just placed in the different drums at this
17 point.  Is that your -- what you were communicating?
18    A.   So it would have been better if those next
19 two bullets were sub-bullets to the machine, tool,
20 water-based synthetic coolants, that bullet.  And
21 then the other two are providing an additional
22 description on that one.
23    Q.   Just so I'm following, so the after 1976
24 bullet relates to the two above it.  Is that what
25 you said?  Did I hear that correctly?

JEFFREY DAGDIGIAN                    September 23, 2025                    114 to 117
88754

Page 114

1    A.  Let me start all over.
2    Q.  Yeah.  Yeah.
3    A.  Okay.  So the sixth -- fifth bullet down,
4  machine tool water --
5    Q.  Yeah.
6    A.  -- that's the major bullet.
7    Q.  Got you.
8    A.  And then sub to that are the next two.
9    Q.  Right.  Okay.  And so -- and so, I guess
10 that -- I think that's what I was understanding.  So
11 down at the after 1976, we're talking about that
12 same waste stream.  We're just talking about, at
13 this point, it was placed in separate drums?
14   A.  Correct.
15   Q.  As opposed to being combined?
16   A.  Correct.
17   Q.  Okay.  And again, we don't have any reason
18 to believe that these waste streams were different
19 after July 5th of 1976, right?
20   A.  Correct.
21   Q.  And since we're talking about Torrance,
22 these are waste streams that are specific to Hobart
23 Torrance, correct?
24   A.  Yes.
25   Q.  Okay.  The next one we have, bullet point

Page 115

1  for 1981, 110 gallons per year of 1,1,1-
2  trichloroethane, which is the same waste stream you
3  identified up above as the first bullet point,
4  right?
5    A.  Yes.
6    Q.  So I guess, further confirming that they
7  continue to generate that waste stream, right?
8    A.  Correct.
9    Q.  And then the next bullet point, 1981, it
10 says one drum per month of trichlor?
11   A.  Yes.
12   Q.  One drum per month of paint solvent?
13   A.  Yes.
14   Q.  And two drums per month of mixture
15 Stoddard solvent and cutting oil, right?
16   A.  Right.  So now in 1981, the amount of
17 trichloroethane has decreased dramatically.
18   Q.  So let's talk about that.  Hobart Torrance
19 ceased operations in 1987.  So you're identifying a
20 decline in the waste stream during 1981, right?
21   A.  So, compared to 1980 --
22   Q.  Right.
23   A.  -- the trichloroethane was the same.
24   Q.  Right.
25   A.  In 1981, it was one drum a month, so

Page 116

1  actually, it went up.  So one drum is 55 gallons.
2  So that would be, let's call it 50.  So six -- there
3  would be 600 drums -- 600 gallons --
4    Q.  Okay.
5    A.  -- as compared to 100.
6    Q.  Okay.
7    A.  And we don't have any information on any
8  other years.
9    Q.  And so if we wanted to -- well, strike
10 that.
11        If we're going to attempt to calculate a
12 volume for a waste stream, in the absence of any
13 other information, we could at least use these
14 calculations to make a reasonable estimate of what
15 the volume of waste stream would have been during
16 the years of operation for that facility, correct?
17   A.  You could.  I don't know how accurate it
18 would be, but you could.
19   Q.  Well, I said in the absence of any other
20 information.  So if this is all we have, we could
21 make a reasonable assumption based on the
22 information we have before us, right?
23   A.  It may or may not be reasonable.  I don't
24 know.  I haven't really looked at a calculation, but
25 like I said, it might be.

Page 117

1    Q.  There could have been periods of time
2  where they were generating more waste because they
3  were selling more product, right?
4    A.  That's correct.
5    Q.  And there could be times when they
6  generate less waste because they're generating or
7  producing less product, right?
8    A.  That's correct.
9    Q.  So given that we don't have that
10 information, it would still be -- at least the only
11 reasonable proxy we have right now, would be to
12 simply run this calculation across the years of
13 operation, taking into account that there's going to
14 be some margin of error that we can't really
15 quantify?
16        MR. SILVER:  Let me interpose an objection
17 here.  My witness is here to express the opinions in
18 his report.  He's not here as an allocation expert.
19 So this is beyond the opinions he's expressed and
20 inappropriate for him to go into an area where he
21 hasn't suggested any expertise for this case.
22        MR. CAMPBELL:  Well, I'm not asking
23 allocation questions, but --
24        MR. SILVER:  I think the inference is
25 allocation questions.

NAEGELI          | (800) 528-3335
DEPOSITION & TRIAL | NAEGELIUSA.COM

Page 118

1          MR. CAMPBELL:  Well --
2          MR. SILVER:  Because he's here to discuss
3  whether hazardous substances are in the waste
4  streams of various parties in this case.
5          MR. CAMPBELL:  That's right.  And so I'm
6  asking questions based on the information provided
7  here.  And I'm not asking about allocation.  So --
8          MR. SILVER:  That's fine.
9          MR. CAMPBELL:  -- fair questions.  And,
10  you know --
11          MR. SILVER:  We've made my -- our points.
12          MR. CAMPBELL:  Yeah.
13          MR. SILVER:  Continue to ask questions.
14  BY MR. CAMPBELL:
15      Q.  So we could go down to the next bullet
16  point, or excuse me, the next arrow point, 1981.
17  And the first bullet is eight cubic yards/week of
18  trash to N&N Commercial Wastefill.  Do you see that?
19      A.  Yes.
20      Q.  And your source of information for that is
21  the same waste survey?
22      A.  Yes.
23      Q.  If we go down to 4.4, Hobart Waste Stream
24  Information, you say, "Our review of the record in
25  this case provided to us, includes the following

Page 119

1  descriptions of waste reportedly associated --
2  associated with Hobart." Did I read that correctly?
3      A.  Yes.
4      Q.  So when you say reportedly associated, do
5  you mean there's some question about whether this
6  waste stream is actually attributable with Hobart?
7      A.  No.
8      Q.  So it's clearly attributable, right?
9      A.  Correct.
10      Q.  Under 4.5, Opinions Regarding Hobart, you
11  offered three opinions.  Do you see that?
12      A.  Yes, I do.
13      Q.  So Dr. Exner had a specific --
14  specifically opined that Hobart disposed of waste at
15  the South Dayton Dump.  You knew that, right?
16      A.  Yes.
17      Q.  So why did you choose to omit Dr. Exner's
18  specific opinion on that point?
19      A.  I was not asked to provide opinions on
20  where the waste went to.  I was only asked to
21  provide opinions whether there were hazardous
22  substances in the waste generator.
23      Q.  So the scope of your engagement then
24  excluded any reference to or any opinions regarding
25  disposal of waste at the South Dayton Dump?

Page 120

1      A.  That's correct.
2      Q.  Okay.
3          (WHEREUPON, Exhibit 6 was marked for
4  identification.)
5  BY MR. CAMPBELL:
6      Q.  Dr. Dagdigian, we've given you a copy
7  we've marked as Exhibit 6, which is Section 5 of
8  your report, NCR Corporation.  If you'd like to take
9  a quick moment just to scan that.  Ready?
10      A.  I'm ready.
11      Q.  Okay.  So, again, as I've asked with the
12  other sections of your report, there are no
13  revisions or updates or modifications for this
14  portion of your report either, correct?
15      A.  That's correct.
16      Q.  Okay.  My first question is: Looking at
17  Section 5.1, the very first paragraph, you said
18  that, "NCR, or National Cash Register, carried out
19  integrated manufacturing of electromechanical cash
20  registers and accounting machines from about 1900 to
21  the early 1970s." And I'll stop there.  Did I read
22  that correctly?
23      A.  Yes.
24      Q.  Do you happen to know what the precise
25  dates were for NCR's operations?

Page 121

1      A.  No.  Just what I've got down here.
2      Q.  Okay.  So we go to Page 35, under Section
3  5.3, Number 3, this section is describing the wastes
4  that were generated by NCR.  And Number 3 says,
5  cutting fluids used during machining.  About 8,000
6  gallons of contaminated oil and water were disposed
7  by IWD in the mid 1970s.  Did I read that correctly?
8      A.  Yes.
9      Q.  Do you have any -- can you be more
10  specific about what mid 1970s means?  Is that like
11  1974 and '75, or '73 through '76, or -- or sort of a
12  three-year segment?  What -- I'm just curious if we
13  could be more precise on that.
14      A.  I don't remember that -- if there were any
15  actual dates provided, but I think the general rule,
16  I would say, somewhere between '74 and '76.
17      Q.  Okay.  So about three years, give or take?
18      A.  Yeah.
19      Q.  Okay.  Number 5, Plating Wastes.  "In the
20  1950s and the mid 1960s, Clow transported metal
21  plating wastes, a gray sludge, in 25-gallon drums on
22  a daily basis." And I'll stop there.  Again, we're
23  guessing, what, 1950 to 1965.  Is that more or less
24  accurate to your understanding?
25      A.  I don't know if it started in 1950, but

Page 122

1  generally speaking, most of the '50s and half of the
2  '60s. And I think this is just from somebody's
3  memory.
4      Q.   And then the last complete sentence of
5  this paragraph, "In 1976, IWD disposed of about
6  22,500 gallons of plating wastes. And in 1977, IWD
7  disposed of five drums of the zinc plating solution
8  with cyanide." Did I read that correctly?
9      A.   Yes.
10     Q.   And again, do we have any indication that
11 the types or amounts of those wastes were greater or
12 lesser in the years before or the years after 1976?
13     A.   No.
14     Q.   Let's go to 5.4. And here you say, "Our
15 review of the record in this case provided to us
16 includes the following descriptions of waste
17 purportedly associated with NCR." And then you
18 identify, I think, five bullet points that carry
19 over to Page 37. Do you see that?
20     A.   Yes.
21     Q.   My only question was: Is this waste stream
22 the same as or different from the waste stream you
23 described in Section 5.3 of your report on Page 35?
24     A.   I would say this is in addition to it.
25     Q.   Okay. Done with that one.

Page 123

1          MR. SILVER: Are we up to Number 7?
2          MR. CAMPBELL: We are.
3          MR. SILVER: I'll give you the official
4  one.
5          (WHEREUPON, Exhibit 7 was marked for
6  identification.)
7  BY MR. CAMPBELL:
8      Q.   Dr. Dagdigian, we've given you a copy
9  we've marked as Exhibit 7. If you'd like to take a
10 brief moment to review that.
11     A.   Okay.
12     Q.   So this is Section 6, Dayton Walther
13 Corporation. This is a section of your report,
14 correct?
15     A.   Yes.
16     Q.   Begins on Page 38. So my first question:
17 I take it that there are no modifications or updates
18 or revisions to this section of the report, correct?
19     A.   That's correct.
20     Q.   So for Dayton Walther, I think this is the
21 one where I was -- I was unsure what the dates of
22 operation were. I see in the first page here, there
23 are references to closing and reopening, but I'm not
24 sure I know when it originally opened. Did you
25 happen to see that in your review of any records?

Page 124

1      A.   Just what I have here.
2      Q.   Okay.
3      A.   I don't have a summarized date.
4      Q.   Okay. So if we go to Page 39, under
5  Section 6.3, and the heading says, Dayton Steel
6  Foundry. Do you see that? Do you see that?
7      A.   Yes, now I do.
8      Q.   Okay. So looking at the first bullet
9  point, Collection Dust From Foundry Operations at
10 the Dayton Plant. Do you see that?
11     A.   Yes.
12     Q.   There's a reference to, what is it, dust
13 from two dust collectors that are disposed of in
14 hoppers. Do you see that?
15     A.   Yes.
16     Q.   And the last sentence says, these hoppers
17 would be dumped approximately once a day. Do you
18 see that?
19     A.   Yes.
20     Q.   Do you have any understanding as to the
21 size of those hoppers?
22     A.   No.
23     Q.   The next bullet point says, Sludge or Wet
24 Dust. "Dust was also collected through wet dust
25 collectors, where it would be mixed with water to

Page 125

1  create the sludge. The sludge was temporarily
2  dumped into a tank and then stored in a pond behind
3  the foundry at the Dayton Plant." Do you see that?
4      A.   Yes.
5      Q.   So was it your understanding that the tank
6  itself was stored in the pond? Is that what I'm --
7  did I understand this correctly? Or was it dumped
8  in the tank and then poured into a pond?
9      A.   No. It was poured into the pond or
10 released into the pond. The tank wasn't put in the
11 pond.
12     Q.   Okay. If we go to Page 40, the second
13 bullet point that reads Drummed waste from Isecure
14 core drying process. Do you see that?
15     A.   Yes.
16     Q.   If we go down five lines, in the middle it
17 begins, "According to Mr. Wantz" --
18     A.   Mm-hmm.
19     Q.   -- "there were several machines at the
20 foundry that produced these cores. This process
21 generated a thick grayish, black, gummy type
22 substance that was stored in 55-gallon drums." Do
23 you see that?
24     A.   Yes.
25     Q.   Mr. Wantz testified that he witnessed

JEFFREY DAGDIGIAN         September 23, 2025         126 to 129
88754

1 Dayton Foundry employees loading his drums into
2 oversized drums, and then into a semi trailer. Do
3 you see that?
4    A.   Yes.
5    Q.   Do we have any -- do you have any
6 information as to the frequency or the number of 55-
7 gallon drums that were produced over the course of a
8 day or a week or a month?
9    A.   No.
10   Q.   So let's turn to Page 41, under the
11 heading Lorain Manufacturing Plant.  And the first
12 bullet point talks about metal shavings from machine
13 shop operation. Do you see that?
14   A.   Sorry, hold on.  Yes.
15   Q.   Okay.  If we go down to the second
16 paragraph, it says, "Shavings were collected from
17 each machine via a conveyor belt and then deposited
18 into a hopper.  Shavings would be slightly damp from
19 cutting fluid comprised of oil and water.
20       Each hopper was roughly four feet by four
21 feet by three feet, and approximately two hoppers
22 could be filled with shavings in one eight-hour
23 period from one machine." I'll stop there.
24       We talked earlier about hoppers and
25 shavings. I think there was one hopper per day.  Are

1 we talking about a different waste stream here or is
2 this the same waste stream with just more specific
3 information?
4    A.   This is a different copper -- let me just
5 make sure.  I believe these are different hoppers.
6    Q.   Okay.  So next one, Hydraulic Oil -- bear
7 with me on this one.  So I'm trying to figure out --
8 I'll tell you where I'm -- what I'm trying to get
9 to.  It'll make the question a little bit easier.  I
10 think we're talking about wastes that kind of get
11 consolidated here, but I'm not sure.
12       So beginning on the second line, the
13 sentence begins, "Each Multimatic machine." Do you
14 see that?
15   A.   Yes.
16   Q.   "Contained approximately 150-gallon
17 internal sump to store the hydraulic oil, and will
18 lose around one gallon of oil per month.  Other
19 machines in the shop, such as the Mach or the CNC,
20 generally use less oil, approximately 30 to 40
21 gallons.
22       Mr. Turner testified that every three
23 months or so, the hydraulic oil in the machine would
24 become contaminated with cutting oil and need to be
25 cleaned out.  The contaminated hydraulic oil would

1 be pumped into a 300 or 400-gallon tank where it
2 would be left to sit.
3       After some time, the cutting oil would
4 separate from the hydraulic oil due to differing
5 densities, and the latter could be drained and
6 reused in the machines.  In addition, hydraulic oil
7 would sometimes drain into two subsurface pits in
8 the facility.  One connected to the brake drum
9 department and the other from the rotor area to the
10 wheel department.
11       Both pits contained a pump that
12 transferred fluid into a 5,000-gallon plastic tank
13 located outside the facility." And I'll stop there.
14       What I was wondering was, do all these
15 things wind up in the 5,000-gallon plastic tank, or
16 are we talking about separate -- separate waste
17 storage practices?  Take your time.  It is tricky.
18 I wasn't quite sure.
19   A.   Yeah, no. It is tricky.
20   Q.   Yeah.
21   A.   It's complicated because we're describing
22 the entire process, but I believe that your
23 conclusion is correct.  They all end up in the
24 5,000.
25   Q.   Okay.

1    A.   That's the depository for the -- for the
2 waste.
3    Q.   And I guess the part that threw me was the
4 sentence that begins, "In addition." It's one, two,
5 three, four, five up from the bottom.  It said, "In
6 addition, hydraulic oil was sometimes drained into
7 two subsurface pits in the facility.
8       One connected to the brake drum
9 department, and another to the rotor area in the
10 wheel department. "Both pits" -- meaning the pit in
11 the brake drum department and the rotor area --
12 "contained a pump that transferred fluid into a
13 5,000-gallon plastic tank."
14       So that was a part where when I saw "in
15 addition," I thought maybe that was describing a
16 different waste stream and a different storage
17 practice.  And I think it was the phrase "in
18 addition" which I thought was really a separator
19 between the first group of waste to the second one.
20       That and the fact that we have a reference
21 to a 300 to 400-gallon tank, and then later a
22 reference to a 5,000-gallon tank.
23   A.   So the 300 to 400-gallon tank would be
24 sort of like the intermediate reconditioning tank
25 where the oil would be -- would be gravity floated

Page 130

1  and reused.  And then when it drained to the other
2  pits, it was more likely for disposal.
3      Q.  Well, because it says that, "After some
4  time, the cutting oil was separated from the
5  hydraulic oil due to different densities" --
6      A.  Mm-hmm.
7      Q.  -- "and the latter" -- meaning the
8  hydraulic oil --
9      A.  Mm-hmm.
10     Q.  -- "could be drained and reused."
11     A.  Right.
12     Q.  So that's -- that's being reused.  That's
13  not going in any kind of a tank.
14     A.  No, it's being reused.
15     Q.  Right.  But the --
16     A.  That's what I said.
17     Q.  Yeah.  Yeah.  And it's the -- so when that
18  -- so I guess it's the cutting oil and the hydraulic
19  oil that are separating, it's the cutting oil that
20  would then would not be reused.  That's going to be
21  disposed of somehow?
22     A.  Yes.  That's what I would --
23     Q.  Yeah.
24     A.  -- how I would understand it.
25     Q.  Yeah.  And I just -- so that was my, part

Page 131

1  of my question here, is that it appears that the
2  cutting oil wasn't really included in the second
3  listing of these wastes, because in addition, the
4  hydraulic oil would sometimes drain into two
5  subsurface pits.  So I'm just not sure where that --
6  that hydraulic oil is coming from, because some of
7  it's being reused, but some of it apparently is
8  draining into two subsurface pits.
9      A.  So the hydraulic oil went through this
10  process where it was cleaned and reused and
11  eventually put into the 5,000.  The cutting oil was
12  separated from the hydraulic oil and then that would
13  be disposed of.
14     Q.  Separately?
15     A.  Yes.
16     Q.  Okay.  So the next paragraph that talks
17  about coolant oil and cutting fluid from the machine
18  shops. Do you see that?
19     A.  Yes.
20     Q.  So if we flip over to Page 42, beginning
21  of the sentence, at the very top, beginning, "Mr.
22  Turner testified," as I read this, we're really kind
23  of tracking the same disposal, or sort of
24  containment disposal process we just talked about.
25         But there's still another 5,000-gallon

Page 132

1  tank.  And it says that, "Similar to hydraulic oil,
2  cutting oil would occasionally drain into the two
3  pits in the facility before being pumped into the
4  5,000-gallon tank."
5          So again, it sounded like there were two
6  different ways that cutting oil was being treated
7  here. One was in the other -- was a 400-gallon tank,
8  and some of it was -- some of it may have been
9  draining off into a pit somewhere?
10     A.  Yep.
11     Q.  Okay.  Going down to the bullet point that
12  says Paint Filters and Paint Sludge.  Do you see
13  that one?
14     A.  Yes.
15     Q.  The sixth line down, the very last word,
16  begins with the word "paint?"
17     A.  Yep.
18     Q.  It says, "Paint was purchased and stored
19  in 300-gallon totes before use.  In the paint booths
20  with water falls, paint would collect at the bottom
21  of the tank.  This sludge was scraped out from the
22  paint booth and collected in drums before being
23  hauled off by Perma-Fix.  Approximately two or three
24  barrels would be disposed of every six months."
25         Do you see that?

Page 133

1      A.  Yes.
2      Q.  Did you have any information as to the
3  time period over which we had the two to three
4  barrels of the paint sludge being hauled off?
5      A.  Well, it says every six months.
6      Q.  Right.  But I mean, I guess I mean, over
7  --
8      A.  Over what duration?
9      Q.  Yeah.  What duration?
10     A.  Oh.  No.
11         MR. SILVER:  What do you think, Drew?
12         MR. CAMPBELL:  Just a couple of final
13  questions.
14         MR. SILVER:  Sure.
15         MR. CAMPBELL:  Yeah.
16  BY MR. CAMPBELL:
17     Q.  I take it you have not been asked to
18  prepare any kind of rebuttal report with respect to
19  Dr. Finley's report on behalf of DP&L, correct?
20     A.  Correct.
21         MR. CAMPBELL:  That that's all I have.
22         THE DEPONENT:  So we had a plan to bring
23  some lunch in at some point?
24         MR. CAMPBELL:  Yeah.  Let me see if it's
25  here. It should have been delivered at 12:00.

Page 134

1    MR. SILVER:  Okay.
2    MR. CAMPBELL:  So --
3    MR. SILVER:  And we're at 12:32.
4    THE REPORTER:  Do you want to go off the
5  record?
6    MS. NIJMAN:  Yeah.  Just gets a little
7  chilly, but then it gets warm.  So it's -- it's
8  great.
9    (WHEREUPON, a recess was taken.)
10   THE REPORTER:  All right.  1:19 p.m.
11  We're back on the record.
12  EXAMINATION
13  BY MR. KEMP:
14   Q.   Thank you, Dr. Dagdigian.  I'm going to
15  struggle with your name, but -- but bear with me.
16  My name is Matt Kemp.  I represent the Sherwin-
17  Williams Company in this case.  I wanted to ask you
18  if you had any direct communications with Dr.
19  Exner about his report?
20   A.   No, I haven't.
21   Q.   Page 3 of your report indicates that you
22  have been involved in some projects and evaluated
23  waste production in the paint and coating
24  manufacturing industry.  What -- what projects have
25  you been involved in in that industry?

Page 135

1    A.   I worked for Standard Brands, which was a,
2  sort of a West Coast Paint Company.  Their
3  manufacturing company, I think, was also known as
4  Major Paints.  And they had a paint manufacturing
5  facility, I believe it was in the Torrance area, and
6  they had let's say 30 retail stores and distribution
7  centers, sort of like Resene or Sherwin-Williams.
8    And my job was to close the -- they went
9  bankrupt.  And my job was to help close the
10  facilities, clean them up and close them with the
11  regulatory agencies.  And then support the bank who
12  was doing this to sell the properties to recoup the
13  loan that had been made to them prior to them going
14  bankrupt.
15   So participated in closing the facility.
16  And then we went to the distribution centers and
17  looked for contamination there.  Closed the
18  distribution centers.
19   And then we went to all 30 of the retail
20  stores, performed Phase I environmental assessments
21  on them, to the extent that they had contamination,
22  we cleaned them up and then helped support selling
23  them.
24   Q.   What --
25   A.   So that's the first job.

Page 136

1    Q.   What year or years was this job?
2    A.   This was around 1998 to the 2000 time
3  frame.
4    Q.   And were you hired by the bank or by the
5  paint company?
6    A.   The bank.
7    Q.   Do you remember which bank it was?
8    A.   It might be in my resume.  I'm not sure.
9  But, no, I don't offhand.  I can find out for you.
10   Q.   By the time you got involved with these
11  facilities, were their operations already shut down?
12   A.   Yes.
13   Q.   And you said approximately 30 retail
14  stores.  You also mentioned some distribution
15  centers.  What -- describe the distribution centers
16  for me.
17   A.   They were large warehouses that had stocks
18  of the materials that they sold.
19   Q.   About how many distribution centers?
20   A.   One or two.
21   Q.   And a manufacturing facility as well?
22   A.   The manufacturing was the main thing,
23  yeah.
24   Q.   Where was that?
25   A.   I -- like I said, I believe it was in

Page 137

1  Torrance.
2    MR. SILVER:  Torrance, California.
3    THE DEPONENT:  Right.  Torrance,
4  California.  Not the other Torrence.
5  BY MR. KEMP:
6    Q.   Can you estimate how large the facility
7  was, the manufacturing facility, in terms of
8  whatever -- whatever measure you think is relevant,
9  square feet or employees or something -- something
10  like that?
11   A.   Oh, it was fairly large.  It was probably
12  on the order of, I'd say, 20 to 30 acres.  And
13  contained probably ten large buildings.  They
14  manufactured latex paints, and distilled solvents,
15  blended solvents.
16   They had, you know, stocks of empty
17  containers and full containers of paint and stuff.
18  Their offices, their -- their operational
19  administrative offices were there.  It was a pretty
20  large facility.
21   Q.   And for any of these facilities,
22  manufacturing, distribution, or retail, was part of
23  your job to evaluate the waste stream from their
24  operations?
25   A.   Yeah.  So they had waste there.  They just

JEFFREY DAGDIGIAN                    September 23, 2025                         138 to 141
88754

Page 138

1  shut it down. So they had waste there that we had
2  to evaluate. They had materials in the tanks that
3  we had to evaluate. And they had contaminated soil
4  and groundwater that we had to evaluate. So we had
5  to do all that.
6      Q.   So contaminated soil and groundwater on-
7  site?
8      A.   Correct.
9      Q.   Any other projects in the paint industry?
10     A.   Yeah. We're currently working for a
11 company called Ellis Paints, and they're located in
12 LA. And they are a family owned business. They've
13 been around since around, I'm just guessing right
14 now, approximately 1920s time frame.
15          They produced a lot of auto paint.
16 They're still an operating business. And, of
17 course, they produce latex and enamels currently.
18 And our job there is to review their waste and help
19 them minimize their production of waste to
20 characterize their site because they've had releases
21 of solvents and heavy metals.
22          I think they had Japan driers that they
23 added to their paints, paint pigments, obviously.
24 And they also have a solvent recovery reclamation
25 center on-site, where they distill solvents, and

Page 139

1  they generate waste from that, too.
2      Q.   What waste did they generate from the
3  solvent recovery or reclamation operation?
4      A.   It's kind of like a sludgy material that's
5  -- it's like a -- a sludge wet with solvents.
6      Q.   What -- can you describe what a solvent
7  recovery or reclamation operation involves? What's
8  the goal of that sort of operation?
9      A.   Trainload quantities of solvents or
10 truckload quantities of solvents, sometimes in
11 drums, sometimes in tanks, will come to the
12 facility, and the -- and it's used solvent. And the
13 purpose is to -- to distill it into something that's
14 like new that can be reused.
15          So most of it will become that distillate,
16 which can be used. A small portion of it will
17 remain in their distillation pots and turned into
18 sludge.
19     Q.   And what happens with the sludge?
20     A.   It's -- it's treated or disposed of,
21 depending on how wet it is.
22     Q.   How was it disposed of, if you know?
23     A.   I believe it's landfilled.
24     Q.   Does that sludge contain hazardous
25 substances?

Page 140

1      A.   Yes.
2      Q.   How many facilities does Ellis Paints
3  have?
4      A.   Just one. Just their manufacturing
5  facility.
6      Q.   So you mentioned your work for West Coast
7  Paint Company, starting in approximately 1998,
8  ongoing work for Ellis Paints. Any other projects
9  for the paint industry?
10     A.   Not that I can think of offhand.
11     Q.   Have you taken any classes or courses
12 dealing specifically with the paint industry?
13     A.   Manufacturing -- paint manufacturing or
14 paint technology? Is that what you're asking?
15     Q.   Yeah. I think any -- any class or course
16 relating to the paint industry?
17     A.   No.
18     Q.   Do you have any professional
19 certifications that are specific to the paint
20 industry?
21     A.   No.
22     Q.   When's -- when is the last time you were
23 in a paint manufacturing facility?
24     A.   A couple of years ago.
25     Q.   Was that for Ellis Paints?

Page 141

1      A.   Yes, it was.
2      Q.   When was the last time you were in a paint
3  distribution center or warehouse?
4      A.   Well, Ellis has a warehouse on-site. So
5  that was a couple of years ago. The major paints
6  one was probably 20 years ago.
7      Q.   For Ellis Paints, you talked about part of
8  your work being to review and characterize their
9  waste. You know, outline for me the steps that that
10 involves.
11     A.   The first thing that I normally do is
12 determine where the waste is being formed or how
13 it's being formed, what processes are involved, what
14 raw materials are involved. And once I understand
15 that, then I look at the process, and I can tell by
16 the chemistry of the compounds that are involved,
17 the kinds of waste that are going to be generated.
18 Usually, there are a subset of materials that are
19 involved.
20     Q.   And then after you do the waste -- okay.
21 Let me back up. What sort of documentary
22 information are you reviewing as part of that --
23 part of that project?
24     A.   Process flow drawings. I'll look at the
25 actual -- if I get a chance to visit the site, I'll

Page 142

1  look at the process actually occurring, material
2  safety data sheets, labels that show the contents,
3  recipes, potentially, that the facility folks use
4  to, you know, mix their product.  And all of those
5  things.
6       Q.   Do you look at waste manifests?
7       A.   Yeah.
8       Q.   What's your understanding of what a waste
9  manifest is?
10      A.   A waste manifest is a document that is
11 prepared to document who generated the waste, who
12 the transporter was, and where the waste is being --
13 is ending up in.  So it follows it from cradle to
14 grave.
15           A lot of waste manifests are required to
16 have the codes on them that signify the contents of
17 the waste and the containers that the waste is
18 stored in, the type of container in the line with
19 the container, and the amount.
20      Q.   Do you interview employees or management
21 as part of your work to characterize the waste
22 streams?
23      A.   Sometimes.
24      Q.   You mentioned material safety data sheet.
25 What is that?

Page 143

1       A.   It's a document that's put together by the
2  manufacturer of the chemical.  And it has, I
3  believe, nine sections in it, which document things
4  like the composition of the material, the actual
5  chemicals that are in there, down to a certain
6  percentage, and their characteristics.
7           Their toxicology, what to do if there's a
8  spill.  Is there issues associated with error?  You
9  know, breathing this chemical, what to do if you
10 accidentally swallow it.  It basically is kind of a
11 potpourri of a lot of things that deal with the
12 safety and use of the chemical.
13      Q.   Have you ever been at a Sherwin-Williams
14 manufacturing facility?
15      A.   Not that I can recall.
16      Q.   Have you ever been in a Sherwin-Williams
17 distribution center or a warehouse?
18      A.   No.
19      Q.   Have you ever been in a Sherwin-Williams
20 retail store?
21      A.   Yes.
22      Q.   When -- when was the last time, if you can
23 recall, you were in a Sherwin-Williams retail store?
24      A.   Maybe a year ago.
25      Q.   Was that for personal use?

Page 144

1       A.   Yes.
2            MR. SILVER:  No conflict there.
3            THE DEPONENT:  Yeah.
4  BY MR. KEMP:
5       Q.   So, can you estimate for me over the past
6  five years of your professional work, what
7  percentage of it has been devoted to paint industry
8  clients?
9       A.   What percentage?
10      Q.   Yes.
11      A.   Less than one.
12      Q.   Ellis Paints was your only client in that
13 industry?
14      A.   Yes.
15           MR. KEMP:  All right.  We're going to mark
16 this as Exhibit 8.  I think, is what we're in?
17           THE REPORTER:  Yes.
18           (WHEREUPON, Exhibit 8 was marked for
19 identification.)
20           MR. KEMP:  Do you want -- these are the
21 copies we made.  I think you got your originals
22 back, right?
23           MR. SILVER:  Yeah.  I do.  I have it, so I
24 don't necessarily need this.  So --
25           MR. KEMP:  I can give those to you.  You

Page 145

1  guys can --
2            MR. SILVER:  I'll give you the marked
3  copy.
4  BY MR. KEMP:
5       Q.   All right.  What we've marked is an
6  excerpt from your report.  It includes Sections 11
7  relating to Waste Management and Section 12 related
8  to Sherwin-Williams.  And I'd like you to turn to
9  Section 12, please.  This is Page 104 of your
10 report.
11      A.   I'm there.
12      Q.   All right.  In Section 12.1, the first
13 sentence states, "During SDD's operating years, SW"
14 -- meaning Sherwin-Williams -- "owned and operated a
15 manufacturing plant, distribution center, commercial
16 store, and various retail stores in the Dayton
17 area."  Do you see that?
18      A.   Yes.
19      Q.   Okay.  So there's four categories of
20 facility there.  Do you agree with that?
21      A.   Yes.
22      Q.   Okay.  If you turn to the last page of
23 this section, which is Page 115, and Section 12.5.
24      A.   Got it.
25      Q.   Okay.  Okay.  This is the section that

JEFFREY DAGDIGIAN            September 23, 2025                    146 to 149
88754

Page 146

1  sets forth your opinions regarding Sherwin-Williams.
2  And if I'm reading it correctly, there are opinions
3  regarding three categories of facilities.  The first
4  is the Dayton Commercial Center.  Do you see that?
5      A.   Yes.
6      Q.   Is that the same thing as the commercial
7  store that you described in Section 12.1?
8      A.   Yes.
9      Q.   Okay.  The second opinion is regarding the
10 manufacturing plant.  Do you see that?
11     A.   Yes.
12     Q.   And the third opinion is regarding the
13 retail stores; is that correct?
14     A.   Yes.
15     Q.   Okay.  You don't have an opinion regarding
16 the distribution center; is that correct?
17     A.   That's correct.
18     Q.   Could you turn to Section 12.2.2, please,
19 which is on Page 109.  And just take -- take a
20 minute to read Paragraph number 1, which is headed
21 Solvent From Cleaning Equipment.  I'm not going to
22 read the whole thing, but just take a second to read
23 that to yourself.
24     A.   All right.
25     Q.   All right.  Is it fair to say that this

Page 147

1  paragraph is a description of certain aspects of the
2  paint industry in general, not related to any
3  particular facility; is that fair?
4      A.   Yes.
5      Q.   And at what point in time or at what point
6  in history, does this description of the paint
7  industry apply?
8      A.   I think it applies to up to today.  I
9  think it's just as time has gone on, the amount of
10 solvent-based paints, particularly in California,
11 has decreased.  But paints are still made this exact
12 way. They're still made in -- by batch.  They're
13 still mixed in tanks with mixers.
14          When they're done, they still have to
15 empty out the tank.  They still have to clean it
16 out.  If it's a solvent-based paint, they still have
17 to use solvents.  All the same things occur that are
18 described here.
19     Q.   And you made a couple of statements there
20 that I -- I don't see in the paragraph.  One was
21 that the use of solvent-based paints has decreased
22 over time. Did I get that right?
23     A.   That's correct.
24     Q.   What's the basis for that statement?
25     A.   That, well, in just, in my own personal

Page 148

1  experience, in my experience with Ellis, they told
2  us that the amount of solvent-based paint has -- has
3  slowly decreased from approximately 1980 forward,
4  and that most everything is going to water-based
5  solvents or reverse emulsions.
6      Q.   So there's a few footnotes in Paragraph 1
7  here.  If I'm counting correctly, it's Footnotes 827
8  through 830.  Do you see that?
9      A.   Yes.
10     Q.   And all of those footnotes cite -- well,
11 two different EPA documents.  One is from 1976, and
12 one is from 1990.  Do you see that?
13     A.   Yes.
14     Q.   Okay.  There were no other sources cited
15 for the statements in this paragraph, correct?
16     A.   Correct.
17     Q.   Okay.  Did you rely on any other sources
18 in making the statements in this paragraph?
19     A.   Not that I'm aware of.
20     Q.   So a minute ago, I asked you, at what
21 point in time does this -- does this paragraph
22 apply?  And -- well, let me -- let me just ask you
23 that again.  I want to make sure I got your answer.
24 Was it -- you said it applied up to the present
25 time.  What's the beginning of that time period,

Page 149

1  though?
2      A.   I don't have a specific date.  But
3  probably from the time these facilities started
4  operating, they did this.
5      Q.   When you say these facilities, what are
6  you referring to?
7      A.   These paint facilities.
8      Q.   Are you referring to some in particular,
9  or what is --
10     A.   No.  Just in general.
11     Q.   Okay.  And what's the -- what's the basis
12 for your statement that this paragraph applies
13 throughout the entire time period that there was
14 paint manufacturing in the United States?
15     A.   Because I believe this is how paint has
16 been manufactured since the beginning.
17     Q.   Believe based on what?
18     A.   Based on my review of the EPA literature,
19 and just reading about the history of paint
20 manufacturing.
21     Q.   So is it your belief that these two EPA
22 documents from 1976 and 1990 support the statement
23 that the processes in the paint industry have been
24 consistent over -- over the entire life of the
25 industry?

Page 150

1    A.   Yeah.   I think that they would say
2  something similar to that.   In fact, I think there
3  was a -- I don't think I'm remembering this wrong.
4  There was a deposition of one of the workers at the
5  -- the paint facility that said the paint has stayed
6  the same, products have stayed the same through the
7  history of the -- of the company.
8    Q.   Does the fact that the products stay the
9  same mean that the processes used to create those
10  products has stayed the same?
11    A.   Not necessarily, but it's a good
12  indicator.
13        MR. CAMPBELL:   I'll mark this as, I
14  believe, Exhibit 9.
15        (WHEREUPON, Exhibit 9 was marked for
16  identification.)
17        MR. SILVER:   Thank you.
18        MR. KEMP:   I've got two copies.
19  BY MR. KEMP:
20    Q.   I'll represent to you that this is --
21  these are excerpts from a particular document.   It
22  -- looking at the title page, the first page of this
23  exhibit, does this appear to be the 1976 EPA
24  document that's cited in your report?
25    A.   Yes.

Page 151

1    Q.   How did you decide to include this
2  document or how did you decide to rely on this
3  document in preparing your opinions?
4    A.   I think this is one that Exner used.
5    Q.   Had you ever read this document before
6  reading Dr. Exner's report?
7    A.   No.
8    Q.   Were you aware of this document existed
9  before you read Dr. Exner's report?
10    A.   No.
11    Q.   And what's your general understanding of
12  how this document was developed?
13    A.   So EPA has published a whole series of
14  documents about pretty much every manufacturing
15  industry in the United States and has analyzed the
16  kinds of waste that are formed and the pollution
17  prevention challenges that are associated with it,
18  and the kinds of wastes that are generated.   They
19  have them for waste minimization, they have them for
20  site characterization.
21        They just have gone through this to put
22  together a database of knowledge about a bunch of
23  different industries, and they've done it by SIC
24  code.   And so the fact that there's a paint and
25  coatings industry document is completely anticipated

Page 152

1  based on all the stuff that they've done in the
2  past.
3        It's one of the first things that we would
4  do when we get a new project in an area that we're
5  not intimately familiar with, is to see what EPA has
6  written about it and used as our starting point.
7  And I believe that's what Exner did.
8    Q.   Who -- who drafted this document?
9    A.   This document, it looks like it was a
10  collaboration between the Office of Solid Waste
11  Management, the National Paint & Coatings
12  Association, looks like they helped.   And the
13  Federation for Societies of Coating Technology,
14  looks like they helped.
15    Q.   Was this document peer reviewed?
16    A.   I don't think it was peer reviewed in the
17  classical sense, like a peer reviewed journal would
18  be, but definitely was prepared by people that were
19  involved industry, and it was reviewed by EPA.
20    Q.   When you say peer reviewed in the
21  classical sense, what do you mean by that?
22    A.   So in science, if you have a peer reviewed
23  journal article, there's a peer review committee at
24  the journal that publishes the document and they get
25  an article for submission into their journal.   They

Page 153

1  -- someone takes a look at it and says, oh, there --
2  we should have this peer reviewed.   Everything gets
3  peer reviewed.
4        And these are the best people to do it
5  because they're knowledgeable in this area.   They
6  publish in this area.   They have information -- they
7  -- they know things about this area that will help
8  us evaluate this document to determine if it's valid
9  and appropriate for our journal.
10    Q.   Have you ever been asked to peer review an
11  article?
12    A.   No.
13    Q.   If you look at the bottom of Page 2,
14  Arabic Numeral 2 in this document.   Are you there?
15    A.   Roman FII?
16    Q.   No.   Arabic.
17    A.   Arabic 2, I'm sorry.   That's what you
18  said. Okay.   I'm there the bottom.
19    Q.   It says, "Approximately" -- the last
20  paragraph.   "Approximately three months after
21  initiating the study, EPA and the contractor agreed
22  to redirect the program objectives to include an
23  investigation of two other industrial categories."
24  I'm skipping a bit.
25        "This was deemed appropriate because the

Page 154

1 quantities of processed waste generated by the paint
2 industry were found to be substantially less than
3 those emanating from other major industrial
4 categories." Again, I'm skipping a bit.
5          "The magnitude of the hazardous waste
6 problem in the paint and coatings industry was not
7 considered sufficient for a continued in-depth
8 study." Do you see that?
9     A.   Yes.
10    Q.   Is it fair to say, based on this language,
11 that this document does not represent an in-depth
12 study of the paint industry?
13    A.   Can you repeat that, please?
14    Q.   Does this language then, this document --
15 based on this language, that this document does not
16 represent an in-depth study of the paint industry?
17    A.   No.
18    Q.   Why not?
19    A.   I think they expanded their initial
20 investigation of the paint and coatings industry to
21 include other related areas.  So in my mind, that
22 would mean they looked at the paint industry and
23 surrounding industry, so it wouldn't be a more in-
24 depth analysis.
25    Q.   Okay.  So I'm looking at the last sentence

Page 155

1 on the bottom of Page 2, "The magnitude of the
2 hazardous waste problem in the paint and coatings
3 industry was not considered sufficient for a
4 continued in-depth study."
5          And then if you continue on to Page 3, it
6 says, "Instead, overview studies of the solvent
7 reclaiming industry and factory applied coatings
8 operations were subsequently undertaken." Do you see
9 that?
10    A.   Yes.
11    Q.   So my interpretation of that -- tell me if
12 you agree or disagree.  My interpretation is that
13 EPA decided not to do an in-depth study of the paint
14 industry, but instead decided to do overview studies
15 of the paint industry, the solvent reclaiming
16 industry, and the factory applied coatings
17 operations industry. Is that your interpretation?
18    A.   No.  Not really.  What I think I would get
19 out of this is that they looked at the paint
20 coatings industry in depth and decided there wasn't
21 that much there to really fill their plate, so they
22 added to it. It's not that they didn't look at it in
23 depth.  It's like they looked at it as much as they
24 could, considering there wasn't that much to look
25 at.

Page 156

1     Q.   If you turn to Page 19, and I just want to
2 orient you in this section.  And as I said, I have
3 not included every page of the document in this
4 exhibit. But if you look at Page 19, that's the
5 start of the section titled Project Methodology.  Do
6 you see that?
7     A.   Yes.
8     Q.   And then I'd like, if you continue to flip
9 through to Page 22, which is still a part of that
10 same Methodology section.  Are you on Page 22?
11    A.   I'm moving there.  Sorry.
12    Q.   No.  No.  Take your time.
13    A.   I'm there now.
14    Q.   So in the middle of the page, the
15 paragraph starting "Next?"
16    A.   Yes.
17    Q.   It says, "Next, a list of candidate plants
18 for survey was prepared utilizing industry
19 directories, trade associations, telephone
20 inquiries, and contractor experience." Do you see
21 that?
22    A.   Yes.
23    Q.   "When final selections for plant visits
24 were made, age, size, geographic location, and
25 product lines were considered and a range in each

Page 157

1 category was chosen." Do you see that?
2     A.   Yes.
3     Q.   Okay.  "71 plants representing
4 approximately 5.9 percent of the industry's
5 production were surveyed on-site.  They range in age
6 from 0.5 to 114 years, and in size from two to 340
7 employees." Do you see that?
8     A.   Yes.
9     Q.   Okay.  Is it fair to say that based on
10 this -- are we okay?
11         THE REPORTER:  David Romine?
12         MR. SILVER:  Romine.
13         THE REPORTER:  Romine.
14         MR. SILVER:  He's from my office.  I guess
15 he just signed in.  He's here for an in-depth look
16 at your questioning.
17         MR. KEMP:  Good to keep going?  Okay.
18 BY MR. KEMP:
19    Q.   Is it fair to say based on this
20 description of the methodology that this report
21 represents a snapshot in time of the industry in
22 approximately the mid 1970s?
23    A.   Yeah.  I think that's fair.
24    Q.   Could there be a possible difference in
25 the waste generation profile of a two-person plant

Page 158

1  as compared to a 340-person plant as represented by
2  the -- by the range indicated here?
3      A.   Yes.
4      Q.   And what could some of those differences
5  be?
6      A.   The types of paint that are manufactured
7  might influence the kinds of waste that are
8  produced.  Obviously, a two-person plant would not
9  produce as much.  So the quantity of wastes that
10 were generated would be different.
11     Q.   Could those two different sizes of plants
12 be using different processes to produce paint?
13     A.   Yes.
14     Q.   Can you give me an example of some
15 different processes that a much smaller plant might
16 use as compared to a -- compared to a larger plant?
17     A.   Well, like we've been talking about, most
18 of the time, they're manufacturing the plants in
19 batch processes inside a tank, one batch per tank.
20 So the size of the batch, the size of the tank would
21 be smaller.
22          For a larger facility, they would have
23 integrated plumbing.  So they would have their
24 solvents or their ingredients located on one side of
25 the plant, they would pump them to the tank they

Page 159

1  were making the batch in.
2          For a small person facility, they might
3  just hoist up the 55-gallon drum of material on a
4  forklift and dumping it, and have a non-automated,
5  you know, type plant, or chemical addition.  Those
6  are probably the main types of things, is the size,
7  the kinds of products that would manufacture, and
8  how automated they are versus how basic the process
9  is.
10     Q.   Does this 1976 EPA report discuss the
11 operations of retail paint stores?
12     A.   I don't remember.  Probably does.
13     Q.   You answer is it probably does?
14     A.   Let me look.  No.  I'm not see anything
15 here about the actual retail centers, of course.
16     Q.   How about commercial centers or
17 distribution centers or -- or warehouses?
18     A.   No.  This is focused on the manufacturing.
19     Q.   All right.  And I may have already asked
20 you this, so if I repeat, I apologize, but this
21 document doesn't present data from any particular
22 manufacturing plant or particular company, correct?
23 It's essentially --
24     A.   No.
25     Q.   -- survey results; is that right?

Page 160

1      A.   Yes.
2      Q.   Okay.  Back to Section 12 of your report,
3  which I think was Exhibit 8.  And we're still on
4  Section 12.2.2 on Page 110.
5      A.   There are two sections combined.  What'd
6  you say that was at, 8?
7      Q.   I think it's 8.
8          MS. NIJMAN:  Yeah, it is.
9          THE DEPONENT:  And where do you want me to
10 be?  I'm sorry.
11 BY MR. KEMP:
12     Q.   Page 110, please.
13     A.   Okay.
14     Q.   And we're still on Section 12.2.2, which
15 is Federal Waste From Product Production.  Second
16 paragraph in that section, which is titled Obsolete
17 Product and Customer Returns.  Do you see that?
18     A.   Yes.
19     Q.   Okay.  And you make the statement that,
20 "This waste stream includes products no longer
21 produced or marketed, as well as unused or spoiled
22 products returned by customers.  These products were
23 generally blended or reworked as much as possible,
24 but still generated waste because recovery was often
25 not practical."  Do you see that?

Page 161

1      A.   Yes.
2      Q.   Okay.  And you've got a footnote there,
3  831, and that refers to the 1990 document from EPA,
4  correct?
5      A.   Yes.
6          MR. KEMP:  This will be Exhibit 10.
7          (WHEREUPON, Exhibit 10 was marked for
8  identification.)
9          MR. CAMPBELL:  This one, Matt, is the
10 entire document?
11         MR. KEMP:  No.  I don't believe it is.
12 It's also excerpts.
13 BY MR. KEMP:
14     Q.   But if you look at the title page of
15 Exhibit 10, it's titled Guides to Pollution
16 Prevention: The Paint Manufacturing Industry.  Do
17 you see that?
18     A.   Yes, I do.
19     Q.   Is this the -- is that the title page of
20 the 1990 EPA document that's cited in the footnote
21 we were just looking at?
22     A.   Yes.
23     Q.   And what's your general understanding of
24 how this document was created?
25     A.   A number of -- EPA hired a number of

JEFFREY DAGDIGIAN       September 23, 2025       162 to 165
88754

Page 162

1 contractors to produce a document that was aimed at
2 waste -- developing waste minimization options for
3 manufacturers. So this was back in the day when we
4 first, as an industry, as the environmental was
5 getting involved in waste minimization, this was a
6 document EPA put together to help people understand
7 potentials for waste minimization.
8     Q.  Who drafted this document?
9     A.  This document was put together, like I
10 said, I believe, by -- so it looks like it was
11 originally put together by Versar and Jacobs and
12 then edited by Radian Environmental or Radian
13 Corporation.
14    Q.  What are you looking at when you're --
15    A.  I'm looking at the Acknowledgments on Page
16 Roman IV.
17    Q.  Was this document peer reviewed?
18    A.  Again, not in the classical sense.
19    Q.  If you turn to Arabic numeral 1, this is
20 the beginning of the Introduction. And would you
21 read the first two paragraphs of the Introduction to
22 yourself, please, and then let me know once you've
23 done that.
24    A.  Okay.
25    Q.  So is it accurate to say that this

Page 163

1 document presents case studies from two specific
2 paint manufacturers in the Los Angeles, California,
3 area?
4    A.  Yes.
5    Q.  Okay. It's not a survey of the industry
6 in general, correct?
7    A.  I don't know that I would characterize it
8 like that. Obviously, there are two firms in the
9 Los Angeles area that they provide case studies for,
10 but that's not the focus of the document is to teach
11 or show environmental consultants how to -- what
12 opportunities there are for waste minimization in
13 the paint industry as a whole. Not at just these
14 two facilities.
15    Q.  The information that's presented was
16 developed through assessments of those two
17 particular facilities, correct?
18    A.  No.
19    Q.  If you look at the beginning of the second
20 paragraph, it says, "The worksheets and the list of
21 waste minimization options were developed through
22 assessments of two Los Angeles Area paint
23 manufacturing firms." Do you see that?
24    A.  Yes.
25    Q.  Okay. So your answer to my -- two

Page 164

1 questions ago, was -- was no. Why do you -- why is
2 your answer no based on that language?
3    A.  It was my understanding that the whole
4 waste minimization process was first put together,
5 the worksheet that they completed might have been
6 completed for the two facilities, but the process
7 itself was not developed because of them or only
8 because of them. It's a general procedure to be used
9 at all facilities.
10    Q.  So the -- I'm looking back at Exhibit 8
11 and the footnote that we were looking at, Footnote
12 831. This is your report.
13    A.  I'm looking at it.
14    Q.  Okay. And it cites Page 53 of this
15 document. Do you see that?
16    A.  Yes, I do.
17    Q.  Now, I just want to orient us within the
18 document. So if you could look at the Table of
19 Contents, which is on Romanette v.
20    A.  Got it.
21    Q.  Okay. So Page 53 would fall within
22 Appendix A, which is the Case Studies of Paint
23 Manufacturing Plants --
24    A.  Mm-hmm.
25    Q.  -- is that correct? Is that correct?

Page 165

1    A.  Yes.
2    Q.  Okay. Okay. And now, if you'll turn to
3 Page 53, which I think is part of this copy here.
4 So you say in your report that, "Obsolete products
5 and customer returns were generally blended or
6 reworked as much as possible, but still generated
7 waste because recovery was often not practical."
8    And then you cite to this page of the
9 document. Can you point to me what you're relying
10 on in making that statement in your report? Point
11 to me in this 1990 EPA document, the source for that
12 information.
13    A.  You want to know on Page 53, what portion
14 of it that's in, like, the first paragraph?
15    Q.  Yeah. Or just tell me which sentences in
16 particular, you think support the statement made in
17 --
18    A.  The first paragraph.
19    Q.  -- report. You think the first paragraph
20 does. Okay. And what -- obsolete products are --
21 I'm reading from the first paragraph. "Obsolete
22 products are mostly paint that is no longer produced
23 or marketed.
24    These materials are usually reworked into
25 marketable products. When this is not possible,

JEFFREY DAGDIGIAN          September 23, 2025          166 to 169
88754

Page 166

1  they're sent to an offsite recycler for reclamation
2  or incineration."
3       A.   Yes.
4       Q.   Is that what you're relying on?
5       A.   Yes.
6       Q.   Okay.  Would you regard the process of
7  sending something to an offsite recycler as -- as
8  generating waste, just as a matter of nomenclature?
9       A.   No.
10      Q.   No.  Okay.  Would you regard sending
11 something to offsite for incineration as generating
12 waste?
13      A.   No.
14      Q.   Okay.  So I guess I'll go back to my prior
15 question, which is: What part of this paragraph
16 supports your statement in the report that obsolete
17 products still generated waste because recovery was
18 often not practical?
19      A.   So to the extent that the products could
20 not be sent for offsite recycling, they would
21 generate waste.  And when you think about it, if a
22 paint comes into a paint store or it gets sent back
23 to a facility for blending and recycling, it comes
24 in a container, and they have to empty that
25 container out into a larger container.

Page 167

1            And that larger container, they may have
2  to pump out.  So they create all these containers
3  that have a small amount of paint in there that
4  becomes waste.  You can't do one without the other.
5  You can't generate recycle materials without
6  generating waste.
7       Q.   Are any of the statements you just made
8  part of this first paragraph on Page 53?
9       A.   Does that paragraph say what I just said?
10      Q.   Yes.
11      A.   "Unusable shipping containers that contain
12 some leftover paint are part of this stream.  These
13 pails may be washed out -- washed on-site or sent
14 offsite for cleaning." All that is generating waste.
15           So, "After cleaning, the pails are sent
16 for offsite metal reclamation." If they're metal,
17 that would be true.  But it's described in a process
18 that shows that you don't just magically get paint
19 out and blend it.  It's going to generate packaging
20 and storage materials there's paint on.
21           And that was in -- that was also in the
22 depositions that we read.  They talked about the
23 fact that they would have blending and that there
24 would be containers left over and that they would
25 have paint that wasn't dry.

Page 168

1       Q.   What depositions are you referring to?
2  And let me ask this.  Are you referring to the
3  depositions of Sherwin-Williams employees?
4       A.   I believe so, yes.
5       Q.   Okay.  I don't need the names, right now.
6  That's fine.
7       A.   Okay.
8       Q.   All right.  Let's move on to Section 12.3
9  of your report in Exhibit 8.
10      A.   All right.
11      Q.   And the first section is -- well, the
12 section overall is titled Waste From Sherwin-
13 Williams Operations, and the first section is titled
14 the Sherwin-Williams Dayton Manufacturing Plant.  Do
15 you see that?
16      A.   Yes.
17      Q.   What's your understanding of the years
18 that the plant operated?
19      A.   I don't have an exact time frame, but I
20 know it was operating in the '70s for sure.
21      Q.   Do you have an understanding of the size
22 of the plant?
23      A.   Not exactly, no.
24      Q.   Not exactly.  Do you have a -- an
25 approximate -- understanding of the approximate

Page 169

1  size?
2       A.   I'm not sure.  You know, we say here that
3  it manufactured about 3,000,700 gallons of paint.
4  So that's a pretty good sized plant to manufacture
5  that much -- that much paint.  I'm not really sure
6  how to characterize it in square feet or acres, but
7  it was a significant plant.
8       Q.   Do you know how many employees worked
9  there?
10      A.   No.
11      Q.   So towards the end of that -- of that
12 paragraph we're looking at on Page 111 of the
13 report, it says, "Based on the commonalities between
14 Sherwin-Williams production facilities and typical
15 paint industry operations, it is likely that the
16 Dayton Manufacturing Plant generated waste that was
17 consistent with the general paint industry at the
18 time." Do you see that?
19      A.   Yes.
20      Q.   How do you define the typical -- how do
21 you define typical paint industry operations in that
22 statement?
23      A.   The operations that were described by --
24 in the EPA documents were one.  The documents -- the
25 operations that I've seen at the paint manufacturing

JEFFREY DAGDIGIAN          September 23, 2025          170 to 173
88754

Page 170

1  plants that I've been involved in here in Southern
2  California.
3          And the fact that we know that these
4  plants all use batch manufacturing processes, so
5  they couldn't have varied that significantly from
6  plant to plant. If they were using batch processes,
7  there was a great commonality to start with.
8      Q.   How do you know that -- I think you said
9  all these plants were using batch processing. How
10 do you know that?
11     A.   It's the only way to make paint. You
12 can't make it continuously. You can't have it spit
13 out like toothpaste at the end of an assembly line.
14 You have to make one color, one batch at a time.
15     Q.   What's your definition of batch
16 processing?
17     A.   A batch is one tank full of paint at a
18 time.
19     Q.   And what's the basis -- in the sentence
20 that we read a minute ago, what's the basis for
21 saying that there were commonalities between
22 Sherwin-Williams production facilities and typical
23 paint industry operations?
24     A.   Which sentence are you looking at? I'm
25 sorry.

Page 171

1      Q.   The same sentence that I read a minute
2  ago, based -- towards the end of that bottom
3  paragraph on Page 11, "Based on the commonalities
4  between Sherwin-Williams production facilities and
5  typical paint industry operations." What's the basis
6  for your statement that there were commonalities?
7      A.   The above paragraph that describes how the
8  tanks were made in the deposition testimony of Mr.
9  Thomas.
10     Q.   If you turn to the next page, Page 112 of
11 your report, and the next section is headed Sherwin-
12 Williams Distribution Center. Do you see this?
13     A.   Yes.
14     Q.   And you testified earlier that you don't
15 -- you're not rendering an opinion relating to waste
16 produced by the distribution center, correct?
17     A.   Yes.
18     Q.   So why did you include this in your
19 report?
20     A.   Just by way of history, to give a complete
21 picture of what Sherwin-Williams was doing at the
22 time.
23     Q.   Okay. But the information presented in
24 this section is not relevant to the opinions you're
25 rendering about the other facilities?

Page 172

1      A.   That's correct.
2      Q.   But the next section is about Sherwin-
3  Williams Arbor Boulevard Commercial Store, it's on
4  Page 113.
5      A.   I see it.
6      Q.   Okay. I -- I think I asked you with
7  respect to the 1976 EPA document, whether it
8  described any operations from commercial stores, and
9  your answer, I believe, was no. I'm not sure I asked
10 you the same question about the 1990 EPA document,
11 but what is your answer on that?
12     A.   I don't believe so.
13     Q.   What's your general understanding of how
14 the commercial store operated?
15     A.   It was the bigger version of a retail
16 store. It had focused on selling the products that
17 were used in commercial applications.
18     Q.   If you look at the second paragraph of the
19 section, the one titled -- or the one that starts
20 "Mr. Gregory Edsel."
21     A.   Yeah.
22     Q.   Do you see that? Does any of the
23 information that you described in that paragraph
24 suggest that the Arbor Boulevard store -- Arbor
25 Boulevard store sent waste to any landfill?

Page 173

1      A.   So as I talked about earlier, the only
2  thing that potentially would go to a landfill were
3  the material that couldn't be distilled or recycled
4  in the bottom of the -- of the -- the bottom of the
5  distillation system, and potentially use containers
6  that contained paint or paint thinner or other
7  materials that they were recycling. Those would be
8  the materials that potentially would go to a
9  landfill.
10         I don't say it here, but that's -- that's
11 what -- here, I'm just focusing on the contents.
12 But that was what would go to a landfill,
13 potentially. I'm not saying it did. That's not
14 part of my opinion.
15         But when I read this, I am also thinking
16 about what containers are used or leftover. And
17 where did they go? That's part of the story.
18     Q.   So with respect to the commercial store,
19 your last answer just highlighted the issue of
20 containers. Can you summarize for me your opinion or
21 summarize for me your opinion of what containers the
22 commercial store would have generated?
23     A.   The types of containers would have been
24 paint, acrylic -- or latex paint, oil-based paints,
25 and then all the potential solvent containers. So

Page 174

1  they would have had Stoddard solvent, paint thinner.
2         They might have had some other higher
3  boiling point thinners that they used to retard
4  paint and lacquer.  They would have had potential
5  leftover containers with lacquer in them.  I think
6  that's pretty much it.
7      Q.  All right.  The next section is headed
8  Retail Stores?
9         MR. SILVER:  On Page 114?
10         MR. KEMP:  Page 114, yes.  Thank you.
11  BY MR. KEMP:
12      Q.  And does any of the information that you
13  summarize with respect to the retail stores suggest
14  that any -- any of the waste generated was -- was
15  sent to a landfill?
16      A.  I don't speak to where the waste was sent
17  in my section under Retail Stores, just that the
18  material contained a hazardous material, a hazardous
19  substance, excuse me, and what containers -- what
20  products would contain those hazardous substances.
21         But to the extent that you want to know
22  what would have went to a landfill, the containers,
23  just like we talked about for the commercial stores,
24  any rags, potentially, could have went to a
25  landfill, spill materials could have went to -- in

Page 175

1  cleanup with solids, could have went to a landfill.
2  All of those things potentially went to a landfill.
3      Q.  You say potentially, but they could have
4  gone somewhere else.  They could have gone for
5  recycling, they could have been cleaned and reused;
6  is that fair?
7      A.  Some of them could have been cleaned.
8  Some of them could have been -- went to a land --
9  excuse me, could have been recycled.  But some of
10  them likely went to a landfill.
11      Q.  We've used a couple of different words,
12  and I want to be clear on your definitions of them.
13  Recycling versus reclamation.  Is there a difference
14  there?
15      A.  No.  I think -- I think we can use those
16  interchangeably.
17      Q.  All right.  Section 12.4 on Page 115 is
18  headed Sherwin-Williams Waste Stream information.
19  Do you see that?
20      A.  Yes, I do.
21      Q.  And I'll just paraphrase this section.
22  You're citing to certain deposition testimony of Mr.
23  Grillot and Mr. Wendling to describe -- well, you're
24  summarizing their deposition testimony regarding
25  what you say, "waste purportedly associated with

Page 176

1  Sherwin-Williams."  Is that a fair summary of this
2  section?
3      A.  Yes.
4      Q.  Is this section relevant to -- is the
5  information presented in this section relevant to
6  your opinions in this report?
7      A.  Is it relevant to my opinions?
8      Q.  Yeah.
9      A.  Yes, it is relevant because these are the
10  waste materials, the types of waste materials that
11  I've evaluated to determine that hazardous
12  substances are contained within them.
13      Q.  Okay.  I'm not sure I understood that
14  answer. Let me ask the question a slightly different
15  way.  Your opinions in this case relate to waste
16  streams purportedly generated by different Sherwin-
17  Williams facilities and the types of chemicals that
18  may have been in those waste streams; is that -- is
19  that correct?
20      A.  Yes.
21      Q.  Okay.  How did you rely on testimony of
22  individuals who worked at the South Dayton Dump in
23  determining what those facilities generated in terms
24  of their waste streams?
25      A.  That was just part of the information that

Page 177

1  I used to figure out what the waste streams were.
2  It wasn't the sole piece of information.
3      Q.  How's --
4      A.  Sole sources.
5      Q.  -- how did you use it to determine what
6  the waste streams were?
7      A.  Because if buckets containing paint, paint
8  residue, and paint thinner are coming from Sherwin-
9  Williams, that tells me what -- the material inside
10  that bucket or that pail or whatever it is, it tells
11  me the material.  And then I know from what the
12  material is, what the hazardous substance is that's
13  contained in that.
14      Q.  You've testified that you're not providing
15  any opinion on whether any particular party disposed
16  of hazardous substances or arranged for the disposal
17  of hazardous substances at the South Dayton Dump,
18  correct?
19      A.  Correct.
20      Q.  All right.  We're back to your opinions,
21  which is where we started here.  It's Section 12.5
22  of the report.  How would you -- well, strike that.
23         Let me provide a description of your
24  methodology and -- in arriving at these opinions,
25  and you tell me whether you think that's accurate.

JEFFREY DAGDIGIAN                    September 23, 2025                        178 to 181
88754

Page 178

1 You summarized certain literature regarding
2 historical waste streams in the paint industry.
3          You observed that Sherwin-Williams is in
4 the paint industry.  And you concluded that Sherwin-
5 Williams waste stream was consistent with the
6 descriptions in the literature.  Is that a fair
7 description of -- of your report?
8     A.   I think in part it is.  I think it
9 oversimplifies the process, but generally speaking,
10 those were steps that I went through.
11    Q.   How was it over simplified?
12    A.   You make it sound like I read a
13 description about the paint industry and then
14 decided that Sherwin-Williams matched that, but you
15 didn't really go into the detail of the work that
16 was put into to figure out how Sherwin-Williams
17 matched that, you know, at all.  So that's where I
18 would say it's lacking.
19    Q.   Okay.  That's -- and that's what I'm
20 getting at.  What was the work that you put in to
21 determine that Sherwin-Williams matched what you
22 regard as the -- as the historical description of
23 waste streams in the industry?
24    A.   So we looked at the deposition testimony.
25 We looked at both the people at the landfill and the

Page 179

1 people working at the facility.  We looked at their
2 descriptions of the processes that were carried out
3 at those facilities.
4          And we looked at the types of products
5 that were being formed.  And we understood and knew
6 what the -- from just the fact that those products
7 all -- from all -- in all paint manufacturing
8 containing those kinds of chemicals, and it's not
9 unique to Sherwin-Williams.  So we looked at that.
10          And we looked at the landfill people in
11 terms of what was coming there, what they said was
12 coming there in terms of the kinds of materials.
13 And all of those things told us what was going on at
14 that facility generally, and the kinds of waste that
15 were being produced generally.
16          And our knowledge of those materials, and
17 the kinds of waste, led us to conclude that
18 hazardous substances are in them.
19    Q.   Is the methodology that you just
20 described, described -- itself, described somewhere
21 in the scientific literature that you're aware of?
22    A.   Is there a methodology described in the
23 scientific literature on how to specifically look at
24 a paint industry and determine what hazardous
25 substances are in their products?

Page 180

1     Q.   Yes.
2     A.   No.  Not specifically.
3     Q.   What do you think is the difference
4 between the approach that you took here to arrive at
5 these opinions and the approach that a historian
6 would -- would take to evaluate the same
7 information?
8     A.   A historian?
9     Q.   Mm-hmm.
10    A.   To evaluate the same information?  In
11 other words, what hazardous substances are in their
12 waste products, or are you talking about what
13 processes they carried out?  What are you talking
14 about specifically?
15    Q.   You gave me a description of your
16 methodology in this case, which involved looking at
17 the literature, looking at information related to
18 Sherwin-Williams facilities.  And I'm
19 oversimplifying, granted.  And then arriving at
20 conclusions based on that review.
21          I asked you whether that methodology was
22 described in the scientific literature, and the
23 answer is no.  And so what I'm trying to get at,
24 what is the difference between your approach and
25 what a historian would do if presented with the same

Page 181

1 information that you reviewed?
2     A.   Well, I've worked with historians before
3 on environment cases, and they go through a very,
4 very similar process.  Where they might differ from
5 how I would do it, is -- and again, they're --
6 they're writing a different story.  They're not
7 focused necessarily on hazardous substances, but
8 what happened, where it happened, who was involved.
9          They definitely would look at, you know,
10 photographs.  They would look at newspaper articles.
11 They would look at press releases.  They would look
12 at anything they could get their hands on that would
13 tell them the story of this facility.  And then they
14 would write that up.
15    Q.   Just a couple more questions, I think.
16 Your opinions, as drafted in this Section 12.5, are,
17 I'll characterize them as definitive statements.  So
18 Sherwin-Williams Opinion 1 is, Sherwin-Williams
19 generated solvent waste at its Dayton commercial
20 center.  That's the beginning of it.
21          Opinion 2 is, Sherwin-Williams
22 Manufacturing Plant produced solvent waste.  Opinion
23 3 is, Sherwin-Williams retail stores disposed of
24 waste, such as containers.
25          MR. SILVER:  This is all on Page 115?

**NAEGELI**     |  (800) 528-3335
DEPOSITION & TRIAL  |  NAEGELIUSA.COM

JEFFREY DAGDIGIAN          September 23, 2025          182 to 185
88754

Page 182

1          MR. KEMP:  It's all on Page 115, right?
2   BY MR. KEMP:
3       Q.   If you go back to Section 12.3 of your
4   report. For example, the first paragraph on Page 111
5   -- sorry, it would be the bottom paragraph of Page
6   111.
7            The second to last sentence that we've
8   looked at before is, "Based on the commonalities
9   between Sherwin-Williams production facilities and
10  typical paint industry operations, it is likely that
11  the Dayton manufacturing plant generated waste that
12  was consistent with the general paint industry."
13           So you used the word "likely" there. Do
14  you see that?
15      A.   Yes.
16      Q.   And you also used the word "likely" to
17  describe the commercial store waste on Page 114,
18  just above the heading Retail Stores. Well, that
19  one may be a characterization of Mr. Thomas's
20  testimony.  But you did -- you didn't use the word
21  "likely" as part of your characterizations.  Do you
22  see that there?
23      A.   Yep.
24      Q.   And then, with respect to retail stores in
25  the last sentence, you say, "Retail stores likely

Page 183

1   had waste from small stills, damaged containers, and
2   solvent containing rags." So should we read your
3   opinions in Section 12.5 to contain the word
4   "likely?"
5            MR. SILVER:  Objection.  I think he's used
6   the word in Section 12.5.  That he actually used the
7   words in 12.5.  I don't think you have to read
8   anything into it.
9   BY MR. KEMP:
10      Q.   Well, do you -- okay.  Did you use the
11  word "likely" in any of your opinions in Section
12  12.5?
13      A.   Yeah.  All of them have the word "likely."
14      Q.   Okay.  With -- let's just be clear here.
15  In the first sentence of Opinion 1, "Sherwin-
16  Williams generated solvent waste," okay?  There's no
17  "likely" in that sentence, right?
18      A.   No.
19      Q.   Okay.  Do you think it should have a
20  "likely" in it?
21      A.   No.
22      Q.   Okay.  Then the last sentence, "It is
23  highly likely that these solids also contain
24  hazardous substances, MEK, PCBs, and heavy metals."
25  Do you see that?

Page 184

1       A.   Yes.
2       Q.   Okay.  So when you say the first sentence
3   should not contain the word "likely," you're saying
4   it's 100 percent certain that Sherwin-Williams
5   generated solvent waste at its Dayton Commercial
6   Center?
7       A.   Yes.
8       Q.   All right.  Same question with Opinion 2,
9   "Sherwin-Williams manufacturing plant produced
10  solvent waste as well as waste from obsolete product
11  and customer returns, et cetera." Do you see that?
12      A.   Yes.
13      Q.   Okay.  You're saying it's 100 percent
14  certain that that -- that that was the case?
15      A.   Yeah.  I would say 100 percent certain.  I
16  don't know what's 100 percent certain.  Let me
17  modify that.  It definitely more likely than not.
18  And I would say it's near 100 percent certain.
19      Q.   And would that also be true of Opinion 3,
20  "Sherwin-Williams retail stores disposed of wastes,
21  such as containers?"
22      A.   Yes.
23      Q.   More likely than not?
24      A.   Yes.
25           MR. KEMP:  Exhibit 11, please.  Do I have

Page 185

1   that numbering right?
2            THE REPORTER:  Mm-hmm.
3            (WHEREUPON, Exhibit 11 was marked for
4   identification.)
5   BY MR. KEMP:
6       Q.   So Exhibit 11 is the rebuttal report by
7   Matthew Lentz.  Have you reviewed this document?
8       A.   I believe so.
9       Q.   When did you review it?
10      A.   Maybe a month ago.
11      Q.   Do you know Mr. Lentz professionally?
12      A.   No.
13      Q.   If you could turn to Page 7, please.  And
14  the first sentence on that page, Mr. Lentz states,
15  "Dagdigian definitively states that the Dayton
16  manufacturing plant produced a long list of wastes
17  with specific hazardous components without reliance
18  on any site-specific documents related to disposal
19  of waste." Do you see that?
20      A.   Yes.
21      Q.   Do you agree with that sentence?
22      A.   No.
23      Q.   Why not?
24      A.   Because I think we depended on site
25  specific deposition -- employees' depositions, which

JEFFREY DAGDIGIAN                   September 23, 2025                    186 to 189
88754

Page 186

1 helped us understand what they did there.
2        Q.    Okay.  Other than deposition, did you rely
3  on any site specific documents with respect to the
4  manufacturing plant?
5        A.    No.  Not that I can recall.
6        Q.    All right.  The next paragraph begins,
7  "The list of waste presented also fails to consider
8  general waste minimization practices implemented by
9  the industry during the relevant period, including
10 reworking of product and offsite solvent and
11 container recycling." Do you see that?
12       A.    Yes, I do.
13       Q.    Do you agree with that sentence?
14       A.    Waste minimization practices didn't start
15 until the late '80s, early '90s, which I think is
16 after the time that materials went to the landfill
17 of SDD. So I don't know that that's even relevant.
18       But waste minimization would not change
19 what went into their waste, that hazardous
20 substances went into their waste.  It would only
21 change the quantities. The goal of waste
22 minimization is to reduce the quantities, sometimes
23 to eliminate it, but that's very rare.
24       Q.    What's the basis for your statement that
25 waste minimization practices would -- only started

Page 187

1  in the late 1980s?
2        A.    Well, the document that we looked at for
3  EPA was 19 -- dated 1990.  And when I was in the --
4  working in the environmental industry at this time,
5  I know when the EPA waste minimization push came
6  across.  I looked at all those same documents that
7  Mr. Lentz is talking about.
8        I went to the facilities.  It instituted
9  waste minimization control just like he's talking
10 about.  But it hadn't been done prior to that, and I
11 know that from personal experience.
12       Q.    Mr. Lentz cites an article by Wharton from
13 1988.  Do you see in the bullet points following the
14 sentence we just read?
15       A.    Yes.
16       Q.    Are you familiar with that article?
17       A.    I may have seen it.  I don't know for
18 sure.
19             MR. SILVER:  What's the title?
20             MR. KEMP:  I believe the title is
21 Hazardous Waste Minimization, Part 3, Waste
22 Minimization in the Paint and Allied Products
23 Industry as cited in Mr. Lentz's report.
24 BY MR. KEMP:
25       Q.    You didn't consider that document in

Page 188

1  forming your own opinions in this case; is that
2  correct?
3        A.    No.  I don't believe it's relevant.
4        Q.    Why is that?
5        A.    I just told you, because of when waste
6  minimization occurred.  And again, this is not a
7  specific reference to Sherwin-Williams.  This is
8  just generally what people were doing in the
9  industry, or at least this author is thinking you
10 should do.
11       Q.    Page 8 of Mr. Lentz's report, please.
12       A.    Okay.
13       Q.    Okay.  Section 2.3 deals with waste
14 disposed of by Sherwin-Williams retail stores.  If
15 you'll look at, it's the fourth paragraph, starting,
16 "The opinion that Sherwin-Williams retail stores and
17 the manufacturing plant produce waste with the same
18 hazardous substances is unsupported." Do you see
19 that?
20       A.    I see that.
21       Q.    So Mr. Lentz's idea here is that there's
22 no reason to expect that retail stores would produce
23 the same types of waste that the manufacturing plant
24 would produce.  I'm paraphrasing.  Do you agree with
25 that --

Page 189

1        A.    Yes.
2        Q.    -- idea?  Okay.  And what would some of
3  the differences be in the waste streams?  Let me
4  strike that.
5             What are the reasons that a retail store
6  and a manufacturing plant would have different waste
7  streams?
8        A.    The main reason is they do different
9  things. Manufacturing plant is geared to making a
10 product.  The retail store is geared to selling that
11 product in much smaller quantities.  So their wastes
12 are going to be associated with smaller spills and
13 releases, packaging materials, like the pails and
14 cans that the paints are stored in.  That sort of
15 thing.
16       Whereas, the manufacturing plant is going
17 to have a lot larger quantities of waste and not
18 going to be necessarily associated with the
19 packaging, more spills and releases, or, as we
20 talked about, the cleaning of the manufacturing
21 equipment.
22             MR. KEMP:  That's all of my questions.
23 Thank you very much.
24             THE DEPONENT:  You're welcome.
25             MR. SILVER:  Thanks, Matt.  Maybe a short

Page 190

1  break.  We all want to get done today for various
2  reasons.  And I think we're a little bit over four
3  hours.  I -- I apologize for the 15 minutes extra on
4  my lunch, so I'll credit that towards you guys.
5          But let's move it along and see if we can
6  get done at a reasonable hour.  I didn't bring my
7  Federal Rules of Civil Procedure with, Dave, so I
8  can't slam you with whatever it says.
9          THE REPORTER:  You want to go off the
10 record?
11         MR. KEMP:  Yes.
12         THE REPORTER:  Okay.  Off the record.
13         (WHEREUPON, a recess was taken.)
14 EXAMINATION
15 BY MR. DURHAM:
16     Q.  All right.  Good afternoon, Dr. Dagdigian.
17     A.  No.  With a hard G.
18     Q.  Dagdig?
19     A.  Yeah.  There you go.
20     Q.  Dr. D.  Joe Durham, I represent ConAgra
21 Grocery Products Company, LLC.  We met this morning.
22 You're going to understand that ConAgra is dealing
23 with McCall.
24     A.  Right.
25     Q.  And that was the basis of your report.

Page 191

1  Same rules apply.  You've been at it all day.  If
2  you don't understand my question, just tell me.  But
3  first, little different, can we agree when I refer
4  to your expert report or your report, that I'm
5  talking about your April 7th, 2025, expert report?
6      A.  Yes.
7      Q.  And if I refer to your rebuttal report
8  dated September 18th, 2025, I will identify it as
9  rebuttal or rebuttal report?
10     A.  Yes.
11     Q.  Okay.  So your report states that you
12 replaced the previous expert, Jurgen Exner, and
13 formed your opinions -- formed your own opinions,
14 yet, your report appears to rely on many of the same
15 references.  And sometimes almost verbatim opinion
16 language in Exner's report.
17         Can you explain to me the process you
18 utilized to form your opinion?
19     A.  Sure.  I -- I did look at everything Exner
20 did before I wrote my report.  So I was very
21 familiar with it.  And I also understood that there
22 was this guard rail decision, where I couldn't say
23 anything substantially different or I couldn't have
24 a different opinion, and I didn't quite understand
25 exactly what the extent of that can't have a new

Page 192

1  opinion is.
2          So I constructed my report to be as
3  similar to his as I possibly could and still have it
4  reflect what I felt and what I believed based on my
5  review of all of the references that were in the
6  Exner report and the one -- the additional ones that
7  I found.
8      Q.  You've been retained by the plaintiffs to
9  determine, in this case, if McCall, in addition to
10 the other remaining defendants, generated waste
11 containing hazardous substance during the period of
12 SDD's operation, or in any other way contributed to
13 the COPCs at the site, correct?
14     A.  Correct.
15         (WHEREUPON, Exhibit 12 was marked for
16 identification.)
17 BY MR. DURHAM:
18     Q.  I'm going to hand you what's been marked
19 as Exhibit 12.  Assuming that you're familiar with
20 that document, but can you identify it for the
21 record?
22     A.  So this is a portion of my expert report.
23     Q.  And for the record, I will note that it is
24 -- actually, we already have, I believe, Section 1
25 in the record as an exhibit, but I have added

Page 193

1  Section 2, 3 here, with Section 8 relating to
2  McCall.  So can you confirm that that is what you
3  were looking at?
4      A.  That's what I'm looking at.
5      Q.  All right.  And that's the opinion you've
6  given, and there are, at this point, no additions,
7  deletions, or modifications to this report?
8      A.  That's correct.
9      Q.  And so you testified that you reviewed all
10 of Dr. Exner's reports prior to issuing these
11 reports?
12     A.  That's correct.
13     Q.  Earlier today, when you were questioned
14 about that, I think it was limited to, certainly Dr.
15 Exner gave reports for all of the individual
16 defendants.  And so that we were talking about this
17 collection of reports.  I'm clear, but I want --
18 you've reviewed all of those original Dr. Exner
19 reports related to all the defendants?
20     A.  Yes.
21     Q.  I didn't see anything in your report
22 about, did you review Dr. Exner's 2018 deposition
23 prior to issuing these reports?
24     A.  No.
25     Q.  Did you review Dr. Exner's July 24th,

JEFFREY DAGDIGIAN                September 23, 2025                    194 to 197
88754

Page 194

1  2018, report on vapor intrusion?
2      A.   No.
3      Q.   Did you review a January 22nd, 2019, Exner
4  declaration?
5      A.   No.
6      Q.   Not prior to issuing this report?
7      A.   No.
8      Q.   And did you review a January 14th, 2020,
9  Exner declaration prior to issuing this report?
10     A.   No.
11     Q.   But based upon that testimony, in relation
12  to McCall, you would have reviewed his, Dr. Exner's,
13  2017 report?
14     A.   Correct.
15          (WHEREUPON, Exhibit 13 was marked for
16  identification.)
17  BY MR. DURHAM:
18     Q.   I'm handing you what's been marked as
19  Exhibit 13.  Are you familiar with that document?
20     A.   Yes.
21     Q.   And this was a document you were just
22  testifying about that you reviewed prior to issuing
23  your own report?
24     A.   Yes.
25     Q.   And that you relied upon to issue this

Page 195

1  report, to some extent, and then coming up with your
2  own opinion?
3      A.   Yes.
4      Q.   And I want to draw your attention to Page
5  8 of Dr. Exner's report.  And specifically, his
6  Opinion 3, based upon the testimony above, MCC, I'm
7  going to relate that to McCall, waste disposed at
8  the SDD contained hazardous substances.  So I was
9  going to ask you --
10          MR. SILVER:  Is this Opinion 3?
11          MR. DURHAM:  Opinion 3 on Page 8.
12          THE DEPONENT:  I see it.
13  BY MR. DURHAM:
14     Q.   I was going to ask you, that prior to your
15  issuing your opinion, did you realize that Dr. Exner
16  had backed off this opinion and changed his opinion
17  that he could not conclude that McCall disposed of
18  wastes containing hazardous waste to South Dayton
19  Dump?
20     A.   I think I knew that.
21     Q.   Without reading his deposition?
22     A.   I think I heard that from somebody,
23  probably one of the legal counsel.
24     Q.   Okay.
25          MR. SILVER:  Not me.

Page 196

1  BY MR. DURHAM:
2      Q.   Turning your attention to Page 2 of Dr.
3  Exner's report.  Are you familiar with his opinion
4  describing US waste disposal practices before 1980?
5      A.   Yes.
6      Q.   And this is going to be a little bit of an
7  exercise back and forth here, Doctor, I'm sorry, but
8  I'm going to have you then turn to your own report
9  and Section 3.4, which is on Page 18.
10     A.   8.34?
11     Q.   Page 18, Section 3 --
12     A.   Page 18.
13     Q.   Yes.
14     A.   I'm sorry.
15     Q.   Of your own report.  Section 3.4.
16     A.   Sorry.
17          MR. SILVER:  And while he's looking for
18  that, I have an attorney from my office named Luke
19  Dodge is, I'm told, in the waiting room for the
20  deposition and that I think you need to admit him.
21          THE REPORTER:  He might have the wrong a
22  Meeting ID because I don't see him up there.
23          MR. SILVER:  Yeah.
24          Wade, if you can hear me, make sure he has
25  the right Meeting ID.

Page 197

1          THE DEPONENT:  I'm there.
2  BY MR. DURHAM:
3      Q.   All right.  So is your 3.4, which is
4  titled Waste Production and Disposal in the US
5  Before 1980, do you believe that's consistent with
6  Dr. Exner's description of waste disposal practice
7  pre-1980?
8      A.   Yes.  I think so.
9      Q.   And it appears that you have cited to many
10  of the sources used by Exner in describing pre-1980
11  waste disposal practices, including Watts, Colton,
12  Skinner, Panko, and Sanger; is that correct?  Most
13  of the citations are in --
14     A.   Yes.
15     Q.   -- Page 19?
16     A.   Yes.
17     Q.   Yeah.  And did you review those sources as
18  well?
19     A.   Yes, I think I have.
20     Q.   And have you ever opined on this subject,
21  meaning specifically the topic of pre-1980 waste
22  production and disposal in the US in any prior
23  engagements?
24     A.   I think I talked about it.  I haven't been
25  the lead expert on -- I've had cases where there's

JEFFREY DAGDIGIAN   September 23, 2025   198 to 201
88754

---

Page 198

1 been experts designated specifically for this topic,
2 but I haven't been that expert, but I have talked
3 about these types of situations in other
4 assignments. But not as the major expert. Just as
5 a byproduct of it.
6  **Q.** **And would --**
7  A. Or side topic of it.
8  **Q.** **-- any of your studies at USC while you're**
9 **studying biology or obtaining your PhD in chemistry,**
10 **have addressed this topic?**
11  A. No.
12  **Q.** **Any other coursework or training or**
13 **seminars along the way?**
14  A. No.
15  **Q.** **Okay.**
16  A. Environmental issue hadn't been invented
17 then.
18  **Q.** **Okay. So turning back to your report**
19 **again on Page 8. Oh, no, no. I'm sorry. Section 8**
20 **on Page 63. We were almost there, and I brought you**
21 **back there.**
22   MR. SILVER: We're back to Exhibit 12 now?
23   MS. NIJMAN: Yeah.
24   MR. DURHAM: Yeah.
25 BY MR. DURHAM:

---

Page 199

1  **Q.** **So if you read that first paragraph, it**
2 **says, you evaluated McCall's operations in**
3 **identifying wastes produced by McCall in developing**
4 **these opinions. Can you explain to me how you**
5 **evaluated McCall's operations?**
6  A. Where does it say that?
7  **Q.** **"So in developing my opinions, I have**
8 **reviewed documents provided by LSSH and evaluated**
9 **MCC" --**
10  A. Oh, okay.
11  **Q.** **-- Operations." I'm sorry. And then the**
12 **question is: Can you explain to me how you evaluated**
13 **McCall's operations?**
14  A. So I looked at basically general printing
15 practices, the printing industry as a whole, to
16 determine the kinds of equipment they use, the types
17 of processes that they employed. And then I
18 compared that to what I read in the depositions of
19 the employees that worked there and the practices
20 that they recanted.
21   And then I also researched the references
22 that were part of Dr. Exner's report and other ones
23 that I found to determine the kinds of chemicals
24 that would be in the -- associated with the raw
25 materials that were used by McCall in their

---

Page 200

1 printing.
2   And based on putting those things
3 together, it was clear to me that there were certain
4 types of waste that were described by the former
5 employees. And based on the kinds of materials that
6 they were using, I was able to conclude that they
7 had hazardous substances.
8  **Q.** **And as far as those hazardous substances,**
9 **that's based on practice in the printing industry,**
10 **not specifically -- you didn't have any bills of**
11 **lading of supplies that were purchased by McCall,**
12 **did you?**
13  A. No.
14  **Q.** **You didn't have any disposal tickets of**
15 **waste that was being disposed by McCall, did you?**
16  A. No. We just had what the employees had
17 put in their depositions or said in their --
18 testified to in their depositions. We had a few
19 communications with regulatory agencies. I think
20 that's pretty much it.
21  **Q.** **All right. So you mentioned testimony.**
22 **So I don't know if you recall, but would you agree**
23 **that you relied heavily on the testimony of George**
24 **Morris --**
25  A. Yes.

---

Page 201

1  **Q.** **-- regarding your report and McCall's**
2 **waste?**
3  A. Yes.
4  **Q.** **And isn't it true, out of 34 witnesses you**
5 **relied upon during your full report that the only**
6 **witnesses cited in Section 8 of your report are**
7 **George Morris, Joe Smart, Dave Rio, Ed Rio, Michael**
8 **Wendling, and Cecil Hunter?**
9  A. I think that's true.
10  **Q.** **In Section 8, George Morris is cited in**
11 **the body of your opinion or referenced in a footnote**
12 **at least ten times. Sound reasonable?**
13  A. Yes.
14  **Q.** **Turning your attention to Page 64 and**
15 **Footnote 433. Do you agree that you've cited to Mr.**
16 **Morris's deposition to support your statement in the**
17 **second paragraph that this method is also referred**
18 **to as four color printing?**
19  A. I think that's correct.
20  **Q.** **So in an effort to save time, I'm just**
21 **going to -- you're familiar with Mr. Morris's**
22 **deposition?**
23  A. Correct.
24  **Q.** **Yeah. And when he was discussing four**
25 **colored printing during this time, it wasn't about**

---

Page 202

1  McCall, was it?
2      A.   If it talks about the newspaper business,
3  then it was not about McCall.
4      Q.   Yeah.
5      A.   It described his general experiences.
6      Q.   And so when we talk about Mr. Morris,
7  again, on Page 68, and we're talking about him in
8  the first paragraph under 8.3.  Do you see where I
9  am?
10     A.   Yes.
11     Q.   Okay.  And it goes on to say that he
12  worked from 1957 to 1966 at McCall.
13          MR. SILVER:  I think it says 1969.
14          MR. DURHAM:  1969.  Thank you.
15  BY MR. DURHAM:
16     Q.   And then it goes on to describe his career
17  after 1969, but it does not indicate that he was
18  working for the Dayton Daily News while he was.  And
19  then it goes back to say that at the time as he was
20  a McCall employee, he made and cleaned letter press
21  plates.
22          Do you understand that Mr. Morris worked
23  for the Dayton Daily News from 1969 to 1992?
24     A.   Yes.
25     Q.   And if we look at the next page, on Page

Page 203

1  69, one, two, three, four, the fifth paragraph.
2          MR. SILVER:  Is that the one beginning,
3  "The filtration"--
4  BY MR. DURHAM:
5      Q.   The filtration system, commercial cleaning
6  system.  Do you understand that citation to George
7  Morris is also a description that he's giving about
8  the Daily -- or Dayton Daily News and not McCall
9  before concluding that McCall is using direct
10  lithology printing, which included a fountain
11  solution and offset printing?
12     A.   A lot of that was very difficult to
13  understand because of how the questions were asked.
14  And I'd have to go back and read it again right now
15  to tell you what I -- what I thought for sure.  I
16  don't know if he was telling us about his experience
17  at the Dayton or what he thought was going on at
18  McCall based on his experience at the Dayton.
19     Q.   But it's possible that maybe you
20  misconstrued when he was talking about the
21  filtration system in commercial ink, that it could
22  be true that he was talking about the Dayton Daily
23  News and not McCall.  Is that a fair statement?
24     A.   It's possible.
25     Q.   Turning to Page 74 of your report.  Your

Page 204

1  Opinion number 2, indicates that among hazardous
2  waste substances, that you have opined McCall's
3  waste may contain, and that includes PCBs.  Is that
4  your opinion?
5          THE DEPONENT:  Yes.
6          MR. SILVER:  Can you just help me out,
7  what page are we on?
8          MR. KEMP:  74.
9          MR. DURHAM:  We're on 74.  We're going to
10  go back to 73, Larry.
11          MR. SILVER:  All right.  Thank you.
12  BY MR. DURHAM:
13     Q.   And looking at the first full paragraph
14  there about the Dayton press --
15     A.   Wait, where did we go back to?
16     Q.   73.
17     A.   I'm sorry.
18          MR. SILVER:  You're talking about
19  beginning in June 1984?
20          MR. DURHAM:  That's correct.
21  BY MR. DURHAM:
22     Q.   And then looking at the first bullet, it
23  says, "PCB UN 2315, eight large capacitors with PCB
24  labels, a 35-gallon steel drum of General Electric
25  Pyranol, an insulating liquid containing PCBs, and a

Page 205

1  55-gallon drum of unknown fluid containing" --
2  you're going to have to help me with this word --
3  Aroclor?
4      A.   Aroclor.
5      Q.   "Aroclor 1242."  It -- is -- number one, is
6  that statement correct?
7      A.   That it contained Aroclor 1242?
8      Q.   That I just read that correctly?
9      A.   Yes.
10     Q.   And is this the basis for you identifying
11  McCall as generating hazardous substance containing
12  PCBs, and/or?
13     A.   No.  They may have had these kinds of
14  waste, but PCBs were also used as plasticizers in
15  the inks themselves, and just so that it was
16  flexible and it didn't pop off the page.  And also,
17  some of the dyes themselves would have had PCB 11 in
18  them, which is a chemical used to manufacture Azo
19  dyes.  It wouldn't have been Aroclor 1242, it would
20  have been PCB 11.
21     Q.   No?  Okay.  So that probably takes us back
22  to Page 70.
23     A.   Okay.
24     Q.   And I believe this is where you have
25  addressed PCBs in your report; is that correct?

JEFFREY DAGDIGIAN                September 23, 2025                206 to 209
88754

Page 206

1     A.   Yes.
2     Q.   And it follows a table that has a
3  composition of McCall's ink.  Is that your
4  understanding?
5     A.   Yes.
6     Q.   And that came from a 1973 correspondence
7  from McCall to Container Services.  Is that your
8  recollection?
9     A.   Yes.
10    Q.   And so based upon this paragraph,
11 addressing PCBs, can you see that you've cited to --
12 after you cite to the letter from -- to Container
13 Services, you cite 486, 487, 488, and 489.  That's
14 Hugh Jahnke, the Army Corps of Engineers Public Work
15 Technical Bulletin, I think it's actually public
16 Technical Bulletin 201-1-126.  That might be a typo.
17       But then the next one, Kodavanti, with
18 489.  My question there is: Did you know if any of
19 these reference type that you've cited to deal with
20 PCB in ink?
21       MR. SILVER:  And can you recite the
22 footnote numbers again so we know which -- which set
23 you're referring to?
24       MR. DURHAM:  Sure.  486, 487, 488, and
25 489.

Page 207

1        MR. SILVER:  Thank you.
2        THE DEPONENT:  I'd have to go back and
3  look at them again, but I believe that they all have
4  some reference to ink manufacturing or their
5  printing.
6  BY MR. DURHAM:
7     Q.   And so while you've addressed PCBs and
8  Aroclor here in this report, can you identify to me
9  anywhere where Dr. Exner, in a July 21st, 2017,
10 report, his July 24th, 2018, report on vapor
11 intrusion, or his declarations in January of 2019
12 and January of 2020, or his deposition, or any other
13 opinion that he's given during this litigation,
14 where he addresses PCBs and Aroclor in relation to
15 McCall?
16       MR. SILVER:  Let me just interpose an
17 objection.  He's already testified that he either
18 doesn't remember or didn't read several of those
19 documents.  So I'd just point that out.
20       If you want to ask him about the documents
21 he's read, it probably won't further the deposition.
22 BY MR. DURHAM:
23    Q.   You can go ahead and answer that question.
24    A.   Can I have the question read back to me,
25 please?

Page 208

1        (WHEREUPON, the record was played back.)
2        THE DEPONENT:  So he did not address PCBs.
3  BY MR. DURHAM:
4     Q.   Okay.  Just to follow up on Larry's
5  question.  And you didn't -- based upon all of the
6  documents that you've reviewed yourself relating to
7  Dr. Exner, there's nothing in there about PCBs and
8  McCall?
9     A.   That's correct.
10    Q.   And Dr. Exner actually referenced the
11 letter from McCall to Container Services, so that
12 information was available to him at that time,
13 correct?
14    A.   Correct.
15    Q.   On Page 68 and 69 of your report, starting
16 in the last full paragraph on 68, you reference a
17 1975 NIOSH report.  And why is that relevant?
18    A.   This is another document that describes
19 what was happening at McCall in terms of their
20 printing operation, the actual processes and
21 equipment that they were using.  And it gave me
22 confidence that I understood what was going on there
23 and the potential types of waste that would be
24 generated.
25    Q.   And do you agree that the NIOSH -- 1975

Page 209

1  NIOSH report was to evaluate employer exposure to
2  air contaminants?
3     A.   Yes.  That was the primary purpose.
4     Q.   So in your conclusions on Page 74, you
5  include TC -- TCE and 1,1,1-TCA, in addition to
6  PCBs, as waste containing hazardous substances
7  generated by McCall, correct?
8     A.   Yes.
9     Q.   So if we go to Dr. Exner's report, which
10 is Exhibit --
11       MS. NIJMAN:  13.
12       MR. DURHAM:  -- 13.  Thank you.
13 BY MR. DURHAM:
14    Q.   And we compare his opinions on Page 8,
15 specifically, his Opinion number 2, do you agree
16 with me that it does not include TCE or 1,1,1-TCA,
17 or PCBs?
18    A.   It doesn't specifically call out TCA or
19 TCE. It does mention ignitable solvents and TCA and
20 TCE will burn.  So I guess there, it could be
21 classified as ignitable solvents.  It does not
22 mention anything about PCBs, that's true.
23    Q.   And your opinion uses the term "ignitable
24 solvents," too, but it also uses TCE and 1,1,1-TCA,
25 correct?

Page 210

1     A.   That's correct.
2     Q.   And so Dr. Exner actually included TCE in
3  his 2019 declaration.  But you said you hadn't seen
4  that declaration when you added this to the report?
5     A.   That's correct.
6     Q.   So how did you, within the guard rails of
7  not going beyond Dr. Exner's report, add something
8  that he had added, but you didn't know about?
9          MR. SILVER:  Well, I object to your
10  interpretation of the word "guard rails."
11         But you can answer the question.
12         THE DEPONENT:  So I was able to determine
13  they used TCE to clean the presses off from the --
14  from the evidence that was in the references that I
15  provided.
16  And based on that, that was my conclusion that they
17  used TCE and TCA.  And that's what I put in my
18  report.
19         The final judgment of whether it went off
20  the guard rails was, you know, by legal counsel.
21  They looked at it and they didn't have a problem
22  with it, so I was fine with it.
23         MR. CAMPBELL:  I'm talking to him.
24         MR. SILVER:  I thought he was talking
25  about you, Drew.

Page 211

1  BY MR. DURHAM:
2     Q.   All right.  So on Page 72, you address
3  reports that were generated in the 1980s by the
4  Dayton Press.  Is that your understanding?
5          MR. SILVER:  By the Dayton Press?  Do you
6  mind --
7  BY MR. DURHAM:
8     Q.   Reports generated by the Dayton Press?
9     A.   Yes.
10    Q.   And you understand --
11         MR. SILVER:  Just one second.  I'm sorry.
12  And which footnotes are you referring to, just so I
13  have it?
14         MR. DURHAM:  We're talking about
15  essentially all of the reports that are being
16  addressed on this page.
17         MR. SILVER:  Well, the reason I say that
18  is three of the reports look like they were
19  generated by US EPA.  And I wanted to make sure we
20  were talking about reports generated --
21         MR. DURHAM:  Yep.
22         MR. SILVER:  -- by Dayton Press.
23  BY MR. DURHAM:
24    Q.   It's a -- US EPA -- it's the Ohio EPA
25  facility application filled out by the Dayton Press.

Page 212

1  Is that your understanding?
2          MR. SILVER:  Okay.  I see what you're
3  saying now.
4          THE DEPONENT:  Yes.
5  BY MR. DURHAM:
6     Q.   And you understand that McCall sold the
7  Dayton printing facility to the Charter company in
8  1975, correct?
9     A.   Yes.
10    Q.   And so how are these records about
11  hazardous waste in 1980 relevant to the waste McCall
12  was generating on or before it sold the company in
13  1975?
14    A.   I'm not sure I understand your question.
15  Before they sold the company?
16    Q.   No -- well, how is the information that
17  you've listed here on Page 72 about hazardous
18  materials and substances generated and reported by
19  the Dayton Press in 1982, in 1981, in 1980, how is
20  that relevant to any waste that was being generated
21  by McCall on or before 1975?
22    A.   It points to the types of processes and
23  waste that they were generating.  I guess the
24  assumption is that they were consistent in terms of
25  what types of waste they generated over time.

Page 213

1     Q.   So is it -- this a fair statement that
2  it's your opinion that because the Dayton Press was
3  generating these waste containing hazardous
4  substances in the 1980s, it's likely McCall was
5  generating similar waste during some period of
6  operation of the Dayton printing facility?
7     A.   Exactly.
8     Q.   But you have no way of knowing for sure,
9  correct?
10    A.   For -- no, I don't know for sure, but I
11  believe it's more likely than not the same facility,
12  the same product, would be generating the same
13  waste.
14    Q.   Well, you state you are not being asked
15  and are not offering an opinion on whether McCall
16  disposed waste at the South Dayton Dump.  What does
17  your engagement mean when it says, you're engaged to
18  address how McCall, in any other way, contributed to
19  the COPCs at the site?
20    A.   It's a further description of what my
21  objection was -- objection -- my goal was for the
22  project, which is further described.  It's another
23  way of saying the same thing, but slightly different
24  words.
25    Q.   So what I understand the scientific

Page 214

1  relevance of you including references to Dave
2  Grillot, Ed Grillot, Cecil Hunter, and Michael
3  Wendling, who are four witnesses that testified that
4  they recalled McCall waste at the South Dayton Dump
5  in the 1960s and '70s, but not referencing Joe Smart
6  testifying that he didn't take any waste to the dump
7  on behalf of McCall?
8       A.   And your question is: Why would I put that
9  in my report?  What's -- what's your question?
10      Q.   Yeah, let me go back.  So my high school
11 memories of science class --
12           MR. SILVER:  That's really going back.
13 BY MR. DURHAM:
14      Q.   -- taught me, if we're going to establish
15 -- try to establish X, we look at factors supporting
16 X. But also investigate factors supporting Y or
17 factors disputing or questioning any of the X
18 factors.  Is that a fair basic of the -- or the most
19 basic description of the scientific method you've
20 ever heard?
21      A.   I don't know if it's the most basic.  I
22 don't know that I would even agree with it.  I mean,
23 I think that when you talk about the scientific
24 method -- and I had reason for another -- to look
25 that up for another case just recently, and it turns

Page 215

1  out there's no one scientific method.  There's lots
2  of scientific methods, depending on the scientist
3  and depending on what they're trying to research.
4           In my mind, you start with the theory, and
5  then you look for evidence to support your theory.
6  You don't ignore the evidence that doesn't support
7  your theory, but you weigh that evidence altogether
8  to see whether or not you can move forward with your
9  theory or if you have to modify your theory.  And I
10 think that's what I did here.
11      Q.   And similarly, if we wanted to publish
12 your findings in a scientific journal, wouldn't peer
13 review expect you to address competing theories and
14 explain why your findings support against other
15 factors?
16      A.   Possibly, possibly not.
17      Q.   You cited to Robert Aldredge's testimony
18 18 times in your report, but failed to mention him
19 in Section 8 regarding McCall.  Do you recall what
20 he testified about regarding McCall's waste?
21      A.   No, not at this moment.
22      Q.   You have numerous citations to Horace
23 Boesch, Jr., but no mention in Section 8.  Do you
24 recall what his testimony was about McCall being a
25 customer of the South Dayton Dump?

Page 216

1       A.   No.
2       Q.   You have several citations to Michael
3  Wendling's 2012 deposition and a 2016 declaration,
4  but you don't cite to his 2014 deposition where he
5  didn't recall McCall sending waste to the site.  Is
6  there any reason for that?
7       A.   No.  And again, I'm not testifying whether
8  they sent waste or opining on whether they sent
9  waste to SDD, just that the waste they generated
10 contained hazardous substances.
11      Q.   The other person you cited was Cecil
12 Hunter.  All of these people were testimony about
13 what waste were at the dump, not at McCall.  Were
14 you provided a copy of Lucy Hunter's declaration or
15 deposition?
16      A.   I don't -- I -- is it in my list?
17           MR. SILVER:  I will stipulate it's not in
18 his list so we can move on.
19           MR. DURHAM:  Okay.
20           MR. SILVER:  But I'm not stipulating that
21 whether it was provided or not.  That -- the
22 question you asked is whether he was provided Lucy
23 Hunter's deposition, but I will stipulate that it's
24 not on his list.
25           MR. DURHAM:  We'll just move on.

Page 217

1  BY MR. DURHAM:
2       Q.   So wouldn't the witness testimonies of
3  Smart, Aldredge, Boesch, and Lucy Hunter be relevant
4  to whether McCall contributed to the COPCs at the
5  South Dayton Dump?
6       A.   Again, I'm not forming an opinion on that.
7  And I don't really feel like I needed to be
8  compelled to research that to provide my opinion.
9       Q.   All right.  Let's move to Page 66 of your
10 report.  Looking at the second to last paragraph, it
11 reads, "In the 1970s, finished inks generally were
12 packaged in metal or plastic cans of 0.5, one, two,
13 or five kilograms in metal or plastic pails of two,
14 three, and five gallons, or in 30 or 50-gallon metal
15 or fiber drums.
16           For larger users, fluid inks, news
17 engraver, generally were delivered in tank cars.
18 Some manufacturers provided ink in tubes or
19 cartridges for greater accounting." Is this taken
20 directly from Dr. Exner's report on Page 5?
21      A.   It might have been.
22      Q.   And given that McCall, their Dayton plant
23 was one, if not the largest printing operation in
24 the country, is it likely that ink was delivered in
25 bulk?

Page 218

1     A.   I would say it's likely that a lot of ink
2  was delivered in bulk, but maybe specialized colors
3  or types of ink were not.  It wasn't that they all
4  were, but most of it probably was.
5     Q.   And do you recall -- well, let's go back
6  to Page 74, and your conclusion that --
7     A.   When you say bulk, do you mean tank car,
8  or do you mean drums, or something else?
9     Q.   So --
10    A.   Because I remember the testimony from the
11 people that worked there was that they had a lot of
12 drums of ink that were delivered to the facility.
13 They did mention that there were tank cars, but they
14 focused on the drums.
15    Q.   Okay.  And those were -- is there a
16 railroad near the McCall facility?
17    A.   I think there is.
18    Q.   Are those tank cars related to the
19 railroad or are they separate; do you know?
20    A.   So they would have a spur.  So the
21 railroad would own the railroad tracks, but the spur
22 would be owned by McCall.
23    Q.   Okay.  So the last sentence that we looked
24 at, "Some manufacturers provided ink and tubes or
25 cartridges for greater economy."

Page 219

1          MR. SILVER:  We're back to which page?
2          MR. DURHAM:  66.
3  BY MR. DURHAM:
4     Q.   Would McCall have been using ink tubes for
5  greater economy?
6     A.   Again, it depends on the type of ink and
7  the type of printing press and what they were doing.
8  And then when we say tubes in cartridges, they could
9  be very large.  They don't have to be little tiny,
10 like a caulking cartridge that you might buy at Home
11 Depot. These would be much larger.  So they could
12 have.
13    Q.   So previously, we talked about the letter
14 from McCall to Container Services?
15    A.   Yes.
16    Q.   1973.  Do you recall that that letter
17 specifically dealt with pails of ink, not tubes?
18    A.   Was that -- yes.  Pails.  That's correct.
19    Q.   Okay.  And so --
20    A.   Those were the smaller versions of the 55-
21 gallon drums.  Not the five-gallon pail.
22    Q.   And that letter is interesting evidence,
23 right?  It -- it's evidence of McCall's operation,
24 correct?
25    A.   Yes.

Page 220

1     Q.   And evidence of the waste that they were
2  generating?
3     A.   Yes.
4     Q.   And evidence of the composition of that
5  waste?
6     A.   Correct.
7     Q.   Then we know it was going to the Powell
8  Road Landfill, correct?
9     A.   Correct.
10    Q.   We addressed it earlier this morning, I
11 think, but the -- the -- your prior work regarding
12 the City of Los Angeles and the former landfill.
13 Maybe that's going on still?
14    A.   Correct.
15    Q.   Is that the only landfill that you've been
16 involved -- well, first of all, is there any ink
17 issues involved in that landfill?
18    A.   Not that I'm aware of.
19    Q.   Okay.  And do you have any other
20 experience of addressing waste ink or inks?
21    A.   No.
22    Q.   On Page 16 of your report -- let's see.
23 On the second full paragraph, it says, "During the
24 operation as an unlicensed dump, i.e., between 1945
25 and 1968, the area of the site where the waste was

Page 221

1  deposited is generally referred to as "the dump."
2  Are you familiar with the area that we're talking
3  about?
4     A.   Yes.
5     Q.   And are you familiar with the plaintiff's
6  expert Jeffrey Smith?
7     A.   I generally know who he is, but that's
8  about it.
9     Q.   Have you reviewed any of his reports or
10 depositions?
11    A.   No.
12         MR. DURHAM:  I'm trying to hurry.  Sorry,
13 folks.  Where are we?
14         MR. SILVER:  This is Exhibit?
15         THE REPORTER:  14.
16         MR. DURHAM:  Exhibit 14.
17         (WHEREUPON, Exhibit 14 was marked for
18 identification.)
19 BY MR. DURHAM:
20    Q.   Well, you haven't seen it, but I'm going
21 to indicate that it's a transcript, a partial
22 excerpt of a transcript from the plaintiff's
23 attorney, Jeffrey Smith.  And I would like --
24         MR. SILVER:  Plaintiff's expert.
25         MR. DURHAM:  Or Plaintiff's expert.  Yeah.

Page 222

1  Thank you, Larry.
2  BY MR. DURHAM:
3      Q.   And then draw your attention to the map
4  that's attached as an exhibit.  And do you see that
5  the map is titled that it is Areas Where All Waste
6  Disposal Ceased by the End of 1968?
7      A.   Yep.
8      Q.   And is this map consistent with your
9  understanding of the where -- where the waste was
10 disposed from 1945 to 1968, as referenced on Page 16
11 of your report?
12     A.   Yes.
13     Q.   Prior to issuing your report, did you
14 review the May 18th, 2018, report of David Hagen?
15     A.   No.
16     Q.   Did you review a transcript of David
17 Hagen's October 8th, 2018, deposition, prior to
18 issuing your report?
19     A.   No.
20     Q.   Let's turn to your rebuttal report.  While
21 you look at that, I'll have you identify it.
22          MR. DURHAM:  But I'm going to make a
23 record that we're opposing the plaintiff's motion
24 for leave to serve the rebuttal report, and that I'm
25 only proceeding with questioning relating to this

Page 223

1  provisional rebuttal report pursuant to Judge Rice's
2  ruling last Friday, September 19th at 5:00 p.m. and
3  his instructions how to proceed.
4          And ConAgra is reserving its rights to
5  respond to Judge Rice's ruling yesterday, and move
6  to exclude the rebuttal report and the testimony Dr.
7  Dagdigian is about to give.
8          MR. SILVER:  That's fine.  I will -- I
9  will note, since you referenced Judge Rice's
10 notation order yesterday, that the notation order,
11 as I read it, granted our motion for leave to
12 produce Dr. Dagdigian's rebuttal report.
13         MR. DURHAM:  All right.
14         MR. SILVER:  So we look forward to your
15 opposition.
16 BY MR. DURHAM:
17     Q.   Doctor, when were you engaged by legal
18 counsel to prepare this rebuttal report?
19     A.   So I submitted on September 18th.  Was
20 that on a Thursday or a Friday?
21         MR. SILVER:  A Thursday.
22         THE DEPONENT:  Thursday?  So that Monday
23 before.  So that would have been 18, 17, 16, 15,
24 September 15th.
25 BY MR. DURHAM:

Page 224

1      Q.   All right.  Well, first of all, this is --
2  this appears to be a copy of the report that you
3  issued, a rebuttal report?
4      A.   Yes.
5      Q.   And to the extent that -- are there any
6  revisions, modifications, or deletions that you want
7  to add?
8      A.   No.
9      Q.   And so your deposition was originally
10 scheduled for September 5th; is that correct?
11     A.   Yes.
12     Q.   And I'm sorry for your loss.
13     A.   Thank you.
14     Q.   Assuming you were away from the office for
15 a while?
16     A.   That's correct.
17     Q.   And then you're suggesting to me that
18 maybe -- I don't have a calendar in front of me, but
19 maybe ten days later.  Or no, it's less than that.
20 Seven days later, on a Monday, they --
21     A.   Talking about the day that I came back?
22         MR. SILVER:  Whoa.  Seven days after what?
23         MR. DURHAM:  I'm just trying to do the
24 math from September --
25         MR. SILVER:  Why --

Page 225

1          MR. DURHAM:  -- September 5th.
2          MR. SILVER:  Well, why September 5th?
3  That was the date of his original deposition.  That
4  was not the date that his mom passed.  That happened
5  well before that.
6  BY MR. DURHAM:
7      Q.   When did your mom pass?
8      A.   About two weeks before that.  Maybe a week
9  and a half.
10     Q.   And prior to that time, you had not been
11 engaged to issue a rebuttal report?
12     A.   That's correct.
13         MR. SILVER:  I will note for the record
14 that Judge Rice issued his opinion regarding various
15 motions on -- sorry, that may have been on September
16 5th.
17         MR. DURHAM:  We'll stipulate September
18 5th.
19         MR. SILVER:  And at that point, Plaintiffs
20 understood which motions were approved by the Judge
21 and which motions were denied.  So that's an
22 important point in this chronology as to when --
23         MR. DURHAM:  All right.
24         MR. SILVER:  -- we understood whether your
25 expert report was going to be available.

JEFFREY DAGDIGIAN          September 23, 2025                    226 to 229
88754

Page 226

1  BY MR. DURHAM:
2       Q.   Do you know if Dr. Exner ever issued a
3  rebuttal opinion to Dr. Hagen's -- or Mr. Hagen's
4  initial report?
5            MR. SILVER:  You mean initial report for a
6  different party?
7            THE DEPONENT:  No.
8            Luke Dodge is waiting.
9            MR. SILVER:  Excuse me?
10           THE DEPONENT:  You want to admit Luke?
11           MR. SILVER:  Oh, yes.  This is a good time
12 to admit Mr. Dodge.
13           MS. NIJMAN:  I'm sorry.  Who's adding --
14 who's joining?
15           MR. SILVER:  Louis "Luke" Dodge.  He's
16 another attorney from our office.
17           MR. DURHAM:  Yeah.  All right.
18 BY MR. DURHAM:
19      Q.   So, Doctor, let's look at your first
20 rebuttal opinion, which is on Page 6 of your
21 rebuttal opinion.  There is no documentation
22 demonstrating that McCall's ink contained 3,3'-
23 Dichlorobenzidine.  However, the available document
24 does show that benzidine was a constituent of their
25 ink.  Is that correct reading of the first sentence?

Page 227

1       A.   Yes.  It is.
2       Q.   And besides the 1973 letter from McCall to
3  Container Services, is there any other documentation
4  showing that benzidine was a constituent of McCall's
5  ink?
6       A.   Only the inference that we see that they
7  used Azo dyes.  And Azo dyes contained either
8  dichlorobenzidine or benzidine by itself, or some
9  other analog of that volatile.
10      Q.   And when were you provided a copy of Mr.
11 Hagen's rebuttal report?
12      A.   Probably -- when was I provided it or when
13 did I look at it?
14      Q.   When did you look at it?
15      A.   Probably about three months ago, four
16 months ago.  Somewhere along those.
17      Q.   And did you review his August 25th
18 deposition?
19      A.   No.
20      Q.   In your professional experiences relating
21 to landfills and unregulated dumps, other than this
22 matter, have you addressed 3,3'-Dichlorobenzidine?
23      A.   No.
24      Q.   You mentioned the NIOSH report previously,
25 and I swear this will be my last exhibit.

Page 228

1            MR. SILVER:  I'll stipulate to that.
2            MR. CAMPBELL:  He's not giving up that
3  easily.
4            MR. KEMP:  That's mine.
5            MR. CAMPBELL:  That's one box.
6            MR. DURHAM:  Sorry about that.
7            MR. SILVER:  I guess --
8            MR. DURHAM:  Here, you better take that
9  one.
10           MR. SILVER:  This?
11           MR. DURHAM:  Yeah.
12           MR. SILVER:  Got it.  This is Number,
13 what, 16?
14           MS. NIJMAN:  15, I think.
15           THE DEPONENT:  16.
16           MS. NIJMAN:  Oh, yeah, you are right.
17           (WHEREUPON, Exhibit 16 was marked for
18 identification.)
19 BY MR. DURHAM:
20      Q.   So, Doctor, are you familiar with this
21 document?
22      A.   Yes.
23      Q.   And is this the same NIOSH document we
24 talked about earlier when you cited in reference to
25 McCall's use of TCE?

Page 229

1       A.   Yes.
2       Q.   And can you turn to what's marked as SDD3-
3  166497?
4            MR. DURHAM:  I can say that again for
5  everybody, if you really want to follow along,
6  166497.
7  BY MR. DURHAM:
8       Q.   Are you there?
9       A.   I am.
10      Q.   And at the bottom of the page, did you
11 take into account this reference to 3,3'-
12 Dichlorobenzidine in the NIOSH report when you made
13 your rebuttal opinion?
14      A.   So I was aware that Pigment Yellow 12-14
15 contained 3,3'-Dichlorobenzidine.  But I don't know
16 if this reference says they were using it or just if
17 that's what it is.
18      Q.   But it's in the documents related to the
19 NIOSH report that you --
20      A.   It's in the documents.
21      Q.   -- specifically recall?
22      A.   It's in the document.  That's correct.
23 Lot of stuff in this document.
24      Q.   All right.  Let's look at your Rebuttal
25 Opinion number 3 on Page 6 of your rebuttal report.

Page 230

1  Are you there?
2       A.  I am.
3       Q.  All right.  And so it says, "Mr. Hagen
4  should have but failed to consider and account for
5  the natural degradation processes and pathways of
6  3,3'-Dichlorobenzidine in order to assess whether
7  hazardous substances associated with ink waste and
8  ink waste may be present at SDD." Thank you for
9  keeping up with me.
10      So is the degradation process affected by
11 aerobic or anaerobic conditions?
12      A.  Yes.
13      Q.  And is that part of your subsequent
14 Opinions 3.1 and 3.2?
15      A.  It's in my document.  It's not -- well,
16 let's see here.
17      MR. SILVER:  Which is on Page 7, right?
18      MR. DURHAM:  Yeah.
19      THE DEPONENT:  Okay.  I'm confusing myself
20 here.  Hold on.
21 BY MR. DURHAM:
22      Q.  Well, I can rephrase the question.  What's
23 the purposes of Subcategories 3.1 and 3.2?
24      A.  In the rebuttal opinion?
25      Q.  Yeah.  On Page 7.

Page 231

1       A.  3.1 -- 3.1 basically says that 1,1-
2  Dichlorobenzedine (sic) will decompose naturally,
3  both aerobically and anaerobically.  However, the
4  aerobic path is a slow path and the anaerobic path
5  is a quick path.  3.2 talks about the measured
6  degradation rate for the aerobic path and lists the
7  half-life at approximately -- let's see here.  Back
8  to my document.
9       Q.  In layman terms, is it your opinion that
10 Dr. -- or Mr. Hagen didn't take into account how
11 quickly this substance would disappear?
12      A.  Correct.
13      Q.  And -- but you're aware that 3,3'-
14 Dichlorobenzidine has been found in 32 NPL sites
15 since -- well, that was during 1998.  I'm pulling
16 that out of the AS -- ATSDR 1988 -- or 1998 report
17 that you cited in your opinion?
18      A.  Yes.  And that's why I put in 3.1.
19      Q.  So --
20      A.  To indicate that in some landfills, it's
21 going to go away quickly, and in some landfills, the
22 anaerobic ones, it'll go away slowly.  The same
23 thing happens with chlorinated solvents.  In some
24 landfills or some sites that are contaminated by
25 them, the material goes away pretty quickly.  And in

Page 232

1  some sites, it stays there forever.
2       Q.  But other than one sample, it hasn't been
3  found at the South Dayton Dump.  Is that your
4  understanding?
5       MR. SILVER:  What's the question?
6  BY MR. DURHAM:
7       Q.  3,3'-Dichlorobenzidine has only been found
8  in one sample at the South Dayton Dump.  Is that
9  your understanding?
10      A.  Yes.
11      Q.  And the results of that sample are in
12 question because of the condition of the split
13 sample.  Is that your understanding?
14      A.  That's -- that's correct.  But it's also
15 my understanding that benzidine was not found at the
16 Powell Landfill, and that's what Paul sent there
17 according to their 1973 letter.
18      Q.  Do you know if benzidine is a chemical of
19 concern or on the list of maybe chemical concerns
20 for the South Dayton dump?
21      A.  I know 1,3-dichloro is.  I'm not sure that
22 benzidine is, but that wouldn't stop it from being
23 analyzed.
24      Q.  Do you know if any part of the remedial
25 investigation to determine whether the conditions at

Page 233

1  the South Dayton Dump are aerobic or anaerobic?
2       A.  No.  I don't know that.
3       MR. DURHAM:  I don't have any other
4  questions.
5       MR. SILVER:  All right.  Probably five
6  minutes would be appropriate.
7       MS. NIJMAN:  Okay.
8       MR. SILVER:  Jen, I assume your next.
9       MS. NIJMAN:  I'll try to keep it as short
10 as I can.
11      THE REPORTER:  Off the record?
12      MR. SILVER:  We're off the record.
13      (WHEREUPON, a recess was taken.)
14      THE REPORTER:  Okay.  Back on the record.
15 EXAMINATION
16 BY MS. NIJMAN:
17      Q.  Good afternoon, Dr. Dagdigian.  We met
18 earlier.  I'm Jennifer Nijman, and I'm here on
19 behalf of Waste Management of Ohio.  And just to
20 clarify the parties we're talking about this
21 afternoon, you would agree with me that Waste
22 Management of Ohio is not an entity that is related
23 directly to the South Dayton Dump?
24      A.  Related to South Dayton Dump?
25      Q.  Correct.

JEFFREY DAGDIGIAN                    September 23, 2025                        234 to 237
88754

Page 234

1    A.   Yes.
2    Q.   Okay.  And that it's alleged by the
3 plaintiffs to be through certain subsidiary
4 companies, correct?
5    A.   Yes.
6    Q.   Okay.  So in your report, you referenced
7 Waste Management of Ohio several times as -- well,
8 we'll get to it, but you're referring really to the
9 subsidiary companies.  Is that a correct statement?
10    A.   Yes.
11    Q.   Okay.  Earlier today, you mentioned
12 Elizabeth Gonzalez.  What did she do with regard to
13 your report -- report your expert report?
14         MR. SILVER:  I didn't hear.  Can you speak
15 up a little?  I think we have --
16         MS. NIJMAN:  Sure.
17         MR. SILVER:  -- an air conditioning issue.
18 BY MS. NIJMAN:
19    Q.   You mentioned Elizabeth Gonzalez.  Do you
20 remember your associate who worked on the report --
21    A.   Yes.
22    Q.   -- with you?  Okay.  What exactly did she
23 do to help you develop your expert report?
24    A.   She read references, summarized them for
25 me. Wrote first drafts of certain parts of my

Page 235

1 report. Basically, that was it.
2    Q.   Okay.  Can you identify which parts of the
3 report she drafted?
4    A.   No.  Not at this time.  I don't remember.
5    Q.   Do you know if she drafted the Waste
6 Management of Ohio section of the report that you
7 have identified as Section 11?
8    A.   No, I don't believe she did.
9    Q.   Do you believe you drafted that section?
10    A.   Yes.
11    Q.   Okay.  And when she summarized parts of
12 references for you, did you also go back and read
13 those references or just the summaries?
14    A.   No.  I read pretty much all of them.  I
15 won't say all, but pretty much all of them myself,
16 to get the flare of it and to make sure I agreed
17 with it.
18    Q.   You also mentioned this morning this other
19 case where the Judge struck your expert testimony,
20 and then you referred to a separate case that just -
21 - you called -- it was about the Regional Quality
22 Control Board in the Dole Foods case.  Do you
23 remember that testimony?
24    A.   Yes, I do.
25    Q.   Do you remember the exact name of that

Page 236

1 case?
2         MS. NIJMAN:  Oh, good.  Air's off.
3         THE DEPONENT:  I think that's on the
4 Appendix B.
5 BY MS. NIJMAN:
6    Q.   Okay.  Of your report?
7    A.   Number 3, I think it was.
8    Q.   Well, I'm -- I'm talking about the case --
9 you said there was the -- Number 3 was where the
10 Judge struck your testimony, but you said he struck
11 your testimony because of another case with another
12 Judge --
13    A.   Oh, you want to know the other case?
14    Q.   Correct.
15    A.   That was asked of me, and I -- I didn't
16 participate in that case, so I don't know the name
17 of it or the number of it, but I do know it was
18 associated with a case against the State Water
19 Resources Control Board by Dole, I believe.
20    Q.   Okay.  And your -- you said your testimony
21 had been struck in that case?
22         MR. SILVER:  Objection.  I can help you
23 along here.  He did not testify --
24         MS. NIJMAN:  Okay.  I -- I don't need you
25 to testify.

Page 237

1         MR. SILVER:  Well, I'm --
2         MS. NIJMAN:  Let me -- let me talk to the
3 witness.
4         MR. SILVER:  Okay.
5         MS. NIJMAN:  Let me just ask the witness
6 the question.
7         MR. SILVER:  Well --
8         MS. NIJMAN:  I don't need your testimony.
9 Thank you.
10         MR. SILVER:  I -- I'm not going to
11 testify. I'm trying to help this --
12         MS. NIJMAN:  I -- I don't need your
13 assistance.
14         MR. SILVER:  Can you give me one second?
15         MS. NIJMAN:  No.  I -- you've stated your
16 objection.  I'd like to talk to the witness.
17         MR. SILVER:  All right.
18 BY MS. NIJMAN:
19    Q.   So, Doctor, could you explain to me when
20 you were discussing with Mr. Campbell, Number 3 on
21 Exhibit B, what second case you were referring to
22 where the Judge struck your opinion?
23         MR. SILVER:  Objection.  That's --
24 BY MS. NIJMAN:
25    Q.   You can try to answer the question.

JEFFREY DAGDIGIAN                September 23, 2025                    238 to 241
88754

Page 238

1          MR. SILVER:  That's a mischaracterization.
2          But go ahead.  I'm not trying to inhibit
3    you from answering.  Please explain to her what
4    happened.
5          THE DEPONENT:  So in the second case we're
6    referring to, I didn't provide an expert report.  I
7    didn't testify in the case.  I wasn't involved with
8    it at all.
9    BY MS. NIJMAN:
10         Q.   Okay.
11         A.   I had no involvement.  Unbeknownst to me,
12   a report that I submitted to the Regional Water
13   Quality Control Board was used in the case.  I don't
14   know who used it, whether the case officers for the
15   Regional Water Quality Control Board, disagreed with
16   my opinion.
17         And evidently, the Judge sided with him.
18   And when he sided with him in his decision, that
19   decision was read by Number 3 case.  And that's when
20   they decided they didn't want me to testify.
21         Q.   Okay.  And do you have a copy of the order
22   where the Judge struck your opinion in what's Number
23   3 of Exhibit B in your report?
24         A.   No.
25         Q.   Okay.  And do you have a copy of the order

Page 239

1    where the Judge struck your report from the
2    secondary case?
3          A.   No.
4          Q.   I'm going to skip around a bit because I'm
5    just trying to fill in where other people have
6    already asked.  So excuse me if I'm delaying.  You,
7    I believe, told Mr. Campbell that you reviewed the
8    Court's opinion about guard rails, what we're
9    calling guard rails?
10         A.   Yes.  I read that.
11         Q.   Okay.  And you had no trouble reading it?
12   You had no trouble understanding?
13         A.   No.  I did have some trouble understanding
14   it.  I didn't understand the extent to which it
15   applied, how literally to take it.  But I think I
16   generally understood it.
17         Q.   Okay.  And in your 35 years of experience
18   in the environmental world, you likely read many
19   court opinions.  Is that a fair statement?
20         A.   Yes.
21         Q.   And that's important for your work,
22   correct?
23         A.   Yes.
24         Q.   And in fact, when you conduct Phase Is or
25   compliance audits, you need to understand regulatory

Page 240

1    rules in order to determine if a client is in
2    compliance with those rules; is that correct?
3          A.   Yes.
4          Q.   In that September 5th order, the Court
5    held that you, Dr. Dagdigian, "are precluded from
6    testifying at trial regarding Blalock IWD for
7    Container Services relation to the Air Curtain
8    District -- oh, I'm sorry, wrong opinion.
9          Have you read the September 5th, 2025,
10   order of the Court?
11         A.   About the air curtain?
12         Q.   Yes.
13         A.   Yes.
14         Q.   Okay.
15         MR. SILVER:  Would you like to put it in
16   front of him?
17         MS. NIJMAN:  Trying to move things along.
18   Happy to.
19         MR. SILVER:  And the --
20   BY MS. NIJMAN:
21         Q.   Okay.  This is Document 1397 filed by the
22   Court in this case.
23         MR. DURHAM:  And what exhibit number?
24         THE REPORTER:  17.
25         MR. DURHAM:  17.  Thank you.

Page 241

1          (WHEREUPON, Exhibit 17 was marked for
2    identification.)
3          MR. SILVER:  Do you have --
4          MR. DURHAM:  It's right here.
5          MR. SILVER:  Thank you very much.
6          MR. CAMPBELL:  I have extra copies of this
7    if anybody would like one.
8          MR. SILVER:  I'll let you take this one
9    home with you, Drew.
10   BY MS. NIJMAN:
11         Q.   And this is the order we're referring to.
12   Can you recognize this order?
13         A.   Yes.
14         Q.   Okay.  And if you would turn to Page 26,
15   please.  And under the conclusion, second paragraph,
16   second sentence, it reads, "Specifically, Dr.
17   Dagdigian and Dr. Stradling are precluded from
18   testifying about -- about Blalock Trucking Co.,
19   Inc., and Industrial Waste Disposal Co., Inc., and
20   are precluded from testifying about Container
21   Services Co., Inc., in relation to the air curtain
22   destroyer."
23         It says destroyer.  It's a mistake.  It
24   should be destructor.  But did I read that
25   correctly?

JEFFREY DAGDIGIAN                September 23, 2025                242 to 245
88754

Page 242

1    A.   Yes.
2    Q.   And you agree it should be the air curtain
3  destructor?
4    A.   Yes.
5    Q.   Okay.  And for the purposes of the record
6  in this case, I am not going to -- because the Court
7  has excluded this evidence, I am not going to
8  address any part of those opinions at this
9  deposition.
10       MS. NIJMAN:  However, I am reserving my
11  rights.  I do not waive any objections regarding
12  that excluded evidence, and should it be required, I
13  would reserve -- I am reserving the right to rebut
14  it at such time.
15       MR. SILVER:  We reserve of all our rights
16  with respect to that issue as well, Plaintiffs.  All
17  right.
18  BY MS. NIJMAN:
19    Q.   In addition to the September 5th, 2025,
20  order that we just marked as Exhibit 17, are you
21  aware that the Court issued a separate order
22  dismissing Blalock and IWD with prejudice from this
23  case?
24    A.   No, not specifically.
25    Q.   Okay.  The Judge does reference that fact

Page 243

1  in his opinion in Exhibit 17 that you said you
2  reviewed.
3    A.   Mm-hmm.
4    Q.   Do you recall that?
5    A.   Not really, no.
6    Q.   Okay.  When did you have the opportunity
7  to review Exhibit 17?
8       MR. SILVER:  That's the September 5 order?
9       MS. NIJMAN:  Yes.
10       THE DEPONENT:  I think shortly after it
11  was issued, I was told about it.  I don't know if I
12  reviewed the actual document, but I was told about
13  it.
14  BY MS. NIJMAN:
15    Q.   Okay.  Now, your report, Exhibit 8, in
16  this case, with regard to Waste Management of Ohio
17  entities references Blalock Trucking.  Do you recall
18  that?
19    A.   Yes.
20    Q.   And you didn't mention in your report that
21  the Court had dismissed Blalock Trucking, correct?
22    A.   That's correct.
23    Q.   Did you know -- were you told that they
24  had been dismissed from the case?
25    A.   I don't remember.

Page 244

1    Q.   Okay.  Same for IWD.  Were you informed
2  that the Court had dismissed IWD with prejudice from
3  this case?
4    A.   Again, I don't remember.
5    Q.   Okay.  So if you turn to your opinion --
6       MR. SILVER:  What exhibit are you --
7  BY MS. NIJMAN:
8    Q.   -- Exhibit --
9       MR. SILVER:  -- referring to?
10       MS. NIJMAN:  Exhibit 8.
11       MR. SILVER:  Exhibit 8.
12  BY MS. NIJMAN:
13    Q.   On Page 98.  And I'm noting for the
14  record, Dr. Dagdigian, that when we ask you to look
15  at your report, you're looking at a binder in front
16  of you.  Could you describe what's in that binder and
17  what it is?
18    A.   The binder is an unmarked version of my
19  expert report issued on April 7th, and an unmarked
20  version of my rebuttal report issued on September
21  18th, 2025.
22    Q.   Thank you.  And nothing else in that
23  binder?
24    A.   No.
25    Q.   And you said it's unmarked, so there's no

Page 245

1  notations or other markings on it?
2    A.   No marks, no highlights, no writing, no
3  nothing.
4    Q.   Okay.  Thank you.
5    A.   You're welcome.
6    Q.   On Page 98 of your report, that we are all
7  referring to as Exhibit 8, because that's where you
8  admitted the Section 11 on Waste Management of Ohio.
9  In Section 11.3, the first paragraph, you state that
10  you've "been informed by Counsel that judgment has
11  been entered in favor of WMO, to the extent of
12  Container Services ownership and operation of the
13  air curtain burner."  You call it a burner.
14       "And so I understand that my opinions
15  regarding the air curtain burner may not be allowed
16  at trial."  So you were informed prior to the report
17  about Container Services, the order about Container
18  Services, correct?
19    A.   Yes.
20    Q.   And Counsel told you that?
21    A.   Yes.
22    Q.   Did Counsel ever tell you about the
23  dismissal of Blalock and IWD, at the same time?
24       MR. SILVER:  Objection.  Our discussions
25  are privileged --

JEFFREY DAGDIGIAN                September 23, 2025                    246 to 249
88754

Page 246

1          MS. NIJMAN:  Not as to the assumptions --
2          MR. SILVER:  Not -- well, let's --
3          MS. NIJMAN:  -- that he as to make --
4          MR. SILVER:  Excuse me --
5          MS. NIJMAN:  -- to the Court.
6          MR. SILVER:  -- excuse me.  I'm not
7  finished with my objection yet.
8          MS. NIJMAN:  Okay.  Speaking objections
9  aren't appropriate.  So --
10         MR. SILVER:  Well --
11         MS. NIJMAN:  -- you've made your
12 objection.
13         MR. SILVER:  -- I have not --
14         MS. NIJMAN:  Now, move on.
15         MR. SILVER:  -- my objection yet.  My
16 objection is that you're asking for conversations
17 between expert and Counsel for the plaintiffs beyond
18 the scope of Rule 26(b)(4), and I'm instructing him
19 not to answer.  Now I will move on.
20         MS. NIJMAN:  Rule 26 does not allow you to
21 instruct the witness not to answer as to assumptions
22 or information regarding the report that he was
23 required to write.
24 BY MS. NIJMAN:
25     Q.   And so I'm asking you --

Page 247

1          MR. SILVER:  I've already instructed him
2  --
3  BY MS. NIJMAN:
4      Q.   -- where you asked --
5          MR. SILVER:  -- not to answer.  What
6  you're doing is seeking an answer to my objection.
7          MS. NIJMAN:  I --
8          MR. SILVER:  Now, let me -- I'll also
9  respond --
10         MS. NIJMAN:  I need to ask the witness if
11 he is going to follow your instruction --
12         MR. SILVER:  Yeah, of course he will --
13         MS. NIJMAN:  -- Larry.
14         MR. SILVER:  -- follow my instruction.
15         MS. NIJMAN:  So finish up.  Are you
16 finished?
17         MR. SILVER:  No, I'm not finished.
18         MS. NIJMAN:  Okay.  Keep going.
19         MR. SILVER:  I don't regard our discussion
20 about the interpretation of the case as an
21 assumption, as an exception to Rule 26(b)(4).  So
22 yes, I'm instructing him not to answer the question.
23 BY MS. NIJMAN:
24     Q.   So are you going to follow your attorney's
25 instruction not to answer a question about a

Page 248

1  decision that the Court made about Blalock and IWD?
2      A.   Yes.
3      Q.   So in the section we're just looking at,
4  in Section 11.3, in that first paragraph on Page 98
5  of Exhibit 8, you say that you will be able to
6  testify on your opinions about the air curtain
7  disruptor if circumstances change.  Do you see that?
8      A.   Yes.
9      Q.   What circumstances?
10     A.   If the Court allows me to testify, I will
11 be prepared to testify.
12     Q.   Okay.  And now you know by the September
13 5th order that there have no -- been to this date,
14 no change in circumstances, correct?
15     A.   That's what I'm assuming at this point in
16 time.
17     Q.   Okay.  One of the things we haven't
18 admitted yet today is Exhibit -- Appendix A of your
19 expert report, which is your resume.  And I do not
20 have sufficient copies of that Exhibit A.  And you
21 have it --
22         MR. SILVER:  Drew, is that attached to
23 your exhibit?
24         MR. CAMPBELL:  We can make it an exhibit.
25         MS. NIJMAN:  Exhibit E --

Page 249

1          MR. CAMPBELL:  Here that is.  No change.
2          MS. NIJMAN:  Wonderful.  Okay.  I'm going
3  to mark this as an exhibit.
4          (WHEREUPON, Exhibit 18 was marked for
5  identification.)
6          MR. SILVER:  You already have a copy of
7  that.
8          MR. CAMPBELL:  Larry, do you have a copy?
9          MR. SILVER:  I'm good.  Thanks.  I got
10 two. Would you like this one?
11         MR. CAMPBELL:  I've got the one.
12         MR. SILVER:  Okay.
13 BY MS. NIJMAN:
14     Q.   So Exhibit A, do you have that in front of
15 you, sir?
16     A.   I do.
17     Q.   Okay.  That is a comprehensive list of
18 your expert witness and litigation support?
19     A.   This is my resume.  I don't know that it's
20 comprehensive in the sense that it's all
21 encompassing, in fact, I'm sure it isn't.
22     Q.   Okay.
23     A.   Just selected projects.
24     Q.   Okay.  If you would turn to Page 7.  And
25 on the first bullet, you discussed testifying on

NAEGELI                    (800) 528-3335
DEPOSITION & TRIAL    |    NAEGELIUSA.COM

JEFFREY DAGDIGIAN                    September 23, 2025                        250 to 253
88754

Page 250

1  behalf of Kemira Water Solutions.  Do you see that
2  bullet?
3      A.   Yes.
4      Q.   Okay.  And that was regarding cleanup
5  action for ferrous chloride crystals; is that
6  correct?
7      A.   Yes.
8      Q.   Okay.  And that's Southern District of New
9  York?
10     A.   Yes.
11     Q.   And was that about 2014 that that case
12 occurred, that decision was issued?
13     A.   Yes.
14     Q.   Okay.  Are you aware of the Court's
15 assessment of your opinions in that case?
16     A.   No.
17     Q.   Okay.  Are you aware that the Court stated
18 it was not persuaded by your opinions?
19     A.   No.
20     Q.   Are you aware that the Court found that
21 your opinions were based on inaccurate or incomplete
22 understanding of the record?
23     A.   No.
24     Q.   And I assume you're not aware that the
25 Court found your testimony to be speculative at

Page 251

1  best?
2      A.   No.
3      Q.   So Counsel never provided you with that
4  order in that case?
5      A.   No.
6           (WHEREUPON, Exhibit 3 was marked for
7  identification.)
8  BY MS. NIJMAN:
9      Q.   Page 2 of your resume.  Do you have
10 Exhibit -- Deposition Exhibit 3 in front of you,
11 sir?  I can show it to you.  And if you would look
12 at Appendix A on Page 2, the first bullet, and
13 compare it to Appendix B, your resume -- which one
14 is which?
15          No.  Appendix A, the first bullet,
16 compared with Appendix B that I just gave you,
17 Number 5.  Is that the same case?
18     A.   Yes.
19     Q.   Okay.  And then there, you provided an
20 opinion on behalf of RadioShack?
21     A.   That is correct.
22     Q.   Okay.  And are you aware of the Court's --
23 whether the Court accepted your opinion in that
24 case?
25     A.   Yes, I do believe they did.

Page 252

1      Q.   Is this the case where you were testifying
2  about MEK and RadioShack's concrete floor precluding
3  the distribution of MEK into the soils and
4  groundwater beneath the facility?
5      A.   Yes.
6      Q.   Okay.  Now, the Court found -- and I can
7  give you the opinion if you want -- that your
8  opinion was flawed in that case.  Do you recall
9  that?
10     A.   No.
11     Q.   Were you given a copy of the Court's order
12 --
13     A.   No.
14     Q.   -- assessing your opinion?  No.  Okay.
15     A.   I know that RadioShack was very happy with
16 the outcome.
17     Q.   You said they settled, right, ultimately?
18     A.   Yes.
19     Q.   Diamond -- the next case that you
20 discussed this morning with Dr. -- with Mr. Campbell
21 was Diamond Ranch versus Atlantic.  Do you remember
22 that testimony?
23     A.   Yes.
24     Q.   Okay.  And is that on Exhibit B or is that
25 -- I didn't find it in your resume.  But I think you

Page 253

1  mentioned it this morning.
2      A.   I did mention it.
3      Q.   I think you might have mentioned it just
4  in passing as one case you were aware of where the
5  Court didn't agree?  That may have been how it came
6  up.
7      A.   Okay.
8      Q.   All right.  And -- oh, yes, that is the
9  one, that you mentioned the other expert was
10 excluded, his opinion, and what the part that you
11 based your opinion on his report, so that was also
12 excluded?
13     A.   Correct.
14     Q.   That's that case, right?
15     A.   Yes.
16     Q.   Okay.  Do you recall a case called Starrh
17 Cotton Growers versus Aera Energy?
18     A.   Yes.
19     Q.   Okay.  I didn't see that on your resume,
20 either.  That's a California State Court case?
21     A.   Yes.
22     Q.   Do you recall that?  Okay.  Do you recall
23 the time period, roughly?
24     A.   Early 2000s.
25     Q.   Okay.  I will submit to you that there's

JEFFREY DAGDIGIAN                    September 23, 2025                    254 to 257
88754

Page 254

1 an opinion from 2012.
2      A.    There were two cases?
3      Q.    Mm-hmm.  Okay.
4      A.    So maybe one was on 2012.  I don't
5 remember.
6      Q.    Okay.  Who was your client in that case?
7      A.    It was the farmer, the cotton grower?
8      Q.    Okay.
9      A.    Starrh.
10     Q.    Starrh Cotton Growers?
11     A.    Yeah.
12     Q.    And do you remember the name of the
13 attorneys who hired you in that case?
14     A.    Ralph -- the Law Firm of Ralph Wegis.
15     Q.    Do you know the firm?
16     A.    Yes.
17     Q.    What firm?
18     A.    I think it was just after his name.
19     Q.    Oh, okay.
20     A.    Ralph Wegis.
21     Q.    And did you ever receive a copy of the
22 Court's opinion in the 2012 case?
23     A.    No.
24     Q.    Okay.  So are you aware that the Court
25 found your opinions were based on speculation?

Page 255

1      A.    Well, I know we lost that case.
2      Q.    I'm sorry?
3      A.    I said, I know we lost that case, but --
4      Q.    You weren't aware of the Court's
5 assessment of your opinions?
6      A.    No.
7      Q.    If you look at Page 3 of your resume.  In
8 your last bullet you describe serving as an expert
9 for the plaintiff in the Tricor Refining case,
10 right?
11     A.    Yes.
12     Q.    And in that case, you opined on the cost
13 of the remediation to be about 29 million.  Do you
14 recall that?
15     A.    Yes.
16     Q.    And do you recall that the Court rejected
17 your opinion in that case?
18     A.    Well, there were, again, two cases.  They
19 accepted my opinion on the first case.
20     Q.    Okay.
21     A.    In the second case, they did accept the
22 remediation costs.
23     Q.    All right.  In fact, the Court found your
24 proposed remediation plan excessive and unnecessary.
25 Does that ring a bell?

Page 256

1      A.    I didn't see the --
2      Q.    Didn't see the order?
3      A.    -- order.
4      Q.    Okay.  Have you heard -- you can put that
5 aside.  Have you heard of Dr. Walter Shields?  As an
6 expert in this case, to give you some context.
7      A.    No.
8      Q.    Okay.  So you don't recall reviewing a
9 report by Dr. Shields in this case?
10     A.    No.
11     Q.    Okay.  Do you recall -- so, at this point,
12 you have no opinion as to the report of Dr. Shields?
13     A.    No.
14     Q.    Okay.  Have you heard of, in this case, an
15 expert named Chris Wittenbrink?
16     A.    How do you pronounce his last name?
17     Q.    Wittenbrink, W-I-T-T-E-N --
18     A.    And who is he an expert for?
19     Q.    Waste Management of Ohio entities.
20     A.    I don't think so.
21     Q.    Okay.  And in preparation of your opinion,
22 did you review his report?
23     A.    No.
24     Q.    So you have no opinions as to Mr.
25 Wittenbrink's opinions in this case?

Page 257

1      A.    No.
2      Q.    Okay.  All right.  Looking at your opinion
3 which we've marked as Deposition Exhibit 8.  Okay.
4 If you would turn to Page 103 of that opinion.
5 Looking at WMO Opinion 2, Page 103 --
6      A.    Mm-hmm.
7      Q.    -- you say, "WMO transported wood
8 pallets." Now, we discussed earlier that we weren't
9 talking about WMO, correct?
10     A.    Correct.
11     Q.    And we know that Blalock and IWD have been
12 dismissed from this case, correct?
13     A.    Correct.
14     Q.    So you're talking about Container Services
15 here?
16           MR. SILVER:  I'm a little confused.  I'm
17 going to interpose an objection.  I -- we understand
18 that contain -- that WMO is a successor to Container
19 Services, and it's not just a subsidiary
20 relationship. So we have no problem with our expert
21 using the term "WMO" in this -- in these opinions.
22           MS. NIJMAN:  Well, that's nice.  I do.
23           MR. SILVER:  Well, that's fine.
24           MS. NIJMAN:  Yeah.  Okay.  So I'm asking
25 --

Page 258

1         MR. SILVER: Do you want -- do you to have
2    a discussion about that --
3         MS. NIJMAN: No.
4         MR. SILVER: -- or do you want to ask some
5    questions?
6         MS. NIJMAN: I'm asking questions, but
7    you've decided to testify, so --
8         MR. SILVER: Please go forward. No, I --
9    I interposed an objection and you testified --
10   BY MS. NIJMAN:
11        Q.   So Container Services, you are not opining
12   that Container Services generated any waste,
13   correct?
14        A.   Generated?
15        Q.   Correct.
16        A.   No.  Just transported.
17        Q.   Okay.  And similar as to other parties in
18   this case, you have not been asked to, nor do you
19   offer an opinion on whether Waste Management of Ohio
20   disposed of waste at the SDD.  That's a quote from
21   your report.  And again, I want to make sure you are
22   not opining that any Waste Management entity is
23   involved in the disposal of waste?
24        A.   That's correct.
25        Q.   Okay.  We -- we both understand Container

Page 259

1    Services was a transporter only, correct?
2         A.   Correct.
3         MR. SILVER: Let me note for the record,
4    we've alleged that Container Services is also the
5    owner and operator of the air curtain destructor, an
6    issue that Judge Rice has already ruled on.
7         MS. NIJMAN: And excluded from -- this
8    witness in from the trial.
9    BY MS. NIJMAN:
10        Q.   Trying to skip through things here.  Okay.
11   If you would turn to Section 11.1 of your opinion on
12   Page 96.  The first paragraph under 11.1.  And
13   you'll see why I asked you the question earlier
14   about Waste Management, because you say here, "WMO
15   and its predecessors, IWD, General Refuse, Container
16   Services was an industrial trash hauler."
17        So the use of the word "and" is not
18   correct here.  Would you agree with that?
19        A.   Yes.
20        Q.   Okay.  So then the second sentence is,
21   "Their business operation was located." Who's they?
22        A.   They is IWD, General Refuse, and Container
23   Services.
24        Q.   All three of them?
25        A.   I believe so, yeah.

Page 260

1         Q.   I believe you agreed this afternoon with
2    Mr. Durham that when you cited to Mr. Aldredge's
3    deposition, you agreed that Mr. Aldredge did not say
4    he ever disposed at the South Dayton Dump.  In fact,
5    he said he didn't dispose of the South Dayton Dump,
6    to clarify the question.
7         Do you agree with that or do you need to
8    see the deposition?
9         A.   I want to hear what you just said.  Can
10   you repeat that?
11        Q.   Sorry.  It was a little convoluted.  Do
12   you agree that Mr. Aldredge testified that he never
13   disposed of waste at the South Dayton Dump?
14        MR. SILVER: Objection.  Individually, Mr.
15   Aldredge?
16   BY MS. NIJMAN:
17        Q.   Mr. Aldredge testified that Container
18   Services never brought -- never transported waste,
19   putting aside pallets, to the South Dayton Dump.  Do
20   you agree that that's his testimony?
21        A.   Yes.
22        Q.   In fact, Mr. Aldredge testified that
23   Container Services had its own dump.  Do you recall
24   that?
25        A.   Yes.

Page 261

1         Q.   And it's called SB Dump on Guthrie Road.
2    Do you remember the Guthrie Road landfill?
3         A.   Yes.
4         Q.   And your resume contains, I believe, one
5    description of some landfill work, and then you went
6    through some, what you call landfills, with Mr.
7    Campbell.  Do you recall that testimony?
8         A.   Yes, I do.
9         Q.   Okay.  Do you have any experience with a
10   municipal dump, an old dump, as a landfill?
11        A.   Well, the BKK Landfill that I talked about
12   that I'm working on right now, was a dump, in
13   addition to a landfill.
14        Q.   Okay.
15        A.   Both.
16        Q.   Okay.
17        A.   And most of them in Southern California
18   start out as dumps and then evolved into something
19   different.
20        Q.   Okay.  So other than the BKK site,
21   anything else in your history?
22        A.   The -- I think it was the second one on my
23   list, was nine dumps in Northern California.  They
24   were all dumps, too.  And that they took refuge and
25   waste, that kind of waste.

JEFFREY DAGDIGIAN         September 23, 2025         262 to 265
88754

Page 262

1    Q.   Those were the properties you were trying
2 to sell?
3    A.   Yes.
4    Q.   So those were Phase IIs you did for those
5 dumps?
6    A.   Those were Phase Is.
7    Q.   Phase Is.
8    A.   Yeah.
9    Q.   Okay.  So you did a real estate assessment
10 effectively?
11    A.   Right.
12    Q.   Okay.
13    A.   And what were the other ones that we
14 talked about?  Was that -- so the Avalon, we
15 concluded it wasn't landfill.
16    Q.   Right.
17    A.   The Green River was not a permitted
18 landfill.  And Marina Pacific was the one that I
19 have to check to see what we actually did there.  I
20 can't remember right now.
21    Q.   Okay.  Now, you're aware that it costs
22 money to dump in a landfill.  It's called a tipping
23 fee?
24    A.   Yes.
25    Q.   Okay.  And are you making any opinions

Page 263

1 about whether it would make more sense for a company
2 to haul waste to its own landfill or to pay a
3 tipping fee at someone else's landfill?
4    A.   No.
5    Q.   Okay.  And similar to Mr. Aldredge, I
6 think you spoke with Mr. Durham about -- about the
7 witness, Mr. Smart.  Do you remember that --
8    A.   Mm-hmm.
9    Q.   -- discussion?  Okay.  And you would agree
10 that Mr. Smart also testified he never, on behalf of
11 Container Services, never used the South Dayton
12 Dump?
13    A.   I believe that's true.
14    Q.   And you have no opinion on where, I think
15 you said to Mr. Durham, where the McCall's waste
16 might actually have been sent?
17    A.   That's correct.
18    Q.   And similarly, you have no opinion on who
19 might decide where that waste would go.
20    A.   Who would decide meaning, what supervisor
21 with that company?
22    Q.   Who decides where the waste was going to
23 go --
24    A.   No, I have --
25    Q.   -- from McCall's?

Page 264

1    A.   -- no opinion on that.
2    Q.   If you turn to Page 97 of your report, in
3 the third paragraph.  And you see it starts with "Ed
4 Grillot?"
5    A.   Yep.
6    Q.   Okay.  And you're talking about here, his
7 testimony regarding Container Services.  Do you see
8 that?
9    A.   Yes.
10    Q.   Okay.  And you mentioned a key, having a
11 key to the South Dayton Dump.  Do you see that?
12    A.   Yes.
13    Q.   You're not making any opinion whether Mr.
14 Grillot's testimony is accurate, correct?
15    A.   As I said earlier, I'm assuming that the
16 testimonies are accurate and truthful, but I don't
17 -- I'm not making that opinion overtly.
18    Q.   Because you have not looked at any
19 contrary opinion to make that determination; is that
20 fair?
21    A.   Well --
22    Q.   Let me ask it this way.  Are you aware
23 that other witnesses have said that they didn't have
24 a key? Container Services did not have a key?
25    A.   Yes.  But I'm not making that opinion

Page 265

1 because that wasn't part of my charge.
2    Q.   Okay.  So, again, when you're -- you're
3 assuming this is true, without having looked at or
4 considered or mentioned in your report, the contrary
5 evidence, correct?
6    MR. SILVER:  Objection.
7    You can answer.
8    THE DEPONENT:  I don't think that the
9 contrary evidence necessarily contradicts it.  I
10 haven't studied it to make a determination.
11 BY MS. NIJMAN:
12    Q.   Okay.  But you don't mention any of it in
13 your report?
14    A.   I don't mention it.  That's correct.
15    Q.   Okay.  And you're not making an assessment
16 of whether Mr. Grillot is more credible than these
17 other witnesses, are you?
18    A.   No.
19    Q.   And similarly, on Page 97, in the last
20 paragraph, you talked about testimony of Cecil
21 Hunter. Do you see that?
22    A.   Yes.
23    Q.   And again, you're not making an opinion
24 that Cecil Hunter's testimony is accurate, correct?
25    A.   I'm assuming that it is accurate, but I

JEFFREY DAGDIGIAN                September 23, 2025                266 to 269
88754

Page 266

1  don't have that as an opinion.
2      Q.  Okay.  And you haven't, as Mr. Durham said
3  to you earlier, you haven't reviewed Lucy Hunter's
4  testimony, correct?
5      A.  That's correct.
6      Q.  And just to summarize, you are making no
7  opinion as to whether Container Services transported
8  anybody's waste to the South Dayton Dump, correct?
9      A.  Correct.
10     Q.  Okay.  Go to your rebuttal report.  So you
11 already talked about the report, and it's -- it's --
12 what did we mark it as, Exhibit?
13         MR. SILVER:  The rebuttal report?
14         MS. NIJMAN:  Mm-hmm.
15         MR. SILVER:  I think that's already an
16 exhibit.
17         MS. NIJMAN:  Yeah.
18         MR. CAMPBELL:  Exhibit 15.
19         MS. NIJMAN:  15?
20         MR. CAMPBELL:  Yeah.
21         (WHEREUPON, Exhibit 15 was marked for
22 identification.)
23 BY MS. NIJMAN:
24     Q.  Okay.  So marked as Exhibit 15, in this
25 case, is your rebuttal report.  You have that in

Page 267

1  front of you?
2      A.  Yes.
3      Q.  Okay.  And you already discussed this a
4  bit with Mr. Durham, that you have no opinion on
5  whether the South Dayton Dump is anaerobic or
6  aerobic, correct?
7      A.  Correct.
8      Q.  Okay.  And your rebuttal opinion discusses
9  the degradation rate, as you mentioned earlier, if
10 I'm understanding correctly.  You mentioned the
11 degradation rate of what I'm going to call DCB,
12 which is a shorthand, right, for 3,3,3?
13     A.  Yes.
14     Q.  Okay.  3,3'-Dichlorobenzidine, shorthand
15 DCB.  So we'll talk about DCB.  Your rebuttal
16 discusses the degradation of DCB in both aerobic and
17 anaerobic, right?
18     A.  Yes.
19     Q.  And you refer to an ATSDR toxological
20 profile you cite to from 1998?
21     A.  Yes.
22     Q.  Are you familiar with the ATSDR
23 toxological profile for DCB from 2022?
24     A.  No.
25     Q.  You haven't reviewed that?

Page 268

1      A.  No.
2      Q.  Would you agree that laboratory studies
3  generally on the degradation of DCB show a high
4  variability rate -- rate of degradation?
5      A.  Well, I would agree that the anaerobic
6  ones are completely different than the anaerobic.
7  But there aren't a lot of anaerobic ones out there
8  that provide any variance of -- any significant
9  variance from what I reported.
10     Q.  Are you --
11     A.  That I have.
12     Q.  I'm sorry.
13         THE REPORTER:  I'm sorry.  Did you say are
14 or aren't?  There are a lot or aren't?
15         THE DEPONENT:  There are not.
16 BY MS. NIJMAN:
17     Q.  So you're saying there are not degrees of
18 variability for anaerobic studies?
19     A.  I didn't find any huge variances.  They
20 all had short half-lives.
21     Q.  Are you familiar with the NLM study in
22 2019, Japanese study?
23     A.  No.
24     Q.  Okay.  In that study, DCB was classified
25 as not readily biodegradable.  Are you -- you're not

Page 269

1  familiar with that?
2      A.  Was that an aerobic study?
3      Q.  I don't know.  It's discussed in the 2022
4  ATSDR report.
5      A.  That's the distinction that you have to
6  make.  If you're looking at an anaerobic study, it
7  will be huge, a huge difference.
8      Q.  Are you familiar with the studies of DCB
9  when it's incubated with soil?
10     A.  Incubated with soil by itself, just soil
11 and DCB?  I believe I read studies like that.  I
12 believe that they were all aerobic, too.
13     Q.  And what did those show?
14     A.  Slow half-lives.  Long half-lives.
15     Q.  And then one of the studies you cited, the
16 Chung and Boyd study, 1987.  They actually also
17 indicated that DCB was very persistent in soil.  Do
18 you recall that?
19     A.  Yes.  That was another aerobic study.
20         MS. NIJMAN:  Okay.  Okay.  That's all I
21 have.
22         MR. SILVER:  All right.  I think you're
23 on, Tariq.
24         Anybody need a short break?
25         THE DEPONENT:  I'm good.

JEFFREY DAGDIGIAN          September 23, 2025          270 to 273
88754

Page 270

1        MR. SILVER:  All right.
2   EXAMINATION
3   BY MR. NAEEM:
4        Q.   Okay.  Dr. Dagdigian, thank you for your
5   patience.  I'm going to try to move us through this
6   as quickly as we can.  And just as a reminder, I
7   represent Valley Asphalt Corporation in this case.
8             Dr. Dagdigian, have you done any prior
9   work for Langsam Stevens firm?
10       A.   No, I haven't.
11       Q.   You talked a bit earlier about your fees.
12  I think you said you -- you had incurred about
13  $350,000 in fees thus far.  I don't recall that
14  anybody asked about your hourly rates.  What is your
15  hourly rate for testifying today?
16            MR. CAMPBELL:  I believe it's in your
17  report.
18            THE DEPONENT:  It is in my report.  I just
19  want to make sure I say it correctly.
20            I believe it's $415 an hour, but I -- I'm
21  not finding it in my report.
22  BY MR. NAEEM:
23       Q.   And you said 415?
24       A.   Yes.  4-1-5.
25       Q.   And if you testify at trial, do you have

Page 271

1   separate rates or separate billing system for how
2   you testify at trial?
3        A.   Yeah.  I'm sorry.  It's $400 per hour is
4   what I normally bill at.  And at trial, it's one and
5   a half times that.
6        Q.   Okay.  Thank you.  Now, you've been asked
7   some questions about materials you reviewed,
8   reports, of course your opinions.  Did you review
9   the report or a deposition transcript of Valley
10  Asphalt's expert, Chase Gerbig?
11       A.   Yes.
12       Q.   Do you have any criticisms of any of the
13  statements he made in his -- his report or during
14  his deposition testimony?
15       A.   I thought that some of the statements that
16  he made in this report were incorrect, particularly
17  about where certain chemicals were located in
18  relationship to Valley Asphalt.  In particular,
19  their recycled asphalt piles.  But --
20       Q.   So you're referring -- I'm sorry.  Go
21  ahead.
22       A.   No, go ahead.
23       Q.   Well, I was going to -- I was going to
24  ask: So you're referring to sampling data that has
25  been compiled by CRA, now GHD, as part of their work

Page 272

1   at South Dayton Dump?
2        A.   That's correct.
3        Q.   I'm sorry, yes?
4        A.   Yes.  That's correct.
5        Q.   Okay.  Now, you -- you don't include any
6   analysis of the sampling data in your -- any of your
7   reports; is that fair?
8        A.   Yes.
9        Q.   And you haven't issued a supplemental
10  report that contains any opinions related -- or that
11  incorporates that sampling data.  Is that also fair?
12       A.   Yes.
13       Q.   I'm going to get to the -- to your comment
14  about the RAP, but when you answered my question,
15  you said you hasn't -- you believe that Dr. Gerbig
16  was inaccurate about where certain chemicals were
17  located, and then you said particularly near the RAP
18  pile.  Was there any other statements, other than
19  the RAP pile, that you found he made inaccurate
20  statements about the sampling data?
21       A.   Again, this wasn't anything that I was
22  doing for my report, my expert report, or my expert
23  opinion.  But I think that some of his arsenic
24  concentration data, where he said it was -- where he
25  -- the fact that he claimed that it wasn't near the

Page 273

1   surface, the shallow soil.  I thought some of that
2   was a little bit exaggerated and probably not
3   completely true.
4             I just felt like his description of where
5   chemicals were located with respect to Valley
6   Asphalt's operations were off a little and just gave
7   a different opinion than -- than I would have given.
8        Q.   Well, let me -- let me ask you, as you sit
9   here today, do you -- have you been asked to or do
10  you intend to provide any opinions that incorporate
11  any of the sampling data at South Dayton Dump,
12  either with respect to the RAP, arsenic data, or any
13  other data located on Valley Asphalt's property?
14       A.   No.
15       Q.   There is -- you've testified at length,
16  Dr. Dagdigian, about your prior experience with
17  respect to CERCLA cases and hazardous wastes.  Have
18  you worked on any CERCLA matters that involved
19  hazardous waste generated by asphalt manufacturing
20  facilities prior to this case?
21       A.   No.
22       Q.   Okay.  So I think we're on Deposition
23  Exhibit 18?
24            THE REPORTER:  19.
25            MR. NAEEM:  19.  Okay.  Thank you.

JEFFREY DAGDIGIAN                    September 23, 2025                    274 to 277
88754

Page 274

1    I am going to keep it in theme of every
2 other Defendant's marking of exhibits.
3 BY MR. NAEEM:
4    Q.   I am going to show you, hopefully. Dr.
5 Dagdigian, can you see what I have put on the screen
6 and hopefully, the first page should state Expert
7 Report of Jeffrey Dagdigian, PhD?
8    A.   I can see it, and that's what it says.
9    Q.   Okay.  And if I click on Page 2, just to
10 be clear, what Exhibit 19 is going to be, it's
11 Section 9 of your report.  Does that appear to be
12 what I'm showing you?
13   A.   Yes.
14        MR. NAEEM:  Okay.  So, for the -- for the
15 record, I'm going to mark Section 9 of your report
16 as Deposition Exhibit 19.
17        (WHEREUPON, Exhibit 19 was marked for
18 identification.)
19 BY MR. NAEEM:
20   Q.   And bear with me as we walk through this
21 and let me know if you need any time to review it,
22 and -- and I can see, I think you're probably
23 looking at it in your binder.
24   A.   Yeah.  It's very tiny on the screen.
25   Q.   Yeah.  So please do refer to that.  If you

Page 275

1 need me to enlarge anything on the screen, I will do
2 so of the best of my ability.  But if you can turn
3 to Page 75 in your -- in your binder there.  And
4 you'll agree with me that these are your opinions
5 related to Valley Asphalt, correct?
6    A.   Yes.
7    Q.   Do you know when Valley Asphalt first
8 began operating the South Dayton Dump.
9    A.   I believe it was in the '50s.
10   Q.   If I say 1956, does that sound correct?
11   A.   Yes.
12   Q.   And do you know when Valley Asphalt
13 purchased Parcel 5054 at the South Dayton Dump?
14   A.   1993.
15   Q.   Okay.  And if you could turn to Page 79 of
16 your report, Section 9.5.  Would you agree with me
17 that Section 9.5 is your discussion related to waste
18 from entities other than Valley Asphalt that are
19 impacting Valley Asphalt's property?
20   A.   Yes.
21   Q.   Okay.  First -- the first -- first
22 subsection in this section relates to Cinn Dump,
23 yes?
24   A.   Yes.  It does.
25   Q.   Okay.  If we -- if we look at that

Page 276

1 paragraph, it's actually the -- the couple sentences
2 there.  It says, "The Cinn Dump reportedly accepted
3 ash, non-combustibles, and putrescible waste on
4 Parcels 5054 and 5171.  Mr. Horace J.  Boesch, Jr.,
5 testified that used automobiles, metal parts, and
6 iron had been buried at Cinn Dump." Did I read that
7 correctly?
8    A.   Yes.
9    Q.   All right.  Do you have any information to
10 suggest that Valley Asphalt was aware that used
11 automobiles, metal parts, and iron were buried in
12 the Cinn Dump?
13   A.   Other than the fact that he excavated them
14 out of there?  You mean, before a certain date or --
15   Q.   Well, I -- I -- it's -- I really want to
16 know, Dr. Dagdigian, the state of your knowledge and
17 review at the point of this deposition today.  And
18 so my question is simply: Did you have any
19 information based on anything you reviewed in this
20 case to indicate that Valley Asphalt was aware at
21 any time, prior to this case being filed, that used
22 automobiles, metal parts, and iron were buried at
23 Cinn Dump?
24   A.   My assumption would be that they would
25 have known that in early 1950 when they were

Page 277

1 excavated out of the dump.  I know that's a couple
2 of years before they started operating, but I would
3 assume that they learned it from that excavation.  I
4 don't know that, but I would assume that.
5    Q.   Okay.  And so I want to be very clear
6 about my question and your answer.  I understand
7 that you have reached an assumption that Valley
8 Asphalt would have had knowledge of that.
9         Can you cite any evidence to suggest, have
10 you cited any evidence in your report, or is there
11 any evidence that you reviewed that would indicate
12 Valley Asphalt had knowledge that used automobiles,
13 metal car parts, and iron were buried at the Cinn
14 Dump?
15   A.   I don't have any --
16   Q.   Let's put a time frame on it.  So let me
17 ask again.  I apologize.  Do you have -- because it
18 leads to the ambiguity about what we know now and
19 also, I want to be clear.
20        Do you have any evidence to suggest that
21 Valley Asphalt was aware that used automobiles,
22 metal car parts, and iron were buried in the Cinn
23 Dump?And did they have that knowledge before 1993?
24 Do you have any evidence of that?
25   A.   No.

JEFFREY DAGDIGIAN                September 23, 2025                278 to 281
88754

Page 278

1       Q.   As we sit here today, can you identify the
2  portions of Parcel 5054 where any automobiles, metal
3  car parts, and/or iron or buried?
4       A.   No.
5       Q.   Now the next subsection on Page 79 of your
6  report relates to South Dayton Dump.  Do you see
7  that?
8       A.   Yes.
9       Q.   What is the significance of this
10  subsection to your opinions in this case?
11      A.   It's just part of the history of the site.
12  It doesn't impact my opinions at all.
13      Q.   Okay.  The very last sentence on that
14  section -- or on this page, I'm sorry, quotes to
15  Alcine Grillot -- or Grillot, where he suggests that
16  the southern portion of the Valley Asphalt parcel
17  was backfilled primarily with ash and other non-
18  combustible debris.  Do you know whether or after
19  backfilling would have occurred before or after
20  1956?
21      A.   I don't know.
22      Q.   Similar to my question about the Cinn
23  Dump, do you have any evidence to indicate that
24  Valley Asphalt was aware that ash and other non-
25  combustible debris were buried on the southern

Page 279

1  portion of Parcel 5054 prior to its purchase of the
2  parcel in 1993?
3       A.   No.
4       Q.   Okay.  If we turn to Page 80, the next
5  subsection relates to Ottoson Solvents.  Do you see
6  that?
7       A.   Yes.
8       Q.   Okay.  There is a -- there's a sentence in
9  the first paragraph and it starts with, "Mr.
10  Boesch, Jr., also recalled a conversation with Doyle
11  Roberson from the adjacent Doyle's Auto Salvage
12  property described below, where Mr. Roberson
13  complained that Ottoson was dumping on his ground.
14  Mr. Boesch, Jr., took that to mean that Ottoson was
15  also dumping solvents directly into the ground in
16  1961 and 1962." Do you see that?
17      A.   Yes.
18      Q.   All right.  Do you understand that the
19  property used by Doyle's Auto Salvage extended
20  beyond the boundaries of Parcel 5054?
21      A.   Yes, I think so.
22      Q.   Do you have -- do you have any information
23  to -- or, I'm sorry.  Do you have any evidence to
24  indicate that the dumping by Ottoson that you
25  referenced here in this section occurred on Parcel

Page 280

1  5054?
2       A.   No.
3       Q.   Do you have any evidence to indicate that
4  Valley Asphalt was aware of any dumping of solvents
5  or burial drums by Ottoson prior to Valley Asphalt's
6  purchase of Parcel 5054 in 1993?
7       A.   No.
8       Q.   Okay.  In the next subsection on Page 81,
9  you discussed Doyle's Auto Salvage.  Do you see
10  that?  Are you with me?
11      A.   Yes.
12      Q.   Okay.  And you feel free to review -- I'll
13  ask my question.  Feel free to review that as
14  needed.  Do you have any information to suggest that
15  any of the activities you described in this
16  subsection occurred on Parcel 5054 as compared to
17  another portion of the South Dayton Dump?
18      A.   No.
19      Q.   Do you have any evidence to indicate that
20  Valley Asphalt was aware of any of these activities
21  you described in this subsection prior to its
22  purchase of Parcel 5054 in 1993?
23      A.   No.
24      Q.   I'm sorry, Dr. Dagdigian.  I -- I might
25  not have heard you answer.  I apologize.

Page 281

1       A.   Oh, I said no.
2       Q.   Okay.  I'm sorry.
3           MS. NIJMAN:  We're all waiting.
4           MR. NAEEM:  Yeah.  I -- I'm sorry.
5  BY MR. NAEEM:
6       Q.   If we turn to back to Pages 76 and 77,
7  you'll see this Section 9.3.  It's your discussion
8  of Valley Asphalt's process for manufacturing
9  asphalt, generally speaking.  Do you see that?
10      A.   Yes.
11      Q.   As an initial matter -- and let me get us
12  back to that.  Will you be testifying at trial about
13  any leaching of hazardous substances that occurred
14  from the RAP pile on Valley Asphalt's property?
15      A.   No.  Not that I'm aware of.
16      Q.   If you look at the top of Page 78, do you
17  see the top paragraph, you're discussing the
18  scrubbers -- use of scrubbers on Valley Asphalt's
19  property?
20      A.   Yes.
21      Q.   And there's a sentence that starts about
22  midway in that paragraph.  It says, "These scrubbers
23  were upgraded in 1974 due to VA emitting more than
24  permissible amounts of particulate matter from the
25  site." Do you see that?

JEFFREY DAGDIGIAN                    September 23, 2025                    282 to 285
88754

Page 282

1    A.   Yes.
2    Q.   Did you review any evidence to indicate
3    that the particulate matter you discussed here
4    contained hazardous substances?
5    A.   No.  I made the assumption based on my
6    knowledge of how scrubbers work, that they contained
7    the same compositional chemistry as the asphalt
8    itself.  They were just smaller particles of the
9    asphalt material.
10   Q.   But to be clear, you will not -- you would
11   not be able to characterize any specific substances
12   that made it through the scrubbers and into the pond
13   during any point in time that Valley Asphalt was
14   using those scrubbers; is that fair?
15        MR. NAEEM:  Objection.  Confusing.
16        But go ahead and answer.
17        THE DEPONENT:  Yeah.  So the scrubber's
18   job is to remove the particulates and not let any of
19   them go.  And the -- the particulates are captured
20   in the liquid portion of the scrubber, which was
21   sent to the pond.  So it would contain all the
22   particulate matter that was captured, and that would
23   be the asphalt material.
24   BY MR. NAEEM:
25   Q.   All right.  Can you characterize any of

Page 283

1    the hazardous substances that would have been
2    released into the scrubber pond?
3    A.   Into the liquid of the scrubber pond?
4    Q.   Directly into the scrubber pond.
5    A.   I didn't understand that.
6    Q.   Okay.
7    A.   Into the soil beneath the pond, into the
8    liquid above in the pond, or just the particulates
9    that entered the pond?
10   Q.   The particulates, I thought my question
11   was.  So as I understand the process, and I don't
12   pretend to understand it all that well, but as you
13   described, the scrubber captures the particulates in
14   the water and then dumps them into a scrubber pond.
15   I'm using my words; is that fair?
16   A.   Yes.
17   Q.   Okay.  Are you able to characterize any of
18   the actual hazardous substance that would have made
19   it into the scrubber pond from the Valley Asphalt
20   scrubbers?
21   A.   They would be the same hazardous
22   substances that are in the asphalt.
23   Q.   Okay.  And have you seen any documents
24   that characterize what the hazardous substances were
25   in any of the water that was released into the

Page 284

1    scrubber pond?
2    A.   So now, are we talking about something
3    different?  Are we talking about the liquid phase,
4    or are you -- when you say water, do you mean the
5    material coming from the scrubber?
6    Q.   I want to know if you've seen any
7    documents which measured any hazardous substances in
8    the water that was released from the scrubbers into
9    the scrubber pond, settling pond, whatever you want
10   to call it.  Have you seen any -- any documents that
11   characterize what those heavy metals were?
12   A.   No.
13   Q.   If we turn to -- or I'm sorry, if we look
14   at the bottom of Page 78, you are discussing the use
15   of TCE for testing asphalts.  Do you see that
16   paragraph?
17   A.   Yes.
18   Q.   All right.  Towards the end of that
19   paragraph, you state, "According to Mr. Crago, VA
20   did not have a written procedure for the disposal of
21   TCE.  TCE was typically brought back from VA
22   locations to the main office in Cincinnati for
23   disposal.  However, no documentation is available to
24   show this practice was used at the VA location to
25   date."

Page 285

1         Did I read that correctly?
2    A.   Yes.
3    Q.   Okay.  Do you have any evidence to show
4    that this practice was not used at the Dayton
5    facility?
6    A.   Just the fact that there's a lot of TCE in
7    the soil and groundwater in the area where the
8    laboratories were.
9    Q.   And could that TCE have pre-dated 1956
10   when Valley Asphalt began occupying the property?
11        THE REPORTER:  Objection.  Calls for
12   speculation.
13        THE DEPONENT:  I mean, anything's
14   possible.  Is it likely?  I don't think so.
15   BY MR. NAEEM:
16   Q.   So you go on to -- you go on to state that
17   -- well, let me -- let me go back to that question.
18   What is your evidence -- do you have any evidence --
19   just to be clear and close the loop on this.
20        Do you have any evidence other than the
21   measurement of TCE in the soil under the -- under
22   the lab to support your opinion that Valley Asphalt
23   would not have been following its customary practice
24   to take these used TCE back to Cincinnati for
25   disposal?

JEFFREY DAGDIGIAN         September 23, 2025         286 to 289
88754

Page 286

1    A.   No other evidence.
2    Q.   Do you have any direct evidence to
3 indicate that Valley Asphalt disposed of used TCE
4 onto the ground?
5    A.   No.
6    Q.   Turning the page to Page 79. The last
7 paragraph of this section starts with, "The VA plant
8 has two asphalt tanks." Do you see that?
9    A.   Yes, I do.
10    Q.   And in that paragraph, you discussed
11 various tanks for asphalt, fuel, oil, and grease; is
12 that fair?
13    A.   Yes.
14    Q.   And what is the significance of your
15 discussion in this paragraph, to your opinions in
16 this case?
17    A.   So part of it provides a history of the
18 site and part of it provides a identification of
19 waste materials contained in drums, which were sent
20 offsite for disposal. And so it helps characterize
21 hazardous substances associated with those drums.
22          And let me add one more thing. To the
23 extent that the diesel fuel tanks and the gasoline,
24 the diesel fuel and the fuel oil tanks leaked and
25 contaminated the soil and groundwater and that

Page 287

1 migrated onto the dump. This provides the
2 information to know that those -- that is a
3 hazardous substance.
4    Q.   Okay. Do you have any evidence that there
5 were any leaks associated with any of these tanks?
6    A.   No. I haven't investigated that and that
7 wasn't part of my charge.
8    Q.   Okay. And you do state that empty drums
9 are sent off for disposal. To be -- to be clear,
10 you're not saying Valley Asphalt disposed of empty
11 drums at the South Dayton Dump, correct?
12    A.   Correct.
13        MR. NAEEM: Okay. Dr. Dagdigian, I don't
14 have any further questions.
15        THE DEPONENT: Thank you.
16        MR. SILVER: I have a few questions from
17 Plaintiffs, not many. Would you like to take a
18 break first, Dr. Dagdigian?
19        THE DEPONENT: No, we can go.
20 EXAMINATION
21 BY MR. SILVER:
22    Q.   All right. No new exhibits, but I do want
23 to reference a few that have been presented. Ms.
24 Nijman put in front of you Exhibit 17, which I'm
25 putting back in front of you, which you said, I

Page 288

1 believe you said in response to her questions that
2 you were aware of the decision by Judge Rice on
3 September 5, in which he addressed a motion in
4 limine by Waste Management of Ohio with regard to
5 your report, as well as Dr. Stradling's report.
6        And Ms. Nijman was careful to note that
7 the Judge did not back off his ruling on -- on
8 Blalock, IWD, and partially on Container Services.
9 Do you recall that discussion earlier?
10    A.   Yes, I do.
11    Q.   Are you also aware that this report, Judge
12 Rice overruled Waste Management's motion in part,
13 and granted it in part, overruling it in part, with
14 regard to the -- Waste Management's motion to have
15 your report excluded? Do you -- do you recall that
16 -- that the judge overruled that part of the motion?
17    A.   I believe so.
18        MS. NIJMAN: I'm going to object to the
19 form of the question and to leading your own
20 witness.
21        MR. SILVER: Thank you.
22 BY MR. SILVER:
23    Q.   And is it your understanding that as a
24 result of this ruling, that Judge Rice allowed your
25 report to include your opinions in the expert report

Page 289

1 itself with regard to Waste Management of Ohio,
2 Blalock, IWD, and Container Services?
3        MS. NIJMAN: Same objection.
4        THE DEPONENT: Yes.
5 BY MR. SILVER:
6    Q.   I did have one question. I know it's been
7 a long day, but I want to refer you to your -- see
8 if I've got a marker here. Yes. I'll refer you
9 back to your expert report. This is the Section 11
10 on Waste Management of Ohio, Page 103.
11        Now, you answered a question by Ms. Nijman
12 with regard to your opinions on Waste Management of
13 Ohio. Waste Management Ohio Opinion number 2, can
14 you take a look at that, please?
15        MS. NIJMAN: I'm objecting to this
16 testimony as related to the wood pallets and my
17 question was specifically limited to his use of the
18 term "WMO transported" and clarifying what he meant
19 by WMO and nothing else.
20        MR. SILVER: Well, thank you.
21        MS. NIJMAN: And I'll object to the
22 question, to the scope of the question and it's
23 violative of the Court's order.
24        MR. SILVER: I haven't even asked -- asked
25 the question yet, but thank you for your objection.

Page 290

1  BY MR. SILVER:
2      Q.   As to WMO Opinion number 2, understanding
3  that the Judge has excluded its -- our claims
4  against Waste Management and its predecessor
5  Container Services as owner or operator of the air
6  curtain destructor, if that were not excluded, does
7  WMO Opinion number 2 constitute your opinion with
8  regard to whether WMO transported wood pallets to
9  the SDD for burning in the air curtain burner and
10 that certain hazardous substances were produced
11 there?
12     A.   Yes.
13          MS. NIJMAN:  Same objection -- before you
14 answer -- as to the scope of this -- or the
15 addressing of this question in this deposition, and
16 that we reserve our rights to rebut this opinion at
17 a future date, should anything ever change.  But the
18 Judge has made it very clear those circumstances
19 have not changed.
20          MR. DURHAM:  Same objection.
21          MR. SILVER:  Thank you.
22 BY MR. SILVER:
23     Q.   Do you -- do you need to have my question
24 repeated or do you -- do you understand the question
25 that I asked?

Page 291

1      A.   Yes.  You're saying that this was
2  acceptable to the Judge, would this be in my
3  opinion.  The answer is, yes.
4      Q.   Okay.  Thank you.  And I want to ask,
5  going back to Mr. Campbell's questioning earlier
6  today, there was a little bit of confusion in my
7  mind with regard to his question and your answers on
8  the issue of your opinion on hazardous substances.
9  And your -- your opinion included a reference to
10 Section 101(14) of CERCLA and the definition of
11 hazardous substances.
12          Do you recall the questioning by Mr.
13 Campbell and what you said in your opinion about the
14 CERCLA definition of hazardous substances?
15     A.   Yes.
16     Q.   Now, do you understand the term "hazardous
17 substances" to include designations by EPA under
18 CERCLA, of what constitutes a hazardous substance?
19          MS. NIJMAN:  Same objection to leading
20 your own witness.
21          THE DEPONENT:  Yes.
22 BY MR. SILVER:
23     Q.   Okay.  Are you -- do you have an
24 understanding of whether or not the definition of
25 the term "hazardous substance" in CERCLA has other

Page 292

1  bases in addition to the designation by EPA?
2          MS. NIJMAN:  Same objection to leading.
3          THE DEPONENT:  Yes.
4  BY MR. SILVER:
5      Q.   And what's your understanding?
6      A.   That it includes lists of chemicals that
7  are provided in the Clean Air Act, Clean Water Act,
8  and there might be a fourth miscellaneous table, I
9  think I've seen, that includes additional listings
10 of chemicals.
11     Q.   Have you heard of the -- the Solid Waste
12 Disposal Act and its amendments --
13     A.   Yes.
14     Q.   -- to the Resource Conservation Recovery
15 Act?
16     A.   Yes.
17     Q.   Often known as RCRA?
18     A.   Yes.
19     Q.   Are you aware of whether RCRA lists and
20 designations of hazardous waste are related in any
21 way to the CERCLA definition of hazardous
22 substances?
23          MS. NIJMAN:  Same objection to leading.
24          MR. CAMPBELL:  And object to the form of
25 the question.  This kind of calls for a legal

Page 293

1  conclusion.
2          But go ahead.
3          THE DEPONENT:  I'd like that one read back
4  to me.
5          MR. SILVER:  Go ahead.  And we'll preserve
6  all the objections.
7          (WHEREUPON, the record was played back.)
8          THE DEPONENT:  Yes.  You can't have a
9  hazardous waste without first having a hazardous
10 substance.
11 BY MR. SILVER:
12     Q.   Okay.  And finally, are you aware of the
13 Toxic Substances Control Act?
14     A.   Yes.
15     Q.   Is there any relevance of the Toxic -- to
16 your knowledge, any relevance of the Toxic
17 Substances Control Act listing of -- of -- excuse me
18 -- listing of hazardous chemical substances or
19 mixtures with regard to the definition of a CERCLA
20 hazardous substance?
21     A.   I --
22          MR. CAMPBELL:  Same objections.
23          Go ahead.
24          THE DEPONENT:  I believe they're included,
25 too.

JEFFREY DAGDIGIAN                    September 23, 2025                    294 to 297
88754

Page 294

BY MR. SILVER:
2      Q.   Thank you.  Now, my follow-up question to
3   that goes back to the question that Drew had asked
4   about your opinions on hazardous substances.  Now,
5   we just went through definitional terms of hazardous
6   substances under CERCLA.
7           Can you explain what you meant when you
8   answered Drew's question about your opinions on
9   hazardous substances?
10          MR. CAMPBELL:  Objection to form.
11          THE DEPONENT:  My analysis of the waste
12   materials was aimed at determining whether they
13   contained hazardous substances.  And I used my -- I
14   used the background of the site, the -- the
15   depositions, correspondence with agencies, and other
16   things that I presented in my report to determine
17   whether or not those hazardous substances were
18   present.
19          And if I determined they were present,
20   then I opined on that as part of my limited opinions
21   presented in my report.
22   BY MR. SILVER:
23      Q.   Now, I want to turn to a couple of
24   questions about your background and your -- your
25   experience that may -- may or may not be relevant to

Page 295

1   your expert report and opinion.  There were a number
2   of questions from, mainly from Drew and Jen, Ms.
3   Nijman and Mr. Campbell, about relevant past
4   experience that would form a foundation for the work
5   you're doing at this site.
6           And there was several questions about
7   landfills and dumps and that sort of thing.  I want
8   to ask about some past experience that has not come
9   up yet in -- in the discussion.  Are you familiar
10   with a facility, a Lockheed facility, I believe,
11   that would be at Paducah?
12      A.   Yes.
13          MR. CAMPBELL:  Is that Paducah as in
14   Kentucky?
15          THE DEPONENT:  Yes.
16   BY MR. SILVER:
17      Q.   And go ahead and tell us, have you had any
18   involvement with that particular facility?
19      A.   I was hired by the Department of Justice,
20   DOJ, as their expert to review wastes that were
21   generated at the Paducah nuclear enrichment site.
22   This is one of two nuclear enrichment sites in the
23   United States. It's the place that Russia sent all
24   their nuclear bombs to be dismantled.
25          And my job was to go through this very

Page 296

1   large facility and characterize the waste to
2   determine if they potentially had an impact on the
3   groundwater and the soil.
4      Q.   Thank you.  Have you ever heard of the
5   Passaic River in New Jersey?
6      A.   Yes.
7      Q.   What is your understanding of what the
8   Passaic River in New Jersey is?
9      A.   The Passaic River is a large river that
10   stems from the Atlantic Ocean, and goes inland.  It
11   is an area that's been highly industrialized for --
12   since the beginning of time, at least since American
13   times.  It has a lot of contamination associated
14   with the types of industry that are on the river.
15          They include paint manufacturers, dye and
16   pigment manufacturers, medical equipment, and
17   chemical manufactures.  And they include Oxy
18   Petroleum.  I was hired by Occidental to be their
19   process chemist as part of the Passaic River case,
20   Superfund case, when that case was going full speed.
21          It has been put on hold right now, but my
22   job was to do exactly what I was doing here.  And
23   that is to look at the operators that worked on the
24   banks of the Passaic River and slightly inland, and
25   to tell them which ones -- tell them what kinds of

Page 297

1   chemicals, which could become potential chemicals of
2   potential concern, were being generated from the
3   different facilities based on the operations that
4   were being conducted there.
5      Q.   Okay.  Do you know whether the Passaic
6   River site is a federal Superfund/CERCLA site?
7      A.   Yes. It definitely is.
8      Q.   Let me ask you about one more site that I
9   don't believe came up earlier.  And I may -- I may
10   butcher the name of the town.  The chemical
11   manufacturing site in, I think it's -- it's in Utah.
12   And it kind of looks like Ogden, or is it a
13   different town?  Is that -- is that name familiar to
14   you?
15      A.   Yes.  That was another site that I was
16   hired by the Department of Justice to be their
17   consultant for.  This was a chemical manufacturer.
18   It was a job shop chemical manufacturer.  In other
19   words, they took orders to make certain organic
20   chemicals for individuals, for -- not individuals,
21   but for companies.
22          They could be medical chemicals, dyes,
23   pretty much anything you wanted, they made.  And
24   like I said, it was a job shop.  It was done in
25   batch tanks, and they created a lot of waste, and

Page 298

1  that waste was stored on-site in drums.
2          And my job for DOJ was to go through,
3  characterize where the waste came from that were --
4  that was in the drums by where it came from, like,
5  what process in the facility it came from and report
6  back to them.  And then I testified at the hearing
7  to determine whether or not the site would be closed
8  down and it was.
9      Q.  Okay.  And this is a -- more of a general
10 question.  In terms of your experience and your past
11 experience at a variety of different sites and
12 projects, in addition to those that you testified
13 that were much like the current case, did those
14 other projects have any bearing on your ability to
15 provide the opinions that you have provided in your
16 expert report?
17         MS. NIJMAN:  Object to form.
18         THE DEPONENT:  So I consider myself an
19 environmental scientist.  I do have a PhD in
20 chemistry, and I'm very strong at looking at
21 processes, because that's what I do for pretty much
22 every job I work on.  And I look at waste, and I'd
23 look at potential waste streams which are released.
24         And the first thing I have to do is to
25 define what chemicals are part of those waste

Page 299

1  streams, and how they impacted the soil and
2  groundwater at the site. So, incorporated in what I
3  do is pretty much, in pretty much all my jobs is
4  what I'm doing here.
5  BY MR. SILVER:
6      Q.  Thank you.  Just a couple more.  I hate to
7  go back to this one.  It's the Dole matter where you
8  provided some sort of a report to the Regional Water
9  Quality Control Board in California.  Do you
10 remember the questioning, I think, by both Drew and
11 Jen with regard to that matter and then the
12 subsequent matter?
13     A.  Yes.
14     Q.  And tell me what sort of report was it
15 that you provided to the Regional Water Quality
16 Control Board.  Am I -- is it correct that it wasn't
17 an expert report related to litigation?
18     A.  So, I think -- I've been thinking about it
19 since we talked about it this afternoon and this
20 morning.  I think what it was that the Regional
21 Water Quality Control Board was threatening to put
22 Dole on an administrative order to characterize and
23 clean up the site.
24         And Dole had asked me to submit a response
25 to the Regional Water Quality Control Board.  And it

Page 300

1  was a 20-page spreadsheet, basically a table, of --
2  of observations in -- that I had made regarding
3  where the contamination at the site had come from
4  and the fate and transport of the contamination.
5          And what I had postulated was that the
6  contamination, through capillary action, had
7  actually risen through the soil, which is not a
8  common -- a common conclusion.  Usually, people
9  think the gravity pulls chemicals down.
10         But when you study capillary motion, and
11 the forces that are involved in capillary motion,
12 you will see that capillary motion can be
13 responsible for pulling chemicals up through the
14 surface up to ten feet.  So I had used that as part
15 of my argument to the Regional Board, and they
16 agreed that there was capillary action occurring at
17 the site and that chemicals were coming up, but they
18 did not agree that they were coming up to the
19 extent.
20         And they didn't agree that I had proven
21 that the chemicals were coming up in all places
22 around the site, or at least the places they were
23 concerned about.  And so unbeknownst to me, as I
24 said earlier, that document was used in the board
25 case.  The Judge bought the Regional Water Quality

Page 301

1  Control Board's arguments and did not find mine
2  convincing.
3      Q.  Now, thank you for that.  Then there was
4  the subsequent, I believe you said it was a superior
5  court case involving Dole and another private party,
6  in which your expert testimony was either not
7  allowed or excluded?
8      A.  No, that was Diamond X Ranch.
9      Q.  Go ahead and tell me about that.
10     A.  So there, a rancher in Nevada, a cattle
11 rancher.  And they raised --
12     Q.  Well, actually, let me pull you back
13 because I -- I was talking about another Dole case.
14     A.  There was only one Dole case.
15     Q.  Oh, I see.  Okay.  Well, go ahead and
16 explain --
17         MR. CAMPBELL:  I think you're referring,
18 though, to the case where you did not have the case
19 number?
20         MR. SILVER:  Yes.  That's what I was
21 referring to.
22 BY MR. SILVER:
23     Q.  Where you had testified about several
24 experts on one side getting excluded and an expert
25 --

JEFFREY DAGDIGIAN          September 23, 2025                    302 to 305
88754

Page 302

1    A.   Oh, that was --
2    Q.   -- partial --
3    A.   -- that was the case that the Judge did
4  not allow my testimony based on the Water Board
5  case?
6    Q.   That's where I was going.
7    A.   Okay.
8    Q.   So did you do an expert report in that
9  case?
10   A.   Yes.
11   Q.   Before your testimony?
12   A.   Yes.
13   Q.   And who was your client in that case?
14   A.   Dole.
15   Q.   Okay.  Back on the right page.  And did
16  you testify that Dole had several other experts in
17  that case that were also excluded?
18   A.   Yes.
19   Q.   All right.  Did Dole -- Dole allowed any
20  expert in that case --
21   A.   I don't --
22   Q.   -- either side?
23   A.   I don't believe so.
24   Q.   And you mentioned that the other party,
25  whose name I don't believe we've heard yet?

Page 303

1    A.   Shell.
2    Q.   It was Shell.  You did say that.  Had an
3  expert that was partially excluded, but partially
4  allowed to testify?
5    A.   That's correct.
6    Q.   What was the result of that case?
7    A.   So the case was over who was going to pay
8  for the remediation of this site.  It was $100
9  million of remediation.  And there were other
10  significant charges associated with relocating
11  people during the cleanup and providing them with
12  settlements.
13        So the whole thing might have been worth
14  300 million.  And I believe the way it came out was
15  Dole paid 40 percent, Shell 60.  Or something close
16  to that.
17   Q.   All right.  And I think I'm on my last
18  topic here.  If I remember Joe Durham's questioning
19  of you on what, you know, what evidence and
20  documents and other things you relied on for your
21  opinions with regard to McCall and its waste, when
22  you listed out the -- what you relied on, if I heard
23  it correctly, you referenced depositions, you
24  referenced deposition -- I'm sorry. That's the same
25  thing.  Deposition testimony, general studies, et

Page 304

1  cetera.
2        And I didn't hear you refer to actual
3  documents specific to McCall.  And you may have said
4  there weren't any.  And I'm getting tired, too, so I
5  may have gotten it wrong.
6        But then when Joe continued to question
7  you, you -- he referenced and you point -- he
8  pointed to citations in your report regarding a
9  letter to Container Services from McCall in 1973.
10  Do you remember that?
11   A.   Yes.
12   Q.   And you did rely on that letter in your
13  report.  Do I have that right?
14   A.   Yes.
15   Q.   You also -- there was also a reference to
16  a NIOSH study in 1975, which Joe asked you about,
17  and then you discussed in response to his questions.
18  Do you remember that?
19   A.   Yes.
20   Q.   There was also some discussion about a
21  1982 -- I'm sorry, I may have the dates wrong -- but
22  in the early '80s regarding Dayton Press when Dayton
23  Press was operating the facility?
24   A.   Correct.
25   Q.   Did you rely on -- and let me just say,

Page 305

1  did you cite to those reports, those reports I just
2  mentioned, in your expert report?
3    A.   Yes.  I did.
4    Q.   Did you rely on those reports to form your
5  expert opinion on McCall in your expert report?
6    A.   Yes.
7        MR. SILVER:  Okay.  I think I'm done.
8        THE REPORTER:  Okay.  Before I bring us
9  off the record, Mr. Campbell, would you like to
10  order the original?
11        MR. CAMPBELL:  Yes.  Thank you.
12        THE REPORTER:  Okay.  I'm just going
13  around the room.
14        MR. CAMPBELL:  I'll pay for the frame.
15        THE REPORTER:  Ms. Nijman, would you like
16  to order a copy?
17        MS. NIJMAN:  Yeah.  Digital.
18        THE REPORTER:  Okay.  Mr. Durham, would
19  you like to order a copy?
20        MR. DURHAM:  Electronic, yes.
21        THE REPORTER:  Okay.
22        Mr. Kemp, would you --
23        MR. KEMP:  Same.  Yeah, electronic.
24  Thanks.
25        THE REPORTER:  Okay.

JEFFREY DAGDIGIAN                September 23, 2025                         306 to 309
88754

Page 306

1           And, Mr. Silver, would you like to order a
2   copy?
3           MR. SILVER:  Yes.
4           THE REPORTER:  Okay.
5           And then, Mr. Naeem?
6           MR. NAEEM:  Yes.  Yeah.  Electronic copy.
7           THE REPORTER:  All right.  With that --
8           MR. NAEEM:  And we need to --
9           MR. SILVER:  So now --
10          THE REPORTER:  Sorry.  We're still on the
11  record.  Hold on.
12          MR. SILVER:  Oh, I'm sorry.
13          THE REPORTER:  Yes?
14          MR. NAEEM:  Yeah, I need your -- I need to
15  send you what I had marked as Exhibit 19.  Can I get
16  your e-mail address?
17          THE REPORTER:  Yes.  I will put it in the
18  chat.
19          Okay.  5:59 p.m.  We are off the record.
20          (WHEREUPON, the deposition of DR. JEFFREY
21  DAGDIGIAN was concluded at 5:59 p.m.)
22
23
24
25

Page 307

1                     CERTIFICATE
2
3       I, Chelsea Wilhelm, do hereby certify that I
4   reported all proceedings adduced in the foregoing
5   matter and that the foregoing transcript pages
6   constitutes a full, true and accurate record of said
7   proceedings to the best of my ability.
8
9       I further certify that I am neither related to
10  counsel or any party to the proceedings nor have any
11  interest in the outcome of the proceedings.
12
13      IN WITNESS HEREOF, I have hereunto set my hand
14  this 14th day of October, 2025.
15
16
17  _Chelsea Wilhelm_
18
19  Chelsea Wilhelm
20  Certificate No. 3541
21
22
23
24
25

Page 308

1   Date: September 23, 2025      Assignment #: 88754
2   Deponent:  Jeffrey Dagdigian
3   Case:  Hobart vs. Dayton Power and Light
4   DEPONENT:
5   It has been requested that your read and sign your
6   transcript. This is to be read only by you.  Please
7   make any corrections necessary on the Correction
8   Sheet ONLY.  You are to sign the Correction Sheet
9   ONLY, and ONLY where indicated. After signing the
10  Correction Sheet, do the following:
11  1. The ORIGINAL executed Correction Sheet needs to
12  be returned to our corporation.
13  2. Forward a COPY of the executed Correction Sheet
14  directly to the attorney(s) listed below. (The
15  address(es) can be found on the Appearance Page of
16  your deposition.)
17  3. Retain a copy for your records.
18  CC:  Naegeli Deposition and Trial
19       Drew H, Campbell, Esquire
20       Jennifer T. Nijman, Esquire
21       Matthew T. Kemp, Esquire
22       Joseph R. Durnam, Esquire
23       Tariq M. Naeem, Esquire
24       Larry D. Silver, Esquire
25       David E. Romine, Esquire

Page 309

1                 CORRECTION SHEET
2   Deposition of: Jeffrey Dagdigian    Date: 09/23/25
3   Regarding: Hobart vs. Dayton Power and Light
4   Reporter: Wilhelm/Seaman
5   _____
6   Please make all corrections, changes or
7   clarifications to your testimony on this sheet,
8   showing page and line number.  If there are no
9   changes, write "none" across the page.  Sign this
10  sheet on the line provided.
11  Page  Line  Reason for Change
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24           Signature:_____
25                     Jeffrey Dagdigian

JEFFREY DAGDIGIAN                    September 23, 2025                              310
88754

```
                                                           Page 310
 1                       DECLARATION

 2    Deposition of: Jeffrey Dagdigian    Date: 09/23/2025

 3    Regarding: HOBART vs DAYTON POWER AND LIGHT

 4    Reporter:  Chelsea Wilhelm

 5    _____

 6

 7    I declare under penalty of perjury the following to be

 8    true:

 9

10    I have read my deposition and the same is true and

11    accurate save and except for any corrections as made

12    by me on the Correction Sheet herein.

13

14    Signed at _____, _____

15    on the _____ day of _____, 20_____.

16

17

18

19

20

21

22

23

24            Signature: _____

25                       Jeffrey Dagdigian
```

NAEGELI          (800) 528-3335
DEPOSITION & TRIAL | NAEGELIUSA.COM

JEFFREY DAGDIGIAN                    September 23, 2025                              311
88754                                                                 Index: $100..11:00

## Exhibits

**EX001 FIRST AMENDED NOTICE OF DEPOSITION DUCES TECUM OF JEFFREY V. DAGDIGIAN, PH.D** 10:23 11:2

**EX002 SECTION 1 - INTRODUCTION** 28:2,6

**EX003 APPENDIX B** 251:6,10

**EX004 SECTION 7.0 - DAYTON POWER AND LIGHT** 83:21,25

**EX005 SECTION 4 - HOBART CORPORATION** 104:5,9

**EX006 SECTION 5 - NCR CORPORATION** 120:3,7

**EX007 SECTION 6 - DAYTON-WALTHER CORPORATION** 123:5,9

**EX008 10.6 OPINIONS REGARDING DAYTON LABORATORY** 144:16, 18 160:3 164:10 168:9 243:15 244:10,11 245:7 248:5 257:3

**EX009 ASSESSMENT OF INDUSTRIAL HAZARDOUS WASTE PRACTICES** 150:14,15

**EX010 GUIDES TO POLLUTION PREVENTION BY THE EPA** 161:6,7,15

**EX011 EXPERT REBUTTAL REPORT OF MATTHEW Q. LENTZ** 184:25 185:3,6

**EX012 EXPERT REPORT OF JEFFREY V. DAGDIGIAN, PH.D.** 192:15,19 198:22

**EX013 EXPERT OPINION ON WATE GENERATION AT MCCALL CORPORATION BY JERGEN H. EXNER** 194:15,19

**EX014 TRANSCRIPT OF THE VIDEO DEPOSITION OF JEFFREY A. SMITH** 221:16,17

**EX015 REBUTTAL EXPERT REPOPT OF JEFFREY V. DAGDIGIAN, PH.D.** 266:18,21,24

**EX016 HEALTH HAZARD EVALUATION DETERMINATION REPORT NO. 73-68-187** 228:17

**EX017 DECISION, AND ENTRY OVER RULING CONAGRA'S MOTION FOR PARTIAL SUMMARY JUDGEMENT** 241:1 242:20 243:1,7

287:24

**EX018 RESUME OF JEFFREY V. DAGDIGIAN, PH.D** 249:4 273:23

**EX019 EXPERT REPORT** 274:10,16,17 306:15

## $

**$100** 303:8

**$350,000** 270:13

**$400** 271:3

**$415** 270:20

## 0

**0.003** 98:1

**0.04** 97:19,22

**0.5** 157:6 217:12

**0.8** 97:18,20,23

## 1

**1** 10:23 11:2 28:7,13 32:22 35:5 45:10 65:25 146:20 148:6 162:19 181:18 183:15 192:24

**1,000** 17:13 97:24

**1,000-person** 17:16

**1,1,1-** 112:17 115:1

**1,1,1-TCA** 209:5,16, 24

**1,1,1-trichloroethane** 112:12

**1,1-** 231:1

**1,3-dichloro** 232:21

**1.1** 32:23,25 33:3

**1.2** 35:7 38:21

**1.22** 50:17

**1.3** 56:14

**1.4** 60:17

**10** 161:6,7,15

**100** 17:14 49:3 78:5 116:5 184:4,13,15, 16,18

**101(14)** 33:13 291:10

**102** 111:2

**103** 257:4,5 289:10

**104** 145:9

**109** 146:19

**10:46** 78:23

**11** 145:6 171:3 184:25 185:3,6 205:17,20 235:7 245:8 289:9

**11.1** 259:11,12

**11.3** 245:9 248:4

**110** 112:11,16 113:4 115:1 160:4,12

**111** 169:12 182:4,6

**112** 171:10

**113** 172:4

**114** 157:6 174:9,10 182:17

**115** 145:23 175:17 181:25 182:1

**11:00** 78:18

**11:03** 78:25

**12** 145:7,9 160:2
192:15,19 198:22

**12-14** 229:14

**12.1** 145:12 146:7

**12.2.2** 146:18 160:4,
14

**12.3** 168:8 182:3

**12.4** 175:17

**12.5** 145:23 177:21
181:16 183:3,6,7,12

**1242** 205:5,7,19

**12:00** 133:25

**12:32** 134:3

**13** 194:15,19
209:11,12

**1397** 240:21

**14** 96:21 97:6,13
221:15,16,17

**14th** 194:8

**15** 24:2,4 89:12
112:22 190:3
223:23 228:14
266:18,19,21,24

**150,000** 77:19

**150-gallon** 127:16

**15th** 223:24

**16** 220:22 222:10
223:23 228:13,15,
17

**166497** 229:3,6

**17** 223:23 240:24,25
241:1 242:20 243:1,
7 287:24

**18** 196:9,11,12
215:18 223:23
249:4 273:23

**18th** 191:8 222:14
223:19 244:21

**19** 156:1,4 187:3
197:15 273:24,25
274:10,16,17
306:15

**1900** 120:20

**1920s** 138:14

**1934** 105:6

**1945** 220:24 222:10

**1950** 121:23,25
276:25

**1950s** 121:20

**1956** 275:10 278:20
285:9

**1957** 202:12

**1960s** 121:20 214:5

**1961** 279:16

**1962** 279:16

**1965** 121:23

**1966** 104:22 202:12

**1968** 220:25 222:6,
10

**1969** 202:13,14,17,
23

**1970s** 120:21 121:7,
10 157:22 217:11

**1973** 112:8,17,20
206:6 219:16 227:2
232:17 304:9

**1974** 121:11 281:23

**1975** 208:17,25

212:8,13,21 304:16

**1976** 106:10,25
107:3 108:10
112:20 113:12,23
114:11,19 122:5,12
148:11 149:22
150:23 159:10
172:7

**1977** 122:6

**1980** 112:8,17
115:21 148:3 196:4
197:5 212:11,19

**1980s** 39:25 187:1
211:3 213:4

**1981** 106:10,25
107:5,9 108:10
109:3,22 110:6,9,10
111:1 115:1,9,16,
20,25 118:16
212:19

**1982** 105:6 212:19
304:21

**1983** 90:20,23 92:23

**1984** 204:19

**1987** 104:22 107:7
115:19 269:16

**1988** 40:24 187:13
231:16

**1990** 148:12 149:22
161:3,20 165:11
172:10 187:3

**1992** 202:23

**1993** 275:14 277:23
279:2 280:6,22

**1997** 89:17 103:3

**1998** 90:18,23 92:23
93:5,7 97:17 136:2
140:7 231:15,16

267:20

**19th** 223:2

**1:19** 134:10

---

**2**

**2** 28:2,6 35:6 45:25
153:13,14,17 155:1
181:21 184:8 193:1
196:2 204:1 209:15
251:9,12 257:5
274:9 289:13 290:2,
7

**2.3** 188:13

**20** 24:4 137:12
141:6

**20-page** 300:1

**2000** 136:2

**2000s** 253:24

**201-1-126** 206:16

**2012** 216:3 254:1,4,
22

**2014** 216:4 250:11

**2015** 103:4

**2016** 216:3

**2017** 19:16 20:7,16
79:19 194:13 207:9

**2018** 193:22 194:1
207:10 222:14,17

**2019** 194:3 207:11
210:3 268:22

**2020** 194:8 207:12

**2022** 267:23 269:3

**2024** 14:10,17 81:19

**2025** 191:5,8 240:9
242:19 244:21

JEFFREY DAGDIGIAN                    September 23, 2025                              313
88754                                                                        Index: 21..7-2

**21** 19:16

**21st** 207:9

**22** 105:8 156:9,10

**22,500** 122:6

**22nd** 194:3

**23** 109:1

**2315** 204:23

**24** 14:17,18 112:7

**24th** 14:10 193:25 207:10

**25-gallon** 121:21

**25th** 227:17

**26** 241:14 246:20

**26(b)(4)** 246:18 247:21

**29** 255:13

---

**3**

**3** 45:10 64:24 82:4 121:3,4 134:21 155:5 181:23 184:19 187:21 193:1 195:6,10,11 196:11 229:25 236:7,9 237:20 238:19,23 251:6,10 255:7

**3,000,700** 169:3

**3,3'-** 226:22 229:11 231:13

**3,3'-dichlorobenzidine** 227:22 229:15 230:6 232:7 267:14

**3,3,3** 267:12

**3.1** 230:14,23 231:1, 18

**3.2** 230:14,23 231:5

**3.4** 196:9,15 197:3

**30** 27:24 127:20 135:6,19 136:13 137:12 217:14

**300** 128:1 129:21,23 303:14

**300-gallon** 132:19

**32** 110:13 231:14

**34** 201:4

**340** 157:6

**340-person** 158:1

**35** 28:22 38:5 121:2 122:23 239:17

**35-gallon** 204:24

**35-year** 35:9

**350,000** 26:25

**37** 122:19

**38** 123:16

**39** 124:4

**3D** 69:18 70:14

---

**4**

**4** 50:17 56:13 75:11 83:20,21,25 84:1 104:9 112:20

**4,000** 106:11,17 108:17,19,20

**4-1-5** 270:24

**4.1** 104:20 105:1,3

**4.3** 105:8 108:8

**4.4** 118:23

**4.5** 119:10

**40** 125:12 127:20 303:15

**400-gallon** 128:1 129:21,23 132:7

**41** 126:10

**415** 270:23

**42** 131:20

**433** 201:15

**486** 206:13,24

**487** 206:13,24

**488** 206:13,24

**489** 206:13,18,25

---

**5**

**5** 60:16 77:5 104:5,9 112:20 120:7 121:19 217:20 243:8 251:17 288:3

**5,000** 128:24 131:11

**5,000-gallon** 128:12, 15 129:13,22 131:25 132:4

**5.1** 120:17

**5.3** 121:3 122:23

**5.4** 122:14

**5.9** 157:4

**50** 116:2

**50-gallon** 217:14

**5054** 275:13 276:4 278:2 279:1,20 280:1,6,16,22

**50s** 76:15 122:1 275:9

**5171** 276:4

**53** 164:14,21 165:3, 13 167:8

**55** 84:9 93:2 116:1

**55-** 126:6 219:20

**55-gallon** 125:22 159:3 205:1

**5:00** 223:2

**5:59** 306:19

**5th** 114:19 224:10 225:1,2,16,18 240:4,9 242:19 248:13

---

**6**

**6** 120:3,7 123:12 226:20 229:25

**6.3** 124:5

**60** 303:15

**600** 116:3

**60s** 122:2

**63** 198:20

**64** 201:14

**66** 217:9 219:2

**68** 202:7 208:15,16

**69** 203:1 208:15

---

**7**

**7** 123:1,5,9 185:13 230:17,25 249:24

**7-2** 89:16

**7.0** 84:1

**7.2** 93:2 102:23 103:10

**7.4** 84:14

**7.4.1** 85:14 86:21

**70** 205:22

**700** 27:3,6

**70s** 168:20 214:5

**71** 157:3

**72** 211:2 212:17

**73** 121:11 204:10,16

**74** 121:16 203:25 204:8,9 209:4 218:6

**75** 121:11 275:3

**76** 108:3 121:11,16 281:6

**77** 281:6

**78** 281:16 284:14

**79** 275:15 278:5 286:6

**7th** 191:5 244:19

---

**8**

**8** 144:16,18 160:3,6, 7 164:10 168:9 188:11 193:1 195:5, 11 198:19 201:6,10 209:14 215:19,23 243:15 244:10,11 245:7 248:5 257:3

**8,000** 121:5

**8.3** 202:8

**8.34** 196:10

**80** 279:4

**800** 97:24

**80s** 186:15 304:22

**81** 108:3 280:8

**827** 148:7

**83** 97:18

**830** 148:8

**831** 161:3 164:12

**8th** 222:17

---

**9**

**9** 150:14,15 274:11, 15

**9.3** 281:7

**9.5** 275:16,17

**90s** 186:15

**96** 259:12

**97** 264:2 265:19

**98** 244:13 245:6 248:4

**9:04** 8:7

---

**A**

**a.m.** 8:7 78:23,25

**ability** 10:20 53:17 275:2 298:14

**absence** 116:12,19

**accept** 79:11 255:21

**acceptable** 291:2

**accepted** 251:23 255:19 276:2

**accidentally** 143:10

**account** 15:4 117:13 229:11 230:4

231:10

**accounted** 94:19 95:16

**accounting** 120:20 217:19

**accurate** 11:13 38:2 62:11,12,13 64:2,20 91:8 92:14,19 106:19 116:17 121:24 162:25 177:25 264:14,16 265:24,25

**accurately** 42:21

**Acknowledgments** 162:15

**acres** 137:12 169:6

**acrylic** 173:24

**act** 40:1 51:14 292:7,12,15 293:13, 17

**action** 45:22 250:5 300:6,16

**activities** 280:15,20

**activity** 82:10 99:24

**actual** 32:14 95:16 121:15 141:25 143:4 159:15 208:20 243:12 283:18 304:2

**add** 210:7 224:7 286:22

**added** 107:21 138:23 155:22 192:25 210:4,8

**adding** 226:13

**addition** 12:14 122:24 128:6 129:4,

6,15,18 131:3 159:5 192:9 209:5 242:19 261:13 292:1 298:12

**additional** 19:3 113:21 192:6 292:9

**additions** 193:6

**address** 208:2 211:2 213:18 215:13 242:8 306:16

**addressed** 104:25 198:10 205:25 207:7 211:16 220:10 227:22 288:3

**addresses** 207:14

**addressing** 35:2 84:2 206:11 220:20 290:15

**adjacent** 279:11

**administrative** 137:19 299:22

**admission** 63:23

**admissions** 63:21

**admit** 64:4 196:20 226:10,12

**admitted** 245:8 248:18

**advantageous** 77:2

**adverse** 54:7

**Aera** 253:17

**aerobic** 230:11 231:4,6 233:1 267:6,16 269:2,12, 19

**aerobically** 231:3

**aerospace** 75:19,20

**affect** 96:3

**affected** 230:10

**affirm** 8:11

**affirmed** 9:13

**afternoon** 190:16 233:17,21 260:1 299:19

**age** 156:24 157:5

**agencies** 63:20 135:11 200:19 294:15

**agency** 56:18 87:1

**aggregated** 106:7

**agree** 17:19 52:2 63:25 92:24 103:18 145:20 155:12 185:21 186:13 188:24 191:3 200:22 201:15 208:25 209:15 214:22 233:21 242:2 253:5 259:18 260:7,12,20 263:9 268:2,5 275:4,16 300:18,20

**agreed** 18:12 42:13 90:10,13 153:21 235:16 260:1,3 300:16

**agreement** 85:19

**ahead** 74:9 83:19 207:23 238:2 271:21,22 282:16 293:2,5,23 295:17 301:9,15

**aimed** 162:1 294:12

**air** 35:12 41:12 51:3 209:2 234:17 240:7, 11 241:21 242:2 245:13,15 248:6 259:5 290:5,9 292:7

**Air's** 236:2

**Alcine** 278:15

**Aldredge** 217:3 260:3,12,15,17,22 263:5

**Aldredge's** 215:17 260:2

**alleged** 234:2 259:4

**Allied** 187:22

**allocation** 70:9,10, 11,15 71:23 117:18, 23,25 118:7

**allowed** 25:9 245:15 288:24 301:7 302:19 303:4

**altogether** 215:7

**ambiguity** 277:18

**Amended** 11:3

**amendments** 292:12

**American** 296:12

**ammonia** 39:16,23 40:5,9

**amount** 17:8,14 95:25 115:16 142:19 147:9 148:2 167:3

**amounts** 85:5 106:7 109:23 122:11 281:24

**anaerobic** 230:11 231:4,22 233:1

267:5,17 268:5,6,7, 18 269:6

**anaerobically** 231:3

**analog** 227:9

**analyses** 63:19 85:15,25 86:11,23 92:10,11

**analysis** 31:11,20 32:2,14,18 42:24 44:7,13 62:22 70:23 72:5 85:18 86:7,8,9 96:3 98:24 109:3,8 154:24 272:6 294:11

**analyze** 46:23

**analyzed** 151:15 232:23

**and/or** 26:18 55:9 67:22 205:12 278:3

**Angeles** 45:16,19 68:18 83:17 163:2, 9,22 220:12

**anoxic** 46:5,11

**answering** 238:3

**answers** 63:6 291:7

**anticipated** 151:25

**anybody's** 266:8

**anything's** 285:13

**apologize** 159:20 190:3 277:17 280:25

**Appalachian** 89:19, 25 90:4,7,14 91:7, 13,16,18 92:3,7 96:19 97:7

**apparently** 131:7

**appeal** 26:2,9

**Appeals** 26:12

**appeared** 102:25

**appears** 131:1 191:14 197:9 224:2

**appendix** 64:13,21 65:20 82:2,6 164:22 236:4 248:18 251:12,13,15,16

**application** 58:14 211:25

**applications** 40:20, 21 172:17

**applied** 40:14 148:24 155:7,16 239:15

**applies** 147:8 149:12

**apply** 38:10 39:20 147:7 148:22 191:1

**applying** 49:21

**approach** 180:4,5, 24

**approval** 86:17 87:6

**approve** 87:15

**approved** 88:1 225:20

**approximate** 168:25

**approximately** 17:14 21:16 23:25 26:25 81:16 124:17 126:21 127:16,20 132:23 136:13 138:14 140:7 148:3 153:19,20 157:4,22 231:7

JEFFREY DAGDIGIAN
88754

September 23, 2025

316

Index: April..back

**April** 191:5 244:19

**aqueous** 96:20

**Arabic** 153:14,16,17
162:19

**Arbor** 172:3,24

**ARCO** 25:2

**area** 21:9 27:20
46:20,21 52:8 72:19
75:19 78:7 99:6,8,9
100:3 102:1 117:20
128:9 129:9,11
135:5 145:17 152:4
153:5,6,7 163:3,9,
22 220:25 221:2
285:7 296:11

**areas** 17:1 39:7
44:16,17 50:1,3
99:1,14 102:5
154:21 222:5

**argument** 77:22
100:1 300:15

**arguments** 301:1

**Army** 206:14

**Aroclor** 205:3,4,5,7,
19 207:8,14

**arranged** 177:16

**arrive** 180:4

**arriving** 177:24
180:19

**arrow** 118:16

**arsenic** 93:11,25
94:5,9 96:20,22
97:5,17 100:18,21,
23,25 101:2 102:19
272:23 273:12

**article** 152:23,25
153:11 187:12,16

**articles** 181:10

**ash** 34:22,24 35:2
85:16,17,19,20
86:1,2,5 87:6,16,19
88:16 89:5,17,19,25
91:11 92:6,17 93:19
94:12,14,20,23
95:4,17 96:19
97:10,12 98:14
103:3 276:3 278:17,
24

**aspects** 147:1

**asphalt** 9:4 21:20
270:7 271:18,19
273:19 275:5,7,12,
18 276:10,20 277:8,
12,21 278:16,24
280:4,20 281:9
282:7,9,13,23
283:19,22 285:10,
22 286:3,8,11
287:10

**Asphalt's** 271:10
273:6,13 275:19
280:5 281:8,14,18

**asphalts** 39:10
284:15

**assembly** 170:13

**assess** 230:6

**assessing** 252:14

**assessment** 30:24
42:13 43:11,14
101:19 102:8,13,16,
18,22 250:15 255:5
262:9 265:15

**assessments** 41:11
43:4,13 102:4
135:20 163:16,22

**assign** 36:13

**assigned** 39:4

**assignments** 41:25
198:4

**assistance** 237:13

**assistant** 41:18

**assisted** 27:13

**associate** 38:25
39:3 234:20

**Association** 152:12

**associations** 156:19

**assume** 27:1 233:8
250:24 277:3,4

**assumed** 61:16

**assuming** 192:19
224:14 248:15
264:15 265:3,25

**assumption** 73:4
116:21 212:24
247:21 276:24
277:7 282:5

**assumptions** 13:25
14:3 38:14 246:1,21

**ate** 22:20

**Atlantic** 252:21
296:10

**ATSDR** 231:16
267:19,22 269:4

**attached** 23:21
222:4 248:22

**attempt** 116:11

**attention** 195:4
196:2 201:14 222:3

**attenuated** 46:12

**attenuation** 46:3,18

**attorney** 8:15

**assigned** 39:4

**assignments** 41:25
198:4

**assistance** 237:13

**assistant** 41:18

**assisted** 27:13

**associate** 38:25
39:3 234:20

**Association** 152:12

**associations** 156:19

**assume** 27:1 233:8
250:24 277:3,4

**assumed** 61:16

**assuming** 192:19
224:14 248:15
264:15 265:3,25

**assumption** 73:4
116:21 212:24
247:21 276:24
277:7 282:5

**assumptions** 13:25
14:3 38:14 246:1,21

**ate** 22:20

**Atlantic** 252:21
296:10

**ATSDR** 231:16
267:19,22 269:4

**attached** 23:21
222:4 248:22

**attempt** 116:11

**attention** 195:4
196:2 201:14 222:3

**attenuated** 46:12

**attenuation** 46:3,18

**attorney** 8:15

**196:18 221:23
226:16**

**attorney's** 247:24

**attorneys** 254:13

**attributable** 119:6,8

**audits** 239:25

**August** 227:17

**author** 188:9

**auto** 22:2 138:15
279:11,19 280:9

**automated** 159:8

**automobiles** 276:5,
11,22 277:12,21
278:2

**Avalon** 47:6 48:6,7,
9 66:11,17 262:14

**average** 112:22

**Avon** 49:6

**aware** 21:7 26:2,15
98:7 99:13,24
100:3,18 148:19
151:8 179:21
220:18 229:14
231:13 242:21
250:14,17,20,24
251:22 253:4
254:24 255:4
262:21 264:22
276:10,20 277:21
278:24 280:4,20
281:15 288:2,11
292:19 293:12

**Azo** 205:18 227:7

---

**B**

**back** 12:19 16:7,10
21:22 29:20 30:21

32:25 33:24 34:1
50:14 52:17 53:8,10
59:3 63:5 76:12,15
79:1 93:1 96:7,16
104:24 134:11
141:21 144:22
160:2 162:3 164:10
166:14,22 177:20
182:3 196:7 198:18,
21,22 202:19
203:14 204:10,15
205:21 207:2,24
208:1 214:10,12
218:5 219:1 224:21
231:7 233:14
235:12 281:6,12
284:21 285:17,24
287:25 288:7 289:9
291:5 293:3,7 294:3
298:6 299:7 301:12
302:15

**backed** 195:16

**backfilled** 278:17

**backfilling** 278:19

**background** 27:20
30:22 32:9 100:3,5
101:2 103:24
294:14,24

**bank** 135:11 136:4,
6,7

**bankrupt** 69:22
135:9,14

**banks** 296:24

**Barclay** 70:25 71:1,
7,19,22 73:20 82:4,
22

**barium** 103:13
109:4

**barrels** 132:24
133:4

**based** 31:15 33:10
59:25 70:6,7 75:25
89:4 94:2 116:21
118:6 149:17,18
152:1 154:10,15
157:9,19 164:2
169:13 171:2,3
180:20 182:8 192:4
194:11 195:6 200:2,
5,9 203:18 206:10
208:5 210:16
250:21 253:11
254:25 276:19
282:5 297:3 302:4

**bases** 292:1

**basic** 31:5 58:13
159:8 214:18,19,21

**basically** 14:22 29:8
40:11 41:13 45:21
46:15 61:16 69:6
74:13 143:10
199:14 231:1 235:1
300:1

**Basin** 89:19,25 90:4,
7,14 91:7,13,16,18
92:4 96:19 97:7

**basing** 16:17 25:10

**basis** 56:14 82:9,22
86:3,15 121:22
147:24 149:11
170:19,20 171:5
186:24 190:25
205:10

**batch** 147:12
158:19,20 159:1
170:4,6,9,14,15,17
297:25

**batteries** 47:13

**Bay** 46:20

**Beach** 48:15 66:1,
12,21

**bear** 14:8 127:6
134:15 274:20

**bearing** 298:14

**began** 110:10 275:8
285:10

**beginning** 105:8
127:12 131:20,21
148:25 149:16
162:20 163:19
181:20 203:2
204:19 296:12

**begins** 33:5 50:23
86:22 93:5 123:16
125:17 127:13
129:4 132:16 186:6

**behalf** 8:17,21 9:3,5
68:17 77:5 81:15
106:7 133:19 214:7
233:19 250:1
251:20 263:10

**belief** 149:21

**believed** 61:2 70:7
192:4

**bell** 89:12 255:25

**belt** 126:17

**beneath** 252:4 283:7

**beneficial** 87:6,15,
20 88:1

**benzidine** 226:24
227:4,8 232:15,18,
22

**big** 39:18,24 43:11

**bigger** 172:15

**bill** 271:4

**billing** 271:1

**bills** 200:10

**bin** 96:5,6

**binder** 244:15,16,
18,23 274:23 275:3

**bio-mediated** 46:12

**biodegradable**
268:25

**biologists** 35:17

**biology** 198:9

**bit** 34:12 76:24
77:19 98:3 127:9
153:24 154:4 190:2
196:6 239:4 267:4
270:11 273:2 291:6

**BKK** 45:16,17
261:11,20

**black** 125:21

**Blalock** 240:6
241:18 242:22
243:17,21 245:23
248:1 257:11 288:8
289:2

**blank** 58:3

**Bleaching** 96:18

**blend** 167:19

**blended** 137:15
160:23 165:5

**blending** 166:23
167:23

**board** 83:8,11
102:12 235:22
236:19 238:13,15
299:9,16,21,25
300:15,24 302:4

**Board's** 301:1

September 23, 2025                          318

**body** 201:11

**Boesch** 215:23
217:3 276:4 279:10,
14

**boiling** 174:3

**bombs** 295:24

**books** 38:8

**booth** 132:22

**booths** 132:19

**border** 21:19

**borings** 31:14,17
42:17

**bottled** 23:1

**bottles** 47:23 48:21

**bottom** 32:22 33:1
38:22 56:13 67:13
129:5 132:20
153:13,18 155:1
171:2 173:4 182:5
229:10 284:14

**bought** 300:25

**Boulevard** 172:3,24,
25

**boundaries** 279:20

**box** 228:5

**Boyd** 269:16

**brake** 128:8 129:8,
11

**Brands** 135:1

**Brea** 39:1

**break** 78:15,21
190:1 269:24
287:18

**breathing** 143:9

**Brent** 43:7,8 58:1
59:23

**bridge** 21:21

**briefly** 45:15 47:11
65:23 75:14

**bright** 28:1

**bring** 133:22 190:6
305:8

**brought** 43:4 78:7
198:20 260:18
284:21

**brown** 77:11

**bucket** 177:10

**buckets** 177:7

**building** 47:15

**buildings** 137:13

**built** 75:21

**bulk** 217:25 218:2,7

**bullet** 110:12
112:11,19 113:6,20,
24 114:3,6,25
115:3,9 118:15,17
122:18 124:8,23
125:13 126:12
132:11 187:13
204:22 249:25
250:2 251:12,15
255:8

**Bulletin** 206:15,16

**bullets** 113:19

**bunch** 151:22

**burial** 280:5

**buried** 276:6,11,22
277:13,22 278:3,25

**burn** 48:17,18,21,25
49:2 209:20

**burner** 245:13,15
290:9

**burning** 94:14,20
95:16,21,24 96:1
290:9

**business** 30:8 38:5,
23 41:16 138:12,16
202:2 259:21

**butcher** 53:4 297:10

**buy** 219:10

**buyer** 47:4

**byproduct** 198:5

**byproducts** 40:22

**C**

**C-H-E-L** 59:14

**cadmium** 93:12
109:4

**Cal** 29:20

**calculate** 116:11

**calculation** 116:24
117:12

**calculations** 37:2
38:13,14 43:18,20
116:14

**calendar** 224:18

**Calepa** 27:23

**California** 39:1
46:20 49:10 50:9
69:2,7 72:13 77:11
137:2,4 147:10
163:2 170:2 253:20
261:17,23 299:9

**call** 96:5 116:2
209:18 245:13
261:6 267:11

**called** 39:5 48:17
49:14 138:11
235:21 253:16
261:1 262:22

**calling** 20:15 239:9

**calls** 74:8 285:11
292:25

**Campbell** 8:17 9:9,
11,16 10:25 14:17,
21 16:5,15 19:24
20:1,3 22:21,23
23:1,3 28:4 30:17,
20 32:6,7,11 33:3,4
34:4 35:22,23 52:24
53:2 57:10 64:9,11,
23 65:5,8,11,14,16,
19 68:3,11,14,15
74:18 78:16,21
79:2,12,13 80:9,17,
18 81:14 82:7
83:13,19,23 87:3
91:20,22 96:10,13,
17 104:3,7 105:3,5
106:1,2 108:6
117:22 118:1,5,9,
12,14 120:5 123:2,7
133:12,15,16,21,24
134:2 150:13 161:9
210:23 228:2,5
237:20 239:7 241:6
248:24 249:1,8,11
252:20 261:7
266:18,20 270:16
291:13 292:24
293:22 294:10
295:3,13 301:17
305:9,11,14

**Campbell's** 291:5

**candidate** 156:17

JEFFREY DAGDIGIAN
88754

September 23, 2025

319
Index: cans..chemicals

**cans** 189:14 217:12

**capable** 43:17

**capacitors** 47:14 204:23

**capillary** 300:6,10, 11,12,16

**captured** 282:19,22

**captures** 283:13

**car** 218:7 277:13,22 278:3

**carbon** 39:5,7,8

**career** 23:17 24:3 30:7 35:9 202:16

**careful** 288:6

**carried** 63:10,15 85:16,25 120:18 179:2 180:13

**carry** 122:18

**cars** 217:17 218:13, 18

**cartons** 47:23

**cartridge** 219:10

**cartridges** 217:19 218:25 219:8

**case** 12:7,24 14:1 16:19 21:2,10 22:12 26:4,9,12,17,25 27:9 43:7 51:22 52:6 57:6 58:23 64:24,25 66:4,6,8, 15 67:13,17 68:22 70:2,9,25 71:5,23 72:1 73:8 74:11,15, 20,21,23 75:7,13 76:16 77:8,10,11,18 78:7 80:20 81:16 82:4,9,11,13,21,23

83:1,5,6,14 87:10 88:15 89:6 90:12 98:6,11 102:11 117:21 118:4,25 122:15 134:17 163:1,9 164:22 176:15 180:16 184:14 188:1 192:9 214:25 235:19,20, 22 236:1,8,11,13, 16,18,21 237:21 238:5,7,13,14,19 239:2 240:22 242:6, 23 243:16,24 244:3 247:20 250:11,15 251:4,17,24 252:1, 8,19 253:4,14,16,20 254:6,13,22 255:1, 3,9,12,17,19,21 256:6,9,14,25 257:12 258:18 266:25 270:7 273:20 276:20,21 278:10 286:16 296:19,20 298:13 300:25 301:5,13,14, 18 302:3,5,9,13,17, 20 303:6,7

**cases** 24:8 26:1 82:2,15 181:3 197:25 254:2 255:18 273:17

**cash** 120:18,19

**Catalina** 48:8 66:2, 10 67:4

**categorical** 39:25

**categories** 145:19 146:3 153:23 154:4

**categorize** 19:9

**category** 157:1

**cattle** 24:25 301:10

**caulking** 219:10

**causation** 72:1

**caused** 25:16

**ceased** 115:19 222:6

**Cecil** 201:8 214:2 216:11 265:20,24

**CEM** 51:12 52:19

**center** 22:1 29:18 39:1 47:22 138:25 141:3 143:17 145:15 146:4,16 171:12,16 181:20 184:6

**centers** 135:7,16,18 136:15,19 159:15, 16,17

**CERCLA** 33:13,20 34:7,14 54:7 55:4 273:17,18 291:10, 14,18,25 292:21 293:19 294:6

**certification** 50:19, 23 51:20

**certifications** 140:19

**certified** 50:18 52:3 102:12

**certifies** 51:13

**cetera** 184:11 304:1

**challenges** 151:17

**chance** 141:25

**change** 23:14 186:18,21 248:7,14 249:1 290:17

**changed** 55:24 107:20 195:16 290:19

**characteristics** 53:12,13 91:16 143:6

**characterization** 42:15 45:24 46:16 58:17 69:16,17 70:5,7,13,17,19 151:20 182:19

**characterizations** 182:21

**characterize** 49:22 50:2 138:20 141:8 142:21 163:7 169:6 181:17 282:11,25 283:17,24 284:11 286:20 296:1 298:3 299:22

**charge** 52:14 265:1 287:7

**charges** 303:10

**Charter** 212:7

**Chase** 271:10

**chat** 306:18

**check** 11:12 262:19

**chemical** 35:11 53:11,12 54:14,15, 23,25 68:17 89:1 143:2,9,12 159:5 205:18 232:18,19 293:18 296:17 297:10,17,18

**chemicals** 33:13 49:19 50:2 52:25 53:19 55:3,22,24 56:3 75:24,25 76:9 143:5 176:17 179:8

199:23 271:17 272:16 273:5 292:6, 10 297:1,20,22 298:25 300:9,13,17, 21

**chemist** 296:19

**chemistry** 28:21 29:9 40:16,18 55:14,23 91:4 97:9, 11 141:16 198:9 282:7 298:20

**chemists** 35:17

**Chemrisk** 43:5,9,10

**chilly** 134:7

**chip** 47:18

**chloride** 250:5

**chlorinated** 69:9 75:17,24 78:6 231:23

**chlorinateds** 69:4

**choose** 119:17

**chose** 79:22

**chosen** 157:1

**Chris** 256:15

**chromium** 93:12 109:5

**chronology** 225:22

**Chung** 269:16

**Cincinnati** 284:22 285:24

**Cinn** 275:22 276:2, 6,12,23 277:13,22 278:22

**circle** 50:14

**circling** 30:21

**circumstances** 38:16 88:21 248:7, 9,14 290:18

**citation** 18:13 203:6

**citations** 197:13 215:22 216:2 304:8

**cite** 148:10 165:8 206:12,13 216:4 267:20 277:9 305:1

**cited** 18:9,22,24 148:14 150:24 161:20 187:23 197:9 201:6,10,15 206:11,19 215:17 216:11 228:24 231:17 260:2 269:15 277:10

**cites** 164:14 187:12

**citing** 175:22

**city** 48:7,14 49:6 66:11,13,17 68:18 220:12

**Civil** 190:7

**claimed** 272:25

**claims** 290:3

**clarification** 11:24

**clarify** 96:4 233:20 260:6

**clarifying** 289:18

**class** 140:15 214:11

**classes** 140:11

**classical** 152:17,21 162:18

**classified** 33:19 209:21 268:24

**clean** 40:1 44:11,15

50:4 51:5,16 77:1 135:10 147:15 210:13 292:7 299:23

**cleaned** 127:25 131:10 135:22 175:5,7 202:20

**cleaning** 146:21 167:14,15 189:20 203:5

**cleanup** 35:15 175:1 250:4 303:11

**clear** 19:14 175:12 183:14 193:17 200:3 274:10 277:5, 19 282:10 285:19 287:9 290:18

**click** 274:9

**client** 36:12 66:17 69:24,25 75:21 76:17,18,22 144:12 240:1 254:6 302:13

**clients** 42:1,2,3 144:8

**close** 45:21 98:2 107:6 135:8,9,10 285:19 303:15

**closed** 45:20 135:17 298:7

**closely** 36:17

**closing** 46:15 123:23 135:15

**Clow** 121:20

**CNC** 127:19

**co-worker** 22:9

**coal** 89:19,25 90:4, 14 91:13,16 92:4,6 94:12,13 95:20,21,

22,23,25 96:5,6,13 97:7

**coals** 96:19

**coast** 48:8 135:2 140:6

**coating** 134:23 152:13

**coatings** 151:25 152:11 154:6,20 155:2,7,16,20

**code** 151:24

**codes** 142:16

**coke** 39:10

**collaboration** 152:10

**collect** 31:17 132:20

**collected** 95:4 96:1 124:24 126:16 132:22

**collecting** 105:16

**collection** 20:7 94:14,20 105:12 124:9 193:17

**collectors** 31:18 124:13,25

**color** 170:14 201:18

**colored** 201:25

**colors** 218:2

**Colton** 197:11

**columns** 103:1,7

**combined** 112:21 113:2 114:15 160:5

**combustible** 278:18,25

**combustion** 94:12

**comment** 15:22
272:13

**comments** 17:4

**commercial** 40:20,
21 118:18 145:15
146:4,6 159:16
172:3,8,14,17
173:18,22 174:23
181:19 182:17
184:5 203:5,21

**committee** 152:23

**common** 105:10
300:8

**commonalities**
169:13 170:21
171:3,6 182:8

**commonality** 170:7

**communicating**
105:22 113:17

**communications**
75:21 134:18
200:19

**companies** 26:7
72:14 75:19,20
107:2 234:4,9
297:21

**companies'** 94:23

**company** 8:18,20,22
41:10,23 43:6 48:24
66:2,10 67:4 68:17,
24 71:1,8 75:12
95:5,6 104:17
134:17 135:2,3
136:5 138:11 140:7
150:7 159:22
190:21 212:7,12,15
263:1,21

**comparable** 93:17,
20

**comparator** 90:1,8,
15 91:14,25 103:14,
15

**comparators** 103:1,
7

**compare** 72:20
94:24 209:14
251:13

**compared** 115:21
116:5 158:1,16
199:18 251:16
280:16

**comparing** 17:12
90:22 92:25 93:6

**comparison** 19:1
91:2,7,24 92:22
93:14 103:2

**comparisons** 93:9
103:17

**compelled** 217:8

**competing** 215:13

**compiled** 271:25

**complained** 279:13

**complaint** 49:17
50:5

**complete** 45:24 66:4
122:4 171:20

**completed** 81:6
164:5,6

**completely** 30:10
37:15 58:10,11
151:25 268:6 273:3

**completing** 29:22

**compliance** 239:25
240:2

**complicated** 128:21

**component** 37:20

**components** 54:14,
15 93:13 185:17

**composition** 34:23
54:23,25 93:18,19
99:23 100:19,21
143:4 206:3 220:4

**compositional**
282:7

**compounds** 34:8,9
141:16

**comprehensive**
249:17,20

**comprised** 126:19

**Conagra** 8:22
190:20,22 223:4

**concentration** 73:3
88:23 92:8 272:24

**concentrations**
88:17 89:2 93:22,24
94:11 96:20 97:5
99:21 100:25
102:19 103:9 109:4

**concepts** 30:8

**concern** 15:23
232:19 297:2

**concerned** 300:23

**concerns** 232:19

**concert** 70:23

**conclude** 179:17
195:17 200:6

**concluded** 90:13
91:25 178:4 262:15

**concluding** 110:21
203:9

**conclusion** 128:23

210:16 218:6
241:15 293:1 300:8

**conclusions** 42:14,
23 83:2 180:20
209:4

**concrete** 23:13
252:2

**concurred** 18:1

**condition** 232:12

**conditioning** 234:17

**conditions** 94:6,10,
14,20 95:17,24
230:11 232:25

**conduct** 239:24

**conducted** 110:25
297:4

**conferences** 45:7

**confidence** 208:22

**confident** 102:1,3

**confirm** 64:20 193:2

**confirming** 38:1
115:6

**conflating** 102:7

**conflict** 144:2

**confused** 257:16

**confusing** 230:19
282:15

**confusion** 291:6

**connected** 13:8
128:8 129:8

**connection** 11:21
92:4

**Conservation**
292:14

JEFFREY DAGDIGIAN                     September 23, 2025                                    322
88754                                                                    Index: consideration..correct

**consideration**
13:18,23 80:14

**considered** 99:15
154:7 155:3 156:25
265:4

**consistency** 95:22

**consistent** 90:11
149:24 169:17
178:5 182:12 197:5
212:24 222:8

**consistently**
103:11,18

**consolidated**
127:11

**constituent** 226:24
227:4

**constituents** 85:20
88:14 94:12

**constitute** 51:25
290:7

**constitutes** 34:6,13
291:18

**constructed** 72:10
192:2

**consultant** 51:14
78:2 297:17

**consultants** 163:11

**contained** 16:14
55:22 60:7 94:7
127:16 128:11
129:12 137:13
173:6 174:18
176:12 177:13
195:8 205:7 216:10
226:22 227:7
229:15 282:4,6
286:19 294:13

**container** 8:24

142:18,19 166:24,
25 167:1 186:11
206:7,12 208:11
219:14 227:3 240:7
241:20 245:12,17
257:14,18 258:11,
12,25 259:4,15,22
260:17,23 263:11
264:7,24 266:7
288:8 289:2 290:5
304:9

**containers** 137:17
142:17 167:2,11,24
173:5,16,20,21,23,
25 174:5,19,22
181:24 183:1
184:21

**containment** 131:24

**contaminant** 96:21

**contaminants** 35:13
92:9 209:2

**contaminated** 31:10
51:7 75:17 99:7
121:6 127:24,25
138:3,6 231:24
286:25

**contamination** 31:2,
6,12 35:11,12
46:11,24 48:10
69:9,19 71:13,20
72:16,24 73:1,4,5
99:17 135:17,21
296:13 300:3,4,6

**contemplated** 11:20

**content** 87:1 89:16

**contents** 88:4
142:2,16 164:19
173:11

**context** 256:6

**continue** 115:7
118:13 155:5 156:8

**continued** 154:7
155:4 304:6

**continuously**
170:12

**contractor** 153:21
156:20

**contractors** 162:1

**contradicts** 265:9

**contrary** 264:19
265:4,9

**contributed** 33:9
192:12 213:18
217:4

**contributing** 77:23

**contributions** 60:12

**control** 45:23 50:7
83:8,11 187:9
235:22 236:19
238:13,15 293:13,
17 299:9,16,21,25
301:1

**controlling** 44:11

**conversation**
279:10

**conversations**
246:16

**conveyor** 126:17

**convincing** 76:5
301:2

**convoluted** 260:11

**coolant** 112:24
131:17

**coolants** 113:7,20

**COPCS** 33:9 192:13

213:19 217:4

**copies** 67:21,23
68:1,2 80:9 144:21
150:18 241:6
248:20

**copper** 25:2 106:12,
18,23 108:17 127:4

**copy** 28:5 64:12,20
83:24,25 104:8
120:6 123:8 145:3
165:3 216:14 224:2
227:10 238:21,25
249:6,8 252:11
254:21 305:16,19
306:2,6

**core** 125:14

**cores** 125:20

**Corporation** 9:4
14:12 70:25 104:10
120:8 123:13
162:13 270:7

**Corps** 206:14

**correct** 10:4 13:4
28:14,15 34:3 35:4
36:4,25 40:25 44:2
53:6 54:3,4 57:4
59:21 61:14 62:19
66:4,18 74:14 79:20
84:7,8 87:24 92:1,2
101:19,20 103:12,
19 104:1,2,15 105:7
106:16 107:20
108:24 109:1,16
114:14,16,20,23
115:8 116:16 117:4,
8 119:9 120:1,14,15
123:14,18,19
128:23 133:19,20
138:8 146:13,16,17
147:23 148:15,16
159:22 161:4 163:6,

17 164:25 171:16
172:1 176:19
177:18,19 188:2
192:13,14 193:8,12
194:14 197:12
201:19,23 204:20
205:6,25 208:9,13,
14 209:7,25 210:1,5
212:8 213:9 219:18,
24 220:6,8,9,14
224:10,16 225:12
226:25 229:22
231:12 232:14
233:25 234:4,9
236:14 239:22
240:2 243:21,22
245:18 248:14
250:6 251:21
253:13 257:9,10,12,
13 258:13,15,24
259:1,2,18 263:17
264:14 265:5,14,24
266:4,5,8,9 267:6,7
272:2,4 275:5,10
287:11,12 299:16
303:5 304:24

**correction** 11:24
35:24

**correctly** 33:15
35:19,25 43:24 44:5
51:10,17 56:25
84:18 85:22 89:20
93:25 94:15 96:23
105:14 106:13
109:6 112:24
113:13,25 119:2
120:22 121:7 122:8
125:7 146:2 148:7
205:8 241:25
267:10 270:19
276:7 285:1 303:23

**correlation** 88:22

**correspondence**
206:6 294:15

**cost** 255:12

**costs** 255:22 262:21

**cotton** 253:17
254:7,10

**counsel** 9:7 22:8
58:8 195:23 210:20
223:18 245:10,20,
22 246:17 251:3

**counting** 148:7

**country** 29:23 40:13
41:19 217:24

**County** 45:16,19
49:11,12 77:6,10,12
78:2 83:17 99:10

**couple** 12:11 45:6
62:1 78:20 79:10,14
81:5 133:12 140:24
141:5 147:19
175:11 181:15
276:1 277:1 294:23
299:6

**courses** 140:11

**coursework** 198:12

**court** 14:8 20:19
24:22 26:12 49:1,3
69:22,23 74:1 76:7
82:24 83:15 239:19
240:4,10,22 242:6,
21 243:21 244:2
246:5 248:1,10
250:17,20,25
251:23 252:6 253:5,
20 254:24 255:16,
23 301:5

**Court's** 239:8
250:14 251:22
252:11 254:22

255:4 289:23

**COVID** 77:16

**CRA** 271:25

**cradle** 142:13

**Crago** 284:19

**crazy** 61:22

**create** 125:1 150:9
167:2

**created** 69:18 75:4
161:24 297:25

**creates** 101:15

**credible** 265:16

**credit** 190:4

**criteria** 85:17 86:1,5

**criticisms** 271:12

**cross-section** 44:18

**crude** 71:15,16

**crystals** 250:5

**cubic** 110:13 118:17

**culprit** 78:13

**curious** 11:6 121:12

**current** 298:13

**curtain** 240:7,11
241:21 242:2
245:13,15 248:6
259:5 290:6,9

**customary** 285:23

**customer** 84:17
160:17 165:5
184:11 215:25

**customers** 160:22

**cutting** 115:15
121:5 126:19
127:24 128:3 130:4,

18,19 131:2,11,17
132:2,6

**cyanide** 122:8

---

### D

**D-O-L-E** 83:11

**Dag-dig-ian** 9:20

**Dagdig** 190:18

**Dagdigian** 8:9 9:12,
20,21,22 10:3 64:12
79:5,6,8 83:24
104:8 120:6 123:8
134:14 185:15
190:16 223:7
233:17 240:5
241:17 244:14
270:4,8 273:16
274:5,7 276:16
280:24 287:13,18

**Dagdigian's** 74:16
223:12

**daily** 121:22 202:18,
23 203:8,22

**damaged** 183:1

**damp** 126:18

**darn** 67:25

**data** 44:5 69:13
70:7,19 72:18,20
142:2,24 159:21
271:24 272:6,11,20,
24 273:11,12,13

**database** 151:22

**date** 14:15 19:17
20:20 81:24 104:19
107:6 124:3 149:2
225:3,4 248:13
276:14 284:25
290:17

JEFFREY DAGDIGIAN                    September 23, 2025                              324
88754                                                              Index: dated..deposition

**dated** 14:10 187:3
191:8

**dates** 104:16 107:18
120:25 121:15
123:21 304:21

**Dave** 190:7 201:7
214:1

**David** 11:14 157:11
222:14,16

**day** 20:5 124:17
126:8,25 162:3
191:1 224:21 289:7

**days** 224:19,20,22

**Dayton** 8:18 21:9,13
80:3 84:2,23 85:5,
12 98:25 99:10
103:23 119:15,25
123:12,20 124:5,10
125:3 126:1 145:16
146:4 168:14
169:16 176:22
177:17 181:19
182:11 184:5
185:15 195:18
202:18,23 203:8,17,
18,22 204:14 211:4,
5,8,22,25 212:7,19
213:2,6,16 214:4
215:25 217:5,22
232:3,8,20 233:1,
23,24 260:4,5,13,19
263:11 264:11
266:8 267:5 272:1
273:11 275:8,13
278:6 280:17 285:4
287:11 304:22

**DCB** 267:11,15,16,
23 268:3,24 269:8,
11,17

**de** 77:19

**deal** 47:20 143:11
206:19

**dealing** 140:12
190:22

**deals** 188:13

**dealt** 219:17

**debris** 278:18,25

**decide** 151:1,2
263:19,20

**decided** 67:8
155:13,14,20
178:14 238:20
258:7

**decides** 263:22

**decision** 14:10
15:11 20:20 74:2
191:22 238:18,19
248:1 250:12 288:2

**declaration** 194:4,9
210:3,4 216:3,14

**declarations** 207:11

**decline** 115:20

**decompose** 231:2

**deconstruction**
47:16

**decreased** 115:17
147:11,21 148:3

**deemed** 153:25

**Defendant's** 274:2

**defendants** 26:7
33:6 78:5 80:20
81:10 192:10
193:16,19

**Defendants'** 16:13

**define** 169:20,21
298:25

**defined** 33:12

**definition** 170:15
291:10,14,24
292:21 293:19

**definitional** 294:5

**definitions** 175:12

**definitive** 181:17

**definitively** 185:15

**degradation** 230:5,
10 231:6 267:9,11,
16 268:3,4

**degrees** 268:17

**delaying** 239:6

**deletions** 193:7
224:6

**delivered** 133:25
217:17,24 218:2,12

**demolition** 47:16

**demonstrating**
226:22

**denied** 225:21

**Dennis** 43:9

**densities** 128:5
130:5

**density** 53:16

**department** 27:22
45:22 50:7 128:9,10
129:9,10,11 295:19
297:16

**depend** 94:13

**depended** 25:13
185:24

**depending** 99:21
139:21 215:2,3

**depends** 219:6

**DEPONENT** 8:14
14:19 16:11 33:23
34:2 52:25 57:9
65:3,10,12 67:25
74:10 83:10 86:24
96:12 105:2 133:22
137:3 144:3 160:9
189:24 195:12
197:1 204:5 207:2
208:2 210:12 212:4
223:22 226:7,10
228:15 230:19
236:3 238:5 243:10
265:8 268:15
269:25 270:18
282:17 285:13
287:15,19 289:4
291:21 292:3 293:3,
8,24 294:11 295:15
298:18

**deposed** 10:4 24:6
70:2 73:8 76:4
77:15

**deposited** 126:17
221:1

**deposition** 9:25
10:21 11:3,7 12:6
15:21 23:23 56:10,
21 60:17,24,25
64:18 65:21 67:19,
22 68:2,16 79:15,22
84:15 150:4 171:8
175:22,24 178:24
185:25 186:2
193:22 195:21
196:20 201:16,22
207:12,21 216:3,4,
15,23 222:17 224:9
225:3 227:18 242:9
251:10 257:3 260:3,
8 271:9,14 273:22
274:16 276:17
290:15 303:24,25

depositions 12:11,
20 60:21 167:22
168:1,3 185:25
199:18 200:17,18
221:10 294:15
303:23

depository 129:1

Depot 219:11

depth 154:24
155:20,23

describe 36:18
50:17 97:9 136:15
139:6 175:23
182:17 202:16
244:16 255:8

describes 171:7
208:18

describing 32:13
121:3 128:21
129:15 196:4
197:10

description 113:22
147:1,6 157:20
177:23 178:7,13,22
180:15 197:6 203:7
213:20 214:19
261:5 273:4

descriptions 119:1
122:16 178:6 179:2

designated 198:1

designation 51:12
292:1

designations
291:17 292:20

designed 50:24

destroyer 241:22,23

destructor 241:24
242:3 259:5 290:6

detail 178:15

determination
264:19 265:10

determine 16:14
29:3 31:11,12,13,16
37:8 48:24 51:1,4
53:13 54:1 56:7
61:5 86:4 92:18
141:12 153:8
176:11 177:5
178:21 179:24
192:9 199:16,23
210:12 232:25
240:1 294:16 296:2
298:7

determined 49:1
56:9 80:22 294:19

determines 53:14

determining 35:13
176:23 294:12

develop 31:10 70:9,
15,20 234:23

developed 71:9,22
72:3 151:12 163:16,
21 164:7

developer 72:3

developing 40:20
162:2 199:3,7

development 71:17
72:17

device 64:3

devoted 26:18 144:7

Diamond 252:19,21
301:8

Dichlorobenzedine
231:2

dichlorobenzidine
226:23 227:8

229:12 231:14

diesel 286:23,24

differ 181:4

difference 157:24
175:13 180:3,24
269:7

differences 158:4
189:3

differential 94:17

differentials 95:15

differently 88:18

differing 128:4

difficult 203:12

dig 48:19

Digital 305:17

direct 134:18 203:9
286:2

directed 35:16 36:6
41:25

directing 36:8 42:6

directly 15:14 18:9
217:20 233:23
279:15 283:4

director 45:18

directories 156:19

dirtiest 44:16

disagree 17:22
55:18 155:12

disagreed 16:24,25
238:15

disappear 231:11

discharge 39:14

discipline 27:20
31:8 38:17 40:19

disclosed 65:21

discovery 62:20
63:1,6,11 64:3 89:6

discuss 118:2
159:10

discussed 249:25
252:20 257:8 267:3
269:3 280:9 282:3
286:10 304:17

discusses 267:8,16

discussing 201:24
237:20 281:17
284:14

discussion 247:19
258:2 263:9 275:17
281:7 286:15 288:9
295:9 304:20

discussions 245:24

dismantled 295:24

dismissal 245:23

dismissed 77:18
243:21,24 244:2
257:12

dismissing 242:22

disposal 35:15
45:11 84:11,21
85:18 86:2 103:23
105:13 106:10
108:3,11,13 112:1,
3,23 119:25 130:2
131:23,24 177:16
185:18 196:4 197:4,
6,11,22 200:14
222:6 241:19
258:23 284:20,23
285:25 286:20
287:9 292:12

dispose 84:17 260:5

JEFFREY DAGDIGIAN
88754

September 23, 2025

326
Index: disposed..duly

**disposed** 119:14 121:6 122:5,7 124:13 130:21 131:13 132:24 139:20,22 177:15 181:23 184:20 188:14 195:7,17 200:15 213:16 222:10 258:20 260:4,13 286:3 287:10

**disposing** 84:23 85:11 104:1

**disposition** 29:4

**disputing** 214:17

**disregarded** 74:21 75:5,6

**disruptor** 248:7

**dissolve** 39:19

**distill** 138:25 139:13

**distillate** 139:15

**distillation** 139:17 173:5

**distilled** 137:14 173:3

**distinction** 269:5

**distribution** 135:6, 16,18 136:14,15,19 137:22 141:3 143:17 145:15 146:16 159:17 171:12,16 252:3

**District** 14:8 48:16 66:1,12,21 77:6,10 78:2 240:8 250:8

**Division** 50:8

**docked** 69:11

**Doctor** 79:3 196:7 223:17 226:19 228:20 237:19

**document** 11:4,17 26:19,24 28:10 37:16 41:2 63:24 74:24 75:4 82:10,24 86:17,24,25 110:21 142:10,11 143:1,3 150:21,24 151:2,3, 5,8,12,25 152:8,9, 15,24 153:8,14 154:11,14,15 156:3 159:21 161:3,10,20, 24 162:1,6,8,9,17 163:1,10 164:15,18 165:9,11 172:7,10 185:7 187:2,25 192:20 194:19,21 208:18 226:23 228:21,23 229:22, 23 230:15 231:8 240:21 243:12 300:24

**documentary** 141:21

**documentation** 226:21 227:3 284:23

**documents** 12:7 56:10,18,20,22 59:4 63:18 74:12 89:5 148:11 149:22 151:14 169:24 185:18 186:3 187:6 199:8 207:19,20 208:6 229:18,20 283:23 284:7,10 303:20 304:3

**Dodge** 196:19 226:8,12,15

**DOJ** 295:20 298:2

**Dole** 71:7,8 83:8,11, 12 235:22 236:19 299:7,22,24 301:5, 13,14 302:14,16,19 303:15

**dovetails** 86:13

**Doyle** 279:10

**Doyle's** 279:11,19 280:9

**dozen** 34:20

**DP&L** 84:22 85:11 87:5 89:6 92:1,11, 18 94:18,24 97:12 98:5 101:1 102:20 103:23 133:19

**DP&L's** 92:17

**DPL** 84:16 85:15,19 98:14

**draft** 11:22 65:2

**drafted** 11:16 20:12 152:8 162:8 181:16 235:3,5,9

**drafts** 234:25

**drain** 128:7 131:4 132:2

**drained** 128:5 129:6 130:1,10

**draining** 131:8 132:9

**dramatically** 115:17

**draw** 58:3 195:4 222:3

**drawings** 141:24

**Drew** 8:17 14:16 133:11 210:25

**DOJ** — 241:9 248:22 294:3 295:2 299:10

**Drew's** 294:8

**driers** 138:22

**drill** 31:17

**drink** 23:1

**drinking** 93:23,24 94:4,8 96:22

**driving** 12:10

**drop** 35:7

**drum** 115:10,12,25 116:1 128:8 129:8, 11 159:3 204:24 205:1

**Drummed** 125:13

**drums** 112:21,22 113:2,12,16 114:13 115:14 116:3 121:21 122:7 125:22 126:1,2,7 132:22 139:11 217:15 218:8,12,14 219:21 280:5 286:19,21 287:8,11 298:1,4

**dry** 167:25

**Dryden** 21:20

**drying** 125:14

**DSA** 75:11 76:7

**DTSC** 46:10 49:17

**DTSE** 50:5

**Duces** 11:3

**due** 128:4 130:5 281:23

**duly** 9:12

**dump** 21:13 22:25
84:23 85:5,12
103:23 119:15,25
176:22 177:17
195:19 213:16
214:4,6 215:25
216:13 217:5
220:24 221:1 232:3,
8,20 233:1,23,24
260:4,5,13,19,23
261:1,10,12 262:2
263:12 264:11
266:8 267:5 272:1
273:11 275:8,13,22
276:2,6,12,23
277:1,14 278:6,23
280:17 287:1,11

**Dump?and** 277:23

**dumped** 49:25 50:2
124:17 125:2,7

**dumping** 159:4
279:13,15,24 280:4

**dumps** 227:21
261:18,23,24 262:5
283:14 295:7

**duration** 107:17,24
109:24 133:8,9

**Durham** 8:21
190:15,20 192:17
194:17 195:11,13
196:1 197:2 198:24,
25 202:14,15 203:4
204:9,12,20,21
206:24 207:6,22
208:3 209:12,13
211:1,7,14,21,23
212:5 214:13
216:19,25 217:1
219:2,3 221:12,16,
19,25 222:2,22
223:13,16,25

224:23 225:1,6,17,
23 226:1,17,18
228:6,8,11,19
229:4,7 230:18,21
232:6 233:3 240:23,
25 241:4 260:2
263:6,15 266:2
267:4 290:20
305:18,20

**Durham's** 303:18

**dust** 124:9,12,13,24

**dye** 296:15

**dyes** 205:17,19
227:7 297:22

———————————

**E**

**e-mail** 306:16

**earlier** 41:24 43:5
84:9 102:2 103:21
126:24 171:14
173:1 193:13
220:10 228:24
233:18 234:11
257:8 259:13
264:15 266:3 267:9
270:11 288:9 291:5
297:9 300:24

**early** 120:21 186:15
253:24 276:25
304:22

**easier** 39:21 81:12
127:9

**easily** 228:3

**East** 89:17

**Eastern** 78:17

**echo** 10:7

**ecological** 33:14,21
54:8 55:11,16

101:16

**economy** 218:25
219:5

**Ed** 201:7 214:2
264:3

**edited** 162:12

**Edsel** 172:20

**educate** 38:18

**effect** 38:18

**effectively** 262:10

**effects** 33:14 99:16

**effort** 36:19 68:9
201:20

**eight-hour** 126:22

**EI** 75:16

**electric** 39:14
204:24

**electroless** 106:12,
18,23 108:17

**electromechanical**
120:19

**electronic** 305:20,
23 306:6

**elevate** 36:23

**eliminate** 186:23

**Elizabeth** 22:9
27:16,19 234:12,19

**Ellis** 138:11 140:2,8,
25 141:4,7 144:12
148:1

**else's** 86:6 263:3

**emanating** 154:3

**emitting** 281:23

**employed** 29:2

199:17

**employee** 202:20

**employees** 84:16
126:1 137:9 142:20
157:7 168:3 169:8
199:19 200:5,16

**employees'** 185:25

**employer** 209:1

**employers** 38:22

**empty** 137:16
147:15 166:24
287:8,10

**emulsions** 148:5

**enamels** 138:17

**encompassing**
249:21

**end** 93:4 106:6
128:23 169:11
170:13 171:2 222:6
284:18

**ended** 29:21

**ending** 104:19
142:13

**ends** 39:9

**Energy** 253:17

**engaged** 23:25
31:21 34:21 81:15
213:17 223:17
225:11

**engagement** 14:9,
23 15:7 23:22 28:18
34:17 37:20 54:3
81:22 87:23 88:13
119:23 213:17

**engagements**
23:18,24 197:23

engineer 27:21 28:1

Engineering 41:3,8

engineers 35:19
206:14

English 61:3

engraver 217:17

enjoyable 10:21

enlarge 275:1

enrichment 295:21,
22

ensure 50:24

entered 245:11
283:9

entering 10:1 46:16

entire 10:6 21:18
25:11 37:16 100:13
128:22 149:13,24
161:10

entities 106:8
243:17 256:19
275:18

entity 8:24 20:6
233:22 258:22

entry 14:11 20:21

environment 53:14,
18,20 181:3

environmental
28:22 35:10,14
41:3,8,9 42:13
50:18 51:14 52:3
56:18 102:9 135:20
162:4,12 163:11
187:4 198:16
239:18 298:19

EPA 50:9 96:21
97:6,13 111:1
148:11 149:18,21

150:23 151:13
152:5,19 153:21
155:13 159:10
161:3,20,25 162:6
165:11 169:24
172:7,10 187:3,5
211:19,24 291:17
292:1

equations 43:18

equipment 31:16
47:15 75:21 146:21
189:21 199:16
208:21 296:16

error 43:22 117:14
143:8

errors 43:23

essentially 76:25
159:23 211:15

establish 214:14,15

established 79:19

estate 262:9

estimate 116:14
137:6 144:5

et al 14:12

evaluate 16:12
29:23 31:20 33:6
36:22 37:5 53:19
60:10,13,14 69:13
137:23 138:2,3,4
153:8 180:6,10
209:1

evaluated 28:24
29:1 61:5 74:17
75:2 134:22 176:11
199:2,5,8,12

evaluating 34:9
36:23 48:4,9

evaluation 33:10

37:8 44:14

event 10:14

eventually 43:25
131:11

evidence 110:5
210:14 215:5,6,7
219:22,23 220:1,4
242:7,12 265:5,9
277:9,10,11,20,24
278:23 279:23
280:3,19 282:2
285:3,18,20 286:1,2
287:4 303:19

evidently 238:17

evolved 261:18

exact 81:20 147:11
168:19 235:25

exaggerated 273:2

EXAMINATION 9:15
134:12 190:14
233:15 270:2
287:20

examined 9:13

examining 98:5

examples 25:20
42:6

excavated 276:13
277:1

excavation 277:3

exceeded 93:24

exception 247:21

excerpt 145:6
221:22

excerpts 150:21
161:12

excessive 255:24

exclude 20:22 223:6

excluded 24:22
25:16,23 33:18
119:24 242:7,12
253:10,12 259:7
288:15 290:3,6
301:7,24 302:17
303:3

exclusion 25:17

excuse 118:16
174:19 175:9 226:9
239:6 246:4,6
293:17

exercise 37:7 196:7

exhibit 10:2,23 11:2
28:2,6 32:24 64:20
82:4 83:21,25
104:5,9 120:3,7
123:5,9 144:16,18
150:14,15,23 156:4
160:3 161:6,7,15
164:10 168:9
184:25 185:3,6
192:15,19,25
194:15,19 198:22
209:10 221:14,16,
17 222:4 227:25
228:17 237:21
238:23 240:23
241:1 242:20 243:1,
7,15 244:6,8,10,11
245:7 248:5,18,20,
23,24,25 249:3,4,14
251:6,10 252:24
257:3 266:12,16,18,
21,24 273:23
274:10,16,17
287:24 306:15

exhibits 59:1 274:2
287:22

NAEGELI
DEPOSITION & TRIAL | (800) 528-3335
NAEGELIUSA.COM

**exist** 88:15,16 99:14

**existed** 88:17 151:8

**existence** 56:7

**exists** 100:18

**Exner** 13:4 16:18 18:3,24 19:11,21 60:5,7 79:16 90:7 119:13 134:19 151:4 152:7 191:12,19 192:6 193:15,18 194:3,9 195:15 197:10 207:9 208:7,10 210:2 226:2

**Exner's** 13:23 16:21 19:16 102:25 119:17 151:6,9 191:16 193:10,22,25 194:12 195:5 196:3 197:6 199:22 209:9 210:7 217:20

**expanded** 154:19

**expect** 69:8 188:22 215:13

**experience** 30:23 32:12 51:14 64:18 87:14,17,18 148:1 156:20 187:11 203:16,18 220:20 239:17 261:9 273:16 294:25 295:4,8 298:10,11

**experiences** 17:6,7 202:5 227:20

**expert** 11:8 12:17 13:10,19 15:12 16:1 20:16 23:18 24:1 25:15 26:20 28:18 30:23 31:1 43:14 48:24 56:14 57:6,11,14 58:7 67:6

70:12 71:6 73:19 76:3 77:13 80:20 81:3 101:19,25 102:5,13 104:10 117:18 191:4,5,12 192:22 197:25 198:2,4 221:6,24,25 225:25 234:13,23 235:19 238:6 244:19 246:17 248:19 249:18 253:9 255:8 256:6,15,18 257:20 271:10 272:22 274:6 288:25 289:9 295:1,20 298:16 299:17 301:6,24 302:8,20 303:3 305:2,5

**expertise** 15:24,25 28:17,19 31:7 34:22 37:20,23 51:19 102:11,14 117:21

**experts** 12:24 13:7 14:14,24 22:10,12,16,17 43:7 57:25 59:4 67:5,6 73:21,23 198:1 301:24 302:16

**explain** 37:4 38:12 92:5 191:17 199:4,12 215:14 237:19 238:3 294:7 301:16

**explaining** 74:1

**exposure** 209:1

**express** 19:12 91:18 100:15 101:24 117:17

**expressed** 19:11 51:25 57:21 117:19

**expressing** 34:5 60:3 91:14 101:14

**expression** 103:25

**expressly** 14:4

**extended** 279:19

**extent** 16:2 38:11 62:3 65:23 90:9 98:7,22 135:21 166:19 174:21 191:25 195:1 224:5 239:14 245:11 286:23 300:19

**extra** 190:3 241:6

## F

**facilitate** 30:4

**facilities** 16:13 29:2,24 40:12 63:9 105:10,11 107:13,17 109:16 135:10 136:11 137:21 140:2 146:3 149:3,5,7 163:14,17 164:6,9 169:14 170:22 171:4,25 176:17,23 179:3 180:18 182:9 187:8 273:20 297:3

**facility** 17:5,7,12,13,15,16 29:5,7 52:11 54:23 75:22 95:7 104:21 109:19,21 111:12 116:16 128:8,13 129:7 132:3 135:5,15 136:21 137:6,7,20 139:12 140:5,23 142:3 143:14 145:20 147:3 150:5 158:22 159:2

166:23 179:1,14 181:13 211:25 212:7 213:6,11 218:12,16 252:4 285:5 295:10,18 296:1 298:5 304:23

**facility's** 107:24

**fact** 12:21 64:4 85:10 90:22 101:18 110:22 129:20 150:2,8 151:24 167:23 170:3 179:6 239:24 242:25 249:21 255:23 260:4,22 272:25 276:13 285:6

**factors** 214:15,16,17,18 215:15

**factory** 155:7,16

**factual** 110:22,23

**failed** 215:18 230:4

**failing** 50:13

**fails** 186:7

**fair** 17:25 18:3,4 20:16,17 23:19 33:17,21 34:14 35:3 37:20,21,23,24 38:19 48:2 54:8 57:2 62:3,6 63:1 67:10 79:23,24 85:12,13 88:17 91:21 94:21 107:15 118:9 146:25 147:3 154:10 157:9,19,23 175:6 176:1 178:6 203:23 213:1 214:18 239:19 264:20 272:7,11 282:14 283:15 286:12

JEFFREY DAGDIGIAN                    September 23, 2025                              330
88754                                                                    Index: fairly..frame

**fairly** 137:11

**fall** 164:21

**falls** 132:20

**familiar** 22:23 99:3
152:5 187:16
191:21 192:19
194:19 196:3
201:21 221:2,5
228:20 267:22
268:21 269:1,8
295:9 297:13

**family** 138:12

**farmer** 254:7

**fate** 52:23 53:15
54:1,24 70:14 300:4

**fault** 72:1,2

**favor** 245:11

**February** 81:18

**federal** 160:15 190:7
297:6

**Federation** 152:13

**fee** 262:23 263:3

**feel** 23:8 30:15,18
102:3 217:7 280:12,
13

**feeling** 10:19 23:8

**fees** 270:11,13

**feet** 126:20,21 137:9
169:6 300:14

**felt** 18:8,18 30:9
58:10 102:1 192:4
273:4

**ferric** 46:7

**ferrous** 46:6 250:5

**fertilizers** 49:20

**fiber** 217:15

**field** 37:12

**figure** 17:15 44:8,10
49:17,25 52:9
71:12,20,24 73:6
127:7 177:1 178:16

**FII** 153:15

**filed** 240:21 276:21

**fill** 155:21 239:5

**filled** 126:22 211:25

**filling** 72:25

**Filters** 132:12

**filtration** 203:5,21

**filtration"--** 203:3

**final** 133:12 156:23
210:19

**finally** 73:2 103:15
293:12

**find** 11:22 16:23
36:2 43:23 62:16
95:12,15 101:10
104:24 136:9
252:25 268:19
301:1

**finding** 270:21

**findings** 215:12,14

**fine** 118:8 168:6
210:22 223:8
257:23

**finish** 247:15

**finished** 217:11
246:7 247:16,17

**Finley** 43:8 44:21
58:1 59:23 100:1
102:10

**Finley's** 60:1,4
133:19

**firm** 69:15,17 70:20
78:3 254:14,15,17
270:9

**firms** 163:8,23

**firsthand** 63:9

**five-gallon** 219:21

**five-year** 108:9,19

**flare** 235:16

**flash** 98:5

**flawed** 252:8

**flexible** 205:16

**flip** 131:20 156:8

**floated** 129:25

**floor** 252:2

**flow** 141:24

**flows** 73:4

**fluid** 126:19 128:12
129:12 131:17
205:1 217:16

**fluids** 121:5

**fly** 34:22,24 35:2
85:16,19,20 87:6,
16,19 88:15 89:5,
19,24 91:11 92:6,17
93:18 95:4 96:19
97:10,12 98:14

**focus** 44:16 163:10

**focused** 159:18
172:16 181:7
218:14

**focusing** 88:14
173:11

**folks** 142:3 221:13

**follow** 93:9 208:4
229:5 247:11,14,24

**follow-up** 294:2

**follow-ups** 79:14

**Foods** 71:8 83:11
235:22

**footnote** 111:2
161:2,20 164:11
201:11,15 206:22

**footnotes** 148:6,7,
10 211:12

**forces** 300:11

**forever** 232:1

**forklift** 159:4

**form** 112:23 191:18
288:19 292:24
294:10 295:4
298:17 305:4

**formed** 17:17
141:12,13 151:16
179:5 191:13

**forming** 188:1 217:6

**forward** 148:3 215:8
223:14 258:8

**found** 77:2 96:20
100:25 154:2 192:7
199:23 231:14
232:3,7,15 250:20,
25 252:6 254:25
255:23 272:19

**foundation** 295:4

**foundry** 124:6,9
125:3,20 126:1

**fountain** 203:10

**fourth** 188:15 292:8

**frame** 81:1 136:3

138:14 168:19
277:16 305:14

**Frank** 59:7,9

**Fred** 41:13

**free** 280:12,13

**frequency** 108:13
126:6

**frequently** 84:17

**Friday** 223:2,20

**front** 10:2 224:18
240:16 244:15
249:14 251:10
267:1 287:24,25

**fuel** 286:11,23,24

**full** 50:22 85:14
86:21 109:2 137:17
170:17 201:5
204:13 208:16
220:23 296:20

**full-service** 41:9

**Fullerton** 29:20

**future** 290:17

---

**G**

---

**G-E-T** 59:12

**gallon** 126:7 127:18
219:21

**gallons** 106:11,17
108:17,19,20
112:16 113:4 115:1
116:1,3 121:6 122:6
127:21 169:3
217:14

**gallons/year** 112:12

**garden** 100:22
101:10

**gasoline** 69:7
286:23

**gated** 21:24

**gave** 67:19 180:15
193:15 208:21
251:16 273:6

**geared** 189:9,10

**gee** 44:8

**geez** 13:9

**general** 56:19 70:12
91:4 102:8 110:20
121:15 147:2
149:10 151:11
161:23 163:6 164:8
169:17 172:13
182:12 186:8
199:14 202:5
204:24 259:15,22
298:9 303:25

**generally** 34:2 42:5
60:8 61:2,19 85:19
93:22 94:4 107:25
122:1 127:20
160:23 165:5 178:9
179:14,15 188:8
217:11,17 221:1,7
239:16 268:3 281:9

**generate** 115:7
117:6 139:1,2
166:21 167:5,19

**generated** 16:12
17:8 33:7 53:23
61:6 63:19 69:14
109:20 112:17,22
121:4 125:21
141:17 142:11
151:18 154:1
158:10 160:24
165:6 166:17
169:16 173:22

**gasoline** 174:14 176:16,23
181:19 182:11
183:16 184:5
192:10 208:24
209:7 211:3,8,19,20
212:18,20,25 216:9
258:12,14 273:19
295:21 297:2

**generating** 117:2,6
166:8,11 167:6,14
205:11 212:12,23
213:3,5,12 220:2

**generation** 157:25

**generator** 119:22

**geographic** 156:24

**Geological** 89:18

**geologist** 58:18
59:16

**geologists** 35:18
42:25

**geology** 56:19,20
59:16

**George** 200:23
201:7,10 203:6

**Gerbig** 271:10
272:15

**germane** 13:15
51:21 52:6,7,14
58:20,22 60:2
62:10,17 80:22

**Getchel** 59:8,10

**GHD** 271:25

**give** 8:12 23:24
26:17 36:1 42:6
63:14 68:21 74:4
81:19 99:21 104:3
121:17 123:3
144:25 145:2

158:14 171:20
223:7 237:14 252:7
256:6

**giving** 106:4 203:7
228:2

**goal** 139:8 186:21
213:21

**goals** 36:11

**gold** 25:2

**golf** 45:20 49:7,9,13

**Gonzalez** 22:9
27:16,19 234:12,19

**good** 9:17,21,22,23
10:19 20:1 23:8
30:13 40:6 42:1
67:1,5,6 72:18
79:12 150:11
157:17 169:4
190:16 226:11
233:17 236:2 249:9
269:25

**gosh** 50:11 62:1
75:10

**grab** 65:7

**gradients** 73:3

**graduated** 29:19

**grammarians** 20:19

**granted** 180:19
223:11 288:13

**graphite** 39:13

**grave** 142:14

**gravity** 129:25 300:9

**gray** 121:21

**grayish** 125:21

**grease** 286:11

**great** 9:24 11:1,15
134:8 170:7

**greater** 122:11
217:19 218:25
219:5

**Green** 49:7 262:17

**Greenwaste** 46:19

**Gregory** 172:20

**Grillot** 175:23 214:2
264:4 265:16
278:15

**Grillot's** 264:14

**Grocery** 8:22 190:21

**ground** 21:18 70:22
279:13,15 286:4

**groundwater** 35:12
45:25 46:4 47:2
51:3 52:21 77:24
99:17 138:4,6 252:4
285:7 286:25 296:3
299:2

**group** 39:5,6,16
41:12 58:16 77:22
78:1 106:17 129:19

**grower** 254:7

**Growers** 253:17
254:10

**growth** 30:11

**guard** 14:19 15:11
191:22 210:6,10,20
239:8,9

**guess** 34:11 71:25
86:12 90:18 91:15
93:9 111:22 114:9
115:6 129:3 130:18
133:6 157:14
166:14 209:20
212:23 228:7

**guessing** 121:23
138:13

**guidance** 106:4

**Guides** 161:15

**gummy** 125:21

**Guthrie** 261:1,2

**guys** 44:25 64:10
145:1 190:4

---

### H

**Hagen** 11:14 58:2
222:14 230:3
231:10

**Hagen's** 58:24
222:17 226:3
227:11

**half** 15:9 24:11
81:17 122:1 225:9
271:5

**half-life** 231:7

**half-lives** 268:20
269:14

**hand** 8:10 28:5
192:18

**handed** 11:1 64:12
83:24 104:8

**handing** 194:18

**handle** 30:1 39:20

**handled** 61:7

**hands** 100:22
181:12

**handy** 65:9

**happen** 16:4 120:24
123:25

**happened** 82:25

181:8 225:4 238:4

**happening** 208:19

**happy** 12:18 37:17
42:2 240:18 252:15

**harbor** 69:12

**hard** 43:19 107:23
190:17

**harmful** 33:14,20

**Hart** 41:9,22

**hate** 299:6

**haul** 263:2

**hauled** 132:23 133:4

**hauler** 259:16

**Hazard** 54:10

**hazardous** 16:14
33:7,11,12,19 34:6,
10,13 35:11 50:8,25
51:2,4,5,6,8,17
52:1,10,11 54:6,9,
10 55:4 56:5,8 88:4,
11,19 91:11 101:7,
8,12 109:24 118:3
119:21 139:24
154:5 155:2 174:18,
20 176:11 177:12,
16,17 179:18,24
180:11 181:7
183:24 185:17
186:19 187:21
188:18 192:11
195:8,18 200:7,8
204:1 205:11 209:6
212:11,17 213:3
216:10 230:7
273:17,19 281:13
282:4 283:1,18,21,
24 284:7 286:21
287:3 290:10 291:8,
11,14,16,18,25

292:20,21 293:9,18,
20 294:4,5,9,13,17

**head** 10:9

**headed** 146:20
171:11 174:7
175:18

**heading** 35:7 109:14
124:5 126:11
182:18

**headquartered** 69:3

**health** 33:15,21 54:8
55:16,17 101:16

**hear** 74:21 113:25
196:24 234:14
260:9 304:2

**heard** 96:8 195:22
214:20 256:4,5,14
280:25 292:11
296:4 302:25
303:22

**hearing** 298:6

**hearsay** 74:8

**heavily** 200:23

**heavy** 39:9 40:4,9,
22 48:11 91:10 92:8
94:7 99:8 138:21
183:24 284:11

**held** 240:5

**helped** 23:5 70:19
73:6 135:22 152:12,
14 186:1

**helping** 23:13 97:9

**helps** 286:20

**hexavalent** 109:5

**high** 44:9 48:9 73:5
214:10 268:3

JEFFREY DAGDIGIAN                September 23, 2025                                          333
88754                                                              Index: high-grade..in-depth

**high-grade** 39:13

**higher** 89:2 174:2

**highlighted** 173:19

**highlights** 245:2

**highly** 99:6 183:23 296:11

**hired** 27:22 38:25 41:7,13 78:2 136:4 161:25 254:13 295:19 296:18 297:16

**hiring** 37:22

**historian** 180:5,8,25

**historians** 181:2

**historical** 51:24 75:25 76:9 178:2,22

**history** 21:9 56:19 72:7 75:25 85:8 147:6 149:19 150:7 171:20 261:21 278:11 286:17

**Hobart** 14:12 104:10,17,21,24 105:9 106:9 107:2, 6,7,13 108:2,9 109:2,15,16,19 112:6 114:22 115:18 118:23 119:2,6,10,14

**hoist** 159:3

**hold** 30:23 31:1 126:14 230:20 296:21 306:11

**holes** 48:20 70:22

**Hollander** 70:25 71:1,7,19,22 73:20 82:4

**home** 219:10 241:9

**honest** 64:8 100:10

**hopper** 126:18,20, 25

**hoppers** 124:14,16, 21 126:21,24 127:5

**Horace** 215:22 276:4

**horrible** 43:2

**hosting** 9:25

**hour** 190:6 270:20 271:3

**hourly** 270:14,15

**hours** 27:3,6 78:20 190:3

**housekeeping** 64:23

**housing** 71:9,16

**How's** 177:3

**Huffman** 104:24 107:6 109:15,19

**huge** 268:19 269:7

**Hugh** 206:14

**human** 30:24 33:20 54:8 55:16 101:16 102:4

**humans** 33:14 55:11

**hundreds** 28:23 31:25 32:1

**Hunter** 201:8 214:2 216:12 217:3 265:21

**Hunter's** 216:14,23 265:24 266:3

**hurry** 221:12

**hurt** 49:24

**Hutchins** 89:17 90:1,2 103:3

**hydraulic** 127:6,17, 23,25 128:4,6 129:6 130:5,8,18 131:4,6, 9,12 132:1

**hydro-** 56:19

**hydro-geologist** 35:20

**hydro-geology** 59:19

**hydrologists** 35:18, 21

**hydrology** 31:4,5 59:17,18

**hygiene** 41:12

**hypothetical** 88:5,6

_____

**I**

**i.e.** 220:24

**ID** 196:22,25

**idea** 30:9,13 46:10 48:13 188:21 189:2

**identification** 10:24 28:3 83:22 104:6 120:4 123:6 144:19 150:16 161:8 185:4 192:16 194:16 221:18 228:18 241:2 249:5 251:7 266:22 274:18 286:18

**identified** 45:10 48:16 56:6 60:21 62:4 94:3 103:12 109:23 115:3 235:7

**identify** 18:8 37:18 38:22 47:8 61:23 64:16 90:17 122:18 191:8 192:20 207:8 222:21 235:2 278:1

**identifying** 48:1 53:6 55:3 88:14 115:19 199:3 205:10

**if/then** 44:13

**ignitable** 209:19,21, 23

**ignorant** 30:10

**ignore** 215:6

**IIS** 262:4

**imagine** 107:23

**impact** 54:8 57:21 278:12 296:2

**impacted** 47:2 73:1 299:1

**impacting** 275:19

**impediments** 10:19

**Imperial** 49:12

**implemented** 186:8

**implicitly** 34:8

**important** 10:8 58:5 62:2,11,12 63:8 95:21 225:22 239:21

**impressive** 65:17

**improve** 37:10

**improving** 40:20

**impurities** 94:13

**in-** 154:23

**in-depth** 154:7,11,

16 155:4,13 157:15

**inaccuracies** 61:23

**inaccurate** 250:21
272:16,19

**inappropriate**
117:20

**incineration** 166:2,
11

**include** 17:19 27:7
151:1 153:22
154:21 171:18
209:5,16 272:5
288:25 291:17
296:15,17

**included** 131:2
156:3 203:10 210:2
291:9 293:24

**includes** 118:25
122:16 145:6
160:20 204:3 292:6,
9

**including** 105:12
186:9 197:11 214:1

**incomplete** 250:21

**inconsistencies**
61:24

**inconsistency** 62:4,
8,16

**incorporate** 273:10

**incorporated** 299:2

**incorporates** 272:11

**incorrect** 271:16

**incubated** 269:9,10

**incurred** 270:12

**independently** 56:7

**indication** 122:10

**indicator** 150:12

**individual** 25:9
42:12 50:24 61:24
193:15

**Individually** 260:14

**individuals** 40:3
48:19 176:22
297:20

**industrial** 21:9
99:23 110:25
153:23 154:3
241:19 259:16

**industrialized**
296:11

**industries** 151:23

**industry** 28:22
134:24,25 138:9
140:9,12,16,20
144:7,13 147:2,7
149:23,25 151:15,
25 152:19 154:2,6,
12,16,20,22,23
155:3,7,14,15,16,
17,20 156:18
157:21 161:16
162:4 163:5,13
169:15,17,21
170:23 171:5 178:2,
4,13,23 179:24
182:10,12 186:9
187:4,23 188:9
199:15 200:9
296:14

**industry's** 157:4

**inference** 107:15
117:24 227:6

**influence** 158:7

**information** 51:24
63:9 90:10 103:24

105:22 107:1 112:2
116:7,13,20,22
117:10 118:6,20,24
126:6 127:3 133:2
141:22 153:6
163:15 165:12
171:23 172:23
174:12 175:18
176:5,25 177:2
180:7,10,17 181:1
208:12 212:16
246:22 276:9,19
279:22 280:14
287:2

**informed** 244:1
245:10,16

**ingredients** 158:24

**inhibit** 238:2

**initial** 154:19 226:4,
5 281:11

**initiating** 153:21

**ink** 203:21 206:3,20
207:4 217:18,24
218:1,3,12,24
219:4,6,17 220:16,
20 226:22,25 227:5
230:7,8

**inks** 205:15 217:11,
16 220:20

**inland** 296:10,24

**Innovative** 77:6

**inquiries** 156:20

**inside** 46:9 158:19
177:9

**insoluble** 40:7

**instance** 38:20 45:3
62:16

**instituted** 46:2

187:8

**instruct** 246:21

**instructed** 247:1

**instructing** 246:18
247:22

**instruction** 247:11,
14,25

**instructions** 10:7
223:3

**Instrument** 75:12

**insulating** 204:25

**integrated** 120:19
158:23

**intend** 85:10 273:10

**intent** 85:16,25

**intention** 30:2

**interchangeably**
175:16

**interested** 39:8 81:2

**interesting** 58:21
219:22

**interject** 81:9

**intermediate** 129:24

**internal** 62:4,16
127:17

**Internet** 38:7

**interpose** 117:16
207:16 257:17

**interposed** 258:9

**interpret** 16:3

**interpretation** 16:1
155:11,12,17
210:10 247:20

**interpreting** 32:18

**interrupt** 10:13

**intersection** 49:10

**interview** 142:20

**intimately** 152:5

**introduction** 28:7 32:22 35:6 162:20, 21

**intrusion** 194:1 207:11

**invented** 40:8 198:16

**inventor** 43:10

**investigate** 214:16

**investigated** 287:6

**investigation** 38:19 50:25 51:16 153:23 154:20 232:25

**investigations** 56:20

**involved** 29:8,25 35:10 36:8 39:12 42:7,18 74:11 75:2, 19 76:10 83:7 134:22,25 136:10 141:13,14,16,19 152:19 162:5 170:1 180:16 181:8 220:16,17 238:7 258:23 273:18 300:11

**involvement** 238:11 295:18

**involves** 139:7 141:10

**involving** 301:5

**iron** 46:7 276:6,11, 22 277:13,22 278:3

**Irvine** 41:18

**Isecure** 125:13

**island** 48:8 66:2,10 67:4 69:10

**issue** 72:1 74:1 77:21 173:19 194:25 198:16 225:11 234:17 242:16 259:6 291:8

**issued** 19:21 20:8, 19 26:12 73:18 224:3 225:14 226:2 242:21 243:11 244:19,20 250:12 272:9

**issues** 143:8 220:17

**issuing** 193:10,23 194:6,9,22 195:15 222:13,18

**items** 108:11

**IV** 162:16

**IWD** 121:7 122:5,6 240:6 242:22 244:1, 2 245:23 248:1 257:11 259:15,22 288:8 289:2

---

**J**

**Jacobs** 162:11

**Jahnke** 206:14

**January** 194:3,8 207:11,12

**Japan** 138:22

**Japanese** 268:22

**Jeffrey** 9:12 221:6, 23 274:7

**Jen** 233:8 295:2 299:11

**Jennifer** 8:23 233:18

**Jersey** 296:5,8

**job** 38:7 45:21 46:1, 22 48:23 49:16,22 69:12 71:12 75:23 78:8,12 135:8,9,25 136:1 137:23 138:18 282:18 295:25 296:22 297:18,24 298:2,22

**jobs** 299:3

**Joe** 190:20 201:7 214:5 303:18 304:6, 16

**joined** 22:11 41:22

**joining** 226:14

**Joseph** 8:21

**journal** 152:17,23, 24,25 153:9 215:12

**Jr** 215:23 276:4 279:10,14

**judge** 14:8 15:11 73:18 74:5,13,15,19 75:5 82:15,18,19,21 223:1,5,9 225:14,20 235:19 236:10,12 237:22 238:17,22 239:1 242:25 259:6 288:2,7,11,16,24 290:3,18 291:2 300:25 302:3

**Judge's** 16:3

**judgment** 72:6 210:19 245:10

**July** 19:16 79:19

112:20 114:19 193:25 207:9,10

**June** 112:20 204:19

**Jurgen** 191:12

**Justice** 295:19 297:16

---

**K**

**keeping** 230:9

**Kemira** 250:1

**Kemp** 8:19 96:8 134:13,16 137:5 144:4,15,20,25 145:4 150:18,19 157:17,18 160:11 161:6,11,13 174:10, 11 182:1,2 183:9 184:25 185:5 187:20,24 189:22 190:11 204:8 228:4 305:22,23

**Kentucky** 295:14

**key** 264:10,11,24

**kilograms** 217:13

**kind** 23:9 31:16 41:15 44:14,18 49:10 53:8 55:10 67:10 72:5,22 76:2 77:25 86:16 87:6 95:21 105:18 127:10 130:13 131:22 133:18 139:4 143:10 261:25 292:25 297:12

**kinds** 40:21 42:7 46:8 52:4 63:18 107:16 141:17

151:16,18 158:7
159:7 179:8,12,14,
17 199:16,23 200:5
205:13 296:25

**knew** 98:9,23
119:15 179:5
195:20

**knowing** 213:8

**knowledge** 51:13
102:8 151:22
179:16 276:16
277:8,12,23 282:6
293:16

**knowledgeable**
50:24 153:5

**Kodavanti** 206:17

**Kugler** 110:13,17

---

**L**

**LA** 68:17,23 69:22
70:5,12 138:12

**lab** 31:19 285:22

**labels** 142:2 204:24

**laboratories** 285:8

**laboratory** 268:2

**lack** 61:17

**lacking** 178:18

**lacquer** 174:4,5

**lading** 200:11

**land** 25:4 26:8
49:21,23 175:8

**landfill** 21:23 34:17
45:16,19 46:10 47:1
48:14,16,25 49:2,14
50:12 60:12 110:14,
18 172:25 173:2,9,

12 174:15,22,25
175:1,2,10 178:25
179:10 186:16
220:8,12,15,17
232:16 261:2,5,10,
11,13 262:15,18,22
263:2,3

**landfilled** 139:23

**landfills** 46:20,23
47:4,13 227:21
231:20,21,24 261:6
295:7

**landowner** 26:6

**Langsam** 270:9

**language** 154:10,14,
15 164:2 191:16

**large** 17:25 26:5
49:13 75:18 77:11
136:17 137:6,11,13,
20 204:23 219:9
296:1,9

**largely** 112:23

**larger** 158:16,22
166:25 167:1
189:17 217:16
219:11

**largest** 41:19 217:23

**Larry** 8:25 22:8
59:21 204:10 222:1
247:13 249:8

**Larry's** 65:6 208:4

**late** 186:15 187:1

**latex** 137:14 138:17
173:24

**law** 15:12 16:1 78:3
254:14

**lawyers** 30:15,18

**layman** 231:9

**leach** 88:21,24 89:3
91:6

**leachate** 85:19
90:23 93:19 94:10
97:13,15 109:3,8,12

**leachates** 90:18
93:15,22 94:7

**leached** 88:11

**leaching** 91:8,15
92:4 94:6 281:13

**lead** 30:12 48:23
93:12 103:14
197:25

**leading** 288:19
291:19 292:2,23

**leads** 277:18

**leaked** 71:14 286:24

**leaks** 287:5

**learn** 36:24 38:6
86:14

**learned** 38:10 41:15
277:3

**leave** 10:2 14:13
222:24 223:11

**leaving** 69:7

**led** 179:17

**left** 29:4,5 40:24
69:19 128:2 167:24

**leftover** 167:12
173:16 174:5

**legal** 74:5 195:23
210:20 223:17
292:25

**Leidos** 75:20 76:20

**length** 273:15

**lengthy** 10:20

**Lentz** 185:7,11,14
187:7,12

**Lentz's** 187:23
188:11,21

**lesser** 122:12

**letter** 81:22 202:20
206:12 208:11
219:13,16,22 227:2
232:17 304:9,12

**letters** 63:19

**level** 96:21 97:6

**levels** 93:23 94:5,8

**license** 50:19 52:3,
19 54:20

**licensed** 27:21

**licensing** 50:18

**life** 149:24

**lifetime** 107:25

**Light** 8:18 84:2

**likelihood** 88:24

**likewise** 110:8

**limine** 20:22 288:4

**limit** 20:14

**limited** 20:15 24:22
25:23 193:14
289:17 294:20

**lines** 93:6 125:16
156:25

**liquid** 112:23 204:25
282:20 283:3,8
284:3

**list** 55:15 81:11
106:10 108:3

156:17 163:20 185:16 186:7 216:16,18,24 232:19 249:17 261:23

**listed** 33:6 212:17 303:22

**listing** 131:3 293:17, 18

**listings** 292:9

**lists** 108:10 231:6 292:6,19

**liter** 92:22 93:10 97:3,18,23,25 98:2

**literally** 66:13 239:15

**literature** 149:18 178:1,6 179:21,23 180:17,22

**lithology** 203:10

**litigation** 56:21 207:13 249:18 299:17

**LLC** 8:22 190:21

**loading** 126:1

**loan** 135:13

**local** 49:9 100:11

**located** 73:1 99:11 128:13 138:11 158:24 259:21 271:17 272:17 273:5,13

**location** 95:9 156:24 284:24

**locations** 284:22

**Lockheed** 295:10

**long** 29:9 44:23 48:15 66:1,12,21 72:11 73:24 185:16 269:14 289:7

**long-time** 84:16

**longer** 160:20 165:22

**Longworth** 90:19

**looked** 21:21 56:12 58:7,9,14,25 59:1 60:5,13 62:24 72:7, 8,9,12,15 73:2 80:21 98:21,23 100:2,6,10 116:24 135:17 154:22 155:19,23 178:24, 25 179:1,4,9,10 182:8 187:2,6 199:14 210:21 218:23 264:18 265:3

**loop** 285:19

**Lorain** 126:11

**Los** 45:16,19 68:18 83:17 163:2,9,22 220:12

**lose** 127:18

**loss** 224:12

**lost** 255:1,3

**lot** 23:15 38:6,10 41:14 43:2,3,19 44:8 47:17 48:12 50:2 55:21 58:19 59:1 63:10,15 69:8 90:3 138:15 142:15 143:11 189:17 203:12 218:1,11 229:23 268:7,14 285:6 296:13

297:25

**lots** 99:19 215:1

**Louis** 226:15

**low** 73:5

**lower** 103:18

**LSSH** 33:5 199:8

**Lucy** 216:14,22 217:3 266:3

**Luke** 196:18 226:8, 10,15

**lunch** 133:23 190:4

---

## M

**Mach** 127:19

**machine** 112:24 113:7,19 114:4 126:12,17,23 127:13,23 131:17

**machines** 120:20 125:19 127:19 128:6

**machining** 39:14 121:5

**made** 41:25 42:1,23 43:1 44:4 59:1 61:21 86:5 118:11 135:13 144:21 147:11,12,19 156:24 165:16 167:7 171:8 202:20 229:12 246:11 248:1 271:13,16 272:19 282:5,12 283:18 290:18 297:23 300:2

**magically** 167:18

**magnitude** 154:5 155:1

**main** 11:16,19 20:8 32:20 48:7 69:1 71:6 136:22 159:6 189:8 284:22

**maintained** 72:10

**major** 75:20 114:6 135:4 141:5 154:3 198:4

**majority** 35:9

**make** 9:18 10:10,15 11:13,19 13:24 14:4 36:24,25 37:16 39:19 42:13,16 43:23 49:23 59:5 68:9 72:6 77:22 80:6 81:12,13 84:6 88:10 105:21 116:14,21 127:5,9 148:23 160:19 170:11,12,14 178:12 196:24 211:19 222:22 235:16 246:3 248:24 258:21 263:1 264:19 265:10 269:6 270:19 297:19

**makes** 89:1

**making** 23:13 42:20 68:8 75:10 100:1 148:18 159:1 165:10 189:9 262:25 264:13,17, 25 265:15,23 266:6

**man** 27:4,6

**manage** 42:3

**managed** 29:7

**management** 8:24 50:25 51:15 142:20 145:7 152:11 233:19,22 234:7 235:6 243:16 245:8 256:19 258:19,22 259:14 288:4 289:1, 10,12,13 290:4

**Management's** 20:22 288:12,14

**manager** 41:18,20 50:18 52:3

**manganese** 103:14

**manifest** 142:9,10

**manifests** 142:6,15

**manufacture** 159:7 169:4 205:18

**manufactured** 69:4 137:14 149:16 158:6 169:3

**manufacturer** 143:2 297:17,18

**manufacturers** 162:3 163:2 217:18 218:24 296:15,16

**manufactures** 296:17

**manufacturing** 76:9 105:11 120:19 126:11 134:24 135:3,4 136:21,22 137:7,22 140:4,13, 23 143:14 145:15 146:10 149:14,20 151:14 158:18 159:18,22 161:16 163:23 164:23 168:14 169:16,25 170:4 179:7 181:22

182:11 184:9 185:16 186:4 188:17,23 189:6,9, 16,20 207:4 273:19 281:8 297:11

**map** 222:3,5,8

**mapped** 48:22

**March** 81:18

**margin** 117:14

**Marina** 50:10 262:18

**mark** 65:5 83:19 144:15 150:13 249:3 266:12 274:15

**marked** 10:23 11:2 28:2,6 83:21,25 104:5,9 120:3,7 123:5,9 144:18 145:2,5 150:15 161:7 185:3 192:15, 18 194:15,18 221:17 228:17 229:2 241:1 242:20 249:4 251:6 257:3 266:21,24 274:17 306:15

**marker** 289:8

**marketable** 165:25

**marketed** 160:21 165:23

**marketing** 42:2

**marking** 65:3,12 274:2

**markings** 245:1

**marks** 245:2

**mastered** 44:1

**matched** 178:14,17,

21

**mated** 36:17

**material** 39:10 48:21 52:10 62:5 91:4,5 110:22,23 139:4 142:1,24 143:4 159:3 173:3 174:18 177:9,11,12 231:25 282:9,23 284:5

**materials** 16:14 29:6 39:12 49:24 54:15, 21 70:8 72:11 91:6 136:18 138:2 141:14,18 165:24 167:5,20 173:7,8 174:25 176:10 179:12,16 186:16 189:13 199:25 200:5 212:18 271:7 286:19 294:12

**math** 24:17 224:24

**Matt** 134:16 161:9 189:25

**matter** 166:8 227:22 281:11,24 282:3,22 299:7,11,12

**mattered** 44:17

**matters** 15:12 35:10 273:18

**Matthew** 8:19 185:7

**maximum** 96:21 97:6,13

**MBA** 29:15,20 30:3 40:11

**MCC** 195:6 199:9

**Mccall** 190:23 192:9 193:2 194:12 195:7, 17 199:3,25 200:11,

15 202:1,3,12,20 203:8,9,18,23 205:11 206:7 207:15 208:8,11,19 209:7 212:6,11,21 213:4,15,18 214:4,7 215:19,24 216:5,13 217:4,22 218:16,22 219:4,14 227:2 303:21 304:3,9 305:5

**Mccall's** 199:2,5,13 201:1 204:2 206:3 215:20 219:23 226:22 227:4 228:25 263:15,25

**MCL** 97:16,25 98:3

**Mclaren** 41:7,13

**Mclaren-** 41:8

**Mclaren-hart** 41:2,6, 22

**meaning** 129:10 130:7 145:14 197:21 263:20

**means** 100:21 111:8,11 112:16 121:10

**meant** 91:19 103:24 106:21,22 289:18 294:7

**measure** 137:8

**measured** 231:5 284:7

**measurement** 285:21

**media** 35:14

**medical** 296:16 297:22

JEFFREY DAGDIGIAN        September 23, 2025        339
88754        Index: medium..Mountain

**medium** 88:15,25

**Meeting** 196:22,25

**MEK** 183:24 252:2,3

**members** 36:14

**memories** 214:11

**memorize** 65:17

**memory** 20:4 50:13
122:3

**memos** 63:20

**mention** 209:19,22
215:18,23 218:13
243:20 253:2
265:12,14

**mentioned** 17:21
36:5 44:20 50:5
58:1,2 80:2,19
98:18 100:7 136:14
140:6 142:24
200:21 227:24
234:11,19 235:18
253:1,3,9 264:10
265:4 267:9,10
302:24 305:2

**mentioning** 101:6

**mercury** 103:14
109:4

**met** 85:17 86:1,5
190:21 233:17

**metal** 89:16 93:21
121:20 126:12
167:16 217:12,13,
14 276:5,11,22
277:13,22 278:2

**metals** 40:4,9 47:14
48:11 91:10 92:8
94:7 99:8 103:12
138:21 183:24
284:11

**method** 201:17
214:19,24 215:1

**methodology** 156:5,
10 157:20 177:24
179:19,22 180:16,
21

**methods** 94:14,21
215:2

**Michael** 201:7 214:2
216:2

**Micro** 75:12

**micrograms** 97:3,24
98:2

**mid** 39:25 121:7,10,
20 157:22

**middle** 21:23 35:7
125:16 156:14

**midway** 281:22

**migrate** 52:20

**migrated** 287:1

**migrates** 52:21

**migrating** 53:19

**milligrams** 92:22
93:10 97:18,23

**million** 255:13
303:9,14

**mind** 18:20 38:1
105:18 154:21
211:6 215:4 291:7

**mine** 25:2,3,13
228:4 301:1

**mined** 96:14

**minimis** 77:19

**minimization**
151:19 162:2,5,7
163:12,21 164:4

186:8,14,18,22,25
187:5,9,21,22 188:6

**minimize** 138:19

**minute** 73:18 146:20
148:20 170:20
171:1

**minutes** 190:3 233:6

**miscellaneous**
292:8

**mischaracterization**
238:1

**misconstrued**
203:20

**missed** 96:6

**mistake** 241:23

**mix** 142:4

**mixed** 124:25
147:13

**mixers** 147:13

**mixture** 115:14

**mixtures** 55:22 56:2
293:19

**Mm-hmm** 17:3
32:15 82:5 90:21
104:12 125:18
130:6,9 164:24
180:9 185:2 243:3
254:3 257:6 263:8
266:14

**model** 72:22 91:8

**modeling** 70:14
73:3

**models** 69:18

**modifications** 11:18
84:6 120:13 123:17
193:7 224:6

**modify** 184:17 215:9

**mom** 225:4,7

**moment** 16:9 28:8
36:1 47:24 64:14
120:9 123:10
215:21

**Monday** 223:22
224:20

**money** 76:23,25
77:19 262:22

**monitored** 46:17

**Monsanto** 17:5 18:1

**Montgomery** 99:10

**month** 112:22
115:10,12,14,25
126:8 127:18
185:10

**months** 21:16
127:23 132:24
133:5 153:20
227:15,16

**morning** 9:17,22
10:18 190:21
220:10 235:18
252:20 253:1
299:20

**Morris** 200:24
201:7,10 202:6,22
203:7

**Morris's** 201:16,21

**motion** 14:12 20:22
222:23 223:11
288:3,12,14,16
300:10,11,12

**motions** 225:15,20,
21

**Mountain** 92:7

**move** 47:7 168:8
190:5 215:8 216:18,
25 217:9 223:5
240:17 246:14,19
270:5

**moves** 53:14

**moving** 26:7 38:21
156:11

**Multimatic** 127:13

**multiplied** 97:24

**multiply** 17:14

**municipal** 261:10

**must've** 87:9,10

**mutually** 77:2

---

**N**

**N&n** 118:18

**Naeem** 9:3 270:3,22
273:25 274:3,14,19
281:4,5 282:15,24
285:15 287:13
306:5,6,8,14

**nails** 47:18

**named** 196:18
256:15

**names** 13:6 22:18
168:5

**National** 120:18
152:11

**natural** 46:3,18
230:5

**naturally** 46:12
100:19 231:2

**nature** 12:8 32:2
52:22 55:13

**NCR** 120:8,18 121:4
122:17

**NCR's** 120:25

**NDEP** 50:23

**necessarily** 88:20
101:23 144:24
150:11 181:7
189:18 265:9

**needed** 11:24 30:11
217:7 280:14

**negotiating** 45:23

**neutralization** 39:23

**neutralizing** 40:5

**Nevada** 25:1 54:20
301:10

**news** 202:18,23
203:8,23 217:16

**newspaper** 181:10
202:2

**nice** 23:7 257:22

**night** 66:13

**Nijman** 8:23 15:16
83:9,12 134:6 160:8
198:23 209:11
226:13 228:14,16
233:7,9,16,18
234:16,18 236:2,5,
24 237:2,5,8,12,15,
18,24 238:9 240:17,
20 241:10 242:10,
18 243:9,14 244:7,
10,12 246:1,3,5,8,
11,14,20,24 247:3,
7,10,13,15,18,23
248:25 249:2,13
251:8 257:22,24
258:3,6,10 259:7,9
260:16 265:11

266:14,17,19,23
268:16 269:20
281:3 287:24 288:6,
18 289:3,11,15,21
290:13 291:19
292:2,23 295:3
298:17 305:15,17

**NIOSH** 208:17,25
209:1 227:24
228:23 229:12,19
304:16

**nitrate** 46:7

**nitride** 46:8

**nitrogen** 39:5,16,22

**NLM** 268:21

**nod** 10:9

**nomenclature** 166:8

**non-** 278:17,24

**non-automated**
159:4

**non-combustibles**
276:3

**non-toxicologists**
43:12

**normal** 101:2

**Northern** 46:20
261:23

**notation** 223:10

**notations** 245:1

**note** 19:20 192:23
223:9 225:13 259:3
288:6

**notes** 12:4,5 80:4,7

**Notice** 11:3

**noting** 244:13

**NPL** 231:14

**nuclear** 295:21,22,
24

**number** 15:17 17:9
22:10 44:9 60:21
64:24,25 65:9,10,25
75:11 77:5 82:4
104:4 121:3,4,19
123:1 126:6 146:20
161:25 204:1 205:5
209:15 228:12
229:25 236:7,9,17
237:20 238:19,22
240:23 251:17
289:13 290:2,7
295:1 301:19

**numbering** 185:1

**numbers** 44:2,18
206:22

**numeral** 153:14
162:19

**numerous** 23:18
215:22

---

**O**

**object** 15:17 74:8
210:9 288:18
289:21 292:24
298:17

**objecting** 289:15

**objection** 15:9,17,
18,20 57:7 91:17
117:16 183:5
207:17 213:21
236:22 237:16,23
245:24 246:7,12,15,
16 247:6 257:17
258:9 260:14 265:6
282:15 285:11

JEFFREY DAGDIGIAN　　　　　　　September 23, 2025　　　　　　　　　　341
88754　　　　　　　　　　　　　　　　　　　　　　　Index: objections..opinions

289:3,25 290:13,20
291:19 292:2,23
294:10

**objections** 242:11
246:8 293:6,22

**objectives** 153:22

**observations** 300:2

**observed** 178:3

**obsolete** 160:16
165:4,20,21 166:16
184:10

**obtaining** 198:9

**occasion** 24:20

**occasionally** 93:23
132:2

**Occidental** 68:17,24
296:18

**occupying** 285:10

**occur** 147:17

**occurred** 61:10
63:25 85:3 94:7
188:6 250:12
278:19 279:25
280:16 281:13

**occurring** 142:1
300:16

**Ocean** 296:10

**October** 222:17

**off-** 111:7

**off-site** 111:4,25
112:1

**offer** 258:19

**offered** 119:11

**offering** 63:3 84:11
85:4 102:5 213:15

**offhand** 136:9
140:10

**office** 27:12 41:18,
19 42:4,10 152:10
157:14 196:18
224:14 226:16
284:22

**officers** 238:14

**offices** 137:18,19

**official** 123:3

**offset** 203:11

**offsite** 166:1,7,11,20
167:14,16 186:10
286:20

**Ogden** 297:12

**Ohio** 8:24 80:3
98:25 99:1,10 101:2
111:1 211:24
233:19,22 234:7
235:6 243:16 245:8
256:19 258:19
288:4 289:1,10,13

**oil** 26:7 39:7,9,18
69:6 71:1,10,11,15,
16 72:14 82:3
115:15 121:6
126:19 127:6,17,18,
20,23,24,25 128:3,
4,6 129:6,25 130:4,
5,8,18,19 131:2,4,6,
9,11,12,17 132:1,2,
6 286:11,24

**oil-based** 173:24

**oils** 40:22 113:9

**omit** 119:17

**omitted** 65:1

**on-** 138:6

**on-site** 138:25 141:4
157:5 167:13 298:1

**one-to-one** 19:1

**ongoing** 140:8

**Oops** 65:3

**opened** 123:24

**opening** 38:23

**Operable** 45:25

**operated** 104:22
105:6 107:7 145:14
168:18 172:14

**operating** 138:16
145:13 149:4
168:20 275:8 277:2
304:23

**operation** 33:8
104:17 107:18
116:16 117:13
123:22 126:13
139:3,7,8 192:12
208:20 213:6
217:23 219:23
220:24 245:12
259:21

**operational** 137:18

**operations** 85:2
108:9 115:19
120:25 124:9
136:11 137:24
155:8,17 159:11
168:13 169:15,21,
23,25 170:23 171:5
172:8 182:10 199:2,
5,11,13 273:6 297:3

**operator** 259:5
290:5

**operators** 296:23

**opine** 75:15 101:22

**opined** 119:14
197:20 204:2
255:12 294:20

**opining** 34:13 58:12
76:8 84:21,22
102:18,21 110:16,
19 216:8 258:11,22

**opinion** 16:17 18:2
21:1 26:11 35:2
62:10,11,13,18 85:7
88:3 91:5,12,15,18
94:2 97:8 101:5,6,
10,11,15,24,25
103:25 110:20
119:18 146:9,12,15
171:15 173:14,20,
21 177:15 181:18,
21,22 183:15 184:8,
19 188:16 191:15,
18,24 192:1 193:5
195:2,6,10,11,15,16
196:3 201:11 204:1,
4 207:13 209:15,23
213:2,15 217:6,8
225:14 226:3,20,21
229:13,25 230:24
231:9,17 237:22
238:16,22 239:8
240:8 243:1 244:5
251:20,23 252:7,8,
14 253:10,11 254:1,
22 255:17,19
256:12,21 257:2,4,5
258:19 259:11
263:14,18 264:1,13,
17,19,25 265:23
266:1,7 267:4,8
272:23 273:7
285:22 289:13
290:2,7,16 291:3,8,
9,13 295:1 305:5

**opinions** 13:25
15:4,25 16:18 18:6,

15 19:10 20:9 21:8
23:6 25:23 33:10,18
34:5 51:25 56:14
57:21 60:2 61:1
62:2,5 63:2 75:14
84:11 85:4,6 100:15
102:6 117:17,19
119:10,11,19,21,24
146:1,2 151:3
171:24 176:6,7,15
177:20,24 180:5
181:16 183:3,11
188:1 191:13 199:4,
7 209:14 230:14
239:19 242:8
245:14 248:6
250:15,18,21
254:25 255:5
256:24,25 257:21
262:25 271:8
272:10 273:10
275:4 278:10,12
286:15 288:25
289:12 294:4,8,20
298:15 303:21

**opportunities**
163:12

**opportunity** 12:1
243:6

**opposed** 10:9
114:15

**opposing** 66:22
222:23

**opposition** 223:15

**options** 35:15 162:2
163:21

**Orange** 49:11 77:5,
9,12 78:1

**order** 14:10,20 16:3
20:20 73:19 74:1
88:1 107:19 137:12

223:10 230:6
238:21,25 240:1,4,
10 241:11,12
242:20,21 243:8
245:17 248:13
251:4 252:11 256:2,
3 289:23 299:22
305:10,16,19 306:1

**orders** 14:7 297:19

**organic** 297:19

**orient** 156:2 164:17

**original** 193:18
225:3 305:10

**originally** 123:24
162:11 224:9

**originals** 144:21

**Ottoson** 279:5,13,
14,24 280:5

**outcome** 252:16

**outline** 141:9

**overruled** 288:12,16

**overruling** 14:11
20:21 288:13

**oversimplifies**
178:9

**oversimplifying**
180:19

**oversized** 126:2

**overtly** 264:17

**overview** 68:21
155:6,14

**owed** 70:8

**owned** 68:24 72:13
138:12 145:14
218:22

**owner** 259:5 290:5

**ownership** 245:12

**oxidation** 46:6,9

**Oxy** 69:3 296:17

**oxygen** 46:5 95:25

---

**P**

**p.m.** 134:10 223:2
306:19

**Pacific** 50:10 262:18

**package** 19:22

**packaged** 217:12

**packaging** 167:19
189:13,19

**Paducah** 295:11,13,
21

**pages** 60:20 281:6

**paid** 76:24 77:18
303:15

**pail** 177:10 219:21

**pails** 167:13,15
189:13 217:13
219:17,18

**paint** 106:11,16,22
109:2,3,10 115:12
132:12,16,18,19,20,
22 133:4 134:23
135:2,4 136:5
137:17 138:9,15,23
140:7,9,12,13,14,
16,19,23 141:2
144:7 147:2,6,16
148:2 149:7,14,15,
19,23 150:5 151:24
152:11 154:1,6,12,
16,20,22 155:2,13,
15,19 158:6,12
159:11 160:15

161:16 163:2,13,22
164:22 165:22
166:22 167:3,12,18,
20,25 169:3,5,15,
17,21,25 170:11,17,
23 171:5 173:6,24
174:1,4 177:7,8
178:2,4,13 179:7,24
182:10,12 187:22
296:15

**paints** 135:4 137:14
138:11,23 140:2,8,
25 141:5,7 144:12
147:10,11,21
173:24 189:14

**pairs** 46:6

**pallets** 257:8 260:19
289:16 290:8

**Panko** 197:12

**paper** 47:23

**papers** 12:2

**paragraph** 32:22,24
33:1 35:8 50:17,23
85:15 86:21 89:15
93:2 105:1 108:8
109:2,18 120:17
122:5 126:16
131:16 146:20
147:1,20 148:6,15,
18,21 149:12
153:20 156:15
160:16 163:20
165:14,18,19,21
166:15 167:8,9
169:12 171:3,7
172:18,23 182:4,5
186:6 188:15 199:1
201:17 202:8 203:1
204:13 206:10
208:16 217:10
220:23 241:15

245:9 248:4 259:12 264:3 265:20 276:1 279:9 281:17,22 284:16,19 286:7,10, 15

**paragraphs** 162:21

**parameters** 16:17 46:3,4

**paraphrase** 175:21

**paraphrasing** 188:24

**parcel** 275:13 278:2, 16 279:1,2,20,25 280:6,16,22

**Parcels** 276:4

**parenthetical** 97:1

**Parked** 21:18

**part** 14:11 20:21 41:23 52:13,18 54:2,12 56:1,3 62:21 63:16 75:6 77:9 86:13 87:22 88:2 94:19 99:22 101:4 110:19 129:3, 14 130:25 137:22 141:7,22,23 142:21 156:9 165:3 166:15 167:8,12 173:14,17 176:25 178:8 182:21 187:21 199:22 230:13 232:24 242:8 253:10 265:1 271:25 278:11 286:17,18 287:7 288:12,13,16 294:20 296:19 298:25 300:14

**partial** 221:21 302:2

**partially** 288:8 303:3

**participate** 73:14,17 236:16

**participated** 135:15

**particles** 282:8

**particulate** 281:24 282:3,22

**particulates** 282:18, 19 283:8,10,13

**parties** 12:7 13:7,9, 11 21:10 62:21 66:10 84:12 118:4 233:20 258:17

**parts** 234:25 235:2, 11 276:5,11,22 277:13,22 278:3

**party** 11:11 64:3 66:22 177:15 226:6 301:5 302:24

**pass** 225:7

**Passaic** 296:5,8,9, 19,24 297:5

**passed** 225:4

**passing** 253:4

**past** 144:5 152:2 295:3,8 298:10

**patenting** 29:25

**path** 231:4,5,6

**pathways** 230:5

**patience** 270:5

**Paul** 232:16

**Paustenbach** 43:9

**pay** 76:23 263:2 303:7 305:14

**PCB** 204:23 205:17,

20 206:20

**PCBS** 183:24 204:3, 25 205:12,14,25 206:11 207:7,14 208:2,7 209:6,17,22

**PCE** 69:1

**Pedro** 68:25

**peer** 152:15,16,17, 20,22,23 153:2,3,10 162:17 215:12

**penalty** 8:11

**pending** 83:14

**people** 17:9,11 30:8 37:18,19 40:3 43:19 152:18 153:4 162:6 178:25 179:1,10 188:8 216:12 218:11 239:5 300:8 303:11

**percent** 49:3 157:4 184:4,13,15,16,18 303:15

**percentage** 143:6 144:7,9

**perform** 31:21 72:6

**performed** 29:4 32:19 34:16 39:6 98:24 135:20

**performing** 42:8 102:16

**period** 33:8 106:24 108:10,19,21 112:8 126:23 133:3 148:25 149:13 186:9 192:11 213:5 253:23

**periodically** 108:21

**periods** 117:1

**perjury** 8:11

**Perma-fix** 132:23

**permanently** 49:23

**permissible** 281:24

**permission** 87:19

**permitted** 50:12 262:17

**persistent** 269:17

**person** 25:10 159:2 216:11

**person's** 25:18

**personal** 28:19 30:11 143:25 147:25 187:11

**perspective** 23:11, 12

**persuaded** 250:18

**pesticides** 49:20

**Petroleum** 296:18

**phase** 41:10 42:11, 12 46:17 135:20 239:24 262:4,6,7 284:3

**Phd** 28:21 29:19 40:15 198:9 274:7 298:19

**phonetic** 9:20

**photographs** 12:6 80:4,6,10 181:10

**phrase** 129:17

**phrased** 15:13

**physically** 70:18

**pick** 36:15

**picked** 104:23

**picture** 171:21

**pictures** 23:10

**piece** 177:2

**pieces** 63:9

**pigment** 229:14 296:16

**pigments** 138:23

**pile** 272:18,19 281:14

**piles** 271:19

**pipelines** 26:7

**pit** 129:10 132:9

**pits** 128:7,11 129:7, 10 130:2 131:5,8 132:3

**place** 17:22 31:13 105:21 295:23

**places** 17:22 21:22, 24 52:20 73:7 300:21,22

**plain** 61:3

**plaintiff** 25:11 26:6 78:4 255:9

**plaintiff's** 14:12 77:21,25 221:5,22, 24,25 222:23

**plaintiffs** 9:1,6 33:6 81:16 192:8 225:19 234:3 242:16 246:17 287:17

**Plaintiffs'** 16:13

**plan** 31:10 133:22 255:24

**plant** 124:10 125:3 126:11 145:15

146:10 156:23 157:25 158:1,8,15, 16,25 159:5,22 168:14,18,22 169:4, 7,16 170:6 181:22 182:11 184:9 185:16 186:4 188:17,23 189:6,9, 16 217:22 286:7

**plants** 105:10 156:17 157:3 158:11,18 164:23 170:1,4,9

**plastic** 128:12,15 129:13 217:12,13

**plasticizers** 205:14

**Plastics** 77:7

**plate** 155:21

**plates** 202:21

**plating** 121:19,21 122:6,7

**play** 32:1,14,17 60:25 63:2

**played** 16:10 34:1 63:4 208:1 293:7

**plumbing** 158:23

**plume** 75:18

**point** 20:2 30:1 36:22 43:25 46:15 88:5 97:21 105:20 110:13 112:11,20 113:17 114:13,25 115:3,9 118:16 119:18 124:9,23 125:13 126:12 132:11 133:23 147:5 148:21 152:6 165:9,10 174:3 193:6 207:19

225:19,22 248:15 256:11 276:17 282:13 304:7

**pointed** 304:8

**points** 118:11 122:18 187:13 212:22

**pollution** 151:16 161:15

**pond** 22:2 89:17 90:2 103:3 125:2,6, 8,9,10,11 282:12,21 283:2,3,4,7,8,9,14, 19 284:1,9

**pop** 205:16

**pops** 44:3

**port** 69:1

**portion** 24:21 25:6, 8,12,13,17 28:14 44:12 46:16 52:16 54:16 64:13 70:10, 11 71:7 84:7 104:14 111:14,15,16 120:14 139:16 165:13 192:22 278:16 279:1 280:17 282:20

**portions** 36:13 44:10 111:17 278:2

**pose** 55:10

**poses** 55:16

**position** 18:18,19

**possess** 51:13

**possibly** 29:12 192:3 215:16

**postulated** 300:5

**potential** 16:12 31:9

41:14 46:9 51:2 60:11 111:12,19 173:25 174:4 208:23 297:1,2 298:23

**potentially** 10:20 22:17 23:16 52:11 59:4 61:7,11 69:12 94:9 142:3 173:2,5, 8,13 174:24 175:2,3 296:2

**potentials** 162:7

**potpourri** 143:11

**pots** 139:17

**poured** 125:8,9

**Powell** 220:7 232:16

**Power** 8:18 84:2

**practical** 160:25 165:7 166:18

**practice** 129:17 197:6 200:9 284:24 285:4,23

**practices** 112:4 128:17 186:8,14,25 196:4 197:11 199:15,19

**pre-1980** 197:7,10, 21

**pre-dated** 285:9

**pre-treatment** 40:1

**precipitate** 40:4

**precipitates** 40:7

**precise** 120:24 121:13

**precluded** 240:5 241:17,20

JEFFREY DAGDIGIAN
88754

September 23, 2025

345

**precluding** 252:2

**predecessor** 290:4

**predecessors**
259:15

**prejudice** 242:22
244:2

**preparation** 11:23
15:4 23:5 26:16
27:1,13 256:21

**prepare** 11:7 35:2
69:25 133:18
223:18

**prepared** 12:23
13:19 74:12 76:3
77:13 81:3 142:11
152:18 156:18
248:11

**preparing** 12:3,9
26:18 56:23 57:16
98:4 151:3

**present** 8:15 21:8
49:1 88:20 91:10
107:2,12,17 148:24
159:21 230:8
294:18,19

**presented** 47:3
86:15 163:15
171:23 176:5
180:25 186:7
287:23 294:16,21

**presents** 163:1

**preservatives**
47:19,21

**preserve** 293:5

**press** 181:11 202:20
204:14 211:4,5,8,
22,25 212:19 213:2
219:7 304:22,23

**presses** 210:13

**pretend** 283:12

**pretending** 49:20

**pretty** 13:2 22:3
24:7 30:7 42:9 77:1,
17 137:19 151:14
169:4 174:6 200:20
231:25 235:14,15
297:23 298:21
299:3

**prevention** 151:17
161:16

**previous** 56:20
191:12

**previously** 16:18
71:10 75:5 219:13
227:24

**primarily** 48:11
71:15 278:17

**primary** 209:3

**printing** 199:14,15
200:1,9 201:18,25
203:10,11 207:5
208:20 212:7 213:6
217:23 219:7

**prior** 38:22 49:5
79:15 82:21 107:2
135:13 166:14
187:10 193:10,23
194:6,9,22 195:14
197:22 220:11
222:13,17 225:10
245:16 270:8
273:16,20 276:21
279:1 280:5,21

**private** 301:5

**privilege** 15:20

**privileged** 245:25

**problem** 77:24
154:6 155:2 210:21
257:20

**procedure** 50:1
164:8 190:7 284:20

**proceed** 9:8 223:3

**proceeding** 42:19
222:25

**process** 76:12
125:14,20 128:22
131:10,24 141:15,
24 142:1 159:8
164:4,6 166:6
167:17 178:9 181:4
191:17 230:10
281:8 283:11
296:19 298:5

**processed** 154:1

**processes** 29:1,10
76:9,13 105:12
141:13 149:23
150:9 158:12,15,19
170:4,6 179:2
180:13 199:17
208:20 212:22
230:5 298:21

**processing** 170:9,
16

**produce** 40:6
138:17 158:9,12
162:1 188:17,22,24
223:12

**produced** 28:24
38:2 56:21 74:24
98:5,14 109:2,25
125:20 126:7
138:15 158:8
160:21 165:22
171:16 179:15
181:22 184:9

185:16 199:3
290:10

**producing** 117:7

**product** 37:10 55:23
71:21 107:20,22
117:3,7 142:4
156:25 160:17
184:10 186:10
189:10,11 213:12

**product's** 55:23

**production** 134:23
138:19 157:5
160:15 169:14
170:22 171:4 182:9
197:4,22

**products** 8:22 37:11
39:18 53:23 150:6,
8,10 159:7 160:20,
22 165:4,20,22,25
166:17,19 172:16
174:20 179:4,6,25
180:12 187:22
190:21

**professional** 27:21
35:9,17 38:17 87:23
140:18 144:6
227:20

**professionally**
185:11

**professionals** 36:7,
9,14,16 38:8

**profile** 157:25
267:20,23

**profitability** 42:4

**program** 29:21
40:11 153:22

**progress** 75:11

**project** 36:11,12,13

42:9 45:17,18
141:23 152:4 156:5
213:22

**projects** 39:11 42:7
45:1,11 51:15 52:4
134:22,24 138:9
140:8 249:23
298:12,14

**promise** 10:13

**promulgated** 40:2

**pronounce** 9:18,19
79:3 256:16

**properly** 9:19 18:13

**properties** 71:22
75:12 135:12 262:1

**property** 46:21 72:3
75:16 273:13
275:19 279:12,19
281:14,19 285:10

**proposed** 88:12
255:24

**propositions** 18:9

**proven** 300:20

**provide** 33:10 34:22
63:25 80:15 81:12
91:3 93:9,14
119:19,21 163:9
177:23 217:8 238:6
268:8 273:10
298:15

**provided** 16:18 58:8
62:23 67:16 89:6
97:12 98:10 99:4
108:13 118:6,25
121:15 122:15
199:8 210:15
216:14,21,22
217:18 218:24
227:10,12 251:3,19

292:7 298:15 299:8,
15

**providing** 13:16
21:2 76:13 92:10
113:21 177:14
303:11

**provisional** 223:1

**proxy** 117:11

**public** 206:14,15

**publicly** 99:4

**publish** 153:6
215:11

**published** 151:13

**publishes** 152:24

**pull** 301:12

**pulled** 100:12

**pulling** 231:15
300:13

**pulls** 300:9

**pump** 128:11 129:12
158:25 167:2

**pumped** 128:1
132:3

**purchase** 279:1
280:6,22

**purchased** 132:18
200:11 275:13

**purportedly** 122:17
175:25 176:16

**purpose** 86:6,7,9,10
91:1 97:4 139:13
209:3

**purposes** 33:11
54:6 86:10,16
230:23 242:5

**pursuant** 223:1

**pursuing** 30:3

**push** 187:5

**put** 23:11 43:21 44:2
53:8 70:22 85:1
100:22 125:10
131:11 143:1
151:21 162:6,9,11
164:4 178:16,20
200:17 210:17
214:8 231:18
240:15 256:4 274:5
277:16 287:24
296:21 299:21
306:17

**putrescible** 276:3

**putting** 200:2
260:19 287:25

**Pyranol** 204:25

## Q

**Quality** 83:8,10
235:21 238:13,15
299:9,15,21,25
300:25

**quantify** 117:15

**quantities** 139:9,10
154:1 186:21,22
189:11,17

**quantity** 158:9

**quarter** 78:18

**question** 15:13,15
16:7 30:22 33:22
34:11,12 47:7 57:13
64:23 84:24 86:12
87:17 93:16 96:2
105:25 110:3 119:5
120:16 122:21

123:16 127:9 131:1
166:15 172:10
176:14 184:8 191:2
199:12 206:18
207:23,24 208:5
210:11 212:14
214:8,9 216:22
230:22 232:5,12
237:6,25 247:22,25
259:13 260:6
272:14 276:18
277:6 278:22
280:13 283:10
285:17 288:19
289:6,11,17,22,25
290:15,23,24 291:7
292:25 294:2,3,8
298:10 304:6

**questioned** 193:13

**questioning** 157:16
214:17 222:25
291:5,12 299:10
303:18

**questions** 55:15
82:1 105:19 110:4
117:23,25 118:6,9,
13 133:13 164:1
181:15 189:22
203:13 233:4 258:5,
6 271:7 287:14,16
288:1 294:24 295:2,
6 304:17

**quick** 47:7 91:17
120:9 231:5

**quickly** 58:15
231:11,21,25 270:6

**quit** 40:11

**quote** 258:20

**quotes** 278:14

## R

**Radian** 162:12

**Radioshack** 77:5,9, 17,23 78:10,12 251:20 252:15

**Radioshack's** 252:2

**rags** 174:24 183:2

**rail** 14:19 191:22

**railroad** 218:16,19, 21

**rails** 15:11 210:6,10, 20 239:8,9

**raise** 8:9

**raised** 301:11

**Ralph** 254:14,20

**ran** 70:22 80:1

**Ranch** 252:21 301:8

**rancher** 24:25 301:10,11

**rancher's** 25:4

**range** 85:20 156:25 157:5 158:2

**RAP** 272:14,17,19 273:12 281:14

**rare** 186:23

**rate** 231:6 267:9,11 268:4 270:15

**rates** 270:14 271:1

**raw** 29:6 141:14 199:24

**RCRA** 292:17,19

**reached** 277:7

**read** 11:8 16:7 23:9 33:15,23 35:19,24 37:1 38:7 42:11 51:10,17,19 53:9 55:2 56:25 61:4 84:18 85:22 87:11 89:20 93:25 94:15 96:7,15,22 97:1 99:7 105:13 106:4, 12,19 109:5 112:24 113:13 119:2 120:21 121:7 122:8 131:22 146:20,22 151:5,9 162:21 167:22 170:20 171:1 173:15 178:12 183:2,7 187:14 199:1,18 203:14 205:8 207:18,21,24 223:11 234:24 235:12,14 238:19 239:10,18 240:9 241:24 269:11 276:6 285:1 293:3

**readily** 268:25

**reading** 36:2 43:17 108:5 146:2 149:19 151:6 165:21 195:21 226:25 239:11

**readings** 101:2

**reads** 125:13 217:11 241:16

**ready** 10:19 120:9, 10

**real** 23:8 262:9

**realize** 195:15

**reason** 73:21 79:25 80:14 84:25 114:17 188:22 189:8

211:17 214:24 216:6

**reasonable** 116:14, 21,23 117:11 190:6 201:12

**reasoning** 74:5

**reasons** 40:10 189:5 190:2

**rebut** 58:25 242:13 290:16

**rebuttal** 11:8,10,14 13:11 25:8 27:8 58:23,24 68:5 70:1 76:3 77:14 133:18 185:6 191:7,9 222:20,24 223:1,6, 12,18 224:3 225:11 226:3,20,21 227:11 229:13,24,25 230:24 244:20 266:10,13,25 267:8, 15

**recall** 13:6,7 17:24 20:25 22:16,18 25:24 59:8 63:6 68:18 84:12 89:5,8, 13,14 101:1 108:15, 16,18 109:12 143:15,23 186:5 200:22 215:19,24 216:5 218:5 219:16 229:21 243:4,17 252:8 253:16,22 255:14,16 256:8,11 260:23 261:7 269:18 270:13 288:9,15 291:12

**recalled** 214:4 279:10

**recalling** 50:11

**recanted** 199:20

**receive** 254:21

**received** 87:5

**recent** 89:18

**recently** 27:9 214:25

**recess** 78:24 134:9 190:13 233:13

**recipes** 142:3

**recite** 206:21

**reclaim** 111:4,8

**reclaimed** 111:12, 21,23

**reclaiming** 155:7,15

**reclamation** 111:25 138:24 139:3,7 166:1 167:16 175:13

**recognize** 28:9 241:12

**recollection** 206:8

**reconditioning** 129:24

**record** 8:8 15:16 16:10 34:1 78:23 79:1 84:1 109:11 118:24 122:15 134:5,11 190:10,12 192:21,23,25 208:1 222:23 225:13 233:11,12,14 242:5 244:14 250:22 259:3 274:15 293:7 305:9 306:11,19

**records** 106:10 108:3,12 109:19 123:25 212:10

**recoup** 135:12

**recovery** 138:24
139:3,7 160:24
165:7 166:17
292:14

**recycle** 47:22 167:5

**recycled** 173:3
175:9 271:19

**recycler** 166:1,7

**recycling** 45:11
47:23 166:20,23
173:7 175:5,13
186:11

**redirect** 153:22

**reduce** 186:22

**reduced** 26:10

**reductive** 46:6

**refer** 19:22 111:4
191:3,7 267:19
274:25 289:7,8
304:2

**reference** 91:19,20
109:15 119:24
124:12 129:20,22
188:7 206:19 207:4
208:16 228:24
229:11,16 242:25
287:23 291:9
304:15

**referenced** 56:23
57:3,12 201:11
208:10 222:10
223:9 234:6 279:25
303:23,24 304:7

**references** 60:5,6
103:22 123:23
191:15 192:5
199:21 210:14

214:1 234:24
235:12,13 243:17

**referencing** 214:5

**referred** 201:17
221:1 235:20

**referring** 14:9 98:13
113:6,10,14 149:6,8
168:1,2 206:23
211:12 234:8
237:21 238:6
241:11 244:9 245:7
271:20,24 301:17,
21

**refers** 161:3

**refineries** 39:18

**Refining** 255:9

**reflect** 192:4

**reflected** 18:13
42:21 63:7,17

**refuge** 261:24

**Refuse** 259:15,22

**regard** 166:6,10
178:22 234:12
243:16 247:19
288:4,14 289:1,12
290:8 291:7 293:19
299:11 303:21

**regime** 46:2

**regional** 75:18 83:8,
10 235:21 238:12,
15 299:8,15,20,25
300:15,25

**Register** 120:18

**registers** 120:20

**regular** 47:12

**regulator** 87:15

**regulatory** 56:18
85:17 86:1,5,10,16
87:1,19 135:11
200:19 239:25

**reject** 82:24

**rejected** 83:2 255:16

**relate** 176:15 195:7

**related** 21:1 23:24
145:7 147:2 154:21
180:17 185:18
193:19 218:18
229:18 233:22,24
272:10 275:5,17
289:16 292:20
299:17

**relates** 113:24
275:22 278:6 279:5

**relating** 140:16
145:7 171:15 193:1
208:6 222:25
227:20

**relation** 194:11
207:14 240:7
241:21

**relationship** 257:20
271:18

**release** 51:1,2,4,5,6,
15

**released** 52:12 53:1
70:8 71:13 125:10
283:2,25 284:8
298:23

**releases** 78:9
138:20 181:11
189:13,19

**relevance** 214:1
293:15,16

**relevant** 56:17 137:8

**regulatory** 171:24 176:4,5,7,9
186:9,17 188:3
208:17 212:11,20
217:3 294:25 295:3

**reliance** 60:17
185:17

**relied** 12:2,9 18:6
25:18 100:15
194:25 200:23
201:5 303:20,22

**relocating** 303:10

**rely** 148:17 151:2
176:21 186:2
191:14 304:12,25
305:4

**relying** 28:17 38:16
165:9 166:4

**remain** 113:15
139:17

**remaining** 192:10

**remedial** 37:9 46:17
56:20 232:24

**remediation** 34:24
51:7,16 255:13,22,
24 303:8,9

**remember** 45:2
47:24 50:13 53:5,9
62:24 64:8 81:20
87:12 98:22 100:8,
16 103:8 121:14
136:7 159:12
207:18 218:10
234:20 235:4,23,25
243:25 244:4
252:21 254:5,12
261:2 262:20 263:7
299:10 303:18
304:10,18

**remembering** 150:3

**reminder** 270:6

**remove** 40:9 50:3 282:18

**removed** 103:1,6

**rendered** 18:3,15

**rendering** 14:1 61:1 171:15,25

**reopening** 123:23

**repeat** 110:21 154:13 159:20 260:10

**repeated** 290:24

**rephrase** 15:23 230:22

**replaced** 191:12

**replacement** 14:24

**replacing** 19:15

**report** 11:8,9,10,14, 16,19,22 12:3,9,17 13:3,19,21 17:20 18:14,15,19,23 19:12,14,16,25 20:7,12,16 23:22 25:5,7,9,11,16,17, 18,23 26:20 27:2,8, 13 28:7,11,14 31:20 33:11 34:6 37:13 42:20 47:3 51:22 55:2 56:6,23,24 57:3,12,16,22 58:23,25 59:7,16 60:1,3,4,5,7 62:22 63:3,7,16,17 64:13, 21 65:21 67:16,21, 23 68:1,5 70:1 74:6, 24 76:3 77:14 79:19 81:3,7 82:8,12,24 83:4 84:2,7,10,21 98:4 100:1,7 102:25

103:22 104:10,14, 18 105:1 117:18 120:8,12,14 122:23 123:13,18 133:18, 19 134:19,21 145:6, 10 150:24 151:6,9 157:20 159:10 160:2 164:12 165:4, 10,19 166:16 168:9 169:13 171:11,19 176:6 177:22 178:7 182:4 185:6 187:23 188:11 190:25 191:4,5,7,9,11,14, 16,20 192:2,6,22 193:7,21 194:1,6,9, 13,23 195:1,5 196:3,8,15 198:18 199:22 201:1,5,6 203:25 205:25 207:8,10 208:15,17 209:1,9 210:4,7,18 214:9 215:18 217:10,20 220:22 222:11,13,14,18,20, 24 223:1,6,12,18 224:2,3 225:11,25 226:4,5 227:11,24 229:12,19,25 231:16 234:6,13,20, 23 235:1,3,6 236:6 238:6,12,23 239:1 243:15,20 244:15, 19,20 245:6,16 246:22 248:19 253:11 256:9,12,22 258:21 264:2 265:4, 13 266:10,11,13,25 269:4 270:17,18,21 271:9,13,16 272:10, 22 274:7,11,15 275:16 277:10 278:6 288:5,11,15, 25 289:9 294:16,21

295:1 298:5,16 299:8,14,17 302:8 304:8,13 305:2,5

**reported** 105:9 111:1 212:18 268:9

**reportedly** 119:1,4 276:2

**reporter** 8:7,15 9:2, 7,10 10:7,16 11:2 16:9 28:5 33:25 53:9 78:22,25 134:4,10 144:17 157:11,13 185:2 190:9,12 196:21 221:15 233:11,14 240:24 268:13 273:24 285:11 305:8,12,15,18,21, 25 306:4,7,10,13,17

**reports** 12:23 13:1, 10,11,14,19 14:5,13 16:21,23 19:11,21, 23 20:6,8,18,24 24:20,21 26:16 57:6,12,14,20 58:8 77:13 79:20 80:20, 24 193:10,11,15,17, 19,23 211:3,8,15, 18,20 221:9 271:8 272:7 305:1,4

**represent** 8:16 78:3 134:16 150:20 154:11,16 190:20 270:7

**representative** 44:5 100:12

**represented** 66:11 68:23 71:8,19 77:8 102:11 158:1

**representing** 49:5 157:3

**represents** 157:21

**request** 63:23 68:8 80:12

**requests** 63:21 81:11

**required** 28:13 52:7 87:15 88:1 142:15 242:12 246:23

**research** 17:5,7,12 29:18 38:25 39:1,2, 4,6 56:22 215:3 217:8

**researched** 199:21

**Resene** 135:7

**reserve** 242:13,15 290:16

**reserving** 223:4 242:10,13

**reservoir** 72:16

**reservoirs** 71:11,14, 15,21 72:2,9,13,21, 25

**residue** 177:8

**resolved** 67:14

**Resource** 292:14

**resources** 105:12 236:19

**respect** 11:10,12 13:25 18:23 28:12 31:6 34:17,22 52:19 56:5 82:10 91:12 101:15 102:18 103:22 133:18 172:7 173:18 174:13 182:24 186:3 242:16 273:5, 12,17

JEFFREY DAGDIGIAN
88754

September 23, 2025

350

Index: respective..samples

**respective** 95:17

**respond** 223:5
247:9

**response** 11:13
51:5 288:1 299:24
304:17

**responses** 62:21
63:2,7,12

**responsible** 300:13

**result** 95:19 288:24
303:6

**results** 91:19 92:10,
13 94:25 159:25
232:11

**resume** 23:21 29:14
136:8 248:19
249:19 251:9,13
252:25 253:19
255:7 261:4

**retail** 135:6,19
136:13 137:22
143:20,23 145:16
146:13 159:11,15
172:15 174:8,13,17
181:23 182:18,24,
25 184:20 188:14,
16,22 189:5,10

**retained** 75:15
192:8

**retard** 174:3

**returned** 160:22

**returns** 160:17
165:5 184:11

**reuse** 85:18 86:2
111:13

**reused** 111:12,14,
15,16 128:6 130:1,
10,12,14,20 131:7,

10 139:14 175:5

**reverse** 148:5

**review** 11:21 12:1,
11,23 13:14 15:2
18:5 20:12 37:2,8,
16 42:11 43:20
51:23 56:10,17
57:3,5,15,16,20
58:1 59:7,25 62:20
63:22 64:14 79:15,
22 89:4 118:24
122:15 123:10,25
138:18 141:8
149:18 152:23
153:10 180:20
185:9 192:5 193:22,
25 194:3,8 197:17
215:13 222:14,16
227:17 243:7
256:22 271:8
274:21 276:17
280:12,13 282:2
295:20

**reviewed** 13:3,9,10,
12 14:7 16:21 18:17
35:16 36:6 44:3,4
56:22 57:14,16
60:22 79:18 80:19,
23,25 81:1,4,6
152:15,16,17,19,20,
22 153:2,3 162:17
181:1 185:7 193:9,
18 194:12,22 199:8
208:6 221:9 239:7
243:2,12 266:3
267:25 271:7
276:19 277:11

**reviewing** 37:25
141:22 256:8

**revisions** 28:13
104:14 120:13
123:18 224:6

**reworked** 160:23
165:6,24

**reworking** 186:10

**rewriting** 43:3

**RFSS** 41:10

**Rice** 15:11 225:14
259:6 288:2,12,24

**Rice's** 223:1,5,9

**rights** 223:4 242:11,
15 290:16

**ring** 89:12 255:25

**Rio** 201:7

**risen** 300:7

**risk** 30:24 41:11
43:4,11,12,14 44:9,
11,17 55:11,16
60:11 101:15,19
102:4,7,8,13,16,18,
21

**risks** 44:13

**river** 49:7 262:17
296:5,8,9,14,19,24
297:6

**Riverside** 49:11

**Road** 220:8 261:1,2

**Roberson** 279:11,12

**Robert** 215:17

**role** 32:1,14,17
38:24 42:8,10 45:15
49:4 60:24 63:2,4
68:22 70:4,6 71:4,
18,20

**Roman** 153:15
162:16

**Romanette** 164:19

**reworked** 160:23

**Romine** 157:11,12,
13

**room** 20:19 196:19
305:13

**rotor** 128:9 129:9,11

**roughly** 92:23
93:17,20 126:20
253:23

**round** 20:8

**rule** 121:15 246:18,
20 247:21

**ruled** 259:6

**rules** 14:23 190:7
191:1 240:1,2

**ruling** 82:9 223:2,5
288:7,24

**run** 31:11 117:12

**Russia** 295:23

---

**S**

**Sabic** 77:6

**Sacramento** 46:21

**safe** 19:6 93:23,24
94:4,8

**safety** 142:2,24
143:12

**salvage** 22:3
279:11,19 280:9

**sample** 90:1,7,14
91:13 95:2,4 96:1
97:17,18 103:3,4
232:2,8,11,13

**samples** 31:19 32:2
89:5,9,11,24 90:23
92:1,16,18,24 93:11
94:3,4,18,22,24

95:2,17 97:12 98:5,
10,13,14,18,25
99:2,4,14 100:3,5,
11,12,14 101:1
102:20

**sampling** 31:10 46:2
51:2,16 99:20
271:24 272:6,11,20
273:11

**San** 49:11 68:25

**Sanger** 197:12

**Santa** 66:2,10 67:4

**satisfied** 46:14

**save** 201:20

**SB** 261:1

**scaled** 17:8

**scan** 28:8 120:9

**scheduled** 55:3,6
224:10

**school** 48:10,14,15
66:1,12,21 214:10

**science** 15:12 30:7
152:22 214:11

**scientific** 179:21,23
180:22 213:25
214:19,23 215:1,2,
12

**scientist** 30:6 102:9
215:2 298:19

**scientists** 41:25
43:2

**scope** 14:8 15:7
36:10 101:21
119:23 246:18
289:22 290:14

**scraped** 132:21

**screen** 274:5,24
275:1

**scrubber** 282:20
283:2,3,4,13,14,19
284:1,5,9

**scrubber's** 282:17

**scrubbers** 281:18,
22 282:6,12,14
283:20 284:8

**SDD** 61:8,11 84:16,
17 186:17 195:8
216:9 230:8 258:20
290:9

**SDD's** 33:8 145:13
192:12

**SDD3-** 229:2

**secondary** 239:2

**section** 28:7,12
32:22,23 33:3,13
35:5 38:21 45:10
50:16,17 60:17 84:1
104:9 120:7,17
121:2,3 122:23
123:12,13,18 124:5
145:7,9,12,23,25
146:7,18 156:2,5,10
160:2,4,14,16
168:8,11,12,13
171:11,24 172:2,19
174:7,17 175:17,21
176:2,4,5 177:21
181:16 182:3 183:3,
6,11 188:13 192:24
193:1 196:9,11,15
198:19 201:6,10
215:19,23 235:6,7,9
245:8,9 248:3,4
259:11 274:11,15
275:16,17,22
278:14 279:25
281:7 286:7 289:9

291:10

**sections** 56:24
120:12 143:3 145:6
160:5

**seeking** 86:16 87:18
247:6

**segment** 121:12

**Segundo** 75:16

**select** 89:23,24

**selected** 249:23

**selections** 156:23

**sell** 135:12 262:2

**seller** 49:5

**selling** 117:3 135:22
172:16 189:10

**semi** 126:2

**seminars** 198:13

**send** 31:19 306:15

**sending** 166:7,10
216:5

**sense** 23:24 26:17
61:21 89:2 152:17,
21 162:18 249:20
263:1

**sentence** 51:12
84:14 85:10,24
86:19 90:17 93:5
94:11 96:18 97:5
106:9 108:7,8 122:4
124:16 127:13
129:4 131:21
145:13 154:25
170:19,24 171:1
182:7,25 183:15,17,
22 184:2 185:14,21
186:13 187:14
218:23 226:25

241:16 259:20
278:13 279:8
281:21

**sentences** 90:19,24
93:8 165:15 276:1

**separate** 19:21 20:5
106:18,20 113:12
114:13 128:4,16
218:19 235:20
242:21 271:1

**separated** 130:4
131:12

**Separately** 131:14

**separating** 130:19

**separator** 129:18

**September** 14:10,17
191:8 223:2,19,24
224:10,24 225:1,2,
15,17 240:4,9
242:19 243:8
244:20 248:12
288:3

**series** 46:19 151:13

**serve** 14:13 23:18
24:1 28:18 70:4
222:24

**served** 20:5 27:9

**serves** 20:4

**service** 31:22

**Services** 8:24 206:7,
13 208:11 219:14
227:3 240:7 241:21
245:12,17,18
257:14,19 258:11,
12 259:1,4,16,23
260:18,23 263:11
264:7,24 266:7
288:8 289:2 290:5

304:9

**serving** 255:8

**set** 10:6 71:10
206:22

**sets** 14:22 146:1

**settle** 76:21

**settled** 66:15 67:13
76:5,16,17,18
252:17

**settlement** 26:9

**settlements** 303:12

**settling** 284:9

**seven-year** 112:8

**SF** 32:5

**shallow** 273:1

**share** 77:20 105:11

**shavings** 126:12,16,
18,22,25

**sheet** 142:24

**sheets** 142:2

**Shell** 71:1,10,21
72:14,16 73:21 82:3
303:1,2,15

**Sherwin-** 8:19
134:16 168:12
171:11 172:2
176:16 177:8 178:4
183:15

**Sherwin-williams**
135:7 143:13,16,19,
23 145:8,14 146:1
168:3,14 169:14
170:22 171:4,21
175:18 176:1 178:3,
14,16,21 179:9
180:18 181:18,21,

23 182:9 184:4,9,20
188:7,14,16

**Shields** 256:5,9,12

**shipping** 167:11

**ships** 69:10

**shop** 126:13 127:19
297:18,24

**shops** 131:18

**short** 189:25 233:9
268:20 269:24

**shorthand** 267:12,
14

**shortly** 243:10

**show** 38:13 46:4,10
75:23 78:8,12 142:2
163:11 226:24
251:11 268:3
269:13 274:4
284:24 285:3

**showed** 73:3 109:4

**showing** 69:19
85:16 86:1 87:1
109:11 227:4
274:12

**shown** 46:13 103:10

**shows** 89:15,16
167:18

**shut** 136:11 138:1

**sic** 151:23 231:2

**side** 158:24 198:7
301:24 302:22

**sided** 238:17,18

**signed** 157:15

**significance** 278:9
286:14

**significant** 90:6,9
169:7 268:8 303:10

**significantly** 170:5

**signify** 142:16

**silver** 8:25 14:15,18
15:8,22 19:20,25
22:8,20,22,25 25:2
30:15,18 32:5,10
33:2 35:20 57:7
65:7,9,15 67:24
68:8,13 74:8 78:15,
19 79:11 80:13 81:9
82:6 86:22 91:17
96:4,9,11,15 104:25
105:24 108:5
117:16,24 118:2,8,
11,13 123:1,3
133:11,14 134:1,3
137:2 144:2,23
145:2 150:17
157:12,14 174:9
181:25 183:5
187:19 189:25
195:10,25 196:17,
23 198:22 202:13
203:2 204:6,11,18
206:21 207:1,16
210:9,24 211:5,11,
17,22 212:2 214:12
216:17,20 219:1
221:14,24 223:8,14,
21 224:22,25 225:2,
13,19,24 226:5,9,
11,15 228:1,7,10,12
230:17 232:5 233:5,
8,12 234:14,17
236:22 237:1,4,7,
10,14,17,23 238:1
240:15,19 241:3,5,8
242:15 243:8 244:6,
9,11 245:24 246:2,
4,6,10,13,15 247:1,
5,8,12,14,17,19

248:22 249:6,9,12
257:16,23 258:1,4,8
259:3 260:14 265:6
266:13,15 269:22
270:1 287:16,21
288:21,22 289:5,20,
24 290:1,21,22
291:22 292:4 293:5,
11 294:1,22 295:16
299:5 301:20,22
305:7 306:1,3,9,12

**similar** 60:7 92:10,
23 108:1 132:1
150:2 181:4 192:3
213:5 258:17 263:5
278:22

**similarly** 215:11
263:18 265:19

**simple** 55:20

**simplified** 73:25
178:11

**simply** 54:5 76:22
91:10 103:24
111:18 117:12
276:18

**single** 80:25 109:12,
13 112:21 113:2

**sir** 249:15 251:11

**sister** 72:12 105:10

**sit** 10:20 128:2
273:8 278:1

**site** 21:13,18 23:4,8,
15,16 31:10,13
32:3,4,10,12 33:10
42:15 44:6,10
45:21,24 46:12,16
48:1,3,5,9,10,14,15,
17,18,20,25 49:2,3,
15,16 51:1 56:19
58:17 60:12 61:13

69:5,14,16,17 70:5,
6,13,16,18 71:9,13
72:7 76:1,2 77:20
78:9 80:3,5 111:8
138:7,20 141:25
151:20 185:24
186:3 192:13
213:19 216:5
220:25 261:20
278:11 281:25
286:18 294:14
295:5,21 297:6,8,
11,15 298:7 299:2,
23 300:3,17,22
303:8

**site-specific** 185:18

**sites** 28:23,25
231:14,24 232:1
295:22 298:11

**sitting** 84:5 98:22
100:16

**situation** 59:6

**situations** 198:3

**sixth** 112:19 114:3
132:15

**size** 76:1 124:21
156:24 157:6
158:20 159:6
168:21 169:1

**sized** 169:4

**sizes** 158:11

**skills** 36:16

**skim** 58:12,19

**Skinner** 197:12

**skip** 239:4 259:10

**skipping** 153:24
154:4

**slam** 190:8

**sledge** 109:3

**slightly** 126:18
176:14 213:23
296:24

**slow** 231:4 269:14

**slowly** 148:3 231:22

**sludge** 109:3,10
121:21 124:23
125:1 132:12,21
133:4 139:5,18,19,
24

**sludgy** 139:4

**small** 25:6,8 139:16
159:2 167:3 183:1

**smaller** 158:15,21
189:11,12 219:20
282:8

**Smart** 201:7 214:5
217:3 263:7,10

**Smith** 221:6,23

**snapshot** 157:21

**snow** 21:17

**Societies** 152:13

**soil** 31:2,6,10,15
32:2 35:11,12 47:2
50:3 51:3,7 52:21
98:25 99:22 100:3,
19,21 101:3,10
138:3,6 269:9,10,17
273:1 283:7 285:7,
21 286:25 296:3
299:1 300:7

**soils** 252:3

**sold** 39:16 48:15
136:18 212:6,12,15

**sole** 177:2,4

**solely** 20:15

**solid** 85:18 152:10
292:11

**solids** 175:1 183:23

**solubility** 53:17

**solution** 122:7
203:11

**Solutions** 250:1

**solvent** 115:12,15
138:24 139:3,6,12
146:21 155:6,15
173:25 174:1
181:19,22 183:2,16
184:5,10 186:10

**Solvent's** 106:22

**solvent-based**
147:10,16,21 148:2

**solvents** 48:11
75:18 78:7 106:11,
16 108:4 113:9
137:14,15 138:21,
25 139:5,9,10
147:17 148:5
158:24 209:19,21,
24 231:23 279:5,15
280:4

**somebody's** 122:2

**sort** 14:23 15:8 21:8
23:23 30:2 39:10
43:6 44:11 76:8
81:1 104:18 106:4,
17 121:11 129:24
131:23 135:2,7
139:8 141:21
189:14 295:7 299:8,
14

**sound** 61:19 178:12

201:12 275:10

**sounded** 132:5

**sounds** 19:18 81:21
99:25 102:4

**source** 18:17,23
35:13 51:1 95:10,12
110:23 118:20
165:11

**sources** 18:5,8,13
19:3 38:14 46:23,
24,25 47:1,8 99:3,
20 148:14,17 177:4
197:10,17

**south** 21:12,19
84:23 85:5,11
103:23 119:15,25
176:22 177:17
195:18 213:16
214:4 215:25 217:5
232:3,8,20 233:1,
23,24 260:4,5,13,19
263:11 264:11
266:8 267:5 272:1
273:11 275:8,13
278:6 280:17
287:11

**southeastern** 21:19

**southern** 21:19
69:2,7 72:13 77:10,
12 170:1 250:8
261:17 278:16,25

**space** 75:17 102:14

**span** 89:8

**speak** 10:15 174:16
234:14

**speaking** 60:9 61:2,
20 107:25 122:1
178:9 246:8 281:9

**speaks** 52:4

**specialized** 218:2

**specific** 31:22 37:19 38:17 71:18 109:9 114:22 119:13,18 121:10 127:2 140:19 149:2 163:1 185:17,25 186:3 188:7 282:11 304:3

**specifically** 14:9 62:25 98:15 106:6 119:14 140:12 179:23 180:2,14 195:5 197:21 198:1 200:10 209:15,18 219:17 229:21 241:16 242:24 289:17

**speculation** 67:11 254:25 285:12

**speculative** 250:25

**speed** 296:20

**spend** 58:19

**spent** 26:24 35:8 49:19

**spill** 143:8 174:25

**spills** 189:12,19

**spit** 170:12

**split** 232:12

**spoiled** 160:21

**spoke** 263:6

**spreadsheet** 43:22 300:1

**spreadsheets** 44:1, 4

**spur** 218:20,21

**square** 137:9 169:6

**staff** 26:18

**Standard** 135:1

**standards** 40:1 103:11

**standpoint** 89:1

**stands** 97:2

**Starrh** 253:16 254:9, 10

**start** 10:1 11:6 38:23 105:9 106:9 114:1 156:5 170:7 186:14 215:4 261:18

**started** 30:8 121:25 149:3 177:21 186:25 277:2

**starting** 45:15 104:18 140:7 152:6 156:15 188:15 208:15

**starts** 172:19 264:3 279:9 281:21 286:7

**state** 8:16 18:18 29:20 69:2 83:14 85:15 99:15,22 100:11 213:14 236:18 245:9 253:20 274:6 276:16 284:19 285:16 287:8

**stated** 14:4 84:10 237:15 250:17

**statement** 84:20 86:3 147:24 149:12, 22 160:19 165:10, 16 166:16 169:22 171:6 186:24 201:16 203:23

205:6 213:1 234:9 239:19

**statements** 147:19 148:15,18 167:7 181:17 271:13,15 272:18,20

**states** 40:12 100:13 145:13 149:14 151:15 185:14,15 191:11 295:23

**stating** 110:20

**Station** 89:17 90:1, 19

**stay** 29:21 45:4 150:8

**stayed** 150:5,6,10

**stays** 232:1

**steel** 124:5 204:24

**stems** 296:10

**step** 54:21

**Stephens** 9:5 22:9

**steps** 37:9 141:9 178:10

**Stevens** 270:9

**stills** 183:1

**stipulate** 216:17,23 225:17 228:1

**stipulating** 216:20

**stocks** 136:17 137:16

**Stoddard** 115:15 174:1

**stop** 10:15 51:8 89:22 109:21 120:21 121:22 126:23 128:13

232:22

**stopped** 110:6,9

**storage** 34:23 128:17 129:16 167:20

**store** 127:17 143:20, 23 145:16 146:7 166:22 172:3,14,16, 24,25 173:18,22 182:17 189:5,10

**stored** 49:25 72:12 125:2,6,22 132:18 142:18 189:14 298:1

**stores** 135:6,20 136:14 145:16 146:13 159:11 172:8 174:8,13,17, 23 181:23 182:18, 24,25 184:20 188:14,16,22

**stories** 61:21

**story** 173:17 181:6, 13

**Stradling** 20:23 21:5 22:14 80:10 241:17

**Stradling's** 288:5

**strategy** 67:7

**stream** 25:4 77:23 106:19 107:23 110:17 113:3,5 114:12 115:2,7,20 116:12,15 118:23 119:6 122:21,22 127:1,2 129:16 137:23 160:20 167:12 175:18 178:5

**streams** 48:4 51:24 105:13,16 106:20 107:1,8,12 108:14 110:6 111:16 112:21 113:2,15 114:18,22 118:4 142:22 176:16,18, 24 177:1,6 178:2,23 189:3,7 298:23 299:1

**Street** 21:20

**strength** 92:13

**stricken** 82:9,12,22

**strictly** 88:3

**strike** 20:23 89:23 116:9 177:22 189:4

**striking** 73:19 74:6

**strong** 298:20

**struck** 13:13 74:19 75:7 235:19 236:10, 21 237:22 238:22 239:1

**struggle** 134:15

**struggling** 79:3

**stuck** 13:14

**studied** 265:10

**studies** 96:18 155:6, 14 163:1,9 164:22 198:8 268:2,18 269:8,11,15 303:25

**study** 58:9 89:18 153:21 154:8,12,16 155:4,13 268:21,22, 24 269:2,6,16,19 300:10 304:16

**studying** 198:9

**stuff** 48:21 76:2 85:7

99:7 137:17 152:1 229:23

**sub-bullets** 113:19

**sub-company** 43:6

**Subcategories** 230:23

**subject** 197:20

**subjected** 95:18

**submission** 152:25

**submit** 37:17 253:25 299:24

**submitted** 223:19 238:12

**subsection** 275:22 278:5,10 279:5 280:8,16,21

**subsequent** 230:13 299:12 301:4

**subsequently** 155:8

**subset** 141:18

**subsidiary** 234:3,9 257:19

**substance** 33:19 34:6,13 50:25 51:2, 4,5,6,8 52:10 54:9, 10 55:4 101:8,12 125:22 174:19 177:12 192:11 205:11 231:11 283:18 287:3 291:18,25 293:10, 20

**substances** 27:23 33:8,12 34:10 45:23 50:7 51:17 53:16 56:5,8 88:4,11,19, 23 91:11 101:7 109:24 118:3

119:22 139:25 174:20 176:12 177:16,17 179:18, 25 180:11 181:7 183:24 186:20 188:18 195:8 200:7, 8 204:2 209:6 212:18 213:4 216:10 230:7 281:13 282:4,11 283:1,22,24 284:7 286:21 290:10 291:8,11,14,17 292:22 293:13,17, 18 294:4,6,9,13,17

**substantially** 154:2 191:23

**substitute** 14:13

**subsurface** 128:7 129:7 131:5,8

**Suburban** 110:14,17

**successor** 257:18

**sued** 78:3

**sufficient** 154:7 155:3 248:20

**suggest** 85:10 107:1,8 110:5 172:24 174:13 276:10 277:9,20 280:14

**suggested** 110:9 117:21

**suggesting** 224:17

**suggests** 278:15

**sulfate** 46:7

**sulfide** 46:7

**sulfur** 39:17,19

**summaries** 235:13

**summarize** 173:20, 21 174:13 266:6

**summarized** 56:23 63:18 124:3 178:1 234:24 235:11

**summarizing** 175:24

**summary** 74:5 85:1 176:1

**sump** 127:17

**Superfund** 77:20 296:20

**Superfund/cercla** 297:6

**superimpose** 72:23

**superior** 301:4

**supervised** 35:16 36:6

**supervising** 36:8

**supervisor** 263:20

**supplemental** 272:9

**supplies** 200:11

**supply** 65:1 68:10

**support** 18:6,9,14, 19 51:20 62:22 135:11,22 149:22 165:16 201:16 215:5,6,14 249:18 285:22

**supporting** 214:15, 16

**supports** 166:16

**supposed** 36:19

**surface** 51:3 99:17 273:1 300:14

Case: 3:13-cv-00115-WHR Doc #: 1463-1 Filed: 11/17/25 Page: 125 of 130 PAGEID #: 58974

Exhibit A - 125 of 130

JEFFREY DAGDIGIAN
88754

September 23, 2025

356

Index: surmising..testimony

surmising 87:9

surrounding 154:23

survey 72:20 89:18 110:25 118:21 156:18 159:25 163:5

surveyed 72:19 157:5

sustaining 14:11 20:21

SW 145:13

swallow 143:10

swear 9:9 227:25

synthetic 113:7,20

system 173:5 203:5, 6,21 271:1

---

**T**

table 89:16 93:2 102:23,24,25 103:1, 10 164:18 206:2 292:8 300:1

tailings 25:3

takes 153:1 205:21

taking 39:12 49:19 117:13

talk 10:14 11:15 13:20 20:6 57:25 77:4 88:13 113:1 115:18 202:6 214:23 237:2,16 267:15

talked 41:24 65:24, 25 68:19 91:23 95:3 126:24 131:24 141:7 167:22 173:1 174:23 189:20

197:24 198:2 219:13 228:24 261:11 262:14 265:20 266:11 270:11 299:19

talking 20:7 23:10 30:8,9 32:5,8 52:19 53:6 63:11 97:5 98:12,15,17 102:15 106:7 113:3 114:11, 12,21 127:1,10 128:16 158:17 180:12,13 187:7,9 191:5 193:16 202:7 203:20,22 204:18 210:23,24 211:14, 20 221:2 224:21 233:20 236:8 257:9, 14 264:6 284:2,3 301:13

talks 126:12 131:16 202:2 231:5

tank 125:2,5,8,10 128:1,12,15 129:13, 21,22,23,24 130:13 132:1,4,7,21 147:15 158:19,20,25 170:17 217:17 218:7,13,18

tanks 69:19 138:2 139:11 147:13 171:8 286:8,11,23, 24 287:5 297:25

Tariq 9:3 269:23

tasked 20:11 21:7

taught 38:8 214:14

TC 209:5

TCA 69:1 112:18 209:18,19 210:17

TCE 46:11 69:1 209:5,16,19,20,24 210:2,13,17 228:25 284:15,21 285:6,9, 21,24 286:3

teach 38:9 163:10

teacher 36:22

teaching 43:12

team 36:13

technical 71:6 73:23 206:15,16

technology 29:24 40:13 140:14 152:13

Tecum 11:3

telephone 156:19

telling 203:16

tells 177:9,10

temperature 95:25

temporarily 125:1

ten 17:11 24:14 137:13 201:12 224:19 300:14

term 209:23 257:21 289:18 291:16,25

terminal 68:25 69:1, 6,11,18

Terminals 68:17,23, 24 69:22 70:5,13

terminus 107:5,6

terms 23:13 137:7 176:23 179:11,12 208:19 212:24 231:9 294:5 298:10

Terrance 104:21

test 52:8 109:9,12, 13

testified 9:14 26:1 66:8 77:17 125:25 127:22 131:22 171:14 177:14 193:9 200:18 207:17 214:3 215:20 258:9 260:12,17,22 263:10 273:15 276:5 298:6,12 301:23

testify 15:10,19,24 66:13,15,20,25 74:23 236:23,25 237:11 238:7,20 248:6,10,11 258:7 270:25 271:2 302:16 303:4

testifying 194:22 214:6 216:7 240:6 241:18,20 249:25 252:1 270:15 281:12

testimonies 84:15 217:2 264:16

testimony 8:12 13:15 20:14,23 21:1 25:10 56:10,21 60:18,25 61:12,24 62:17 65:21 68:16 73:19 74:6,20 76:14 79:15 82:13,14,22 105:24 171:8 175:22,24 176:21 178:24 182:20 194:11 195:6 200:21,23 215:17, 24 216:12 218:10 223:6 235:19,23 236:10,11,20 237:8

NAEGELI
DEPOSITION & TRIAL | (800) 528-3335
NAEGELIUSA.COM

JEFFREY DAGDIGIAN                September 23, 2025                                    357
88754                                                                Index: testing..transcript

250:25 252:22
260:20 261:7 264:7,
14 265:20,24 266:4
271:14 289:16
301:6 302:4,11
303:25

**testing** 56:12 284:15

**tests** 52:8

**Texas** 72:15

**That'll** 81:12

**theme** 274:1

**theories** 215:13

**theory** 215:4,5,7,9

**thick** 125:21

**thing** 30:13 32:20
39:22 42:19 53:3
62:9 80:11 136:22
141:11 146:6,22
173:2 189:15
213:23 231:23
286:22 295:7
298:24 303:13,25

**things** 12:8 23:14
30:4 32:2 38:10
43:21,24 44:19 45:7
46:8 52:9,21 53:18
56:11 63:15 85:1,2,
3 94:19,21 100:2
128:15 142:5 143:3,
11 147:17 152:3
153:7 159:6 175:2
179:13 189:9 200:2
240:17 248:17
259:10 294:16
303:20

**thinking** 67:7 78:18
173:15 188:9
299:18

**thinner** 173:6 174:1
177:8

**thinners** 174:3

**thirds** 73:21

**Thomas** 171:9

**Thomas's** 182:19

**thought** 11:24 23:15
30:6,13 41:14 60:11
63:15 74:14 91:13
129:15,18 203:15,
17 210:24 271:15
273:1 283:10

**threatening** 299:21

**three-year** 121:12

**threw** 129:3

**thumb** 12:16

**Thursday** 223:20,
21,22

**tickets** 200:14

**time** 8:7 10:16 11:20
17:24 22:5,18 24:7
25:22,25 26:18 29:9
30:4 35:1 36:19,23
37:13 39:24,25
55:24 58:19 71:14
73:24 76:12 78:15,
17,22 80:1,25 81:20
95:22,23 107:21
108:21 117:1 128:3,
17 130:4 133:3
136:2,10 138:14
140:22 141:2
143:22 147:5,9,22
148:21,25 149:3,13
156:12 157:21
158:18 168:19
169:18 170:14,18
171:22 186:16
187:4 201:20,25

202:18,19 208:12
212:25 225:10
226:11 235:4
242:14 245:23
248:16 253:23
274:21 276:21
277:16 282:13
296:12

**times** 23:25 24:5
31:24 34:19 44:8
55:21 92:17 96:21
97:6,13 117:5
201:12 215:18
234:7 271:5 296:13

**tiny** 219:9 274:24

**tipping** 262:22
263:3

**tired** 304:4

**title** 150:22 161:14,
19 187:19,20

**titled** 156:5 160:16
161:15 168:12,13
172:19 197:4 222:5

**today** 11:7,23 13:16,
20 15:7 81:11 84:5
147:8 190:1 193:13
234:11 248:18
270:15 273:9
276:17 278:1 291:6

**told** 66:14 148:1
179:13 188:5
196:19 239:7
243:11,12,23
245:20

**tool** 113:7,19 114:4

**toothpaste** 170:13

**top** 109:1 112:7
131:21 281:16,17

**topic** 101:24 197:21
198:1,7,10 303:18

**topology** 72:19

**Torrance** 104:21
107:7 112:6 114:21,
23 115:18 135:5
137:1,2,3

**Torrence** 137:4

**total** 108:20,22,23

**totes** 132:19

**touch** 45:4

**tour** 22:11

**town** 78:4 297:10,13

**Toxic** 27:23 45:23
50:7 293:13,15,16

**toxicologist** 43:16
102:13

**toxicology** 43:14
143:7

**toxological** 267:19,
23

**toxologists** 35:18

**trace** 94:12

**tracking** 66:16
131:23

**tracks** 79:19 218:21

**trade** 156:19

**trailer** 126:2

**training** 51:13
198:12

**Trainload** 139:9

**transaction** 46:22

**transcript** 79:16,23
221:21,22 222:16
271:9

**transcripts** 12:6
60:22,24

**transferred** 128:12
129:12

**translate** 98:1

**transport** 52:23
53:15 54:1,24 70:14
300:4

**transported** 121:20
257:7 258:16
260:18 266:7
289:18 290:8

**transporter** 142:12
259:1

**trash** 47:12 110:13
118:18 259:16

**traveled** 69:20

**traveling** 40:12

**treated** 132:6
139:20

**treatment** 29:24
35:15

**trenches** 48:20

**trial** 23:23 24:8,25
64:18 65:21 66:6
67:14 73:11,12,15,
17,23,24,25 74:11,
13 75:1,2,8 76:4
77:16 240:6 245:16
259:8 270:25 271:2,
4 281:12

**trichlor** 115:10

**trichloroethane**
115:2,17,23

**trichloroethylene**
55:21

**tricky** 128:17,19

**Tricor** 255:9

**trouble** 239:11,12,
13

**Trucking** 241:18
243:17,21

**truckload** 139:10

**true** 64:1,6 94:9
167:17 184:19
201:4,9 203:22
209:22 263:13
265:3 273:3

**truth** 8:13 9:13

**truthful** 61:17,20
264:16

**tubes** 217:18 218:24
219:4,8,17

**turn** 50:16 83:4
126:10 145:8,22
146:18 156:1
162:19 165:2
171:10 185:13
196:8 222:20 229:2
241:14 244:5
249:24 257:4
259:11 264:2 275:2,
15 279:4 281:6
284:13 294:23

**turned** 139:17

**Turner** 127:22
131:22

**turning** 39:12 196:2
198:18 201:14
203:25 286:6

**turns** 214:25

**two-** 73:20

**two-person** 157:25
158:8

**type** 31:15 37:13
72:16 94:13 95:20
125:21 142:18
159:5 206:19 219:6,
7

**types** 31:12,18
44:19 61:5 72:11
122:11 158:6 159:6
173:23 176:10,17
179:4 188:23 198:3
199:16 200:4
208:23 212:22,25
218:3 296:14

**typical** 169:14,20,21
170:22 171:5
182:10

**typically** 284:21

**typo** 206:16

## U

**UG** 97:2

**uh-huh** 10:9

**ultimately** 252:17

**UN** 204:23

**unaffected** 99:15,16

**unbeknownst**
238:11 300:23

**underneath** 71:16

**understand** 15:22
23:14 29:9,10 36:11
37:3,4,5 38:4,6
43:1,17,18 52:15
53:19,22 54:14,15,
21,23 56:2 125:7
130:24 141:14
162:6 186:1 190:22
191:2,24 202:22
203:6,13 211:10

**understanding**
15:7,10,19 16:11,16
53:11 54:24 55:13
58:13 60:8 87:5,25
88:7,9 90:3 91:3,4
106:15 107:11
111:7 114:10
121:24 124:20
125:5 142:8 151:11
161:23 164:3
168:17,21,25
172:13 206:4 211:4
212:1 222:9 232:4,
9,13,15 239:12,13
250:22 267:10
288:23 290:2
291:24 292:5 296:7

**understood** 10:11
20:10 30:7 33:22
59:2,5 101:8 176:13
179:5 191:21
208:22 225:20,24
239:16

**undertaken** 155:8

**Unified** 48:15 66:1,
12,21

**unique** 179:9

**unit** 45:25

**United** 40:12 100:13
149:14 151:15
295:23

**unknown** 205:1

**unlicensed** 220:24

212:6,14 213:25
239:14,25 245:14
257:17 258:25
277:6 279:18 283:5,
11,12 290:24
291:16

**unmarked** 244:18, 19,25

**unnecessary** 255:24

**UNOCAL** 29:18,23 38:23 39:1 40:19,24 69:5,11,17

**unpermitted** 49:14

**unregulated** 227:21

**unrelated** 58:11

**unsupported** 188:18

**unsure** 123:21

**Unusable** 167:11

**unused** 112:3 160:21

**updates** 11:18 120:13 123:17

**upgraded** 281:23

**USC** 198:8

**users** 217:16

**USGS** 96:20 103:3, 11

**Utah** 297:11

**utilized** 191:18

**utilizing** 156:18

**V**

**VA** 281:23 284:19, 21,24 286:7

**valid** 90:15 91:14,25 92:4 153:8

**Valley** 9:4 21:20 270:7 271:9,18 273:5,13 275:5,7,

12,18,19 276:10,20 277:7,12,21 278:16, 24 280:4,5,20 281:8,14,18 282:13 283:19 285:10,22 286:3 287:10

**vapor** 35:12 194:1 207:10

**variability** 268:4,18

**variance** 268:8,9

**variances** 268:19

**varied** 170:5

**variety** 101:10 298:11

**vary** 94:12

**vast** 35:9

**vein** 95:23 96:8,9, 10,11,12,13

**veins** 96:2

**verbally** 10:8

**verbatim** 191:15

**Versar** 162:11

**version** 61:3 102:24 172:15 244:18,20

**versions** 219:20

**versus** 66:2 68:18 71:1 75:12 77:6 82:3 159:8 175:13 252:21 253:17

**view** 62:6

**Vinny's** 22:20,21,22, 24

**violative** 289:23

**virtually** 72:18

**visit** 23:5 80:3

141:25

**visited** 21:12 28:23 29:3 42:2

**visits** 156:23

**volatile** 227:9

**volatility** 53:17

**volume** 116:12,15

**volumes** 110:5

**VP** 41:21

**W**

**W-I-T-T-E-N** 256:17

**Wade** 9:5 22:8 196:24

**wait** 93:7 204:15

**waiting** 196:19 226:8 281:3

**waive** 242:11

**walk** 22:1 45:14 65:22 76:22 80:5 274:20

**walked** 21:18,19,20, 22,23 22:1,2 76:25

**Walter** 256:5

**Walther** 123:12,20

**wanted** 86:14 90:10, 11 116:9 134:17 211:19 215:11 297:23

**Wantz** 125:17,25

**warehouse** 141:3,4 143:17

**warehouses** 136:17 159:17

**warm** 134:7

**washed** 167:13

**Washington** 69:2,3

**waste** 8:23 16:12 17:8,14,16 20:22 21:9 23:16 25:1,3 28:24 29:3,6 33:7 45:11 46:24,25 47:1,9,15,17 48:1,3 50:8 51:24 52:11,20 53:7,12,13 54:6,9, 22 61:6,13 63:19 77:23 84:11,17,21, 23 85:11 101:7,9 105:13,15 106:11, 12,16,18,19,20,23 107:1,8,12,23 108:8,14,18 110:6, 17,25 111:16,18 112:3,21 113:1,3,4, 12,15 114:12,18,22 115:2,7,20 116:12, 15 117:2,6 118:3, 21,23 119:1,6,14, 20,22,25 122:16,21, 22 125:13 127:1,2 128:16 129:2,16,19 134:23 137:23,25 138:1,18,19 139:1,2 141:9,12,17,20 142:6,8,10,11,12, 15,17,21 145:7 151:16,19 152:10 154:1,5 155:2 157:25 158:7 160:15,20,24 162:2, 5,7 163:12,21 164:4 165:7 166:8,12,17, 21 167:4,6,14 168:12 169:16 171:15 172:25 174:14,16 175:18, 25 176:10,15,18,24

177:1,6 178:2,5,23
179:14,17 180:12
181:19,22,24
182:11,17 183:1,16
184:5,10 185:19
186:7,8,14,18,19,
20,21,25 187:5,9,21
188:5,13,17,23
189:3,6,17 192:10
195:7,18 196:4
197:4,6,11,21
200:4,15 201:2
204:2,3 205:14
208:23 209:6
212:11,20,23,25
213:3,5,13,16
214:4,6 215:20
216:5,8,9,13 220:1,
5,20,25 222:5,9
230:7,8 233:19,21
234:7 235:5 241:19
243:16 245:8
256:19 258:12,19,
20,22,23 259:14
260:13,18 261:25
263:2,15,19,22
266:8 273:19
275:17 276:3
286:19 288:4,12,14
289:1,10,12,13
290:4 292:11,20
293:9 294:11 296:1
297:25 298:1,3,22,
23,25 303:21

**Wastefill** 118:18

**wastes** 52:1,15
55:10 106:17
107:16 109:20
121:3,19,21 122:6,
11 127:10 131:3
151:18 158:9
184:20 185:16
189:11 195:18

199:3 273:17
295:20

**wastewater** 29:24
39:23 40:5,10

**watch** 78:17

**water** 23:1 40:1
51:3,7 53:17 77:6,
10,11 78:2 83:8,10
93:23,24 94:4,8
96:22 112:23 114:4
121:6 124:25
126:19 132:20
236:18 238:12,15
250:1 283:14,25
284:4,8 292:7
299:8,15,21,25
300:25 302:4

**water-based** 113:7,
20 148:4

**Watts** 197:11

**wavelength** 42:25

**ways** 39:19 40:4
92:18 132:6

**week** 126:8 225:8

**weeks** 225:8

**Wegis** 254:14,20

**weigh** 215:7

**weight** 63:10,16

**weird** 77:25

**Wendling** 175:23
201:8 214:3

**Wendling's** 216:3

**West** 135:2 140:6

**wet** 124:23,24
139:5,21

**Wharton** 187:12

**What'd** 160:5

**wheel** 128:10
129:10

**When's** 140:22

**Whoa** 224:22

**widely** 36:14

**Williams** 8:20
134:17 168:13
171:12 172:3
176:17 177:9 178:5
183:16

**wind** 105:16,20
128:15

**wintertime** 21:17

**witness's** 62:17

**witnessed** 125:25

**witnesses** 12:21
61:16,25 201:4,6
214:3 264:23
265:17

**Wittenbrink** 256:15,
17

**Wittenbrink's**
256:25

**WMO** 245:11 257:5,
7,9,18,21 259:14
289:18,19 290:2,7,8

**won** 26:8 49:3

**Wonderful** 249:2

**wondering** 128:14

**wood** 47:18,19,20
257:7 289:16 290:8

**word** 61:17 64:24
96:5,6 132:15,16
182:13,16,20 183:3,
6,11,13 184:3 205:2

210:10 259:17

**words** 62:10 82:23
84:22 92:12 99:19
111:15 175:11
180:11 183:7
213:24 283:15
297:19

**work** 12:2 29:15
30:1 35:17 36:6,8,
17 37:25 38:3 40:19
42:1,21 43:8 44:23,
25 140:6,8 141:8
142:21 144:6
178:15,20 206:14
220:11 239:21
261:5 270:9 271:25
282:6 295:4 298:22

**work's** 74:16

**worked** 26:4,5
27:22,23 41:15 43:9
44:20 69:15,16
135:1 169:8 176:22
181:2 199:19
202:12,22 218:11
234:20 273:18
296:23

**workers** 150:4

**working** 17:7,11
24:19 25:10 28:22
29:18 45:17,18 47:8
73:20 138:10 179:1
187:4 202:18
261:12

**worksheet** 164:5

**worksheets** 163:20

**world** 239:18

**worry** 62:14

**worth** 303:13

JEFFREY DAGDIGIAN
88754

September 23, 2025

361
Index: write..Zoom

**write** 31:20 47:2
67:24 181:14
246:23

**writers** 43:2

**writing** 58:18 181:6
245:2

**written** 37:11,13
51:22 152:6 284:20

**wrong** 104:23 150:3
196:21 240:8 304:5,
21

**wrote** 25:4 42:12
191:20 234:25

---

**Y**

---

**yard** 22:3

**yards/week** 110:13
118:17

**year** 27:4,6 29:22
41:15,17,20,21
64:17 81:17 112:16,
17 113:4 115:1
136:1 143:24

**years** 23:22 27:24
28:23 38:5,9 44:24
45:6 46:1 64:17
65:22 89:8,12
108:24,25 116:8,16
117:12 121:17
122:12 136:1
140:24 141:5,6
144:6 145:13 157:6
168:17 239:17
277:2

**Yellow** 229:14

**yesterday** 223:5,10

**York** 250:9

---

**Z**

---

**Zanker** 46:19

**zinc** 103:15 122:7

**Zoom** 9:2 77:16

NAEGELI
DEPOSITION & TRIAL

(800) 528-3335
NAEGELIUSA.COM