IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, et al., :

    Plaintiffs,

v.                                    Case No. 3:13-cv-115

DAYTON POWER AND LIGHT      JUDGE WALTER H. RICE
COMPANY, et al.,

    Defendants. :

---

## ENTRY SUSTAINING PLAINTIFFS' MOTION TO REQUIRE READING OF ADMISSIBLE DEPOSITION TESTIMONY AT TRIAL, DOC. #1505

---

Plaintiffs Hobart Corporation, et al. ("Plaintiffs"), have filed a Motion to Require Reading of Admissible Deposition Testimony at Trial. Doc. #1505. In support of their motion, Plaintiffs argue that such a procedure would clarify the trial record in this complex case and would streamline the process to determine which portions of deposition transcripts are properly admissible.

Defendants filed a collective response in opposition to the motion, Doc. #1526, arguing that this procedure is unnecessary and would only lengthen the trial. In addition, Defendants argue that the transcript reader may insert bias into the process by using favorable or unfavorable tones, cadences, or vocal inflections.

As the Court stated in the conference held on January 22, 2026, the reading of depositions at trial will be the preferred method. This will allow the Court to rule

on any outstanding objections and will permit the record to accurately reflect the context of the evidence previously introduced at trial. For that reason, Plaintiffs' Motion to Require Reading of Admissible Deposition Testimony at Trial, Doc. #1505, is SUSTAINED.

Date: February 2, 2026  *Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE