IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBART CORPORATION, et al.,    :

      Plaintiffs,

     v.                 :     Case No. 3:13-cv-115

DAYTON POWER AND LIGHT           JUDGE WALTER H. RICE
COMPANY, et al.,

      Defendants.     :

---

ORDER AND ENTRY MEMORIALIZING THE COURT'S ORAL RULINGS ON PRETRIAL MOTIONS; DEFENDANT CONAGRA GROCERY PRODUCTS CO.'S ("CONAGRA") MOTION FOR LEAVE TO AMEND APPENDIX I OF THE JOINT FINAL PRETRIAL ORDER, DOC. #1656, IS SUSTAINED; DEFENDANT DAYTON POWER AND LIGHT'S ("DP&L") MOTION FOR LEAVE TO AMEND APPENDICES B AND H OF THE JOINT FINAL PRETRIAL ORDER, DOC. #1653, IS SUSTAINED; PLAINTIFFS CROSS-MOTION FOR LEAVE TO FILE MOTION TO EXCLUDE TESTIMONY OF EARL GREGORY AND OPPOSITION TO DEFENDANT DAYTON POWER AND LIGHT COMPANY'S MOTION FOR LEAVE TO AMEND APPENDICES B AND H OF THE JOINT FINAL PRETRIAL ORDER, DOC. #1657, IS OVERRULED; DEFENDANT WASTE MANAGEMENT OF OHIO'S ("WMO") MOTION TO ALLOW REMOTE VIEWING ACCESS, DOC. #1639, IS SUSTAINED; DP&L'S MOTION TO GRANT REMOTE ACCESS FOR APPEARANCE AT TRIAL, DOC. #1640, IS SUSTAINED; CONAGRA'S WITHDRAWAL OF ITS MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. PHILLIP HAYDEN, DOC. #1580, WITHDRAWN BY DOC. #1632, IS RECOGNIZED; DEFENDANT SHERWIN WILLIAMS COMPANY'S ("SHERWIN WILLIAMS") MOTION IN LIMINE TO EXCLUDE EXPERT OPINIONS OF JEFFREY DAGDIGIAN, PH.D., DOC. #1478, IS OVERRULED AS MOOT; SHERWIN WILLIAMS' MOTION FOR SUMMARY JUDGMENT, DOC. #1529, IS OVERRULED AS MOOT; PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF ROBERT RAUSCHENBERGER, DOC. #1477, IS OVERRULED

This case came before the Court for a final pretrial conference on April 8, 2026. During the hearing, the Court ruled on several pending motions which will now be memorialized in this Order.

Defendant ConAgra Grocery Products Co.'s ("ConAgra") Motion for Leave to Amend Appendix I of the Joint Final Pretrial Order, Doc. #1656, is SUSTAINED.

Defendant Dayton Power and Light's ("DP&L") Motion for Leave to Amend Appendices B and H of the Joint Final Pretrial Order, Doc. #1653, is SUSTAINED.

Plaintiffs Cross-Motion for Leave to File Motion to Exclude Testimony of Earl Gregory, Doc. #1657, is OVERRULED AS MOOT, given that, while no motion to exclude was filed, the same was orally argued and overruled.

Defendant Waste Management of Ohio's ("WMO") Motion to Allow Remote Viewing Access, Doc. #1639, is SUSTAINED. Likewise, DP&L's Motion to Grant Remote Access for Appearance at Trial, Doc. #1640, is SUSTAINED. The Court will permit all parties' experts who reside outside of the Southern District of Ohio to remotely view the expert testimony to which they are tasked with responding. However, the Court will ask the parties to make a record when their experts are viewing the testimony remotely. Additionally, all remote viewers must have their video off and their audio muted and will not be permitted to interact with the trial. The Court will also permit the parties' corporate representatives to make use of this

2

same remote viewing tool with the same parameters, including the creation of a record as to who is viewing the proceedings.

All parties are reminded that the use of remote viewing is to be permitted only under these narrow parameters. No party should record or disseminate any portion of the trial. Such an action may constitute contempt of court.

After filing their Motion in Limine to Exclude Testimony of Dr. Phillip Hayden, Doc. #1580, ConAgra filed a notice that it was withdrawing the motion. Doc. #1632. The Court hereby takes notice of this withdrawal and terminates the motion.

Defendant Sherwin-Williams Company ("Sherwin Williams") has reached a settlement agreement with Plaintiffs, which has previously been recognized by the Court. Pursuant to this agreement, two motions filed by Sherwin Williams are affected. Sherwin Williams' Motion in Limine to Exclude Expert Opinions of Jeffrey Dagdigian, Ph.D., Doc. #1478, is OVERRULED AS MOOT. Likewise, Sherwin Williams' Motion for Summary Judgment, Doc. #1529, is OVERRULED AS MOOT.

Finally, in determining whether Plaintiffs' *Daubert* motion relating to Dr. Rauschenberger was mooted by Sherwin Williams' settlement, the Court ordered additional briefing. Having considered the arguments raised by Plaintiffs, Doc. #1648, as well as by ConAgra and WMO, Doc. #1638, the Court will permit ConAgra and WMO to adopt the opposition brief filed by Sherwin Williams and oppose Plaintiff's motion to exclude Dr. Rauschenberger. The Court further finds that

3

Plaintiffs have not met their burden to succeed in their *Daubert* motion and thus the same, Doc. #1477, is OVERRULED for the reasons that the testimony complies with Fed. R. Evid. 702 and meets the *Daubert* criteria and such testimony, not directed at a specific witness, has been allowed by Sixth Circuit Authority. *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993); *United States v. Smithers*, 212 F.3d 306, 316 (6th Cir. 2000).

Date: 9 April 2026

Walter H. Rice

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

4